IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SBI CRYPTO CO., LTD.,

       Plaintiff,

  v.

WHINSTONE US, INC.,

       Defendant.

Civil Action No. 6:23-cv-252

**ORDER GRANTING DEFENDANT WHINSTONE US, INC'S MOTION TO COMPEL**

Before the Court is Defendant Whinstone US, Inc.'s Motion to Compel (ECF No. 34). The Court has considered this motion and finds that it should be, and is hereby GRANTED.

It is therefore ORDERED that Plaintiff SBI Crypto Co., LTD ("SBI")'s "general objections" and objections to Whinstone US, Inc.'s Interrogatory Nos. 2-6, 8-10, 12, 14, 18, and 20 and Requests for Production Nos. 20 and 116-17 are OVERRULED.

It is further ORDERED that SBI must provide complete responses and produce all responsive documents without objection within ten days of this order.

SIGNED ON THIS _____ day of _____, 2023.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS