### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **SBI CRYPTO CO., LTD.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**WHINSTONE US, INC.,**<br><br>*Defendant.* | Civil Action No.: 6:23-cv-252 |

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

Before the Court is Plaintiff SBI Crypto Co., Ltd.'s ("SBI") Motion to Compel Discovery from Defendant filed September 23, 2024. Having considered the Motion, argument of the parties, and applicable law, the Court finds that the Motion should be and hereby is GRANTED. It is therefore

ORDERED that Defendant Whinstone US, Inc.'s objections to SBI's Interrogatory No. 4 and Request for Production Nos. 19, 21, 22, 27, 28, 29, 37, 38, 40, 41, 42, 44, 45, 60, 72, 78, 79, 81, and 82 are overruled. It is further

ORDERED that Defendant Whinstone US, Inc. is ordered to (i) provide a full and complete answer to SBI's Interrogatory No. 4; and (ii) produce and deliver to SBI's counsel all documents, in its possession, custody or control, that are responsive to SBI's Request for Production Nos. 19, 21, 22, 27, 28, 29, 37, 38, 40, 41, 42, 44, 45, 60, 72, 78, 79, 81, and 82 within seven (7) days following the date of this Order.

Signed: _____, 2024.

JUDGE PRESIDING