IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., | |
| Plaintiff, | Civil Action No. 6:23-cv-252 |
| v. | |
| WHINSTONE US, INC., | |
| Defendant. | |

**ORDER GRANTING DEFENDANT WHINSTONE US, INC'S MOTION FOR PROTECTIVE ORDER AND DENYING PLAINTIFF SBI CRYPTO CO., LTD.'S MOTION TO COMPEL**

Before the Court is Defendant Whinstone US, Inc.'s ("Whinstone") Motion for Protection (ECF # 47) and Plaintiff SBI Crypto Co., LTD.'s ("SBI") Motion to Compel (ECF # 44). The Court has considered the motions and finds that Whinstone's Motion for Protection is GRANTED and SBI's Motion to Compel is DENIED.

It is therefore ORDERED that Whinstone's overbroad and irrelevance objections to SBI Interrogatory No. 4 and Request for Production Nos. 19, 21, 22, 27, 28, 29, 37, 38, 40, 41, 42, 44, 45, 60, 72, 78, 79, 81, and 82 are SUSTAINED.

It is further ORDERED that SBI's subpoenas to GMO Gamecenter USA, Inc. and GMO Internet Group, Inc. (together, "GMO") are improper, overbroad, irrelevant, and not proportional to the needs of the case. Thus, SBI is ORDERED to withdraw these subpoeanas.

It is further ORDERED that SBI's subpoena to Lancium, LLC ("Lancium") is overbroad, irrelevant, and not proportional to the needs of the case. Thus, the Court ORDERS the Lancium subpoena to be limited to SBI (or its equipment as applicable) and Building B only.

4858-3800-2153.1

      It is further ORDERED that Whinstone file an application for its reasonable attorneys' fees incurred as a result of the briefing on these motions.

      SIGNED ON THIS _____ day of _____, 2024.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS