# EXHIBIT "A"

| | |
|---|---|
| **From:** | Abigail Ernstes |
| **To:** | Hines, Matt |
| **Cc:** | Johnson, Cory; Sandler, Joshua; McLaughlin, Heather; Robertson, Julie |
| **Subject:** | RE: SBI v. Whinstone - Discovery Telephone Conference - (Civil Action No.: 6:23-cv-252-ADA-JCM) |
| **Date:** | Wednesday, August 28, 2024 11:44:08 AM |
| **Attachments:** | image001.png |

Good morning, Counsel,

Judge Manske will require a one-page brief from both parties briefing him on the issues.

We are currently in a law clerk transition, so please send the briefs to me for the time being.

We will set this for a hearing on Monday, September 16th at 1:30pm via Zoom, if parties are available.

Please let me know if you have any questions.

Thank you,

Abigail



*Abigail Ernstes*
*Courtroom Deputy to the*
*Honorable Jeffrey C. Manske*
U.S. District Court - Waco
Western District of Texas
Office**: 254-750-1511**
Fax: **254-750-1507**

Fort Cavazos Docket Link: Judges' Calendars – U.S. District Court (uscourts.gov)

**From:** Hines, Matt <mhines@winstead.com>
**Sent:** Wednesday, August 28, 2024 11:04 AM
**To:** Abigail Ernstes <Abigail_Ernstes@txwd.uscourts.gov>
**Cc:** Johnson, Cory <cjohnson@winstead.com>; Sandler, Joshua <jsandler@winstead.com>; McLaughlin, Heather <hmclaughlin@winstead.com>; Robertson, Julie <jrobertson@winstead.com>
**Subject:** SBI v. Whinstone - Discovery Telephone Conference - (Civil Action No.: 6:23-cv-252-ADA-JCM)

**CAUTION - EXTERNAL:**


Abigail,

Good morning. Can you please advise as to the procedure for scheduling a telephone conference with Judge Manske to discuss discovery issues?

If desired, we can reach out to opposing counsel to discuss possible dates.

Best,

**Matt Hines,** Business Litigation Associate - Austin

Winstead PC | 600 W. 5th Street | Suite #900 | Austin, TX 78701

512.370.2807 *direct* | 281.796.7865 *cell* | mhines@winstead.com |

www.winstead.com

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution

when opening attachments or clicking on links.