# EXHIBIT "C"

```
 1                UNITED STATES DISTRICT COURT
 2                 WESTERN DISTRICT OF TEXAS
 3                       WACO DIVISION
 4
     SBI CRYPTO CO., LTD.,   )
 5                           )
             Plaintiff,      )
 6                           )
     VS                      ) CIVIL ACTION NO.
 7                           ) 6:23-cv-252-ADA-JCM
     WHINSTONE US, INC.,     )
 8                           )
             Defendant.      )
 9
          **********************************************
10
                    VIDEOTAPED DEPOSITION OF
11
                         CARSON SMITH
12
                       August 21, 2024
13
             CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
          **********************************************
15
16
17
18
19
20
21
22   Job No. 546220
23   Pages 1 - 371
24   Stenographically Reported by:
25   Susan S. Klinger, RMR-CRR, CSR
```

Confidential - Attorneys' Eyes Only
Transcript of Carson Smith
Conducted on August 21, 2024                                    7

| | | |
|---|---|---|
| 1 | VIDEOGRAPHER:  The court reporter today is | 09:09:50 |
| 2 | Susan Klinger, also representing Planet Depos. | 09:09:52 |
| 3 | The witness may now be sworn. | 09:09:54 |
| 4 | CARSON SMITH, | 09:09:54 |
| 5 | having been first duly sworn testified as follows: | 09:09:54 |
| 6 | EXAMINATION | 09:09:54 |
| 7 | BY MR. SLOVAK: | 09:10:03 |
| 8 | Q  Good morning, Mr. Smith.  How are you? | 09:10:03 |
| 9 | A  Good morning. | 09:10:07 |
| 10 | Q  My name is Rob Slovak, and as you know, I | 09:10:07 |
| 11 | represent Whinstone.  You are aware that there is | 09:10:10 |
| 12 | a lawsuit that exists between SBI Crypto Limited | 09:10:13 |
| 13 | and Whinstone US, Inc.? | 09:10:16 |
| 14 | A  Yes. | 09:10:18 |
| 15 | Q  Okay.  And were you -- let me start here. | 09:10:19 |
| 16 | Have you been deposed before? | 09:10:24 |
| 17 | A  No, I have not been deposed. | 09:10:25 |
| 18 | Q  Okay.  So I'm going to ask questions.  The | 09:10:27 |
| 19 | court reporter is going to try to take down | 09:10:32 |
| 20 | everything that I say.  She also is going to try | 09:10:34 |
| 21 | to take down everything that you say. | 09:10:36 |
| 22 | So if we can have an agreement not to talk | 09:10:38 |
| 23 | over one another, I will try to allow you to | 09:10:40 |
| 24 | finish your answer if you will allow me to finish | 09:10:43 |
| 25 | my question so she gets everything on the record. | 09:10:45 |

Confidential - Attorneys' Eyes Only
Transcript of Carson Smith
Conducted on August 21, 2024                                24

| | | |
|---|---|---|
| 1 | lawsuit? | 09:30:55 |
| 2 |    A   No, I am not. | 09:30:56 |
| 3 |    Q   Are you being compensated here today? | 09:30:57 |
| 4 |    A   I am being compensated for my time here. | 09:30:59 |
| 5 |    Q   And how are you being compensated? | 09:31:01 |
| 6 |    A   I'm being paid for the time that I spent. | 09:31:03 |
| 7 |    Q   And I -- that was a terrible question.  I | 09:31:07 |
| 8 | should have been more specific.  Are you being | 09:31:09 |
| 9 | paid an hourly wage or are you -- | 09:31:11 |
| 10 |    A   I'm being paid hourly. | 09:31:12 |
| 11 |    Q   Okay.  And what is your hourly rate? | 09:31:14 |
| 12 |    A   Currently that hasn't been decided.  I'm | 09:31:15 |
| 13 | waiting for the contract from SBI Crypto to do | 09:31:18 |
| 14 | that. | 09:31:21 |
| 15 |    Q   Okay.  And so -- but you are anticipating | 09:31:21 |
| 16 | some agreement with SBI Crypto to be compensated | 09:31:28 |
| 17 | for testifying here today, right? | 09:31:31 |
| 18 |    A   For spending my time to testify. | 09:31:34 |
| 19 |    Q   Okay.  And by spending your time to | 09:31:37 |
| 20 | testify, does that also mean preparing to testify? | 09:31:39 |
| 21 |    A   That does. | 09:31:42 |
| 22 |    Q   Okay. And so let's talk about that for a | 09:31:43 |
| 23 | second.  What did you do, Mr. Smith, in order to | 09:31:45 |
| 24 | testify -- to prepare to testify here today? | 09:31:49 |
| 25 |    A   I reviewed the filed complaint, I reviewed | 09:31:51 |

```
 1           CERTIFICATE OF SHORTHAND REPORTER

 2

 3        I, Susan S. Klinger, the officer before

 4   whom the foregoing deposition was taken, do hereby

 5   certify that the foregoing transcript is a true

 6   and correct record of the testimony given; that

 7   said testimony was taken by me stenographically

 8   and thereafter reduced to typewriting under my

 9   direction; that reading and signing was

10   requested; and that I am neither counsel for,

11   related to, nor employed by any of the parties to

12   this case and have no interest, financial or

13   otherwise in its outcome.

14        Time on the record:

15        Mr. Slovak:  7:30

16        IN WITNESS WHEREOF, I have herunto set my

17   hand on the 2nd of September, 2024.

18

19

20   _____

21        Susan S. Klinger, RMR-CRR, CSR

22        Texas CSR 6531, Exp:  10/23/25

23        California CSR 14487, Exp: 11/30/24

24

25
```