# EXHIBIT "D"

```
 1                UNITED STATES DISTRICT COURT
 2                 WESTERN DISTRICT OF TEXAS
 3                       WACO DIVISION
 4                          --o0o--
 5   SBI CRYPTO CO., LTD.,          )
                                    )
 6              Plaintiff,           )
                                    )
 7        vs.                       ) 6:23-cv-252-ADA-JCM
                                    )
 8   WHINSTONE US, INC.,            )
                                    )
 9              Defendant.           )
10
11       ** Confidential -- Attorneys' Eyes Only **
12   _____
13                    VIDEO DEPOSITION OF
14                     JONATHAN TANEMORI
15                      August 15, 2024
16   _____
17         DEPOSITION OF JONATHAN TANEMORI, produced as
18   a witness, duly sworn by me at the instance of the
19   DEFENDANT, was taken in the above-styled and numbered
20   cause on August 15, 2024, from 9:01 A.M. to 5:16 P.M.,
21   before BRANDON D. COMBS, CSR, RPR, in and for the State
22   of Texas, reported by computerized machine shorthand
23   at:
24        2728 North Harwood Street, Fifth Floor,
25                     Dallas, Texas
```

Confidential -- Attorneys' Eyes Only
Transcript of Jonathan Tanemori
Conducted on August 15, 2024

15

| | | | |
|---|---|---|---|
| 1 | A. | I'm no longer part of SBI. | 09:11:52 |
| 2 | Q. | When did you leave SBI? | 09:11:55 |
| 3 | A. | I left in March of this year, 2024. | 09:11:57 |
| 4 | Q. | And where do you work now? | 09:12:01 |
| 5 | A. | I'm self-employed. | 09:12:03 |
| 6 | Q. | And so are you being compensated in order to appear here to testify? | 09:12:05 |
| 8 | A. | Yes. | 09:12:13 |
| 9 | Q. | And how are you being compensated? | 09:12:13 |
| 10 | A. | Through an hourly rate through SBI Crypto. | 09:12:16 |
| 11 | Q. | And is there a written agreement that exists between you and SBI Crypto that lays out the terms of your compensation for testifying here today? | 09:12:23 |
| 15 | A. | There is a draft that has not been fully executed yet. | 09:12:31 |
| 17 | Q. | And when you left your association with SBI Crypto, what was your title? | 09:12:35 |
| 19 | A. | It was the general manager for SBI Crypto, among other titles. | 09:12:40 |
| 21 | Q. | And when you say among other titles, what were those other titles? | 09:12:50 |
| 23 | A. | It would be deputy general manager at SBI Investment. | 09:12:54 |
| 25 | Q. | Any others? | 09:13:03 |

Confidential -- Attorneys' Eyes Only
Transcript of Jonathan Tanemori
Conducted on August 15, 2024

43

| | | |
|---|---|---|
| 1 | Q.   (BY MR. SLOVAK)  And where do you work | 09:51:04 |
| 2 | now? | 09:51:05 |
| 3 | A.   I'm self-employed. | 09:51:05 |
| 4 | Q.   Self-employed.  I saw in some of your | 09:51:08 |
| 5 | background something about a place called Primal | 09:51:10 |
| 6 | Capital? | 09:51:14 |
| 7 | A.   Yes. | 09:51:14 |
| 8 | Q.   What is that? | 09:51:16 |
| 9 | A.   That's a Web3 investment VC fund.  I was | 09:51:17 |
| 10 | there for three months and it wasn't quite what I | 09:51:21 |
| 11 | was looking for and am no longer part of that firm. | 09:51:24 |
| 12 | Q.   And what is the hourly compensation that | 09:51:26 |
| 13 | you're being paid to testify here today? | 09:51:29 |
| 14 | A.   Here's 400 U.S. dollars per hour. | 09:51:31 |
| 15 | Q.   And is that also for time in preparing and | 09:51:34 |
| 16 | travel? | 09:51:36 |
| 17 | A.   I believe it is included. | 09:51:37 |
| 18 | Q.   And prior to today, what did you do in | 09:51:38 |
| 19 | order to prepare for this deposition? | 09:51:42 |
| 20 | A.   I met with Winstead a handful of times to | 09:51:46 |
| 21 | look over some of the documents, primarily the | 09:51:50 |
| 22 | hosting service agreement, the complaint, the | 09:51:53 |
| 23 | numbers that Carson has provided, and a few emails. | 09:51:58 |
| 24 | Q.   When you say you met with Winstead, with | 09:52:03 |
| 25 | whom did you meet? | 09:52:06 |

Confidential -- Attorneys' Eyes Only

Transcript of Jonathan Tanemori
Conducted on August 15, 2024    294

CERTIFICATE OF REPORTER

I, BRANDON D. COMBS, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript was requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: August 29, 2024

_____
BRANDON D. COMBS
RPR, Texas CSR 10927, California CSR 12978