IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>WHINSTONE US, INC.,<br><br>*Defendant*. | Civil Action No.: 6:23-cv-252 |

**PLAINTIFF'S SUPPLEMENT TO RESPONSE TO
DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Plaintiff SBI Crypto Co., Ltd. files this Supplement to Plaintiff's Response to Defendant's Motion for Protective Order and would ask the Court to incorporate the exhibit attached hereto which was inadvertently omitted from Plaintiff's Response to Defendant's Motion for Protective Order filed October 2, 2024, Docket No. 49.

Respectfully submitted,

By: */s/ Joshua M. Sandler*
Joshua M. Sandler
Texas Bar No. 24053680
jsandler@winstead.com
Cory Johnson
Texas Bar No. 24046162
cjohnson@winstead.com
Matthew Hines
Texas Bar No. 24120892
mhines@winstead.com
**WINSTEAD PC**
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
Telephone: (214) 745-5103

Facsimile: (214) 745-5390

**ATTORNEYS FOR PLAINTIFF
SBI CRYPTO CO. LTD**

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served in accordance with the Texas Rules of Civil Procedure via the Court's e-filing system on October 3, 2024.

*/s/ Cory C. Johnson*
Cory C. Johnson