

Austin | Charlotte | Dallas | Fort Worth | Houston | Nashville | New York | San Antonio | The Woodlands

2728 N. Harwood Street  214.745.5400  OFFICE
Suite 500                 214.745.5390  FAX
Dallas, TX  75201         winstead.com

Joshua M. Sandler
(214) 745-5103
jsandler@winstead.com

February 5, 2025

**<u>Via Electronic Filing</u>**
Honorable Alan D. Albright
U.S. District Court
Western District of Texas
800 Franklin Ave.
Waco, Texas 76701

      Re:    Civil Action No. 6:23-cv-00252-ADA-JCM;
               *SBI Crypto Co., Ltd. v. Whinstone US, Inc.*

Dear Judge Albright:

      This letter is being filed to advise the Court that I will be on vacation on the following dates:

      March 14 – 24, 2025

      I respectfully request that no hearings, trials, or depositions be set in the above-referenced matter during those dates. By copy of this letter, all counsel of record is being advised of these dates.

      Thank you for your consideration. If you have any questions, please contact me.

                Respectfully submitted,

                WINSTEAD PC

                By: _/s/ Joshua M. Sandler_
                     Joshua M. Sandler

JMS/hlm

cc:    **<u>Via Electronic Service</u>**
      All Counsel of Record