IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS WACO DIVISION

| | |
|---|---|
| **SBI CRYPTO CO., LTD.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**WHINSTONE US, INC.,**<br><br>*Defendant.* | Civil Action No.: 6:23-cv-252-ADA-DTG |

## ORDER

On March 5, 2025, the Court held a Discovery Hearing [Dkt. 69] arising from a dispute in which Plaintiff SBI Crypto Co., Ltd. ("SBI") sought the production of certain documents from Defendant Whinstone US, Inc. ("Whinstone") and Non-Party Riot Platforms, Inc. ("Riot"). Having considered the filings and arguments of counsel, Plaintiff's Request is **GRANTED IN PART AND DENIED IN PART**.

The Court **ORDERS** Riot to produce non-privileged documents in response to Request Nos. 27, 31, 35, and 36 (i) relating or referring to the conditions of Building B or (ii) relating or referring to SBI between the date Riot began negotiating the purchase of Whinstone from Northern Data AG (September 2020) and May 26, 2021. Riot is **ORDERED** to produce all documents and materials responsive to these requests on or before March 26, 2025.

The Court **DENIES** SBI's request for relief as to SBI's Requests for Production to Whinstone Nos. 83, 85, 86, and 97, and SBI's Requests to Riot Nos. 26, 28, 29, 30, 32, 33, 34, 37, and 38.

SIGNED this 13th day of March, 2025.

                                                _____
                                                DEREK T. GILLILAND
                                                UNITED STATES MAGISTRATE JUDGE