UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SBI CRYPTO CO., LTD. | § | |
| | § | |
| vs. | § | NO: WA:23-CV-00252-ADA-DTG |
| | § | |
| WHINSTONE US, INC. | § | |

### ORDER SETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM (re Discovery Dispute Chart emailed on 4/11/25) on Wednesday, April 16, 2025 at 02:00 PM (30 minute time block) before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 15th day of April, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE