UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD. | § |
| | § |
| vs. | §   NO:  WA:23-CV-00252-ADA |
| | § |
| WHINSTONE US, INC. | § |

**AMENDED ORDER SETTING DISCOVERY HEARING VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM (re Discovery Dispute Chart emailed on 4/11/2025) on Wednesday, April 16, 2025 at 02:30 PM (30 min time block) for purposes of limited referral before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 15th day of April, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE