IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS WACO DIVISION

| | |
|---|---|
| **SBI CRYPTO CO., LTD.**, *Plaintiff*, v. **WHINSTONE US, INC.**, *Defendant*. | Civil Action No.: 6:23-cv-252-ADA-DTG<br><br>Jury Trial Demanded |

## ORDER

On March 5, 2025, the Court held a Discovery Hearing [Dkt. 72] arising from a dispute in which Defendant Whinstone US, Inc. ("Whinstone") seeks the production of certain documents from Plaintiff SBI Crypto Co., Ltd. ("SBI") and the in-person deposition of Nick Vitalis. Having considered the filings and arguments of counsel, Defendant's Request is **GRANTED IN PART AND DENIED IN PART**.

The Court **ORDERS** SBI to produce non-privileged documents in response to Whinstone Request for Production Nos. 15-18, 20, 31, 36-37, 88, 133-34, 143-144, and 146-153 to the extent those Requests relate to the:

- performance, maintenance, and operation of SBI's mining equipment at facilities located in Rockdale or Kyrgyzstan/Russia;
- construction, design, layout and operation of the Kyrgyzstan/Russia facilities;
- any actual or potential warranty claims for the Canaan A-10 miners used at these facilities, including any analysis, investigation, or discussion of Canaan A-10 miner issues (whether actual or potential);
- any actual or potential purchase, resale, replacement, maintenance, and/or

troubleshooting for any Canaan A-10 miner used at these facilities; and

- The source data for any spreadsheet relied upon by SBI's expert witnesses.

SBI is **ORDERED** to produce all documents and materials responsive to these requests on or before April 25, 2025.

SBI is further **ORDERED** to produce for in-person deposition Nick Vitalis at a mutually agreeable time in Dallas, Texas, by no later than June 2, 2025.

Any other relief sought by Whinstone pursuant to the foregoing discovery dispute is hereby **DENIED**.

SIGNED this 17th day of April, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE