UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SBI CRYPTO CO., LTD. | § § | |
| vs. | § § | NO:  WA:23-CV-00252-ADA-DTG |
| WHINSTONE US, INC. | § § | |

**ORDER SETTING STATUS CONFERENCE AND DISCOVERY HEARING**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for STATUS CONFERENCE AND DISCOVERY HEARING on Friday, May 02, 2025 at 09:30 AM (1 hour time block) before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 1st day of May, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE