IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SBI CRYPTO CO., LTD.,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 6:23-CV-00252-ADA-DTG |
| **WHINSTONE US, INC.,** | § § § | |
| *Defendant,* | § | |

### ORDER ON MAY 2, 2025 DISCOVERY DISPUTES

Before the Court is the parties' discovery dispute chart submitted on April 28, 2025. The Court held a hearing on May 2, 2025 and determined that Plaintiff has waived any claim of privilege that it may have had as to Deposition Exhibit Nos. 5, 18, & 19. The Court further found that Plaintiff's privilege claim as it relates to Deposition Exhibit No. 36 has not been waived. Accordingly, the Court **ORDERS** as follows:

It is therefore **ORDERED** that Plaintiff shall produce a copy of Deposition Exhibit Nos. 5, 18, & 19 to Defendant within seven (7) days of this order.

It is further **ORDERED** that Defendant's request for a supplemental Rule 30(b)(6) deposition is **DENIED**.

It is further **ORDERED** that Defendant shall have until 5:00 p.m. on May 9, 2025 to file its motion to compel, should Defendant wish to pursue its argument as to subject matter waiver.

It is also **ORDERED** that the parties are to meet and confer on existing deadlines and submit their proposed schedules to the Court by 5:00 p.m. on May 9, 2025.

It is finally **ORDERED** that all relief not expressly granted is **DENIED**.

**SIGNED** this 2nd day of May, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE