

ATTORNEYS AT LAW

2021 MCKINNEY AVENUE, SUITE 1600
DALLAS, TX 75201-3340
214.999.3000 TEL
214.999.4667 FAX
WWW.FOLEY.COM

rslovak@foley.com
(214) 999-4334

May 8, 2025

Honorable Derek Gilliland
United States Magistrate Judge
800 Franklin Avenue
Waco, Texas 76701

    Re:    *SBI Crypto Co., LTD v. Whinstone US, Inc.*, Case No. 6:23-CV-00252-ADA-JCM, in the United States District Court for the Western District of Texas—Waco Division

Dear Judge Gilliland,

    Pursuant to the Court's Order on May 2, 2025 Discovery Disputes (ECF No. 77), the Court asked Plaintiff Crypto Co., Ltd. ("SBI") and Defendant Whinstone US, Inc. ("Whinstone") to "meet and confer on existing deadlines and submit their proposed schedules to the Court by 5:00 p.m. on May 9, 2025. While the parties have met and conferred, SBI has not determined whether it will seek leave to amend to include additional parties and/or claims. This threshold issue will materially impact scheduling deadlines and the trial date. The parties jointly file a proposed order contemporaneously with this letter that suspends all deadlines and continues the trial date set forth in the Fourth Amended Scheduling Order (ECF No. 64) and sets forth the parties' respective briefing deadlines and a date certain for the parties to submit a scheduling order once a decision on leave has been entered.

    Separately, the parties have agreed to a translation protocol and are in the process of agreeing to a translator.

    Should the Court require any additional information or a status conference, please do not hesitate to ask.

    Sincerely,

    FOLEY & LARDNER LLP

    Robert T. Slovak

cc: All counsel of record

Agreed: */s/Joshua Sandler (with permission)*
        Joshua Sandler
        Counsel for SBI Crypto Co., LTD

| | | | | | |
|---|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TALLAHASSEE | |
| BOSTON | HOUSTON | MIAMI | SALT LAKE CITY | TAMPA | |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN DIEGO | WASHINGTON, D.C. | |
| DALLAS | LOS ANGELES | NEW YORK | SAN FRANCISCO | BRUSSELS | |
| DENVER | MADISON | ORLANDO | SILICON VALLEY | TOKYO | |