IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS WACO DIVISION

| | |
|---|---|
| **SBI C****RYPTO** **C****O****., L****TD****.,**  *Plaintiff,*  v.  **W****HINSTONE** **US, I****NC****.,**  *Defendant.* | Civil Action No.: 6:23-cv-252  Jury Trial Demanded |

# ORDER ON FOURTH AMENDED SCHEDULING ORDER AND MOTION FOR LEAVE BRIEFING DEADLINES

Pursuant to Federal Rule of Civil Procedure 16, the Court **ORDERS** that the remaining deadlines and trial date contained in the Fourth Amended Scheduling Order are continued until a new scheduling order is entered and the following schedule will govern the parties' respective deadlines should Plaintiff SBI Crypto Co., Ltd.'s ("SBI") seek leave to amend:

| Date | Event |
|---|---|
| 5/23/25 | Deadline for SBI to file any motion for leave to amend to include new claims and/or parties. |
| 6/6/25 | Deadline for Defendant Whinstone US, Inc. ("Whinstone") to file a response to any SBI leave to amend. |
| 6/13/25 | Deadline for SBI to file any reply in support of any leave to amend. |
| 5 business days after decision | The later of five business days after May 23, 2025 (without a motion for leave to amend being filed) or the Court's decision on SBI's motion for leave to amend, the deadline for SBI and Whinstone to meet and confer and submit an agreed scheduling order (if possible) or competing scheduling orders. |

SIGNED_____, 2025.

_____
JUDGE PRESIDING