IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-252 |

**ORDER GRANTING DEFENDANT WHINSTONE US, INC'S
MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS
CONCERNING SAME SUBJECT MATTER**

Before the Court is Defendant Whinstone US, Inc.'s Motion to Compel Production of Withheld Documents Concerning Same Subject Matter. The Court has considered this motion and finds that it should be, and is hereby GRANTED.

It is therefore ORDERED that Plaintiff SBI Crypto Co., LTD.'s ("SBI") privilege objections for other withheld documents covering the same subject matter as Deposition Exhibit Nos. 5, 18, and 19 are OVERRULED.

It is further ORDERED that, within seven days of this Order, SBI must produce any withheld communications between or amongst SBI client representatives that discuss or reference:

- Awareness of the circumstances giving rise to the claims against Whinstone including:
    - potential or actual claims, counterclaims, and/or defenses that relate to a breach of the Hosting Agreement;
    - damages amounts, including the calculation thereof, for any potential or actual claims, counterclaims, and/or defenses that relate to a breach of the Hosting Agreement;

- - date(s) Whinstone allegedly breached the Hosting Agreement;
  - Whinstone's termination of the Hosting Agreement due to a change of control;
  - Whinstone providing Riot a copy of the Hosting Agreement;
  - The possibility of SBI suing Whinstone;
- Whether SBI's Canaan A-10 miners used at Whinstone's cryptocurrency mining facility ("Facility") in Rockdale, Texas could or should be sold;
- The value of SBI's Canaan A-10 miners used at the Facility; and
- Whether to relocate SBI's Canaan A-10 miners used at the Facility to Russia, Iceland, or another location in the United States.

SIGNED ON THIS _____ day of _____, 2025

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS