# **EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **SBI C**RYPTO **C**O., **L**TD.,<br><br>*Plaintiff*,<br><br>v.<br><br>**W**HINSTONE **US, I**NC.,<br><br>*Defendant*. | Civil Action No.: 6:23-cv-252 |

**TRANSLATION PROTOCOL ORDER**

The Court ORDERS as follows:

1. This order supplements all other discovery rules and orders. It streamlines the translation, introduction, and/or admission of documents originally drafted, either in whole or in part, in Japanese or another language into English, thereby promoting a "just, speedy, and inexpensive determination" of this action, as required by Federal Rule of Civil Procedure 1. To the extent that third parties may produce documents in this case, the Parties agree to abide by this Translation Protocol Order ("Order").

2. This Order may be modified in the court's discretion or by agreement of the Parties. If the Parties cannot agree on any proposed modification, the Parties shall submit their competing proposals and a summary of their dispute to the Court.

3. Absent agreement of the Parties or further order of this court, the following parameters shall apply to the translation, introduction, and/or admission of documents originally drafted, either in whole or in part, in Japanese or another language into English:

A. **Machine Translation.** The Parties may use software or artificial intelligence programs to provide an initial translation of a document ("Machine Translated Document").

B. **Human Certification.** Should a Party decide to use any Machine Translated Document in a deposition or as evidence at a hearing or in trial, the Party shall submit the Machine Translated Document to a mutually agreed translator ("Translator") to proof-read, modify (if necessary), and certify the document as being accurately translated. Once the Translator determines the Machine Translated Document's translation is accurate and complete, the Translator shall affix the term "Certified" to the document.

C. **Admissibility**. From the date of this Order and onward, no document in Japanese or another language may be used in a deposition or as evidence at a hearing or in trial without the Translator's certification.

D. **Dispute**. Should any dispute arise about the Translator's certification of the translation of a Machine Translated Document, the party disputing the translation shall submit to the Translator in writing an explanation for a different interpretation. The party not disputing the translation has three business days to file a written response. After the Translator receives such a response or if no response is filed, the Translator shall make a final written determination on the translation within three business days.

E. **Communications**. Each Party agrees to not have *ex parte* communications with the Translator.

F. **Costs**. Each Party will split the costs of the Translator equally.

6. **Rules Govern**.  Except as expressly stated, nothing in this order affects the Parties' discovery obligations under the Federal or Local Rules.

SIGNED _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

Case 6:23-cv-00252-ADA-DTG   Document 84-2   Filed 05/16/25   Page 5 of 5

4

4915-2722-6435.1