# EXHIBIT "A"

```
 1                UNITED STATES DISTRICT COURT
 2                 WESTERN DISTRICT OF TEXAS
 3                       WACO DIVISION
 4                          --o0o--
 5  SBI CRYPTO CO., LTD.,          )
                                   )
 6              Plaintiff,         )
                                   )
 7         vs.                     ) 6:23-cv-252-ADA-JCM
                                   )
 8  WHINSTONE US, INC.,            )
                                   )
 9              Defendant.         )
10
11       ** Confidential -- Attorneys' Eyes Only **
12  _____
13                    VIDEO DEPOSITION OF
14                     JONATHAN TANEMORI
15                      August 15, 2024
16  _____
17         DEPOSITION OF JONATHAN TANEMORI, produced as
18  a witness, duly sworn by me at the instance of the
19  DEFENDANT, was taken in the above-styled and numbered
20  cause on August 15, 2024, from 9:01 A.M. to 5:16 P.M.,
21  before BRANDON D. COMBS, CSR, RPR, in and for the State
22  of Texas, reported by computerized machine shorthand
23  at:
24       2728 North Harwood Street, Fifth Floor,
25                      Dallas, Texas
```

Confidential -- Attorneys' Eyes Only

Transcript of Jonathan Tanemori
Conducted on August 15, 2024                                7

| | | |
|---|---|---|
| 1 | Wooding. | 09:03:02 |
| 2 |       THE VIDEOGRAPHER:  The court reporter | 09:03:04 |
| 3 | today is Brandon Combs, also representing | 09:03:05 |
| 4 | Planet Depos. | 09:03:08 |
| 5 |       The witness may now be sworn. | 09:03:08 |
| 6 |       JONATHAN TANEMORI, | 09:03:11 |
| 7 | having been first duly sworn, testified as follows: | 09:03:11 |
| 8 |       EXAMINATION | 09:03:11 |
| 9 |   Q.  (BY MR. SLOVAK)  Mr. Tanemori, my name is | 09:03:23 |
| 10 | Rob Slovak.  We just met this morning.  As you know, | 09:03:25 |
| 11 | I represent Whinstone US, Inc. in a lawsuit that | 09:03:29 |
| 12 | SBI Crypto, Limited has filed. | 09:03:33 |
| 13 |       Are you aware of that lawsuit? | 09:03:35 |
| 14 |   A.  Yes, I am. | 09:03:36 |
| 15 |   Q.  And were you involved in the process of | 09:03:37 |
| 16 | approving that that lawsuit be filed? | 09:03:42 |
| 17 |   A.  What do you mean by approving? | 09:03:47 |
| 18 |   Q.  Well, did you have any say in whether the | 09:03:50 |
| 19 | lawsuit was filed or not? | 09:03:52 |
| 20 |   A.  As an SBI Crypto employee at the time, we | 09:03:57 |
| 21 | had discussed internally but I was not the decision | 09:04:01 |
| 22 | maker. | 09:04:04 |
| 23 |   Q.  Who was that decision maker? | 09:04:05 |
| 24 |   A.  That would have been ultimately Carson. | 09:04:06 |
| 25 |   Q.  Is that Carson Smith? | 09:04:09 |

Confidential -- Attorneys' Eyes Only
Transcript of Jonathan Tanemori
Conducted on August 15, 2024

277

| | | |
|---|---|---|
| 1 | A.  I don't -- | 16:41:54 |
| 2 | Q.  From this email May 30 of 2021? | 16:41:55 |
| 3 | A.  I don't recall if I did or not.  If I did, | 16:41:58 |
| 4 | it likely would have been picked up in our data | 16:42:04 |
| 5 | dump. | 16:42:07 |
| 6 | Q.  Did you all have conversations with any | 16:42:08 |
| 7 | outside counsel about the issues identified in | 16:42:12 |
| 8 | Exhibit 18 around May 30 of 2021? | 16:42:14 |
| 9 | MR. JOHNSON:  Objection.  Form. | 16:42:20 |
| 10 | THE WITNESS:  Not to my knowledge. | 16:42:23 |
| 11 | Q.  (BY MR. SLOVAK)  When did SBI engage | 16:42:25 |
| 12 | outside counsel to pursue litigation against | 16:42:27 |
| 13 | Whinstone? | 16:42:31 |
| 14 | A.  I do not recall the exact timing.  It was | 16:42:36 |
| 15 | sometime most likely in 2021. | 16:42:39 |
| 16 | Q.  If you take a look at, in Exhibit 18, at | 16:42:44 |
| 17 | page SBIC76, you'll see there's an item highlighted | 16:42:48 |
| 18 | in red.  My understanding from Mr. Smith's email is | 16:42:54 |
| 19 | that he's referring to breaches by SBI, highlighted | 16:42:57 |
| 20 | in red. | 16:43:04 |
| 21 | Do you understand that? | 16:43:05 |
| 22 | A.  My understanding is that it was the | 16:43:12 |
| 23 | payment date of October 31, 2019, that if taken at | 16:43:15 |
| 24 | face value would have constituted perhaps a timing | 16:43:21 |
| 25 | delay, or inconsistency.  But, again, that was | 16:43:26 |

Confidential -- Attorneys' Eyes Only
Transcript of Jonathan Tanemori
Conducted on August 15, 2024                    278

| | | |
|---|---|---|
| 1 | settled between SBI Crypto and Whinstone. | 16:43:31 |
| 2 | Q.   When was that settled? | 16:43:36 |
| 3 | A.   If I recall correctly, it was maybe a year | 16:43:39 |
| 4 | later. | 16:43:42 |
| 5 | Q.   Section 3.13.1, at SBI 78, he's | 16:43:45 |
| 6 | highlighted in red this provision about the customer | 16:43:50 |
| 7 | shall pay for hosting fee greater than or equal to | 16:43:52 |
| 8 | 80 percent of the specified power draw. | 16:43:59 |
| 9 | Do you see that? | 16:44:02 |
| 10 | A.   Yes. | 16:44:03 |
| 11 | Q.   That's the calculation that you performed | 16:44:04 |
| 12 | in Exhibit 5; right? | 16:44:06 |
| 13 | A.   That appears to be so. | 16:44:10 |
| 14 | Q.   And was your response or your email in | 16:44:12 |
| 15 | Exhibit 5 from June 20, 2021 -- did Mr. Smith ask | 16:44:15 |
| 16 | you to perform that calculation? | 16:44:26 |
| 17 | MR. JOHNSON:  Objection.  Form. | 16:44:28 |
| 18 | THE WITNESS:  I don't recall how or what | 16:44:29 |
| 19 | drove, originated, this calculation. | 16:44:33 |
| 20 | Q.   (BY MR. SLOVAK)  Did you and Mr. Smith | 16:44:37 |
| 21 | have any other discussions about this May 31, 2021, | 16:44:39 |
| 22 | exhibit? | 16:44:42 |
| 23 | A.   Sorry, between May -- | 16:44:48 |
| 24 | Q.   Yeah, Exhibit 18.  Do you recall having | 16:44:48 |
| 25 | other specific discussions -- or he sends you an | 16:44:51 |

Confidential -- Attorneys' Eyes Only
Transcript of Jonathan Tanemori
Conducted on August 15, 2024

279

| | | |
|---|---|---|
| 1 | email. | 16:44:53 |
| 2 |     A.   Right. | 16:44:54 |
| 3 |     Q.   My question is, did you have discussions | 16:44:54 |
| 4 | about it after the email, if you recall? | 16:44:57 |
| 5 |     A.   I don't recall anything specific, but it | 16:45:00 |
| 6 | was most likely, because we worked together, that we | 16:45:06 |
| 7 | discussed this verbally. | 16:45:09 |
| 8 |     Q.   Do you recall, when you discussed it, did | 16:45:12 |
| 9 | you take notes? | 16:45:14 |
| 10 |     A.   I don't recall.  My note taking, as I | 16:45:21 |
| 11 | referenced earlier, was largely confined to external | 16:45:25 |
| 12 | meetings and external parties. | 16:45:30 |
| 13 |     Q.   And if you take a look at what I'm going | 16:45:31 |
| 14 | to mark as the last exhibit in this case, so we're | 16:45:34 |
| 15 | on 19, I believe. | 16:45:37 |
| 16 |     (Whereupon, Exhibit 19 was marked for | 16:45:39 |
| 17 |     identification.) | 16:45:39 |
| 18 |     Q.   (BY MR. SLOVAK)  It's an email from you to | 16:45:54 |
| 19 | Carson Smith June 30, 2021, so roughly three days | 16:45:56 |
| 20 | after Mr. Smith's highlighting of the contract and | 16:46:01 |
| 21 | identification of potential claims and breaches | 16:46:06 |
| 22 | between the parties; right? | 16:46:09 |
| 23 |     Did Mr. Smith ask you to perform the | 16:46:12 |
| 24 | analysis about Whinstone options that you provide to | 16:46:15 |
| 25 | him on June 3, 2021? | 16:46:18 |

Confidential -- Attorneys' Eyes Only
Transcript of Jonathan Tanemori
Conducted on August 15, 2024

280

| | | |
|---|---|---|
| 1 | A. I don't recall specifically, but I | 16:46:24 |
| 2 | think -- I don't know. I think this is something | 16:46:26 |
| 3 | that I would have created just in my own volition. | 16:46:29 |
| 4 | Q. Okay. And did you have any discussions | 16:46:35 |
| 5 | with anyone other than Mr. Smith about the substance | 16:46:39 |
| 6 | of what he highlighted in the May 30, 2021, email | 16:46:45 |
| 7 | that's Exhibit 18? | 16:46:50 |
| 8 | A. I don't recall any specifics about this. | 16:46:55 |
| 9 | Or what action was taken after this particular email | 16:46:59 |
| 10 | and this highlighting. | 16:47:05 |
| 11 | Q. And on June 3, 2021, you were -- emailed | 16:47:08 |
| 12 | to Mr. Smith you have attached what looks like a | 16:47:16 |
| 13 | PowerPoint slide? | 16:47:21 |
| 14 | A. Uh-huh. | 16:47:26 |
| 15 | Q. And I only have one slide here. I'm not | 16:47:26 |
| 16 | sure, the native document, do you recall, were there | 16:47:29 |
| 17 | multiple slides or was it just this one? | 16:47:33 |
| 18 | A. I don't recall, but most likely just one | 16:47:37 |
| 19 | slide. | 16:47:43 |
| 20 | Q. So up at the top there's a lost revenue, | 16:47:45 |
| 21 | approximately 331 Bitcoin, 2.7 a month, with Bitcoin | 16:47:47 |
| 22 | at 48,000, $16.6 million. | 16:47:56 |
| 23 | Did you perform that calculation? | 16:47:59 |
| 24 | A. I most probably did but I don't recall | 16:48:04 |
| 25 | correctly. These were just back of the envelope | 16:48:08 |

1　　　　　　　　CERTIFICATE OF REPORTER

2

3　　　　I, BRANDON D. COMBS, a Certified Shorthand
　　Reporter, hereby certify that the witness in the
4　　foregoing deposition was by me duly sworn to tell
　　the truth, the whole truth, and nothing but the
5　　truth in the within-entitled cause;

6　　　　That said deposition was taken in
　　shorthand by me, a disinterested person, at the time
7　　and place therein stated, and that the testimony of
　　the said witness was thereafter reduced to
8　　typewriting, by computer, under my direction and
　　supervision;
9　　　　That before completion of the deposition,
　　review of the transcript was requested.  If
10　　requested, any changes made by the deponent (and
　　provided to the reporter) during the period allowed
11　　are appended hereto.

12　　　　I further certify that I am not of counsel
　　or attorney for either or any of the parties to the
13　　said deposition, nor in any way interested in the
　　event of this cause, and that I am not related to
14　　any of the parties thereto.

15

16　　　　DATED: August 29, 2024

17

18

19

20　　_____
　　BRANDON D. COMBS
21　　RPR, Texas CSR 10927, California CSR 12978

22

23

24

25