# EXHIBIT "B"

1              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
2                       WACO DIVISION

3                                    )
    SBI CRYPTO CO., LTD.,            )
4                                    )
                                     )
5              PLAINTIFFS,           )
                                     ) CIVIL ACTION
6    VS.                             )
                                     ) No. 6:23-cv-252-ADA-JCM
7                                    )
    WHINSTONE US, INC.,              )
8                                    )
                                     )
9              DEFENDANTS.           )
10

11
    ------------------------------------------------------
12              ATTORNEY'S EYES ONLY
      ORAL AND VIDEOTAPED DEPOSITION OF CARSON SMITH
13      BY AND THROUGH ITS DESIGNATED REPRESENTATIVE
                 OF SBI CRYPTO CO
14                 APRIL 15, 2025
    ------------------------------------------------------
15

16       ORAL AND VIDEOTAPED DEPOSITION OF CARSON SMITH,

17   produced as a witness at the instance of the DEFENDANT,

18   and duly sworn, was taken in the above-styled and

19   numbered cause on the APRIL 15, 2025, from 9:08 a.m. to

20   6:31 p.m., before Kelly Bryant, CSR in and for the State

21   of Texas, reported by machine shorthand, Winstead, 2728

22   N. Harwood Street, Suite 500, Dallas, Texas 75201,

23   pursuant to the Federal Rules of Civil Procedure and the

24   provisions stated on the record or attached hereto.

25

**ATTORNEY'S EYES ONLY**
Transcript of Carson Smith, Designated Representative
Conducted on April 15, 2025                    5

| | | |
|---|---|---|
| 1 | Kelly Bryant also representing Planet Depos.  The | 09:09:45 |
| 2 | witness may now be sworn. | |
| 3 | CARSON SMITH, | |
| 4 | having been first duly sworn, testified as follows: | |
| 5 | DIRECT EXAMINATION | |
| 6 | BY MR. SLOVAK: | |
| 7 | Q.  Good morning, Mr. Smith. | 09:09:56 |
| 8 | How are you? | 09:09:57 |
| 9 | A.  Good morning. | 09:09:57 |
| 10 | Q.  Can you state your full name for the record, | 09:09:59 |
| 11 | please? | 09:10:00 |
| 12 | A.  Carson Blake Smith. | 09:10:00 |
| 13 | Q.  And you were deposed in this case before, so | 09:10:03 |
| 14 | just a reminder about the ground rules.  You're under | 09:10:05 |
| 15 | oath. | 09:10:05 |
| 16 | You recall that, right? | 09:10:08 |
| 17 | A.  Yes, I do. | 09:10:09 |
| 18 | Q.  Okay.  Are you aware of anything that would | 09:10:09 |
| 19 | interfere with your ability to answer questions here | 09:10:11 |
| 20 | today truthfully and accurately? | 09:10:14 |
| 21 | A.  No, I'm not. | 09:10:16 |
| 22 | Q.  And I'll do my best.  I wasn't the greatest at | 09:10:16 |
| 23 | it last time.  I'll try to do better at allowing you to | 09:10:19 |
| 24 | answer, finish an answer before I ask another question, | 09:10:23 |
| 25 | if you will agree to allow me to finish my question | 09:10:27 |

**ATTORNEY'S EYES ONLY**
Transcript of Carson Smith, Designated Representative
Conducted on April 15, 2025                    65

| | | |
|---|---|---|
| 1 | Q.  Do you know if SBI imaged his cell phone? | 10:37:20 |
| 2 | MR. JOHNSON:  Objection, form. | 10:37:22 |
| 3 | A.  I don't know. | 10:37:23 |
| 4 | MR. SLOVAK:  Okay.  I'm going to hand you | 10:37:25 |
| 5 | what's previously been marked as Exhibit 18 in this | 10:37:27 |
| 6 | case. | 10:37:31 |
| 7 | (Defendant's Exhibit No. 18 marked) | 10:37:31 |
| 8 | Q.  (BY MR. SLOVAK)  First of all, did you review | 10:37:53 |
| 9 | this document in preparation for your deposition here | 10:37:54 |
| 10 | today? | 10:37:56 |
| 11 | A.  I think I saw this document in my binder. | 10:37:58 |
| 12 | Q.  Okay.  And do you recall receiving this -- or | 10:38:10 |
| 13 | I'm sorry.  Do you recall sending this e-mail in May of | 10:38:10 |
| 14 | 2021? | 10:38:12 |
| 15 | A.  Yes, I recall sending this e-mail.  When -- we | 10:38:14 |
| 16 | did this because of, given the nature of being kicked | 10:38:19 |
| 17 | out, we were looking at our options, and under the | 10:38:24 |
| 18 | direction of the legal department at SBI Holdings, we | 10:38:29 |
| 19 | started reviewing the contract to outline all areas of | 10:38:33 |
| 20 | interest. | 10:38:36 |
| 21 | MR. JOHNSON:  Hold on.  Let's go off the | 10:38:38 |
| 22 | record. | 10:38:40 |
| 23 | VIDEOGRAPHER:  We are going off the record. | 10:38:40 |
| 24 | The time is 10:38 a.m. | 10:38:42 |
| 25 | (Off the record) | 10:38:43 |

ATTORNEY'S EYES ONLY

Transcript of Carson Smith, Designated Representative

Conducted on April 15, 2025                    66

| | | |
|---|---|---|
| 1 | VIDEOGRAPHER:  We are going back on the | 10:43:10 |
| 2 | record.  The time is 10:43 a.m. | 10:43:19 |
| 3 | MR. JOHNSON:  Counsel for Plaintiff, SBI | 10:43:22 |
| 4 | Crypto, has reviewed the record and in consultation with | 10:43:28 |
| 5 | the witness has determined that this document is | 10:43:31 |
| 6 | privileged and should be clawed back pursuant to the | 10:43:35 |
| 7 | terms and the rules in this case, as well as the | 10:43:38 |
| 8 | e-discovery order in terms of identifying documents that | 10:43:41 |
| 9 | were inadvertently produced. | 10:43:47 |
| 10 | Plaintiff's position is this document was | 10:43:50 |
| 11 | produced at the direction of counsel, and therefore, it | 10:43:52 |
| 12 | constitutes privilege.  I now ask opposing counsel to | 10:43:56 |
| 13 | return the document pursuant to the e-discovery order in | 10:44:02 |
| 14 | this case and that all copies be returned as privileged. | 10:44:11 |
| 15 | MR. SLOVAK:  Are you done? | 10:44:21 |
| 16 | MR. JOHNSON:  Yes. | 10:44:22 |
| 17 | MR. SLOVAK:  Okay. | 10:44:23 |
| 18 | Q.  (BY MR. SLOVAK)  And so Mr. Tanemori -- I'm | 10:44:26 |
| 19 | sorry.  And let me ask a question. | 10:44:29 |
| 20 | Is Mr. Tanemori a lawyer? | 10:44:31 |
| 21 | A.  No, he's not. | 10:44:34 |
| 22 | Q.  Okay.  And did -- as of May 30th of 2021, did | 10:44:34 |
| 23 | SBI have internal legal counsel? | 10:44:40 |
| 24 | A.  Yes. | 10:44:43 |
| 25 | Q.  Who were they? | 10:44:43 |

**ATTORNEY'S EYES ONLY**
Transcript of Carson Smith, Designated Representative
Conducted on April 15, 2025                    95

| | | |
|---|---|---|
| 1 | Q.  (BY MR. SLOVAK)  And was there a signed | 11:35:42 |
| 2 | agreement in writing documenting what you just said, | 11:35:44 |
| 3 | sir? | 11:35:44 |
| 4 | A.  There was not a signed agreement in writing. | 11:35:49 |
| 5 | MR. SLOVAK:  And if you'll take a look at | 11:35:51 |
| 6 | what was previously marked as Exhibit 5 in the Tanemori | 11:35:53 |
| 7 | deposition. | 11:36:07 |
| 8 | (Defendant's Exhibit No. 5 marked) | 11:36:07 |
| 9 | Q.  (BY MR. SLOVAK)  You understand that this was | 11:36:21 |
| 10 | Mr. Tanemori's calculation of what would be owed if the | 11:36:22 |
| 11 | power had been paid at 80 percent; is that correct, sir? | 11:36:26 |
| 12 | MR. JOHNSON:  Objection, form. | 11:36:30 |
| 13 | A.  This is not 80 percent of what was owed.  We | 11:37:05 |
| 14 | paid what was owed as there was an agreement not to bill | 11:37:09 |
| 15 | 80 percent of 50 megawatts.  The ultimate agreement | 11:37:13 |
| 16 | between all the parties that was including Whinstone and | 11:37:17 |
| 17 | Northern Data CFO -- and when I say Whinstone, I mean | 11:37:22 |
| 18 | Chad Harris and the CEO of Whinstone, Aroosh | 11:37:25 |
| 19 | Thillainathan -- to not bill this 80 percent.  And the | 11:37:34 |
| 20 | amounts owed would be the -- essentially, the actual | 11:37:36 |
| 21 | power consumption as shown on the invoices, not the 80 | 11:37:39 |
| 22 | percent of the 50 megawatts. | 11:37:43 |
| 23 | This e-mail here is dated after, too, | 11:37:46 |
| 24 | the -- the May 29th e-mail.  This is part of the ongoing | 11:37:51 |
| 25 | risk assessment that we're doing at -- when we're con -- | 11:37:55 |

**ATTORNEY'S EYES ONLY**
Transcript of Carson Smith, Designated Representative
Conducted on April 15, 2025                    96

| | | |
|---|---|---|
| 1 | considering potential litigation.  And this is part -- | 11:37:59 |
| 2 | this is also, too, related to, as I just previously | 11:38:03 |
| 3 | said, the discussion with SBI Holdings, their press -- | 11:38:06 |
| 4 | their investor relations department, because that can | 11:38:15 |
| 5 | affect as a public company.  That -- obviously, they | 11:38:17 |
| 6 | are -- need to be involved.  SBI SVPs and SBI Crypto | 11:38:21 |
| 7 | board members, as well as the SBI Holdings legal | 11:38:28 |
| 8 | department. | 11:38:28 |
| 9 | MR. JOHNSON:  Whoa, whoa, whoa, whoa. | 11:38:28 |
| 10 | Q.  (BY MR. SLOVAK)  Who was -- | 11:38:30 |
| 11 | MR. JOHNSON:  Hold on.  Let's go off the | 11:38:31 |
| 12 | record.  Hold on.  Let's go off the record one sec. | 11:38:32 |
| 13 | VIDEOGRAPHER:  We are going -- we are going | 11:38:34 |
| 14 | off the record.  The time is 11:38 a.m. | 11:38:36 |
| 15 | (Break taken) | 11:38:43 |
| 16 | VIDEOGRAPHER:  We are going back on the | 11:40:23 |
| 17 | record.  The time is 11:40 a.m. | 11:40:24 |
| 18 | MR. JOHNSON:  Plaintiff's counsel for SBI | 11:40:26 |
| 19 | Crypto has reviewed this document, and in consultation | 11:40:31 |
| 20 | with its client determined this document was produced | 11:40:37 |
| 21 | pursuant to and at the direction of counsel to obtain | 11:40:42 |
| 22 | legal advice.  Accordingly, we are demanding that | 11:40:46 |
| 23 | this -- that this particular doc -- document be clawed | 11:40:51 |
| 24 | back and returned to Plaintiff as privileged under the | 11:40:57 |
| 25 | terms of the e -- e-discovery agreement in this case. | 11:41:02 |

**ATTORNEY'S EYES ONLY**

Transcript of Carson Smith, Designated Representative

Conducted on April 15, 2025                    97

| | | |
|---|---|---|
| 1 | MR. SLOVAK:  Okay.  We continue to take the | 11:41:07 |
| 2 | position that that privilege is waived and that you've | 11:41:09 |
| 3 | done nothing to establish that this was a privileged | 11:41:12 |
| 4 | communication. | 11:41:14 |
| 5 | Q.  (BY MR. SLOVAK)  So who is A-I-O-K-U-D-A at | 11:41:15 |
| 6 | SBIGroup.co.jp? | 11:41:21 |
| 7 | MR. JOHNSON:  I'm going to ask you that you | 11:41:21 |
| 8 | don't answer questions beyond what the persons and the | 11:41:23 |
| 9 | subject matter at the top of this agreement, but not any | 11:41:30 |
| 10 | of the substance below. | 11:41:36 |
| 11 | A.  So the characters in this say Okuda Airi and | 11:41:37 |
| 12 | she is an office assistant for SBI Crypto. | 11:41:40 |
| 13 | Q.  (BY MR. SLOVAK)  Is she a lawyer? | 11:41:45 |
| 14 | A.  She is not a lawyer. | 11:41:46 |
| 15 | Q.  Was the communication that's being clawed back | 11:41:47 |
| 16 | provided to any inside or outside legal counsel? | 11:41:52 |
| 17 | A.  Yes, it was. | 11:41:56 |
| 18 | Q.  To whom was it provided? | 11:41:56 |
| 19 | A.  This would be Okuyama, Masashi Okuyama. | 11:41:58 |
| 20 | Sasaoka, I don't know his full name.  And also Frank | 11:42:04 |
| 21 | Jacob Chauncey. | 11:42:15 |
| 22 | Okuyama is -- they're both in-house | 11:42:15 |
| 23 | counsel.  He's licensed in Ohio.  And Jake is I believe | 11:42:18 |
| 24 | in Missouri. | 11:42:23 |
| 25 | Q.  In what form was it provided to them? | 11:42:24 |

**ATTORNEY'S EYES ONLY**
Transcript of Carson Smith, Designated Representative
Conducted on April 15, 2025                                    329

1      I further certify that pursuant to FRCP Rule

2   30(f)(1) that the signature of the deponent:

3

4      _____ was requested by the deponent or a party

5   before the completion of the deposition and is to be

6   returned within 30 days from date of receipt of the

7   transcript.  If returned, the attached Changes and

8   Signature Page contains any changes and the reasons

9   Therefor;

10

11     __XXX__ was not requested by the deponent or a

12   party before the completion of the deposition.

13     I further certify that I am neither counsel for,

14   related to, nor employed by any of the parties in the

15   action in which this proceeding was taken, and further

16   that I am not financially or otherwise interested in the

17   outcome of the action.

18     GIVEN UNDER my hand of office on April 26th, 2025.

19

20   _____
                     *Kelly Bryant*

21   KELLY BRYANT
     Texas CSR No. 5772
22   Expiration Date:  07/31/25

23

24

25