

ATTORNEYS AT LAW

2021 MCKINNEY AVENUE, SUITE 1600
DALLAS, TX 75201-3340
214.999.3000 TEL
214.999.4667 FAX
WWW.FOLEY.COM

rslovak@foley.com
(214) 999-4334

May 22, 2025

Honorable Derek Gilliland
United States Magistrate Judge
800 Franklin Avenue
Waco, Texas 76701

Re: *SBI Crypto Co., LTD v. Whinstone US, Inc.*, Case No. 6:23-CV-00252-ADA-JCM, in the United States District Court for the Western District of Texas—Waco Division

Dear Judge Gilliland:

Pursuant to the Court's Order Granting Unopposed Motion for Leave to File Under Seal (ECF No. 80) dated May 15, 2025, the Court asked Defendant Whinstone US, Inc. ("Whinstone") to "file a redacted copy of the sealed documents within seven (7) days of the date of this order." Whinstone writes to notify the Court that it believes that Exhibit 1 (ECF No. 80-1), Exhibit 2 (ECF No. 80-2), and Exhibit 3 (ECF No. 80-3) no longer need to be filed under seal and can be publicly filed.

On May 15, 2025, Plaintiff SBI Crypto Co., LTD ("SBI")—which had initially identified these documents as either "Confidential" or "Confidential – Attorneys' Eyes Only"—publicly filed the aforementioned exhibits, without redaction, in a separate filing. *See* Resp. Mot. Compel (May 16, 2025) Ex. C at Exhibits 1-3 (ECF No. 85-3). Because SBI filed those documents in the public record—where they remain publicly available today—Whinstone believes no redactions are necessary.

Moreover, the Agreed Protective Order (ECF No. 22) (the "Order") entered in this case does not permit information to be designated as "Confidential" if that "[i]nformation is available to the public. Under the Order, therefore, the exhibits should not be filed under seal .

In conclusion, no redactions to Exhibits 1 (ECF No. 80-1), 2 (ECF No. 80-2), and Exhibit 3 (ECF No. 80-3) are required and those documents may be publicly filed with Whinstone's Motion to Compel (ECF No. 79).

Sincerely,

FOLEY & LARDNER LLP

Robert T. Slovak

cc: All counsel of record

AUSTIN          DETROIT         MEXICO CITY     SACRAMENTO      TALLAHASSEE
BOSTON          HOUSTON         MIAMI           SALT LAKE CITY  TAMPA
CHICAGO         JACKSONVILLE    MILWAUKEE       SAN DIEGO       WASHINGTON, D.C.
DALLAS          LOS ANGELES     NEW YORK        SAN FRANCISCO   BRUSSELS
DENVER          MADISON         ORLANDO         SILICON VALLEY  TOKYO