# EXHIBIT 9

**Charles C. Byers – Supplement dated July 18, 2025**

| New analytic area | Data or documents to request |
|---|---|
| Public facility background | Copies of documents relied on for BitRiver facility layout and cooling design, including drawings, specifications, web pages, and/or brochures. |
| Telemetry & market inputs | All information and supporting documentation relied upon for the spreadsheets and bar charts in the Byers Original and Second Reports, including exports of date reflecting pool-level bitcoin-mined exports, worldwide hashrate, network difficulty and BTC-price series, whether pulled from Luxor or similar services. |
| Datacenter-attribute matrix | All information and supporting documentation related to any calculations used to populate the 13-factor comparison table on pages 12-14 of the Second Byers Report, including underlying sensor logs, dust-sampling results, rack drawings, and power-quality records. |
| Pressure Measurements | All information and supporting documentation reflecting the pressure measurements from the intake side of the racks, and from the exhaust side of the racks in Russia as described on pages 8-9 of the Second Byers Report |
| Maintenance | All information and supporting documentation reflecting maintenance procedures and maintenance performed at the SBI cryptocurrency mining facility located in Brask, Irkutsk Region, of the Russian Federation. |
| Training Logs | Documentation sufficient to evidence training for the operations and maintenance personnel at the SBI cryptocurrency mining facility located in Brask, Irkutsk Region, of the Russian Federation. |
| Inlet Temperatures | All information and supporting documentation that reflects inlet temperatures at each of the miners' intake points, including at each level of the equipment racks storing the miners . |
| Exhaust Temperatures | All information and supporting documentation reflecting measurements of each the miners' exhaust temperature, including at each of the equipment racks storing the miners. |
| Lab Results | All information and supporting documentation reflecting the lab results for dust and debris to support the conclusions described on page 13 of the Second Byers Report. |
| Translated Documents | All documents that reflect the actual translations by Carson Smith of the "Report by Muroo on BitRiver RUS Limited Liability Company, SBIC0006451" and any other document. |

**Michael Schuler – Supplemental & Rebuttal Report dated July 18, 2025**

| New analytic area | Data or documents to request |
|---|---|
| Depreciation & price curves | All information and supporting documentation relied upon to create the BTC-price chart and the standard depreciation curve on pages 13, 15, 17-18, and 21 of the Schuler Rebuttal, including CSV/API exports and date reflecting assumptions. |
| Planned inspection | All information and supporting documentation reflecting the Schuler's (upcoming) warehouse inspection scheduled for August 5, 2025, including notes, photos and/or measurements. |

**Randall Valentine – Supplemental dated July 16, 2025**

| New analytic area | Data or documents to request |
|---|---|
| 3% global downward adjustment (pool fees, BCH/BSV conversions, other costs) | All information and supporting documentation related to the 3% downward adjustment reference on pages 3, 7 and 21 of the Second Valentine Report , including pooling invoices/fee statements, records of BCH/BSV conversions, and worksheets reflecting the 3% reduction |

| New analytic area | Data or documents to request |
|---|---|
| Time Period Calculations Sheet 7 | The native Excel spreadsheet titled "Time Period Calculations Sheet 7" reference on page 6 of the Second Valentine Report and any supporting transaction/comparable data referenced for each period's damages. |
| Period reclassification (July 2021 moved into Period 3/2 adjustment) | Workpapers showing expected vs. actual hashrate/downtime for July 2021 and rationale for removing the ramp-up exclusion as described on page 2 of the Second Valentine Report |
| FPPS pool model reliance | Luxor (or other pool) statements confirming Full Pay Per Share ("FPPS") use, and any analysis comparing FPPS vs. Pay Per Last N Shares ("PPLNS") payouts, Luxor API or data exports used as source material. |
| SBI pool data | All information and supporting documentation reflecting the SBI cryptocurrency pool performance, participation, fees, and payouts as discussed on pages 5 and 7-8 of the Second Valentine Report, including historical source material. |
| Blockchain forensic review of 690 addresses | The full "Blockchain Report for SBI Addresses" and "forensic examination" referenced on pages 4-5 of the Second Valentine Report, including a complete address list, reconciliation to internal books, and any tracing outputs. |
| Retention rate | Documentation reflecting evidencing SBI's policies and its related decisions to hold or sell mined cryptocurrency as discussed on pages 3, 8, and 21 of the Second Valentine Report. |
| Muroo invoices and communications | All Muroo invoices, communications, analyses, and verifications relied upon in the Second Valentine Report, including those specifically discussed on pages 5, 8, 14-16, 19, and 22. |
| Internal and external audit information | All information and supporting documentation related to the SBI internal and external audits discussed on pages 8, 15-16, 19-20, and 22 of the Second Valentine Report, including all related audit communications, testis, audit results, and reports. |

**Carson Smith Deposition**

| New analytic area | Needed Testimony |
|---|---|
| Russian facility | Characteristics, operations, design, and layout of Russian facility used for SBI's cryptocurrency mining operations. |
| SBI pool data | Historical source material depicting SBI cryptocurrency pool performance, participation, fees, and payouts |
| Internal/external audits | Knowledge of and involvement in any internal or external audits. |
| Expert involvement | Conversations with and any analyses or materials provided to SBI's expert witnesses. |
| Muroo | Performance and services provided by Muroo to SBI in Russia. |
| Retention rate | SBI's practice of holding or selling mined cryptocurrency. |

**SBI Corporate Representative Deposition**

| New analytic area | Needed Testimony |
|---|---|
| Russian facility | Characteristics, operations, design, and layout of Russian facility used for SBI's cryptocurrency mining operations. |
| Internal/external audits | Knowledge of and involvement in any internal or external audits. |
| FPPS pool model reliance | Luxor (or other pool) statements confirming FPPS use, and any analysis comparing FPPS vs. PPLNS payouts, Luxor API or data exports used as source material. |

| New analytic area | Needed Testimony |
|---|---|
| SBI's 690 unique wallet addresses | Composition, purpose, and use of these wallet addresses, including location of information concerning the same. |
| Retention rate | SBI's decisions to hold or sell mined cryptocurrency. |
| Muroo | Performance and services provided by Muroo to SBI in Russia. |
| Internal and external audit information | Complete SBI internal and external audit communications, testing, results, reports, and |