# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>WHINSTONE US, INC.,<br><br>    Defendant. | Civil Action No. 6:23-cv-252-ADA-JCM |

### NOTICE OF DEPOSITION OF PHILLIP ISAAK

TO:     Phillip Isaak, by and through his attorney of record, Joshua M. Sandler, Winstead PC, 2728 N. Harwood Street, Suite 500, Dallas, Texas 75201, jsandler@winstead.com.

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, counsel of record for Defendant Whinstone US, Inc. ("Whinstone") will take the deposition by oral examination, under oath before a duly authorized notary public or other officer authorized to administer oaths, of Phillip Isaak on **Thursday, July 31, 2025, beginning at 9:00 a.m**. The deposition will be taken at the offices of Winstead PC, 2728 N. Harwood Street, Suite 500, Dallas, Texas 75201, will be recorded by stenographic and audiovisual means, and will continue day to day until complete.

DATED: July 11, 2025                                Respectfully submitted,


                                                    /s/ Robert T. Slovak
                                                    Robert T. Slovak (TX 24013523)
                                                    rslovak@foley.com
                                                    Brandon C. Marx (TX 24098046)
                                                    bmarx@foley.com
                                                    **FOLEY & LARDNER LLP**
                                                    2021 McKinney Avenue, Suite 1600
                                                    Dallas, TX 75201
                                                    Telephone: (214) 999-3000
                                                    Facsimile: (214) 999-4667

                                                    **COUNSEL FOR WHINSTONE US, INC**


<u>**CERTIFICATE OF SERVICE**</u>

    I certify that, on July 11, 2025, a true and correct copy of the foregoing was served via electronic mail to all counsel of record.


                                                    /s/ Brandon C. Marx
                                                    Brandon C. Marx

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD.,<br><br>   Plaintiff,<br><br>  v.<br><br>WHINSTONE US, INC.,<br><br>   Defendant. | Civil Action No. 6:23-cv-252-ADA-JCM |

## **NOTICE OF DEPOSITION OF CHARLES BYERS**

TO: Charles Byers, by and through his attorney of record, Joshua M. Sandler, Winstead PC, 2728 N. Harwood Street, Suite 500, Dallas, Texas 75201, jsandler@winstead.com.

  PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, counsel of record for Defendant Whinstone US, Inc. ("Whinstone") will take the deposition by oral examination, under oath before a duly authorized notary public or other officer authorized to administer oaths, of Charles Byers on **Wednesday, August 20, 2025, beginning at 9:00 a.m**. The deposition will be taken at the offices of Winstead PC, 2728 N. Harwood Street, Suite 500, Dallas, Texas 75201, will be recorded by stenographic and audiovisual means, and will continue day to day until complete.

DATED: July 11, 2025                                   Respectfully submitted,

                                                       /s/ Robert T. Slovak
                                                       Robert T. Slovak (TX 24013523)
                                                       rslovak@foley.com
                                                       Brandon C. Marx (TX 24098046)
                                                       bmarx@foley.com
                                                       **FOLEY & LARDNER LLP**
                                                       2021 McKinney Avenue, Suite 1600
                                                       Dallas, TX 75201
                                                       Telephone: (214) 999-3000
                                                       Facsimile: (214) 999-4667

                                                       **COUNSEL FOR WHINSTONE US, INC**

## CERTIFICATE OF SERVICE

I certify that, on July 11, 2025, a true and correct copy of the foregoing was served via electronic mail to all counsel of record.

                                                       /s/ Brandon C. Marx
                                                       Brandon C. Marx

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>WHINSTONE US, INC.,<br><br>    Defendant. | Civil Action No. 6:23-cv-252-ADA-JCM |

## NOTICE OF DEPOSITION OF MICHAEL SCHULER

TO:    Michael Schuler, by and through his attorney of record, Joshua M. Sandler, Winstead PC, 2728 N. Harwood Street, Suite 500, Dallas, Texas 75201, jsandler@winstead.com.

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, counsel of record for Defendant Whinstone US, Inc. ("Whinstone") will take the deposition by oral examination, under oath before a duly authorized notary public or other officer authorized to administer oaths, of Michael Schuler on **Friday, August 22, 2025, beginning at 9:00 a.m**. The deposition will be taken at the offices of Winstead PC, 2728 N. Harwood Street, Suite 500, Dallas, Texas 75201, will be recorded by stenographic and audiovisual means, and will continue day to day until complete.

DATED: July 11, 2025   Respectfully submitted,

*/s/ Robert T. Slovak*
Robert T. Slovak (TX 24013523)
rslovak@foley.com
Brandon C. Marx (TX 24098046)
bmarx@foley.com
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**COUNSEL FOR WHINSTONE US, INC**

## CERTIFICATE OF SERVICE

I certify that, on July 11, 2025, a true and correct copy of the foregoing was served via electronic mail to all counsel of record.

*/s/ Brandon C. Marx*
Brandon C. Marx

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-252-ADA-JCM |

## **NOTICE OF DEPOSITION OF DR. RANDALL VALENTINE**

TO:   Dr. Randall Valentine, by and through his attorney of record, Joshua M. Sandler, Winstead PC, 2728 N. Harwood Street, Suite 500, Dallas, Texas 75201, jsandler@winstead.com.

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, counsel of record for Defendant Whinstone US, Inc. ("Whinstone") will take the deposition by oral examination, under oath before a duly authorized notary public or other officer authorized to administer oaths, of Michael Schuler on **Tuesday, August 26, 2025, beginning at 9:00 a.m**. The deposition will be taken at the offices of Winstead PC, 2728 N. Harwood Street, Suite 500, Dallas, Texas 75201, will be recorded by stenographic and audiovisual means, and will continue day to day until complete.

DATED: July 11, 2025                    Respectfully submitted,

                                                */s/ Robert T. Slovak*
Robert T. Slovak (TX 24013523)
rslovak@foley.com
Brandon C. Marx (TX 24098046)
bmarx@foley.com
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**COUNSEL FOR WHINSTONE US, INC**

## CERTIFICATE OF SERVICE

      I certify that, on July 11, 2025, a true and correct copy of the foregoing was served via electronic mail to all counsel of record.

                                                */s/ Brandon C. Marx*
                                                Brandon C. Marx