# EXHIBIT 12

## SUPPLEMENTAL EXPERT REPORT ADDITIONAL RESOURCE ESTIMATE

| Expert | Expert Hours | Expert Cost | Attorney Hours | Attorney Cost | Total |
|---|---|---|---|---|---|
| Dr. Randall Valentine | 228 | $ 126,060.00 | 40 | $ 39,720.00 | $ 165,780.00 |
| Charles Byers | 80 | $ 51,600.00 | 40 | $ 39,720.00 | $ 91,320.00 |
| Michael Schuler | 80 | $ 51,600.00 | 15 | $ 14,895.00 | $ 66,495.00 |
| Carson Smith | 40 | $ 25,800.00 | 15 | $ 14,895.00 | $ 40,695.00 |
| **Total** | | **$ 255,606.00** | | **$ 109,230.00** | **$ 364,290.00** |

4936-6164-9755.1