# EXHIBIT 14



## CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Transcript of Carson Smith

**Date:** August 21, 2024
**Case:** SBI Crypto Co., Ltd. -v- Whinstone US, Inc.

**Planet Depos**

**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com

www.planetdepos.com

Michigan #8598 | Nevada #089F | New Mexico #566

## Page 1

```
              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF TEXAS
                     WACO DIVISION

SBI CRYPTO CO., LTD.,  )
                       )
        Plaintiff,     )
                       )
VS                     ) CIVIL ACTION NO.
                       ) 6:23-cv-252-ADA-JCM
WHINSTONE US, INC.,    )
                       )
        Defendant.     )
*********************************************
              VIDEOTAPED DEPOSITION OF
                    CARSON SMITH
                   August 21, 2024
          CONFIDENTIAL - ATTORNEYS' EYES ONLY
*********************************************




Job No. 546220
Pages 1 - 371
Stenographically Reported by:
Susan S. Klinger, RMR-CRR, CSR
```

## Page 2

```
                    August 21, 2024


      VIDEOTAPED DEPOSITION OF CARSON SMITH, produced
as a witness at the instance of the Defendant, and
duly sworn, was taken in the above-styled and
numbered cause on the 21st of August, 2024, from
9:08 a.m. to 7:05 p.m., before Susan S. Klinger,
RMR-CRR, CSR in and for the States of Texas and
California, reported by stenographic method, at Winstead,
2728 North Harwood Street, Suite 500, Dallas, Texas, pursuant
to the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.
```

## Page 3

```
                    A P P E A R A N C E S
ON BEHALF OF THE PLAINTIFF:
    Cory Johnson, Esquire
    Joshua Sandler, Esquire (Via Zoom)
    WINSTEAD PC
    2728 North Harwood Street, Suite 500
    Dallas, Texas  75201
    214.745.5400
ON BEHALF OF THE DEFENDANT:
    Robert T. Slovak, Esquire
    Brandon C. Marx, Esquire
    FOLEY & LARDNER LLP
    2021 McKinney Avenue, Suite 1600
    Dallas, Texas  75201
    214.999.3000
ON BEHALF OF THE WITNESS:
    K. Reed Mayo, Esquire
    REED MAYO LAW FIRM, P.C.
    4604 Berrywood Road
    Virginia Beach, Virginia  23464
    757.621.2216
Also Present:
    Patrick Wooding, Esquire - Whinstone
    Nicholas Vitalis - SBI Crypto
    Jesse Castro, videographer
```

## Page 4

```
                        I N D E X

WITNESS                                          PAGE
CARSON SMITH
    EXAMINATION BY MR. SLOVAK                       7

                       E X H I B I T S
No.         Description
Exhibit 20  Email, SBIC0000900                    105
Exhibit 21  Canaan invoice, SBIC0003267           110
Exhibit 22  Messages, SBIC0005860                 117
Exhibit 23  Messages, SBIC0005573                 216
Exhibit 24  Email, SBIC0000026                    239
Exhibit 25  Messages, SBIC0005892                 247
Exhibit 26  Visit notes, SBIC0003777              289
Exhibit 27  Balance Sheet, SBIC0005819            319
Exhibit 28  Excel columns                         323

       Previously marked
Exhibit 1   Plaintiff's Amended Complaint         126
Exhibit 2   Hosting Service Agreement,            136
            SBIC0003447
Exhibit 4   International Sales Contract,         134
            SBIC0003153
Exhibit 5   Email, SBIC0003245
```

Page 5

| | | |
|---|---|---|
| Exhibit 6 | Hosting Service Agreement, SBIC0003883 | 187 |
| Exhibit 7 | Whinstone Trip Report, SBIC0005782 | 78 |
| Exhibit 8 | Email, SBIC0002069 | 261 |
| Exhibit 9 | Email, SBIC0000149 | 271 |
| Exhibit 10 | Email, SBIC0002873 | 340 |
| Exhibit 12 | Email, SBIC0001267 | 309 |
| Exhibit 13 | Email, SBIC0000393 | 181 |
| Exhibit 18 | Email, SBIC0000068 | 350 |

Page 6

P R O C E E D I N G S

VIDEOGRAPHER: Here begins Media Number 1 in the videotaped deposition of Carson Smith in the matter of SBI Crypto Co., Ltd. v. Whinstone US, Inc. in the United States District Court for the Western District of Texas, Waco Division, Case Number 6:23-CV-252-ADA-JCM.

Today's date is August 21st, 2024. The time on the video monitor is 9:09 a.m. The videographer is Jesse Castro representing Planet Depos. This video deposition is taking place at 2728 North Harwood Street, Suite 500, Dallas, Texas 75201.

Would counsel please voice-identify themselves and state whom they represent?

MR. SLOVAK: Rob Slovak, along with Brandon Marx of Foley & Lardner on behalf of Whinstone US, Inc. Also with us is our in-house lawyer, Patrick Wooding.

MR. MAYO: Reed Mayo on behalf of the witness, Carson Blake Smith.

MR. JOHNSON: Cory Johnson and Josh Sandler via Zoom from Winstead here on behalf of the plaintiff, SBI Crypto, along with SBI Crypto's CEO, Nicholas Vitalis.

Page 7

VIDEOGRAPHER: The court reporter today is Susan Klinger, also representing Planet Depos. The witness may now be sworn.

CARSON SMITH, having been first duly sworn testified as follows:

EXAMINATION

BY MR. SLOVAK:

Q Good morning, Mr. Smith. How are you?

A Good morning.

Q My name is Rob Slovak, and as you know, I represent Whinstone. You are aware that there is a lawsuit that exists between SBI Crypto Limited and Whinstone US, Inc.?

A Yes.

Q Okay. And were you -- let me start here. Have you been deposed before?

A No, I have not been deposed.

Q Okay. So I'm going to ask questions. The court reporter is going to try to take down everything that I say. She also is going to try to take down everything that you say.

So if we can have an agreement not to talk over one another, I will try to allow you to finish your answer if you will allow me to finish my question so she gets everything on the record.

Page 8

Can we have that agreement?

A Okay.

Q And if at any point in time today you don't understand what I'm asking or the question is not clear, just please ask me to clarify. If you answer the question without asking for clarification, we will understand -- we will assume that you understood it. Can we agree to that?

A Can you repeat the last part one more time?

Q Sure. If I ask a question that you don't understand and you answer it, I will assume that you understood it unless you tell me otherwise.

A Okay, okay.

Q Are you under -- are you on any medications or do you have any physical issues that would interfere with your ability to answer questions here today truthfully and accurately?

A No.

Q And you understand that you are under oath?

A Yes.

Q Okay. Just like you would be in a court of law testifying before a judge or a jury. Do

```
                                                    29
1    A  No, I don't think I have.
2    Q  About any of the operations at Rockdale?
3    A  No.
4    Q  The communications -- the Gmail
5  communications that you had with Mr. Tanemori
6  about this lawsuit, were any attorneys copied on
7  those emails?
8    A  Yes --
9    Q  Okay.  Which ones?
10   A  -- they were copied.  Cory or Matt Hines
11 would be copied.
12   Q  Were those emails at their direction?
13      MR. JOHNSON:  Objection, form.
14   A  All emails, they were not necessarily at
15 their direction, no.
16   Q  Well, let me ask, does Winstead represent
17 you?
18   A  Winstead does represent me, and they
19 represent SBI Crypto.
20   Q  When did you retain Winstead?
21   A  For -- I don't remember the exact date.
22   Q  Do you have a written engagement agreement
23 with Winstead?
24   A  There is a written agreement.
25   Q  Okay.  And do you have a copy of that
```

```
                                                    30
1  agreement?
2    A  Winstead should have a copy.
3    Q  Okay.  Do you recall when that agreement
4  was reached?
5       MR. JOHNSON:  Objection, form.
6    A  No, I don't.
7    Q  And you also have a personal attorney
8  here, Mr. Mayo, right?
9    A  Yes.
10   Q  And why do you have a personal attorney as
11 well?
12      MR. JOHNSON:  Objection, form.
13      MR. MAYO:  Objection.
14   Q  You can answer.  It is okay.
15   A  Because just I want to have a personal
16 attorney.
17   Q  Okay.  And did you -- in order to prepare
18 for this deposition, did you also have meetings
19 with Mr. Mayo?
20   A  For preparation?
21   Q  Yes, sir.
22   A  There was one related discussion for that.
23   Q  Okay.  And I don't want to know about the
24 content of the discussion, but when did that take
25 place?
```

```
                                                    31
1    A  I can't remember when it was.
2    Q  How long did it last?
3    A  15, 30 minutes, if that.
4    Q  Were any documents reviewed?
5    A  A document of reviewing for the format of
6  a deposition.
7    Q  Okay.  You mean like a video or --
8    A  No.
9    Q  Okay.  And so other than -- by the way,
10 are you anticipating that SBI will be compensating
11 you for the time that you met with Mr. Mayo to
12 prepare for the deposition as well?
13   A  No, I'm not.
14   Q  Have you been engaged by SBI to serve as
15 an expert witness in this case?
16   A  I have not.
17   Q  Okay.  Do you intend to do so?
18   A  Currently I do not.
19   Q  Okay.  Have you undertaken any analysis of
20 any kind to formulate any expert opinions related
21 to any issues in this lawsuit?
22      MR. JOHNSON:  Objection, form.
23   A  I have formulated my own opinions.
24   Q  Okay.  And that is fine.  We can talk
25 about those, but I guess my question is, have
```

```
                                                    32
1  you -- ==have you been asked by SBI to provide==
2  ==expert opinions of any kind in connection with==
3  ==this lawsuit?==
4    A  ==I have not been contracted to provide==
5  ==expert opinions and expert witness.==
6    Q  Okay.  And have you undertaken any efforts
7  to perform a damages analysis associated with this
8  lawsuit?
9    A  Yes, I have.
10   Q  Why?
11   A  Just because I originally performed the
12 damage analysis at the beginning of the lawsuit
13 and to run those numbers and to evaluate and
14 perform my own analysis.  I did that.
15   Q  Okay.  Who asked you to prepare that
16 analysis?
17   A  I originally performed the analysis of my
18 own will.
19   Q  Well, you did one recently as well, right?
20   A  Yes.
21   Q  Okay.  And why?
22   A  That was of my own accord, because the
23 full analysis -- the previous analysis didn't
24 include some variables that I had done previously.
25   Q  What variables were those?
```

369

1  answer the next time you ask this question.  Go
2  ahead and answer this question for the fifth time.
3  You can answer.
4     A  Please ask the question again.
5     Q  I mean --
6     MR. SLOVAK:  Read it back.
7        (Record read.)
8     MR. JOHNSON:  Objection, asked and
9  answered.
10    A  I did ultimately disclose to them at a
11 later date that we intended to open legal action
12 to them.
13    Q  Before they paid you, did you disclose it
14 to them?
15    A  Before they paid what?
16    Q  Before they paid you the amount that
17 you-all squared up in March of 2022 for
18 outstanding invoices and issues between the
19 parties, did you disclose to them before that
20 happened that you intended to sue them?
21    A  I don't remember disclosing to them
22 consideration to do so.
23    MR. SLOVAK:  Nothing further.
24    MR. JOHNSON:  All right.  The plaintiff
25 reserves all questions for this witness at trial.

370

1  We want to read and sign.
2     I will also be designating certain
3  portions -- reserve the right to designate certain
4  portions of this deposition as confidential,
5  confidential, attorneys' eyes only, pursuant to
6  the provisions provided in the protective order.
7     VIDEOGRAPHER:  This concludes the
8  deposition of Carson Smith.  The time on the
9  monitor is 7:05 p.m.
10    (Deposition adjourned at 7:05 p.m.)

371

1           CERTIFICATE OF SHORTHAND REPORTER
2
3       I, Susan S. Klinger, the officer before
4  whom the foregoing deposition was taken, do hereby
5  certify that the foregoing transcript is a true
6  and correct record of the testimony given; that
7  said testimony was taken by me stenographically
8  and thereafter reduced to typewriting under my
9  direction; that reading and signing was
10 requested; and that I am neither counsel for,
11 related to, nor employed by any of the parties to
12 this case and have no interest, financial or
13 otherwise in its outcome.
14      Time on the record:
15      Mr. Slovak:  7:30
16      IN WITNESS WHEREOF, I have hereunto set my
17 hand on the 2nd of September, 2024.
18
19
20    _____
21    Susan S. Klinger, RMR-CRR, CSR
22    Texas CSR 6531, Exp:  10/23/25
23    California CSR 14487, Exp: 11/30/24