# EXHIBIT 1

**Page 1**

```
            UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF TEXAS
                   WACO DIVISION

SBI CRYPTO CO., LTD.,  )
                       )
        Plaintiff,     )
                       )
VS                     )  CIVIL ACTION NO.
                       )  6:23-cv-252-ADA-JCM
WHINSTONE US, INC.,    )
                       )
        Defendant.     )
*********************************************
              VIDEOTAPED DEPOSITION OF
                    CARSON SMITH
                   August 21, 2024
          CONFIDENTIAL - ATTORNEYS' EYES ONLY
*********************************************







Job No. 546220
Pages 1 - 371
Stenographically Reported by:
Susan S. Klinger, RMR-CRR, CSR
```

**Page 2**

```
                  August 21, 2024


     VIDEOTAPED DEPOSITION OF CARSON SMITH, produced
as a witness at the instance of the Defendant, and
duly sworn, was taken in the above-styled and
numbered cause on the 21st of August, 2024, from
9:08 a.m. to 7:05 p.m., before Susan S. Klinger,
RMR-CRR, CSR in and for the States of Texas and
California, reported by stenographic method, at Winstead,
2728 North Harwood Street, Suite 500, Dallas, Texas, pursuant
to the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.
```

**Page 3**

```
           A P P E A R A N C E S
ON BEHALF OF THE PLAINTIFF:
   Cory Johnson, Esquire
   Joshua Sandler, Esquire (Via Zoom)
   WINSTEAD PC
   2728 North Harwood Street, Suite 500
   Dallas, Texas  75201
   214.745.5400
ON BEHALF OF THE DEFENDANT:
   Robert T. Slovak, Esquire
   Brandon C. Marx, Esquire
   FOLEY & LARDNER LLP
   2021 McKinney Avenue, Suite 1600
   Dallas, Texas  75201
   214.999.3000
ON BEHALF OF THE WITNESS:
   K. Reed Mayo, Esquire
   REED MAYO LAW FIRM, P.C.
   4604 Berrywood Road
   Virginia Beach, Virginia  23464
   757.621.2216
Also Present:
   Patrick Wooding, Esquire - Whinstone
   Nicholas Vitalis - SBI Crypto
   Jesse Castro, videographer
```

**Page 4**

```
                  I N D E X

WITNESS                              PAGE
CARSON SMITH
EXAMINATION BY MR. SLOVAK              7

             E X H I B I T S
No.       Description
Exhibit 20  Email, SBIC0000900        105
Exhibit 21  Canaan invoice, SBIC0003267   110
Exhibit 22  Messages, SBIC0005860     117
Exhibit 23  Messages, SBIC0005573     216
Exhibit 24  Email, SBIC0000026        239
Exhibit 25  Messages, SBIC0005892     247
Exhibit 26  Visit notes, SBIC0003777  289
Exhibit 27  Balance Sheet, SBIC0005819   319
Exhibit 28  Excel columns             323

        Previously marked
Exhibit 1   Plaintiff's Amended Complaint   126
Exhibit 2   Hosting Service Agreement,   136
            SBIC0003447
Exhibit 4   International Sales Contract,   134
            SBIC0003153
Exhibit 5   Email, SBIC0003245
```

Page 5

| | | |
|---|---|---|
| 1 | Exhibit 6   Hosting Service Agreement, | 187 |
| 2 |     SBIC0003883 | |
| 3 | Exhibit 7   Whinstone Trip Report, | 78 |
| 4 |     SBIC0005782 | |
| 5 | Exhibit 8   Email, SBIC0002069 | 261 |
| 6 | Exhibit 9   Email, SBIC0000149 | 271 |
| 7 | Exhibit 10  Email, SBIC0002873 | 340 |
| 8 | Exhibit 12  Email, SBIC0001267 | 309 |
| 9 | Exhibit 13  Email, SBIC0000393 | 181 |
| 10 | Exhibit 18  Email, SBIC0000068 | 350 |

Page 6

1     P R O C E E D I N G S
2         VIDEOGRAPHER:  Here begins Media Number 1
3  in the videotaped deposition of Carson Smith in
4  the matter of SBI Crypto Co., Ltd. v. Whinstone
5  US, Inc. in the United States District Court for
6  the Western District of Texas, Waco Division, Case
7  Number 6:23-CV-252-ADA-JCM.
8         Today's date is August 21st, 2024.  The
9  time on the video monitor is 9:09 a.m.  The
10 videographer is Jesse Castro representing Planet
11 Depos.  This video deposition is taking place at
12 2728 North Harwood Street, Suite 500, Dallas,
13 Texas 75201.
14        Would counsel please voice-identify
15 themselves and state whom they represent?
16        MR. SLOVAK:  Rob Slovak, along with
17 Brandon Marx of Foley & Lardner on behalf of
18 Whinstone US, Inc.  Also with us is our in-house
19 lawyer, Patrick Wooding.
20        MR. MAYO:  Reed Mayo on behalf of the
21 witness, Carson Blake Smith.
22        MR. JOHNSON:  Cory Johnson and Josh
23 Sandler via Zoom from Winstead here on behalf of
24 the plaintiff, SBI Crypto, along with SBI Crypto's
25 CEO, Nicholas Vitalis.

Page 7

1         VIDEOGRAPHER:  The court reporter today is
2  Susan Klinger, also representing Planet Depos.
3  The witness may now be sworn.
4         CARSON SMITH,
5  having been first duly sworn testified as follows:
6         EXAMINATION
7  BY MR. SLOVAK:
8     Q  Good morning, Mr. Smith.  How are you?
9     A  Good morning.
10    Q  My name is Rob Slovak, and as you know, I
11 represent Whinstone.  You are aware that there is
12 a lawsuit that exists between SBI Crypto Limited
13 and Whinstone US, Inc.?
14    A  Yes.
15    Q  Okay.  And were you -- let me start here.
16       Have you been deposed before?
17    A  No, I have not been deposed.
18    Q  Okay.  So I'm going to ask questions.  The
19 court reporter is going to try to take down
20 everything that I say.  She also is going to try
21 to take down everything that you say.
22       So if we can have an agreement not to talk
23 over one another, I will try to allow you to
24 finish your answer if you will allow me to finish
25 my question so she gets everything on the record.

Page 8

1  Can we have that agreement?
2     A  Okay.
3     Q  And if at any point in time today you
4  don't understand what I'm asking or the question
5  is not clear, just please ask me to clarify.  If
6  you answer the question without asking for
7  clarification, we will understand -- we will
8  assume that you understood it.  Can we agree to
9  that?
10    A  Can you repeat the last part one more
11 time?
12    Q  Sure.  If I ask a question that you don't
13 understand and you answer it, I will assume that
14 you understood it unless you tell me otherwise.
15    A  Okay, okay.
16    Q  Are you under -- are you on any
17 medications or do you have any physical issues
18 that would interfere with your ability to answer
19 questions here today truthfully and accurately?
20    A  No.
21    Q  And you understand that you are under
22 oath?
23    A  Yes.
24    Q  Okay.  Just like you would be in a court
25 of law testifying before a judge or a jury.  Do

**Page 29**

1  A  No, I don't think I have.
2  Q  About any of the operations at Rockdale?
3  A  No.
4  Q  The communications -- the Gmail
5  communications that you had with Mr. Tanemori
6  about this lawsuit, were any attorneys copied on
7  those emails?
8  A  Yes --
9  Q  Okay. Which ones?
10  A  -- they were copied. Cory or Matt Hines
11  would be copied.
12  Q  Were those emails at their direction?
13     MR. JOHNSON: Objection, form.
14  A  All emails, they were not necessarily at
15  their direction, no.
16  Q  Well, let me ask, does Winstead represent
17  you?
18  A  Winstead does represent me, and they
19  represent SBI Crypto.
20  Q  When did you retain Winstead?
21  A  For -- I don't remember the exact date.
22  Q  Do you have a written engagement agreement
23  with Winstead?
24  A  There is a written agreement.
25  Q  Okay. And do you have a copy of that

**Page 30**

1  agreement?
2  A  Winstead should have a copy.
3  Q  Okay. Do you recall when that agreement
4  was reached?
5     MR. JOHNSON: Objection, form.
6  A  No, I don't.
7  Q  And you also have a personal attorney
8  here, Mr. Mayo, right?
9  A  Yes.
10  Q  And why do you have a personal attorney as
11  well?
12     MR. JOHNSON: Objection, form.
13     MR. MAYO: Objection.
14  Q  You can answer. It is okay.
15  A  Because just I want to have a personal
16  attorney.
17  Q  Okay. And did you -- in order to prepare
18  for this deposition, did you also have meetings
19  with Mr. Mayo?
20  A  For preparation?
21  Q  Yes, sir.
22  A  There was one related discussion for that.
23  Q  Okay. And I don't want to know about the
24  content of the discussion, but when did that take
25  place?

**Page 31**

1  A  I can't remember when it was.
2  Q  How long did it last?
3  A  15, 30 minutes, if that.
4  Q  Were any documents reviewed?
5  A  A document of reviewing for the format of
6  a deposition.
7  Q  Okay. You mean like a video or --
8  A  No.
9  Q  Okay. And so other than -- by the way,
10  are you anticipating that SBI will be compensating
11  you for the time that you met with Mr. Mayo to
12  prepare for the deposition as well?
13  A  No, I'm not.
14  Q  Have you been engaged by SBI to serve as
15  an expert witness in this case?
16  A  I have not.
17  Q  Okay. Do you intend to do so?
18  A  Currently I do not.
19  Q  Okay. Have you undertaken any analysis of
20  any kind to formulate any expert opinions related
21  to any issues in this lawsuit?
22     MR. JOHNSON: Objection, form.
23  A  I have formulated my own opinions.
24  Q  Okay. And that is fine. We can talk
25  about those, but I guess my question is, have

**Page 32**

1  you -- ==have you been asked by SBI to provide==
2  ==expert opinions of any kind in connection with==
3  ==this lawsuit?==
4  A  ==I have not been contracted to provide==
5  ==expert opinions and expert witness.==
6  Q  Okay. And have you undertaken any efforts
7  to perform a damages analysis associated with this
8  lawsuit?
9  A  Yes, I have.
10  Q  Why?
11  A  Just because I originally performed the
12  damage analysis at the beginning of the lawsuit
13  and to run those numbers and to evaluate and
14  perform my own analysis. I did that.
15  Q  Okay. Who asked you to prepare that
16  analysis?
17  A  I originally performed the analysis of my
18  own will.
19  Q  Well, you did one recently as well, right?
20  A  Yes.
21  Q  Okay. And why?
22  A  That was of my own accord, because the
23  full analysis -- the previous analysis didn't
24  include some variables that I had done previously.
25  Q  What variables were those?

369

1  answer the next time you ask this question.  Go
2  ahead and answer this question for the fifth time.
3  You can answer.
4       A   Please ask the question again.
5       Q   I mean --
6       MR. SLOVAK:  Read it back.
7           (Record read.)
8       MR. JOHNSON:  Objection, asked and
9  answered.
10      A   I did ultimately disclose to them at a
11  later date that we intended to open legal action
12  to them.
13      Q   Before they paid you, did you disclose it
14  to them?
15      A   Before they paid what?
16      Q   Before they paid you the amount that
17  you-all squared up in March of 2022 for
18  outstanding invoices and issues between the
19  parties, did you disclose to them before that
20  happened that you intended to sue them?
21      A   I don't remember disclosing to them
22  consideration to do so.
23      MR. SLOVAK:  Nothing further.
24      MR. JOHNSON:  All right.  The plaintiff
25  reserves all questions for this witness at trial.

370

1  We want to read and sign.
2       I will also be designating certain
3  portions -- reserve the right to designate certain
4  portions of this deposition as confidential,
5  confidential, attorneys' eyes only, pursuant to
6  the provisions provided in the protective order.
7       VIDEOGRAPHER:  This concludes the
8  deposition of Carson Smith.  The time on the
9  monitor is 7:05 p.m.
10      (Deposition adjourned at 7:05 p.m.)

371

1           CERTIFICATE OF SHORTHAND REPORTER
2
3       I, Susan S. Klinger, the officer before
4  whom the foregoing deposition was taken, do hereby
5  certify that the foregoing transcript is a true
6  and correct record of the testimony given; that
7  said testimony was taken by me stenographically
8  and thereafter reduced to typewriting under my
9  direction; that reading and signing was
10  requested; and that I am neither counsel for,
11  related to, nor employed by any of the parties to
12  this case and have no interest, financial or
13  otherwise in its outcome.
14      Time on the record:
15      Mr. Slovak: 7:30
16      IN WITNESS WHEREOF, I have herunto set my
17  hand on the 2nd of September, 2024.
18
19
20      _____
21      Susan S. Klinger, RMR-CRR, CSR
22      Texas CSR 6531, Exp:  10/23/25
23      California CSR 14487, Exp: 11/30/24