# EXHIBIT 2

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS WACO DIVISION

| | |
|---|---|
| **SBI CRYPTO CO., LTD.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**WHINSTONE US, INC.,**<br><br>*Defendant*. | Civil Action No.: 6:23-cv-252<br><br><br><br>Jury Trial Demanded |

## SIXTH AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| 10/15/25 | Limited Re-opening of Fact Discovery Deadline. The fact discovery identified in Exhibit 9 of Defendant Whinstone US, Inc.'s ("Whinstone") Emergency Motion to Strike Plaintiff SBI Crypto Co., Ltd.'s ("SBI") Untimely "Supplemental" Expert Reports and Undisclosed Expert (ECF No. 90), as well as Whinstone conducting additional miner inspection and testing, must be completed by this date.<br><br>The deadline for SBI to respond to and produce documents responsive to Whinstone's additional requests for production are due within fourteen (14) days from service. |
| 7/1/24 | Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge."[1] |
| 11/14/25 | Whinstone shall designate supplemental rebuttal expert witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). |
| 1/16/26 | Expert Discovery Deadline. Expert discovery must be completed by this date. |

---

[1] Subject to change given timing of Judge Albright's pending move to the Austin Division.

| Date | Event |
|---|---|
|  | Any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 14 days of receipt of the written report of the expert's proposed testimony or not later than 14 days of the expert's deposition, if a deposition is taken, whichever is later. **The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702.** |
| 2/16/26 | All dispositive motions shall be filed and served on all other parties on or before this date and shall be limited to 25 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion. |
| 4/1/26 | By this date the parties shall meet and confer to determine pre-trial deadlines, including, *inter alia*, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives. |
| 4/8/26 | By this date the parties shall exchange a proposed jury charge and questions for the jury. By this date the parties will also exchange draft Motions in Limine to determine which may be agreed. |
| 4/15/26 | By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. By this date the parties shall also submit to the Court their Motions in Limine. |
| 5/12/26 | By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, identification of witnesses, trial schedule provisions, and all other pertinent information. By this date the parties will also submit to the Court their oppositions to Motions in Limine. |
| 5/19/26 | Final Pre-Trial Conference. The parties shall provide to the Court an agreed jury charge with supported objections of each party, and proposed questions for the jury, at the final Pre-Trial Conference. |
| 5/26/26 | The Court will attempt to schedule Jury Selection on a day during the week of _____. Otherwise, Jury Selection shall begin at 9:00 a.m. on _____. |
| 6/1/26 | [Special Setting] Jury Trial Commences. |

SIGNED _____, 2025.

                                                                                            _____
                                                                                            JUDGE PRESIDING

Case 6:23-cv-00252-ADA-DTG    Document 93-2    Filed 08/11/25    Page 4 of 5

**AGREED**:

By: /s/ *Joshua M. Sandler*
Joshua M. Sandler
Texas Bar No. 24053680
jsandler@winstead.com
Cory Johnson
Texas Bar No. 24046162
cjohnson@winstead.com
**WINSTEAD PC**
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
Telephone: (214) 745-5103
Facsimile: (214) 745-5390

**ATTORNEYS FOR PLAINTIFF
SBI CRYPTO CO. LTD**

By: /s/ *Brandon C. Marx*
Robert T. Slovak (TX 24013523)
rslovak@foley.com
Brandon C. Marx (TX 24098046)
bmarx@foley.com
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**ATTORNEYS FOR DEFENDANT
WHINSTONE US, INC**