IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-252 |

### UNOPPOSED MOTION TO SUBSTITUTE PROPOSED ORDER

Subject to Defendant Whinstone US, Inc.'s ("Whinstone") Emergency Motion to Strike Plaintiff SBI Crypto Co., Ltd.'s ("SBI"") Untimely "Supplemental" Expert Reports and Undisclosed Expert ("Motion to Strike") (ECF No. 90), Whinstone files this Unopposed Motion to Substitute Proposed Order and states as follows.

On August 11, 2025, Whinstone filed a proposed Sixth Amended Scheduling Order attached as Exhibit 2 to Whinstone's Verified Emergency Motions to Amend Scheduling Order, for Continuance, and for Protection (ECF No. 93-2). The proposed order's last page contains a signature page that provides both parties' counsel have "Agreed" to the form of the proposed order. That was an oversight. Whinstone therefore submits a revised proposed Sixth Amended Scheduling Order that removes the signature page, attached as Exhibit 1.

Whinstone respectfully requests that the Court grant this motion, substitute the initially filed proposed Sixth Amended Scheduling Order with the proposed Sixth Amended Scheduling Order attached as Exhibit 1 hereto, and award Whinstone all such other relief to which it is entitled.

Respectfully Submitted,

FOLEY & LARDNER LLP

By: */s/ Robert T. Slovak*
Robert T. Slovak
Texas Bar No. 24013523
rslovak@foley.com
Steven C. Lockhart
Texas Bar No. 24036981
slockhart@foley.com
Brandon C. Marx
Texas Bar No. 24098046
bmarx@foley.com
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**ATTORNEYS FOR DEFENDANT
WHINSTONE US., INC.**

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7, the parties met and conferred on August 13, 2025 regarding this motion. Based on that conferral, the undersigned hereby certifies that counsel for SBI is unopposed to the relief requested herein.

*/s/Brandon C. Marx*
Brandon C. Marx

### CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2025, a copy of the foregoing document was filed electronically and a notice will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Brandon C. Marx*
Brandon C. Marx