IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>WHINSTONE US, INC.,<br><br>  Defendant. | Civil Action No. 6:23-cv-252 |

**ORDER GRANTING DEFENDANT WHINSTONE US, INC'S UNOPPOSED MOTION TO SUBSTITUTE PROPOSED ORDER**

Before the Court is Defendant Whinstone US, Inc.'s ("Whinstone") Unopposed Motion to Substitute Proposed Order (the "Motion"). The Court has considered the Motion and finds that it should be GRANTED.

It is therefore ORDERED that the Clerk is directed to substitute the proposed Sixth Amended Scheduling Order attached as Exhibit 2 to Whinstone's Verified Emergency Motions to Amend Scheduling Order, for Continuance, and for Protection (ECF No. 93-2) with the proposed Sixth Amendended Scheduling Order attached as Exhibit 1 to the Motion.

SIGNED ON THIS _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS

4930-3550-2174.1