# EXHIBIT "A"

## SBI's Responses to Exhibit 9 of Whinstone's Motion to Strike

### Charles C. Byers – Supplement dated July 18, 2025

| New analytic area | Data or documents to request | SBIC Response |
|---|---|---|
| Public facility background | Copies of documents relied on for BitRiver facility layout and cooling design, including drawings, specifications, web pages, and/or brochures. | In his supplemental report, Byers relied on the following two documents **previously produced**:<br><br>1. Business Proposal for BitRiver Rus LLC, SBIC0006451-6469, **produced** April 11, 2025;<br><br>2. Preliminary Investigation Report for BitRiver Rus LLC, SBIC0006472-6472, **produced** April 11, 2025. |
| Telemetry & market inputs | All information and supporting documentation relied upon for the spreadsheets and bar charts in the Byers Original and Second Reports, including exports of date reflecting pool-level bitcoin-mined exports, worldwide hashrate, network difficulty and BTC-price series, whether pulled from Luxor or similar services. | In his supplemental report, Byers relied on the following spreadsheets **previously produced**:<br><br>1. "03 Russia Mining 2021-20220601.xlsx," SBIC0002121, **produced** 10.9.23;<br><br>2. "02 Whinstone-Mining-PNL-v2," SBIC0002120, **produced** 10.9.23;<br><br>3. "Texas vs. Russia-20200109.xlsx," SBIC0005997, **produced** 3.11.25;<br><br>4. "Scenario-alpha Valentine_Supplemental Report 7-18," **produced** 7.18;<br><br>5. "Carson Smith, Russia – Texas Comparison – Excel Spreadsheet, 7162025" **produced** 7.18.25. |

Page 1 of 10

| | | |
|---|---|---|
| Datacenter-attribute matrix | All information and supporting documentation related to any calculations used to populate the 13-factor comparison table on pages 12-14 of the Second Byers Report, including underlying sensor logs, dust-sampling results, rack drawings, and power-quality records. | In his supplemental report, Byers relied on Sensor logs and Power quality reports **previously produced** by Lancium.<br><br>Additionally, he relied on the following **previously produced** documents:<br><br>Climate models from these URLs:<br>2021 Past Weather at Bratsk Airport, Russia - Weather Spark;<br>https://www.wunderground.com/history/monthly/us/tx/college-station/KCLL/date/2020-8;<br><br>Dust: KABOOM_0000135, **produced** 3.21.24;<br><br>Building Design: Perry 0001-0073, **produced** 11.1.24;<br><br>BitRiver Facility SBIC0006451-6469, **produced** 4.11.25;<br><br>Power input: WHIN_SBI_0007582;<br><br>Grid Reliability: Google maps;<br><br>Cooling: WHIN_SBI_0007894;<br><br>URL showing Russia sequestration: Russia Could Use Cryptocurrency to Mitigate U.S. Sanctions - The New York Times;<br><br>Maintenance Cleaning:<br>KABOOM_0000123 and KABOOM_000135, **produced** 3.21.24;<br><br>MVA Dust Analysis 16139, **produced** 3.28.25;<br><br>PERRY 0001-72, **produced** 11.1.24;<br><br>WHIN_SBI_0007582, **produced** 8.29.24;<br><br>WHIN_SBI_0007894, **produced** 9.5.24. |

| | | |
|---|---|---|
| Pressure Measurements | All information and supporting documentation reflecting the pressure measurements from the intake side of the racks, and from the exhaust side of the racks in Russia as described on pages 8-9 of the Second Byers Report | No pressure measurements while SBI equipment was installed are available. Flow and energy calculations were based upon the Muroo assessment of the BitRiver facility. |
| Maintenance | All information and supporting documentation reflecting maintenance procedures and maintenance performed at the SBI cryptocurrency mining facility located in Brask, Irkutsk Region, of the Russian Federation. | No information available on the maintenance procedures details. |
| Training Logs | Documentation sufficient to evidence training for the operations and maintenance personnel at the SBI cryptocurrency mining facility located in Brask, Irkutsk Region, of the Russian Federation. | No information available on training details, and Whinstone has never previously requested such information. |
| Inlet Temperatures | All information and supporting documentation that reflects inlet temperatures at each of the miners' intake points, including at each level of the equipment racks storing the miners. | In Rockdale, the wet curtain walls were not in operation during the deployment interval, and the airflow was adequate to quickly overcome thermal inertia of the building and its contents, so inlet temperature is equivalent to outdoor temperature. No direct telemetry of inlet temperature is available for either Rockdale or Russia. |
| Exhaust Temperatures | All information and supporting documentation reflecting measurements of each the miners' exhaust temperature, including at each of the equipment racks storing the miners. | No exhaust temperature measurements are available for the installation intervals either in Rockdale or Russia. Several Kaboomracks videos did have subjective comments about how hot it is in the hot aisle. For example, KABOOM_000276.MOV, **previously produced** 3.21.24. |

| Lab Results | All information and supporting documentation reflecting the lab results for dust and debris to support the conclusions described on page 13 of the Second Byers Report. | Byers previously relied upon and SBI **previously produced** the MVA Dust Analysis 16139, **produced** 3.28.25. |
|---|---|---|
| Translated Documents | All documents that reflect the actual translations by Carson Smith of the "Report by Muroo on BitRiver RUS Limited Liability Company, SBIC0006451" and any other document. | The only document translated by Carson Smith and relied upon by Byers was **previously produced** by SBI: "Translation-Preliminary Investigation by Muroo," SBIC0006476, **produced** 4.11.25. The document identified in this Request is cited in footnote 3 and the translated document is cited in footnote 4. SBIC0006451 was not translated by Carson Smith, and Byers' report does not state otherwise. |

**Michael Schuler – Supplemental & Rebuttal Report dated July 18, 2025**

| New analytic area | Data or documents to request | SBIC Response |
|---|---|---|
| Depreciation & price curves | All information and supporting documentation relied upon to create the BTC-price chart and the standard depreciation curve on pages 13, 15, 17-18, and 21 of the Schuler Rebuttal, including CSV/API exports and date reflecting assumptions. | Schuler created the standard depreciation curves based off of his decades of experience and expertise in the field. The historic price of bitcoin is **publicly available** information. |
| Planned inspection | All information and supporting documentation reflecting the Schuler's (upcoming) warehouse inspection scheduled for August 5, 2025, including notes, photos and/or measurements. | SBI **previously produced** Schuler's photos and videos from his August 5, 2025 inspection, along with his supplemental & rebuttal report on August 8, 2025. |

**Randall Valentine – Supplemental dated July 16, 2025**

| New analytic area | Data or documents to request | SBIC Response |
|---|---|---|
| 3% global downward adjustment (pool fees, BCH/BSV conversions, other costs) | All information and supporting documentation related to the 3% downward adjustment reference on pages 3, 7 and 21 of the Second Valentine Report, including pooling invoices/fee statements, records of BCH/BSV conversions, and worksheets reflecting the 3% reduction | Dr. Valentine explains in his Supplemental Report on page 6 that the adjustment was to account for pooling fees, administrative fees, and a cushion to be conservative in the estimate. There is no "documentation" of a downward adjustment that was meant to be conservative. These calculations are contained in "Scenario_alpha Valentine_Supplemental Report 7-14 (final) sheet time period calculations cell U13," **previously produced** July 16, 2025. |
| Time Period Calculations Sheet 7 | The native Excel spreadsheet titled "Time Period Calculations Sheet 7" reference on page 6 of the Second Valentine Report and any supporting transaction/comparable data referenced for each period's damages. | "Time Period Calculations Sheet 7" refers to the "Time Period Calculations Sheet" contained within "Scenario_alpha Valentine_Supplemental Report 7-14 (final)," as **previously produced** July 16, 2025, and **previously explained** to Whinstone. |
| Period reclassification (July 2021 moved into Period 3/2 adjustment) | Workpapers showing expected vs. actual hashrate/downtime for July 2021 and rationale for removing the ramp-up exclusion as described on page 2 of the Second Valentine Report | Dr. Valentine explains his reasoning for removing the ramp-up exclusion on page 2 of his Supplemental Report, and the calculations for July 2021 are contained in his spreadsheet "Scenario_alpha Valentine_Supplemental Report 7-14 (final)," **previously produced** July 16, 2025. |
| FPPS pool model reliance | Luxor (or other pool) statements confirming Full Pay Per Share ("FPPS") use, and any analysis comparing FPPS vs. Pay Per Last N Shares ("PPLNS") payouts, Luxor API or data exports used as source material. | This request is vague and ambiguous as to the documents requested. The Luxor data relied upon by Dr. Valentine is contained in the "Scenario_alpha Valentine" spreadsheet **previously produced** with his initial report and |

| | | |
|---|---|---|
| | | also contained in "Scenario_alpha Valentine_Supplemental Report 7-14 (final)" sheet "Expected Daily Output 2," **previously produced** July 16, 2025. Additionally, SBI **previously produced** the Python script used to pull the Luxor data. *See* SBIC0010241, **produced** 4.25.25. |
| SBI pool data | All information and supporting documentation reflecting the SBI cryptocurrency pool performance, participation, fees, and payouts as discussed on pages 5 and 7-8 of the Second Valentine Report, including historical source material. | All performance data was downloaded from Luxor Technologies, including performance data from which the damages model was based on. As previously stated, SBI **previously produced** the Python script used to pull the Luxor data. *See* SBIC0010241, **produced** 4.25.25. The data is located in the "Scenario_alpha Valentine_Supplemental Report 7-14 (final)" sheet "Expected Daily Output 2," **previously produced** July 16, 2025. |
| Blockchain forensic review of 690 addresses | The full "Blockchain Report for SBI Addresses" and "forensic examination" referenced on pages 4-5 of the Second Valentine Report, including a complete address list, reconciliation to internal books, and any tracing outputs. | SBI **previously produced** its wallet addresses. *See* SBIC0010476, **produced** 6.24.25. The transactions analyzed by Dr. Valentine are publicly available, but SBI also **produced** these documents as well on July 18, 2025. |
| Retention rate | Documentation reflecting evidencing SBI's policies and its related decisions to hold or sell mined cryptocurrency as discussed on pages 3, 8, and 21 of the Second Valentine Report. | SBI Crypto had no set policy regarding retention. The number used in the report was a result of what their actual retention rate was during that time period. These calculations are in "Scenario_alpha Valentine_Supplemental Report 7-14 (final)" sheet "retention ratio by month," **previously produced** July 16, 2025. |

| Muroo invoices and communications | All Muroo invoices, communications, analyses, and verifications relied upon in the Second Valentine Report, including those specifically discussed on pages 5, 8, 14-16, 19, and 22. | SBI **previously produced** all Muroo invoices, communications, and other documents relied upon by Dr. Valentine. *See* SBIC0005938-6044, **produced** 3.11.25. |
|---|---|---|
| Internal and external audit information | All information and supporting documentation related to the SBI internal and external audits discussed on pages 8, 15-16, 19-20, and 22 of the Second Valentine Report, including all related audit communications, testis, audit results, and reports. | SBI has **previously produced** all audit documents relied upon by Dr. Valentine. *See* SBIC0005938-6044, **produced** 3.11.25, and SBIC0010456-10463, **produced** 6.24.25. |

**Carson Smith Deposition**

| New analytic area | Needed Testimony | SBIC Response |
|---|---|---|
| Russian facility | Characteristics, operations, design, and layout of Russian facility used for SBI's cryptocurrency mining operations. | Whinstone previously deposed Mr. Smith on this topic: August 21, 2024 Deposition: 49:20-51:16, 56:22-57:19, 69:13-72:14, 73:13-76:5, 115:11-116:25, 119:7-122:4, 166:20-168:11, 204:18-205:17, 263:16-21.[1]<br><br>Whinstone also previously deposed Mr. Smith as SBI's corporate representative on this topic: 148:5-159:9, 166:20-167:1, 311:20-312:17.<br><br>Whinstone also previously deposed SBI's current general manager, Nick Vitalis, on this topic on July 7, 2025: 25:19-27:13, 29:20-30:1, 46:7-48:11, 49:21- |

---

[1] All deposition testimony referenced in SBIC's Response is attached hereto as Exhibits A-1, A-2, and A-3, and filed Under Seal.

| | | 51:3, 66:25-67:23, 102:17-103:3, 134:8-137:5. |
|---|---|---|
| SBI pool data | Historical source material depicting SBI cryptocurrency pool performance, participation, fees, and payouts | Whinstone previously deposed Mr. Smith as SBI's corporate representative on this topic on April 15, 2025: 130:15-136:12, 164:1-166:6.<br><br>Whinstone also previously deposed extensively SBI's current general manager, Nick Vitalis, on this topic on July 7, 2025: 15:24-23:19, 28:18-33:23, 109:1-112:21, 117:2-11. |
| Internal/external audits | Knowledge of and involvement in any internal or external audits. | Whinstone previously deposed Mr. Smith as SBI's corporate representative on this topic on April 15, 2025: 136:13-137:23. |
| Expert involvement | Conversations with and any analyses or materials provided to SBI's expert witnesses. | Whinstone previously deposed Mr. Smith as SBI's corporate representative on this topic on April 15, 2025: 15:1-20:17.<br><br>Whinstone also previously deposed Nick Vitalis on Vitalis' conversations with SBI's experts, on July 7, 2025: 85:24-95:17. |
| Muroo | Performance and services provided by Muroo to SBI in Russia. | Whinstone previously deposed Mr. Smith as SBI's corporate representative on this topic on April 15, 2025: 168:14-169:1, 170:7-175:12.<br><br>Whinstone also previously deposed SBI's current general manager, Nick Vitalis, on this topic on July 7, 2025: 138:11-144:12. |
| Retention rate | SBI's practice of holding or selling mined cryptocurrency. | Whinstone previously deposed SBI's current general manager, Nick Vitalis, on this topic on July 7, 2025: 88:13-93:17. |

**SBI Corporate Representative Deposition**

| New analytic area | Needed Testimony | SBIC Response |
|---|---|---|
| Russian facility | Characteristics, operations, design, and layout of Russian facility used for SBI's cryptocurrency mining operations. | Whinstone previously deposed Mr. Smith on this topic: August 21, 2024 Deposition: 49:20-51:16, 56:22-57:19, 69:13-72:14, 73:13-76:5, 115:11-116:25, 119:7-122:4, 166:20-168:11, 204:18-205:17, 263:16-21.<br><br>Whinstone also previously deposed Mr. Smith as SBI's corporate representative on this topic: 148:5-159:9, 166:20-167:1, 311:20-312:17.<br><br>Whinstone also previously deposed SBI's current general manager, Nick Vitalis, on this topic on July 7, 2025: 25:19-27:13, 29:20-30:1, 46:7-48:11, 49:21-51:3, 66:25-67:23, 102:17-103:3, 134:8-137:5. |
| Internal/external audits | Knowledge of and involvement in any internal and external audits. | Whinstone previously deposed Mr. Smith as SBI's corporate representative on this topic on April 15, 2025: 136:13-137:23. |
| FPPS pool model reliance | Luxor (or other pool) statements confirming FPPS use, and any analysis comparing FPPS vs. PPLNS payouts, Luxor API or data exports used as source material. | Whinstone previously deposed Mr. Smith as SBI's corporate representative on this topic on April 15, 2025: 130:15-136:12, 164:1-166:6.<br><br>*See also* SBI Corporate Representative Deposition Topics Nos. 9 and 13.<br><br>Whinstone also previously deposed extensively SBI's current general manager, Nick Vitalis, on |

| | | |
|---|---|---|
| | | this topic on July 7, 2025: 15:24-23:19, 28:18-33:23, 109:1-112:21, 117:2-11. |
| SBI's 690 unique wallet addresses | Composition, purpose, and use of these wallet addresses, including location of information concerning the same. | Whinstone previously deposed Mr. Smith as SBI's corporate representative on this topic on April 15, 2025: 130:15-136:12, 159:19-164:8. |
| Retention rate | SBI's decisions to hold or sell mined cryptocurrency. | Dr. Valentine's initial report was previously produced on March 28, 2025, and Whinstone had the opportunity to depose SBI's corporate representative on this topic. *See also* SBI Corporate Representative Deposition Topics Nos. 9 and 13. Whinstone previously deposed SBI's current general manager, Nick Vitalis, on this topic on July 7, 2025: 88:13-93:17. |
| Muroo | Performance and services provided by Muroo to SBI in Russia. | Whinstone previously deposed Mr. Smith as SBI's corporate representative on this topic on April 15, 2025: 168:14-169:1, 170:7-175:12. |
| Internal and external audit information | Complete SBI internal and external audit communications, testing, results, reports, and audits | Whinstone previously deposed Mr. Smith as SBI's corporate representative on this topic on April 15, 2025: 136:13-137:23. |