# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-252-ADA-JCM |

**DEFENDANT WHINSTONE US, INC.'S REQUEST FOR INSPECTION AND TESTING**

TO: Plaintiff SBI Crypto Co., LTD ("SBI"), by and through its attorney of record, Joshua M. Sandler, Winstead PC, 2728 N. Harwood Street, Suite 500, Dallas, Texas 75201, jsandler@winstead.com.

Pursuant to Federal Rule of Civil Procedure 34, Defendant Whinstone US, Inc. ("Whinstone") serves this Request for Inspection and Testing on SBI. In so doing, Whinstone requests that it may inspect and test SBI's Canaan A-10 miners currently stored in Houston, Texas, as more fully described in Exhibit A.

The inspection will begin at 10:00 a.m. on Wednesday, February 5, 2025, or another mutually agreeable date during the week of February 3, 2025, and continue day to day until complete.

The inspection will be conducted by Whinstone's retained expert witness, Richard Peters of Berkeley Research Group (BRG), as well as one or more of Whinstone's counsel from Foley & Lardner LLP.

SBI must respond in writing no later than 30 days from being served with this request.

DATED: December 31, 2024        Respectfully submitted,

        /s/Robert T. Slovak
        Robert T. Slovak
        Texas Bar No. 24013523
        rslovak@foley.com
        Brandon C. Marx
        Texas Bar No. 24098046
        bmarx@foley.com
        FOLEY & LARDNER LLP
        2021 McKinney Avenue, Suite 1600
        Dallas, Texas 75201
        Telephone: (214) 999-3000
        Facsimile: (214) 999-4667

        **ATTORNEYS FOR DEFENDANT**
        **WHINSTONE US, INC.**

## CERTIFICATE OF SERVICE

    I certify that, on December 31, 2024, a true and correct copy of the foregoing was served via electronic mail to all counsel of record.

        /s/ Brandon C. Marx
        Brandon C. Marx

## EXHIBIT A

**REQUEST NO. 1:** To inspect the physical condition of SBI's Canaan A-10 miners that were used at Whinstone's Rockdale, Texas cryptocurrency data center facility.

**RESPONSE:**

**REQUEST NO. 2:** To test one or more of SBI's Canaan A-10 miners that were used at Whinstone's Rockdale, Texas cryptocurrency data center facility by powering on the miner, reviewing the output of the boot sequence, and verifying that the miner initializes correctly and demonstrates functionality as expected.

**RESPONSE:**

**REQUEST NO. 3:** To inspect one or more of SBI's Canaan A-10 miners that were used at Whinstone's Rockdale, Texas cryptocurrency data center facility by opening the cover and determining the physical condition of the miner's hardware.

**RESPONSE:**