# EXHIBIT "C"





