# EXHIBIT "F"

**From:** Marx, Brandon C <bmarx@foley.com>
**Sent:** Thursday, May 15, 2025 4:17 PM
**To:** Patterson, Andrew; Johnson, Cory; Sandler, Joshua
**Cc:** Slovak, Rob; Lockhart, Steven C.; Robertson, Julie
**Subject:** RE: SBI: Motion for Leave
**Attachments:** Revised Joint Motion to Amend (002).docx

Andrew,

Your proposed changes are fine, but note that we made one more addition in the attached. As for naming a specific interpreter, we don't have any names yet from TransPerfect nor engaged the firm yet. In any event, we will get this on file tomorrow.

**Brandon C Marx**
*Associate*

**Foley & Lardner LLP | Dallas, TX**
Phone 214.999.4754 | Cell 254.498.0907
View My Bio | Visit Foley.com | bmarx@foley.com



FOLEY & LARDNER LLP

**From:** Patterson, Andrew
**Sent:** Thursday, May 15, 2025 3:07 PM
**To:** Marx, Brandon C ; Johnson, Cory ; Sandler, Joshua
**Cc:** Slovak, Rob ; Lockhart, Steven C. ; Robertson, Julie
**Subject:** RE: SBI: Motion for Leave

**\*\*\* EXTERNAL EMAIL MESSAGE \*\*\***

Brandon,

We made some significant changes to your draft motion. Specifically, Plaintiff does not want to reopen any written discovery and has moved the expert discovery deadline back to September 12, 2025.

The proposed translation protocol looks agreeable to us. Should we identify a specific agreed upon translator in the protocol?

Please review and we can discuss on our call this afternoon.

Thank you,

Andrew Patterson, Associate
Winstead PC | 2728 N. Harwood Street | Suite 500 | Dallas, Texas 75201
214.745.5211 direct | 214.745.5390 fax | apatterson@winstead.com | winstead.com

**From:** Marx, Brandon C
**Sent:** Tuesday, May 13, 2025 1:42 PM
**To:** Johnson, Cory ; Patterson, Andrew ; Sandler, Joshua
**Cc:** Slovak, Rob ; Lockhart, Steven C.
**Subject:** SBI: Motion for Leave

Cory,

As discussed, please see the attached. Let us know what changes you may have. Also, please let us know by Thursday if SBI will be seeking leave to amend.

**Brandon C Marx**
*Associate*

**Foley & Lardner LLP**
2021 McKinney Ave, Suite 1600, Dallas, TX 75201
Phone 214.999.4754 | Cell 254.498.0907
<u>View My Bio</u> | <u>Visit Foley.com</u> | <u>bmarx@foley.com</u>



The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.