# EXHIBIT "G"

| | |
|---|---|
| **From:** | Dennis Granath <dgranath@transperfect.com> |
| **Sent:** | Friday, August 1, 2025 7:04 AM |
| **To:** | 'Marx, Brandon C'; Noah Polipnick |
| **Cc:** | 'Slovak, Rob'; Johnson, Cory |
| **Subject:** | RE: Quick Call |
| **Attachments:** | us2087841_3349626.pdf; us2087841_3349625.pdf |
| | |
| **Importance:** | High |

Hi Brandon, Rob and Cory,

We need the attached invoices paid. They are now overdue and we are approaching the date where we add interest to the invoices. Can you please look into and let me know what the status is?

- Invoice: 3349626 – is for Cory
- Invoice: 3349625 – is for Rob

Thanks!



**Dennis Granath**
Director, Business Development
**P:** +46 8 411 83 00 | **M:** +46 72 150 03 46

**From:** Dennis Granath
**Sent:** Tuesday, June 24, 2025 7:16 PM
**To:** Marx, Brandon C <bmarx@foley.com>; Noah Polipnick <noah.polipnick@transperfect.com>
**Cc:** Slovak, Rob <rslovak@foley.com>; Cory Johnson <cjohnson@winstead.com>
**Subject:** RE: Quick Call

Correct! It should be about $5,800 which represents half of the total project.

Does the billing address look correct?

**From:** Marx, Brandon C <bmarx@foley.com>
**Sent:** Tuesday, June 24, 2025 5:08 PM
**To:** Noah Polipnick <noah.polipnick@transperfect.com>
**Cc:** Slovak, Rob <rslovak@foley.com>; Cory Johnson <cjohnson@winstead.com>; Dennis Granath <dgranath@transperfect.com>
**Subject:** RE: Quick Call

Noah,

Can you please confirm that the invoice Whinstone just received is for its ½ share of the overall translation costs?

**Brandon C Marx**
*Associate*

**Foley & Lardner LLP | Dallas, TX**
Phone 214.999.4754 | Cell 254.498.0907
View My Bio | Visit Foley.com | bmarx@foley.com



**From:** Noah Polipnick <noah.polipnick@transperfect.com>
**Sent:** Friday, June 20, 2025 2:59 PM
**To:** Marx, Brandon C <bmarx@foley.com>
**Cc:** Slovak, Rob <rslovak@foley.com>; Cory Johnson <cjohnson@winstead.com>; Dennis Granath <dgranath@transperfect.com>
**Subject:** RE: Quick Call

**\*\*\* EXTERNAL EMAIL MESSAGE \*\*\***
Hi Folks,

Popping in here to deliver while Dennis is OOO.

The raw MT deliverables are linked here: https://share.transperfect.com/download/ec7e9db6-3dcc-44ea-be7d-fc5c1e9a3200/s

A few things to note:
1. We disregarded 50 PDF files that were all in English already and simply said "Produced Natively"
2. There were multiple files that were actually bilingual Chinese and Russian; we processed those through Raw MT as well, but just wanted to flag.

Please confirm receipt and let us know if any questions.  Enjoy your weekend!



**Noah Polipnick**
Account Executive
**P:** +1 612.341.0202 | **M:** +1 612.355.8839

**From:** Dennis Granath <dgranath@transperfect.com>
**Sent:** Friday, May 23, 2025 8:24 AM
**To:** Brandon C Marx <bmarx@foley.com>
**Cc:** Rob Slovak <rslovak@foley.com>; Cory Johnson <cjohnson@winstead.com>; Noah Polipnick <noah.polipnick@transperfect.com>
**Subject:** Re: Quick Call

Will do! Thanks!



**Dennis Granath**
Director, Business Development
**P:** +1 612 341 0202 | **M:** +1 612 999 4865

> 23 maj 2025 kl. 14:07 skrev Marx, Brandon C <bmarx@foley.com>:
>
> Dennis,

Can you please send us the statement of work you referenced?

**Brandon C Marx**
*Associate*

**Foley & Lardner LLP | Dallas, TX**
Phone 214.999.4754 | Cell 254.498.0907
View My Bio | Visit Foley.com | bmarx@foley.com



**From:** Dennis Granath <dgranath@transperfect.com>
**Sent:** Tuesday, May 13, 2025 12:10 PM
**To:** Marx, Brandon C <bmarx@foley.com>
**Cc:** Slovak, Rob <rslovak@foley.com>; Johnson, Cory <cjohnson@winstead.com>
**Subject:** RE: Quick Call

**\*\*\* EXTERNAL EMAIL MESSAGE \*\*\***
Thanks! Ill send an invite for 8.30am CT then! Talk tomorrow.



**Dennis Granath**
Director, Business Development
**P:** +1 612 341 0202 | **M:** +1 612 999 4865

**From:** Marx, Brandon C <bmarx@foley.com>
**Sent:** Tuesday, May 13, 2025 7:06 PM
**To:** Dennis Granath <dgranath@transperfect.com>
**Cc:** Slovak, Rob <rslovak@foley.com>; Johnson, Cory <cjohnson@winstead.com>
**Subject:** Re: Quick Call

Either works for me. Cory?

**From:** Dennis Granath <dgranath@transperfect.com>
**Sent:** Tuesday, May 13, 2025 12:03:08 PM
**To:** Marx, Brandon C <bmarx@foley.com>
**Cc:** Slovak, Rob <rslovak@foley.com>; Johnson, Cory <cjohnson@winstead.com>
**Subject:** RE: Quick Call

**\*\*\* EXTERNAL EMAIL MESSAGE \*\*\***
Hi Brandon,

Yep no problem would be happy to connect.

Would one of the below times work tomorrow?

1. 8.30am-9.30am CT
2. 10am-11am CT

Thanks,

...

Dennis



**Dennis Granath**
Director, Business Development
**P:** +1 612 341 0202 | **M:** +1 612 999 4865

**From:** Marx, Brandon C <bmarx@foley.com>
**Sent:** Tuesday, May 13, 2025 6:00 PM
**To:** Dennis Granath <dgranath@transperfect.com>
**Cc:** Slovak, Rob <rslovak@foley.com>; Johnson, Cory <cjohnson@winstead.com>
**Subject:** RE: Quick Call

Hey Dennis,

I spoke with Cory Johnson today (opposing counsel cc:d here) and we were hoping to have a call with you tomorrow to discuss further. Are you available?

**Brandon C Marx**
*Associate*

**Foley & Lardner LLP | Dallas, TX**
Phone 214.999.4754 | Cell 254.498.0907
View My Bio | Visit Foley.com | bmarx@foley.com



**From:** Dennis Granath <dgranath@transperfect.com>
**Sent:** Thursday, May 8, 2025 8:44 AM
**To:** Marx, Brandon C <bmarx@foley.com>
**Cc:** Slovak, Rob <rslovak@foley.com>
**Subject:** RE: Quick Call

**\*\*\* EXTERNAL EMAIL MESSAGE \*\*\***

Thanks for the call Brandon! If you have any questions, don't hesitate to reach out.

Thanks,
Dennis



**Dennis Granath**
Director, Business Development
**P:** +1 612 341 0202 | **M:** +1 612 999 4865

**From:** Marx, Brandon C <bmarx@foley.com>
**Sent:** Thursday, May 8, 2025 3:19 PM
**To:** Dennis Granath <dgranath@transperfect.com>
**Cc:** Slovak, Rob <rslovak@foley.com>
**Subject:** RE: Quick Call

Sure, just give me a ring at 830 am CT at 214-999-4754.

**Brandon C Marx**
*Associate*

**Foley & Lardner LLP | Dallas, TX**
Phone 214.999.4754 | Cell 254.498.0907
View My Bio | Visit Foley.com | bmarx@foley.com



**From:** Dennis Granath <dgranath@transperfect.com>
**Sent:** Thursday, May 8, 2025 8:12 AM
**To:** Marx, Brandon C <bmarx@foley.com>
**Cc:** Slovak, Rob <rslovak@foley.com>
**Subject:** RE: Quick Call

**\*\*\* EXTERNAL EMAIL MESSAGE \*\*\***

Hi Brandon,

We would of course love to help. Thanks for reaching out!

Can you connect at 8.30am CT (in 20min)? if not, let me know if there is a time tomorrow that works. Next week is pretty wide open for me as well.

Thanks,
Dennis



**Dennis Granath**
Director, Business Development

150 South 5th Street, Suite 1480
Minneapolis, MN 55402

**P:** +1 612 341 0202 | **M:** +1 612 999 4865

**From:** Marx, Brandon C <bmarx@foley.com>
**Sent:** Thursday, May 8, 2025 3:07 PM
**To:** Dennis Granath <dgranath@transperfect.com>
**Cc:** Slovak, Rob <rslovak@foley.com>
**Subject:** Quick Call

Mr. Granath,

I am an attorney at Foley & Lardner LLP and you came referred to us by a colleague. We currently have a case before the United States District Court for the Western District of Texas—Waco Division that the parties need substantial assistance in translating Japanese documents into English for use at trial. Are you free in the next few days to set up a call to discuss?

**Brandon C Marx**
*Associate*

5

**Foley & Lardner LLP**
2021 McKinney Ave, Suite 1600, Dallas, TX 75201
Phone 214.999.4754 | Cell 254.498.0907
View My Bio | Visit Foley.com | bmarx@foley.com



The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on

the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.


Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.