IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS WACO DIVISION

| | |
|---|---|
| **SBI CRYPTO CO., LTD.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**WHINSTONE US, INC.,**<br><br>*Defendant.* | Civil Action No.: 6:23-cv-252-ADA-JCM<br><br>Jury Trial Demanded |

## ORDER

On _____, 2025, the Court held a hearing on Defendant Whinstone US, Inc.'s ("Whinstone") *Emergency Motion to Strike Plaintiff SBI Crypto Co., Ltd.'s Untimely "Supplemental" Expert Reports and Undisclosed Expert* (the "Motion to Strike") [Dkt. 90] and Whinstone's *Verified Emergency Motions to Amend Scheduling Order, for Continuance, and for Protection* (the "Motion for Continuance") [Dkt. 93]. Having considered the filings and arguments of counsel, Defendant's Motion to Strike and Motion for Continuance are hereby **DENIED/DENIED IN PART AND GRANTED IN PART.**

It is therefore **ORDERED** that:

_____ All relief sought by Defendant in the Motion to Strike and Motion for Continuance is **DENIED**.

_____ Whinstone's Motion for Continuance is **GRANTED IN PART** and the Fifth Amended Scheduling Order will be modified such that the deadline for parties to serve rebuttal reports will now be August 18, 2025, and the deadline for the parties to complete expert discovery will now be September 26, 2025.

ORDER – Page 1

All other relief not specifically granted is hereby **DENIED.**

SIGNED this _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE