### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **SBI CRYPTO CO., LTD.,** *Plaintiff*, v. **WHINSTONE US, INC.,** *Defendant*. | Civil Action No.: 6:23-cv-252-ADA-DTG |

### CORRECTED CERTIFICATE OF SERVICE FOR DOCKET ENTRY 95

The undersigned certifies that a copy of the entirety of docket entry 95 was emailed to Defendant's counsel of record on August 14, 2025 in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

By: */s/ Joshua M. Sandler*
Joshua M. Sandler
  Texas Bar No. 24053680
  jsandler@winstead.com
Cory Johnson
  Texas Bar No. 24046162
  cjohnson@winstead.com
Andrew Patterson
  Texas Bar No. 24131573
  apatterson@winstead.com
Jeremy A. Oliver, *pro hac vice*
  Tennessee Bar No. 029329
  joliver@winstead.com
John D. Janicek
  State Bar No. 24125636
  jjanicek@winstead.com
**WINSTEAD PC**
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
Telephone: (214) 745-5103
Facsimile: (214) 745-5390

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing document was served on all counsel of record via the court's e-filing system on August 15, 2025.

                                      */s/ Joshua M. Sandler*
                                      Joshua M. Sandler