# EXHIBIT 3

# Timeline of SBI's "Supplements"



