UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | | |
|---|---|---|---|
| **SBI CRYPTO CO., LTD.** | § | | |
| | § | | |
| vs. | § | NO: | WA:23-CV-00252-ADA-DTG |
| | § | | |
| **WHINSTONE US, INC.** | § | | |
| *Defendant* | | | |

## ORDER SETTING MOTIONS HEARING AND DISCOVERY HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MOTIONS HEARING AND DISCOVERY HEARING HELD IN PERSON (re Discovery Dispute Chart emailed on 8/25/25), in U.S. District Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco, Texas, on Thursday, September 11, 2025 at 09:00 AM (1 hour time block). The Court will also hear argument on the following: ECF 90 - Defendant's Emergency Motion to Strike Plaintiff's Untimely "Supplemental" Expert Reports and Undisclosed Expert and ECF 93 - Defendant's Verified Emergency Motions to Amend Scheduling Order, For Continuance, and For Protection.

**IT IS SO ORDERED** this **4th day of September, 2025**.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE