IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SBI CRYPTO CO., LTC.,**<br>*Plaintiff,* | § § § § § § § § § § | |
| *v.* | | **CASE NO. 6:23-CV-00252-ADA-DTG** |
| **WHINSTONE US, INC.,**<br>*Defendant,* | | |

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL (DKT. NO. 95)

Before the Court is the plaintiff, SBI Crypto Co., Ltd.'s unopposed motion for leave to file sealed document (Dkt. No. 95). Having considered the motion, and good cause appearing, the Court hereby **GRANTS** the motion.

The Clerk is **DIRECTED** to file Exhibit A-1 (Dkt. No. 95-1), Exhibit A-2 (Dkt. No. 95-2), and Exhibit A-3 (Dkt. No. 95-3) under seal and title each document respectively.

The plaintiff is **ORDERED** to file a redacted copy of the sealed documents within seven (7) days of the date of this order. If a redacted copy is not timely filed, the Court may order the original documents to be unsealed.

**SIGNED** this 10th day of September, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE