IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SBI CRYPTO CO., LTD., | § | |
| *Plaintiff,* | § § § | |
| v. | § | CASE NO. 6:23-CV-00252-ADA-DTG |
| WHINSTONE US, INC., | § § § | |
| *Defendant,* | § | |

**ORDER GRANTING THE DEFENDANT'S UNOPPOSED
MOTION TO SUBSTITUE PROPOSED ORDER (DKT. NO. 94)**

Before the Court is the defendant, Whinstone US, Inc.'s unopposed motion to substitute its proposed order (Dkt. No. 94). The Court has considered the motion and finds that the motion should be **GRANTED**.

The clerk of the Court is **DIRECTED** to substitute the proposed Sixth Amended Scheduling Order attached as Exhibit 2 to the defendant's emergency motions to amend the scheduling order, for a continuance, and for protection (Dkt. No. 93-2) with the corrected proposed Sixth Amended Scheduling Order (Dkt. No. 94-1).

**SIGNED** this 11th day of September, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE