

ATTORNEYS AT LAW

2021 MCKINNEY AVENUE, SUITE 1600
DALLAS, TX 75201-3340
214.999.3000 TEL
214.999.4667 FAX
WWW.FOLEY.COM

bmarx@foley.com
(214) 999-4754

September 15, 2025

Honorable Derek Gilliland
United States Magistrate Judge
800 Franklin Avenue
Waco, Texas 76701

   Re: *SBI Crypto Co., LTD v. Whinstone US, Inc.*, Case No. 6:23-CV-00252-ADA-JCM, in the United States District Court for the Western District of Texas—Waco Division

Dear Judge Gilliland:

  As requested during the September 11, 2025 hearing, Whinstone US, Inc. ("Whinstone") submits its proposed order on Defendant Whinstone US, Inc.'s Emergency Motion to Strike Plaintiff SBI Crypto Co., Ltd.'s Untimely "Supplemental" Expert Reports and Undisclosed Expert (ECF No. 90) and Verified Emergency Motions to Amend Scheduling Order, for Continuance, and for Protection (ECF No. 93), attached as Exhibit 1. Please note that the proposed order does not address the parties' discovery dispute submitted on August 25, 2025 as Whinstone passed on the dispute.

  While the parties met and conferred on the proposed order's wording, they could not come to an agreement. Therefore, Whinstone also submits to the Court SBI Crypto Co., Ltd.'s proposed order as well, attached as Exhibit 2.

            Sincerely,

            FOLEY & LARDNER LLP


            */s/Brandon C. Marx*
            Brandon C. Marx

cc: All counsel of record

| | | | | |
|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TALLAHASSEE |
| BOSTON | HOUSTON | MIAMI | SALT LAKE CITY | TAMPA |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN DIEGO | WASHINGTON, D.C. |
| DALLAS | LOS ANGELES | NEW YORK | SAN FRANCISCO | BRUSSELS |
| DENVER | MADISON | ORLANDO | SILICON VALLEY | TOKYO |