# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD.,<br><br>      Plaintiff,<br><br>v.<br><br>WHINSTONE US, INC.,<br><br>      Defendant. | Civil Action No. 6:23-cv-252 |

**ORDER ON SEPTEMBER 11, 2025 DISCOVERY HEARING**

On September 11, 2025, the Court held a hearing (ECF No. 99) on Defendant Whinstone US, Inc.'s ("Whinstone") Emergency Motion to Strike Plaintiff SBI Crypto Co., Ltd.'s Untimely "Supplemental" Expert Reports and Undisclosed Expert (ECF No. 90) ("Motion to Strike") and Verified Emergency Motions to Amend Scheduling Order, for Continuance, and for Protection (ECF No. 93) ("Motion to Continue"). Having considered the motions and the arguments of counsel, the Motion to Strike is GRANTED IN PART AND DENIED IN PART and the Motion to Continue is DENIED.

It is therefore ORDERED that:

- The Supplemental Expert Report of Dr. Randall Valentine dated July 16, 2025 ("Valentine July 16, 2025 Report") and the Charles C. Byers Technical Report Supplement: SBI vs. Whinstone dated July 18, 2025 ("Byers July 18, 2025 Report") are **STRICKEN** and any analyses, assumptions, or opinions contained in these reports may not be offered into evidence or at trial;

- The Michael Schuler Tech Remarketers Product Valuation Analysis Supplemetal & Rebuttal Report dated July 18, 2025 is **NOT STRICKEN** and any analyses, assumptions, or opinions contained in this report may be offered into evidence or at trial subject to any challenges under the Federal Rules of Evidence; and

4922-2762-7624.2

- Striking Carson Smith as an undisclosed expert witness is MOOT given the Court's rulings on the Byers July 18, 2025 Report. This ruling is without prejudice, and the Court will address any objections to Mr. Smith's testimony—whether for noncompliance with the Federal Rules of Civil Procedure or inadmissibility under the Federal Rules of Evidence—at the appropriate time.

The Parties are FURTHER ORDERED to meet and confer on existing deadlines and to submit, without continuing the trial date, an amended scheduling order within 7 days of this order.

SIGNED ON THIS _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS