# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., | |
| Plaintiff, | Civil Action No. 6:23-cv-252 |
| v. | |
| WHINSTONE US, INC., | |
| Defendant. | |

**ORDER ON SEPTEMBER 11, 2025 DISCOVERY HEARING**

On September 11, 2025, the Court held a hearing (ECF No. 99) on Defendant Whinstone US, Inc.'s ("Whinstone") Emergency Motion to Strike Plaintiff SBI Crypto Co., Ltd.'s Untimely "Supplemental" Expert Reports and Undisclosed Expert (ECF No. 90) ("Motion to Strike"), Verified Emergency Motions to Amend Scheduling Order, for Continuance, and for Protection (ECF No. 93) ("Motion to Continue"), and Discovery Dispute Chart submitted August 25, 2025 (collectively, the "Motions"). Having considered the Motions and the arguments of counsel, the Motion to Strike is GRANTED IN PART AND DENIED IN PART and the Motion to Continue is DENIED.

It is therefore ORDERED that:

- The Supplemental Expert Report of Dr. Randall Valentine dated July 16, 2025 ("Valentine July 16, 2025 Report") and the Charles C. Byers Technical Report Supplement: SBI vs. Whinstone dated July 18, 2025 ("Byers July 18, 2025 Report") are **STRICKEN**;

- The Michael Schuler Tech Remarketers Product Valuation Analysis Supplemetal & Rebuttal Report dated July 18, 2025 is **NOT STRICKEN**; and

- Striking Carson Smith as an undisclosed expert witness is **DENIED WITHOUT PREJUDICE**.

Any other relief sought by Whinstone pursuant to the Motions are hereby **DENIED**.

SIGNED ON THIS _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS