# REDACTIONS FOR EXHIBIT "A-1" (ECF. 95-1) FILED UNDER SEAL

**Page 1**

```
             UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TEXAS
                   WACO DIVISION

SBI CRYPTO CO., LTD.,  )
                       )
        Plaintiff,     )
                       )
VS                     ) CIVIL ACTION NO.
                       ) 6:23-cv-252-ADA-JCM
WHINSTONE US, INC.,    )
                       )
        Defendant.     )
*********************************************
              VIDEOTAPED DEPOSITION OF
                    CARSON SMITH
                   August 21, 2024
            CONFIDENTIAL - ATTORNEYS' EYES ONLY
*********************************************




Job No. 546220
Pages 1 - 371
Stenographically Reported by:
Susan S. Klinger, RMR-CRR, CSR
```

**Page 2**

```
                    August 21, 2024


     VIDEOTAPED DEPOSITION OF CARSON SMITH, produced
as a witness at the instance of the Defendant, and
duly sworn, was taken in the above-styled and
numbered cause on the 21st of August, 2024, from
9:08 a.m. to 7:05 p.m., before Susan S. Klinger,
RMR-CRR, CSR in and for the States of Texas and
California, reported by stenographic method, at Winstead,
2728 North Harwood, Suite 500, Dallas, Texas, pursuant
to the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.
```

**Page 3**

```
                    A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:
    Cory Johnson, Esquire
    Joshua Sandler, Esquire (Via Zoom)
    WINSTEAD PC
    2728 North Harwood Street, Suite 500
    Dallas, Texas  75201
    214.745.5400
ON BEHALF OF THE DEFENDANT:
    Robert T. Slovak, Esquire
    Brandon C. Marx, Esquire
    FOLEY & LARDNER LLP
    2021 McKinney Avenue, Suite 1600
    Dallas, Texas  75201
    214.999.3000
ON BEHALF OF THE WITNESS:
    K. Reed Mayo, Esquire
    REED MAYO LAW FIRM, P.C.
    4604 Berrywood Road
    Virginia Beach, Virginia  23464
    757.621.2216
Also Present:
    Patrick Wooding, Esquire - Whinstone
    Nicholas Vitalis - SBI Crypto
    Jesse Castro, videographer
```

**Page 4**

```
                         I N D E X

WITNESS                                          PAGE
CARSON SMITH
    EXAMINATION BY MR. SLOVAK                      7

                       E X H I B I T S
No.         Description
Exhibit 20  Email, SBIC0000900                   105
Exhibit 21  Canaan invoice, SBIC0003267          110
Exhibit 22  Messages, SBIC0005860                117
Exhibit 23  Messages, SBIC0005573                216
Exhibit 24  Email, SBIC0000026                   239
Exhibit 25  Messages, SBIC0005892                247
Exhibit 26  Visit notes, SBIC0003777             289
Exhibit 27  Balance Sheet, SBIC0005819           319
Exhibit 28  Excel columns                        323

        Previously marked
Exhibit 1   Plaintiff's Amended Complaint        126
Exhibit 2   Hosting Service Agreement,           136
            SBIC0003447
Exhibit 4   International Sales Contract,        134
            SBIC0003153
Exhibit 5   Email, SBIC0003245
```

**Page 5**

| | | |
|---|---|---|
| Exhibit 6 | Hosting Service Agreement, SBIC0003883 | 187 |
| Exhibit 7 | Whinstone Trip Report, SBIC0005782 | 78 |
| Exhibit 8 | Email, SBIC0002069 | 261 |
| Exhibit 9 | Email, SBIC0000149 | 271 |
| Exhibit 10 | Email, SBIC0002873 | 340 |
| Exhibit 12 | Email, SBIC0001267 | 309 |
| Exhibit 13 | Email, SBIC0000393 | 181 |
| Exhibit 18 | Email, SBIC0000068 | 350 |

**Page 6**

P R O C E E D I N G S

VIDEOGRAPHER: Here begins Media Number 1 in the videotaped deposition of Carson Smith in the matter of SBI Crypto Co., Ltd. v. Whinstone US, Inc. in the United States District Court for the Western District of Texas, Waco Division, Case Number 6:23-CV-252-ADA-JCM.

Today's date is August 21st, 2024. The time on the video monitor is 9:09 a.m. The videographer is Jesse Castro representing Planet Depos. This video deposition is taking place at 2728 North Harwood Street, Suite 500, Dallas, Texas 75201.

Would counsel please voice-identify themselves and state whom they represent?

MR. SLOVAK: Rob Slovak, along with Brandon Marx of Foley & Lardner on behalf of Whinstone US, Inc. Also with us is our in-house lawyer, Patrick Wooding.

MR. MAYO: Reed Mayo on behalf of the witness, Carson Blake Smith.

MR. JOHNSON: Cory Johnson and Josh Sandler via Zoom from Winstead here on behalf of the plaintiff, SBI Crypto, along with SBI Crypto's CEO, Nicholas Vitalis.

**Page 7**

VIDEOGRAPHER: The court reporter today is Susan Klinger, also representing Planet Depos. The witness may now be sworn.

CARSON SMITH, having been first duly sworn testified as follows:

EXAMINATION

BY MR. SLOVAK:

Q  Good morning, Mr. Smith. How are you?
A  Good morning.
Q  My name is Rob Slovak, and as you know, I represent Whinstone. You are aware that there is a lawsuit that exists between SBI Crypto Limited and Whinstone US, Inc.?
A  Yes.
Q  Okay. And were you -- let me start here. Have you been deposed before?
A  No, I have not been deposed.
Q  Okay. So I'm going to ask questions. The court reporter is going to try to take down everything that I say. She also is going to try to take down everything that you say.
So if we can have an agreement not to talk over one another, I will try to allow you to finish your answer if you will allow me to finish my question so she gets everything on the record.

**Page 8**

Can we have that agreement?
A  Okay.
Q  And if at any point in time today you don't understand what I'm asking or the question is not clear, just please ask me to clarify. If you answer the question without asking for clarification, we will understand -- we will assume that you understood it. Can we agree to that?
A  Can you repeat the last part one more time?
Q  Sure. If I ask a question that you don't understand and you answer it, I will assume that you understood it unless you tell me otherwise.
A  Okay, okay.
Q  Are you under -- are you on any medications or do you have any physical issues that would interfere with your ability to answer questions here today truthfully and accurately?
A  No.
Q  And you understand that you are under oath?
A  Yes.
Q  Okay. Just like you would be in a court of law testifying before a judge or a jury. Do

49

so I can't remember that with better recollection.
 The operations of the miners started around February 2018, and that continued on into -- I believe it was 2019. It may have continued on to 2020, and then the operations ended.
 Q What were the type of miners that you were operating out there?
 A BITMAIN S9s.
 Q Do you remember approximately how many?
 A 10,000. I think it was a little over 10,000.
 Q Do you remember how much power was available?
 A I don't remember the exact power.
 Q And you said there was a written contract, but you weren't involved in it because it was procured before you were the CEO; is that right?
 A Yes, that's correct.
 Q Okay. So you-all also operated a facility in Russia at some point, right?
 A Yes.
 Q What years?
 A The facility in Russia operated -- when it turned on, I think that was late 2020 or early

50

2021 when that began operations as an -- operations being that the miners turn on and are hashing.
 Q Understood. When did the operations in Russia end?
 A They ended in around April, May 2022.
 Q And what kind of miners were being operated out there?
 A Avalon A10s.
 Q The Canaan Avalon A10s?
 A Yes.
 Q Are those the same ones that you-all operated out at --
 A Yes.
 Q -- Rockdale?
 A Yes.
 Q And those --
 A That was the same purchase -- the same production batch.
 Q Okay. And approximately how many were operated in Russia?
 A 20,000 machines.
 Q And how much power did you have available?
 A 50 megawatts.
 Q 50. And what was the failure rate?

51

 A The failure rate was a -- I don't remember exactly, but it was a few -- a few percent.
 Q Okay. And so how did you determine the failure rate?
 A By reports that the operator of the facility gave to us of the number of miners running as well as the amount of Bitcoin production. And the -- and from that, what is the effective hashrate, the effect of computational power, as that is tied to the Bitcoin production that we see, and what do we expect versus 20,000 miners.
 Q And so how often did they provide the reports?
 A I don't remember how often, but it was regularly.
 Q Okay. And were those the kinds of records that SBI, at least while you were there, would retain?
 A SBI Crypto should retain -- should retain those records.
 Q Are you aware of whether those records themselves have been provided to Whinstone?
 A That I don't know.
 Q I'm sorry, to Winstead, have they been

52

provided to Winstead?
 A That I don't know.
 Q Okay. Were you involved in the negotiation of the contract for the operations in Russia?
 A Yes, I was.
 Q Okay. What was your role?
 A I was the CEO, and I was involved in negotiating the terms of the contract.
 Q Okay. Did you have outside counsel?
 A No.
 Q Was there in-house counsel at SBI Holdings?
 A Yes, there was.
 Q Okay. Did you work with inside counsel on the terms of the contract for the operations in Russia?
 A Yes.
 Q And who was that in-house counsel?
 A Their names?
 Q Yes.
 A I don't remember all their names. There were several. Some names I can recall is Okuyama.
 Q Okay.
 A Jake, Jake Chauncy. Another name -- now

**53**

1  it is starting to leave me -- Sausa Gawa, and I
2  think there was one or two others, but their names
3  just escape me right now.
4    Q  Okay.  And for Virginia Beach, Sweden, and
5  Iceland, you weren't involved in the actual
6  contract negotiations?
7    A  Not in the contract negotiations, no.  I
8  gave my -- I looked at the contracts before they
9  were signed.  I gave my opinions on those
10 contracts.
11   Q  Okay.  And so would it be fair to say that
12 prior to dealing with Whinstone -- and by the way,
13 what was the name of the operator in Russia?
14   A  The Computing Limited.
15   Q  Okay.  Computing Limited?
16   A  Yes.
17   Q  Okay.
18   A  The Computing Limited.
19   Q  So would it be fair to -- sorry, I didn't
20 mean to talk over you.
21   A  Sorry.
22   Q  Were you -- would it be fair to say that
23 other than the contract with Computing Limited and
24 the contract with Whinstone, that you had no
25 personal experience negotiating hosting

**54**

1  agreements?
2    A  The experience that I had other than that
3  would be involved in what I did in the background
4  supporting the negotiations for Iceland and for
5  the Virginia Beach.
6       I was not -- what I mean, I was not
7  directly involved in negotiating directly with
8  counterparties.  However, as a supporting role in
9  the back office, if you call it that.
10   Q  What was your supporting role?
11   A  I provided feedback and opinions on
12 different terms of the contract of what would be
13 needed, what should be taken out, what doesn't
14 make sense, and things of that nature.
15   Q  Okay.  And do you recall with respect to
16 those particular arrangements in Iceland, Sweden,
17 or Virginia Beach what specific background
18 commentary you provided?  I know it has been a
19 while, so --
20   A  No, I don't recall the specific
21 background.  Some of those in general, things like
22 SLA and uptime, and then several others that I
23 can't remember.
24   Q  You said SOA?
25   A  SLA.

**55**

1    Q  Okay.  What does that acronym stand for?
2    A  Service level agreement.
3    Q  Okay.  And that means the service that you
4  get from the operator, is that what that refers
5  to?
6    A  As a general overview, shortened version
7  of that term, yes.
8    Q  Okay.  Did you participate in the design
9  of the Iceland facility?
10   A  The design, no.  I reviewed the designs.
11   Q  Okay.  What about Sweden?
12   A  I gave feedback as well on the designs.
13   Q  Okay.  What about Sweden?
14   A  Sweden, no, I did not.
15   Q  Okay.  What about Virginia Beach?
16   A  Virginia Beach, did I -- I did review
17 those designs, and I gave feedback for opinions
18 that I had that -- on some of the inefficiencies
19 in the design.
20   Q  Okay.  And in those, did you review the
21 design for the facility in Rockdale?
22   A  The final design for the facility in
23 Rockdale, no, I did not.
24   Q  Okay.  Did you provide any feedback on
25 that design?

**56**

1    A  I did not, because I did not see it.
2    Q  And -- and you were the CEO at the time.
3  Do you know why you didn't see it?
4    A  I don't recall.
5    Q  Okay.  Have you actually participated in
6  the installation of any racks or infrastructure
7  for miners in any of the facilities that SBI
8  operated?
9    A  Yes, I have.
10   Q  Where?
11   A  Virginia Beach.
12   Q  Okay.  What was your role in that regard?
13   A  I actually racked a number of the miners.
14 I wrote a script to mass configure all 10,000
15 miners and configure them with the appropriate
16 settings.
17   Q  Okay.  And what about the Russia facility?
18   A  The Russia facility, no, I did not.
19   Q  Okay.  What about the facility in
20 Rockdale?
21   A  No, I did not.
22   Q  You mentioned that there were failure
23 reports created by the operator with respect to
24 the Russia facility.  Were there also failure
25 reports created by the operators from the Virginia

Confidential - Attorneys' Eyes Only
Transcript of Carson Smith
Conducted on August 21, 2024                15 (57 to 60)

                                                            57
1  Beach facility?
2       MR. MAYO: Object to the form.
3       MR. JOHNSON: Objection to form.
4       MR. SLOVAK: What is your objection?
5       MR. MAYO: Compound question.
6       MR. JOHNSON: I think it also misstates
7  prior testimony.
8     Q You received reports from Russia about the
9  operations from which you were able to determine
10 failure rates, correct?
11    A They gave us emails or some reports. They
12 gave us information that determined -- of how many
13 of -- what was their number of -- they show for a
14 number of machines running.
15    Q Okay. And earlier you characterized those
16 as reports, right?
17    A By "reports," I mean reporting as they're
18 emailing or that is an email that is in a
19 document, and that is in written form.
20    Q Okay. And those documents in written form
21 were the kinds of records that, at least while you
22 worked there, that SBI retained, correct?
23    A Yes, they should be retained.
24    Q Were there similar kinds of communications
25 from which you could ascertain failure rates with

                                                            58
1  respect to the Virginia Beach facility?
2     A No.
3     Q What about Sweden?
4     A I don't recall.
5     Q What about Iceland?
6     A Iceland does have some reports of
7  equipment for how -- number of equipment running.
8     Q Okay. And to your knowledge, were those
9  also the kinds of records that SBI retained while
10 you were there?
11    A SBI Crypto should have them retained.
12    Q Okay. And what about with respect to
13 Rockdale, did they provide reports or
14 communications of a similar nature?
15    A No.
16    Q Okay. Did you request them?
17    A Yes, multiple times.
18    Q From who?
19    A I requested Aroosh, I requested from Chad,
20 and maybe a few others.
21    Q Okay. And in what format did you request
22 them?
23    A I don't recall giving them a specific
24 format. I think maybe one time I gave them an
25 example to reference from, here is an example

                                                            59
1  format that you can use for some report.
2       I do not recall, though, if that was for
3  uptime of machines, but there was problems in
4  requesting reports for uptime of machines, for
5  downtime, and for a lot of notifications of --
6  that we would expect to have from Whinstone that
7  were not -- often not provided.
8     Q Well, and maybe I wasn't clear in my
9  question. My question was not the format of the
10 report that you requested, but the format in which
11 you made the request. Were these telephone calls,
12 text messages, emails?
13    A They would be phone calls as well as
14 emails.
15    Q Okay. And you said that some of those
16 requests were made of Aroosh?
17    A Aroosh, yes, was one.
18    Q And he worked for --
19    A And Chad.
20    Q He worked Northern Data, right?
21    A He worked -- as represented to me, he
22 worked for Northern Data and for Whinstone.
23    Q When you say "as represented to you," what
24 does that mean?
25    A As I understood it, he was employed and

                                                            60
1  worked for Northern Data and for Whinstone.
2     Q Well, you answered a different question
3  than I asked. My question was not what you
4  understood. My question was, why did you
5  understand it. Is it your testimony that Aroosh
6  represented to you that he worked for Winstead?
7       MR. JOHNSON: Objection, form.
8     A For Winstead?
9     Q I mean for Whinstone.
10      MR. JOHNSON: You do it all the time.
11    A Aroosh -- repeat the -- repeat the
12 question.
13    Q Sure. There was a lot of talking there,
14 sorry.
15    A Yes.
16    Q You said that it was your understanding
17 that Aroosh represented Whinstone?
18    A Yes.
19    Q And my question is, what is the basis for
20 that understanding?
21    A Because he was CEO of Whinstone.
22    Q Well, I mean, with all due respect, he was
23 never CEO of Whinstone.
24      So my question to you is, did he make some
25 affirmative representation to you that enabled you

69

1  Q  I didn't ask about after that.
2  A  Can you repeat the --
3  Q  I said at the time -- at the time that you
4  left, right?
5  A  Okay.
6  Q  So you were CEO through sometime in
7  September/October of 2023. At that time, where
8  were they mining?
9  A  In Kuwait.
10  Q  Okay. Anywhere else?
11  A  At that time, I can't recall anywhere
12  else.
13  Q  Between 2021 -- so between June of 2021,
14  when mining operations in Rockdale ceased and the
15  time that you left in October of 2023, where was
16  SBI mining crypto?
17  A  From what I can recall as I sit here, in
18  Russia and in Kuwait.
19  Q  Okay. And do you recall how much power
20  was available in Kuwait?
21  A  I can't recall.
22  Q  How many miners were being operated in
23  Kuwait?
24  A  I can't recall how many miners.
25  Q  To your knowledge, is SBI still mining

70

1  crypto in Kuwait?
2  A  I don't know.
3  Q  During your tenure at SBI, did SBI ever
4  operate enough miners to utilize 1 gigawatt of
5  electricity?
6  A  My time?
7  Q  Yes, sir.
8  A  No.
9  Q  How many miners would SBI have to operate
10  approximately in order to use 1 gigawatt of
11  electricity?
12  A  That is very nuanced, because it depends
13  on the miner being used.
14  Q  Okay. Well, you-all were operating
15  BITMAIN S9s and Canaan A10s, so how many miners
16  would be -- need to be operated of those two
17  varieties in order to use 1 gigawatt of
18  electricity?
19  A  Well, those two varieties have different
20  varying amounts of electricity consumption, so
21  depending on how much of each to get 1 gigawatt
22  is --
23  Q  Well, ballpark?
24  A  -- a different number.
25  Q  Say I wanted to pull 1 gigawatt of

71

1  electricity operating Canaan A10 miners, how many
2  would I have to operate?
3  A  The other is we wouldn't do 1 gigawatt of
4  A10 miners.
5  Q  Well, I didn't ask you that question, sir,
6  with all due respect.
7     My question to you is, if you wanted to
8  pull 1 gigawatt of power operating Canaan A10
9  miners, how many would you have to operate?
10     MR. JOHNSON: Objection, form.
11  A  Just -- I wouldn't know, sitting here, how
12  many miners that would be.
13  Q  Okay. But in order to pull 50 gigawatts
14  of electricity at the Russia facility or the
15  Rockdale facility, you would need to operate
16  approximately 20,000 Canaan A10 miners at full
17  capacity, right?
18     MR. JOHNSON: Objection, form.
19  A  That's not pulling exactly 50 megawatts.
20  50 megawatts is an allocation. It can pull a bit
21  more or a bit less than that.
22  Q  Okay. Well, that is fine. I just -- it
23  would take operating approximately 20,000 miners
24  to pull approximately 50 megawatts, right, if
25  we're talking about the Canaan A10s?

72

1  A  Approximately 20,000 miners.
2  Q  Okay.
3  A  That would be 20,000 miners that are
4  operating at full efficiency and full operational
5  capacity.
6  Q  And what -- what does that mean? What
7  does operating at full efficiency and full
8  operational capacity mean to you?
9  A  For the A10 miners, that would mean
10  operating at 37 terahashes, and that is about 63
11  watts per terahash.
12  Q  Did the Canaan A10 miners in Russia ever
13  pull 50 megawatts?
14  A  I can't recall if they did.
15  Q  To your recollection, would the data that
16  you-all exchanged that you testified about earlier
17  reflect some conclusion in that respect?
18  A  It might reflect some conclusion.
19  Q  And if I understand -- well, did SBI ever
20  pull more than 50 megawatts of power at Rockdale?
21  A  I don't think so.
22  Q  When you testified earlier about the
23  information that you were requesting from Chad or
24  Aroosh in order to determine the operational
25  capacity of the miners, my understanding was you

Confidential - Attorneys' Eyes Only
Transcript of Carson Smith
Conducted on August 21, 2024

19 (73 to 76)

---

**73**

1 were saying that you -- you were not able to
2 obtain that information, right?
3  A  Can you repeat that one more time?
4  Q  Sure. When you testified earlier about
5 information that you requested from Chad and
6 Aroosh in order to determine the operational
7 capacity of the miners, my understanding is you
8 were saying that you never received that data; is
9 that correct?
10      MR. MAYO: Objection to the form.
11  A  What is the operational capacity, and what
12 did I just say that you are referring to?
13  Q  So we've had lots of testimony, Mr. Smith,
14 about you had the ability to look at information
15 that was provided to you from the Russian facility
16 in order to determine operational capacity failure
17 rates. Do you recall that discussion?
18  A  How many machines -- how many machines --
19 to determine as they report, how many machines
20 were running.
21  Q  Okay. And what does that information
22 allow you to determine?
23  A  That allows me to determine how many
24 machines are running versus how many machines are
25 not running.

**74**

1  Q  Okay. And how does that -- does that
2 allow you to determine how much electricity you
3 are pulling?
4  A  This allows us to give us some idea of
5 electricity that we can estimate --
6  Q  Okay.
7  A  -- would be pulling.
8  Q  What else does it tell you?
9  A  It also shows how many miners they have up
10 and running and that are -- that are installed and
11 that are turned on running and hashing.
12  Q  Okay. What other -- what else does it
13 tell you?
14  A  That is -- from that, that is what it
15 tells me.
16  Q  Okay. Well, how -- if I wanted to
17 determine whether a miner is operating at full
18 capacity, what information do I need to receive
19 from the operator of that facility?
20  A  For -- that is for 20,000 miners, and for
21 each miner, that is a lot of detail for each
22 miner. I don't recall receiving that level of
23 detail for each miner of the exact capacity of
24 each miner for -- this is -- was the miner running
25 and hashing and how many were running.

**75**

1    And we also saw the total amount of
2 Bitcoin output, which is essentially we saw the
3 total hashrate of the entire facility of all
4 20,000 miners running to -- or 20,000 or the 18 or
5 it was 19,000 -- I can't remember the exact number
6 running that were -- that they did report running,
7 and what was the hashrate that we could calculate
8 from the Bitcoin being mined, the total hashrate
9 of all of those miners running together, and we
10 could essentially see the total output of the data
11 center.
12  Q  And when you say you would see the total
13 output of the data center, we're talking about
14 Russia, right?
15  A  Yes.
16  Q  Okay. And if it is my understanding, you
17 were not able to obtain that same information to
18 your satisfaction from Whinstone, correct?
19  A  Yes. Whinstone --
20  Q  Okay. And -- go ahead.
21  A  Whinstone did provide occasionally
22 information. They would give information of some
23 machines that they would say were down, but times
24 when I would ask for more details or more counts,
25 they would not be provided, or sometimes requests

**76**

1 I remember would be ignored or severely delayed.
2      At other times, the information wasn't
3 provided many times, where sometimes it was, or it
4 would be delayed or was it just provided in a form
5 that we would have liked to see.
6  Q  Okay. And when the -- so it is not your
7 testimony that Whinstone failed to ever provide
8 the information you needed to determine the
9 operational capacity. It just wasn't in the form
10 or the amount that you needed; is that correct?
11  A  It was that, too, and then we had also
12 requested them to regularly provide such data.
13 And for a while they did not readily provide data.
14  Q  So you monitored to the Rockdale site
15 through Steiger, right?
16  A  Yes.
17  Q  And that was a product that was provided
18 by Northern Data, right?
19  A  Yes.
20  Q  And what information was reflected in that
21 data?
22  A  It had hashrate, it had some temperature
23 data, and some -- a number of miners running and
24 some other telemetry data that I can't remember.
25  Q  And when you prepared the spreadsheet

113

1    But had you -- do you recall when you went
2 to Louisiana to meet Whinstone?
3    A It was right around this time.
4    Q Okay.
5    A I was closing -- I was trying to close
6 both the purchase contract and the -- Whinstone
7 on -- meeting with them and negotiating
8 original -- one of the basic terms for a
9 hosting -- for a hosting contract at the same
10 time.
11    Q Okay. So let me ask about the -- we'll
12 more firmly establish the timing here in a second,
13 but how did you decide to purchase Avalon A10
14 miners?
15    A I looked at recent generation of miners
16 from the main manufacturers, and in this
17 particular case, it was Canaan and MicroBT.
18    Q Okay. And what -- when you say you looked
19 at information about the manufacturers, like what
20 specific diligence did you do to determine that
21 these were good miners to buy?
22    A I looked at one of the aspects of the
23 miners that they were producing or preparing to
24 produce that year and their prototypes. I
25 visited -- around this time I visited China. I

114

1 visited Beijing to Canaan's office. I toured
2 their factory. I also took their miner to a
3 nearby facility and did thermal testing on the
4 miner and tested that.
5       Then in that same trip, I also visited
6 MicroBT's office to see there what is miner -- I
7 can't remember the exact model. I think it was
8 the M20S or the M21S, and I saw that miner model
9 or their prototype. They had one in the office
10 and spoke with them. That was in Shenzhen, China,
11 all around this time.
12    Q When you say "all around this time" --
13    A Yes.
14    Q -- I assume that you didn't make the
15 decision to actually get the quote and make the
16 purchase until after you had been to China to do
17 that due diligence, correct?
18    A Yes.
19    Q So it would stand to reason that that due
20 diligence came before April the 17th of 2019,
21 right, sir?
22    A I'm trying to remember the dates, if I
23 went before the quote or after. I think so, but
24 it has been a long time, but I can't remember --
25    Q Okay.

115

1    A -- exactly.
2    Q What airlines did you fly?
3    A I don't remember.
4    Q Did you submit expenses for reimbursement
5 for that trip?
6    A I very likely did.
7    Q Okay. And would it be the ordinary course
8 when you were working at SBI for them to maintain
9 records related to those business expenses?
10    A Yes.
11    Q Okay. Where were you in the process of
12 the negotiation with the potential operator in
13 Kurzikstan at the time that you received this
14 quote from Canaan that is Exhibit 21?
15    A That I don't remember. Some of those
16 negotiations came because the Kurzikstan operator
17 had a relationship with SBI Holdings, the parent
18 company, through some other business.
19    Q But in either event, originally there was
20 an intent to put 20,000 of these Canaan miners in
21 Kurzikstan, right?
22    A Yes.
23    Q And ultimately they ended up in Russia?
24    A That's correct.
25    Q 20,000 of them went to the Russian

116

1 location sometime around December of 2020?
2    A Sometime around December --
3 November/December 2020 to January/February 2021.
4    Q And installed a few hundred of them at a
5 time, right?
6    A A few hundred or a few thousand, that I
7 can't remember the installation rate.
8    Q What happened to those miners, the ones
9 that went to Russia?
10    A We ultimately had to sell those off due to
11 sanctions placed on Russia.
12    Q But after they were installed, they
13 immediately began failing, right?
14    A No.
15    Q Okay. Well, were they tested? Did SBI
16 perform any testing on Russian miners to determine
17 the adequacy of their performance?
18    A We turned on the machines and they were
19 running. They needed some firmware updates in the
20 beginning. Firmware updates and all installation
21 procedures were done, and some other work that
22 needed to be done that the data center operator
23 talked with Canaan and worked closely with Canaan
24 to get going, and then most of the miners ran as
25 expected.

---

117

1    Q  So I'm going to hand you what -- let's
2  mark this then as 22.
3       (Exhibit 22 marked.)
4    Q  So first of all, what is this?
5    A  These are messages between me and Chad
6  Harris.
7    Q  This message chain the green is you,
8  right?
9    A  Yes, the green is me.
10   Q  Okay.  And so on or about February the 4th
11  of 2021, you are messaging Chad Harris to say:
12  Update on the PSUs, 4,000 are being produced to
13  send to Texas.
14      Did I get that right?
15   A  That is what it says.
16   Q  Okay.  And that is -- those are PSUs being
17  produced by who?
18   A  I can't remember the manufacturer name.
19   Q  Okay.  And you need the PSUs in order to
20  run the miners, right?
21   A  The PSUs were requested by Whinstone.
22   Q  That wasn't my question.
23      MR. SLOVAK:  Object, nonresponsive.  Move
24  to strike.
25   Q  You need the PSUs in order to run the

118

1  miners, right, sir?
2    A  The miners had existing PSUs, and those
3  you need to run the miners.
4    Q  Right.  And those existing PSUs had
5  failed, so you're ordering new ones, right, sir?
6    A  I don't know if they actually failed.
7  Whinstone -- I said Whinstone represented that
8  they had failed and that we needed to order new
9  PSUs, so that is what I did.
10   Q  You didn't do anything to test that,
11  right?
12   A  Whinstone test -- Whinstone tested that.
13   Q  Did you understand my question?
14   A  Yes.
15   Q  I didn't ask you if Whinstone tested it.
16  Did you do anything to test the -- whether those
17  PSUs failed, sir?
18   A  Me, personally, I was not on site and do
19  not --
20   Q  Did anyone --
21   A  -- do the test.
22   Q  Did anyone on behalf of SBI test those to
23  determine whether the PSU failed?
24   A  Whinstone tested on behalf of SBI.
25   Q  Okay.  Did anyone other than Whinstone

119

1  test on behalf of SBI?
2    A  I don't know, other than if Whinstone had
3  a third-party contractor.
4    Q  Did you guys hire a third-party contractor
5  to test them?
6    A  SBI did not.
7    Q  Okay.  And then you also say:  Also at one
8  of the other farms we had about 8,000 A10s down?
9    A  Yes.
10   Q  Is that a true statement, or were you
11  lying?
12      MR. JOHNSON:  Objection, form.
13      MR. MAYO:  Objection.
14   A  Let me read this.  (Reviewing document.)
15  We had some 8,000 A10s not working at a particular
16  time, yes.
17   Q  In Russia, right?
18   A  In Russia.
19   Q  And you said:  They were able to get about
20  5,000 of those working, right?
21   A  Yes, at this -- at this particular time,
22  yes.
23   Q  This is in February of 2021, right, sir?
24   A  Yes.
25   Q  And you said:  I think we will try to

120

1  figure out how to send a couple of those guys over
2  so we can use their knowledge?
3    A  Yes.
4    Q  Who are those guys?
5    A  The operators that were working at the
6  Russia facility.
7    Q  Okay.  Did that happen?
8    A  I don't think it ever happened.
9    Q  Okay.  Did the other 3,000 of the 8,000
10  ever get back to operating?
11   A  I think they did.
12   Q  When?
13   A  I don't know.
14   Q  What was the problem with them?
15   A  I don't know all of the exact problems,
16  but from what I recall, I think many of the
17  problems were they needed firmware.  There was
18  things -- they told me there were firmware updates
19  required, and some of these firmware updates
20  needed multiple updates to successfully install.
21      Some needed manual IP address
22  configuration, and a few other things that
23  required the work of the technicians at the data
24  center.  Those technicians worked with Canaan to
25  figure out what needed to be done.

121

1   Q   Those 8,000 miners were installed in -- in
2   or around January of 2021, right?
3   A   January or December 2020 maybe, around
4   that time.
5   Q   And there were 8,000 of them down within a
6   month or two of the time that they were installed.
7   That is what happened, according to this
8   contemporaneous message, right, sir?
9   A   There were 8,000 down at this particular
10  time.
11  Q   Okay.
12  A   I don't recall if that was 8,000 down from
13  the moment they were installed up until this or
14  this was for this moment in time.
15  Q   You also say in this next message:  Will
16  let you know when I have an update on PSUs or
17  sending some guys to the U.S.?
18  A   Yes.
19  Q   Who were you going to send to the U.S.?
20  A   Yes.  Let me think about that.  That may
21  be trying to get some of the Canaan guys or I may
22  be referring to the -- I think I'm likely
23  referring to the people that were operating at the
24  Russian facility, considering that they were able
25  to get basically all the miners, or almost all of

122

1   the miners working, and Whinstone had not been
2   able to do that.  So hopefully that -- using their
3   experience, they could help Whinstone get things
4   working.
5   Q   Did you send them over?
6   A   They were never able to go over.
7   Q   So that was a no?
8   A   That was a no.
9   Q   Okay.  And you didn't send anybody else
10  over to inspect the facility, look at the
11  operation of the miners, check the condition of
12  the miners in February of 2021, in March of 2021,
13  in April of 2021, and May of 2021, not until you
14  went there in June of 2021, right, sir?
15  A   We were trying to send --
16  Q   Did you understand my question?
17  A   Yes, but you didn't let me finish the
18  previous question.
19  Q   Okay.  Go ahead.
20  A   We were trying to send them.  I do
21  remember there being some issues because I think a
22  number of them were Chinese and they had visa
23  issue, difficulties of getting visas to visit the
24  U.S.
25      There were still some COVID restrictions,

123

1   especially for Chinese nationals traveling to the
2   U.S., and there were a number of difficulties of
3   just getting them, and that took time to plan out
4   and get going.
5   Q   But you never actually sent any of them to
6   the United States, right?
7   A   So because of that, they never actually
8   went to the United States.
9   Q   So the answer to my original question is
10  you never sent them to the United States, right,
11  sir?
12  A   Because of that, they didn't go to the
13  United States.
14  Q   Not in February, right?
15  A   Not in February because of the visas and
16  such --
17  Q   Not in March, right?
18  A   -- they did not go to the United States.
19  Q   Not in April, right?
20  A   Not in April.
21  Q   Not in May, right?
22  A   Not in May.
23  Q   Not even in June, right?
24  A   Not in June.
25  Q   Never, right?

124

1   A   Not in June.
2   Q   You testified just a second ago that the
3   people in Russia were communicating with Canaan.
4   How do you know that?
5   A   Because they told me, and I also helped
6   set up a communication channel between them and
7   Canaan.
8   Q   Great.  And did you have access to that
9   communication channel?
10  A   Yes, I did.
11  Q   Okay.  And are those messages -- was the
12  communication channel in a format like this that
13  you could actually retrieve and provide?
14  A   It wasn't in a format like this.
15  Q   Okay.  What format was it?
16  A   That would likely be in WeChats.
17  Q   And are those records that continue to
18  exist, to your knowledge, at SBI?
19  A   That I don't know.
20  Q   Have you checked for those?
21  A   No, I have not.
22  Q   Did you ask the folks in Russia to
23  communicate by email with Whinstone about how they
24  were solving these alleged problems?
25  A   I did ask the folks in Russia and

165

1   A   That I can't remember.
2   Q   Do you recall when -- well, do you recall
3   ever seeing any agreement between Whinstone and
4   the landowner for operation of the site at Pyote?
5   A   I think there were some documents or
6   agreements reviewed. I'm not sure if they were
7   directly with the landowner. These were -- there
8   were some documents asked I think that Jonathan
9   Tanemori had asked of Aroosh and Chad and of
10  Whinstone.
11  Q   Do you remember receiving what you asked
12  for, or what Jonathan asked for?
13  A   I don't remember all the specific
14  documents asked. He was primarily in charge of
15  obtaining and asking for those documents.
16  Q   Are you able to offer any sort of view as
17  to what hashrate the Avalon A10 miners were
18  supposed to perform at?
19  A   37 terahashes.
20  Q   Okay. And is that in normal mode?
21  A   Typically that would be in turbo mode.
22  Q   Okay. Are you aware of the Avalon A10
23  miners' reputation in the crypto industry?
24  A   Yes.
25  Q   What do you believe that reputation is,

166

1   sir?
2   A   The reputation is that they have made --
3   in the past they have always made miners that were
4   well designed physically, and as far as like had
5   the heatsinks to control heat dissipation and the
6   controller from where they used to -- use to
7   control the miners, used their AI chip.
8   Q   Okay. And I'm not sure that that was a
9   specific answer to my question. I'm asking
10  specifically about the Avalon A10 miners'
11  reputation in the crypto industry. Do you have a
12  view on that?
13  A   That was my answer to the question.
14  Q   Okay. Are you aware of the reputation
15  that they're unreliable?
16  A   No.
17  Q   That they're unreliable particularly with
18  regard to the PSUs?
19  A   No.
20  Q   You are aware that -- well, you-all had
21  problems with the PSU Avalon miners in Russia,
22  right, sir?
23  A   Not really.
24  Q   When you say "not really," what does that
25  mean?

167

1   A   I recall most of the problems that --
2   where you reported you were showing a previous
3   exhibit, and --
4   Q   Yes.
5   A   -- Exhibit 22 where some machines were
6   down. These were not -- for example, these were
7   not PSU issues. They were issues where a firmware
8   update was required.
9       This firmware update -- there was some
10  kind of tricks to get it to work where you would
11  maybe have to do the firmware update once or
12  twice, like it would fail one time, but you would
13  have to do it again, but one, two times and the
14  firmware update would go through. Or you would
15  have to set a static IP address or to do some
16  other setting, and this was working with Canaan to
17  get this done, but these were not PSU issues.
18  Q   Okay. So when you say, we'll let you know
19  when I have an update on PSUs, you are not really
20  talking about PSUs. You are talking about
21  firmware; is that --
22  A   Can you --
23  Q   --- your testimony?
24  A   What you are referring to?
25  Q   Well, let me ask it differently.

168

1       Where in -- where in Exhibit 22 does it
2   say anything about firmware?
3   A   Here I am talking -- but I am talking
4   about non-PSU issues, that we were able to get
5   many machines working, because I am referring to
6   Chad Harris at this other facility. We were able
7   to get the machines working without PSU problems,
8   and I want to send guys over that can share
9   knowledge that they obtained from Canaan and their
10  experience that could maybe help Chad and getting
11  machines working at Whinstone.
12  Q   We already talked about you never sent any
13  of these people over, right?
14  A   Because they didn't have visas.
15  Q   Have you contacted any of those people
16  since you made the decision to sue my client?
17  A   No.
18  Q   Have you reached out to any of the -- any
19  of the people in Russia about the facts related to
20  this lawsuit?
21  A   I can't recall -- or let me go back and
22  say, I have -- the people in Russia --
23  Q   Did you sue the Russian --
24      MR. JOHNSON: Objection -- hey, let him
25  finish his answer.

201

1  was May 2020.
2  Q Press release in what publication, sir?
3  A It was a -- for that press release, it was
4  some news website. For Riot's information, it was
5  their SEC filings, and the press release was on
6  their own website.
7  Q Okay. So it is your testimony that there
8  was a press release on Riot's website and a press
9  release on -- where else?
10 A On another news website --
11 Q Okay.
12 A -- that --
13 Q Do you have copies of either of those
14 alleged press releases?
15 A I don't have copies sitting here with me,
16 but I could produce a copy.
17 Q Okay. And that was going to be my next
18 question, is, do those -- are they retained --
19 retained somewhere in your records?
20 A They're publicly available on the
21 internet.
22 [Redacted]
23 [Redacted]
24 [Redacted]
25 [Redacted]

202

1  [Redacted]
2  [Redacted]
3  [Redacted]
4  [Redacted]
5  [Redacted]
6  [Redacted]
7  [Redacted]
8  [Redacted]
9  [Redacted]
10 [Redacted]
11 [Redacted]
12 Q Okay. So can we -- well, let me just ask
13 the question. Would you -- would you have a
14 problem if Whinstone now sued SBI because it
15 failed to procure more than 50 megawatts of power
16 from Whinstone?
17 A I'm not at SBI, so that doesn't --
18 Q I didn't ask you if you were at SBI.
19     Would you take issue with that? Would you
20 think that your statements obligated SBI to
21 purchase more than 50 megawatts of power from
22 Whinstone, sir?
23     MR. JOHNSON: Objection, form.
24 A No.
25 Q And so if they were to sue you for fraud

203

1  because of the statement that you made that you
2  were -- you were going to buy incremental power,
3  you would take issue with that, right?
4     MR. JOHNSON: Objection, form.
5  A Yes.
6  Q You would say that that is not right,
7  because you didn't make that commitment, right?
8  A I didn't make any contractual commitment
9  to it.
10 Q And you didn't make an affirmative
11 representation that you absolutely were going to
12 purchase more than 50 megawatts of power from
13 Whinstone, right?
14    MR. JOHNSON: Objection, form.
15 A I don't think I made that --
16    COURT REPORTER: Say it again.
17 Q And so you didn't make an affirmative
18 representation that you were absolutely going to
19 purchase more than 50 megawatts of power from
20 Whinstone, right?
21 A No, I did not make an affirmative
22 representation that I was absolutely going to
23 purchase. I told Whinstone that I intended --
24 that SBI wanted to purchase, and Whinstone said
25 that -- that Whinstone would likely want to host

204

1  SBI's additional equipment at the facility.
2  Q And that is why the word "may" as opposed
3  to "shall" --
4  A Yes.
5  Q -- is used there, right, sir?
6  A Yes, that's correct.
7  Q And during your tenure with SBI, did it
8  ever use 1 gigawatt of power company-wide?
9  A A total of 1 gigawatt of power, no.
10 Q What was the highest amount of power that
11 it used to mine crypto cumulatively while you were
12 at SBI?
13 A What do you mean, cumulative -- do you
14 mean not at the same time, but at -- from each
15 data center over time?
16 Q Yeah, that is a fair question. It wasn't
17 worded very well.
18    At its peak, what was the highest power
19 draw that SBI used? How many megawatts?
20 A Please let me clarify. So at its peak
21 by -- do you mean data centers all operating at
22 the same time and what is the --
23 Q Yes.
24 A -- peak draw of all of these data centers?
25 Q Yes, sir.

Confidential - Attorneys' Eyes Only
Transcript of Carson Smith
Conducted on August 21, 2024

52 (205 to 208)

205

1  A  There would be the draw from Whinstone.
2  The power draw from Whinstone, I can't remember
3  exactly what that was at that peak, plus the
4  capacity that was operating at Russia. That would
5  be close to [Redacted], though a little bit
6  shy, especially because due to the conditions at
7  Whinstone, a number of equipment was not
8  operating.
9     Russia would be operating between
10 [Redacted]. Whinstone would be operating at half
11 of that, so we're getting close to [Redacted].
12    Then Iceland had somewhere between
13 [Redacted], so we're getting to somewhere
14 between [Redacted] --
15 Q  Thank you.
16 A  -- at a single time. That is what I think
17 would roughly be a range of the peak.
18    [Redacted]
19
20
21
22
23
24
25 Q  Yes, I can. It's SBIC 3892.

206

1  A  Okay.
2     [Redacted]
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19 Q  And did you sign any other contract with
20 Whinstone?
21 A  No.
22 Q  Did you have any other letter of intent or
23 formal executed document to purchase more than 50
24 megawatts of power from Whinstone?
25 A  No. What we had was the discussions that

207

1  we had in our trip in September 2019 about the 1
2     [Redacted]
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19 Q  Okay. And did you enter into any
20 agreement with Whinstone to operate more than
21 20,000 miners at the Rockdale facility?
22 A  We -- not more than 20,000 A10s. We later
23 discussed with Whinstone to send some old S9s to
24 the facility to operate at Whinstone.
25 Q  Did you sign a written agreement for

208

1  Whinstone to host those S9 miners?
2  A  I can't remember if we signed a written
3  agreement. I think we had a written email. It
4  may have been an amendment, but we had something
5  written to continue to host miners under this
6  agreement and at the same rates.
7  Q  Was it signed?
8  A  I can't remember if it was signed or not.
9  Q  Did you-all ever send any of those S9
10 miners to --
11 A  Yes.
12 Q  -- Rockdale?
13 A  Yes, we did.
14 Q  When did that happen?
15 A  I can't remember exactly when that
16 happened. It happened as the equipment was not
17 operating and Whinstone moved some of that
18 equipment to storage and there was empty space in
19 the racks.
20    And so to have some miners to generate
21 some cash flow for the spaces that weren't
22 operating, we sent the miners of the S9s that were
23 located nearby in Houston.
24 Q  And were those used?
25 A  Those were used.

261

1 so.
2    Q  Okay. But "I don't remember" is different
3 than you saying affirmatively that it didn't
4 happen. Are you saying that it didn't happen or
5 simply that you don't recall it?
6    A  I don't remember, and I don't think I
7 would state that.
8    Q  Okay. I'm going to hand you what we
9 previously marked as Exhibit 8.
10      (Exhibit 8 discussed.)
11   Q  This is an email chain from you to Lyle
12 Theriot, Chad Harris, and Aroosh on August the
13 11th of 2020. You say: Chad and Lyle, can you
14 provide us a schedule for days in August showing
15 how many of the remaining miners are planned to be
16 turned on for what day. We need to do some
17 financial forecast estimations on our side, so
18 this would be helpful.
19      Did they provide you that information?
20   A  I can't remember.
21   Q  Okay.
22   A  If they did, that would --
23   Q  Do you have any reason to disagree or have
24 any reason to believe that you did not receive it?
25   A  There was a lot of communication problems

262

1 in these initial months of providing these numbers
2 and providing notifications, so I may have not
3 received it or I may have received it. I can't
4 remember for this specific instance if I did or I
5 did not after this email.
6    Q  And you then say: I think we still have a
7 number with some type of PSU or firmware problem
8 that Andy and I are working on with Canaan.
9    A  Yes.
10   Q  Who is Andy?
11   A  Andy is with Northern Data. He was the
12 one who developed the Steiger software.
13   Q  Okay. And so Andy was working with you to
14 correct PSU or firmware problems with the Canaan
15 A10 miners?
16   A  As I stated here, he was providing some
17 help and providing like data or logs to Canaan.
18   Q  Okay. And did Andy -- did Andy provide
19 whatever information that you asked him to provide
20 to Canaan?
21   A  He provided some of the information that I
22 asked him to do -- to provide, yes.
23   Q  Did he refuse to provide any information
24 that you asked him to provide?
25   A  I can't recall if he refused. I don't

263

1 think he did in any instance. He may have, but I
2 can't recall.
3    Q  Okay. And what were the PSU or firmware
4 problems?
5    A  They were the problems that were being
6 reported by Whinstone. That is the problems I'm
7 referring to.
8    Q  Well, Whinstone didn't report any firmware
9 problems, did they?
10   A  The firmware problems, what I'm referring
11 to -- what I'm referring to here is there is known
12 that the -- this is what I previously stated in my
13 testimony is that the firmware needed updates, and
14 by firmware problem, I'm referring to that
15 required update.
16   Q  And that is information that you obtained
17 because those problems had been experienced in
18 Russia?
19   A  No, Russia was not operating -- Russia --
20 no, I don't think Russia was operating at this
21 time.
22   Q  So how did you learn there were firmware
23 problems?
24   A  Because -- I'm trying to remember. This
25 would be something either that someone from

264

1 Whinstone told me, Andy told me, or Canaan
2 directly telling me that firmware is needed --
3 required to be updated on the machines.
4    Q  Do you recall who told you?
5    A  No, I do not.
6    Q  Do you recall when you were told?
7    A  It was around this time.
8    Q  Was the firmware updated on the machines?
9    A  I don't know.
10   Q  Did you ask someone --
11   A  Yes.
12   Q  -- at Whinstone to update the firmware?
13   A  Yes, I asked Whinstone to update the
14 firmware.
15   Q  Can you say as you sit here today whether
16 it was or was not updated as you requested?
17   A  I cannot say.
18   Q  Okay. Going back to the complaint,
19 Exhibit 1, paragraph 33. The statement in here is
20 that: Based on Whinstone's claims that Canaan had
21 provided poorly manufactured equipment, SBIC
22 attempted to open communication channels between
23 the two.
24      Is that a reference to the WeChat that you
25 say --

369

1  answer the next time you ask this question. Go
2  ahead and answer this question for the fifth time.
3  You can answer.
4     A  Please ask the question again.
5     Q  I mean --
6        MR. SLOVAK: Read it back.
7           (Record read.)
8        MR. JOHNSON: Objection, asked and
9  answered.
10    A  I did ultimately disclose to them at a
11 later date that we intended to open legal action
12 to them.
13    Q  Before they paid you, did you disclose it
14 to them?
15    A  Before they paid what?
16    Q  Before they paid you the amount that
17 you-all squared up in March of 2022 for
18 outstanding invoices and issues between the
19 parties, did you disclose to them before that
20 happened that you intended to sue them?
21    A  I don't remember disclosing to them
22 consideration to do so.
23       MR. SLOVAK: Nothing further.
24       MR. JOHNSON: All right. The plaintiff
25 reserves all questions for this witness at trial.

370

1  We want to read and sign.
2     I will also be designating certain
3  portions -- reserve the right to designate certain
4  portions of this deposition as confidential,
5  confidential, attorneys' eyes only, pursuant to
6  the provisions provided in the protective order.
7        VIDEOGRAPHER: This concludes the
8  deposition of Carson Smith. The time on the
9  monitor is 7:05 p.m.
10       (Deposition adjourned at 7:05 p.m.)

371

1        CERTIFICATE OF SHORTHAND REPORTER
2
3        I, Susan S. Klinger, the officer before
4  whom the foregoing deposition was taken, do hereby
5  certify that the foregoing transcript is a true
6  and correct record of the testimony given; that
7  said testimony was taken by me stenographically
8  and thereafter reduced to typewriting under my
9  direction; that reading and signing was
10 requested; and that I am neither counsel for,
11 related to, nor employed by any of the parties to
12 this case and have no interest, financial or
13 otherwise in its outcome.
14       Time on the record:
15       Mr. Slovak: 7:30
16       IN WITNESS WHEREOF, I have herunto set my
17 hand on the 2nd of September, 2024.
18
19       *Susan S. Klinger*
20       _____
21       Susan S. Klinger, RMR-CRR, CSR
22       Texas CSR 6531, Exp: 10/23/25
23       California CSR 14487, Exp: 11/30/24