# REDACTIONS FOR EXHIBIT "A-2" (ECF. 95-2) FILED UNDER SEAL

## Page 1

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TEXAS
                       WACO DIVISION

SBI CRYPTO CO., LTD.,        )
                             )
         PLAINTIFFS,         )
                             ) CIVIL ACTION
VS.                          )
                             ) No. 6:23-cv-252-ADA-JCM
WHINSTONE US, INC.,          )
                             )
                             )
         DEFENDANTS.         )

-------------------------------------------------
              ATTORNEY'S EYES ONLY
   ORAL AND VIDEOTAPED DEPOSITION OF CARSON SMITH
     BY AND THROUGH ITS DESIGNATED REPRESENTATIVE
                  OF SBI CRYPTO CO
                   APRIL 15, 2025
-------------------------------------------------

     ORAL AND VIDEOTAPED DEPOSITION OF CARSON SMITH,
produced as a witness at the instance of the DEFENDANT,
and duly sworn, was taken in the above-styled and
numbered cause on the APRIL 15, 2025, from 9:08 a.m. to
6:31 p.m., before Kelly Bryant, CSR in and for the State
of Texas, reported by machine shorthand, Winstead, 2728
N. Harwood Street, Suite 500, Dallas, Texas 75201,
pursuant to the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.
```

## Page 2

```
                    A P P E A R A N C E S

FOR THE PLAINTIFF:

     CORY JOHNSON
     Winstead PC,
     2728 N. Harwood Street, Suite 500
     Dallas, Texas 75201
     Telephone: 214.745.5209
     Cjohnson@winstead.com

FOR THE DEFENDANT:

     ROBERT T. SLOVAK
     BRANDON C. MARX
     STEVEN LOCKHART
     Foley & Lardner LLP
     2021 McKinney Avenue, Suite 1600
     Dallas, TX 75201
     Telephone: (214) 999-3000
     Rslovak@foley.com
     Bmarx@foley.com
     Slockhar@foley.com

FOR THE WITNESS:

     REED MAYO
     Reed Mayo Law Firm
     484 Viking Drive, Suite 130
     Virginia Beach, Virginia 23452
     Telephone: 757.648.1376
     Rmayo@reedmayo.com

ALSO PRESENT:

     Jesse Castro, videographer
     Nick Valentine, SBI Crypto
```

## Page 3

```
                          INDEX
                                                PAGE
CARSON SMITH

     DIRECT EXAMINATION BY MR. SLOVAK............... 5
     CROSS-EXAMINATION BY MR. JOHNSON...............325

                         EXHIBITS
NO.        DESCRIPTION                          PAGE
Exhibit 5   E-mail with Mr. Tanemori...........  95
Exhibit 6   Hosting services agreement.........  86
Exhibit 14  E-mail between Mr. Harris and Mr.
            Tanemori........................... 220
Exhibit 16  E-mail from Mr. Tanemori to Mr.
            Harris............................. 225
Exhibit 18  E-mail from Mr. Smith..............  65
Exhibit 22  WhatsApp messages between Mr.
            Smith and Mr. Harris............... 317
Exhibit 25  WhatsApp messages between Mr.
            Smith and Mr. Harris............... 313
Exhibit 26  Report from Kaboomracks............ 257
Exhibit 29  Objections and Responses to the
            Whinstone Amended Notice of
            Corporate Representative
            Deposition.........................   8
Exhibit 30  Amended Interrogatory Responses....  73
Exhibit 31  First Amendment to the Outsourced
            Operation Service Agreement........ 145
Exhibit 32  E-mail between Mr. Tanemori, Mr.
            Schultz, Mr. Thillainathan and Mr.
            Smith.............................. 193
Exhibit 33  E-mail between Mr. Smith and Mr.
            Tanemori........................... 201
Exhibit 34  E-mail between Mr. Smith and Mr.
            Tanemori........................... 205
Exhibit 35  E-mail from Mr. Smith.............. 207
Exhibit 36  Presentation....................... 208
Exhibit 37  Invoices........................... 238
Exhibit 38  E-mail exchange between Mr.
            Tanemori, Mr. Theriot and Mr.
            Schultz............................ 244
Exhibit 39  E-mail exchange.................... 249
Exhibit 41  E-mail with Mr. Nishikawa.......... 283
Exhibit 42  Sales and purchase agreement....... 286
Exhibit 43  WhatsApp messages between Mr.
            Smith and Mr. Harris............... 296
```

## Page 4

                          P R O C E E D I N G S

VIDEOGRAPHER: Here begins Media No. 1 in the videotaped deposition of Carson Smith, In the Matter of SBI Crypto Co., Limited v. Whinstone U.S., Incorporated in the United States District Court for the Western District of Texas, Waco Division, Case No. 6:23-CV-252-ADA-JCM.

Today's date is April 15th, 2025. The time on the video monitor is 9:08 a.m. The videographer today is Jesse Castro representing Planet Depos. This video deposition is taking place at 2728 North Harwood Street, Suite 500, Dallas, Texas 75201.

Would counsel please voice-identify themselves and state whom they represent?

MR. SLOVAK: Rob Slovak along with Brandon Marks, and on the call is Steven Lockhart, all of Foley and Lardner. We represent Whinstone U.S., Inc., the Defendant and Counter-Plaintiff in this case.

MR. JOHNSON: Cory Johnson of Winstead PC here on behalf of Plaintiff SBI Crypto, Limited. Also we have Nick Valentine of SBI Crypto.

MR. MAYO: Reed Mayo. I am here on behalf of Carson Smith, the witness, in his individual capacity.

VIDEOGRAPHER: The court reporter today is

**Page 5**

1  Kelly Bryant also representing Planet Depos. The
2  witness may now be sworn.
3          CARSON SMITH,
4  having been first duly sworn, testified as follows:
5          DIRECT EXAMINATION
6  BY MR. SLOVAK:
7     Q. Good morning, Mr. Smith.
8        How are you?
9     **A. Good morning.**
10    Q. Can you state your full name for the record,
11 please?
12    **A. Carson Blake Smith.**
13    Q. And you were deposed in this case before, so
14 just a reminder about the ground rules. You're under
15 oath.
16       You recall that, right?
17    **A. Yes, I do.**
18    Q. Okay. Are you aware of anything that would
19 interfere with your ability to answer questions here
20 today truthfully and accurately?
21    **A. No, I'm not.**
22    Q. And I'll do my best. I wasn't the greatest at
23 it last time. I'll try to do better at allowing you to
24 answer, finish an answer before I ask another question,
25 if you will agree to allow me to finish my question

**Page 6**

1  before you answer.
2        Can we have that agreement?
3     **A. Yes. Please and thank you.**
4     Q. And to make sure that we're getting everything
5  on the record, please answer verbally.
6        Can we do that?
7     **A. Yes.**
8     Q. You understand that you are here today to
9  testify as a corporate representative on behalf of SBI
10 Crypto, Limited in a lawsuit that they have filed
11 against Whinstone?
12    **A. I do.**
13    Q. Okay. And if I refer to SBI Crypto, Limited
14 today as SBI, we'll be speaking the same language?
15    **A. Generally referring to SBI. SBI can refer to,**
16 **as a group, SBI Holdings or SBI Group Companies. If**
17 **there is necessity to be specific, it would be SBI**
18 **Crypto or SBIC, but generally, SBI can -- in this**
19 **context can refer to SBI Crypto.**
20    Q. Okay. Well, generally speaking, unless I say
21 otherwise, when I refer to SBI, I'm going to be
22 referring to the Plaintiff SBI Crypto in this case.
23    **A. Understood.**
24    Q. Can we have that understanding?
25    **A. Understood.**

**Page 7**

1     Q. Okay. And if I refer to Whinstone, I'm going
2  to be referring to the Defendant in this case, Whinstone
3  USA, Inc.
4     **A. Understood.**
5     Q. Okay. And are you familiar with an entity
6  called Canaan, Inc.?
7     **A. Yes. There are multiple Canaan entities.**
8     Q. Okay. Well, some of the miners that were
9  purchased by SBI for use at the Rockdale facility were
10 purchased from Canaan, right?
11    **A. That is correct, one of the Canaan entities.**
12    Q. Do you know which entity it was purchased from?
13    **A. I think it would be Canaan Convey -- Convey**
14 **entity. That should be listed on the purchase**
15 **agreement, as well as on the invoices.**
16    Q. Okay. And have you dealt as a representative
17 on behalf of SBI with other Canaan entities in
18 connection with the operations at the Rockdale facility?
19    **A. Canaan through its capacity would be Canaan**
20 **Inc., Canaan Convey, Canaan Creative. Those are all the**
21 **entities that one entity may be a Hong Kong entity, one**
22 **is their entity in Beijing and it's all part of their**
23 **group company, and they all operate under the same**
24 **umbrella and I've all -- dealt with the same parties in**
25 **my communications with Canaan.**

**Page 8**

1     Q. Okay. And so if I refer to them as Canaan,
2  we'll be speaking the same language?
3     **A. Yes.**
4        MR. SLOVAK: I'm going to hand you what I
5  have marked as Exhibit 29, what I'm going to mark as
6  Exhibit 29, and ask you to take a look at that document
7  and tell me, have you --
8        (Defendant's Exhibit No. 29 marked)
9        MR. JOHNSON: You can just throw them to
10 me.
11       MR. SLOVAK: Okay.
12       MR. JOHNSON: And I'll throw them over.
13    Q. (BY MR. SLOVAK) Have you seen this document
14 before, Mr. Smith?
15    **A. I've not seen this specific document, but I've**
16 **seen a document that looks very similar to this.**
17    Q. Okay. Well, I'll represent to you that these
18 are Objections and Responses to the Whinstone Amended
19 Notice of Corporate Representative Deposition.
20       Your counsel provided these to us in this
21 case with a series of objections and then designations
22 of testimony specifically for you to testify on the
23 topics that are identified in here.
24       Do you have any reason to disagree with
25 that?

---

**Page 13**

1    Q. Okay.
2    A. This is an e-mail from Lyle to me, Aroosh,
3 Jonathan, Mathis Schultz at Northern Data, and this is
4 dated August 12th, 2020.
5    Q. And is that also previously marked as an
6 exhibit?
7    A. It doesn't have an exhibit marking.
8    Q. Okay. What is the Bates label?
9    A. The Bates label, is this this number at the
10 bottom?
11    Q. Yes, sir.
12    A. SBIC, four zeroes, 459.
13    Q. Okay. What about the next document in your
14 pack, what is that?
15    A. This is marked as Exhibit 9 in Tanemori's
16 deposition.
17    Q. Okay. What about the next exhibit in your
18 stack?
19    A. This is an e-mail from Jonathan Tanemori to
20 Lyle Theriot, Mathis Schultz, Aroosh and me and Okuda
21 Airi at SBI Crypto and SBI Group, and it's dated August
22 10th, 2020.
23    Q. Was that previously marked as a deposition
24 exhibit?
25    A. I do not see a marking.

---

**Page 14**

1    Q. Okay. What's the Bates label?
2    A. The Bates label is SBIC, three zeroes, 2053.
3    Q. Okay. What about the next document?
4    A. Okay. This is an e-mail from me, Carson Smith,
5 to Stefan -- Stefan Sickenberger at Northern Data,
6 Jonathan Tanemori, Mathias Dahn, Chad Harris, Aroosh and
7 Lyle.
8    Q. And what's the date?
9    A. The date is October 29th, 2020.
10    Q. Was it previously marked as a deposition
11 exhibit?
12    A. I don't -- I don't see an exhibit marking.
13    Q. What's -- what's the Bates label, sir?
14    A. The Bates label is Whin, W-H-I-N, underscore,
15 SBI, underscore, four zeroes, 539.
16    Q. Okay. Are you aware, other than what is in the
17 binder in front of you, the stack of documents that we
18 just discussed on the record, are there other documents
19 that you reviewed in order to prepare for this
20 deposition?
21    A. I can't remember other documents, other than,
22 well, there's the -- one document that we have not gone
23 over is the initial expert -- expert report of
24 Dr. Valentine filed on -- to the court on March 28th,
25 2025.

---

**Page 15**

1    Q. Okay. And what was your role in connection
2 with the preparation of the expert report of
3 Mr. Valentine?
4    A. I had a couple meetings with him. It was only
5 just a couple where I showed him the previous damage
6 model that you previously asked me in the personal
7 deposition and I showed him the source data for that
8 model and where to get the source data and then how he
9 can verify that, and he used that and he took that to
10 ultimately prepare and to evaluate and determine how to
11 use and prepare it in his report.
12    Q. So when you say you showed him the source data,
13 how did you show him the source data?
14    A. Some of the data, if it was from CoinMarketCap
15 or Luxor Technologies, I showed him where to find that
16 data.
17    Q. And when you say if it was from, I want you to
18 be very specific for the record. What -- what
19 supporting data in particular did you show Mr. Valentine
20 and in what format did you show it to him?
21    A. It was the original Excel sheets, and I think
22 he -- he listed in this report of the profit loss with
23 TXV rewards dated 7/23/24 and 8/8/24 spreadsheets.
24 These were the spreadsheets I -- I showed him.
25    Q. Okay. And -- and so it's clear for the record,

---

**Page 16**

1 when you say you showed him the spreadsheets, do I
2 understand you to also be saying that you went to some
3 source outside of the spreadsheet to show him where the
4 information from the spreadsheet originated?
5    A. I told him -- we were on a Zoom call, and as
6 the spreadsheet was on the screen, pointing to specific
7 data, I told him where the data would come from.
8    Q. Okay. And did you provide any actual copies of
9 the source data as you described it?
10    A. Direct copies of the source data, no.
11    Q. Okay.
12    A. I told him how to obtain the source data.
13    Q. And -- and the source data, was it available
14 from public websites?
15    A. Yes, that is correct.
16    Q. Okay. Did you access any of SBI's systems in
17 connection with your discussions with Mr. Valentine?
18    A. I did not.
19    Q. Okay. Did you provide -- other than the
20 spreadsheet that you described as the damage model that
21 we discussed in your prior deposition, did you provide
22 Mr. Valentine any other documents?
23    A. I can't remember. We talk -- we talked about
24 that spreadsheet.
25    Q. Did you communicate with Mr. Valentine in

17

1 writing?
2   A. There were one or two e-mails mostly, maybe
3 three as far as like scheduling Zoom calls, and they
4 were -- those communications were done through Cory at
5 Winstead.
6   Q. How did you communicate or how did you transmit
7 the spreadsheets to Mr. Valentine?
8   A. The spreadsheets I believe were transmitted to
9 Mr. Valentine by Winstead.
10   Q. Okay. And so you had two or three that you can
11 recall e-mail communications with Mr. Valentine?
12   A. Yes.
13   Q. Okay. And is -- was this from a personal
14 e-mail?
15   A. It was from the same e-mail that I've used to
16 communicate with Cory, and those comm -- those
17 communications were done through Winstead to
18 Mr. Valentine.
19   Q. And when you say it's the same e-mail that
20 you've used to communicate with Mr. Cory, what is that?
21 Is that a personal e-mail, is it a company e-mail?
22   A. That's a personal e-mail.
23   Q. Okay. What's the e-mail address?
24   A. [Redaction]
25   Q. Has that e-mail been imaged by counsel?

18

1       MR. JOHNSON: Objection, form.
2   A. I don't know if it's been imaged.
3   Q. (BY MR. SLOVAK) Okay. Have you communicated
4 with any -- I'm sorry. Let me go back.
5       With respect to Mr. Valentine, how many
6 times did you communicate with him? You said you had
7 some Zoom calls. How many?
8   A. I don't remember how many.
9   Q. Okay.
10   A. I had a few Zoom calls.
11   Q. Who else was present?
12   A. Cory was always present on every call. There
13 was one call I think Nick was present, and that's the
14 only other part -- there was also one call where another
15 expert witness, Chuck Byers, was present, and that's all
16 I can recall.
17   Q. Okay. So three calls. All three of them
18 involved Cory, one of them involved Mr. Vitalis and one
19 involved Mr. Byers?
20   A. I can't remember if it was -- that was just
21 three calls. I just remember that, as far as
22 participants in the calls, it was always -- in every
23 single call, it was always me, Cory and Dr. Valentine,
24 and then at -- in one of those calls, Nick participated,
25 and in either the same or another call, I can't remember

19

1 if it was the same or a different one, Chuck Byers also
2 participated.
3   Q. Were there any specific documents discussed
4 during those calls other than the spreadsheets that you
5 testified about earlier?
6   A. No. From my discussion, it all centered around
7 the -- the spreadsheets and that source information.
8   Q. Have you had conversations with any of the
9 other experts identified by SBI in this case?
10   A. I had one conversation, maybe two conversations
11 with -- I can't remember his name. Maybe you can help
12 me.
13   Q. Mr. Isaak?
14   A. I -- I can't remember his name.
15   Q. Okay.
16   A. I'm sorry. He -- he's --
17   Q. Mr. Byers?
18   A. No, not Mr. Byers. Chuck Byers is the -- is
19 the other expert that I just mentioned. So it would be
20 the -- the next one.
21   Q. So Valentine, Byers.
22       MR. SLOVAK: What's the miner guy's name,
23 Brandon?
24   A. It's not the -- it's not the miner. Or it's
25 not --

20

1   Q. (BY MR. SLOVAK) The resale person?
2   A. No, it was another expert.
3   Q. Okay. You can't remember his name as you sit
4 here?
5   A. I can't remember his name.
6       MR. JOHNSON: Phil Isaak.
7       THE WITNESS: Oh, it may -- okay. It was
8 Phil. Phil.
9   Q. (BY MR. SLOVAK) Okay. And when did you speak
10 to Mr. Isaak?
11   A. I don't remember when. It was within the last
12 two or three weeks.
13   Q. And there was a -- a -- a time when experts on
14 behalf of SBI during this case went to the facility, the
15 Whinstone facility in Rockdale.
16       Did you travel to that?
17   A. I did not travel.
18   Q. Okay. And as I understand it from your prior
19 testimony, Mr. Smith, you're under some kind of
20 consulting agreement to work with SBI on this case; is
21 that correct?
22       MR. JOHNSON: Objection, form.
23   A. I'm not on a consulting agreement. I'm under
24 an agreement to testify to the facts and to -- I'm also
25 under agreement with Winstead as well and with my own

**Page 129**

1    MR. JOHNSON: Objection, form.
2    A. Any writing has been searched for, yes.
3    Q. (BY MR. SLOVAK) Did SBI communicate internally
4  about the hosting agreement at Rockdale?
5    A. Yes.
6    Q. By what method?
7    A. E-mail internally using its -- what's called a
8  (indiscernible) system, which is connected to the
9  Holdings' legal department. Then the face-to-face
10 meetings, board meetings and there could be -- those
11 would be the primary communication methods. There could
12 be comments on some of the Slack messages.
13   Q. And does SBI still have those Slack messages?
14   A. Yes.
15   Q. Did SBI communicate internally about the
16 installation of the miners in Russia?
17       MR. JOHNSON: Objection, form.
18   A. Yes.
19   Q. (BY MR. SLOVAK) By what methods?
20   A. E-mail I think is likely for a couple
21 communications. Same face-to-face meetings and there
22 may be some comments on Slack.
23   Q. Does SBI communicate internally about the
24 maintenance of miners in Russia?
25   A. I'm sorry. I would add one more. There'd also

**Page 130**

1  be face-to-face meetings if I didn't say that.
2       And please repeat the next question.
3    Q. Did SBI communicate internally about the
4  maintenance of miners in Russia?
5    A. Yes, and the communications methods would be
6  the same as I just enumerated.
7    Q. Did comm -- SBI communicate internally about
8  the performance of the miners in Russia?
9    A. Yes.
10   Q. By what methods?
11   A. For the same methods, and that would be e-mail,
12 face-to-face meetings, board meetings and there might be
13 some messages on Slack. There would be Excel sheets
14 about performance.
15   Q. When you say "Excel sheets about performance,"
16 what does that mean?
17   A. Excel sheets showing the amount of mined
18 Bitcoin and then estimated power draw is a slight -- or
19 I'm -- I think estimated power draw would be one to
20 verify invoices. I can't say that with certainty if
21 estimated power draw is on there, but it would -- it
22 would contain, for example, mined Bitcoin that's
23 tracking the performance of the -- the Russian facility.
24   Q. Was there a -- a system available to SBI to
25 track the performance of the miners in Russia?

**Page 131**

1    MR. JOHNSON: Objection, form.
2    A. Yes. So --
3    Q. (BY MR. SLOVAK) What was that system called?
4    A. There's a few. So one is tracking the wallet
5  and seeing the amount of mined coins for -- being mined
6  by Russia and tracking that data. These are mined coins
7  based on the FPPS payment methods of the pool.
8        There's also the mining pool which would
9  show brief snapshots of hash rate, and we could see the
10 graph of the last day or the last week of hash rate.
11   Q. Is the mining data that you mentioned
12 accessible online?
13       MR. JOHNSON: Objection, form.
14   A. Not generally. That mining data is within a
15 database. But from a login and certain access, that
16 mining -- some of that data can be accessed; however,
17 some of those charts, like the chart of the last day of
18 hash rate, that's not kept indefinitely. Like the
19 24-hour charts of hash rates are kept for, if I recall,
20 like 30 days.
21   Q. (BY MR. SLOVAK) Okay. And so let me make sure
22 I understand that.
23       There's two different sources of data that
24 you have testified about: The wallet for Russia and the
25 mining pool data; is that correct?

**Page 132**

1    A. Yes, that's correct.
2    Q. The wallet data, is that -- is it retained? In
3  other words --
4    A. Yes, of course.
5    Q. -- can you go back in and pull it up today from
6  the historical data?
7    A. Yes.
8  [Redaction]
9
10
11
12
13
14
15   Q. So for the wallet, can someone log in and
16 download information in some format that's transmissible
17 to a third party for historical records?
18   A. You don't log in. It's all publicly available
19 on the blockchain.
20   Q. Okay.
21   A. Anyone can see it.
22   Q. And -- and how does a third party access that
23 data for SBI if it's publicly available?
24   A. If you know the public keys or the addresses,
25 you know, the addresses associated with that data and

**133**

1 you go query any blockchain platform that can search
2 that data, and there's hundreds available.
3   Q. Did SBI do that in connection with this case?
4   A. SBI uses its own wallet management software and
5 that allows exported data and then, too, that data, too,
6 that is exported is also put into Excel sheets that
7 track daily mined amounts.
8   Q. What is that, that program?
9   A. For the wallet?
10  Q. Yes.
11  A. It's Electrum.
12  Q. Electrum?
13  A. Yes.
14  Q. Okay. And for the -- the miner data that you
15 mentioned from the mining pool --
16  A. Uh-huh.
17  Q. -- you said that that's retained for a period
18 of 30 days?
19  A. The -- there's different kinds of data. Some
20 data is still retained. So data about payments or
21 amounts mined, that is still retained.
22     What is not retained, like, for example,
23 more than 30 days is the hash rate graph where it shows,
24 like, over a day, like, how -- how much hash rate was at
25 one o'clock, how much hash rate was at two o'clock. For

**134**

1 example, those short-term graphs are kept only for a
2 30-day period.
3   Q. And in May of 2021, what efforts did SBI
4 undertake to go capture the 30 days of data that
5 existed?
6     MR. JOHNSON: Objection, form.
7   A. I can't remember if any effort -- special
8 efforts were used to capture those -- those graphs.
9   Q. (BY MR. SLOVAK) In May of 30 -- of 2021, what
10 efforts did SBI undertake to capture any of the mining
11 pool data related to the Rockdale facility?
12  A. That, I can't remember.
13  Q. Do you know, in connection with discovery in
14 this case, what efforts, if any, were undertaken to
15 capture and produce information related to SBI's wallet?
16    MR. JOHNSON: Objection, form.
17  A. Your question confused me.
18  Q. (BY MR. SLOVAK) Sure. You mentioned that
19 there is a means by which SBI can capture information
20 related to its wallet.
21  A. Yes.
22  Q. Did I understand that testimony correctly?
23  A. That's correct.
24  Q. What efforts, if any, has SBI undertaken to
25 capture that information and produce it in connection

**135**

1 with this litigation, to your knowledge?
2   A. So there's been I think one Excel sheet that
3 I've seen that I think has been produced that capture,
4 like, daily amounts mined and it shows, like, amounts
5 mined by, like, Texas and by Russia. And that comes
6 from information from the wallet and pool sources.
7     And that amount mined is -- has been
8 captured into those Excel sheets and verified each day,
9 and then at end of each month, what happens is there's a
10 balance reconciliation to make sure there's no, like,
11 mistaken entries into that Excel sheet. And that's done
12 at the end -- it's really done almost every day or it
13 actually is done every day, but there's also another
14 check that's done at the end of the month to make sure
15 all the numbers match.
16     And then from that Excel sheet, I know that
17 Excel sheet has been produced. I've seen that in the
18 production before.
19  Q. When was that Excel spreadsheet created?
20  A. That -- when it was, that, I don't remember.
21  Q. Who pulled the data?
22  A. That would be -- that, I don't know.
23  Q. Who verified the data?
24  A. Verified the data? That would be me in the
25 past contemporaneously verified the data, as well Okuda

**136**

1 and Jonathan.
2   Q. And by what means is the data verified?
3   A. It's verified because it verifies the amount of
4 -- for the hash rate going in and out, it's verified to
5 -- or no, it's for the Bitcoin that goes in and out of
6 the wallet and then verified to the total balance at end
7 of the month, that's checked. It's also checked against
8 -- so the record in -- that's kept in the Excel sheet is
9 verified that the daily amount each and then the final
10 balance matches the final balance of the wallet address
11 such that there's no mistaken ledger within that
12 process. That's verified.
13  Q. And the verification against the daily data in
14 the wallet, if a third-party auditor wanted to perform
15 that verification, how would it do so in order to ensure
16 that the data that you've exported into a spreadsheet
17 was accurate?
18    MR. JOHNSON: Objection, form.
19    [Redaction]
20    [Redaction]
21    [Redaction]
22  Q. (BY MR. SLOVAK) I understand.
23  A. [Redaction]
24  Q. Have you produced any of the audited data in
25 connection with this case that you know of?

**137**

1  MR. JOHNSON: Objection, form.
2  [Redaction]
3  [Redaction]
4  [Redaction]
5  Q. As --
6  [Redaction]
7  [Redaction]
8  [Redaction]
9  [Redaction]
10  Q. Who's they?
11  A. Deloitte Tohmatsu.
12  Q. Okay. Have you reviewed any audited data
13  provided by --
14  A. No.
15  Q. -- Deloitte in connection with this lawsuit?
16  MR. JOHNSON: Objection, form.
17  A. No.
18  Q. (BY MR. SLOVAK) Okay. Do you know whether any
19  of that audited data has been produced in connection
20  with this lawsuit?
21  A. I don't know if it exists or has been -- or if
22  it does -- has been produced. I don't know if either it
23  exists or it doesn't.
24  Q. Okay.
25  MR. SLOVAK: Why don't we take a quick

**138**

1  restroom break? What do you guys -- do you want to take
2  a lunch break, do you want to do that in an hour?
3  MR. JOHNSON: I think the sandwiches are
4  here. Do you want to do like 20 minutes?
5  MR. SLOVAK: Perfect.
6  MR. JOHNSON: All right. Ten till.
7  VIDEOGRAPHER: We are going off the record.
8  The time is 12:34 p.m.
9  (Break taken)
10  VIDEOGRAPHER: We are going back on the
11  record. The time is 1:20 p.m.
12  Q. (BY MR. SLOVAK) There was some discussion
13  earlier about searches that were conducted for
14  documents --
15  A. Uh-huh.
16  Q. -- internally. Do you recall that?
17  A. Yes.
18  Q. Do you know who conducted those searches?
19  A. I don't know who all conducted the searches,
20  but I knew some who conducted those searches.
21  Q. Who -- who were those folks?
22  A. Nick, I conducted searches. Jonathan conducted
23  searches. I don't know the others, but there -- I think
24  there have been others as well.
25  Q. Okay. So Nick, Jonathan, and you conducted

**139**

1  searches; is that what you're saying?
2  A. Yes.
3  Q. Okay. When did you conduct searches?
4  A. In the initial filing of the case. Win --
5  Winstead asked for discovery and asked for a document
6  production. I did that.
7  Then, recently, when someone has pushed me
8  to -- to find ways to search for more documents such as
9  it was many months ago and there was some chats with
10  Chad, and at that time, following Winstead's request, I
11  searched and -- and found documents requested.
12  Q. So when you did the searches before you left
13  SBI, were you searching your own files or across the
14  entire system?
15  A. I was searching across the entire system.
16  Q. So you have administrative access to all of
17  SBI's systems?
18  MR. JOHNSON: Objection, form.
19  A. No, I don't have administrative access.
20  Q. (BY MR. SLOVAK) Okay. Do you -- were you able
21  to search across other custodian's files, like Jonathan
22  Tanemori's, some of the other folks?
23  A. That was also done. There was requests to SBI
24  IT department.
25  Q. Okay. Who made those requests?

**140**

1  A. I don't remember.
2  Q. Who provided the IT department the search
3  terms?
4  A. I don't remember.
5  Q. Okay. What did you do in order to investigate
6  who in the IT department performed those searches?
7  MR. JOHNSON: Objection, form.
8  A. I don't remember.
9  Q. (BY MR. SLOVAK) What did you do to confirm
10  with anyone in the IT department what searches were
11  performed?
12  MR. JOHNSON: Objection, form.
13  A. I don't remember, but the -- the -- what was
14  requested was -- would be the searches and such that
15  would be performed.
16  Q. (BY MR. SLOVAK) Okay. I don't know what that
17  means, but my question to you is -- is: As you sit here
18  today as the SBI corporate representative, what, if
19  anything, did you do to confirm with the IT department
20  that they searched terms across the entire system and
21  the custodians described as opposed to just relying on
22  what you did on your own?
23  MR. JOHNSON: Objection, form.
24  A. They were asked to search.
25  Q. (BY MR. SLOVAK) Did you talk to any of them

145

1   Here, I have another copy of it. Sorry.
2   (Defendant's Exhibit No. 31 marked)
3   MR. JOHNSON: Yeah. Just throw it, yeah.
4   Thank you.
5   Q. (BY MR. SLOVAK) Okay. So tell me what this
6   document is, Mr. Smith.
7   A. This is a document between SBI Crypto and The
8   Computing Limited, also known as Muroo Systems Hong Kong
9   Limited, for the hosting of the miners in Russia.
10  Q. Well, I don't see any reference in here to The
11  Computing Limited, which is --
12  A. It does the name --
13  Q. Hold on. Can -- let me finish my question.
14  A. Okay.
15  Q. Which is where I have my -- where I understand
16  the confusion.
17  Redaction
18  
19  
20  
21  
22  
23  
24  
25  

146

1   Redaction
2   
3   
4   
5   
6   
7   
8   
9   
10  
11  
12  
13  Q. Okay. Is the recital correct?
14  A. Can you read the recitals?
15  Q. Is the recital correct?
16  Redaction
17  
18  
19  
20  
21  Q. And it looks like you signed it on -- you
22  signed Exhibit 31 on February the 16th of 2021; is that
23  right?
24  A. Yes, that would be right.
25  Q. Did you negotiate this agreement?

147

1   A. I was a party in the negotiations for the
2   agreement.
3   Q. Were there e-mail communications between SBI
4   and the counterparty about the negotiation of this
5   agreement?
6   A. I don't know if there was -- if it was done
7   through e-mail communications or face-to-face meetings.
8   Q. Okay. Do you know whether there has been any
9   search for e-mail communications about the negotiation
10  of this agreement?
11  A. I don't know.
12  Q. When did the Russian operation start?
13  A. I don't remember. They started right around
14  this -- they started early 2021. That's the best I can
15  remember. They may have started in late -- no, they
16  started around early -- sometime around early 2021.
17  Q. So on the first page of Exhibit 31, there's
18  a -- by the way, when did the Russian operations, SBI's
19  Russian operations end?
20  A. They ended within one day or within a couple
21  days of when the Department of Treasury OFAC placed
22  Bitriver Russia under -- or designated them -- them as
23  an SDN, essentially placing them -- making them an
24  OFAC-sanctioned entity. That party was essentially the
25  landlord and the power provider to the facility in

148

1   Russia.
2   Q. What year did that happen?
3   A. It would be shortly after the Russia war,
4   Russia-Ukraine war began, and that would be 2022.
5   Q. Okay. And between May of 2021 and the time
6   that the Russian operations ended, why did SBI not ship
7   the Canaan A10 miners from Rockdale to Russia?
8   MR. JOHNSON: Objection, form.
9   A. They were intended to go to Russia to host in
10  Russia. SBI is not going to leave -- SBI felt safer
11  leaving the miners in -- in the U.S. waiting to go to
12  Russia until they were ready. Russia had to do some
13  upgrades. The Russian facility had to do some upgrades
14  to its facility to be able to house and host the -- the
15  A10 miners, as well as to be able to make repairs.
16  Q. (BY MR. SLOVAK) What upgrades needed to be
17  made?
18  A. I don't remember all of the upgrades, but there
19  were some upgrades in electrical infrastructure and
20  storage and rack capabilities.
21  Q. How -- how much power was available in the
22  Russian facility?
23  A. I don't remember.
24  Q. How big was the Russian facility?
25  A. I don't remember. It was pretty big because

---

Page 149

1   there was other tenants in -- in other areas, but the
2   areas that was designated under control of the Muroo
3   Systems Group needed upgrades to be able to host the
4   A10s that came out of Whinstone.
5       Q.  Were there communications between SBI and Muroo
6   about what you characterize as the upgrades that needed
7   to be made to the Russian facility?
8       A.  There was some communication for me to have
9   that information.
10      Q.  In what format were they comm -- did those
11  communications occur?
12      A.  I don't know.  They would either be an e-mail
13  or face-to-face meeting.
14      Q.  What -- what was the dimensions of the building
15  that SBI's Canaan A10 miners operated in in Russia?
16          MR. JOHNSON:  Objection, form.
17      A.  I don't know the dimensions.  That may be --
18      Q.  (BY MR. SLOVAK)  Was it -- was it air cooled?
19      A.  Yes, it was air cooled.
20      Q.  Were -- was the air intake through the exterior
21  walls?
22      A.  It was through exterior walls, through filters
23  and evaporative water curtains.
24      Q.  Okay.  So the answer to my question was yes, it
25  was through the exterior walls?

Page 150

1       A.  Yes.
2       Q.  Were there --
3       A.  It's --
4       Q.  Were there --
5       A.  But it's -- it's multiple.  It's not just
6   through the wall.
7       Q.  I understand.  I'll get there, sir.
8           Were -- was the air intake coming from the
9   outside into the Russian building through the exterior
10  walls?
11      A.  Yes.
12      Q.  Were there louvers employed?
13      A.  Yes.
14      Q.  What brand were the louvers?
15      A.  I don't know the brand.
16      Q.  What angle were the louvers?
17      A.  I don't know.
18      Q.  Was there a bug screen utilized?
19      A.  I don't know.
20      Q.  Was there evaporative cooling utilized?
21      A.  Yes.
22      Q.  What brand were the evaporative cooling walls?
23      A.  I don't know.
24      Q.  What kind of filters were used?
25      A.  There was dust, typical filters for, like, air

Page 151

1   conditioning units.  Some type of dust filters.
2       Q.  Did the evaporative coolers run year-round?
3       A.  That, I don't know.
4       Q.  When did they run?
5       A.  They -- definitely they ran in the summer, and
6   they likely ran year-round, but I know they ran in the
7   summer.
8       Q.  Okay.  When you say they likely ran year-round,
9   what information do you have to support that they likely
10  ran year-round?
11      A.  Through meetings.  They would -- with Muroo
12  Systems that they would run the water clean walls as
13  maximum as necessary to ensure proper cooling.
14      Q.  When you say "through meetings," did these
15  meetings occur in person?
16      A.  Yes.
17      Q.  Were there notes taken of these meetings?
18      A.  I don't know.
19      Q.  Where did they occur?
20      A.  They occurred at Izumi Garden Tower at SBI's
21  offices.
22      Q.  So they talked with you?
23      A.  They would talk either with me or with
24  Jonathan.
25      Q.  Okay.  And did you have written communications

Page 152

1   with -- well, did SBI have written communications with
2   Muroo about the operation of the evaporative cooling
3   walls in the Russia facility?
4       A.  I don't know if there were written
5   communications.
6       Q.  Did the Russian facility have a -- a -- a cool
7   aisle between the intake from the outside and the
8   racking system of the miners?
9       A.  Sir, let me correct that.  There are a written
10  communication because in one of the meetings -- I'm
11  correcting my last question.  In one of the meetings
12  that would qualify as written.  I was thinking in terms
13  of e-mail.
14          In one of the meetings they produced, there
15  was a presentation, and this is where they had done some
16  analysis in -- in -- of the facility and the upgrades
17  that they wanted to do at the facility, and this had
18  these analysis and this information, calculations,
19  pictures of evaporative cooling walls, exhaust fans and
20  things like that.
21      Q.  When was that communication provided?
22      A.  That was done for -- any miners were moved from
23  Kyrgyzstan to Russia.
24      Q.  When did that happen?
25      A.  It would be sometime before the beginning of

153

1  June -- I mean, not June.  Early 2021.
2     Q.  Okay.  And have you reviewed the communication
3  that you just spoke of in preparing for this deposition
4  here today?
5     A.  The communication was recently found a couple
6  days ago, and yes, I reviewed that.
7     Q.  Okay.  Do you know if that communication has
8  been produced in this case?
9     A.  As far as I know, I think Cory said it has been
10 produced --
11    Q.  Did -- did the Russian facility have a cold
12 aisle between the intake of the air from the outside and
13 the walls where the miners were housed?
14    A.  And the wall -- okay.  You mean the racks where
15 the miners were housed?
16    Q.  Yes.
17    A.  Yes, there's a cold aisle.
18    Q.  How tall is the rack in the Russian facility?
19    A.  I don't remember.  I think it was in the
20 report, but it's quite high.  The rack design, they use
21 a single layer of racks different than the Whinstone
22 design where they have two layers, like racks that face
23 each other inward.  They use a single layer and then
24 such that, on one side is the cold aisle and the intake,
25 the air coming in, there's the wall, the filters, the --

154

1  or the wall, the louvers, the filters, the evaporative
2  curtain and then there's an open area for the cold
3  aisle.
4            Then there's the wall for just the rack
5  system.  This is quite tall.  It's a single-line system.
6  It is under three layers.  There's three maintenance
7  quarters:  One on the ground floor, then there's a
8  second-floor maintenance quarter.  And when I say
9  quarter, it's not a full -- full floor.  It's like a --
10 it's like an aisle that extends beyond the rack, so that
11 way crews can service the machines safely.  And then
12 there's a -- one -- there's another layer.  So there's
13 layers or three levels.
14    Q.  Okay.
15    A.  Then this rack is then -- houses the miners
16 where they sit.  Then there's a wall that -- against the
17 rack that separates the hot and cold aisle so you don't
18 get heat re -- like any kind of hot air recirculation.
19 And then going against, there's a hot aisle, a set of
20 empty space, and then against the walls, there are an
21 array of exhaust fans.
22    Q.  And how is the -- the air exhausted?
23    A.  It was exhausted, pushed -- it was pushed into
24 the hot aisle through the pressure, through a
25 combination of negative pressure from the fans on the

155

1  miners as well as the negative pressure generated by the
2  exhaust fans sitting on the walls, and then the exhaust
3  fans would create a negative pressure to pull it to the
4  exhaust fan and then push it out with the positive
5  pressure.
6     Q.  Is there a structure to allow for exhaust
7  through the ceiling?
8     A.  No.
9     Q.  And do you know the height and width of the
10 building in which --
11    A.  The exact height --
12    Q.  -- Russia operated?
13    A.  Sorry to interrupt.  The exact height and
14 width, no, but I think it may be on the report.
15    Q.  Did you ever visit the Russian facility?
16    A.  No, I did not.
17    Q.  Did you ever if photograph the Russian
18 facility?
19    A.  I did not photograph myself, but the
20 photographs are in the report.
21    Q.  Was there ever any -- did SBI obtain
22 temperature readings of the temperature operations; not
23 the miners themselves but the temperature of any of the
24 airflow at the Russian facility?
25          MR. JOHNSON:  Objection, form.

156

1     A.  That, I can't remember.
2     Q.  (BY MR. SLOVAK)  Did SBI have any systems in
3  place to monitor the ambient temperature of the inside
4  of the facility in Russia?
5     A.  I believe Muroo -- Muroo Systems Group did have
6  those systems.
7     Q.  Were there pressure readings in the Russian
8  facility?
9     A.  That, I don't know.
10    Q.  Do you know if there was any testing of the
11 pressure within the Russian facility?
12    A.  I don't know.
13    Q.  Do you know if there was any variance between
14 the pressure of the Russia facility and the pressure --
15 air pressure at the facility in Rockdale?
16    A.  Yes, there definitely would be.
17    Q.  Okay.  How do you know that?
18    A.  Because there are no exhaust fans in Rockdale
19 and this create -- this is a -- creates a wide
20 difference in pressure.
21    Q.  Did you -- did you take pressure readings and
22 do any comparative analysis between the Russian facility
23 and the Rockdale facility?
24    A.  I didn't take pressure readings, but I don't
25 need pressure readings to know that.

### 157

1  Q. Did I -- did I ask you --
2  A. You asked me what --
3  Q. Did you hear me ask you the second part of the
4  question?
5      MR. SLOVAK: So I'm going to object as
6  nonresponsive. I would appreciate if you would stop
7  answering questions I don't ask.
8  Q. (BY MR. SLOVAK) My question is: Did you take
9  any pressure readings, anyone at SBI take any pressure
10 readings at the Russian facility?
11 A. Pressure readings from a pressure reading tool,
12 no.
13 Q. Okay. Did -- did anyone at SBI compare any
14 temperature data between the Russia facility and the
15 Rockdale facility?
16     MR. JOHNSON: Objection, form.
17 A. I don't think so.
18 Q. (BY MR. SLOVAK) Did you -- did anyone on
19 behalf of SBI, to your knowledge, ever visit the Russian
20 facility while it was in operation?
21 A. Repeat the question.
22 Q. Did anyone on behalf of SBI, to your knowledge,
23 ever visit the Russian facility while it was in
24 operation?
25     MR. JOHNSON: Objection, form.

### 158

1  A. Muroo Systems representatives visited the
2  facility on behalf of SBI.
3  Q. (BY MR. SLOVAK) Who did?
4  A. Muroo Systems representatives.
5  Q. Okay. Did -- how do you -- what evidence does
6  SBI have that exhaust fans were installed in the Russian
7  facility?
8  A. SBI has photo evidence.
9  Q. Okay. Where is that photo evidence now?
10 A. That photo evidence exists in hard copies. I
11 think it was found somewhere in one of the filing --
12 deep in one of the filing cabinets.
13 Q. And what evidence does SBI have that the
14 exhaust fans in the Russian facility were operational?
15 A. This was through two meetings, because there
16 was also some discussion that the Russian facility --
17 that Muroo Systems wanted to do some upgrades to improve
18 the exhaust fans, and so they would maintain full
19 operation of them. And so based on that reliance and
20 their statements that the op -- fans were operational,
21 we believe that the fans were operational.
22 Q. So there were discussions with Muroo about the
23 operation of the exhaust fans. Were those in writing?
24 A. Those would be in meetings.
25 Q. I'm sorry?

### 159

1  A. Those would be in meetings.
2  Q. Okay. And so is there any written evidence to
3  corroborate the substance of those discussions?
4  A. There might be. There might be an e-mail or
5  there might be some hardcopy presentation, but I don't
6  know if there are.
7  Q. Were there any devices in the Russian facility
8  for monitoring temperature?
9  A. I can't remember.
10 Q. Is it fair to say that everything that you know
11 about the Russian facility is what Muroo told you about
12 the Russian facility?
13     MR. JOHNSON: Objection, form.
14 A. I wouldn't say everything. The Russian
15 facility, the conditions itself and from the pictures of
16 having exhaust fans or not, yes. The operating
17 performance, no, because we can see how many coins are
18 being mined, what is the hash rate, things like that.
19 Q. (BY MR. SLOVAK) And that's based on the data
20 that you described to me earlier, some of it that no
21 longer exists after a period of 30 days, right?
22     MR. JOHNSON: Objection, form.
23 A. For hash rates, for minute-by-minute hash
24 rates, that does not exist over a period of 30 days. It
25 exists because when we -- the pool receives this data.

### 160

1  This minute-by-minute hash rate is actually produced by
2  a larger amount of data, and that's doing over 10s or
3  maybe 100s of 1,000s of miners producing millions of
4  messages per second.
5      And so it uses that data to create graphs,
6  and these graphs are available for a period of time;
7  however, the continued amount of data coming into the
8  pool makes that data not really possible to store and
9  continuously generate graphs.
10     And so the graphs itself is held for a
11 period of 30 days; however, the mining results, which
12 would be the average hash rate which would tell you the
13 average hash rate for that day, as well as the mining
14 results of how many Bitcoin were mined for each day,
15 that -- that data is retained.
16 Q. (BY MR. SLOVAK) That data is retained by who?
17 A. SBI.
18 [Redaction]
19
20
21
22 Q. Okay. And how far does that data go back?
23 A. It goes back all the way to the beginning of
24 operations.
25 Q. Does SBI maintain the same kind of data for the

161

1 Rockdale facility?
2   A. Yes.
3   Q. And in what format is that maintained?
4   A. The same formats.
5   Q. And so it's wallet data and then what -- what's
6 the monitoring system?
7   A. The monitoring system is from the -- the pool.
8   [Redaction]
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23   Q. Do you know if that information has been
24 collected in connection with this case?
25   A. I think it has.

162

1   Q. Okay. And what information is available with
2 respect to SBI's Bitcoin wallets? In what format can
3 that information be exported and provided to third
4 parties?
5   A. Excel sheets and lists of relevant wallet
6 addresses.
7   Q. And what about -- are there -- are there
8 invoices or other --
9   A. No.
10   Q. -- documents that would corroborate the data
11 that's being exported into an Excel?
12   A. The blockchain records, but that's not an
13 invoice, no.
14   Q. Okay. And by "the blockchain records," you
15 mean somebody wanted to verify the accuracy of the
16 information that was exported from a wallet into an
17 Excel spreadsheet by SBI, they would need to have the
18 keys and go onto the blockchain to verify whether that
19 information was accurate or inaccurate?
20       MR. JOHNSON: Objection, form.
21   A. No.
22   Q. (BY MR. SLOVAK) Okay. Well then -- then tell
23 me what I'm missing and I got wrong there.
24   A. You said keys. Keys allow someone to control
25 the money.

163

1   Q. Okay. What information would be necessary in
2 order to access the data from the blockchain to verify
3 the accuracy of the exported data from the Bitcoin
4 wallet into an Excel spreadsheet?
5   A. Only the wallet address.
6   Q. Okay. And has the wallet address -- well, is
7 there more than one wallet address for the Rockdale
8 facility?
9   A. I think there's -- there may be two, but I
10 think -- I think there's only one.
11   Q. Okay. And how many wallet addresses are there
12 for the Russian facility?
13   A. I think there should be only one.
14   Q. Okay. And when you say you think, do you know
15 that as you sit here today?
16   A. No.
17   Q. Okay. Do you know whether the -- strike that.
18   [Redaction]
19
20
21
22
23
24
25

164

1   [Redaction]
2
3
4
5
6
7
8
9
10
11
12   Q. And were the Russia -- so there were other
13 miners that were operated by SBI, right, other than the
14 A10s in Rockdale and the A10s in Russia, correct?
15   A. Yes.
16   [Redaction]
17
18
19
20
21
22
23
24
25

165

1  MR. JOHNSON: Objection, form.
2  Redaction
3
4
5
6
7
8
9
10
11  Q. During some of that period of time, SBI was
12 operating miners outside of Rockdale, correct?
13  A. Correct.
14  Redaction
15
16
17  Q. Some of it was from Russia, right?
18  A. Correct.
19  Q. Some of it was from other facilities?
20  A. Yes.
21  Redaction
22
23
24  Q. What else?
25  A. SBI's facilities during that period. I can't

166

1 think of any others.
2  Redaction
3
4
5
6
7  Q. Any others?
8  A. I can't think.
9  Q. Did SBI operate any liquid immersion cooling
10 systems in any of its facilities?
11  A. No, it did not.
12  Q. Okay. And were -- in any of the facilities
13 that SBI operated, did it monitor the intake
14 temperatures into the facility?
15  A. I can't remember.
16  Q. In any of the facilities where SBI operated,
17 did it maintain readings on the pressure in those
18 facilities?
19  A. I can't remember.
20  Q. In any of the -- of the facilities that SBI
21 operated other than what you say happened in Russia, did
22 any of the other facilities where SBI operated utilize
23 exhaust fans in the configuration you described in
24 Russia?
25  A. Russia was the only one that did that in that

167

1 configuration.
2  Q. Did -- when you met with the representatives of
3 Whinstone in Louisiana, did you inspect their
4 operational facility?
5  A. Yes.
6  Q. Did that facility utilize the same structure
7 that was employed at Rockdale?
8  A. No.
9  Q. What was different about it?
10  A. It was a square column inside -- basically
11 inside of a warehouse.
12  Q. Did it operate exhaust fans?
13  A. I don't remember.
14  Redaction
15
16
17
18
19
20
21
22
23
24
25

168

1  Redaction
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 169**

1  Redaction
2  Q. Okay. How did SBI observe the performance of
3  its miners in Russia?
4  A. Through reports and said communications,
5  reports, through e-mail and face-to-face meetings with
6  Muroo Systems, and also by looking at, at the time when
7  the hash rate graphs were available, looking at the hash
8  rate graphs and the mined Bitcoin, the mined results.
9  Q. Do any of the hash rate graphs remain in
10 possession, custody or control of SBI?
11        MR. JOHNSON: Objection, form.
12 A. I don't know.
13 Q. (BY MR. SLOVAK) Do you know if there's been
14 any effort to obtain those?
15 A. I don't know.
16 Q. Do you know if there was any litigation hold
17 put in place in May of 2021 to preserve those records
18 that disappear within 30 days?
19        MR. JOHNSON: Objection, form.
20 A. I don't know.
21 Q. (BY MR. SLOVAK) In Article 1 of Exhibit 30
22 (sic), under number 7, which is on SBIC 3701.
23 A. Say it one more time.
24 Redaction
25

**Page 170**

1  Redaction
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16 Q. Okay. And does SBI have those documents?
17        MR. JOHNSON: Objection, form.
18 A. If there are documents, they have them, but
19 either e-mail or face-to-face meetings, yes.
20 Redaction
21
22
23
24
25

**Page 171**

1  Redaction
2
3
4  Q. Okay. It's just below what I read before,
5  so --
6  A. I don't see it.
7  Q. It's number 9 on the same page.
8  A. Uh-huh.
9  Q. Sub-bullet I.
10 A. I think you have a different document.
11 Q. Are you looking at SBIC 3701?
12 A. Yes, I am.
13 Redaction
14
15
16
17
18
19
20
21
22
23
24 Q. Did Muroo provide SBI with temperature data?
25 A. I can't remember.

**Page 172**

1  Q. Okay. What evidence, if any, do you have as to
2  whether they maintained that intake temperature?
3  A. If I can't remember -- if the evidence -- one,
4  if they did provide temperature data, that would be a
5  form of evidence. Also, the proper functioning of the
6  miners as they were efficiently cooled is a form of
7  secondary evidence to say that the temperature intake
8  was at these levels.
9        MR. SLOVAK: Okay. I'm going to object as
10 nonresponsive. Let me ask the question.
11 Q. (BY MR. SLOVAK) Did Muroo provide you any
12 specific information on the temperature reading of its
13 facility?
14 A. I don't remember.
15 Redaction
16
17
18
19
20
21
22
23
24
25

173

1 [Redaction]
2  Q. Okay. Did they provide you written
3 documentation to evidence the filtering and dust
4 environmental particulates?
5  A. That, I don't remember.
6 [Redaction]
7
8
9
10
11
12
13
14  Q. Okay. And when did all of these face-to-face
15 meetings occur with the Muroo folks?
16  A. They were at least once a week.
17  Q. Okay.
18  A. Sometimes more than once a week.
19  Q. And when you mean -- when you say face to face,
20 were these by when you were physically present with
21 them?
22  A. Yes.
23  Q. Okay. And so -- so this is during the period
24 of the early part of 2021, you were physically travel --
25 traveling to the Russian facility?

174

1  A. No. The Muroo Systems representatives, their
2 work -- their office is in Tokyo not far from ours.
3  Q. Okay. So you were meeting with them in Japan?
4  A. Yes.
5  Q. Okay. And with whom at Muroo were you meeting?
6  A. Primarily with Han Zhongxing.
7  Q. Okay. How do you spell that?
8  A. It can be spelled two ways. Han, H-A-N, or
9 Pan, P-A-N. Z-H-O-N-G-X-I-N-G.
10  Q. Did anyone maintain meeting -- minutes of these
11 meetings?
12  A. I don't remember.
13  Q. Did SBI ever request that Rockdale have weekly
14 meetings?
15  A. I think there was some regular meetings. They
16 may have been weekly, but regular meetings that were
17 requested originally in the -- the hosting contract.
18  Q. Okay. So I'm going to ask it differently.
19 Independent of the hosting agreement, did SBI ever
20 request that weekly meetings occur between Whinstone and
21 any representatives of SBI?
22      MR. JOHNSON: Objection, form.
23  A. I can't remember.
24  Q. (BY MR. SLOVAK) Did Muroo maintain any
25 maintenance records regarding the Russian facility, to

175

1 your knowledge?
2  A. I don't know, or -- and as far as when I was
3 recently talking to Nick, it seems many of the records
4 that they have are -- have -- they're having trouble
5 locating those.
6  Q. So I -- I'm not sure I understand that
7 question.
8      The first question, and then we'll get to
9 the second, is: To your knowledge, did Muroo maintain
10 maintenance records related to this Russian facility?
11  A. I can't say with certainty, but I think they
12 likely did.
13  Q. Okay. And did they provide those records to
14 SBI?
15  A. I don't know.
16  Q. Do you recall seeing any of those records
17 during your time at SBI?
18  A. No.
19  Q. Did SBI pay Whinstone any money under the Pyote
20 agreement?
21  A. I don't think so.
22  Q. So I want to go back to the Rockdale hosting
23 services agreement, which was previously marked as
24 Tanemori 6.
25      MR. JOHNSON: Right in front of me.

176

1  Q. (BY MR. SLOVAK) Are you aware that SBI
2 contends that Whinstone made some kinds of
3 misrepresentations about permits?
4  A. Yes.
5  Q. Okay. What specific permits does SBI contend
6 that Whinstone made misrepresentations about?
7  A. I'd like to clarify. By permits, do you just
8 mean permits or also including inspections as well?
9  Q. Well, I'm not aware of any claims that
10 Whinstone made misrepresentations about inspections.
11  A. Okay.
12  Q. But let's go to the first point and then we can
13 take the second.
14  A. Okay.
15  Q. What specific permits, if any, does SBI contend
16 that S -- that Whinstone misrepresented?
17  A. There was -- one permit would be the -- when I,
18 Carson Smith, visited June 10th and spoke to Chad about
19 asking why the water curtains weren't running and then
20 asking them if they did run, and he told me they had
21 never ran, and when I asked why, he gave me a response
22 that it was related to requiring some type of water
23 permit.
24      Additionally, in discovery that has been
25 found is there was a stormwater permit in construction

**309**

1  writing in some manner other than through a WeChat?
2  A. If -- in -- it would either be in the WeChat
3  messages or if it was in writing or by e-mail.
4  Q. Did SBI examine the contract with Canaan to
5  attempt to send notice in a manner required under the
6  contract in order to obtain warranty coverage from
7  Canaan?
8       MR. JOHNSON: Objection, form.
9  A. SBI gave notice to Canaan and met with Canaan
10 remotely to discuss the PSU issues that were reported by
11 Whinstone.
12 Q. (BY MR. SLOVAK) Did those discussions in the
13 meetings with Canaan happen in person?
14 A. This was during Covid, so no, they did not.
15 They happened remotely.
16 Q. Okay. By video?
17 A. I can't remember if it was by video, but
18 likely.
19 Q. Were they recorded?
20 A. No.
21 Q. Were notes taken?
22 A. I can't remember.
23 Q. Was anyone from Whinstone invited to
24 participate in those conversations?
25 A. In that conversation, no.

**310**

1  Q. Was the report attached to Exhibit 43 provided
2  by SBI to Canaan?
3  A. That, I can't remember.
4  Q. Okay. Did -- what did SBI do with the PSUs
5  that were tested in Kyrgyzstan?
6  A. Those were ultimately shipped together with all
7  the miners that went to Russia, and those miners ran
8  just fine --
9  Q. Okay. So were --
10 A. -- like the miners at Bitfarms.
11 Q. Were the PSUs that were tested in Kyrgyzstan
12 replaced or modified before they were shipped to Russia?
13 A. No.
14 Q. So --
15 A. Not to my knowledge.
16 Q. SBI simply took the 20,000 A10 PSUs in
17 Kyrgyzstan and used them in Russia?
18 A. Yes.
19 Q. Did you perform -- did SBI perform any testing
20 on those miners?
21 A. Directly, no. This was -- everything was done
22 by Muroo Systems Group -- Muroo Systems Group employees.
23 Q. And when -- in -- on the first page of Exhibit
24 43, when Ashton responds and says, "Oh, wow, same batch
25 as your miners we host here, correct?"

**311**

1        And your response is: "Yep?."
2        Is that a true and accurate statement?
3        MR. JOHNSON: Objection, form.
4  A. These machines were roughly sent together, so
5  yes, I would think that they are either the same batch
6  or roughly the same batch.
7  Q. (BY MR. SLOVAK) And -- and you say, "Well, all
8  of" -- I'm sorry. Ashton says then, "All of this
9  documentation should really help our case here," and you
10 say, "Yeah. Yeah, we'll keep it plus anymore. Good for
11 lawyers."
12      Did I get that right?
13 A. That's right.
14 Q. Okay. And you said good for lawyers because
15 you understood the A10 miners might have had issues with
16 the power supplies, right?
17      MR. JOHNSON: Objection, form.
18 A. Yes, based on the reports from Whinstone
19 telling me that there's PSU issues.
20 Q. (BY MR. SLOVAK) Were any design changes made
21 to the Russian facility based on SBI's experience at
22 Rockdale?
23 A. No.
24 Q. Okay. Were there any modifications made to the
25 facility between the time that the contract between

**312**

1  Whinstone and SBI was terminated and the time of the --
2  the embargo to the Russian facility?
3  A. There were -- as I said, there were upgrades
4  being done to handle the increased power capacity and to
5  be able to attempt to clean and repair machines. So
6  those would be modifications done to the facility.
7  Q. Okay. And -- and what was required in order to
8  perform that upgrade? Was the -- did physical space
9  have to be added on or was it just a matter of putting
10 in new miners, if you know?
11 A. No. I think physical space needed to be
12 created and -- and secured or -- or found and secured,
13 as well as construction of transformers and other power
14 equipment, because I remember power equipment being
15 required and due to the difficulties during Covid in
16 sourcing and supply chains, this causing issues and
17 delays in -- in performing that construction.
18 Q. Were there any communications between SBI and
19 Muroo about these alleged supply chain issues?
20 A. Typically, most communication with Muroo were
21 done through face-to-face meetings.
22 Q. And were there any recordings of those
23 meetings?
24 A. No.
25 Q. Any notes of those meetings?

ATTORNEY'S EYES ONLY

Transcript of Carson Smith, Designated Representative
Conducted on April 15, 2025

83 (329 to 332)

```
                                                        329
 1    I further certify that pursuant to FRCP Rule
 2  30(f)(1) that the signature of the deponent:
 3
 4           was requested by the deponent or a party
 5  before the completion of the deposition and is to be
 6  returned within 30 days from date of receipt of the
 7  transcript.  If returned, the attached Changes and
 8  Signature Page contains any changes and the reasons
 9  Therefor;
10
11      XXX    was not requested by the deponent or a
12  party before the completion of the deposition.
13      I further certify that I am neither counsel for,
14  related to, nor employed by any of the parties in the
15  action in which this proceeding was taken, and further
16  that I am not financially or otherwise interested in the
17  outcome of the action.
18      GIVEN UNDER my hand of office on April 26th, 2025.
19
             Kelly Bryant
20
21           KELLY BRYANT
             Texas CSR No. 5772
22           Expiration Date: 07/31/25
23
24
25
```