# REDACTIONS FOR EXHIBIT "A-3" (ECF. 95-3) FILED UNDER SEAL

CONFIDENTIAL- ATTORNEY'S EYES ONLY

Transcript of Nick Vitalis

Conducted on July 7, 2025

1 (1 to 4)

---

**Page 1**

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TEXAS
                         WACO DIVISION

SBI CRYPTO CO., LTD.,         )
                              )
                              )
         PLAINTIFFS,          )
                              )  CIVIL ACTION
VS.                           )
                              )  No. 6:23-cv-252-ADA-JCM
WHINSTONE US, INC.,           )
                              )
                              )
         DEFENDANTS.   )

-----------------------------------------------
                    ATTORNEY'S EYES ONLY
                 ORAL AND VIDEOTAPED
                 DEPOSITION OF NICK VITALIS
                      JULY 7, 2025
-----------------------------------------------

     ORAL AND VIDEOTAPED DEPOSITION OF NICK VITALIS,

produced as a witness at the instance of the DEFENDANT,

and duly sworn, was taken in the above-styled and

numbered cause on the JULY 7, 2025, from 9:32 a.m. to

1:39 p.m., before Kelly Bryant, CSR in and for the State

of Texas, reported by machine shorthand, Winstead, 2728

N. Harwood Street, Suite 500, Dallas, Texas 75201,

pursuant to the Federal Rules of Civil Procedure and the

provisions stated on the record or attached hereto.
```

---

**Page 2**

A P P E A R A N C E S

FOR THE PLAINTIFF:

    CORY JOHNSON
    BRANDON C. MARX
    Winstead PC,
    2728 N. Harwood Street, Suite 500
    Dallas, Texas 75201
    Telephone: 214.745.5209
    Cjohnson@winstead.com

FOR THE DEFENDANT:

    ROBERT T. SLOVAK
    BRANDON C. MARX
    Foley & Lardner LLP
    2021 McKinney Avenue, Suite 1600
    Dallas, TX 75201
    Telephone: (214) 999-3000
    Rslovak@foley.com
    Bmarx@foley.com

ALSO PRESENT:

    Jesse Castro, videographer

---

**Page 3**

INDEX

                                      PAGE

NICHOLAS EDWARD VITALIS

    DIRECT EXAMINATION BY MR. SLOVAK................ 4

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Previously marked Exhibit 5 | E-mail June of 2021 from Jonathan Tanemori to Carson Smith -- Carson Blake, and then Iokuda.............. | 120 |
| Previously marked Exhibit 13 | E-mail from Carson Smith to Chad Harris and others dated June the 3rd of 2022............................. | 117 |
| Previously marked Exhibit 18 | E-mail communication between Carson Smith, Jonathan Tanemori back in May of 2021.................. | 105 |
| Previously marked Exhibit 19 | Communication from Jonathan Tanemori to Carson Smith and Carson Blake dated June the 3rd of 2021............................... | 121 |
| Previously marked Exhibit 31 | Hosting agreement for the Russia facility......................... | 137 |
| Previously marked Exhibit 43 | Communication between Ashton Harris and Carson Smith............. | 131 |

---

**Page 4**

P R O C E E D I N G S

    VIDEOGRAPHER: Here begins Media Number 1 in videotaped deposition of Nick Vitalis, In the Matter of SBI Crypto Co., Ltd., v. Whinstone U.S., Inc., in the United States District Court for the Western District of Texas Waco Division, Case No. 6:23-C.V-252-ADA-JCM.

    Today's date is July 7th, 2025. The time on the video monitor is 9:32 a.m. The videographer today is Jesse Castro representing Planet Depos. This video deposition taking place at 2728 North Harwood Street, Suite 500, Dallas, Texas 75201.

    Would counsel please voice-identify themselves and state whom they represent?

    MR. JOHNSON: Cory Johnson of Winstead PC here on behalf of Plaintiff SBI Crypto Limited.

    MR. SLOVAK: Rob Slovak and Brandon Marx with Foley & Lardner on behalf of Whinstone, the Defendant.

    VIDEOGRAPHER: The court reporter today is Kelly Bryant, also representing Planet Depo. The witness may be sworn.

    NICHOLAS EDWARD VITALIS,

having been first duly sworn, testified as follows:

    DIRECT EXAMINATION

BY MR. SLOVAK:

CONFIDENTIAL- ATTORNEY'S EYES ONLY

Transcript of Nick Vitalis

4 (13 to 16)

Conducted on July 7, 2025

13

1    A.  Bits, B-I-T-S.
2    Q.  SBI Bits.  Okay.
3         And so were you simultaneously working for
4  SBI Securities Solutions in SBI Bits or did you have
5  separate roles with those entities at separate times?
6    A.  At first -- when I first joined the firm, it
7  was seconded to SBI Bits.
8    Q.  Okay.
9    A.  After a period of time, I was then transferred
10  and seconded to SBI Securities Solutions and then
11  partially seconded to SBI Crypto.
12    Q.  So when did you begin your work with SBI Bits?
13    A.  I don't recall the exact dates; however, I
14  believe it was some time around -- give me a moment just
15  to recollect -- possibly around December of 2016.
16    Q.  And was that your first involvement with the
17  SBI organization overall?
18    A.  Yes.  Correct.
19    Q.  Okay.  And -- and what was your title at SBI
20  Bits?
21    A.  At Bits, I was project manager -- project
22  manager.
23    Q.  And did you hold other titles at SBI Bits
24  before you were seconded to SBI Securities Solutions?
25    A.  I don't recall any other titles.

14

1    Q.  Okay.  When did you begin work as part of your
2  secondment to SBI Securities Solutions?
3    A.  I don't recall the exact dates; however, I
4  believe it was around January of 2018.
5    Q.  Okay.  So you -- you were the project manager
6  at SBI Bits beginning in 2016 and then sometime in 2018
7  you were then working for SBI Securities Solutions?
8    A.  Correct.
9    Q.  What was your title at SBI Securities
10  Solutions?
11    A.  I believe -- I don't recall exactly the title.
12  I believe it was similar in function, project manager.
13    Q.  Okay.  And did you remain project manager
14  throughout your employment with SBI Securities
15  Solutions?
16    A.  As I recall, yes.
17    Q.  Okay.  And then in 2023, you became -- in the
18  summer of 2023, you became the CEO and Representative
19  Director of SBI Crypto; is that correct?
20    A.  In the summer of 2023, yes, I became the CEO,
21  Representative Director of SBI Crypto.
22    Q.  And I thought I heard you say earlier that you
23  were partially seconded to SBI Crypto at some point.
24  Did --
25    A.  That is correct.

15

1    Q.  -- I hear that --
2         What did that mean?
3    A.  I can't recall the exact dates; however, after
4  joining SBI Securities Solutions, at some point, I was
5  also partially seconded to SBI Crypto.
6         So a percentage of my allocation of time
7  was focused on crypto, while the majority was focused on
8  SBI Securities Solutions.
9    Q.  Okay.  And so was your -- do you recall what
10  year that you became partially seconded to SBI Crypto?
11    A.  I don't recall exactly the timing.  I believe
12  it was similar, around the same year, 2018, if I recall
13  correctly.
14    Q.  And so how much of your time was allocated to
15  SBI Crypto?
16    A.  The time allocations varied per month
17  depending upon project specificness.  So it's difficult
18  to pin an exact --
19    Q.  So --
20    A.  -- number on it.  I would say less than 50
21  first.
22    Q.  Yeah, sorry.  I didn't mean to interrupt you.
23    A.  Yeah.
24    Q.  And so what were your -- your duties and
25  responsibilities from 2018 until you became the CEO and

16

1  Representative Director of SBI Crypto?
2         What were your duties with SBI Crypto
3  within that period of time?
4    A.  With SBI Crypto at that period of time, we
5  were looking to create a pool, a mining pool.
6         So my role and responsibilities was to
7  look after the design, the specifications and to work
8  with a technology team to implement those business
9  requirements.
10    Q.  Design of what, sir?
11    A.  Predominantly things like user interface, how
12  users would interact with the application, essentially
13  its software, software related.
14    Q.  What other roles and responsibilities did you
15  have with respect to SBI Crypto between 2018 and 2023
16  when you became the CEO and Representative Director?
17    A.  Predominantly, it was -- the main focus on the
18  pool.  There were some ancillary requests ad hoc,
19  perhaps to adjoin some meetings, to look at potential of
20  some documentation, to give any feedback, those sort of
21  things, yep.
22    Q.  When -- when you said that you were looking to
23  create a mining pool --
24    A.  Yes.
25    Q.  -- what exactly does that mean?

CONFIDENTIAL- ATTORNEY'S EYES ONLY

Transcript of Nick Vitalis

Conducted on July 7, 2025

5 (17 to 20)

**17**

1    Can you describe that for the Court?

2    A.  Sure.  Well, typically as a miner, you can

3  either choose to interact with the blockchain network

4  yourself, which means you would have to design and

5  develop a lot of software to do that.

6        And if you're of large enough scale, that

7  makes a lot of sense; however, particularly for smaller

8  miners, it's better to join in with other miners to mine

9  together against the blockchain, and so we created a

10  technology and a software to assist those types of

11  individuals to join together in terms of mining and

12  trying to find a block.

13                    Redacted

**18**

Redacted

**19**

Redacted

19    Q.  Okay.  And I -- I'm still not sure I

20  completely understand and it's probably because I'm not

21  that smart about crypto.

22    A.  That's fine.

23    Q.  I'm not asking about particular dates right

24  now.  We can get into that, but there's a mining pool

25  that exists for SBI Crypto's operation, correct?

**20**

1    A.  Yes.

2    Q.  And crypto was mined for some period of time

3  at Rockdale, correct?

4    A.  Correct.

5    Q.  And at some period of time in Russia, correct?

6    A.  Yes.

7                    Redacted

25    Q.  Well, let me ask it differently.



PLANET DEPOS

888.433.3767 | WWW.PLANETDEPOS.COM

**Page 21**

Redacted

7    Q. (BY MR. SLOVAK) Sure. Let me try to make it
8  more clear.
9    **A. Sure.**
10   Q. You understand that between -- essentially,
11 between the beginning of 2020 and May of 2021, SBI mined
12 crypto at the Rockdale facility.
13       Do you understand that?
14   **A. It's my recollection that's not entirely**
15 **correct. I believe the miners in Rockdale were not**
16 **brought online until later in 2020.**
17   Q. Okay. So between some time in 2020 and
18 roughly June of 2021, SBI mined crypto at the Rockdale
19 facility, right, sir?
20   **A. In Rockdale, yes, and the miners were running**
21 **at that facility.**

Redacted

**Page 22**

Redacted

**Page 23**

Redacted

20   Q. Okay. Does -- does SBI track by individual
21 facility the crypto that is produced at an individual
22 facility?
23   **A. Sorry, can you repeat that again?**
24       **So the individual facilities --**
25   Q. Right. So just to make -- make it clear. At

**Page 24**

1  some point during your tenure with SBI Crypto, SBI
2  Crypto has had mining facility in Iceland, right?
3    **A. (Moving head up and down.)**
4    Q. Is that a yes?
5    **A. Yes.**
6    Q. In Sweden, right?
7    **A. Yes.**
8    Q. In Virginia Beach, right?
9    **A. Yes.**
10   Q. In Russia, right?
11   **A. Yes.**
12   Q. And in Texas, right?
13   **A. Yes.**
14   Q. Is SBI mining crypto anywhere else?
15   **A. I don't recall beyond that, and -- and which**
16 **time period I guess as well. Those were probably the**
17 **majority, yeah.**

Redacted



**Page 25**

1    Redacted
2
3
4
5
6
7
8
9
10
11
12
13
14    Q.  Yes, sir.
15    A.  I'd have to go back and have a look at the
16   historical data, which I don't have in front of me
17   today; however, after June 2021, I do believe that would
18   have been inclusive of Russia.
19    Q.  Okay.  And to go back to questions -- are you
20   still mining crypto in Russia, SBI?
21    A.  No, we are not.
22    Q.  When did SBI stop mining crypto in Russia?
23    A.  I don't recall the exact dates; however, it
24   would have been around the same time as the start of the
25   conflict with Ukraine.

**Page 26**

1    Redacted
2
3
4
5
6
7    Q.  Did SBI maintain records to identify the
8   crypto specifically mined in Iceland?
9    A.  I don't recall exactly how the accounting was
10  done during that time period so I wouldn't be able to
11  comment.
12    Q.  What about Sweden?
13    A.  Likewise, I wasn't involved.
14    Q.  What about Virginia Beach?
15    A.  Likewise.
16    Q.  What about Russia?
17    A.  I believe again, depending upon the
18  timeframes, there may have been some data that could be
19  extracted between Russia versus other sites in Texas.
20    Q.  And when you say data that could be extracted,
21  I want to make sure that we're not speaking past one
22  another.
23        Did SBI track the crypto that was
24  specifically mined in Texas separate from crypto that
25  was specifically mined in other locations?

**Page 27**

1    A.  From a technical perspective, they would have
2   what we call different subaccounts set up, and by those
3   subaccounts, we would be able to differentiate between
4   the mining location.  So, essentially, the -- the
5   earnings and the payments.
6    Q.  Using what, sir?
7    A.  Using our software.
8    Q.  Okay.  And -- and does SBI Crypto maintain a
9   list of the separate subaccounts that pertain
10  specifically to the Texas facility?
11    A.  I believe it does, yes.
12    Q.  What about the Russia facility?
13    A.  I believe so as well, yes.
14    Redacted
15
16
17
18
19
20
21
22
23
24
25

**Page 28**

1    Redacted
2
3    Q.  Do you know what type of miners?
4    A.  They would be WhatsMiner models.
5    Q.  Okay.  Do you know WhatsMiner models they are?
6    A.  I don't recall, specifically; however, I
7   believe M30 and M33.  Some of them are air cooled, some
8   of them were hydro.
9    Q.  Some of them are air cooled and some of them
10  were immersion?
11    A.  Hydro.
12    Q.  Is that -- is that the same thing a immersion?
13    A.  No, it is not.
14    Q.  Okay.  What is hydro?
15    A.  Hydro is essentially where you run water
16  around -- around the miners in such a fashion that
17  there's heat exchange to take away access heat.
18    Redacted
19
20
21
22
23
24
25

CONFIDENTIAL- ATTORNEY'S EYES ONLY

Transcript of Nick Vitalis

Conducted on July 7, 2025

8 (29 to 32)



**Page 29**

Redacted

**Page 30**

Redacted

2  Q.  Okay.  And -- and I just want to make sure
3  that I'm clear.

Redacted

19  Q.  But you can't say whether SBI was actually
20  tracking the hashrate and uptime of the specific miners
21  being utilized at SBI's facility in Texas, right?
22  A.  I'm sorry, can you repeat that again?
23  Q.  Yeah.  I -- I -- look, I'm not trying to be
24  confusing at all.  Let me try to break it down this way.
25  A.  Sure.

**Page 31**

Redacted

**Page 32**

Redacted

5  MR. SLOVAK:  So I'm going to object to
6  that as nonresponsive.  Let me try it a different way,
7  just to make sure I'm clear.

Redacted

**33**

Redacted

**34**

Redacted

11  Q.  Okay.  And -- and -- and so I just -- I just
12  want to be clear.
13       Does SBI have in its possession, custody
14  or control specific information that demonstrates the
15  uptime for the miners during the period that they were
16  operating in Texas?
17       MR. JOHNSON:  Objection, form.
18  A.  I'm sorry, can you repeat the question again?
19  Q.  Sure.
20  A.  Yeah.
21  Q.  Does SBI have in its possession information
22  that specifically reflects the uptime for the miners
23  that were operating in Texas?
24       MR. JOHNSON:  Objection, form.
25  A.  Yeah.  I'm trying to think of a way to answer

**35**

1  your question because you keep going back to sort of
2  uptime and availability, and other things, so...
3  Q.  Well, let me ask it a little differently.
4  A.  Yeah.
5  Q.  I mean, you would agree that the amount of
6  hashrate doesn't specifically equate to the amount of
7  actual Bitcoin mined, right?
8       MR. JOHNSON:  Objection, form.
9  A.  I don't believe I agree with that statement.
10  Q.  (BY MR. SLOVAK)  Okay.  Well, what part of
11  that do you disagree with?
12  A.  The amount of hashrate depending upon which
13  time period you're referring to has a correlation to the
14  amount of potential Bitcoin that can be mined on the
15  network.
16  Q.  That's not what I asked.  Okay.  And so what
17  you answered was correlation and -- and I -- I want to
18  ask a very specific question.
19       You can't specifically tell by the amount
20  of hashrate the actual amount of Bitcoin mined, correct?
21       MR. JOHNSON:  Objection, form.
22  A.  Can -- can you repeat that again?
23  Q.  (BY MR. SLOVAK)  Sure.  You -- you -- you --
24  would you agree or disagree or have no view, okay, that
25  the total amount of hashrate does not directly correlate

**36**

1  to the amount of Bitcoin mined?
2  A.  I believe there is a correlation, yes.
3  Q.  Well, you can't simply say because I utilized
4  100 megawatts of hashrate or kilohertz or whatever
5  measurement you want of hashrate, you can't say simply
6  because I was hashing at that rate, I mined X Bitcoin.
7       Would you agree with that statement?
8       MR. JOHNSON:  Objection, form.
9  A.  I'm not sure I agree with the way that it's
10  stated, no.
11  Q.  (BY MR. SLOVAK)  What part do you disagree it?
12  A.  There's a certain price for hashrate that the
13  market recognizes and designates.
14       So depending upon the hashrate price, that
15  would be the amount that we would expect to receive in
16  terms of compensation for any computing power.
17  Q.  Well, let me ask:  Did SBI track the specific
18  hashrate that it was operating for the miners at the
19  Texas facility when it was operating there?
20  A.  I believe, if I recall correctly, that period
21  of time we were relying on Whinstone, I guess, to
22  execute the contract in such a way to ensure the uptime
23  of the machines and the operation of those machines.
24  Q.  Well, let me ask it a little differently.
25       If you're monitor -- was SBI monitoring

---

45

1  thousand miners operating in Kuwait.
2        Has that number always been around a
3  couple thousand?
4        **A. Clearly at the beginning it was less,**
5  **obviously, during ramp-up.**
6    Q. By a couple thousand, do we mean -- is this
7  2,000? Is it 3,000?
8        Do you know, sir?
9    **A. I do not recall off the top of my head;**
10 **however, I would -- yeah, roughly put it at less than**
11 **3,000.**
12   Q. And does -- you -- does SBI have facilities
13 available to it, whether it's built them or under
14 contract, to mine crypto anywhere other than Kuwait at
15 present?
16   **A. What do you mean facilities available?**
17       **What does that imply?**
18   Q. Have you built -- well, let me -- let me ask
19 it in parts then.
20       Has SBI ever built any crypto mining
21 facilities itself?
22   **A. Built any crypto mining facilities itself?**
23       **You mean itself? What --**
24   Q. Yeah.
25   **A. Sorry.**

---

46

1    Q. I mean, I'm not trying to be confusing.
2    **A. Yeah.**
3    Q. I mean, SBI Crypto when it operated in Texas
4  was -- it had a hosting agreement with Whinstone,
5  correct?
6    **A. Yes.**
7    Q. When it operated in Russia, it had a hosting
8  agreement with Muroo, correct?
9    **A. Contractually, I'm not sure if it was with**
10 **Muroo or the facility of Bitriver, but a -- a -- a**
11 **hosting agreement was in place.**
12   Q. Has SBI ever owned its own facility that it
13 operated in for mining crypto?
14   **A. In terms of owned, I guess owned is a relative**
15 **term.**
16       **So what I can recall probably and draw**
17 **back to is Iceland in which we had a partnership, if I**
18 **recall correctly, with another data center firm to build**
19 **out that facility for us.**
20       **In terms of like the ownership structure,**
21 **I -- I don't recall.**
22   Q. Yeah. My understanding of the way that SBI
23 operates a business is it doesn't go buy a facility like
24 the one in Rockdale and then do its own mining in a
25 facility it owns. Rather, it contracts with entities to

---

47

1  host its miners and facilities owned by others; is that
2  fair?
3        I mean, you're the CEO. You should know
4  the business model, right?
5        MR. JOHNSON: Objection, form.
6    **A. I do not recall the specifics of the ownership**
7  **models of Iceland versus Kyrgyzstan, for example. So I**
8  **do not want to misstate what the relationships were**
9  **there.**
10 Redacted
11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮
16   Q. Does SBI own the Russia facility?
17   **A. We do not have a Russia facility.**
18   Q. Okay. Did SBI ever own the Russia facility
19 where it mined in Russia?
20   **A. I was not part of negotiations of that**
21 **contract. So I wouldn't be able to comment on the**
22 **specifics again of the ownership structure.**
23   Q. But you're the CEO of the company.
24       You don't know whether it owned the asset
25 or didn't own the asset.

---

48

1        MR. JOHNSON: Objection, form.
2    Q. (BY MR. SLOVAK) Is that your testimony?
3        MR. JOHNSON: Objection, form.
4    **A. My testimony is, I was not involved in the**
5  **negotiations of that contract.**
6    Q. (BY MR. SLOVAK) Okay. To your knowledge as
7  the CEO of SBI, did it own the facility in Russia or did
8  it host in a facility owned by someone else?
9    **A. Again, I don't know the specifics of the**
10 **nature of the contract. So I wouldn't want to**
11 **speculate.**
12 Redacted
13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16   Q. Okay. How much power does SBI have available
17 to it under contract?
18       MR. JOHNSON: Objection, form.
19   Q. (BY MR. SLOVAK) As we sit here today?
20   **A. Under contract for -- what -- what do you**
21 **mean?**
22   Q. Well, you understand that the Rockdale
23 facility, SBI had a contract to operate up to ▮
24 ▮▮▮▮▮ of power at Rockdale.
25       Do you understand that?

---

---

**49**

1      MR. JOHNSON: Objection, form.
2      **A. I believe my recollection of the contract with**
3  **Rockdale was for an immediate access to** Redacted
4  **with the potential of access to a gigawatt of power.**
5          MR. SLOVAK: Okay. So I'm going to
6  object as nonresponsive and try to ask it a different
7  way.
8      Q. (BY MR. SLOVAK) Do you know, as the CEO of
9  SBI, how much power SBI has available to it to mine
10  crypto today?
11      **A. So I'm not sure what you mean by has**
12  **available. Can you --**
13  Redacted
14  
15  
16  
17  
18  
19  
20  
21      Q. Okay. How much power did SBI have under
22  contract for the Russia facility?
23      **A. For Russia, I don't recall the specifics;**
24  **however, given that my recollection of the same number**
25  **of machines in Texas were also deployed to Russia, I**

**50**

1  **believe it's similar, around** Redacted
2      Q. Okay. Has SBI ever operated at a gigawatt of
3  electricity as a company?
4      **A. One gigawatt of electricity as a company.**
5  **Over what time period?**
6      Q. At any given time have the operations of SBI
7  required the use of a gigawatt of electricity?
8      **A. As far as I'm aware, no.**
9      Q. What is the -- the largest amount of
10  electricity that SBI has required to use, to your
11  knowledge, sir, at any given time?
12      **A. That -- I would not recall the specific**
13  **amounts; however, empirically, if I think about the**
14  **different facilities that were either operating or in**
15  **discussion with, I believe Iceland was approximately the**
16  **similar size to Texas.**
17  Redacted
18  
19  
20          **There were discussions, I believe, from**
21  **what I can recall around Kyrgyzstan, another** 
22  Redacte **plus additional capacity at all the**
23  **facilities.**
24          **So math-wise, I guess** Redacted **plus.**
25      Q. Did SBI ever actually mine crypto in

**51**

1  Kyrgyzstan?
2      **A. I -- I wasn't directly involved in Kyrgyzstan;**
3  **however, to my recollection, I don't believe so.**
4      Q. Okay. And when you're -- you say that you're
5  seconded at this point to SBI Crypto.
6          At one point you were partially seconded?
7      **A. Uh-huh.**
8      Q. Just so I'm clear, are you fully seconded to
9  SBI Crypto at this point?
10      **A. As of now, yes.**
11      Q. Okay. And when did your secondment become
12  full -- full secondment?
13          Was that the summer 2023?
14          MR. JOHNSON: Did you make up a word? Is
15  secondment a word?
16          MR. SLOVAK: I think that's actually
17  grammatically correct.
18          MR. JOHNSON: I just don't know if it's
19  actually a word.
20      Q. (BY MR. SLOVAK)  Let me ask it in a more --
21      **A. I -- I don't recall -- I -- I -- I know what**
22  **you're asking. I don't recall the specific -- specific**
23  **timeframe. I believe it was before September of 2023.**
24      Q. Okay. But your title became CEO and
25  Representative Director in the -- in the summer of 2023,

**52**

1  right?
2      **A. Correct. Correct.**
3      Q. And before that, your title was just project
4  manager?
5      **A. That is correct, yeah.**
6      Q. So what was your -- were you the supervisor
7  for Mr. Tanemori?
8      **A. No, I was not.**
9      Q. Okay. What about Mr. Smith?
10      **A. Was it the supervisor for Mr. Smith?**
11      Q. Yes.
12      **A. No, I was not.**
13      Q. Was he your boss?
14      **A. From that relationship, it depends on the time**
15  **period again.**
16          **If it was after the time that I was fully**
17  **seconded to SBI Crypto, then, yes, there would have been**
18  **a managerial subordinate relationship between us.**
19      Q. Okay. And do you recall when you -- what year
20  you became fully seconded to SBI Crypto?
21      **A. I do not recall, specifically; however, as I**
22  **sit here, the year prior, 2022, perhaps the summertime.**
23      Q. Okay. When did Carson Smith leave SBI Crypto
24  to your recollection?
25      **A. Leaving, I guess, is a -- a relative term. If**

Case 6:23-cv-00252-ADA-DTG    Document 110    Filed 09/17/25    Page 11 of 21
CONFIDENTIAL- ATTORNEY'S EYES ONLY
Transcript of Nick Vitalis
Conducted on July 7, 2025

17 (65 to 68)

---

**65**

1  person with knowledge or relevant facts in the
2  disclosures?
3  **A. I do not recall if -- any conversation around**
4  **that.**
5  Q. Have you ever testified as an expert in any
6  manner?
7  **A. As an expert in any matter? That's very**
8  **broad.**
9  Q. Sure. Have you ever given testimony as an
10 expert witness in connection with --
11 **A. I have not.**
12 Q. -- litigation?
13 Have you ever been qualified by a court to
14 give an expert opinion on any particular issue?
15 **A. No.**
16 Q. Do you anticipate providing any expert
17 testimony in connection with this lawsuit?
18 **A. Expert testimony in what capacity?**
19 Q. In any capacity. I want to make sure that
20 you're not being asked to show up at trial and offer an
21 opinion as an expert in this case?
22 **A. I -- I have not been asked.**
23 Q. So SBI mined crypto in Iceland.
24 Do you know why it stopped mining in
25 Iceland?

**66**

1  **A. Why it stopped mining in Iceland?**
2  Q. Yes, sir.
3  **A. The decision to stop mining in Iceland, I was**
4  **not directly a part of.**
5  Q. Okay. SBI mined crypto in Sweden.
6  Do you know why it stopped mining crypto
7  in Sweden?
8  **A. In Sweden -- again, I was not directly**
9  [Redacted]
10 [Redacted]
11 Q. And at some point SBI mined crypto in Virginia
12 Beach.
13 Do you know why it stopped mining in
14 Virginia Beach?
15 **A. Again, I was not directly involved in the**
16 **operations of Virginia Beach. So I wouldn't be able to**
17 [Redacted]
18 [Redacted]
19 [Redacted]
20 [Redacted]
21 [Redacted]
22 [Redacted]
23 [Redacted]
24 [Redacted]
25 Q. And if I understand correctly, SBI stopped

**67**

1  mining in Russia because of issues around the Ukraine
2  war; is that correct?
3  **A. That's correct.**
4  Q. Do you recall when that mining ceased?
5  **A. Probably right around the timeframe of the**
6  **beginning of the war. I don't recall the exact date.**
7  Q. Were you involved in that decision?
8  **A. I was not.**
9  Q. Who made that decision?
10 **A. I don't recall who specifically would have**
11 **made the ultimate decision; however, at the timeframe, I**
12 **believe Carson Smith, as the CEO and Representative**
13 **Director would be in the situation.**
14 Q. Do you -- do you know whether SBI was involved
15 in the design of the facility in Iceland?
16 **A. As to what capacity of SBI's involvement in**
17 **Iceland's design and data center, I do not recall.**
18 Q. What about in Sweden?
19 **A. That, I do not recall.**
20 Q. What about Virginia Beach?
21 **A. I do not recall.**
22 Q. What about Russia?
23 **A. Russia, I do not recall.**
24 Q. Okay. Were you involved in any of the
25 negotiations for the hosting agreement -- either hosting

**68**

1  agreement between SBI and Whinstone?
2  **A. Negotiations of the agreement between SBI and**
3  **Whinstone, I was not directly involved in the**
4  **negotiations.**
5  Q. Have you had any direct discussions with any
6  representative of Whinstone?
7  **A. I don't recall specific communications;**
8  **however, there may have been some e-mail exchanges and**
9  **perhaps a meeting or something in the past that I do**
10 **recall.**
11 Q. With who?
12 **A. Specifics of who, I don't quite — I don't**
13 **remember.**
14 Q. Have you gone back and searched your records
15 for communications with representatives of Whinstone?
16 **A. Any searches would have been done by the IT**
17 **department and those would have been — would have been**
18 **done.**
19 Q. When you say searches would have been done by
20 the IT department, what do you mean, sir?
21 **A. By a help desk who would extract data.**
22 Q. Okay. Had -- were you involved in the process
23 of collecting documents to respond to discovery in this
24 lawsuit?
25 **A. The process of -- I'm sorry, can you repeat**

85

1   A.  No, I did not.
2   Q.  Did you speak with anyone other than counsel
3   in order to prepare for this deposition?
4   A.  No, I did not.
5   Q.  When was the last time that you talked to
6   Carson Smith?
7   A.  Carson Smith, I don't recall specifics.
8   Obviously, at his own deposition a few months ago.
9         After that time period again, I don't --
10  as it relates to the case, I don't recall.
11  Q.  When is the last time that you talked to Mr.
12  Tanemori?
13  A.  Again, I don't recall specifics.  Probably a
14  similar timeframe.  I would guess maybe a few months
15  ago.
16  Q.  What -- what do you recall speaking to Mr.
17  Tanemori about a few months ago?
18  A.  I believe at that time he was just inquiring
19  about whether or not there's anything further that we
20  needed of his services.
21  Q.  What did you tell him?
22  A.  I said at that point in time I was unaware of
23  anything further.
24  Q.  Did you speak with any of SBI's experts in
25  preparing for this deposition?

86

1   A.  Which experts are those?
2   Q.  Phillip Isaac.
3   A.  Did I -- I -- in -- in preparation for this
4   deposition?
5   Q.  Yes, sir.
6   A.  In preparation for this deposition, no.
7   Q.  What about Charles Byers?
8   A.  No.
9   Q.  What about Michael Schuler?
10  A.  Again, in preparation for this deposition, no.
11  Q.  What about Dr. Randall Valentine?
12  A.  In preparation for this deposition, no.
13  Q.  Have you spoken to Phillip Isaac in connection
14  with this litigation?
15  A.  If I recall correctly, I may have had a call
16  with him at some point in the past, yes.
17  Q.  About what?
18  A.  Again as I sit here, I don't recall the
19  specifics; however, I'm sure around either the preps,
20  the damage, assessments, reports may -- may have been
21  the subject matter.  I really don't recall specifically.
22  Q.  Okay.  Did you provide any specific
23  information to Mr. Isaac regarding this litigation?
24  A.  Specifically to Mr. Isaac, I don't recall the
25  specificness.  It would be hard to categorize something

87

1   as -- specifically to one individual versus others.
2         So I think if there were any questions
3   that were asked of me, I would have answered and
4   contributed in any way that I -- that I could.
5   Q.  Understand.
6         Are you aware of any specific documents
7   that you have gathered and provided directly to Mr.
8   Isaac?
9   A.  Not as I sit here, I don't recall.
10  Q.  How about any specific documents that you have
11  identified, gathered and provided to Charles Byers?
12  A.  That I do not recall.
13  Q.  Have you spoken directly to Mr. Byers?
14  A.  I believe there again similarly may have been
15  a call in the past in which we spoke.
16  Q.  What did you speak about?
17  A.  Specificness at this moment, I don't recall.
18  Q.  Okay.  Did you take notes from that
19  conversation with Mr. Byers?
20  A.  I did not.
21  Q.  Okay.  What about any conversations with Mr.
22  Isaac, have you taken notes about those conversations?
23  A.  No.
24  Q.  Have you spoken directly to Michael Schuler?
25  A.  Michael Schuler, I don't recall if he was on

88

1   any -- any call or e-mail exchanges, I don't recall.
2   Q.  So have you communicated by e-mail directly
3   with Mr. Schuler?
4   A.  I don't recall.
5   Q.  What about Mr. Byers?
6   A.  Likewise, I don't -- I don't specifically
7   recall.
8   Q.  What about Mr. Isaac?
9   A.  Likewise, I don't specifically recall.
10  Q.  Did you take notes of your conversation if it
11  occurred with Mr. Schuler?
12  A.  I don't believe so.
13  Q.  Okay.  Have you had direct conversations with
14  Dr. Randall Valentine?
15  A.  Dr. Randall Valentine, likewise I believe on a
16  -- perhaps on a call.
17  Q.  What did you talk to him about?
18  A.  I believe the overall arching themes would
19  have been consistent on -- on the call in terms of
20  ensuring that any analysis that's being conducted was
21  predominantly driven by facts and data and that it could
22  withstand scrutiny.
23  Redacted
24
25



89

Redacted

6    Q.  Okay.  So let me break that down a little bit.
7         You said that -- that you've had a
8    conversation with Mr. Valentine to make sure that his
9    views are supported by facts and empirical data?
10        What specific facts have you provided to
11   Mr. Valentine?
12   A.  I don't recall the specifics of the data
13   provided.  For the most part, I was trying to remain
14   independent of their process, them being experts, in
15   terms of evaluating their models.

Redacted

91

1    provide any specific comments to Mr. Valentine about any
2    of the models that he's presented to you?
3    A.  I don't recall any specific --
4    Q.  Okay.
5    A.  -- elements.

Redacted

12   Q.  Okay.  What specific data, if any, have you
13   provided to Mr. Valentine?
14   A.  I don't recall specifically around data, yeah.

Redacted

90

Redacted

3         (Crosstalk)
4    Q.  When -- when you say going through models, did
5    Mr. Valentine provide you copies of the models that he
6    prepared?
7    A.  I recall seeing a version, I believe.  I don't
8    remember the timeframe.
9    Q.  In what manner was it presented to you?
10   A.  I can't recall the actual medium; however --
11   yeah, whether it was --
12   Q.  Have you communicated with Mr. Valentine --
13   A.  -- e-mail --
14   Q.  -- in e-mail?
15   A.  I believe there were some communications
16   around invoicing.
17   Q.  Have you provided any specific comments
18   regarding any of the models that he's provided?
19   A.  Again, I've tried to remain independent of the
20   process to let the experts review the facts and data and
21   come up with their own analysis and conclusions.
22        MR. SLOVAK:  Okay.  I -- I'm going to
23   object as nonresponsive.  My question wasn't what you
24   tried to do.
25   Q.  (BY MR. SLOVAK)  My question is:  Did you

92

Redacted

93

1  continue to hold onto our positions.
2      Q.   During what year?
3      A.   I don't recall the specific years and -- and
4  dates.
5      Q.   Did you participate in any board meetings
6  prior to becoming the CEO and responsible director in
7  September of 2023?
8      A.   That, I do not recall.
9      Q.   Were you part of defining the policy with
10 respect to Bitcoin for SBI Crypto before you took over
11 as the CEO and Representative Director in September of
12 2023?
13     A.   Did I -- your question is:  Did I participate
14 in the policy before?
15     Q.   In defining that policy before you became CEO
16 and the Representative Director in September of 2023?
17     A.   That was not part of my responsibilities.
18     Q.   Have you ever attempted to perform any
19 calculation of SBI's lost profits in connection with
20 this case?
21     A.   I have left the calculation of that to
22 experts.
23     Q.   And you didn't refine those calculations in
24 anyway?
25     A.   Again, I wanted to remain impartial, so I left

94

1  the --
2      Q.   Is that a, no, you didn't refine those
3  calculations in any way?
4      A.   Refine the calculations?
5          So, what's the definition -- can you
6  restate --
7      Q.   Look, I'm not trying to be obtuse here.
8          Let me just ask it this way:  You didn't
9  yourself perform any calculations of lost profits
10 related to this litigation; is that fair?
11     A.   I left that -- yes, I left that to the
12 experts.
13     Q.   And did you make any specific suggestions to
14 the experts about how to go about performing their
15 calculations?
16     A.   Specific suggestions?
17         I don't recall any specific suggestions.
18     Q.   Did you make any comments about how to change
19 any of their calculations?
20     A.   I don't recall any comments as such to change
21 their calculations.
22     Q.   How about any of the methodologies they use to
23 perform their calculations?
24     A.   Methodologies used to perform their
25 calculations?

95

1          I don't recall.
2      Q.   And you -- you were here when Mr. Smith
3  testified in this case and saw that he had created some
4  spreadsheet models.
5          Do you recall that?
6      A.   Yes, I was here during his test -- testimony,
7  his deposition.  As to how the spreadsheets and models
8  were created who had an input into which component, I
9  don't recall exactly the nuance --
10     Q.   Well, were you --
11     A.   -- of his testimony.
12     Q.   -- involved in the preparation of those
13 spreadsheets?
14     A.   Was I involved in the preparation of the
15 spreadsheets?
16         Again, I left that to the experts that we
17 designated.
18     Q.   And -- and we're speaking past one another.
19 I'm speaking about Mr. Smith's spreadsheets --
20     A.   Uh-huh.
21     Q.   -- the ones he testified about.
22         My question to you is:  Were you involved
23 in the preparation of those spreadsheets?
24     A.   I was not involved in the preparation of those
25 spreadsheets.

96

1      Q.   Were you involved in providing any comments
2  about how to change those spreadsheets in any way?
3      A.   Again, no, I did not contribute to.
4      Q.   Have you ever spoken with anyone at
5  Kaboomracks?
6      A.   Kaboomracks?
7          I believe they're -- they're typically
8  around at some of the mining convention events.  So I
9  believe over the years, I have spoken and met with a few
10 individuals.
11     Q.   Have you spoken to anyone at Kaboomracks about
12 the Rockdale facility?
13     A.   About the Rockdale facility?
14     Q.   Yes, sir.
15     A.   About the Rockdale facility, I don't recall.
16     Q.   Have you reviewed any communications from
17 anyone at Kaboomracks about the Rockdale facility?
18     A.   Communication about the conditions at the
19 Rockdale facility?
20     Q.   I -- I didn't --
21     A.   I --
22     Q.   -- limit it to conditions.
23         Have you had any communications with
24 anyone at Kaboomracks about the Rockdale facility,
25 period?

CONFIDENTIAL- ATTORNEY'S EYES ONLY
Transcript of Nick Vitalis
Conducted on July 7, 2025

26 (101 to 104)

---

101

1          Prior to September 2023, do you have any
2  personal knowledge about what, if anything, SBI did to
3  preserve documents related to this litigation?
4      **A.  Again, e-mail and file retention policies are**
5  **in place, data would have been preserved and extracted**
6  **based on requests.**
7      Q.  What are the document for retention policies?
8  How long are e-mails preserved, sir?
9      **A.  If I recall correctly from communication with**
10  **the help desk, my understanding is that e-mails are**
11  **retained indefinitely.**
12      Q.  Okay.  Is there a written policy?
13      **A.  That, I am not aware.**
14      Q.  Have you ever seen a written policy in that
15  respect?
16      **A.  I don't recall.**
17      Q.  Okay.  So it's your -- it's your testimony
18  that all e-mails of SBI are preserved indefinitely,
19  meaning none are ever deleted?
20          Is that your testimony?
21      **A.  My testimony is on the basis of the**
22  **information that was given to me by our help desk.**
23      Q.  And that information was given to you after
24  September of twenty --
25      **A.  After September of 2023.**

---

102

1          And my recollection is that the response
2  was, e-mails are kept indefinitely.
3      Q.  Right.  And -- and you don't know as you sit
4  here today what efforts, if any, were specifically taken
5  to preserve information responsive to -- to discovery in
6  this litigation prior to September of 2023, correct?
7      **A.  Efforts were made to preserve information**
8  **prior to September of 2023?**
9      Q.  Well, let me -- let me just try -- I'm not
10  trying to be confusing here.
11      **A.  Yeah.**
12      Q.  You weren't personally involved before
13  September of 2023 in preserving information relevant to
14  this lawsuit, right, sir?
15      **A.  I was not involved directly before September**
16  **of 2023 in the extraction of -- yeah.**
17      Q.  I understand.  And SBI employed Muroo to
18  handle its miners in Kyrgyzstan and Russia, right?
19      **A.  I'm sorry, can you repeat that again?**
20      Q.  Muroo --
21      **A.  Yes.**
22      Q.  -- is the party that's responsible for
23  handling the miners in Kyrgyzstan and Russia, correct?
24          MR. JOHNSON:  Objection, form.
25      **A.  I'm not sure what you mean by handling.**

---

103

1      **I -- I believe -- again, I wasn't**
2  **involved.  I believe there was a relationship of some**
3  **facets with Muroo systems in -- in those sites.**
4      Q.  (BY MR. SLOVAK)  Okay.  Well, we'll look at
5  the contract here in a second.
6          But have -- to your knowledge -- well,
7  have you ever reached out to anyone from Muroo and asked
8  them to provide information responsive to requests for
9  production in this lawsuit?
10      **A.  I have.**
11      Q.  Okay.  Who did you reach out to?
12      **A.  I reached out to the CEO of --**
13      Q.  When did you --
14      **A.  -- Muroo.**
15      Q.  -- do that?
16      **A.  I don't recall the specifics.  It was sometime**
17  **last year, I believe, when there was an initial requests**
18  **for any data related to Russia.**
19      Q.  Who is the CEO?
20      **A.  Mr. Hung.**
21      Q.  What's his first name?
22      **A.  I'm sorry, it's Chinese.  I don't recall off**
23  **the top of my head.**
24      Q.  Okay.  And -- and were you provided any
25  information from Muroo?

---

104

1      **A.  I wasn't provided -- I wasn't provided**
2  **information, but I was replied with a response.**
3      Q.  So you communicated with them in writing?
4      **A.  I don't recall the -- the medium.**
5          **Typically, with Muroo Systems, it was**
6  **usually phone calls and -- and meetings.**
7      Q.  Okay.  So let me ask it more specifically.
8          Do you recall having a specific written
9  communication with any representative of Muroo about
10  collecting information related to this lawsuit?
11      **A.  Again, I don't recall specifically --**
12      Q.  Okay.
13      **A.  -- as I sit here.**
14      Q.  The conversation that you had with -- with the
15  CEO occurred sometime in 2024; is that correct?
16      **A.  I believe that's correct.  I don't remember**
17  **the exact date, but, yes.**
18      Q.  Okay.  Have you had a conversation with anyone
19  at Muroo about collecting information responsive to
20  discovery in this case during your 2025, sir?
21      **A.  2025, I -- I don't recall.**
22      Q.  Okay.
23      **A.  Yeah.**
24      Q.  And if you communicated with someone at Muroo
25  in writing about obtaining documents in this case, you

---

109

1   Q.  So if you take a look at paragraph 5 where it
2   says confidentiality notice --
3   A.  Uh-huh.
4   Q.  -- pursuit of special damages arriving from
5   breach.  (Riot or Whinstone owes us our mining revenue
6   for the remaining term?)
7       Have you ever had any discussions with
8   anyone about that?
9   A.  I do not remember -- remember recall having
10  any conversations related to to this.
11  Q.  Okay.  So have you ever communicated with
12  anyone at Riot?
13  A.  At Riot?
14  Q.  Yes, sir.
15  A.  At Riot?
16      I don't recall any specific communications
17  with anyone at Riot.
18          Redacted
19
20
21
22
23
24
25

110

1           Redacted
2
3   Q.  Do you recall who that was with?
4   A.  I do not recall.
5           Redacted
6
7
8
9   Q.  When did those discussions occur?
10  A.  Specific dates, I don't recall.
11  Q.  Okay.  Was it before or after you took over as
12  CEO?
13  A.  That would be before.
14  Q.  Was it before or after the contract between
15  SBI and Whinstone was signed?
16  A.  That I do not recall.
17          Redacted
18
19
20
21
22  Q.  Where did you meet?
23  A.  It was over a phone call.
24  Q.  Do you recall what year?
25  A.  I don't recall the year.

111

1   Q.  Were there any representatives of Whinstone on
2   that call?
3   A.  As I sit here today, I don't remember -- I
4   don't recall any representative from Whinstone, yeah.
5           Redacted
6
7
8
9
10  Q.  When?
11  A.  The specific dates, I don't recall.
12  Q.  Was it gearing the relationship between SBI
13  and Whinstone?
14  A.  I don't recall the specific dates.
15  Q.  Was it prior to you taking over as the CEO?
16  A.  Prior to, yes.
17          Redacted
18
19
20
21
22
23
24
25

112

1           Redacted
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



117

1 [Redacted]
2
3
4
5
6
7
8
9
10
11
12    Q.  Okay.  I'm going to hand you what was
13 previously marked as Tanemori Exhibit 13, and this is an
14 e-mail with the long letter attached to it with e-mails
15 from Carson Smith to Chad Harris and others --
16    A.  Uh-huh.
17    Q.  -- dated June the 3rd of 2022.  And then
18 attached to it is what's -- a letter titled, Claim for
19 Damages.
20        Were you involved in the preparation of
21 this letter attached to Tanemori 13?
22    A.  I'm sorry, give me a minute just to review
23 this.
24        Your question was whether I was involved
25 in this communication?

118

1    Q.  Yes.
2    A.  I don't believe I was copied or cc'd on this
3 particular e-mail, and I don't recall being involved in
4 the drafting of this.
5    Q.  Okay.  Do you recall -- recall providing any
6 comments to the letter before it went out?
7    A.  To the specific letter, I don't recall any
8 comments.
9    Q.  Do you have any personal knowledge as to why
10 there was a delay of almost a year between Tanemori 18
11 and Tanemori 13, the two exhibit in front of you?
12    A.  Sorry, I'm not -- not aware of -- of any
13 specific -- specific usage of the word delay in this
14 regard.
15    Q.  Well --
16    A.  All I see in front of me are just two e-mails.
17    Q.  Okay.  So -- fine.  I won't use the word
18 delay, if we want to quibble over it.
19    A.  Sorry.
20    Q.  So are you aware of why there's a lapse in
21 time between the transmission of Tanemori 18 and
22 Tanemori 13?
23    A.  Again, I wasn't involved in submission of
24 these documents --
25    Q.  Okay.

119

1    A.  -- so I can't comment.
2    Q.  Okay.  And do you know whether there was a
3 litigation hold put in place at or around the June 3rd
4 of 2022 by SBI?
5    A.  Sorry, I think I've already testified I'm not
6 aware and don't recall the litigation hold.
7 [Redacted]
8
9
10
11
12
13
14
15
16
17
18
19
20
21    Q.  I don't know why anybody numbers like this.
22    A.  Yeah.
23 [Redacted]
24
25

120

1 [Redacted]
2
3
4    Q.  And you don't know why it's highlighted in
5 red?
6    A.  I was not part of drafting this document.
7 [Redacted]
8
9
10    Q.  Yes, sir.
11    A.  Is that your question?
12    Q.  Yep.
13    A.  Again, I was not directly involved in
14 negotiations of the contract and/or subsequent
15 invoicing; however --
16    Q.  Okay.  I'm going to hand you then what's been
17 marked previously as Tanemori 5.
18    A.  Okay.
19    Q.  This is an e-mail June of 2021 from Jonathan
20 Tanemori to Carson Smith -- Carson Blake, and then
21 Iokuda.
22    A.  Okay.
23    Q.  Who is Iokuda at SBI group?
24    A.  She's the individual I mentioned earlier in my
25 testimony; back office function for SBI Crypto.

CONFIDENTIAL- ATTORNEY'S EYES ONLY
Transcript of Nick Vitalis
Conducted on July 7, 2025

34 (133 to 136)

133

1    A.   A power supply inspection report?
2         I'm sorry, I'm not -- I'm not sure what
3    that's referring to.
4    Q.   Okay.  So you weren't involved in this; can't
5    say anything about --
6    A.   I wasn't -- I wasn't involved.
7    Q.   Okay.  And you can't say whether this
8    inspection report is accurate or where it came from,
9    right?
10   A.   I did not produce this, so I couldn't comment.
11   Q.   Okay.  The facility in Kyrgyzstan, did SBI
12   build that site?
13   A.   Kyrgyzstan, I wasn't directly involved.
14   Again, I am not sure who actually built the site.
15   Q.   Do you know who designed it?
16   A.   Again, I don't recall ever --
17   Q.   Okay.
18   A.   -- seeing any information related to it.
19   Q.   Are you aware of whether there are design
20   drawings for the Kyrgyzstan site?
21   A.   I believe some of the evidence submitted had
22   some basic drawings, perhaps some pictures.
23   Q.   Okay.  Do you know who designed the Kyrgyzstan
24   site?
25   A.   I don't recall.

134

1    Q.   Do you know who decide -- decided on the
2    design of that site?
3    A.   I do not recall.
4    Q.   Or the ventilation?
5    A.   I do not recall that.
6    Q.   Or temperature controls?
7    A.   I do not recall.
8    Q.   Do you know whether SBI consulted any ANSI
9    standards when designing the Russia facility?
10   A.   That, I do not recall seeing any information
11   on.
12   Q.   Do you know if SBI consulted any B-I-C-S-I
13   standards when designing the Russia facility?
14   A.   That, I also do not recall seeing any
15   information on.
16   Q.   Okay.  What about consulting any of the
17   A-S-H-R-A-E data center industry standards?
18        Do you know if SBI consulted any of those
19   when constructing the Russia facility?
20   A.   That, I also do not recall.
21   Q.   Are you aware of any testing that SBI
22   performed on the operations at the Russia facility?
23   A.   What's your definition of testing?
24   Q.   Any kind of testing?
25   A.   That, I do not recall.

135

1    Q.   Okay.  Do you know if SBI performed a
2    computational fluid dynamics analysis at the Russian
3    facility?
4    A.   That, I do not recall.
5    Q.   Do you know whether SBI filed a warranty claim
6    with Canaan?
7    A.   If SBI filed a warranty claim with Canaan?
8    Q.   Correct.
9    A.   Pertaining to what?
10   Q.   To miners that were purchased from Canaan?
11   A.   A warranty claim to Canaan?
12        No, I do not recall.
13   Q.   Do you know whether SBI performed any testing
14   on miners that came out of the Rockdale facility that
15   were shipped onto Russia?
16   A.   Testing of miners that came out of Rockdale
17   facility and shipped to Russia?
18        Yeah, I -- I do not recall.  I wasn't
19   involved.
20   Q.   Okay.
21   A.   Yeah.
22   Q.   And is -- is it your understanding that at
23   least some of them were put to use in Russia?
24        MR. JOHNSON:  Objection, form.
25   A.   Some of them were put to use in Russia?

136

1         That, I do not recall any specifics.
2    Q.   Just can't say either way?
3         MR. JOHNSON:  Objection, form.
4    A.   Again, I wasn't -- I was not involved.
5    Q.   (BY MR. SLOVAK)  Were any design changes made
6    to the Russia facility based on SBI's experience at
7    Rockdale?
8    A.   I don't recall any specifics.
9    Q.   Okay.  What about any modifications?
10        Were there any modifications to the
11   Russian facility based on SBI's experience at Rockdale?
12   A.   Again, I do not recall any specifics.
13   Q.   Okay.  How about any changes to the firmware?
14        Were there any changes to firmware at the
15   Russia facility as a result of the Rockdale operations?
16   A.   Any changes to the firmware as a result of the
17   Rockdale operations?
18        Firsthand knowledge, again I do not have
19   any recollection, nor specifics.
20   Q.   Okay.  What about any repairs to the PSUs?
21        Do you know if there were any repairs made
22   to the PSUs at the Russia facility because of the
23   experience at Rockdale?
24   A.   Repairs made to the PSUs at the Russia
25   facility?

**137**

1    Again, I have no firsthand knowledge
2  because I wasn't involved in the operations of Russia,
3  so I --
4     Q.  Okay.
5     A.  -- wouldn't be able to comment.
6     Q.  Do you know whether there were any design
7  changes made to the Kuwait facility based on the
8  experiences that SBI had at Rockdale?
9     A.  Again, I was not involved in the design for
10  Kuwait so I cannot comment.
11     Q.  Who designed the Kuwait facility?
12     A.  The design of the Kuwait facility, I -- I do
13  not know.
14          MR. SLOVAK:  So a couple of quick
15  questions about Russia.  I'm going to hand you what we
16  previously marked as Exhibit 31.
17              Redacted
18
19
20          THE WITNESS:  I'm sorry, give me a moment
21  just to have a look at it.
22          MR. SLOVAK:  Flip to the very back page.
23  It purports to have a signature of Carson Smith.
24          THE WITNESS:  Okay.
25          I'm sorry.  Did I get -- do I have two

**138**

1  copies?  Is that yours?
2          MR. JOHNSON:  Yeah, you might have two
3  copies.
4          THE WITNESS:  Oh, sorry.
5          MR. SLOVAK:  Do you want an extra?
6          MR. JOHNSON:  Keep your own paper.  I
7  have plenty.
8              Redacted
9
10
11
12
13
14
15
16
17     Q.  (BY MR. SLOVAK)  Well, does this reflect --
18  reflect your recollection that the Russia operations
19  were between SBI Crypto and Muroo Systems?
20     A.  Again, I'm not -- I'm not sure of the specific
21  nature of the contract or contracts.  I'm only seeing
22  one document here, so I couldn't -- I couldn't comment
23  if this is the entirety or --
24              Redacted
25

**139**

1     Redacted
2
3
4
5
6
7
8
9
10
11
12
13     Q.  Well, I -- I guess my question is:  At any
14  point have you seen any communications between Muroo and
15  SBI about the operations that are taking place and -- in
16  Russia?
17     A.  At any point in time have there been any
18  communications between Muroo and SBI regarding the
19  operations in Russia?
20     Q.  Yeah, like written --
21     A.  That's the question?
22     Q.  -- communications?
23     A.  Written communications, I do not recall.
24     Q.  Okay.  Well, if you --
25     A.  As they state --

**140**

1     Q.  Well, if you --
2     A.  Previously -- sorry.  As I stated previously,
3  a lot of the communications were via phone.
4              Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





141

Redacted

20  Q.  No.  I -- I understand what it says, and my
21 question is:  Do you -- are you aware of any -- that
22 they actually did anything to monitor and comply with
23 that obligation?
24      A.  I do not have any direct knowledge.
25      Q.  And I assume that you don't have any -- you're

142

1 not aware of any communications between SBI and Muroo
2 about how they complied with those obligations?
3      A.  I do not recall any such communications.
4      Q.  And you don't know if Muroo utilized air
5 filters at the Russian facility?
6      A.  Air filters?
7      Q.  Right.  Do you know if Muroo utilized air
8 filters at the Russian facility?
9          You can look at the contract, sir.  That's
10 -- I mean, it's going to tell you what their obligations
11 are.
12          My question is:  Do you know whether they
13 did it?  Do you know whether they utilized air
14 filters for the --
15      A.  I actually have no knowledge.
16      Q.  -- Russian facility?
17          Okay.  Do you know whether they provided
18 regular maintenance and replacement of air filters at
19 the --
20      A.  I have no knowledge.
21      Q.  Do you know whether they provided evaporative
22 cooling at the Russian facility?
23      A.  I don't recall any.
24      Q.  Do you know whether they pre -- prevented the
25 growth of mold and buildup on dust and filters and

143

1 equipment at the Russian facility?
2      A.  I don't recall any knowledge.
3      Q.  Do you know whether they performed regular
4 cleaning and removal of external environmental buildup
5 on or around the units, such as dust, at the Russia
6 facility?
7      A.  I don't recall knowledge of that.
8      Q.  Okay.  Do you know whether they limited
9 dehumidification, such that air supply to the units will
10 be consistently maintained at a temperature and humidity
11 range within the operating specifications of the units?
12          Do you know?
13      A.  I do not recall any such knowledge.
14      Q.  Do you have any personal knowledge of any kind
15 about what Muroo did to comply with its contracts for
16 operations at the Russia facility?
17      A.  As I stated before, I believe there were
18 periodic meetings between Muroo Systems and, if I recall
19 correctly, with Carson to discuss operations at the
20 facility.
21      Q.  Okay.  Were you involved in any of those?
22      A.  I do not recall being involved in those.
23      Q.  Okay.  And as you sit here today, you have not
24 seen a single document that reflects those discussions,
25 right?

144

1      A.  I did not say I didn't see a single document.
2 I said I do not recall seeing one.
3      Q.  Okay.  Well then I'll ask it differently.
4          Have you seen any written communications
5 between Muroo and any representative of SBI about the
6 operations at the Russian facility?
7      A.  I do not recall seeing any.
8      Q.  Okay.  Are you saying that they don't exist or
9 you're just saying you don't recall?
10          MR. JOHNSON:  Objection, form.
11      A.  I've already the answered question.  I don't
12 recall.
13      Q.  (BY MR. SLOVAK)  Well you -- you answered a
14 different question than what I asked and you -- and you
15 spliced it and said I said -- I don't recall seeing it.
16          So my question is -- the first question is
17 going to be:  Are you saying definitively that there
18 were no written communications between Muroo and SBI
19 about the operations at the Russia facility?
20          MR. JOHNSON:  Objection, form.
21      A.  I do not recall seeing communications.
22      Q.  (BY MR. SLOVAK)  Okay.  And do not recall
23 seeing them is different than saying they didn't happen.
24          Do you know if they did or did not happen,
25 sir?

157

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF TEXAS
2              WACO DIVISION
                    )
3    SBI CRYPTO CO., LTD.,    )
                    )
4                    )
                    )
5    PLAINTIFFS,  )
                    ) CIVIL ACTION
6    VS.              )
                    ) No. 6:23-cv-252-ADA-JCM
7                    )
     WHINSTONE US, INC.,     )
8                    )
                    )
9                    )
     DEFENDANTS.  )
10
11
     _____
12
         REPORTER'S CERTIFICATION
13       DEPOSITION OF NICK VITALIS
              JULY 7, 2025
14   _____
15       I, Kelly Bryant, Certified Shorthand Reporter in
16   and for the State of Texas, hereby certify to the
17   following:
18       That the foregoing deposition of NICK VITALIS, the
19   witness, hereinbefore named was, at the time named,
20   taken by me in stenograph on JULY 7, 2025 having been
21   first duly cautioned and sworn to tell the truth, the
22   whole truth, and nothing but the truth, and the same
23   were thereafter reduced to typewriting by me or under my
24   direction.
25

158

1        I further certify that pursuant to FRCP Rule
2    30(f)(1) that the signature of the deponent:
3
4        _____ was requested by the deponent or a party
5    before the completion of the deposition and is to be
6    returned within 30 days from date of receipt of the
7    transcript.  If returned, the attached Changes and
8    Signature Page contains any changes and the reasons
9    Therefor;
10
11       __XXX__ was not requested by the deponent or a
12   party before the completion of the deposition.
13       I further certify that I am neither counsel for,
14   related to, nor employed by any of the parties in the
15   action in which this proceeding was taken, and further
16   that I am not financially or otherwise interested in the
17   outcome of the action.
18       GIVEN UNDER my hand of office on July 14th, 2025.
19
20       *Kelly Bryant*
         KELLY BRYANT
         Texas CSR No. 5772
21       Expiration Date:  07/31/25
22
23
24
25