

ATTORNEYS AT LAW

2021 MCKINNEY AVENUE, SUITE 1600
DALLAS, TX 75201-3340
214.999.3000 TEL
214.999.4667 FAX
WWW.FOLEY.COM

bmarx@foley.com
(214) 999-4754

September 17, 2025

Honorable Derek Gilliland
United States Magistrate Judge
800 Franklin Avenue
Waco, Texas 76701

    Re:    *SBI Crypto Co., LTD v. Whinstone US, Inc.*, Case No. 6:23-CV-00252-ADA-JCM, in the United States District Court for the Western District of Texas—Waco Division

Dear Judge Gilliland:

    In the Court's Order Granting Unopposed Motion for Leave to File Under Seal (DKT. NO. 89) dated September 10, 2025 (ECF No. 100), the Court asked Defendant Whinstone US, Inc. ("Whinstone") to file redacted copies of "Exhibit 1 – the supplemental report of Dr. Randall Valentine (Dkt. No. 89-1), Exhibit 2 (Dkt. No. 89-2), and Exhibit 3 – the initial expert report of Dr. Randall Valentine (Dkt. No. 89-3)" to Defendant Whinstone US Inc.'s Emergency Motion to Strike Plaintiff SBI Crypto Co., Ltd.'s Untimely "Supplemental" Expert Reports and Undisclosed Expert (ECF No. 90)) within "seven (7) days of the date of this order." As requested, please find attached hereto as Exhibits 1-3 those documents with the information that SBI believes should be redacted.

    Sincerely,

    FOLEY & LARDNER LLP

    */s/Brandon C. Marx*
    Brandon C. Marx

cc:  All counsel of record