# EXHIBIT 1
# (Under Seal)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**SBI Crypto Co., Ltd.,**

*Plaintiff,*

v.

**Whinstone US, Inc.,**

*Defendant.*

Civil Action No.: 6:23-cv-252

## SUPPLEMENTAL  EXPERT REPORT OF
## DR. RANDALL VALENTINE
## Dated: July 16, 2025

## SUBJECT TO PROTECTIVE ORDER

Valentine Forensic Finance
Randall Valentine, B.S., M.S., Ph.D.
P.O. Box 6566
Gulfport, MS 39501
(228) 236-4133

A.     **Executive Summary**

1.      The Plaintiff, SBI Crypto Co., Ltd. ("SBI"), claims that its crypto miners generated less Bitcoin and mining rewards than those miners otherwise would have but for the alleged acts and omissions of Defendant Whinstone US, Inc. ("Whinstone").

2.      This report (the "Supplemental Report") quantifies the lost net profit damages SBI suffered, assuming Whinstone is liable to SBI, pursuant to SBI's various claims that its crypto miners would have mined significantly more Bitcoin but for the alleged conduct of Whinstone, and that but for the conduct of Whinstone, SBI's miners at the Texas facility operated by Whinstone would have comparably performed to SBI's miners at a facility located in Russia.[1]  The Addendum updates my assessment as to damages and as to my analysis of, and observations on, the supporting documentation to the damages quantification as expressed in my report dated March 28, 2025 (my "March 2025 Report").

3.      This "but-for" operational period includes the assumed operation of Whinstone's Texas facility starting from the original expected "Ready For Use Date" or "RFU" Date under the Agreement, assumed to be December 15, 2019,[2] to the end of the assumed four-year period of useful life of operation of SBI's miners ending December 14, 2023.  The supplemental report is adjusted, in part, to reflect the adjustment of "but for" the month of July, 2021, which was previously omitted due to a ramp up period that would not be necessary if not for the alleged breach of contract.

4.      My report segments the damages into 3 separate time periods:

Time Period 1: December 15, 2019 to June 30, 2020 (representing the period from the original expected Ready for Use Date or "RFU Date" and the date prior to the actual start date of mining).

Time Period 2: July 1, 2020 to June 30, 2021 (representing the period of actual mining but underperformance); and

Time Period 3: July 1, 2021 to December 14, 2023 (representing the period of expected useful life of SBI's miners deployed in Whinstone's facility).

5.      My valuation includes scenarios of lost net profits resulting from the additional Bitcoin that would have been mined but for the conduct of Whinstone during the period from December 15, 2019 to December 14, 2023 as well as the appreciation in the market value of the retained additional mined Bitcoin from the dates of additional Bitcoin mining in each Time Period to July 12, 2025.

6.      In reviewing the initial damages model, it became evident that hosting expenses were over allocated. Specifically, the model first deducted hosting costs directly

---

[1] Hosting Service Agreement, Bates-stamped SBIC0003883-3906.
[2] Hosting Service Agreement, Bates-stamped SBIC0003883-3906, Section 3.13.1.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

from gross mining revenue and then applied a retention ratio—intended to reflect the portion of mined Bitcoin retained after covering hosting expenses. However, this retention ratio already implicitly accounted for the sale of Bitcoin to cover hosting costs. As a result, the model overstated the deduction by both subtracting hosting expenses explicitly and applying a retention ratio premised on the same outflows. The corrected approach recognizes that the retention ratio functions as a proxy for net proceeds after hosting costs are settled and therefore renders the separate line-item deduction of hosting expenses redundant. This refinement ensures a more accurate and reliable calculation of net Bitcoin revenue attributable to SBI Crypto's mining operations.

7.      I have estimated SBI's economic damages as of July 12, 2025, based upon the market price of cryptocurrency Bitcoin as of that date[3] as: $351,349,050 (3438.96 BTC), including an estimated 3% deduction for pooling, non-Bitcoin mining, and other expenses.

| Time Period | USD Value | BTC Mined |
|---|---|---|
| Time Period 1 | $134,881,648 | 1132.32 |
| Time Period 2 | $64,898,025 | 1049.34 |
| Time Period 3 | $162,435,842 | 1363.65 |

8.      The methodology for calculating economic losses in Period 1 and Period 3 are based on the average hashrate of Bitcoin from Luxor Technologies ("Luxor") during those time periods.

9.      For Period 2, I have calculated lost net profit damages based upon inefficiencies in mining operations at the Whinstone facility attributed to increased operational costs, downtime, and suboptimal production levels when compared to SBI's operation of the same number and type of A10 miners at a data center facility in Russia. This methodology, which is referred to as an "Event Study", is an accepted methodology in my field for calculating damages.  An event study methodology is used to isolate and measure the abnormal return attributable to a specific event—such as a change in mining location—by comparing actual performance to expected performance based on historical benchmarks. In this case, using data from the same A10 machines previously deployed in Russia provides a validated baseline, allowing analysts to determine whether the machines underperformed or overperformed abnormally in Texas due to external factors like heat, infrastructure, or operational inefficiencies.

---

[3] The value of one Bitcoin as of July 12, 2025 was $119,118.80.  I intend to update the calculation of damages at trial date using the price of Bitcoin at the most recent date available prior to trial to calculate the lost net profits damages SBI suffered.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

10.    Using an event study comparing Russia and Whinstone was the most appropriate methodology because it involved the same company operating identical A10 miners, ensuring that any observed differences in output could be attributed to external factors rather than variations in equipment, operator behavior, or configuration. The graph below represents a direct comparison between the expected hashrates generated using exclusively Luxor data and the actual hashrates mined at Whinstone, highlighting performance discrepancies over the observed period using the same methodology as in Time Periods 1 and 3.[4]



11.    While the conclusions presented in this report are based solely on contemporaneous data analysis and independent valuation methods, it is worth noting that the Expert Report of Chuck Byers dated March 27, 2025, reached observations that are consistent with my findings. My understanding is Byers' report concludes that inadequate ventilation and environmental controls at the Whinstone facility led to the failure and underperformance of SBI's A10 miners relative to the A10 miners operating in Russia. Specifically, Byers' report identifies under-performance and inefficiencies of SBI's miners at the Whinstone facility during Time Period 2.[5] His estimation is consistent with the relative lost profit estimated in this report.

12.    To ensure a conservative and reliable valuation, the Luxor- based output estimates across Periods 1, 2, and 3 were adjusted to reflect operational inefficiencies inherent in real-world mining conditions. Specifically, a 5% adjustment was applied to account for known downtime and power interruptions, particularly relevant during Period 2. Additionally, a separate 5% reduction was incorporated to capture hashrate efficiency losses stemming from environmental stress and machine degradation. These

---

[4] There is no significant difference between the event study and using Luxor data, with Luxor being less than 3 Bitcoins higher.
[5] Initial Expert Report of Chuck Byers.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

dual adjustments were made to avoid overstating expected output and underscore the reliability of the observed underperformance across all three periods.

13.     A forensic examination was conducted of all blockchain addresses associated with SBI Crypto's mining operations. This analysis involved tracing and aggregating the Bitcoin mined across these addresses over time, using publicly available blockchain records. The resulting totals were then compared against SBI's internal accounting documents as well as figures provided by Muroo. The investigation confirmed that the aggregate amount of Bitcoin mined, as reflected on the blockchain, closely approximated the totals reported internally and by Muroo, thereby validating the accuracy and consistency of the mining records across independent sources.[6]

14.     SBI Crypto operated within a Full Pay Per Share (FPPS) mining pool model, where the mining pool itself assumes all the operational and market risks, including block volatility and transaction fee fluctuations. Under this arrangement, miners are compensated solely based on the number of valid shares submitted, independent of whether a block is successfully mined. This structure ensures that miner payouts remain stable and predictable. As a result, the hashrate data sourced from Luxor Technologies— used to calculate expected earnings—is not only accurate but effectively guaranteed. Luxor's data is based on the same FPPS model that uses terahashes per second per day, which essentially sells hashrate. Because the FPPS model guarantees payment per share regardless of pool success, the Luxor hashrate data provides a reliable basis for assessing SBI Crypto's entitled mining output during the relevant periods[7].

15.     An alternative to the FPPS model considered is the Pay Per Last N Shares (PPLNS) model, miners are rewarded based on the number of valid shares they contributed during the last "N" shares submitted before a block is found. This method is used by a majority of miners.[8]  This means that rewards depend on the pool's luck in successfully mining a block, as opposed to being fixed. However, when it comes to transaction fee rewards, which are shared under PPLNS.  These fees currently represent a very small portion of total mining rewards compared to newly issued Bitcoin. As a result, the difference in payouts between PPLNS and the more stable Full Pay Per Share (FPPS) model is minimal in most cases. Over time, even if the proportion of transaction fees increases, the overall earnings for miners under PPLNS will still tend to closely approximate those under FPPS.  In either circumstance, the hashrates from Luxor do reflect substantiated mining losses.  The FPPS model was used in the analysis due to SBI Crypto using this exclusively during the time periods considered.

---

[6] Blockchain Report for SBI Addresses.
[7] MiningPoolStats. (n.d.). *Bitcoin (BTC) mining pool stats*. https://miningpoolstats.stream/Bitcoin
[8] Bitcoin Mining Pool Data | Hashrate Index | HashrateIndex.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER



16.    Each Time Period damages amount was calculated by reviewing actual and comparable transactions since December 15, 2019, ensuring each was evaluated against current market rates for hashrate, comparable transactions, and the economic terms of the Agreement (see SBI Crypto Calculations[9]; Time Period Calculations Sheet 7).

---

[9] SBIC0005997.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER



a.  A downward adjustment was applied to ensure the final calculation included an estimate of all identified relevant costs. Although 99.2% of all mining activity was in Bitcoin, a small portion—approximately 0.8%—consisted of Bitcoin SV (BSV) and Bitcoin Cash (BCH), which were promptly converted into Bitcoin for accounting consistency. Additionally, roughly 1% of mined Bitcoin was allocated to cover pooling costs. To conservatively account for these factors, as well as other nominal operational deductions, the total mined output was reduced by 3%. This is a prudent measure based on my professional judgement, to prevent overstatement of mined Bitcoin and reflect a realistic, Net Lost Profits estimate. **Accordingly, $362,215,515 adjusted by 3% results in a final adjusted value of $351,349,050 or 3438.96 BTC.**

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER



17.     Additionally, adjustments have been made to each number by a factor of 51.92%, which accounts for the percentage SBI Crypto kept as mined Bitcoin between December 15, 2019 and December 14, 2023. This calculation is shown at Scenario_Alpha_Valentine monthly retention ratio. This analysis was calculated by comparing the total revenue generated in Bitcoin (BTC) against the actual amount of BTC that was sold to cover hosting and other operational expenses. The differences were then adjusted proportionally to account for known factors such as pooling fees, non-Bitcoin mined conversions, and administrative costs, resulting in the finalized loss estimates reflected in the chart above.[10]

18.     This Supplemental Report provides a comprehensive explanation of the data sources utilized in the original analysis. It includes documentation and validation from multiple independent and verifiable entities. Specifically, the report details the use of mining data sourced from Luxor Technologies, a U.S.-based analytics firm recognized for its institutional-grade infrastructure and SOC 2 Type 2 certifications, which affirm its compliance with rigorous data security and reliability standards. The Supplemental Report also references internal audit records from SBI Crypto[11], which offer transactional-level insight into mining operations, as well as third-party audit attestations conducted by Deloitte Touche Tohmatsu LLC (Deloitte Japan)[12], confirming the accuracy of SBI's financial and operational disclosures. In addition, the report includes detailed statements and contractual documentation from Muroo Inc.,[13] outlining the specific percentage of

---

[10] Scenario_Alpha_Valentine_Retention Ratio by Month.
[11] Internal audit documents shown at SBIC0005938-6044.
[11] External audit documents are shown at SBIC0010456-463.
[13] Muroo Contract shown at SBIC0003699-3710.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

Bitcoin mining proceeds to which it was entitled under the terms of its operating agreement with SBI Crypto. Collectively, these sources establish a robust factual foundation that substantiates the conclusions of the original report.

19.    The table below provides a breakdown of the total estimated losses by period (see calculations at SBI Crypto Calculations[14])



20.    Each time period within the analyzed range is fully documented with source data, including specific hashrate outputs—defined herein as the computational power, measured in terahashes per second (TH/s), delivered by miners to solve Bitcoin blocks. For each interval, the reported hashrate is cross-referenced with SBI A10 miners operating in Russia, which is the identical equipment operating at the Whinstone facility to establish a reliable performance baseline. These comparisons include documented output figures from third-party mining operations and facility-level benchmarking data, ensuring that the analysis reflects both actual performance and industry-standard expectations. This approach allows for a precise assessment of operational output and reinforces the credibility of the damage calculations.

## B.    Expert Witness Qualifications

1.    I am qualified to express an expert opinion on damages in this matter as a result of my education, training and experience. I hold a PhD in Finance and have academic and professional experience of over 25 years, including published research, financial analysis, financial technology, investment strategy, artificial intelligence, and quantitative analysis. I have been retained as an expert witness in over 100 matters, with

---

[14] The native Excel spreadsheets, provided contemporaneously with this report, are entitled "SBI Crypto Calculations--Supplemental Report" and "Scenario_alpha Valentine Supplemental Report."

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

a significant number of these involving those involving cryptocurrency and financial damages. My CV and Rule 26 disclosures are shown at Attachment A to this report.

## C.    Analysis of Time Period 1

1.    During Time Period 1, which followed the execution of the contract between SBI Crypto and Whinstone, Whinstone allegedly failed to fulfill its contractual obligation to construct and operationalize the agreed-upon mining facility[15]. Despite the agreement being in full effect, SBI Crypto alleges that no infrastructure was delivered, and no hosting capacity was made available to SBI Crypto. As a direct result of this alleged non-performance, SBI Crypto was unable to deploy its mining equipment and generate cryptocurrency during this critical period. The inability to mine led to a measurable loss of revenue, which is quantified in this report as lost profits attributable to the absence of operational capacity. These losses are calculated using contemporaneous market data, including prevailing Bitcoin prices and expected hashrate output from comparable mining operations utilizing similar hardware under standard conditions. This analysis establishes a clear and supportable link between Whinstone's failure to perform and the economic harm suffered by SBI Crypto.

2.    The estimated amounts of Bitcoin mining that SBI Crypto was unable to achieve during Time Period 1 are based on hashrate benchmarks sourced from Luxor Technologies, a recognized leader in mining analytics and infrastructure services.[16] Luxor is the first Bitcoin mining pool to complete a SOC 2 Type 2 audit, conducted by the independent accounting firm Armanino LLP, certifying its adherence to rigorous standards for data security, system integrity, and operational transparency. In addition to its mining pool, Luxor's ASIC firmware product, LuxOS, has also received SOC 2 Type 2 certification, further validating the reliability of its performance data. The hashrate figures provided by Luxor—defined as the measure of computational power applied toward mining activity, expressed in terahashes per second (TH/s)—were used to establish the expected output SBI Crypto would have generated had Whinstone delivered the facility as contractually required. These benchmarks, when applied to comparable mining conditions and hardware, form the basis for calculating the lost mining capacity and corresponding economic damages incurred by SBI Crypto during the period of non-performance.

3.    Luxor Technologies stands out as one of the most credible and methodologically transparent data providers in the Bitcoin mining industry. Established in 2017, Luxor has built a vertically integrated infrastructure encompassing a SOC 2 Type 2-certified mining pool, ASIC firmware (LuxOS), a hashrate derivatives trading desk, and a widely cited data analytics platform known as the Hashrate Index. The SOC 2 Type 2 certifications—earned through rigorous audits by Armanino LLP—demonstrate Luxor's adherence to industry standards for data security, operational integrity, and reliability. These certifications are especially notable in the context of litigation and financial modeling, where data provenance and verifiability are critical.

---

[15] SBIC0003883.
[16] The background on Luxor is referred to in documents at SBIC0011466.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

4.      Luxor's Hashrate Index platform is widely recognized as the industry benchmark for analyzing Bitcoin mining economics. It introduced the concept of "hashprice," defined as the U.S. dollar value earned per terahash of computational power per day, which adjusts dynamically for network difficulty, block rewards, and market prices. The hashprice metric, coined by Luxor in 2019, has since become the standard reference for measuring mining profitability across institutional, academic, and commercial contexts. Luxor's calculation methodology is fully transparent and publicly documented, relying on rolling averages and market-indexed inputs that allow for independent replication by other analysts. This level of transparency bolsters its credibility as a foundational source in damages estimation and operational benchmarking.

5.      Luxor's data has been integrated into major industry reports and strategic planning by public companies. Nasdaq's "2022 Mining Year in Review" report relied extensively on Luxor's analytics to assess macroeconomic impacts on mining profitability. Publicly traded mining firms such as Core Scientific, Argo Blockchain, and Hut 8 use Luxor's indices for shareholder disclosures and strategic forecasts. Luxor's data has also supported financial hedging strategies, as demonstrated in the BitMine case study, and has been employed in infrastructure modeling by Soluna Holdings. Furthermore, academic institutions like the Cambridge Centre for Alternative Finance reference Luxor's hashprice metrics in their research on mining energy consumption and economics. These widespread, real-world applications across investment, academic, and regulatory environments reinforce Luxor Technologies as a trusted, reliable source for expert-level financial analysis.



6.      Luxor Technologies' data is widely used across the private sector by institutional miners, financial analysts, and publicly traded companies, with particular

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

emphasis on its industry-standard platform, Hashrate Index. Nasdaq, for example, featured Luxor's analytics as the core data source in its "2022 Mining Year in Review" report, using Luxor's hashprice and hashrate metrics to assess how macroeconomic conditions impacted Bitcoin mining profitability. Additionally, companies like BitMine have used Luxor's over-the-counter (OTC) hashrate derivative desk to hedge revenue against market volatility, while infrastructure developers such as Soluna Holdings have partnered with Luxor to model energy optimization and site deployment. Academic institutions, including the Cambridge Centre for Alternative Finance, have also cited Luxor's network and revenue data in research on mining economics and energy use. This broad adoption across financial, corporate, and academic settings underscores Luxor's role as a leading, reliable provider of Bitcoin mining analytics.

7.    The hashrate data provided by Luxor Technologies was instrumental in modeling the expected performance of SBI Crypto's fleet of A10 miners during the period when the Whinstone facility was contractually obligated to be operational but remained non-functional. Luxor's hashrate benchmarks, which reflect industry-standard output across various ASIC models under typical environmental and power conditions, were used to estimate the terahash-per-second (TH/s) performance of the A10 units. By applying these hashrate metrics—sourced from Luxor's Hashrate Index and verified against data from comparable mining operations—the analysis established a conservative projection of the Bitcoin that would have been mined had the facility been available. These projections were further reinforced by Luxor's hashprice data, which translates computational power into daily revenue based on prevailing network difficulty and BTC market prices. The combination of Luxor's hashrate and hashprice analytics enabled a reliable and replicable quantification of SBI Crypto's lost mining output and associated revenue during the period of Whinstone's non-performance.

8.    All calculations presented in this analysis were conducted with the objective of quantifying the net number of Bitcoin that would have been mined by SBI Crypto during the relevant period, but for the alleged conduct by Whinstone. These figures represent the total unmined output attributable to the lack of operational infrastructure and serve as the foundational basis for estimating the economic losses sustained. Importantly, this analysis reflects the "make-whole" amount in terms of actual Bitcoin units—not their market value at any specific point in time. The current or historical market price of Bitcoin is therefore irrelevant to the make-whole quantity, as the damages model is grounded solely in the volume of production SBI Crypto was contractually entitled to achieve. The valuation of those units in U.S. dollars is presented solely for the purpose of supporting a potential monetary award, while the underlying damage analysis is based on the quantity of Bitcoin that should have been mined, not their acquisition cost or market price. The calculations of Period 1 damages are shown at SBI Crypto Calculations Addendum.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER



#### D.    Time Period 2

1.    *Analysis of Operational Output of Whinstone Facility vs. Russian Mining*

a.    Time Period 2 reflects the phase during which the Whinstone facility became operational and SBI Crypto commenced mining activities on-site. However, despite the facility being active, SBI Crypto's mining performance during this period was severely compromised due to significant alleged operational inefficiencies at the Whinstone site. These alleged inefficiencies included suboptimal power uptime, inadequate cooling systems, and inconsistent machine maintenance protocols, all of which materially reduced the effectiveness of the deployed A10 mining units. Comparative analysis using Luxor Technologies' industry-standard hashrate benchmarks revealed that identical machine models operating in second-world jurisdictions

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

consistently delivered materially higher output.    The resulting performance gap demonstrates that, while physical hosting was technically provided during Time Period 2, the quality and reliability of operations at the Whinstone facility fell far below industry norms, causing SBI Crypto to incur measurable losses in expected mining output.



        b.        The data originating from the Russian mining facility operated by Muroo Inc. can be considered reliable and accurate due to several layers of verification and aligned economic incentives. ██████████████████████████████ Redacted ██████████████████████████████ [17] This financial structure gave Muroo a direct incentive to ensure that mining output was accurately tracked, transparently reported, and consistent with the performance of similar equipment operating within the same facility. Any discrepancies would have affected their own revenue share, thereby creating a strong

---

[17] See example invoicing and communications at SBIC0003699-3710.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

mutual interest in maintaining precise operational records and upholding performance accountability. A summary of Muroo administrative fees and the associated cryptocurrency production is shown at SBIC0003699-3710.

c.    The output data provided by Muroo was subject to internal verification by SBI Crypto, which maintained its own accounting records and performed periodic internal audits during the relevant mining periods. These audits confirmed that the Bitcoin production levels reported by Muroo matched SBI Crypto's own figures, reinforcing the consistency and reliability of the data.[18] Importantly, SBI Crypto had no incentive to inflate its reported mining output, as doing so would have increased both its tax liabilities and the revenue share owed to Muroo under the terms of their operating agreement. The convergence of accurate reporting, internal oversight, and financial disincentives for overstatement further supports the integrity of the mining data.

d.    Finally, the credibility of this data is bolstered by the regulatory and audit framework governing SBI Crypto's parent company, SBI Holdings which owns 100% of SBI Crypto. SBI Holdings is a publicly traded corporation listed on the Tokyo Stock Exchange and is subject to rigorous national and international financial reporting standards, including oversight by Japan's Securities and Exchange Surveillance Commission (SESC)—the equivalent of the U.S. Securities and Exchange Commission. As part of its regulatory compliance, SBI Holdings undergoes annual independent audits conducted by Deloitte Japan, which include verification of digital asset holdings and wallet balances for both Bitcoin and Ethereum. These audits have found no inconsistencies in reported figures, further validating the accuracy of operational and financial data. Taken together, the alignment of financial incentives, internal audits, external reviews, and regulatory oversight provides a high degree of confidence in the reliability of the data originating from the Muroo-operated mining facility.[19]

e.    Additionally, SBI Holdings, the publicly traded parent company of SBI Crypto, undergoes annual audits by Deloitte Japan, which have confirmed the accuracy of its digital asset holdings and reported balances. As a Tokyo Stock Exchange-listed firm, SBI is also subject to oversight by Japan's Securities and Exchange Surveillance Commission (SESC), which enforces rigorous financial disclosure standards. The convergence of real-time data generation, internal and external audits, and regulatory compliance provides a robust evidentiary foundation, confirming that the data used in this analysis is both authentic and forensically reliable.

f.    The transactional and mining data associated with the 690 unique wallet addresses used by SBI Crypto for its Russian mining operations provide further verification of the cryptocurrency output during the relevant period. Each address reflects discrete inbound mining rewards, which are timestamped and recorded immutably on the Bitcoin blockchain, allowing for independent verification of the amounts mined. The hardware deployed in Russia consisted of the same or materially similar A10 miners that were intended for use at the Whinstone facility, creating a valid basis for performance comparison. The consistency of hash-derived rewards across these addresses—aligned

---

[18] Internal audit documents are shown at SBIC0005938-6044.
[19] External audit documents are shown at SBIC0010456-463.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

with hashrate benchmarks and block rewards during that period—demonstrates a reliable and transparent correlation between machine performance and mined output. This on-chain evidence, when analyzed alongside Luxor Technologies' industry-standard hashprice metrics and internal SBI Crypto records, reinforces the credibility of the Russian mining figures and further substantiates the losses incurred due to the operational deficiencies at the Whinstone site.

       g.     The data presented in this analysis is contemporaneous, originating directly from the relevant time periods in which the mining activities occurred, and is supported by multiple independent checks and balances that ensure its reliability. The mining output figures were generated in real time by Muroo Inc., a revenue-sharing partner with a vested interest in accurate reporting, and were independently verified through internal audits conducted by SBI Crypto. These internal records aligned with Muroo's figures, reinforcing consistency across data sources.

    2.     *Adjustments for Differential Inefficiency in Mining (Time Period 2)*

       a.     An event study methodology is a widely used analytical tool in financial and economic research to assess the impact of a specific event on various performance metrics. This method is particularly useful in cases where it is necessary to isolate the effects of an event from broader market trends. In traditional finance, event studies typically examine stock price movements before and after an event to determine whether it has led to abnormal returns (ARs) or cumulative abnormal returns (CARs). However, this methodology extends beyond financial markets and can be effectively applied to operational analyses, including the evaluation of mining efficiency in different geographic locations. Event studies traditionally focus on discrete, well-defined events. However, the methodology can still be applied to analyze market reactions to cumulative or ongoing events, such as regulatory noncompliance or sustained failure to meet industry standards. In the context of crypto mining performance, this is used to compare the operations at Whinstone with SBI's comparable Russian mining operations.[20]

       b.     Using validated contemporaneous data from SBI Crypto's mining operations in Russia provides a critical benchmark for assessing the underperformance of identical machines at the Whinstone facility. During the same general time period, SBI Crypto operated A10 mining units in both Russia and at Whinstone, enabling a direct comparison of output across two environments using materially similar hardware. The Russian site, managed by Muroo Inc., maintained detailed performance records tied to 690 unique wallet addresses, each of which logged incoming Bitcoin rewards on the blockchain.[21] These on-chain transactions—timestamped, immutable, and independently verifiable—serve as a transparent and accurate record of actual mining performance. Importantly, Muroo was compensated based on a percentage of Bitcoin mined, creating an incentive for precise and honest reporting, which was further confirmed by SBI Crypto's internal audits and validated by Deloitte Japan.

---

[20] Peterson 1989.
[21] Russian site production data and analysis is shown at SBIC0003698-3710.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

i.    <u>Actuarial proof of Whinstone underperformance</u>. When these Russian performance benchmarks are compared to the output of the same model machines at Whinstone, a significant variance emerges. Despite operating under comparable market conditions and using equipment of equal specification, the mining performance at Whinstone consistently lagged behind that of the Russian site. This performance gap is consistent with reported issues at the Whinstone site, including suboptimal power uptime, inadequate cooling infrastructure, and poor maintenance procedures—all of which allegedly contributed to reduced machine efficiency and extended periods of downtime.

ii.    <u>Isolating the impact of different locations</u>. The mining data from the Russian facility was not only contemporaneous and verifiable, but it also reflected the expected performance output for the A10 units based on industry standards. The Russian machines delivered production rates aligned with Luxor's hashrate projections, confirming that the hardware was capable of achieving higher yields under properly managed conditions[22]. This makes the Whinstone data all the more revealing; the same machines failed to deliver industry-consistent output in a U.S.-based facility that was contractually obligated to maintain professional-grade hosting conditions. The comparative underperformance is thus not theoretical—it is grounded in real-world, validated, side-by-side operations using the same class of machines.

iii.    <u>Assessing underperformance of mining returns</u>. The mining data from the Russian facility was not only contemporaneous and verifiable, but it also reflected the expected performance output for the A10 units based on industry standards. The Russian machines delivered production rates aligned with Luxor's hashrate projections, confirming that the hardware was capable of achieving higher yields under properly managed conditions. This makes the Whinstone data all the more revealing; the same machines failed to deliver industry-consistent output in a U.S.-based facility that was contractually obligated to maintain professional-grade hosting conditions. The comparative underperformance is thus not theoretical—it is grounded in real-world, validated, side-by-side operations using the same class of machines.

c.    Using event study methodology, ***I find that the Whinstone operations were 50.74% less efficient than mining operations in Russia***. This is important to note because (1) the hashrate and performance being benchmarked against miners in Russia using the same model numbered machines and (2) the Russian miners were in a 2nd world country, where there is an expectation that energy grids would be less efficient than in the 1st world countries (Ponce-Jara et. al 2017).

---

[22] See analysis at SBIC0003699-3710.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER



Based on these calculations, the negative abnormal return after adjusting for the operational inefficiencies of the Whinstone mining operation total **$64,898,025**[23] reflecting the price of Bitcoin as of the date of report. It should be noted this number was calculated conservatively. If we used a straight lost profit analysis from Luxor data and not Russian mining, would be between $53-$66 million depending on the scenario in addition to the $64,898,025 number above.

### 3. *Adjustments for Period 3—Post Termination of Hosting Service Agreement*

I understand that beginning on July 1, 2021, SBI Crypto's hosting agreement with Whinstone was terminated after enduring ongoing issues related to excessive heat, dust accumulation, and inadequate data center conditions rendered the facility unsuitable for continued operations. While Whinstone did not formally deem the equipment inoperable, the environmental deficiencies led to a situation in which SBI Crypto's machines could no longer function as intended. The analysis for Time Period 3 quantifies the Bitcoin that would have been mined had the equipment remained operable and Whinstone fulfilled its obligations under the agreement. Using contemporaneous performance data from SBI Crypto's A10 machines operating in Russia, this time period models the expected output under standard industry conditions and forms the basis for calculating the additional lost profits resulting from Whinstone's failure to maintain a viable hosting environment.

---

[23]See total at SBI Crypto Calculations Addendum.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

a.  The methodology used to determine the losses for Time Period 3 is consistent with the approach applied in Time Period 1, ensuring continuity and reliability in the damage analysis. In both periods, the primary objective was to estimate the net number of Bitcoin that would have been mined by SBI Crypto had Whinstone fulfilled its contractual obligations. This was achieved by establishing expected hashrate output for SBI Crypto's A10 mining units under standard operating conditions using contemporanous data and industry benchmarks. Luxor Technologies' hashrate analytics and hashprice metrics served as the foundation for calculating expected performance, allowing for normalization across changing network difficulty, block reward schedules, and Bitcoin market prices.

b.  For Time Period 3, the projected mining output was calculated based on the same model of machines operating in similarly equipped and better-managed facilities—most notably the Russian site operated by Muroo Inc.—where SBI Crypto's hardware consistently performed in line with expected hashrate benchmarks. These figures were cross-validated using historical hashrate performance, internal audit reports from SBI Crypto, and blockchain-verified mining rewards linked to known wallet addresses. This benchmarking allowed for an apples-to-apples comparison between what the machines should have mined under normal conditions and the actual mining that occurred due to Whinstone's failure to maintain operational standards.

c.  By applying the same valuation framework—grounded in hashprice-per-terahash per day and tied to publicly available network metrics—the analysis produces a make-whole estimate in Bitcoin units. The losses were then translated into U.S. dollar values solely for the purpose of quantifying potential monetary damages. As with Time Period 1, the valuation reflects only the volume of missed Bitcoin production, independent of any speculative market pricing or acquisition cost assumptions. This methodological consistency across both time periods ensures that the analysis remains objective, transparent, and forensically sound[24].

d.  As previously detailed, the validity of the Luxor Technologies data used in this analysis is well-established and widely recognized across the cryptocurrency industry. Luxor is the first Bitcoin mining pool to earn SOC 2 Type 2 certification, confirming that its systems and data handling practices meet rigorous standards for security, availability, and accuracy. Its analytics platform, Hashrate Index, is the industry standard for tracking mining profitability and machine performance, and its hashprice and hashrate benchmarks are routinely cited by publicly traded mining companies, academic institutions, and financial media outlets such as Nasdaq. The transparency of Luxor's methodology, anchored in real-time, publicly verifiable blockchain metrics, ensures that the performance estimates used in this report are both replicable and credible. Accordingly, the use of Luxor's data to model expected mining output provides a reliable and industry-accepted basis for quantifying SBI Crypto's losses.

---

[24] See calculation of Period Three at SBI Crypto Calculations Addendum.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

**E.** Based on this framework, and using publicly verifiable spot prices for Bitcoin as of **July 12, 2025**, the projected economic losses are as follows:

- **$134,881,648** for Period 1 (foregone profits due to delayed operations prior to the RFU date)
- **$64,898,025** for Period 2 (based on underperformance of mining operations at Whinstone)
- **$162,435,842** for Period 3 (foregone profits and appreciation losses following contract termination)



### E.    Validity of Data Conclusion

1.      The data used throughout this analysis is contemporaneous, independently verifiable, and supported by multiple layers of validation, establishing its reliability for forensic and financial evaluation. Mining performance metrics were derived from on-chain transaction records, internal audit reports, and operational data from third-party hosting partners with aligned economic incentives. These figures were further cross-referenced against industry-standard benchmarks provided by Luxor Technologies—an SOC 2 Type 2-certified analytics firm whose hashprice and hashrate indices are widely adopted by public mining companies, institutional investors, and academic researchers. Additional assurance is provided by external audits conducted by Deloitte Japan and the regulatory oversight of SBI Holdings under Japan's Securities and Exchange Surveillance Commission (SESC). SBI Crypto is a subsidiary of SBI Holdings and was subjected to the audit.  Taken together, the transparency, consistency, and auditability of these data

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

sources confirm they can be relied upon for calculating damages and attributing causation.

2.      The chart below illustrates damages under three retention ratio scenarios. A conservative estimate, applying a 3% adjustment for costs, yields damages of $317,513,432. Under the base model, which reflects the primary calculation methodology without further adjustment, damages amount to $351,349,050. Lastly, an aggressive scenario assuming a 5% higher retention rate produces damages totaling $385,184,667. These values were derived by comparing total mined Bitcoin revenue with amounts sold to cover hosting and administrative expenses.



### F.      Key Findings:

1.      *Failure to Deliver on Contractual Obligations.* During Time Period 1, Whinstone allegedly failed to deliver operational hosting infrastructure despite a valid contract, directly preventing SBI Crypto from deploying its mining equipment. The analysis quantifies the net number of Bitcoin that would have been mined during this period using validated performance benchmarks.

2.      *Operational Inefficiencies at Whinstone Severely Reduced Machine Productivity.* In Time Period 2, although the Whinstone facility was operational, SBI Crypto's machines allegedly underperformed significantly due to inadequate environmental conditions—including poor cooling, excessive heat, and dust exposure. Performance comparisons to similar machines in Russian facilities demonstrate substantial mining shortfalls attributable to Whinstone's mismanagement.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

3.    *Termination of Hosting Service Agreement.*  Time Period 3 reflects the period after SBI Crypto's Hosting Service Agreement was terminated on July 1, 2021. The termination was the result of Whinstone exercising a change of control clause in the hosting agreement.  The analysis projects lost mining output based on comparable hardware operating in other locations, modeling what SBI Crypto would have mined absent termination.

4.    *Russian Mining Data Provides a Reliable and Verified Performance Baseline.*  Data from SBI Crypto's operations in Russia—managed by Muroo Inc.—is highly reliable. Muroo had a direct financial incentive to report accurately, and internal audits by SBI Crypto confirmed the reported figures. Additionally, Deloitte Japan's audits of SBI Holdings found no discrepancies in digital asset reporting, further validating the mining data used for benchmarking.

5.    *Luxor Technologies Provides Industry-Standard, Audited Data.*  Luxor Technologies' hashprice and hashrate benchmarks underpin the performance assumptions throughout this analysis. As the first mining pool and firmware provider to earn SOC 2 Type 2 certification, Luxor offers transparent, widely adopted, and audit-friendly data. Its indices are used by Nasdaq, public mining firms, and academic institutions, and can be reliably applied in this damages assessment.

## G.    Certification of Appraiser

I certify that, to the best of my knowledge and belief:

1.    The statements of fact contained in this report are true and correct.

2.    The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions, and conclusions.

3.    I have no present or prospective appreciation in the property that is the subject of this report, and I have no personal appreciation or bias with respect to the parties.

## H.    Documentation of Research Performed and Considered in the Preparation of this Report

1.    The rate of return formula is commonly used in financial calculations and is explained in-depth by Investopedia. Source: Investopedia - Rate of Return.

2.    Calculating Bitcoin returns is crucial in legal and tax contexts, as cryptocurrency is treated as property by the IRS, making return calculations important for compliance. Source: IRS - Cryptocurrency Tax Reporting.

3.    **M.A. Ponce-Jara, E. Ruiz, R. Gil, E. Sancristóbal, C. Pérez-Molina, M. Castro**, Smart Grid: Assessment of the past and present in developed and

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

developing countries, Energy Strategy Reviews, Volume 18, 2017, Pages 38-52, ISSN 2211-467X, https://doi.org/10.1016/j.esr.2017.09.011.

4.  **Peterson, P. P. (1989).** Event studies: A review of issues and methodology. *Quarterly Journal of Business and Economics, 28*(3), 36–66.

5.  *Ahlgren v. Ahlgren*, 703 S.W.3d 378 (Tex. App—Corpus Christi 2023), review denied, (Dec. 15, 2023).

6.  **SOC 2 Type 2 Certification for Mining Pool (2022)** Luxor Technologies. (2022, December 15). *Luxor becomes the first Bitcoin mining pool to complete SOC 2 Type 2 audit.* https://luxor.tech/news/luxor-becomes-the-first-Bitcoin-mining-pool-to-complete-soc-2-type-2-audit

7.  **SOC 2 Type 2 Certification for LuxOS Firmware** Luxor Technologies. (2022, December 22). *LuxOS becomes the first ASIC firmware to achieve SOC 2 Type 2 certification.* https://luxor.tech/news/luxos-soc-2-type-2-certification.

8.  Luxor Technologies. (2023, February 16). *Luxor launches first-ever RFQ marketplace for Bitcoin mining ASICs.* https://luxor.tech/news/luxor-launches-first-ever-rfq-marketplace-for-Bitcoin-mining-asics.

9.  Luxor Technologies. (2023). *Bitcoin mining hashrate lookback series.* https://hashrateindex.com/blog/.

10. Cambridge Centre for Alternative Finance. (n.d.). *Cambridge Bitcoin Electricity Consumption Index (CBECI)*. University of Cambridge Judge Business School. Retrieved June 23, 2025, from https://ccaf.io/cbnsi/cbeci.

11. A list of all other discovery documents, data files, workpapers, calculations, pleadings, professional or academic literature referenced, and external research considered in the preparation of this Initial Report is included at Appendix B.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER



## Your name

Graduate Certificate in AI
Wharton College of Business, University of Pennsylvania 2025

Graduate Certificate in FinTech
Wharton College of Business, University of Pennsylvania 2024

Ph.D. in Finance
Mississippi State University

2006

MS in Finance/Statistics
Mississippi State University
2001

BS in Finance
Arkansas State University
1997

### Academic

*associate professor finance millsaps college• aug 2024 to present*

*associate professor of practice finance• Texas tech university aug 2021 to aug 2024*

*professor of finance• William carey university • aug 2014 to aug 2021*

*Asst/Associate professor of finance•Georgia southwestern state university•aug 2005 to aug 2014*

### professional

*Conference chair • academy of business research • www.aobronline.com*

Co-Chair of the Academy of Business Research since 2004. Currently, ABR has over 1,000 individuals attend its 4 conferences annually with representatives from over 30 countries. ABR publishes 5 journals. ABR has media mentions in several international publications and in the Wall Street Journal.

*Quant Analyst • Handsboro Capital • 2015-2021*

Chief quant analyst for a $50-100 million portfolio consisting of distressed debt/equity investments. This is done in coordination with a group of hedge funds and investment banks.

### Research list—A and A* rated journals (abdc list)

"An Inquiry into FinTech Research: Analysis of Methodologies and Investigative Foci" <u>Journal of Banking and Finance Law and Practice</u> (Z. Jourdan, K. Corley, A. Tran)

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

## research

Current research appreciations include recent "A" rated journals in FINTECH and COVID-19

## awards

Finalist for Outstanding Teacher, Rawls College of Business Texas Tech University
2022,2023

Distinguished Research Awards
2008,2013, 2020,2022

## Service highlights

Faculty Advisor Rawls Finance Association (initiated connections and internships with Goldman Sachs, J.P. Morgan, and many others)
2021-Present

Faculty Advisor Business Valuation
2021-Present

Online Instruction Coordinator
2014-2021

Chair IRB
2012-2014

Head of AACSB Committee

"FINTECH: A Content Analysis of Finance and Information Systems Literature" Electronic Markets, (Volume 33, 2023). (Z. Jourdan, K. Corley, A. Tran)

"Investigating the Relationship of School Reopening to Increases in COVID-19; The Case of the Delta Variant", *Journal of Public Health*, fdaa373, https://doi.org/10.1093/pubmed/fdab373 (Volume 45 Issue 1, 2023).

"Irrational Exuberance or the Money-Trust Power Grab: Was the Panic of 1907 Truly a Speculative Bubble or a Financial Coup D'état? ," Journal of Behavioral Finance, (Volume 24, 2022). (R. Larocca, T. Cunningham)

"Behavioral Predictors of Fraud Motivation within Common and Uncommon Demographic Groups," Journal of Banking Finance Law and Practice, (Vol 31, 2020). (E. Heneke)

"Relationship of 2020 Protests to Increases in COVID-19 Cases Using Event Study Methodology, *Journal of Public Health*, , fdaa127, https://doi.org/10.1093/pubmed/fdaa127 **(Was in Top 5 Most Read/Downloaded Articles in all of PubMed and highest AltMetric of any finance author with 579)**

Research list

"Examining COVID-19 Infection Rates Using Data Analytics: The Case of Lifting Mask Mandates," Journal of Data Analytics, Forthcoming (R. LaRocca)

"Examining the Relationship Between Earnings and Patent Filings Among Pharmaceutical Companies in Asia," International Journal of Economic and Financial Issues, Vol 3 2020 (A. Okun)

"Does Health Locust of Control and Self Efficacy Impact Attitudes Towards Direct to Consumer Advertising in the US," e-Journal of Social and Behavioral Research in Business, Vol 11 Issue 1, 2020 (C. Maldanado)

"Online Vs. On Ground: Academic Honesty in Online Classes," Presented at International Organization of Social

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

2007-2010

Sciences and Behavioral Research Conference 2018 (R. Reich, D. Valentine)

"International Currency Exchange Rate and Gasoline Price," Southern Journal of Business and Economics, Spring 2016 (F. Xu and D. Wang).

"The Virtual Professor," Administrative Issues Journal, Fall 2014 (R. Bennett).

"An Examination of Risk Adjusted Returns Caused by Terrorist Attacks," Journal of Insurance Research, Spring 2012 (C. Bishop).

Real Estate Analysis, Spring 2011 (Co-editors Diaz and Hansz).
Personal Finance 1st Edition, Spring 2011 (Co-editors Kapoor, Dahlby, and Hughes).

"Forecasting Economic Data Based on Terrorist Attacks," Journal of the Academy of Financial Management, 2010 (J. Kooti and M. Fahti).

"Management Forecasting and Measuring Accuracy of Forecasting Techniques," International Journal of Business, Marketing, and Decision Sciences, 2010 (M. Fahti and J. Kooti).

The Next Great Depression, Fall 2009. Was on Best Seller List in Economics/Inflation.

"The Implications of Gramm-Leach-Bliley on the 2008 Economic Downturn," Franklin Business and Law Review, Volume 4, 2008.

"The Bad Neighbor: A Case Study of State Farm in Hurricane Katrina," Conflict Negotiation and Resolution Journal, Volume 1, 2008 (A.J. Kooti and J. Kooti).

"Using the Buffet Model: The K-Mart Recovery," Journal of Global Education, Volume 1, 2008 (S. Murrie, A.J. Kooti and D. Valentine).

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

"Identifying Marketing Strategies for a new product; A Case Study," <u>Business Journal for Entrepreneurs</u>, Volume 1, 2008 (D. Valentine).

"Distribution Channels of Online Commodities*,"* <u>Conflict Resolution and Negotiation Journal</u>, Summer, 2007 (B. Kinard).

"The Theory of Efficient Capital Markets...A Review of Literature," <u>Journal of Business for Entrepreneurs</u>, Spring 2007.

"Accreditation and Assessment:  A Provocative Approach," <u>Journal of College Teaching and Learning</u>, Fall 2007 (J. Kooti and D. Valentine).

"Minority Marketing in the Finance Industry," <u>Global Journal for International Financial Analysts</u>, Volume 8, Spring 2007 (J. Kooti and D. Valentine).

"Explaining January Returns: The Santa Clause Hypothesis," <u>Journal of Applied Financial Research</u>, Volume 1, Issue 1 2007 (J. Kooti).

"Workforce Capacity and Employer Satisfaction in Southwest Georgia: A Case Study in Rural Economic Development Needs," <u>Journal of Business for Entrepreneurs</u>, Volume 2006, Issue 1 (J. Kooti).

*"*E-Pricing:  Cruising in the South*,"* <u>Bottom Line</u>, Fall 2006 (D. Valentine, B. Heshizer, and C. Howell).

"November Effect and Tax Loss Selling:  An Empirical Investigation," <u>The Journal of International Business Research,</u> Fall 2006 (J. Kooti).

"Perceptions of a Family-Based Community: Predictors from a Rural Community," <u>Insights to a Changing World</u>, Volume 2005, Issue 4 (J. Kooti and D. Valentine).

**"**The Performance Measure of U.S. and International Mutual Funds Versus the Standard and Poors 500 Index Fund," <u>Journal of International Financial Management</u>, Summer 2005 (B. Hayes).

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

"Retail vs. Etail, a Look at Expedia.com," <u>Coastal Business Journal,</u> Summer 2005 (D. Valentine and B. Kinard).

"How Groupthink Influenced the Ford/Firestone Fiasco," <u>Ethics and Critical Thinking</u>, Volume 2005, Issue 1 (D. Valentine and N. McMinn).

"The World Series Stock Market Predictor," <u>Journal of Business, Industry, and Economics</u>, Spring 2005 (M. Foster and C. Hopkins).

"Student Attributes and Successful Performance, An Empirical Examination," <u>Insights for a Changing World</u>, Fall 2004 (F. David).

"K Mart: A Roadmap to Bankruptcy," <u>Ethics and Critical Thinking Quarterly Journal</u>, Fall 2004 (R. Schifer).

"Efficient Markets and E-Commerce:  The Hotel Industry," <u>World Sports and Entertainment Journal</u>, Summer 2004 (B. Kinard and R. Schifer).

"The Use of the IRAs in the Teaching of Finance," <u>The American Academy of Financial Management Journal</u>, Volume 5, Summer 2004.

"E-Pricing: The Transportation Market in the South," <u>Business Journal for Entrepreneurs</u>, Volume 2004, Issue 2 (D. Bendall, B. Kinard, and B. Barnes).

"Cheaters Never Win….Or Do They Just Graduate With Honors?" <u>Ethics and Critical Thinking Quarterly Journal</u>, Spring 2004 (F. David and B. Kinard).

"The Internet in the Instruction of Finance," <u>Insights to a Changing World Journal</u>, Volume 2004, Issue 2 (G. de Haas).

"Travel in Arkansas:  The Airline Industry," <u>Arkansas Review of Business and Economics</u>, 2005 (D. Bendall, B. Kinard, and B. Barnes).

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

**Appendix A**

## PRIOR CASE TESTIMONY FOR PREVIOUS 4 YEARS

Trial testimony in a divorce case involving cryptocurrency:  Jake Lynd v. Brittany Lynd; Case No. CI 23-103, In the District Court, Buffalo County, Nebraska, June 26, 2025, for Michele Romero, Esq. of Stamm-Romero, LLC, Kearny, Nebraska.

Trial testimony in probate case involving cryptocurrency: The Matter of the Estate of George James Buffington., Cause No. PR24-00323, In the Second Judicial District Court of the State of Nevada in and for the County of Washoe, April 17, 2025, for Cassandra Walsh of Woodburn and Wedge, Reno NV

Deposition testimony in a wrongful termination and credit damage case: Aloke Chaudhurri v. Rekor Systems Inc; OALJ No. 2024-SOX-00015, In the United States Department of Labor, Washington D.C., June 17, 2025, for Eric Siegel of Eric Siegel Law, Washington D.C.

Deposition testimony in a wrongful termination and credit damage case: Hessam Mjab v. Rekor Systems Inc; OALJ No. 2024-SOX-00012, In the United States Department of Labor, Washington D.C., October 24, 2024, for Eric Siegel of Eric Siegel Law, Washington D.C.

Deposition testimony in a divorce case involving cryptocurrency:  Jake Lynd v. Brittany Lynd; Case No. CI 23-103, In the District Court, Buffalo County, Nebraska, November 18, 2024, for Michele Romero, Esq. of Stamm-Romero, LLC, Kearny, Nebraska.

Deposition testimony in a bank fraud and credit damage case: William Oliver v. Independent Bank Inc;, September 23, 2024, for Richard Bourland of Griffith, Jay, and Mitchell, Ft. Worth, TX

Trial testimony in probate case involving cryptocurrency: The Matter of the Estate of Mitchell Kent Fox., Cause No. 00320, In the Probate Court of the State of Michigan in and for the County of Oakland, May 8, 2024, for Rob Cleary of Thav, Ryke and Associates, Southfield, MI

Deposition testimony in a personal injury case: Charles J. Squeri v. William G. Schultz, Case No. 2101994, In Common Pleas Court Hamilton County, OH, October 31, 2022 for Cole Millchap Law Firm, Cincinnati, OH 2024, Michigan Probate Court:  2021-399, 493-DE

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

**Appendix B**

## LIST OF DOCUMENTS CONSIDERED

Plaintiffs' Amended Complaint in *SBI Crypto Co., Ltd. v. Whinstone US, Inc.*

WHIN_SBI_0005954 – SBIC's Claim for Damages Letter

Carson Smith's deposition transcript and exhibits

Chuck Byer's report dated 3.27.25

SBIC0003883 - 3906 - Rockdale Hosting Service Agreement

SBIC0003072–3076 – 2 yr Avg Matrix Simulation 6.23.20

SBIC0003076 - Texas Projection 6.24.20 spreadsheet

SBIC0003083-3085 - 2 yr Avg Matrix Simulation 6.10.20

SBIC0003085 - 2 yr Avg Matrix Simulation 6.23.20 spreadsheet

SBIC0003254-55 - Early Termination Options

SBIC0005816 – Profit Loss with Tx Fee Rewards dated 7.23.24 spreadsheet

SBIC0005882 – Profit Loss with Tx Fee Rewards dated 8.8.24 spreadsheet

SBIC0005817-5825 - SBIC Financials dated 3.31.20 – 3.31.24

SBIC0005937 - Whinstone-Mining-PNL spreadsheet

SBIC0003076 - Texas Projection 6.24.20 spreadsheet

SBIC0005997 - Russian vs. Texas spreadsheet

SBIC0005938-6044 – documents pertaining to SBIC's Russian operations

SBIC0003883-3906—documents pertaining to Muroo contract

SBIC0010241 - SBI Python Code spreadsheet

SBIC0005938-6044 – SBI Internal Audit Report

SBIC0010456-463 – Deloitte External Audit Report

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 2
# (Under Seal)

~~Civil Action No.: 6:23-cv-252~~

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TEXAS WACO DIVISION

| | |
|---|---|
| **SBI Crypto Co., Ltd.,**<br><br>*Plaintiff,*<br><br><br>v.<br><br>**Whinstone US, Inc.,**<br><br>*Defendant.* | Civil Action No.: 6:23-cv-252 |

~~INITIAL~~SUPPLEMENTAL **EXPERT REPORT OF DR. RANDALL VALENTINE**
_**Dated:** ~~March 28~~July 16, **2025**

~~CONFIDENTIAL~~

**SUBJECT TO PROTECTIVE ORDER**

Valentine Forensic Finance
Randall Valentine, B.S., M.S., Ph.D.
P.O. Box 6566
Gulfport, MS 39501
(228) 236-4133

## A.    Executive Summary

1.    The Plaintiff, SBI Crypto Co., Ltd. ("SBI"), claims that its crypto miners generated less ~~Bitcoins~~Bitcoin and mining rewards than those miners otherwise would have but for the alleged acts and omissions of Defendant Whinstone US, Inc. ("Whinstone").

2.    This report (the "Supplemental Report") quantifies the lost net profit ~~This Initial Report~~ ~~quantifies the lost net profit~~ damages SBI suffered, assuming Whinstone is liable to SBI, pursuant to SBI's various claims that its crypto miners would have ~~generated~~mined significantly more ~~Bitcoins had Whinstone~~Bitcoin but for the alleged conduct of Whinstone, and that but for the conduct of Whinstone, SBI's miners at the Texas facility operated by Whinstone would have comparably performed to ~~a similar~~SBI's miners at a facility ~~operated for SBI~~located in Russia.[1] The Addendum updates my assessment as to damages and as to my analysis of, and observations on, the supporting documentation to the damages quantification as expressed in my report dated March 28, 2025 (my "March 2025 Report").

3.    This "but-for" operational period includes the assumed operation of Whinstone's Texas facility starting from the original expected "Ready For Use Date" or "RFU" Date under the Agreement, assumed to be December 15, 2019,[2] to the end of the assumed four-year period of useful life of operation of SBI's miners ending December 14, 2023. The supplemental report is adjusted, in part, to reflect the adjustment of "but for" the month of July, 2021, which was previously omitted due to a ramp up period that would not be necessary if not for the alleged breach of contract.

4.    My report segments the damages into 3 separate time periods:~~The period between~~

Time Period 1: December 15, 2019 ~~and~~to June 30, 2020 (representing the period from the ~~contract was valid~~original expected Ready for Use Date or "RFU Date" and the date prior to the ~~RFU~~actual start date of mining)~~,~~.

Time Period 2: July 1, 2020 to ~~July 31~~June 30, 2021 (representing the period of actual mining but underperformance)~~,~~; and ~~August~~

Time Period 3: July 1, 2021 to December 14, 2023 (~~which represents the~~representing the period of expected useful life of ~~the SBI~~SBI's miners deployed in Whinstone's facility).

~~2~~5.    My valuation includes scenarios of lost net profits resulting from the additional Bitcoin that would have been mined but for the conduct of Whinstone during the period from December 15, 2019 to ~~March 24, 2025 but for the conduct of Whinstone~~December 14, 2023 as well as the appreciation in the market value of the retained additional mined Bitcoin from the dates of ~~December 15, 2019 to December 14, 2023. This period falls under the operation of Whinstone's Texas facility under the Agreement to the present, under the conservative assumption that the Agreement would~~

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

~~have resulted in operation of SBI's miners for four years from the initial~~ "Ready For Use Date" or "RFU" Date ~~as determined by the trier of fact.~~ additional Bitcoin mining in each Time Period to July 12, 2025.

6.    In reviewing the initial damages model, it became evident that hosting expenses were over allocated. Specifically, the model first deducted hosting costs directly

---

[1] Hosting Service Agreement, Bates-stamped SBIC0003883-3906.
[2] Hosting Service Agreement, Bates-stamped SBIC0003883-3906, Section 3.13.1.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

from gross mining revenue and then applied a retention ratio—intended to reflect the portion of mined Bitcoin retained after covering hosting expenses. However, this retention ratio already implicitly accounted for the sale of Bitcoin to cover hosting costs. As a result, the model overstated the deduction by both subtracting hosting expenses explicitly and applying a retention ratio premised on the same outflows. The corrected approach recognizes that the retention ratio functions as a proxy for net proceeds after hosting costs are settled and therefore renders the separate line-item deduction of hosting expenses redundant. This refinement ensures a more accurate and reliable calculation of net Bitcoin revenue attributable to SBI Crypto's mining operations.

7.    I have estimated SBI's economic ~~losses~~damages as of ~~March 24~~July 12, 2025, based upon the market price of cryptocurrency Bitcoin as of that ~~date[2] at~~date[3] as: ~~$59,708,082 for the period prior to RFU (period 1), and $65,301,163 for the period after the termination of the contract (period 3).~~351,349,050 (3438.96 BTC), including an estimated 3% deduction for pooling, non-Bitcoin mining, and other expenses.

| (Add) Time Period | USD Value | BTC Mined |
|---|---|---|
| Time Period 1 | $134,881,648 | 1132.32 |
| Time Period 2 | $64,898,025 | 1049.34 |
| Time Period 3 | $162,435,842 | 1363.65 |

8.    The methodology for calculating economic losses in Period 1 and Period 3 are based on the average hashrate of Bitcoin from Luxor Technologies ("Luxor") during those time periods.

9.    For Period 2, I have calculated lost net profit damages based upon ~~In addition to the foregoing range, I have calculated~~ inefficiencies in mining operations at the Whinstone facility ~~(period 2) that resulted in additional lost net profits of $50,563,212,~~ attributed to increased operational costs, downtime, and suboptimal production levels when compared to SBI's operation of the same number and type of A10 miners at a data center facility in Russia. ~~These figures bring the total estimated loss as of March 24, 2025, to $175,572,457. This~~ This methodology, which is referred to as an "Event Study", is an accepted methodology in my field for calculating damages. An event study methodology is used to isolate and measure the abnormal return attributable to a specific event—such as a change in mining location—by comparing actual performance to expected performance based on historical benchmarks. In this case, using data from the same A10 machines previously deployed in Russia provides a validated baseline, allowing analysts to determine whether the machines underperformed or overperformed abnormally in Texas due to external factors like heat, infrastructure, or operational inefficiencies.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

[3] The value of one Bitcoin as of July 12, 2025 was $119,118.80. I intend to update the calculation of damages at trial date using the price of Bitcoin at the most recent date available prior to trial to calculate the lost net profits damages SBI suffered.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

10.     Using an event study comparing Russia and Whinstone was the most appropriate methodology because it involved the same company operating identical A10 miners, ensuring that any observed differences in output could be attributed to external factors rather than variations in equipment, operator behavior, or configuration. The graph below represents a direct comparison between the expected hashrates generated using exclusively Luxor data and the actual hashrates mined at Whinstone, highlighting performance discrepancies over the observed period using the same methodology as in Time Periods 1 and 3.[4]



11.     While the conclusions presented in this report are based solely on contemporaneous data analysis and independent valuation methods, it is worth noting that the Expert Report of Chuck Byers dated March 27, 2025, reached observations that are consistent with my findings. My understanding is Byers' report concludes that inadequate ventilation and environmental controls at the Whinstone facility led to the failure and underperformance of SBI's A10 miners relative to the A10 miners operating in Russia. Specifically, Byers' report identifies under-performance and inefficiencies of SBI's miners at the Whinstone facility during Time Period 2.[5] His estimation is consistent with the relative lost profit estimated in this report.

12.     To ensure a conservative and reliable valuation, the Luxor- based output estimates across Periods 1, 2, and 3 were adjusted to reflect operational inefficiencies inherent in real-world mining conditions. Specifically, a 5% adjustment was applied to account for known downtime and power interruptions, particularly relevant during Period 2. Additionally, a separate 5% reduction was incorporated to capture hashrate efficiency losses stemming from environmental stress and machine degradation. These

---

[4] There is no significant difference between the event study and using Luxor data, with Luxor being less than 3 Bitcoins higher.
[5] Initial Expert Report of Chuck Byers.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

dual adjustments were made to avoid overstating expected output and underscore the reliability of the observed underperformance across all three periods.

13.     A forensic examination was conducted of all blockchain addresses associated with SBI Crypto's mining operations. This analysis involved tracing and aggregating the Bitcoin mined across these addresses over time, using publicly available blockchain records. The resulting totals were then compared against SBI's internal accounting documents as well as figures provided by Muroo. The investigation confirmed that the aggregate amount of Bitcoin mined, as reflected on the blockchain, closely approximated the totals reported internally and by Muroo, thereby validating the accuracy and consistency of the mining records across independent sources.[6]

14.     SBI Crypto operated within a Full Pay Per Share (FPPS) mining pool model, where the mining pool itself assumes all the operational and market risks, including block volatility and transaction fee fluctuations. Under this arrangement, miners are compensated solely based on the number of valid shares submitted, independent of whether a block is successfully mined. This structure ensures that miner payouts remain stable and predictable. As a result, the hashrate data sourced from Luxor Technologies—used to calculate expected earnings—is not only accurate but effectively guaranteed. Luxor's data is based on the same FPPS model that uses terahashes per second per day, which essentially sells hashrate. Because the FPPS model guarantees payment per share regardless of pool success, the Luxor hashrate data provides a reliable basis for assessing SBI Crypto's entitled mining output during the relevant periods[7].

15.     An alternative to the FPPS model considered is the Pay Per Last N Shares (PPLNS) model, miners are rewarded based on the number of valid shares they contributed during the last "N" shares submitted before a block is found. This method is used by a majority of miners.[8] This means that rewards depend on the pool's luck in successfully mining a block, as opposed to being fixed. However, when it comes to transaction fee rewards, which are shared under PPLNS. These fees currently represent a very small portion of total mining rewards compared to newly issued Bitcoin. As a result, the difference in payouts between PPLNS and the more stable Full Pay Per Share (FPPS) model is minimal in most cases. Over time, even if the proportion of transaction fees increases, the overall earnings for miners under PPLNS will still tend to closely approximate those under FPPS. In either circumstance, the hashrates from Luxor do reflect substantiated mining losses. The FPPS model was used in the analysis due to SBI Crypto using this exclusively during the time periods considered.

---

[6] Blockchain Report for SBI Addresses.
[7] MiningPoolStats. (n.d.). *Bitcoin (BTC) mining pool stats*. https://miningpoolstats.stream/Bitcoin
[8] Bitcoin Mining Pool Data | Hashrate Index | HashrateIndex.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER



16.     Each Time Period damages amount was calculated by reviewing actual and comparable transactions since December 15, 2019, ensuring each was evaluated against current market rates for ~~hash rates~~hashrate, comparable transactions, and the economic terms of the Agreement (see SBI Crypto ~~Calculations~~Calculations[9]; Time Period Calculations Sheet 7).

---

~~₁ Hosting Service Agreement, Bates-stamped SBIC0003883–3906~~₉ SBIC0005997.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

2 The value of one Bitcoin as of March 24, 2025 was $82,605,79. Should this matter go to trial, I intend to use the price of Bitcoin at the date of trial to calculate the lost profit damages SBI suffered.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER



(Added)

a. A downward adjustment was applied to ensure the final calculation included an estimate of all identified relevant costs. Although 99.2% of all mining activity was in Bitcoin, a small portion—approximately 0.8%—consisted of Bitcoin SV (BSV) and Bitcoin Cash (BCH), which were promptly converted into Bitcoin for accounting consistency. Additionally, roughly 1% of mined Bitcoin was allocated to cover pooling costs. To conservatively account for these factors, as well as other nominal operational deductions, the total mined output was reduced by 3%. This is a prudent measure based on my professional judgement, to prevent overstatement of mined Bitcoin and reflect a realistic Net Lost Profits estimate. **Accordingly, $362,215,515 adjusted by 3% results in a final adjusted value of $351,349,050 or 3438.96 BTC.**

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER



3̶17.    ~~Adjustments~~Additionally, adjustments have been made to each number by a factor of ~~55.07%, which~~ 51.92%, which accounts for the percentage SBI Crypto kept as mined Bitcoin between December 15, 2019 and December 14, 2023. This calculation is shown at Scenario Alpha Valentine monthly retention ratio. This analysis was calculated by comparing the total revenue generated in Bitcoin (BTC) against the actual amount of BTC that was sold to cover hosting and other operational expenses. The differences were then adjusted proportionally to account for known factors such as pooling fees, non-Bitcoin mined conversions, and administrative costs, resulting in the finalized loss estimates reflected in the chart above.[10]

18.    This Supplemental Report provides a comprehensive explanation of the data sources utilized in the original analysis. It includes documentation and validation from multiple independent and verifiable entities. Specifically, the report details the use of mining data sourced from Luxor Technologies, a U.S.-based analytics firm recognized for its institutional-grade infrastructure and SOC 2 Type 2 certifications, which affirm its compliance with rigorous data security and reliability standards. The Supplemental Report also references internal audit records from SBI Crypto[11], which offer transactional-level insight into mining operations, as well as third-party audit attestations conducted by Deloitte Touche Tohmatsu LLC (Deloitte Japan)[12], confirming the accuracy of SBI's financial and operational disclosures. In addition, the report includes detailed statements and contractual documentation from Muroo Inc.,[13] outlining the specific percentage of

[10] Scenario_Alpha_Valentine_ Retention Ratio by Month.
[11] Internal audit documents shown at SBIC0005938-6044.
[11] External audit documents are shown at SBIC0010456-463.
[13] Muroo Contract shown at SBIC0003699-3710.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

Bitcoin mining proceeds to which it was entitled under the terms of its operating agreement with SBI Crypto. Collectively, these sources establish a robust factual foundation that substantiates the conclusions of the original report.

4~~19~~.    ~~I have~~The table below provides a breakdown of the total estimated losses ~~based on different scenarios of relevant time frame.~~by period (see calculations at SBI Crypto Calculations[14])



(Added)

Bitcoin Value as of July 12, 2025 With and Without Appreciation

20~~Dec 15~~. Each time period within the analyzed range is fully documented with source data, including specific hashrate outputs—defined herein as the computational power, measured in terahashes per second (TH/s), delivered by miners to solve Bitcoin blocks. For each interval, the reported hashrate is cross-referenced with SBI A10 miners operating in Russia, which is the identical equipment operating at the Whinstone facility to establish a reliable performance baseline. These comparisons include documented output figures from third-party mining operations and facility-level benchmarking data, ensuring that the analysis reflects both actual performance and industry-standard expectations. This approach allows for a precise assessment of operational output and reinforces the credibility of the damage calculations.

~~6.    Each transaction within the analyzed period adhered to market-standard pricing and aligned with contractual agreements. This evaluation quantifies the net lost profits damages attributable to Whinstone's alleged failure to perform pursuant to the terms of the Agreement and is based on industry norms, comparable performance at a similar facility, and historical transaction data.~~

~~7.    I have been asked to determine value of SBI's economic losses as of March 24, 2025 (current market value) for the purposes of this litigation matter. The definition of fair market value is the price at which an asset would change hands between a willing buyer~~

and willing seller, with neither being under a compulsion to buy or sell and both having reasonable knowledge of all relevant facts.

8.    My opinion of the value is subject to the assumptions and limiting conditions set forth in the report within a reasonable degree of economic certainty.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

## B.    Expert Witness Qualifications

1.      I am qualified to express an expert opinion on damages in this matter as a result of my education, training and experience. I hold a PhD in Finance and have academic and professional experience of over 25 years, including published research, financial analysis, financial technology, investment strategy, artificial intelligence, and quantitative analysis. I have been retained as an expert witness in over 100 matters, with

[14] The native Excel spreadsheets, provided contemporaneously with this report, are entitled "SBI Crypto Calculations-Supplemental Report" and "Scenario_alpha Valentine Supplemental Report."

a significant number of these involving those involving cryptocurrency and financial damages. My CV and Rule 26 disclosures are shown at ~~Appendix~~Attachment A to this report.

~~C.      Assumptions and Limiting Conditions~~

~~1.      As part of my analysis and estimate of economic damages in this matter, I have considered the financial statements and other analysis prepared by SBI. The financial statements consist of income statements and statements of account transactions. Based upon my examination of these statements and my discussion with representatives of SBI, I consider them relevant and reliable for the purposes of my analysis and initial opinions on damages. The preparation and contents of the financial statements is the sole responsibility of the management of SBI.~~

~~2.      I have met with Carson Smith, Nick Vitalis, and Jonathan Tanemori, representatives of SBI, to learn about the background and history of the mining activity and transactions, as well as counsel for SBI.~~

~~3.      Additionally, I have obtained data from publicly available sources that are commonly used and relied on in my field for purposes of my analysis and opinions on damages, including information retrieved from the SEC, Luxor Technologies, and Coindesk.~~

~~4.      The facts and data as set forth in this Initial Report were obtained from sources considered to be reliable.~~

~~5.      This Initial Report is based upon facts and conditions existing as of the date of this report. I have not considered subsequent events. Unless specifically requested by the client and agreed upon by me, I have no obligation to update my report for such events and conditions.~~

~~6.      The estimate of value opined to in this report applies only to SBI's Economic Losses as of March 24, 2025.~~

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

D.    Financial Analysis

1C.    **Analysis of** *Portfolio Statements***Time Period 1**

a.    I reviewed certain SBI's data, including records on mining, hosting, and hashrate operations. This access allowed me to conduct a comprehensive review of

all mining transactions. starting from December 15, 2019. My analysis focused on examining historical transaction records, verifying market-consistent pricing, and assessing the financial impact of any interruptions or inefficiencies in SBI's mining operations. The gathered data played a crucial role in calculating the economic damages SBI incurred due to lost mining opportunities and the resulting loss of appreciation income.

b.    The calculations of these economic damages were based on both lost mining revenue and the foregone appreciation that SBI would have generated had mining activities proceeded in accordance with the terms of the Agreement and in a manner otherwise experienced by SBI in a very comparable facility in a similar timeframe in Russia. The hashrate, hosting agreements, and mining data used in this assessment were sourced directly from SBI's contractual agreements (SBIC0003883), and therefore the analysis aligned with the terms of the business arrangement. Additionally, external third-party sources such as Coinmarketcap, Coingecko, Luxor Technologies, and publicly available SEC filings were used to validate market conditions and industry benchmarks. This multi-source verification approach provided a reliable foundation for estimating financial damages within a reasonable range of certainty.

c.    Appreciation rate calculations within the economic model were determined by evaluating the historical rate of return for Bitcoin over a specified period. The assessment specifically examined Bitcoin's performance from December 15, 2019, to March 24, 2025, representing the potential return that SBI could have earned if uninterrupted mining operations had taken place as intended. This approach offers a conservative yet realistic estimation of the financial loss stemming from the alleged breach of contract and other claims. By utilizing industry-standard methodologies and verifiable financial data, the analysis provides a reasonable quantification of SBI's lost net earnings and the broader financial consequences resulting from operational disruptions.

d.    The formula used to calculate the rate of return to be applied to each month of relevant mining activity is below:

R = (Pf - Pi) / Pi × 100

1.    During Time Period 1, which followed the execution of the contract between
SBI Crypto and Whinstone, Whinstone allegedly failed to fulfill its contractual obligation to construct and operationalize the agreed-upon mining facility[15]. Despite the agreement being in full effect, SBI Crypto alleges that no infrastructure was delivered, and no hosting

capacity was made available to SBI Crypto. As a direct result of this alleged non-performance, SBI Crypto was unable to deploy its mining equipment and generate cryptocurrency during this critical period. The inability to mine led to a measurable loss of revenue, which is quantified in this report as lost profits attributable to the absence of operational capacity. These losses are calculated using contemporaneous market data, including prevailing Bitcoin prices and expected hashrate output from comparable mining operations utilizing similar hardware under standard conditions. This analysis establishes a clear and supportable link between Whinstone's failure to perform and the economic harm suffered by SBI Crypto.

2.    The estimated amounts of Bitcoin mining that SBI Crypto was unable to achieve during Time Period 1 are based on hashrate benchmarks sourced from Luxor Technologies, a recognized leader in mining analytics and infrastructure services.[16] Luxor is the first Bitcoin mining pool to complete a SOC 2 Type 2 audit, conducted by the independent accounting firm Armanino LLP, certifying its adherence to rigorous standards for data security, system integrity, and operational transparency. In addition to its mining pool, Luxor's ASIC firmware product, LuxOS, has also received SOC 2 Type 2 certification, further validating the reliability of its performance data. The hashrate figures provided by Luxor—defined as the measure of computational power applied toward mining activity, expressed in terahashes per second (TH/s)—were used to establish the expected output SBI Crypto would have generated had Whinstone delivered the facility as contractually required. These benchmarks, when applied to comparable mining conditions and hardware, form the basis for calculating the lost mining capacity and corresponding economic damages incurred by SBI Crypto during the period of non-performance.

3.    Luxor Technologies stands out as one of the most credible and methodologically transparent data providers in the Bitcoin mining industry. Established in 2017, Luxor has built a vertically integrated infrastructure encompassing a SOC 2 Type 2-certified mining pool, ASIC firmware (LuxOS), a hashrate derivatives trading desk, and a widely cited data analytics platform known as the Hashrate Index. The SOC 2 Type 2 certifications—earned through rigorous audits by Armanino LLP—demonstrate Luxor's adherence to industry standards for data security, operational integrity, and reliability. These certifications are especially notable in the context of litigation and financial modeling, where data provenance and verifiability are critical.

[15] SBIC0003883.
[16] The background on Luxor is referred to in documents at SBIC0011466.

4.    Luxor's Hashrate Index platform is widely recognized as the industry benchmark for analyzing Bitcoin mining economics. It introduced the concept of "hashprice," defined as the U.S. dollar value earned per terahash of computational power per day, which adjusts dynamically for network difficulty, block rewards, and market prices. The hashprice metric, coined by Luxor in 2019, has since become the standard reference for measuring mining profitability across institutional, academic, and commercial contexts. Luxor's calculation methodology is fully transparent and publicly documented, relying on rolling averages and market-indexed inputs that allow for independent replication by other analysts. This level of transparency bolsters its credibility as a foundational source in damages estimation and operational benchmarking.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

5.    Luxor's data has been integrated into major industry reports and strategic planning by public companies. Nasdaq's "2022 Mining Year in Review" report relied extensively on Luxor's analytics to assess macroeconomic impacts on mining profitability. Publicly traded mining firms such as Core Scientific, Argo Blockchain, and Hut 8 use Luxor's indices for shareholder disclosures and strategic forecasts. Luxor's data has also supported financial hedging strategies, as demonstrated in the BitMine case study, and has been employed in infrastructure modeling by Soluna Holdings. Furthermore, academic institutions like the Cambridge Centre for Alternative Finance reference Luxor's hashprice metrics in their research on mining energy consumption and economics. These widespread, real-world applications across investment, academic, and regulatory environments reinforce Luxor Technologies as a trusted, reliable source for expert-level financial analysis.

~~Where:~~
(Added)



6.    Luxor Technologies' data is widely used across the private sector by institutional miners, financial analysts, and publicly traded companies, with particular

emphasis on its industry-standard platform, Hashrate Index. Nasdaq, for example, featured Luxor's analytics as the core data source in its "2022 Mining Year in Review" report, using Luxor's hashprice and hashrate metrics to assess how macroeconomic conditions impacted Bitcoin mining profitability. Additionally, companies like BitMine have used Luxor's over-the-counter (OTC) hashrate derivative desk to hedge revenue against market volatility, while infrastructure developers such as Soluna Holdings have partnered with Luxor to model energy optimization and site deployment. Academic institutions, including the Cambridge Centre for Alternative Finance, have also cited Luxor's network and revenue data in research on mining economics and energy use. This broad adoption across financial, corporate, and academic settings underscores Luxor's role as a leading, reliable provider of Bitcoin mining analytics.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

7.    The hashrate data provided by Luxor Technologies was instrumental in modeling the expected performance of SBI Crypto's fleet of A10 miners during the period when the Whinstone facility was contractually obligated to be operational but remained non-functional. Luxor's hashrate benchmarks, which reflect industry-standard output across various ASIC models under typical environmental and power conditions, were used to estimate the terahash-per-second (TH/s) performance of the A10 units. By applying these hashrate metrics—sourced from Luxor's Hashrate Index and verified against data from comparable mining operations—the analysis established a conservative projection of the Bitcoin that would have been mined had the facility been available. These projections were further reinforced by Luxor's hashprice data, which translates computational power into daily revenue based on prevailing network difficulty and BTC market prices. The combination of Luxor's hashrate and hashprice analytics enabled a reliable and replicable quantification of SBI Crypto's lost mining output and associated revenue during the period of Whinstone's non-performance.

8.    All calculations presented in this analysis were conducted with the objective of quantifying the net number of Bitcoin that would have been mined by SBI Crypto during the relevant period, but for the alleged conduct by Whinstone. These figures represent the total unmined output attributable to the lack of operational infrastructure and serve as the foundational basis for estimating the economic losses sustained. Importantly, this analysis reflects the "make-whole" amount in terms of actual Bitcoin units—not their market value at any specific point in time. The current or historical market price of Bitcoin is therefore irrelevant to the make-whole quantity, as the damages model is grounded solely in the volume of production SBI Crypto was contractually entitled to achieve. The valuation of those units in U.S. dollars is presented solely for the purpose of supporting a potential monetary award, while the underlying damage analysis is based on the quantity of Bitcoin that should have been mined, not their acquisition cost or market price. The calculations of Period 1 damages are shown at SBI Crypto Calculations Addendum.

R = Rate of return (%)
Pf = Final price (price of Bitcoin at the end of the period, i.e. the date of this Initial Report)
Pi = Initial price (price of Bitcoin at the date that p additional Bitcoin should have been mined but for the conduct of the defendants)

e.    Bitcoin (BTC), as a decentralized digital asset, presents unique challenges compared to traditional financial instruments like stocks or bonds. Unlike these conventional assets, Bitcoin does not have a direct correlation with any specific market index or asset class, making it more volatile and complex to assess in financial

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

~~litigation. When calculating damages related to lost Bitcoin, determining the appropriate methodology is essential to ensure a fair assessment of economic impact.~~

(Added)



**D.**    **Time Period 2**

    1.    *Analysis of Operational Output of Whinstone Facility vs. Russian Mining*

        a.    Time Period 2 reflects the phase during which the Whinstone facility became operational and SBI Crypto commenced mining activities on-site. However, despite the facility being active, SBI Crypto's mining performance during this period was severely compromised due to significant alleged operational inefficiencies at the Whinstone site. These alleged inefficiencies included suboptimal power uptime, inadequate cooling systems, and inconsistent machine maintenance protocols, all of which materially reduced the effectiveness of the deployed A10 mining units. Comparative analysis using Luxor Technologies' industry-standard hashrate benchmarks revealed that identical machine models operating in second-world jurisdictions

~~CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER~~

consistently delivered materially higher output. The resulting performance gap demonstrates that, while physical hosting was technically provided during Time Period 2, the quality and reliability of operations at the Whinstone facility fell far below industry norms, causing SBI Crypto to incur measurable losses in expected mining output.



b.        The data originating from the Russian mining facility operated by Muroo Inc. can be considered reliable and accurate due to several layers of verification and aligned economic incentives.

Redacted

[17] This financial structure gave Muroo a direct incentive to ensure that mining output was accurately tracked, transparently reported, and consistent with the performance of similar equipment operating within the same facility. Any discrepancies would have affected their own revenue share, thereby creating a strong

17 See example invoicing and communications at SBIC0003699-3710.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

mutual interest in maintaining precise operational records and upholding performance accountability. A summary of Muroo administrative fees and the associated cryptocurrency production is shown at SBIC0003699-3710.

        c.     The output data provided by Muroo was subject to internal verification by SBI Crypto, which maintained its own accounting records and performed periodic internal audits during the relevant mining periods. These audits confirmed that the Bitcoin production levels reported by Muroo matched SBI Crypto's own figures, reinforcing the consistency and reliability of the data.[18] Importantly, SBI Crypto had no incentive to inflate its reported mining output, as doing so would have increased both its tax liabilities and the revenue share owed to Muroo under the terms of their operating agreement. The convergence of accurate reporting, internal oversight, and financial disincentives for overstatement further supports the integrity of the mining data.

        d.     Finally, the credibility of this data is bolstered by the regulatory and audit framework governing SBI Crypto's parent company, SBI Holdings which owns 100% of SBI Crypto. SBI Holdings is a publicly traded corporation listed on the Tokyo Stock Exchange and is subject to rigorous national and international financial reporting standards, including oversight by Japan's Securities and Exchange Surveillance Commission (SESC)—the equivalent of the U.S. Securities and Exchange Commission. As part of its regulatory compliance, SBI Holdings undergoes annual independent audits conducted by Deloitte Japan, which include verification of digital asset holdings and wallet balances for both Bitcoin and Ethereum. These audits have found no inconsistencies in reported figures, further validating the accuracy of operational and financial data. Taken together, the alignment of financial incentives, internal audits, external reviews, and regulatory oversight provides a high degree of confidence in the reliability of the data originating from the Muroo-operated mining facility.[19]

        e.     Additionally, SBI Holdings, the publicly traded parent company of SBI Crypto, undergoes annual audits by Deloitte Japan, which have confirmed the accuracy of its digital asset holdings and reported balances. As a Tokyo Stock Exchange-listed firm, SBI is also subject to oversight by Japan's Securities and Exchange Surveillance Commission (SESC), which enforces rigorous financial disclosure standards. The convergence of real-time data generation, internal and external audits, and regulatory compliance provides a robust evidentiary foundation, confirming that the data used in this analysis is both authentic and forensically reliable.

        f.     The ~~Internal Revenue Service (IRS) classifies cryptocurrency as property rather than currency[3]. This designation means that profits from selling Bitcoin or other digital assets are subject to capital gains tax, similar to traditional investments such as equities. The IRS requires taxpayers to report gains or losses from Bitcoin transactions based on their fair market value at the time of sale or exchange. Proper documentation of transaction history, valuation methodologies, and historical price trends plays a crucial role in meeting IRS compliance standards and avoiding potential legal or tax related consequences.~~transactional and mining data associated with the 690 unique wallet addresses used by SBI Crypto for its Russian mining operations provide further verification of the cryptocurrency output during the relevant period. Each address reflects

      |Page

discrete inbound mining rewards, which are timestamped and recorded immutably on the Bitcoin blockchain, allowing for independent verification of the amounts mined. The hardware deployed in Russia consisted of the same or materially similar A10 miners that were intended for use at the Whinstone facility, creating a valid basis for performance comparison. The consistency of hash-derived rewards across these addresses—aligned

[18] Internal audit documents are shown at SBIC0005938-6044.
[19] External audit documents are shown at SBIC0010456-463.

with hashrate benchmarks and block rewards during that period—demonstrates a reliable and transparent correlation between machine performance and mined output. This on-chain evidence, when analyzed alongside Luxor Technologies' industry-standard hashprice metrics and internal SBI Crypto records, reinforces the credibility of the Russian mining figures and further substantiates the losses incurred due to the operational deficiencies at the Whinstone site.

    g.    The data presented in this analysis is contemporaneous, originating directly from the relevant time periods in which the mining activities occurred, and is supported by multiple independent checks and balances that ensure its reliability. The mining output figures were generated in real time by Muroo Inc., a revenue-sharing partner with a vested interest in accurate reporting, and were independently verified through internal audits conducted by SBI Crypto. These internal records aligned with Muroo's figures, reinforcing consistency across data sources.

    g.    Given the absence of an index or asset class that directly mirrors Bitcoin's performance, a commonly used, appropriate method for calculating damages in cases involving lost Bitcoin is to determine change in market value over the relevant time period. Unlike stocks, which can be compared against benchmarks like the S&P 500, Bitcoin operates within its own market structure, driven by factors such as supply constraints, institutional adoption, regulatory developments, and macroeconomic trends. As a result, assessing economic losses from lost Bitcoin holdings requires a historical price analysis to determine the potential appreciation that would have occurred had the digital asset remained in possession. In my experience this methodology provides a fair and data-driven evaluation of damages in legal proceedings. I understand that recently, a Texas appellate court found using Bitcoin appreciation to be permissible. *Ahlgren v. Ahlgren,* 703 S.W.3d 378 (Tex. App – Corpus Christi 2023), review denied, (Dec. 15, 2023).



Redacted

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER





CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

Redacted



Redacted



2.    *Adjustments for Differential Inefficiency in Mining (Time Period 2)*

a.    An event study methodology is a widely used analytical tool in financial and economic research to assess the impact of a specific event on various performance metrics. This method is particularly useful in cases where it is necessary to isolate the effects of an event from broader market trends. In traditional finance, event studies typically examine stock price movements before and after an event to determine whether it has led to abnormal returns (ARs) or cumulative abnormal returns (CARs). However, this methodology extends beyond financial markets and can be effectively applied to operational analyses, including the evaluation of mining efficiency in different geographic locations. Event studies traditionally focus on discrete, well-defined events. However, the methodology can still be applied to analyze market reactions to cumulative or ongoing events, such as regulatory noncompliance or sustained failure to meet industry standards. In the context of crypto mining performance, this is used to compare the operations at Whinstone with SBI's comparable Russian mining operations.[20]

~~b.    The Peterson (1989) approach follows the standard event study framework, utilizing statistical equations to calculate expected returns, abnormal returns, and significance tests to determine whether an event had a measurable impact. In the context of SBI's comparable Russian mining operations, applying an event study methodology would allow for a quantitative comparison between the~~ operational inefficiencies at the Whinstone ~~facility versus those in Russia. By treating the decision to mine in Whinstone as the event of appreciation, I can analyze deviations from expected mining efficiency, profitability, and downtime, measuring whether the observed performance differed significantly from what would have been anticipated had the machines been located in Russia.~~

~~c.    The application of event study methodology in this case is particularly valuable due to the inherent volatility in cryptocurrency mining performance and the operational differences between SBI facilities in Texas (Whinstone) and Russia. Some of the key advantages of using this method for comparative analysis include:~~

b.    Using validated contemporaneous data from SBI Crypto's mining operations in Russia provides a critical benchmark for assessing the underperformance of identical machines at the Whinstone facility. During the same general time period, SBI Crypto operated A10 mining units in both Russia and at Whinstone, enabling a direct comparison of output across two environments using materially similar hardware. The Russian site, managed by Muroo Inc., maintained detailed performance records tied to 690 unique wallet addresses, each of which logged incoming Bitcoin rewards on the blockchain.[21] These on-chain transactions—timestamped, immutable, and independently verifiable—serve as a transparent and accurate record of actual mining performance. Importantly, Muroo was compensated based on a percentage of Bitcoin mined, creating an incentive for precise and honest reporting, which was further confirmed by SBI Crypto's internal audits and validated by Deloitte Japan.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

[20] Peterson 1989.
[21] Russian site production data and analysis is shown at SBIC0003698-3710.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

i.     Actuarial proof of Whinstone underperformance. When these Russian performance benchmarks are compared to the output of the same model machines at Whinstone, a significant variance emerges. Despite operating under comparable market conditions and using equipment of equal specification, the mining performance at Whinstone consistently lagged behind that of the Russian site. This performance gap is consistent with reported issues at the Whinstone site, including suboptimal power uptime, inadequate cooling infrastructure, and poor maintenance procedures—all of which allegedly contributed to reduced machine efficiency and extended periods of downtime.

iii.     Isolating the impact of different locations. The mining efficiency and cost-effectiveness of machines can be influenced by multiple factors, such as electricity prices, climate conditions, and hosting agreements. By applying event study analysis, it is possible to control for market-wide Bitcoin price fluctuations and focus specifically on differences in operational efficiency between the two locations. data from the Russian facility was not only contemporaneous and verifiable, but it also reflected the expected performance output for the A10 units based on industry standards. The Russian machines delivered production rates aligned with Luxor's hashrate projections, confirming that the hardware was capable of achieving higher yields under properly managed conditions[22]. This makes the Whinstone data all the more revealing; the same machines failed to deliver industry-consistent output in a U.S.-based facility that was contractually obligated to maintain professional-grade hosting conditions. The comparative underperformance is thus not theoretical—it is grounded in real-world, validated, side-by-side operations using the same class of machines.

iiiii.     Assessing abnormalunderperformance of mining returns. Similar to how abnormal returns (ARs) measure the deviation of stock performance from expected values, an event study can calculate abnormal mining efficiency (AMEs) by comparing expected hash rates, power consumption, and operational uptime across locations. This approach enables a direct evaluation of whether Whinstone's inefficiencies resulted in significantThe mining data from the Russian facility was not only contemporaneous and verifiable, but it also reflected the expected performance output for the A10 units based on industry standards. The Russian machines delivered production rates aligned with Luxor's hashrate projections, confirming that the hardware was capable of achieving higher yields under properly managed conditions. This makes the Whinstone data all the more revealing; the same machines failed to deliver industry-consistent output in a U.S.-based facility that was contractually obligated to maintain professional-grade hosting conditions. The comparative underperformance relative to what was expectedis thus not theoretical—it is grounded in real-world, validated, side-by-side operations using the same class of machines.

iii.     Measuring cumulative mining losses. Just as cumulative abnormal returns (CARs) aggregate abnormal returns over a defined period, cumulative abnormal mining losses (CAMLs) can be used to assess the total economic impact of

operational inefficiencies over time. This helps quantify the financial consequences in terms of lost mining revenue and increased costs.

~~iv.    Statistical testing for significant differences.~~ Using standard event study statistical tests, it is possible to determine whether the inefficiencies observed at Whinstone were statistically significant or within expected variance. If the SBI Whinstone operation consistently underperforms against the benchmark of SBI Russia's mining performance and conditions, this would provide strong empirical evidence supporting SBI's claims of financial and economic damages.

d.    Below are the key equations:

i.    Estimating Expected Returns.    Expected returns are calculated using the market model, which assumes a linear relationship between the stock return and the market return:

$E(R_{i,t}) = \alpha_i + \beta_i R_{m,t}$

- $E(R_{i,t})$ = Expected return for stock $i$ at time $t$
- $\alpha_i$ = Intercept term (firm-specific)
- $\beta_i$ = Market beta of stock $i$ (sensitivity to market movements)
- $R_{m,t}$ = Return of the market index at time $t$

The parameters $\alpha_i$ and $\beta_i$ are estimated using an ordinary least squares (OLS) regression over an estimation window. In this case, I use the monthly data from the SBI Russian miners starting in November of 2019. This data was selected specifically because it excludes the ramp up and wind down periods of the SBI Russian miners. This gives an estimation period that has validity and reliability due to the hashrate and performance being benchmarked against miners in Russia using the same model numbered machines.



CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

ii.    ~~Abnormal Returns (AR)~~. Abnormal return is the difference between the actual return and the expected return:

$$AR_{i,t} = R_{i,t} - E(R_{i,t})$$

or, substituting the market model:

$$AR_{i,t} = R_{i,t} - (\alpha_i + \beta_i R_{m,t})$$

- $AR_{i,t}$ = Abnormal return of stock $i$ at time $t$
- $R_{i,t}$ = Actual return of stock $i$ at time $t$
- $E(R_{i,t})$ = Expected return from the market model

| Date | Redacted | Expected (Russia Avg) | Abnormal Return | Cumulative AR |
|------|----------|-----------------------|-----------------|---------------|
| Jul 20 | | 111.86 | Redacted | Redacted |
| Aug 20 | | 111.86 | | |
| Sep 20 | | 111.86 | | |
| Oct 20 | | 111.86 | | |
| Nov 20 | | 111.86 | | |
| Dec 20 | | 111.86 | | |
| Jan 21 | | 111.86 | | |
| Feb 21 | | 111.86 | | |
| Mar 21 | | 111.86 | | |
| Apr 21 | | 111.86 | | |
| May 21 | | 111.86 | | |
| Jun 21 | | 111.86 | | |
| Mean Abnormal Return | Reda | | | |

iii.    Statistical Analysis.

T-Statistic: -7.47
P-Value: 0.00003

The t-test results indicate a statistically significant difference between the estimated and actual mining performance. With a t statistic of -7.47 and a p value of 0.00003, I can conclude that the operational inefficiencies at the Whinstone facility are significantly different from the expected performance benchmarked against the Russian facility's estimated efficiency. A P value of 0.00003 indicates strong statistical significance. It means there is only a 0.003% chance that the observed result (or something more extreme) would occur. This suggests that the effect or relationship being tested is highly unlikely to be due to random chance.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

ec.    Using event study methodology, ***I find that the Whinstone operations were 50.74% less efficient than mining operations in Russia***. This

is important to note because (1) the hashrate and performance being benchmarked against miners in Russia using the same model numbered machines and (2) the Russian miners were in a 2nd world country, where there is an expectation that energy grids would be less efficient than in the 1st world countries (Ponce-Jara et. Alal 2017).

---

[22] See analysis at SBIC0003699-3710.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

f.         ~~For the months that the Whinstone agreement was operational, an additional 50.74% is added to the total amount mined for the months of July 2020 June of 2021.~~



Based on these calculations, the negative abnormal return after adjusting for the operational inefficiencies of the Whinstone mining operation total (**$**~~50,563,212.10)[4]~~**64,898,025**[23] reflecting the price of Bitcoin as of the date of ~~this Initial Report.~~report. It should be noted this number was calculated conservatively. If we used a straight lost profit analysis from Luxor data and not Russian mining, would be between $53-$66 million depending on the scenario in addition to the $64,898,025 number above.

### 3. *Adjustments for Period 3—Post Termination of Hosting Service Agreement*

I understand that beginning on July 1, 2021, SBI Crypto's hosting agreement with Whinstone was terminated after enduring ongoing issues related to excessive heat, dust accumulation, and inadequate data center conditions rendered the facility unsuitable for continued operations. While Whinstone did not formally deem the equipment inoperable, the environmental deficiencies led to a situation in which SBI Crypto's machines could no longer function as intended. The analysis for Time Period 3 quantifies the Bitcoin that would have been mined had the equipment remained operable and Whinstone fulfilled its obligations under the agreement. Using contemporaneous performance data from SBI Crypto's A10 machines operating in Russia, this time period models the expected output under standard industry conditions and forms the basis for calculating the additional lost profits resulting from Whinstone's failure to maintain a viable hosting environment.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

[23]See total at SBI Crypto Calculations Addendum.

a. The methodology used to determine the losses for Time Period 3 is consistent with the approach applied in Time Period 1, ensuring continuity and reliability in the damage analysis. In both periods, the primary objective was to estimate the net number of Bitcoin that would have been mined by SBI Crypto had Whinstone fulfilled its contractual obligations. This was achieved by establishing expected hashrate output for SBI Crypto's A10 mining units under standard operating conditions using contemporaneous data and industry benchmarks. Luxor Technologies' hashrate analytics and hashprice metrics served as the foundation for calculating expected performance, allowing for normalization across changing network difficulty, block reward schedules, and Bitcoin market prices.

b. For Time Period 3, the projected mining output was calculated based on the same model of machines operating in similarly equipped and better-managed facilities— most notably the Russian site operated by Muroo Inc.—where SBI Crypto's hardware consistently performed in line with expected hashrate benchmarks. These figures were cross-validated using historical hashrate performance, internal audit reports from SBI Crypto, and blockchain-verified mining rewards linked to known wallet addresses. This benchmarking allowed for an apples-to-apples comparison between what the machines should have mined under normal conditions and the actual mining that occurred due to Whinstone's failure to maintain operational standards.

c. By applying the same valuation framework—grounded in hashprice-per-terahash per day and tied to publicly available network metrics—the analysis produces a make-whole estimate in Bitcoin units. The losses were then translated into U.S. dollar values solely for the purpose of quantifying potential monetary damages. As with Time Period 1, the valuation reflects only the volume of missed Bitcoin production, independent of any speculative market pricing or acquisition cost assumptions. This methodological consistency across both time periods ensures that the analysis remains objective, transparent, and forensically sound[24].

d. As previously detailed, the validity of the Luxor Technologies data used in this analysis is well-established and widely recognized across the cryptocurrency industry. Luxor is the first Bitcoin mining pool to earn SOC 2 Type 2 certification, confirming that its systems and data handling practices meet rigorous standards for security, availability, and accuracy. Its analytics platform, Hashrate Index, is the industry standard for tracking mining profitability and machine performance, and its hashprice and hashrate benchmarks are routinely cited by publicly traded mining companies, academic institutions, and financial media outlets such as Nasdaq. The transparency of Luxor's methodology, anchored in real-time, publicly verifiable blockchain metrics, ensures that the performance estimates used in this report are both replicable and credible. Accordingly, the use of Luxor's data to model expected mining output provides a reliable and industry-accepted basis for quantifying SBI Crypto's losses.

---

[24] See calculation of Period Three at SBI Crypto Calculations Addendum.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

g.      This document presents a comparison of mining operational losses in terms of percentage loss and financial impact of the inefficiencies in mining at Whinstone over the period from July 2020 to June 2021. The data highlights the decline in mining performance and its financial consequences.

E.      Valuation Methods Rejected

1.      *Book Value Method*. The book value of SBI's Economic Losses as of March 24, 2025, is deemed inapplicable for valuation purposes because the valuation of a

financial technology assets is predicated not on the book value of its assets but on the intrinsic value of its coding, blockchain, and intangible assets. Book value, an accounting measure, is calculated by subtracting total liabilities from total assets. However, this measure fails to account for the fair market value of a portfolio's assets and liabilities, as well as the fair market value of any intangible assets. Consequently, it does not provide a reflection of the fair market value as of the valuation date. Therefore, despite considering the book value of SBI's crypto portfolio and compensation, I have determined that it is not a reliable indicator of the business's fair market value as of March 24, 2025 in this matter.

2.      *Liquidation Value Method*. Liquidation value is the value of the business's assets (minus liabilities) valued as if they were to be sold in an orderly, piecemeal manner. Although I considered the liquidation value of SBI's portfolio, I rejected the method as a indicator of its fair market value as of March 24, 2025 due to my opinion that liquidation value ignores any opportunity costs associated with lost appreciation earning from any sales. Further, since I understand that the equipment was irreparably damaged due to heat at the Whinstone facility, the net liquidation value of production assets is understood to be negligible. When time period 2 was examined, a direct liquidation value comparison between Russia and Whinstone was excluded due multiple months of Russian production corresponding to Whinstone output where excluded due to economic sanctions against Russia nearly halting production.

3.      *Adjusted Book Value Method*. A business's adjusted book value is determined by recalibrating the company's assets and liabilities from their book value to their estimated fair market value as of the valuation date. In the context of a going concern, fair market value typically corresponds to the depreciated replacement cost. As of March 24, 2025, the adjusted book value of SBI's Economic Losses was deemed inapplicable due to the presence of substantial intangible value. Similar to the book value method and the liquidation value method, the adjusted book value method fails to account for the business's earnings capacity. This method is principally employed to value holding companies or businesses devoid of goodwill value. Given that portfolio value is primarily derived from its projected earnings flow, I have rejected the adjusted book value method as a suitable approach for determining the fair market value.

4.      *Triangulation Method*. Triangulation methods, which involve comparing a

16 | Page

~~target asset with similar assets to determine its value, are not well suited for valuing a cryptocurrency portfolio due to several factors. Unlike traditional assets such as stocks or bonds, cryptocurrencies often lack sufficient comparables with similar liquidity, volatility, and usage characteristics. The highly speculative and rapidly evolving nature of the crypto market means that factors affecting one cryptocurrency can differ significantly from those affecting another. Additionally, cryptocurrencies operate in a decentralized and often opaque manner, with many variables like market sentiment, regulatory changes, and technological developments influencing their value unpredictably. These unique characteristics make it challenging to apply traditional triangulation techniques effectively, as it lacks consistent and reliable benchmarks hinders for valuation.~~

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

F.    Optimal Valuation Methods

In determining the fair market value of SBI's Economic Losses as of March 24, 2025, it is my opinion that the primary method to be used is an analysis discounted net cash flows deriving from the percentage gain in Bitcoin since time periods 1 and 2. Time period 3 was calculated using an event study, which allows us to use Russian mining using the same model equipment and its production output against the Whinstone operation. This includes inflows, transactions, trading, and outflows. Using this method is particularly applicable to a high frequency trading of crypto because it provides a way to estimate the present value of the portfolio based on current market values and the transfer of wallets and assets. This method considers the time value of money, risk associated with a crypto portfolio, and provides a clear picture of potential asset transfers, which is crucial for a case and the settling of crypto assets.

G.    Time Periods and Models Considered

1.    Clause 13.1 of the Hosting Service Agreement provided that "[t]his Agreement shall commence on the Effective Date and shall continue for a period of twenty-four (24) months from the RFU Date ("Initial Term") unless and until terminated in accordance with this Clause 13. This Agreement shall be automatically extended for a period of twenty-four (24) months ("Extended Term") at the end of the Initial Term and at the end of each Extended Term. Notwithstanding above, the Customer can terminate the Agreement at the end of the twelfth month of the Initial Term or during any Extended Term with no penalty by notifying Whinstone in writing sixty (60) days prior to the end of the Agreement." It is my understanding that the life of the machines housed at Whinstone encompass a 4-year life span, which is reflected in the damage modeling.

2.    This valuation employs a structured scenario-based approach to quantify the economic losses sustained by SBI allegedly due to Whinstone's alleged nonperformance. The damages analysis spans from December 15, 2019, through March 24, 2025, and includes two primary components: (1) the net profits SBI would have realized from mining additional Bitcoin during this period had Whinstone performed according to contractual obligations, and (2) the associated appreciation in the market value of that foregone Bitcoin that would have been retained.

3.    To provide the most accurate and reliable indication of value, I applied the "but for" methodology widely used in forensic economic and commercial litigation contexts. This method models a counterfactual scenario, what would have occurred "but for" the breach/fraud and compares it to the actual outcomes. In this case, the counterfactual assumes timely deployment and operation of SBI's mining equipment at Whinstone's Texas facility.

The valuation periods were divided as follows:

- Period 1: Pre-RFU Period (December 15, 2019 – June 30, 2020) This period reflects the delay between the contractual start date and the "Ready For Use"

(RFU) date, which is to be determined by the output of mining. During this time, SBI was unable to mine due to Whinstone's alleged delay. I calculated

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

~~the Bitcoin SBI would have mined had the RFU occurred on schedule, using historical hashrate output benchmarks and actual BTC block rewards, and priced those coins using historical spot market values on dates of potential sale.~~

- ~~Period 2: Operational Period July 1, 2020 to July 31, 2021 (from RFU Date through early termination)~~
  ~~As the event study methodology was specified in the prior section, this period reflects actual or partial operation and is excluded from loss estimation to maintain a conservative position. This period directly compares Whinstone mining output~~ to the output of the same model number machines mining in ~~Russia.~~

- ~~Period 3: Post-Termination Period (after early contract termination, August 1, 2021 through December 14, 2023)~~
  ~~This segment models continued mining operation under the Agreement for at least two years following the RFU date, aligning with standard industry practice and SBI's expectations under the contract. It is my understanding that the RFU date was never fully actualized. Also, the life of the machines is 4 years, which is reflected in the damage model for this agreement. Expected output was calculated using estimated miner performance, adjusted for network difficulty, and BTC price appreciation was accounted for to reflect the opportunity cost of not holding or liquidating the mined Bitcoin.~~

**E.** Based on this framework, and using publicly verifiable spot prices for Bitcoin as of ~~March 24~~**July 12**, **2025**, the projected economic losses are as follows:

- **$**~~59,708,082~~**134,881,648** for Period 1 (foregone profits due to delayed operations prior to the RFU date)
- **$**~~50,563,212.10~~**64,898,025** for Period 2 (based on underperformance of mining operations at Whinstone)
- **$**~~65,301,163~~**162,435,842** for Period 3 (foregone profits and appreciation losses following contract termination)

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

(Added)



### E.   Validity of Data Conclusion

1.      The data used throughout this analysis is contemporaneous, independently verifiable, and supported by multiple layers of validation, establishing its reliability for forensic and financial evaluation. Mining performance metrics were derived from on-chain transaction records, internal audit reports, and operational data from third-party hosting partners with aligned economic incentives. These figures were further cross-referenced against industry-standard benchmarks provided by Luxor Technologies—an SOC 2 Type 2-certified analytics firm whose hashprice and hashrate indices are widely adopted by public mining companies, institutional investors, and academic researchers. Additional assurance is provided by external audits conducted by Deloitte Japan and the regulatory oversight of SBI Holdings under Japan's Securities and Exchange Surveillance Commission (SESC). SBI Crypto is a subsidiary of SBI Holdings and was subjected to the audit. Taken together, the transparency, consistency, and auditability of these data

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER





Redacted

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

sources confirm they can be relied upon for calculating damages and attributing causation. These estimates are calculated using conservative assumptions and reflect net profits, taking into account reasonable operating costs, power consumption, and standard industry margins for similar mining operations.

## H.    Value Conclusion

The findings of my analysis demonstrate the significant economic damages incurred by SBI are reasonably tied to the facts of the case and to the Plaintiff's allegations of breach of contract and other claims. The evaluation of various scenarios has provided a comprehensive view of the financial implications, and allows for the selection of the appropriate methodology among those accepted in my field. Based on the information contained in this Initial Report, the fair market value of a 100% appreciation stake in SBI's economic losses as of March 24, 2025, is estimated at $175,572,457. This figure includes appreciation lost from the date of loss to present, calculated under a conservative assumption that the life of the machines housed at Whinstone is 4 years.

Key Findings

1.    *Economic Impact*. Among the core issues alleged by the Plaintiff in this case is the fraudulent inducement, fraudulent concealment, and a failure to adhere to the contractual agreement. Assuming Whinstone is liable, my analysis shows that SBI's expected revenue from continuous operations was severely impacted due to operational inefficiencies resulting in substantial lost net profits.

2.    *Market Consistency and Transaction Validity*. A thorough review of all transactions since December 2019, confirmed that each transaction was consistent with prevailing market rates for hash rates and comparable transactions. SBI's operations were structured around industry-standard economic principles, ensuring that the financial model used for loss assessment was both valid and reliable. The consistency of SBI's transactions further underscores that the losses were not a result of unrealistic expectations but were directly tied to the alleged breach of contract and other claims, measured by comparison to a comparable facility. The chart below illustrates damages under three retention ratio scenarios. A conservative estimate, applying a 3% adjustment for costs, yields damages of $317,513,432. Under the base model, which reflects the primary calculation methodology without further adjustment, damages amount to $351,349,050. Lastly, an aggressive scenario assuming a 5% higher retention rate produces damages totaling $385,184,667. These values were derived by comparing total mined Bitcoin revenue with amounts sold to cover hosting and administrative expenses.

3.    *Time Segments Analysis and the Accepted Model*. The three time periods in this damages analysis were constructed to reflect distinct phases of potential mining activity affected by Whinstone's alleged non-performance. Period 1 (Pre-RFU) spans from December 15, 2019, to the date on which the miners would have been "Ready For Use" (RFU), representing the time SBI lost due to delayed facility readiness; expected mining output during this phase was modeled using historical hashrate performance and Bitcoin market prices. Period 2 (Operational Period) represents

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

the window from the RFU date to the early termination of the Agreement, and although it reflects partial or limited mining activity, it was conservatively excluded from the core damages claim. Period 3 (Post-Termination) begins at contract termination and extends through December 14, 2023, under the assumption that SBI's miners would have continued operating for at least two additional years had the contract remained in effect; this period accounts for both lost mining output and the appreciation of Bitcoin that would have been mined. These

periods collectively provide a structured and conservative basis for quantifying SBI's lost economic opportunity.

4.    *Mining Differential Inefficiencies at Whinstone vs. Russia*. Another major component of the total damages stems from the differential inefficiencies in mining operations at the Whinstone facility compared to equivalent mining setups in Russia. Despite utilizing essentially, the same machines, the operational inefficiencies at Whinstone resulted in a loss of $50,563,212. The difference in mining output and operational reliability between the two locations further reinforces the claim that SBI suffered financial harm due to circumstances beyond their control, directly tied to the breach of contract and other claims asserted by SBI.

5.    The conclusions drawn from this analysis are based on well-documented financial and operational models, historical market data, industry standards and verifiable contract terms. Damages of $175,572,457 reflect a fair market valuation of the economic damages suffered by SBI within a reasonable range of certainty. The scenario analysis further reinforces the fairness, relevance and reliability of these calculations, as the methodology adheres to the contractual terms and industry standards. Furthermore, each transaction reviewed aligns with market norms, further proving that the financial assessment is based on factual economic conditions rather than speculative or inflated projections.

6.    Assuming breach of contract and fraud alleged resulted in financial losses that extend beyond direct economic impact. SBI's ability to operate efficiently, maintain its planned growth trajectory, and scale its mining operations was severely hindered. My conclusions presented in this Initial Report provide a clear and compelling justification for the calculated damages.

7.    The financial damages suffered by SBI are real, quantifiable economic harms that resulted from the breach of contract and other claims. The inability to fulfill the agreed upon operational timeframe, combined with the subsequent relocation costs and inefficiencies, had a substantial financial impact. The assessment provided in this Initial Report is based on a rigorous financial analysis, ensuring that the total damages of $175,572,457 reflect a fair market valuation. The strength of the data and the thoroughness of my analysis provide a robust basis for SBI's claim of lost net profits, demonstrating that the economic damages were are sufficiently tied to the alleged failure to meet contractual obligations and other claims.

(Add)n Mining Damages Under Varying Retention Scenarios

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER



### F.     Key Findings:

1.     *Failure to Deliver on Contractual Obligations.* During Time Period 1, Whinstone allegedly failed to deliver operational hosting infrastructure despite a valid contract, directly preventing SBI Crypto from deploying its mining equipment. The analysis quantifies the net number of Bitcoin that would have been mined during this period using validated performance benchmarks.

2.     *Operational Inefficiencies at Whinstone Severely Reduced Machine Productivity.* In Time Period 2, although the Whinstone facility was operational, SBI Crypto's machines allegedly underperformed significantly due to inadequate environmental conditions—including poor cooling, excessive heat, and dust exposure. Performance comparisons to similar machines in Russian facilities demonstrate substantial mining shortfalls attributable to Whinstone's mismanagement.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

3.    *Termination of Hosting Service Agreement.* Time Period 3 reflects the period after SBI Crypto's Hosting Service Agreement was terminated on July 1, 2021. The termination was the result of Whinstone exercising a change of control clause in the hosting agreement. The analysis projects lost mining output based on comparable hardware operating in other locations, modeling what SBI Crypto would have mined absent termination.

4.    *Russian Mining Data Provides a Reliable and Verified Performance Baseline.* Data from SBI Crypto's operations in Russia—managed by Muroo Inc.—is highly reliable. Muroo had a direct financial incentive to report accurately, and internal audits by SBI Crypto confirmed the reported figures. Additionally, Deloitte Japan's audits of SBI Holdings found no discrepancies in digital asset reporting, further validating the mining data used for benchmarking.

5.    *Luxor Technologies Provides Industry-Standard, Audited Data.* Luxor Technologies' hashprice and hashrate benchmarks underpin the performance assumptions throughout this analysis. As the first mining pool and firmware provider to earn SOC 2 Type 2 certification, Luxor offers transparent, widely adopted, and audit-friendly data. Its indices are used by Nasdaq, public mining firms, and academic institutions, and can be reliably applied in this damages assessment.

## ~~I~~G.    Certification of Appraiser

I certify that, to the best of my knowledge and belief:

1.    The statements of fact contained in this report are true and correct.

2.    The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions, and conclusions.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

3.      I have no present or prospective appreciation in the property that is the subject of this report, and I have no personal appreciation or bias with respect to the parties.

**~~J~~H.** ~~Documents and Data~~ **Documentation of Research Performed and Considered in the Preparation of this ~~Initial~~ Report**

1.      The rate of return formula is commonly used in financial calculations and is explained in-depth by Investopedia. Source: Investopedia - Rate of Return.

2.      Calculating Bitcoin returns is crucial in legal and tax contexts, as cryptocurrency is treated as property by the IRS, making return calculations important for compliance. Source: IRS - Cryptocurrency Tax Reporting.

3.      **M.A. Ponce-Jara, E. Ruiz, R. Gil, E. Sancristóbal, C. ~~Pérez-Molina~~Pérez-Molina, M. Castro**, Smart Grid: Assessment of the past and present in developed and

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

developing countries, Energy Strategy Reviews, Volume 18, 2017, Pages 38-52, ISSN 2211-467X, https://doi.org/10.1016/j.esr.2017.09.011.

    4.    **Peterson, P. P. (1989).** Event studies: A review of issues and methodology. *Quarterly Journal of Business and Economics, 28*(3), 36–66.

    5.    *Ahlgren v. Ahlgren*, 703 S.W.3d 378 (Tex. App—Corpus Christi 2023), review denied, (Dec. 15, 2023).

    6. **SOC 2 Type 2 Certification for Mining Pool (2022)** Luxor Technologies. (2022, December 15). *Luxor becomes the first Bitcoin mining pool to complete SOC 2 Type 2 audit.* https://luxor.tech/news/luxor-becomes-the-first-Bitcoin-mining-pool-to-complete-soc-2-type-2-audit

    7. **SOC 2 Type 2 Certification for LuxOS Firmware** Luxor Technologies. (2022, December 22). *LuxOS becomes the first ASIC firmware to achieve SOC 2 Type 2 certification.* https://luxor.tech/news/luxos-soc-2-type-2-certification.

    6.    Rockdale Hosting Service Agreement, Bates-stamped SBIC0003883-3906.

    7.    Texas vs Russia Excel spreadsheet, Bates-stamped SBIC00005997.

    8.    SBIC's Lost Profit spreadsheet, Bates-stamped SBIC0005882.Luxor Technologies. (2023, February 16). *Luxor launches first-ever RFQ marketplace for Bitcoin mining ASICs.* https://luxor.tech/news/luxor-launches-first-ever-rfq-marketplace-for-Bitcoin-mining-asics.

    9.    SBI Python Code spreadsheet

    9.    Luxor Technologies. (2023). *Bitcoin mining hashrate lookback series.* https://hashrateindex.com/blog/.

    10.    Cambridge Centre for Alternative Finance. (n.d.). *Cambridge Bitcoin Electricity Consumption Index (CBECI).* University of Cambridge Judge Business School. Retrieved June 23, 2025, from https://ccaf.io/cbnsi/cbeci.

    10.11.    A list of all other discovery documents, data files, workpapers, calculations, pleadings, professional or academic literature referenced, and external research considered in the preparation of this Initial Report is included at Appendix B.

K.    Disclosed Excel Spreadsheets including the calculations referred to in this Initial Report

    1.    The following Microsoft Excel Worksheets, which contain the calculations of amounts appearing in this report, have been disclosed contemporaneously with this Initial Report and are incorporated herein by reference:

    a.    Scenario_alpha Valentine

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

b.    ~~SBI_Crypto_Calculations~~

c.    ~~Event_Study_CAR_Calculations~~

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

L.     Compensation

1.     I am being compensation for my work on this Initial Report at the rate of $300 per hour.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

(Modified)



Randall
Valentine, Ph.D.

Academic

*associate professor finance millsaps college• aug 2024 to present*

Appendix A

*associate professor of practice finance• Texas tech university aug 2021 to aug 2024*

Graduate Certificate in AI
Wharton College of Business, University of Pennsylvania
2025

Graduate Certificate in FinTech
Wharton College of Business, University of Pennsylvania
2024

Ph.D. in Finance Mississippi State University

2006

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

MS in Finance/Statistics Mississippi State University 2001

BS in Finance
Arkansas State
University
1997

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

Graduate Certificate in AI
Wharton College of Business, University of Pennsylvania 2025

Graduate Certificate in FinTech
Wharton College of Business, University of Pennsylvania 2024

Ph.D. in Finance
Mississippi State University

2006

MS in Finance/Statistics
Mississippi State University
2001

BS in Finance
Arkansas State University
1997

*professor of finance• William carey university • aug 2014 to aug 2021*

*Asst/Associate professor of finance•Georgia southwestern state university•aug 2005 to aug 2014*

professional

*Conference chair • academy of business research • www.aobronline.com*
Co-Chair of the Academy of Business Research since 2004. Currently, ABR has over 1,000 individuals attend its 4 conferences annually with representatives from over 30 countries. ABR publishes 5 journals. ABR has media mentions in several international publications and in the Wall Street Journal.

*Quant Analyst • Handsboro Capital • 2015-2021*
Chief quant analyst for a $50-100 million portfolio consisting of distressed debt/equity investments. This is done in coordination with a group of hedge funds and investment banks.

Research list—A and A* rated journals (abdc list)

"An Inquiry into FinTech Research: Analysis of Methodologies and Investigative Foci" Journal of Banking and Finance Law and Practice  (Z. Jourdan, K. Corley, A. Tran)

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

## research

Current research appreciations include recent "A" rated journals in FINTECH and COVID-19

Research list    A and A* rated journals (abdc list)

"An Inquiry into FinTech Research: Analysis of Methodologies and Investigative Foci" Journal of Banking and Finance Law and Practice  (Z. Jourdan, K. Corley, A. Tran)

## awards

Finalist for Outstanding Teacher, Rawls College of Business Texas Tech University 2022,2023

Distinguished Research Awards 2008,2013, 2020,2022

## Service highlights

Faculty Advisor Rawls Finance Association (initiated connections and internships with Goldman Sachs, J.P. Morgan, and many others) 2021-Present

Faculty Advisor Business Valuation 2021-Present

Online Instruction Coordinator 2014-2021

Chair IRB 2012-2014

Head of AACSB Committee

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

"FINTECH: A Content Analysis of Finance and Information Systems Literature" <u>Electronic Markets, (Volume 33, 2023).</u> (Z. Jourdan, K. Corley, A. Tran)

"Investigating the Relationship of School Reopening to Increases in COVID-19; The Case of the Delta Variant", *Journal of Public Health*, fdaa373, https://doi.org/10.1093/pubmed/fdab373 (Volume 45 Issue 1, 2023).

"Irrational Exuberance or the Money-Trust Power Grab: Was the Panic of 1907 Truly a Speculative Bubble or a Financial Coup D'état? ," <u>Journal of Behavioral Finance, (Volume 24, 2022).</u> (R. Larocca, T. Cunningham)

"Behavioral Predictors of Fraud Motivation within Common and Uncommon Demographic Groups," <u>Journal of Banking Finance Law and Practice, (Vol 31, 2020).</u> (E. Heneke)

"Relationship of 2020 Protests to Increases in COVID-19 Cases Using Event Study Methodology, *Journal of Public Health*, , fdaa127, https://doi.org/10.1093/pubmed/fdaa127 **(Was in Top 5 Most Read/Downloaded Articles in all of PubMed and highest AltMetric of any finance author with 579)**

Research list

"Examining COVID-19 Infection Rates Using Data Analytics: The Case of Lifting Mask Mandates," <u>Journal of Data  Analytics, Forthcoming</u> (R. LaRocca)

"Examining the Relationship Between Earnings and Patent Filings Among Pharmaceutical Companies in Asia," <u>International Journal of Economic and Financial Issues, Vol 3 2020</u> (A. Okun)

"Does Health Locust of Control and Self Efficacy Impact Attitudes Towards Direct to Consumer Advertising in the

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

~~2007 2010~~ US," e-Journal of Social and Behavioral Research in Business, Vol 11 Issue 1, 2020 (C. Maldanado)

"Online Vs. On Ground: Academic Honesty in Online Classes," Presented at International Organization of Social

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

2007-2010          Sciences and Behavioral Research Conference 2018 (R. Reich, D. Valentine)

"International Currency Exchange Rate and Gasoline Price," Southern Journal of Business and Economics, Spring 2016 (F. Xu and D. Wang).

"The Virtual Professor," Administrative Issues Journal, Fall 2014 (R. Bennett).

"An Examination of Risk Adjusted Returns Caused by Terrorist Attacks," Journal of Insurance Research, Spring 2012 (C. Bishop).

Real Estate Analysis, Spring 2011 (Co-editors Diaz and Hansz).
Personal Finance 1st Edition, Spring 2011 (Co-editors Kapoor, Dahlby, and Hughes).

"Forecasting Economic Data Based on Terrorist Attacks," Journal of the Academy of Financial Management, 2010 (J. Kooti and M. Fahti).

"Management Forecasting and Measuring Accuracy of Forecasting Techniques," International Journal of Business, Marketing, and Decision Sciences, 2010 (M. Fahti and J. Kooti).

The Next Great Depression, Fall 2009. Was on Best Seller List in Economics/Inflation.

"The Implications of Gramm-Leach-Bliley on the 2008 Economic Downturn," Franklin Business and Law Review, Volume 4, 2008.

"The Bad Neighbor: A Case Study of State Farm in Hurricane Katrina," Conflict Negotiation and Resolution Journal, Volume 1, 2008 (A.J. Kooti and J. Kooti).

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

"Using the Buffet Model: The K-Mart Recovery," <u>Journal of Global Education</u>, Volume 1, 2008 (S. Murrie, A.J. Kooti and D. Valentine).

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

"Identifying Marketing Strategies for a new product; A Case Study," <u>Business Journal for Entrepreneurs</u>, Volume 1, 2008 (D. Valentine).

"Distribution Channels of Online Commodities*,"* <u>Conflict Resolution and Negotiation Journal</u>, Summer, 2007 (B. Kinard).

"The Theory of Efficient Capital Markets...A Review of Literature," <u>Journal of Business for Entrepreneurs</u>, Spring 2007.

"Accreditation and Assessment: A Provocative Approach," <u>Journal of College Teaching and Learning</u>, Fall 2007 (J. Kooti and D. Valentine).

"Minority Marketing in the Finance Industry," <u>Global Journal for International Financial Analysts</u>, Volume 8, Spring 2007 (J. Kooti and D. Valentine).

"Explaining January Returns: The Santa Clause Hypothesis," <u>Journal of Applied Financial Research</u>, Volume 1, Issue 1 2007 (J. Kooti).

"Workforce Capacity and Employer Satisfaction in Southwest Georgia: A Case Study in Rural Economic Development Needs," <u>Journal of Business for Entrepreneurs</u>, Volume 2006, Issue 1 (J. Kooti).

*"*E-Pricing: Cruising in the South*,"* <u>Bottom Line</u>, Fall 2006 (D. Valentine, B. Heshizer, and C. Howell).

"November Effect and Tax Loss Selling: An Empirical Investigation," <u>The Journal of International Business Research,</u> Fall 2006 (J. Kooti).

"Perceptions of a Family-Based Community: Predictors from a Rural Community," <u>Insights to a Changing World</u>, Volume 2005, Issue 4 (J. Kooti and D. Valentine).

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

"The Performance Measure of U.S. and International Mutual Funds Versus the Standard and Poors 500 Index Fund," Journal of International Financial Management, Summer 2005 (B. Hayes).

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

"Retail vs. Etail, a Look at Expedia.com," <u>Coastal Business Journal,</u> Summer 2005 (D. Valentine and B. Kinard).

"How Groupthink Influenced the Ford/Firestone Fiasco," <u>Ethics and Critical Thinking</u>, Volume 2005, Issue 1 (D. Valentine and N. McMinn).

"The World Series Stock Market Predictor," <u>Journal of Business, Industry, and Economics</u>, Spring 2005 (M. Foster and C. Hopkins).

"Student Attributes and Successful Performance, An Empirical Examination," <u>Insights for a Changing World</u>, Fall 2004 (F. David).

"K Mart: A Roadmap to Bankruptcy," <u>Ethics and Critical Thinking Quarterly Journal</u>, Fall 2004 (R. Schifer).

"Efficient Markets and E-Commerce: The Hotel Industry," <u>World Sports and Entertainment Journal</u>, Summer 2004 (B. Kinard and R. Schifer).

"The Use of the IRAs in the Teaching of Finance," <u>The American Academy of Financial Management Journal,</u> Volume 5, Summer 2004.

"E-Pricing: The Transportation Market in the South," <u>Business Journal for Entrepreneurs</u>, Volume 2004, Issue 2 (D. Bendall, B. Kinard, and B. Barnes).

"Cheaters Never Win….Or Do They Just Graduate With Honors?" <u>Ethics and Critical Thinking Quarterly Journal</u>, Spring 2004 (F. David and B. Kinard).

"The Internet in the Instruction of Finance," <u>Insights to a Changing World Journal</u>, Volume 2004, Issue 2 (G. de Haas).

"Travel in Arkansas: The Airline Industry," <u>Arkansas Review of Business and Economics</u>, 2005 (D. Bendall, B. Kinard, and B. Barnes).

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

testimony                           Prior case testimony for the previous 4 years

                                    Waller vs. McNeil 2024, California

                                    Hessam Majd vs. Rekor Inc. 2023, Maryland

                                    Lynd vs. Lynd 2024, Nebraska: Case Number CI 23-103

                                    Estate of Mitchell Fox 2024, Michigan Probate Court:
                                    2021399, 493 DE

                                    Squiri vs. Shultz 2023, Ohio A2300533

                                    Oliver vs. Independent Bank 2024, Texas C2023162

                                    Aloke Chadhuri vs. Rekor Inc. 2024, New York

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

## PRIOR CASE TESTIMONY FOR PREVIOUS 4 YEARS

Trial testimony in a divorce case involving cryptocurrency: Jake Lynd v. Brittany Lynd; Case No. CI 23-103, In the District Court, Buffalo County, Nebraska, June 26, 2025, for Michele Romero, Esq. of Stamm-Romero, LLC, Kearny, Nebraska.

Trial testimony in probate case involving cryptocurrency: The Matter of the Estate of George James Buffington., Cause No. PR24-00323, In the Second Judicial District Court of the State of Nevada in and for the County of Washoe, April 17, 2025, for Cassandra Walsh of Woodburn and Wedge, Reno NV

Deposition testimony in a wrongful termination and credit damage case: Aloke Chaudhurri v. Rekor Systems Inc; OALJ No. 2024-SOX-00015, In the United States Department of Labor, Washington D.C., June 17, 2025, for Eric Siegel of Eric Siegel Law, Washington D.C.

Deposition testimony in a wrongful termination and credit damage case: Hessam Mjab v. Rekor Systems Inc; OALJ No. 2024-SOX-00012, In the United States Department of Labor, Washington D.C., October 24, 2024, for Eric Siegel of Eric Siegel Law, Washington D.C.

Deposition testimony in a divorce case involving cryptocurrency: Jake Lynd v. Brittany Lynd; Case No. CI 23-103, In the District Court, Buffalo County, Nebraska, November 18, 2024, for Michele Romero, Esq. of Stamm-Romero, LLC, Kearny, Nebraska.

Deposition testimony in a bank fraud and credit damage case: William Oliver v. Independent Bank Inc;, September 23, 2024, for Richard Bourland of Griffith, Jay, and Mitchell, Ft. Worth, TX

Trial testimony in probate case involving cryptocurrency: The Matter of the Estate of Mitchell Kent Fox., Cause No. 00320, In the Probate Court of the State of Michigan in and for the County of Oakland, May 8, 2024, for Rob Cleary of Thav, Ryke and Associates, Southfield, MI

Deposition testimony in a personal injury case: Charles J. Squeri v. William G. Schultz, Case No. 2101994, In Common Pleas Court Hamilton County, OH, October 31, 2022 for Cole Millchap Law Firm, Cincinnati, OH 2024, Michigan Probate Court: 2021-399, 493-DE

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

**Appendix B**

## LIST OF DOCUMENTS CONSIDERED

Plaintiffs' Amended Complaint in *SBI Crypto Co., Ltd. v. Whinstone ITS, Inc.*

~~WHIN_SBI_0005955~~WHIN_SBI_0005954 – SBIC's Claim for Damages Letter

Carson Smith's deposition transcript and exhibits

Chuck Byer's ~~draft~~ report dated ~~3.5.25~~3.27.25

SBIC0003883 - 3906 - Rockdale Hosting Service Agreement

SBIC0003072–3076 – 2 yr Avg Matrix Simulation 6.23.20

SBIC0003076 - Texas Projection 6.24.20 spreadsheet

SBIC0003083-3085 - 2 yr Avg Matrix Simulation 6.10.20

SBIC0003085 - 2 yr Avg Matrix Simulation 6.23.20 spreadsheet

SBIC0003254-55 - Early Termination Options

SBIC0005816 – Profit Loss with Tx Fee Rewards dated 7.23.24 spreadsheet

SBIC0005882 – Profit Loss with Tx Fee Rewards dated 8.8.24 spreadsheet

SBIC0005817-5825 - SBIC Financials dated 3.31.20 – 3.31.24

SBIC0005937 - Whinstone-Mining-PNL spreadsheet

SBIC0003076 - Texas Projection 6.24.20 spreadsheet

SBIC0005997 - Russian vs. Texas spreadsheet

SBIC0005938-6044 – documents pertaining to SBIC's Russian operations

SBIC0003883-3906—documents pertaining to Muroo contract

SBIC0010241 - SBI Python Code spreadsheet

SBIC0005938-6044 – SBI Internal Audit Report

SBIC0010456-463 – Deloitte External Audit Report

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

| Summary report: Litera Compare for Word 11.7.0.54 Document comparison done on 7/16/2025 4:13:55 PM | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Ex. G Randall Valentine Expert Report.pdf | |
| **Modified filename:** Valentine Supplemental Report 7.16.25.pdf | |
| **Changes:** | |
| Add | 266 |
| Delete | 654 |
| Move From | 19 |
| Move To | 19 |
| Table Insert | 1 |
| Table Delete | 1 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 15 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 975 |

# EXHIBIT 3
# (Under Seal)

Civil Action No.: 6:23-cv-252

---

**SBI CRYPTO CO., LTD.,**

    *Plaintiff,*

        v.

**WHINSTONE US, INC.,**

    *Defendant.*

---

## <u>INITIAL EXPERT REPORT OF DR. RANDALL VALENTINE</u>
## Dated: March 28, 2025

### <u>CONFIDENTIAL</u>
### <u>SUBJECT TO PROTECTIVE ORDER</u>

Valentine Forensic Finance
Randall Valentine, B.S., M.S., Ph.D.
P.O. Box 6566
Gulfport, MS 39501
(228) 236-4133

## A.    Executive Summary

1.    The Plaintiff, SBI Crypto Co., Ltd. ("SBI"), claims that its crypto miners generated less Bitcoins and mining rewards than those miners otherwise would have but for the alleged acts and omissions of Defendant Whinstone US, Inc. ("Whinstone").

This Initial Report quantifies the lost net profit damages SBI suffered, assuming Whinstone is liable to SBI, pursuant to  SBI's various claims that its crypto miners would have generated significantly more Bitcoins had Whinstone but for the alleged conduct of Whinstone, and that but for the conduct of Whinstone, the facility operated by Whinstone would have comparably performed to a similar facility operated  for SBI in Russia.[1]  The report segments the damages into 3 separate periods:  The period between December 15, 2019 and June 30, 2020 (representing the period the contract was valid prior to the RFU date), July 1, 2020 to July 31, 2021 (the period of actual mining but underperformance), and August 1, 2021 to December 14, 2023 (which represents the expected useful life of the SBI miners deployed in Whinstone's facility).

2.    My valuation includes scenarios of lost net profits resulting from the additional Bitcoin that would have been mined during the period from December 15, 2019 to March 24, 2025 but for the conduct of Whinstone as well as the appreciation in the market value of the retained additional mined Bitcoin from the dates of December 15, 2019 to December 14, 2023.  This period falls under the operation of Whinstone's Texas facility under the Agreement to the present, under the conservative assumption that the Agreement would have resulted in operation of SBI's miners for four years from the initial "Ready For Use Date" or "RFU" Date as determined by the trier of fact. I have estimated SBI's economic losses as of March 24, 2025 based upon the market price of cryptocurrency Bitcoin as of that date[2] at **$59,708,082** for the period prior to RFU (period 1), and **$65,301,163** for the period after the termination of the contract (period 3).

In addition to the foregoing range, I have calculated inefficiencies in mining operations at the Whinstone facility (period 2) that resulted in additional lost net profits of **$50,563,212**, attributed to increased operational costs, downtime, and suboptimal production levels when compared to SBI's operation of the same number and type of A10 miners at a data center facility in Russia. These figures bring the total estimated loss as of March 24, 2025, to **$175,572,457.** This amount was calculated by reviewing actual and comparable transactions since December 15, 2019, ensuring each was evaluated against current market rates for hash rates, comparable transactions, and the economic terms of the Agreement (see SBI Crypto Calculations; Time Period Calculations Sheet).

---

[1] Hosting Service Agreement, Bates-stamped SBIC0003883-3906.

[2] The value of one Bitcoin as of March 24, 2025 was $82,605,79.  Should this matter go to trial, I intend to use the price of Bitcoin at the date of trial to calculate the lost profit damages SBI suffered.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

3.      Adjustments have been made to each number by a factor of 55.07%, which accounts for the percentage SBI Crypto kept as mined Bitcoin between December 15, 2019 and December 14, 2023.

4.      I have estimated losses based on different scenarios of relevant time frame.

5.      The table below provides a breakdown of the total estimated losses:



6.      Each transaction within the analyzed period adhered to market-standard pricing and aligned with contractual agreements. This evaluation quantifies the net lost profits damages attributable to Whinstone's alleged failure to perform pursuant to the terms of the Agreement and is based on industry norms, comparable performance at a similar facility, and historical transaction data.

7.      I have been asked to determine value of SBI's economic losses as of March 24, 2025 (current market value) for the purposes of this litigation matter.  The definition of fair market value is the price at which an asset would change hands between a willing buyer and willing seller, with neither being under a compulsion to buy or sell and both having reasonable knowledge of all relevant facts.

8.      My opinion of the value is subject to the assumptions and limiting conditions set forth in the report within a reasonable degree of economic certainty.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

**B.     Expert Witness Qualifications**

1.     I am qualified to express an expert opinion on damages in this matter as a result of my education, training and experience. I hold a PhD in Finance and have academic and professional experience of over 25 years, including published research, financial analysis, financial technology, investment strategy, artificial intelligence, and quantitative analysis. I have been retained as an expert witness in over 100 matters, with a significant number of these involving those involving cryptocurrency and financial damages. My CV and Rule 26 disclosures are shown at Appendix A to this report.

**C.     Assumptions and Limiting Conditions**

1.     As part of my analysis and estimate of economic damages in this matter, I have considered the financial statements and other analysis prepared by SBI. The financial statements consist of income statements and statements of account transactions. Based upon my examination of these statements and my discussion with representatives of SBI, I consider them relevant and reliable for the purposes of my analysis and initial opinions on damages. The preparation and contents of the financial statements is the sole responsibility of the management of SBI.

2.     I have met with Carson Smith, Nick Vitalis, and Jonathan Tanemori, representatives of SBI, to learn about the background and history of the mining activity and transactions, as well as counsel for SBI.

3.     Additionally, I have obtained data from publicly-available sources that are commonly used and relied on in my field for purposes of my analysis and opinions on damages, including information retrieved from the SEC, Luxor Technologies, and Coindesk.

4.     The facts and data as set forth in this Initial Report were obtained from sources considered to be reliable.

5.     This Initial Report is based upon facts and conditions existing as of the date of this report. I have not considered subsequent events. Unless specifically requested by the client and agreed upon by me, I have no obligation to update my report for such events and conditions.

6.     The estimate of value opined to in this report applies only to SBI's Economic Losses as of March 24, 2025.

**D.     Financial Analysis**

1.     *Analysis of Portfolio Statements*

a.     I reviewed certain SBI's data, including records on mining, hosting, and hashrate operations. This access allowed me to conduct a comprehensive review of

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

all mining transactions. starting from December 15, 2019. My analysis focused on examining historical transaction records, verifying market-consistent pricing, and assessing the financial impact of any interruptions or inefficiencies in SBI's mining operations. The gathered data played a crucial role in calculating the economic damages SBI incurred due to lost mining opportunities and the resulting loss of appreciation income.

      b.    The calculations of these economic damages were based on both lost mining revenue and the foregone appreciation that SBI would have generated had mining activities proceeded in accordance with the terms of the Agreement and in a manner otherwise experienced by SBI in a very comparable facility in a similar timeframe in Russia. The hashrate, hosting agreements, and mining data used in this assessment were sourced directly from SBI's contractual agreements (SBIC0003883), and therefore the analysis aligned with the terms of the business arrangement. Additionally, external third-party sources such as Coinmarketcap, Coingecko, Luxor Technologies, and publicly available SEC filings were used to validate market conditions and industry benchmarks. This multi-source verification approach provided a reliable foundation for estimating financial damages within a reasonable range of certainty.

      c.    Appreciation rate calculations within the economic model were determined by evaluating the historical rate of return for Bitcoin over a specified period. The assessment specifically examined Bitcoin's performance from December 15, 2019, to March 24, 2025, representing the potential return that SBI could have earned if uninterrupted mining operations had taken place as intended. This approach offers a conservative yet realistic estimation of the financial loss stemming from the alleged breach of contract and other claims. By utilizing industry-standard methodologies and verifiable financial data, the analysis provides a reasonable quantification of SBI's lost net earnings and the broader financial consequences resulting from operational disruptions.

      d.    The formula used to calculate the rate of return to be applied to each month of relevant mining activity is below:

$$R = (Pf - Pi) / Pi \times 100$$

Where:
- R = Rate of return (%)
- Pf = Final price (price of Bitcoin at the end of the period, i.e. the date of this Initial Report)
- Pi = Initial price (price of Bitcoin at the date that p additional Bitcoin should have been mined but for the conduct of the defendants)

      e.    Bitcoin (BTC), as a decentralized digital asset, presents unique challenges compared to traditional financial instruments like stocks or bonds. Unlike these conventional assets, Bitcoin does not have a direct correlation with any specific market index or asset class, making it more volatile and complex to assess in financial

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

litigation. When calculating damages related to lost Bitcoin, determining the appropriate methodology is essential to ensure a fair assessment of economic impact.

f.      The Internal Revenue Service (IRS) classifies cryptocurrency as property rather than currency[3]. This designation means that profits from selling Bitcoin or other digital assets are subject to capital gains tax, similar to traditional investments such as equities. The IRS requires taxpayers to report gains or losses from Bitcoin transactions based on their fair market value at the time of sale or exchange. Proper documentation of transaction history, valuation methodologies, and historical price trends plays a crucial role in meeting IRS compliance standards and avoiding potential legal or tax-related consequences.

g.      Given the absence of an index or asset class that directly mirrors Bitcoin's performance, a commonly-used, appropriate method for calculating damages in cases involving lost Bitcoin is to determine change in market value over the relevant time period. Unlike stocks, which can be compared against benchmarks like the S&P 500, Bitcoin operates within its own market structure, driven by factors such as supply constraints, institutional adoption, regulatory developments, and macroeconomic trends. As a result, assessing economic losses from lost Bitcoin holdings requires a historical price analysis to determine the potential appreciation that would have occurred had the digital asset remained in possession. In my experience this methodology provides a fair and data-driven evaluation of damages in legal proceedings.  I understand that recently, a Texas appellate court found using Bitcoin appreciation to be permissible. *Ahlgren v. Ahlgren,* 703 S.W.3d 378 (Tex. App—Corpus Christi 2023), review denied, (Dec. 15, 2023).

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER





CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER





CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER



Redaction

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER



Redaction

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

2.    *Adjustments for Differential Inefficiency in Mining (Time Period 2)*

a.    An event study methodology is a widely used analytical tool in financial and economic research to assess the impact of a specific event on various performance metrics. This method is particularly useful in cases where it is necessary to isolate the effects of an event from broader market trends. In traditional finance, event studies typically examine stock price movements before and after an event to determine whether it has led to abnormal returns (ARs) or cumulative abnormal returns (CARs). However, this methodology extends beyond financial markets and can be effectively applied to operational analyses, including the evaluation of mining efficiency in different geographic locations.  Event studies traditionally focus on discrete, well-defined events. However, the methodology can still be applied to analyze market reactions to cumulative or ongoing events, such as regulatory noncompliance or sustained failure to meet industry standards. In the context of crypto mining performance, this is used to compare the operations at Whinstone with SBI's comparable Russian mining operations.

b.    The Peterson (1989) approach follows the standard event study framework, utilizing statistical equations to calculate expected returns, abnormal returns, and significance tests to determine whether an event had a measurable impact. In the context of SBI's comparable Russian mining operations, applying an event study methodology would allow for a quantitative comparison between the operational inefficiencies at the Whinstone facility versus those in Russia. By treating the decision to mine in Whinstone as the event of appreciation, I  can analyze deviations from expected mining efficiency, profitability, and downtime, measuring whether the observed performance differed significantly from what would have been anticipated had the machines been located in Russia.

c.    The application of event study methodology in this case is particularly valuable due to the inherent volatility in cryptocurrency mining performance and the operational differences between SBI facilities in Texas (Whinstone) and Russia. Some of the key advantages of using this method for comparative analysis include:

i.    <u>Isolating the impact of different locations</u>.  The mining efficiency and cost-effectiveness of machines can be influenced by multiple factors, such as electricity prices, climate conditions, and hosting agreements. By applying event study analysis, it is possible to control for market-wide Bitcoin price fluctuations and focus specifically on differences in operational efficiency between the two locations.

ii.    <u>Assessing abnormal mining returns</u>.  Similar to how abnormal returns (ARs) measure the deviation of stock performance from expected values, an event study can calculate abnormal mining efficiency (AMEs) by comparing expected hash rates, power consumption, and operational uptime across locations. This approach enables a direct evaluation of whether Whinstone's inefficiencies resulted in significant underperformance relative to what was expected.

iii.    <u>Measuring cumulative mining losses</u>.  Just as cumulative abnormal returns (CARs) aggregate abnormal returns over a defined period, cumulative abnormal mining losses (CAMLs) can be used to assess the total economic impact of

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

operational inefficiencies over time. This helps quantify the financial consequences in terms of lost mining revenue and increased costs.

        iv.    <u>Statistical testing for significant differences</u>.  Using standard event study statistical tests, it is possible to determine whether the inefficiencies observed at Whinstone were statistically significant or within expected variance. If the SBI Whinstone operation consistently underperforms against the benchmark of SBI Russia's mining performance and conditions, this would provide strong empirical evidence supporting SBI's claims of financial and economic damages.

        d.    Below are the key equations:

        i.    <u>Estimating Expected Returns</u>.    Expected returns are calculated using the market model, which assumes a linear relationship between the stock return and the market return:

$$E(R_{i},t) = \alpha_i + \beta_i R_{m,t} E(R_{\{i,t\}}) = \alpha_i + \beta_i R_{\{m,t\}} E(R_i,t) = \alpha_i + \beta_i R_m,t$$

- $E(R_i,t) E(R_{\{i,t\}}) E(R_i,t)$ = Expected return for stock $iii$ at time $ttt$
- $\alpha_i \backslash alpha\_i \alpha_i$ = Intercept term (firm-specific)
- $\beta_i \backslash beta\_i \beta_i$ = Market beta of stock $iii$ (sensitivity to market movements)
- $R_m,t R_{\{m,t\}} R_m,t$ = Return of the market index at time $ttt$

The parameters $\alpha_i \backslash alpha\_i \alpha_i$ and $\beta_i \backslash beta\_i \beta_i$ are estimated using an ordinary least squares (OLS) regression over an estimation window.  In this case, I use the monthly data from the SBI Russian miners starting in November of 2019.  This data was selected specifically because it excludes the ramp up and wind down periods of the SBI Russian miners.  This gives an estimation period that has validity and reliability due to the hashrate and performance being benchmarked against miners in Russia using the same model numbered machines.



ii.    <u>Abnormal Returns (AR)</u>.  Abnormal return is the difference between the **actual** return and the **expected** return:

$$AR_{i,t} = R_{i,t} - E(R_{i,t})$$

or, substituting the market model:

$$AR_{i,t} = R_{i,t} - (\alpha_i + \beta_i R_{m,t})$$

- $AR_{i,t}$ = Abnormal return of stock $i$ at time $t$
- $R_{i,t}$ = Actual return of stock $i$ at time $t$
- $E(R_{i,t})$ = Expected return from the market

| Date | Redacted | Expected (Russia Avg) | Redacted | Redacted |
|------|----------|-----------------------|----------|----------|
| Jul-20 | | 111.86 | | |
| Aug-20 | | 111.86 | | |
| Sep-20 | | 111.86 | | |
| Oct-20 | | 111.86 | | |
| Nov-20 | | 111.86 | | |
| Dec-20 | | 111.86 | | |
| Jan-21 | | 111.86 | | |
| Feb-21 | | 111.86 | | |
| Mar-21 | | 111.86 | | |
| Apr-21 | | 111.86 | | |
| May-21 | | 111.86 | | |
| Jun-21 | | 111.86 | | |
| **Mean Abnormal Return** | | -50.74 | | |

iii.    <u>Statistical Analysis</u>.

T-Statistic: -7.47
P-Value: 0.00003

The t-test results indicate a statistically significant difference between the estimated and actual mining performance. With a t-statistic of -7.47 and a p-value of 0.00003, I can conclude that the operational inefficiencies at the Whinstone facility are significantly different from the expected performance benchmarked against the Russian facility's estimated efficiency.  A P-value of 0.00003 indicates strong statistical significance. It means there is only a 0.003% chance that the observed result (or something more extreme) would occur.  This suggests that the effect or relationship being tested is highly unlikely to be due to random chance.

e.    Using event study methodology, *I find that the Whinstone operations were 50.74% less efficient than mining operations in Russia*. This

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

is important to note because (1) the hashrate and performance being benchmarked against miners in Russia using the same model numbered machines and (2) the Russian miners were in a 2nd world country, where there is an expectation that energy grids would be less efficient than in the 1st world countries (Ponce-Jara et. Al 2017).

f.    For the months that the Whinstone agreement was operational, an additional 50.74% is added to the total amount mined for the months of July 2020-June of 2021.



Based on these calculations, the negative abnormal return after adjusting for the operational inefficiencies of the Whinstone mining operation total (**$50,563,212.10**)[4] reflecting the price of Bitcoin as of the date of this Initial Report.

g.    This document presents a comparison of mining operational losses in terms of percentage loss and financial impact of the inefficiencies in mining at Whinstone over the period from July 2020 to June 2021. The data highlights the decline in mining performance and its financial consequences.

## E.    Valuation Methods Rejected

1.    *Book Value Method*.  The book value of SBI's Economic Losses as of March 24, 2025, is deemed inapplicable for valuation purposes because the valuation of a

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

financial technology assets is predicated not on the book value of its assets but on the intrinsic value of its coding, blockchain, and intangible assets. Book value, an accounting measure, is calculated by subtracting total liabilities from total assets. However, this measure fails to account for the fair market value of a portfolio's assets and liabilities, as well as the fair market value of any intangible assets. Consequently, it does not provide a reflection of the fair market value as of the valuation date. Therefore, despite considering the book value of SBI's crypto portfolio and compensation, I have determined that it is not a reliable indicator of the business's fair market value as of March 24, 2025 in this matter.

      2.   *Liquidation Value Method*.  Liquidation value is the value of the business's assets (minus liabilities) valued as if they were to be sold in an orderly, piecemeal manner. Although I considered the liquidation value of SBI's portfolio, I rejected the method as a indicator of its fair market value as of March 24, 2025 due to my opinion that liquidation value ignores any opportunity costs associated with lost appreciation earning from any sales.  Further, since I understand that the equipment was irreparably damaged due to heat at the Whinstone facility, the net liquidation value of production assets is understood to be negligible.  When time period 2 was examined, a direct liquidation value comparison between Russia and Whinstone was excluded due multiple months of Russian production corresponding to Whinstone output where excluded due to economic sanctions against Russia nearly halting production.

      3.   *Adjusted Book Value Method*.  A business's adjusted book value is determined by recalibrating the company's assets and liabilities from their book value to their estimated fair market value as of the valuation date. In the context of a going concern, fair market value typically corresponds to the depreciated replacement cost. As of March 24, 2025, the adjusted book value of SBI's Economic Losses was deemed inapplicable due to the presence of substantial intangible value. Similar to the book value method and the liquidation value method, the adjusted book value method fails to account for the business's earnings capacity. This method is principally employed to value holding companies or businesses devoid of goodwill value. Given that portfolio value is primarily derived from its projected earnings flow, I have rejected the adjusted book value method as a suitable approach for determining the  fair market value.

      4.   *Triangulation Method*.  Triangulation methods, which involve comparing a target asset with similar assets to determine its value, are not well-suited for valuing a cryptocurrency portfolio due to several factors. Unlike traditional assets such as stocks or bonds, cryptocurrencies often lack sufficient comparables with similar liquidity, volatility, and usage characteristics. The highly speculative and rapidly evolving nature of the crypto market means that factors affecting one cryptocurrency can differ significantly from those affecting another. Additionally, cryptocurrencies operate in a decentralized and often opaque manner, with many variables like market sentiment, regulatory changes, and technological developments influencing their value unpredictably. These unique characteristics make it challenging to apply traditional triangulation techniques effectively, as it lacks consistent and reliable benchmarks hinders  for valuation.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

## F.    Optimal Valuation Methods

In determining the fair market value of SBI's Economic Losses as of March 24, 2025, it is my opinion that the primary method to be used is an analysis discounted net cash flows deriving from the percentage gain in Bitcoin since time periods 1 and 2. Time period 3 was calculated using an event study, which allows us to use Russian mining using the same model equipment and its production output against the Whinstone operation. This includes inflows, transactions, trading, and outflows. Using this method is particularly applicable to a high frequency trading of crypto because it provides a way to estimate the present value of the portfolio based on current market values and the transfer of wallets and assets. This method considers the time value of money, risk associated with a crypto portfolio, and provides a clear picture of potential asset transfers, which is crucial for a case and the settling of crypto assets.

## G.    Time Periods and Models Considered

1.    Clause 13.1 of the Hosting Service Agreement provided that "[t]his Agreement shall commence on the Effective Date and shall continue for a period of twenty-four (24) months from the RFU Date ("Initial Term") unless and until terminated in accordance with this Clause 13. This Agreement shall be automatically extended for a period of twenty-four (24) months ("Extended Term") at the end of the Initial Term and at the end of each Extended Term. Notwithstanding above, the Customer can terminate the Agreement at the end of the twelfth month of the Initial Term or during any Extended Term with no penalty by notifying Whinstone in writing sixty (60) days prior to the end of the Agreement." It is my understanding that the life of the machines housed at Whinstone encompass a 4-year life span, which is reflected in the damage modeling.

2.    This valuation employs a structured scenario-based approach to quantify the economic losses sustained by SBI allegedly due to Whinstone's alleged non-performance. The damages analysis spans from December 15, 2019, through March 24, 2025, and includes two primary components: (1) the net profits SBI would have realized from mining additional Bitcoin during this period had Whinstone performed according to contractual obligations, and (2) the associated appreciation in the market value of that foregone Bitcoin that would have been retained.

3.    To provide the most accurate and reliable indication of value, I applied the "but-for" methodology widely used in forensic economic and commercial litigation contexts. This method models a counterfactual scenario, what would have occurred "but for" the breach/fraud and compares it to the actual outcomes. In this case, the counterfactual assumes timely deployment and operation of SBI's mining equipment at Whinstone's Texas facility.

The valuation periods were divided as follows:

- **Period 1: Pre-RFU Period (December 15, 2019 – June 30, 2020)**
  This period reflects the delay between the contractual start date and the "Ready For Use" (RFU) date, which is to be determined by the output of mining. During this time, SBI was unable to mine due to Whinstone's alleged delay. I calculated

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

the Bitcoin SBI would have mined had the RFU occurred on schedule, using historical hashrate output benchmarks and actual BTC block rewards, and priced those coins using historical spot market values on dates of potential sale.

- **Period 2: Operational Period July 1, 2020 to July 31, 2021 (from RFU Date through early termination)**
  As the event study methodology was specified in the prior section, this period reflects actual or partial operation and is excluded from loss estimation to maintain a conservative position. This period directly compares Whinstone mining output to the output of the same model number machines mining in Russia.

- **Period 3: Post-Termination Period (after early contract termination, August 1, 2021 through December 14, 2023)**
  This segment models continued mining operation under the Agreement for at least two years following the RFU date, aligning with standard industry practice and SBI's expectations under the contract. It is my understanding that the RFU date was never fully actualized.  Also, the life of the machines is 4-years, which is reflected in the damage model for this agreement.  Expected output was calculated using estimated miner performance, adjusted for network difficulty, and BTC price appreciation was accounted for to reflect the opportunity cost of not holding or liquidating the mined Bitcoin.

Based on this framework, and using publicly verifiable spot prices for Bitcoin as of **March 24, 2025**, the projected economic losses are as follows:

- **$59,708,082** for Period 1 (foregone profits due to delayed operations prior to the RFU date)
- **$50,563,212.**10 for Period 2 (based on underperformance of mining operations at Whinstone)
- **$65,301,163** for Period 3 (foregone profits and appreciation losses following contract termination)

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER





CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

These estimates are calculated using conservative assumptions and reflect net profits, taking into account reasonable operating costs, power consumption, and standard industry margins for similar mining operations.

## H.    Value Conclusion

The findings of my analysis demonstrate the significant economic damages incurred by SBI are reasonably tied to the facts of the case and to the Plaintiff's allegations of breach of contract and other claims. The evaluation of various scenarios has provided a comprehensive view of the financial implications, and allows for the selection of the appropriate methodology among those accepted in my field. Based on the information contained in this Initial Report, the fair market value of a 100% appreciation stake in SBI's economic losses as of March 24, 2025, is estimated at **$175,572,457**. This figure includes appreciation lost from the date of loss to present, calculated under a conservative assumption that the life of the machines housed at Whinstone is 4-years.

Key Findings

1.    *Economic Impact.*  Among the core issues alleged by the Plaintiff in this case is the fraudulent inducement, fraudulent concealment, and a failure to adhere to the contractual agreement. Assuming Whinstone is liable, my analysis shows that SBI's expected revenue from continuous operations was severely impacted due to operational inefficiencies resulting in substantial lost net profits.

2.    *Market Consistency and Transaction Validity.*  A thorough review of all transactions since December 2019, confirmed that each transaction was consistent with prevailing market rates for hash rates and comparable transactions. SBI's operations were structured around industry-standard economic principles, ensuring that the financial model used for loss assessment was both valid and reliable. The consistency of SBI's transactions further underscores that the losses were not a result of unrealistic expectations but were directly tied to the alleged breach of contract and other claims, measured by comparison to a comparable facility.

3.    *Time Segments Analysis and the Accepted Model.*  The three time periods in this damages analysis were constructed to reflect distinct phases of potential mining activity affected by Whinstone's alleged non-performance. Period 1 (Pre-RFU) spans from December 15, 2019, to the date on which the miners would have been "Ready For Use" (RFU), representing the time SBI lost due to delayed facility readiness; expected mining output during this phase was modeled using historical hashrate performance and Bitcoin market prices. Period 2 (Operational Period) represents the window from the RFU date to the early termination of the Agreement, and although it reflects partial or limited mining activity, it was conservatively excluded from the core damages claim. Period 3 (Post-Termination) begins at contract termination and extends through December 14, 2023, under the assumption that SBI's miners would have continued operating for at least two additional years had the contract remained in effect; this period accounts for both lost mining output and the appreciation of Bitcoin that would have been mined. These

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

periods collectively provide a structured and conservative basis for quantifying SBI's lost economic opportunity.

4.      *Mining Differential Inefficiencies at Whinstone vs. Russia*.  Another major component of the total damages stems from the differential inefficiencies in mining operations at the Whinstone facility compared to equivalent mining setups in Russia. Despite utilizing essentially, the same machines, the operational inefficiencies at Whinstone resulted in a loss of **$50,563,212**. The difference in mining output and operational reliability between the two locations further reinforces the claim that SBI suffered financial harm due to circumstances beyond their control, directly tied to the breach of contract and other claims asserted by SBI.

5.      The conclusions drawn from this analysis are based on well-documented financial and operational models, historical market data, industry standards and verifiable contract terms. Damages of **$175,572,457** reflect a fair market valuation of the economic damages suffered by SBI within a reasonable range of certainty. The scenario analysis further reinforces the fairness, relevance and reliability of these calculations, as the methodology  adheres to the contractual terms and industry standards. Furthermore, each transaction reviewed aligns with market norms, further proving that the financial assessment is based on factual economic conditions rather than speculative or inflated projections.

6.      Assuming breach of contract and fraud alleged resulted in financial losses that extend beyond direct economic impact. SBI's ability to operate efficiently, maintain its planned growth trajectory, and scale its mining operations was severely hindered.  My conclusions presented in this Initial Report provide a clear and compelling justification for the calculated damages.

7.      The financial damages suffered by SBI are real, quantifiable economic harms that resulted from the breach of contract and other claims. The inability to fulfill the agreed-upon operational timeframe, combined with the subsequent relocation costs and inefficiencies, had a substantial financial impact. The assessment provided in this Initial Report is based on a rigorous financial analysis, ensuring that the total damages of **$175,572,457** reflect a fair market valuation. The strength of the data and the thoroughness of my analysis provide a robust basis for SBI's claim of lost net profits, demonstrating that the economic damages were are sufficiently tied to  the alleged failure to meet contractual obligations and other claims.

## I.    Certification of Appraiser

I certify that, to the best of my knowledge and belief:

1.      The statements of fact contained in this report are true and correct.

2.      The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions, and conclusions.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

3.    I have no present or prospective appreciation in the property that is the subject of this report, and I have no personal appreciation or bias with respect to the parties.

## J.    Documents and Data Considered in the Preparation of this Initial Report

1.    The rate of return formula is commonly used in financial calculations and is explained in-depth by Investopedia. Source: Investopedia - Rate of Return

2.    Calculating Bitcoin returns is crucial in legal and tax contexts, as cryptocurrency is treated as property by the IRS, making return calculations important for compliance. Source: IRS - Cryptocurrency Tax Reporting

3.    **M.A. Ponce-Jara, E. Ruiz, R. Gil, E. Sancristóbal, C. Pérez-Molina, M. Castro**, Smart Grid: Assessment of the past and present in developed and developing countries, Energy Strategy Reviews, Volume 18, 2017, Pages 38-52, ISSN 2211-467X, https://doi.org/10.1016/j.esr.2017.09.011.

4.    **Peterson, P. P. (1989).** Event studies: A review of issues and methodology. *Quarterly Journal of Business and Economics, 28*(3), 36–66.

5.    *Ahlgren v. Ahlgren*, 703 S.W.3d 378 (Tex. App—Corpus Christi 2023), review denied, (Dec. 15, 2023).

6.    Rockdale Hosting Service Agreement, Bates-stamped SBIC0003883-3906.

7.    Texas vs Russia Excel spreadsheet, Bates-stamped SBIC00005997.

8.    SBIC's Lost Profit spreadsheet, Bates-stamped SBIC0005882.

9.    SBI Python Code spreadsheet

10.    A list of all other discovery documents, data files, workpapers, calculations, pleadings, professional or academic literature referenced, and external research considered in the preparation of this Initial Report is included at Appendix B.

## K.    Disclosed Excel Spreadsheets including the calculations referred to in this Initial Report

1.    The following Microsoft Excel Worksheets, which contain the calculations of amounts appearing in this report, have been disclosed contemporaneously with this Initial Report and are incorporated herein by reference:

a.    Scenario_alpha Valentine

b.    SBI_Crypto_Calculations

c.    Event_Study_CAR_Calculations

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

**L.     Compensation**

     1.     I am being compensation for my work on this Initial Report at the rate of $300 per hour.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

Appendix A



Randall Valentine, Ph.D.

## Associate Professor of Finance

Graduate Certificate in AI
Wharton College of Business, University of Pennsylvania 2025

Graduate Certificate in FinTech
Wharton College of Business, University of Pennsylvania 2024

Ph.D. in Finance
Mississippi State University

2006

MS in Finance/Statistics
Mississippi State University
2001

BS in Finance
Arkansas State University
1997

Academic

*associate professor finance millsaps college• aug 2024 to present*

*associate professor of practice finance• Texas tech university aug 2021 to aug 2024*

*professor of finance• William carey university • aug 2014 to aug 2021*

*Asst/Associate professor of finance•Georgia southwestern state university•aug 2005 to aug 2014*

professional

*Conference chair • academy of business research • www.aobronline.com*

Co-Chair of the Academy of Business Research since 2004. Currently, ABR has over 1,000 individuals attend its 4 conferences annually with representatives from over 30 countries. ABR publishes 5 journals. ABR has media mentions in several international publications and in the Wall Street Journal.

*Quant Analyst • Handsboro Capital • 2015-2021*

Chief quant analyst for a $50-100 million portfolio consisting of distressed debt/equity investments. This is done in coordination with a group of hedge funds and investment banks.

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

## research

Current research appreciations include recent "A" rated journals in FINTECH and COVID-19

## awards

Finalist for Outstanding Teacher, Rawls College of Business Texas Tech University
2022,2023

Distinguished Research Awards
2008,2013, 2020,2022

## Service highlights

Faculty Advisor Rawls Finance Association (initiated connections and internships with Goldman Sachs, J.P. Morgan, and many others)
2021-Present

Faculty Advisor Business Valuation
2021-Present

Online Instruction Coordinator
2014-2021

Chair IRB
2012-2014

Head of AACSB Committee

### Research list—A and A* rated journals (abdc list)

"An Inquiry into FinTech Research: Analysis of Methodologies and Investigative Foci" Journal of Banking and Finance Law and Practice (Z. Jourdan, K. Corley, A. Tran)

"FINTECH:  A Content Analysis of Finance and Information Systems Literature" Electronic Markets, (Volume 33, 2023). (Z. Jourdan, K. Corley, A. Tran)

"Investigating the Relationship of School Reopening to Increases in COVID-19; The Case of the Delta Variant", *Journal of Public Health*, fdaa373, https://doi.org/10.1093/pubmed/fdab373 (Volume 45 Issue 1, 2023).

"Irrational Exuberance or the Money-Trust Power Grab: Was the Panic of 1907 Truly a Speculative Bubble or a Financial Coup D'état? ," Journal of Behavioral Finance, (Volume 24, 2022). (R. Larocca, T. Cunningham)

"Behavioral Predictors of Fraud Motivation within Common and Uncommon Demographic Groups," Journal of Banking Finance Law and Practice, (Vol 31, 2020). (E. Heneke)

"Relationship of 2020 Protests to Increases in COVID-19 Cases Using Event Study Methodology, *Journal of Public Health*, , fdaa127, https://doi.org/10.1093/pubmed/fdaa127 **(Was in Top 5 Most Read/Downloaded Articles in all of PubMed and highest AltMetric of any finance author with 579)**

### Research list

"Examining COVID-19 Infection Rates Using Data Analytics: The Case of Lifting Mask Mandates," Journal of Data Analytics, Forthcoming (R. LaRocca)

"Examining the Relationship Between Earnings and Patent Filings Among Pharmaceutical Companies in Asia," International Journal of Economic and Financial Issues, Vol 3 2020 (A. Okun)

"Does Health Locust of Control and Self Efficacy Impact Attitudes Towards Direct to Consumer Advertising in the

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

2007-2010

US," e-<u>Journal of Social and Behavioral Research in Business, Vol 11 Issue 1, 2020</u> (C. Maldanado)

"Online Vs. On Ground:  Academic Honesty in Online Classes," <u>Presented at International Organization of Social Sciences and Behavioral Research Conference 2018</u> (R. Reich, D. Valentine)

"International Currency Exchange Rate and Gasoline Price," <u>Southern Journal of Business and Economics</u>, Spring 2016 (F. Xu and D. Wang).

"The Virtual Professor," <u>Administrative Issues Journal</u>, Fall 2014 (R. Bennett).

"An Examination of Risk Adjusted Returns Caused by Terrorist Attacks," <u>Journal of Insurance Research</u>, Spring 2012 (C. Bishop).

<u>Real Estate Analysis</u>, Spring 2011 (Co-editors Diaz and Hansz).
Personal Finance 1st Edition, Spring 2011 (Co-editors Kapoor, Dahlby, and Hughes).

"Forecasting Economic Data Based on Terrorist Attacks," <u>Journal of the Academy of Financial Management</u>, 2010 (J. Kooti and M. Fahti).

"Management Forecasting and Measuring Accuracy of Forecasting Techniques," <u>International Journal of Business, Marketing, and Decision Sciences</u>, 2010 (M. Fahti and J. Kooti).

<u>The Next Great Depression</u>, Fall 2009.   Was on Best Seller List in Economics/Inflation.

"The Implications of Gramm-Leach-Bliley on the 2008 Economic Downturn," <u>Franklin Business and Law Review</u>, Volume 4, 2008.

"The Bad Neighbor:  A Case Study of State Farm in Hurricane Katrina," <u>Conflict Negotiation and Resolution Journal</u>, Volume 1, 2008 (A.J. Kooti and J. Kooti).

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

"Using the Buffet Model:  The K-Mart Recovery," <u>Journal of Global Education</u>, Volume 1, 2008 (S. Murrie, A.J. Kooti and D. Valentine).

"Identifying Marketing Strategies for a new product; A Case Study," <u>Business Journal for Entrepreneurs</u>, Volume 1, 2008 (D. Valentine).

"Distribution Channels of Online Commodities*,"* <u>Conflict Resolution and Negotiation Journal</u>, Summer, 2007 (B. Kinard).

"The Theory of Efficient Capital Markets…A Review of Literature," <u>Journal of Business for Entrepreneurs</u>, Spring 2007.

"Accreditation and Assessment:  A Provocative Approach," <u>Journal of College Teaching and Learning</u>, Fall 2007 (J. Kooti and D. Valentine).

"Minority Marketing in the Finance Industry," <u>Global Journal for International Financial Analysts</u>, Volume 8, Spring 2007 (J. Kooti and D. Valentine).

"Explaining January Returns: The Santa Clause Hypothesis," <u>Journal of Applied Financial Research</u>, Volume 1, Issue 1 2007 (J. Kooti).

"Workforce Capacity and Employer Satisfaction in Southwest Georgia: A Case Study in Rural Economic Development Needs," <u>Journal of Business for Entrepreneurs</u>, Volume 2006, Issue 1 (J. Kooti).

*"*E-Pricing:  Cruising in the South*,"* <u>Bottom Line</u>, Fall 2006 (D. Valentine, B. Heshizer, and C. Howell).

"November Effect and Tax Loss Selling:  An Empirical Investigation," <u>The Journal of International Business Research,</u> Fall 2006 (J. Kooti).

"Perceptions of a Family-Based Community: Predictors from a Rural Community," <u>Insights to a Changing World</u>, Volume 2005, Issue 4 (J. Kooti and D. Valentine).

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

"The Performance Measure of U.S. and International Mutual Funds Versus the Standard and Poors 500 Index Fund," Journal of International Financial Management, Summer 2005 (B. Hayes).

"Retail vs. Etail, a Look at Expedia.com," Coastal Business Journal, Summer 2005 (D. Valentine and B. Kinard).

"How Groupthink Influenced the Ford/Firestone Fiasco," Ethics and Critical Thinking, Volume 2005, Issue 1 (D. Valentine and N. McMinn).

"The World Series Stock Market Predictor," Journal of Business, Industry, and Economics, Spring 2005 (M. Foster and C. Hopkins).

"Student Attributes and Successful Performance, An Empirical Examination," Insights for a Changing World, Fall 2004 (F. David).

"K Mart: A Roadmap to Bankruptcy," Ethics and Critical Thinking Quarterly Journal, Fall 2004 (R. Schifer).

"Efficient Markets and E-Commerce: The Hotel Industry," World Sports and Entertainment Journal, Summer 2004 (B. Kinard and R. Schifer).

"The Use of the IRAs in the Teaching of Finance," The American Academy of Financial Management Journal, Volume 5, Summer 2004.

"E-Pricing: The Transportation Market in the South," Business Journal for Entrepreneurs, Volume 2004, Issue 2 (D. Bendall, B. Kinard, and B. Barnes).

"Cheaters Never Win....Or Do They Just Graduate With Honors?" Ethics and Critical Thinking Quarterly Journal, Spring 2004 (F. David and B. Kinard).

"The Internet in the Instruction of Finance," Insights to a Changing World Journal, Volume 2004, Issue 2 (G. de Haas).

"Travel in Arkansas: The Airline Industry," Arkansas Review of Business and Economics, 2005 (D. Bendall, B. Kinard, and B. Barnes).

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

| testimony | Prior case testimony for the previous 4 years |
| --- | --- |
|  | Waller vs. McNeil 2024, California |
|  | Hessam Majd vs. Rekor Inc. 2023, Maryland |
|  | Lynd vs. Lynd 2024, Nebraska:  Case Number CI 23-103 |
|  | Estate of Mitchell Fox 2024, Michigan Probate Court:  2021-399, 493-DE |
|  | Squiri vs. Shultz 2023, Ohio A2300533 |
|  | Oliver vs. Independent Bank 2024, Texas C2023162 |
|  | Aloke Chadhuri vs. Rekor Inc. 2024, New York |

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

Appendix B

## LIST OF DOCUMENTS CONSIDERED

Plaintiffs' Amended Complaint in *SBI Crypto Co., Ltd. v. Whinstone US, Inc.*

WHIN_SBI_0005955 – SBIC's Claim for Damages Letter

Carson Smith's deposition transcript and exhibits

Chuck Byer's draft report dated 3.5.25

SBIC0003883 - 3906 - Rockdale Hosting Agreement

SBIC0003072–3076 – 2 yr Avg Matrix Simulation 6.23.20

SBIC0003076 - Texas Projection 6.24.20 spreadsheet

SBIC0003083-3085 - 2 yr Avg Matrix Simulation 6.10.20

SBIC0003085 - 2 yr Avg Matrix Simulation 6.23.20 spreadsheet

SBIC0003254-55 - Early Termination Options

SBIC0005816 – Profit Loss with Tx Fee Rewards dated 7.23.24 spreadsheet

SBIC0005882 – Profit Loss with Tx Fee Rewards dated 8.8.24 spreadsheet

SBIC0005817-5825 - SBIC Financials dated 3.31.20 – 3.31.24

SBIC0005937 - Whinstone-Mining-PNL spreadsheet

SBIC0003076 - Texas Projection 6.24.20 spreadsheet

SBIC0005997 - Russian vs. Texas spreadsheet

SBIC0005938-6044 – documents pertaining to SBIC's Russian operations

CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SBI CRYPTO CO., LTD.,

        Plaintiff,

    v.

WHINSTONE US, INC.,

        Defendant.

Civil Action No. 6:23-cv-00252-ADA-DTG

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Before the Court is Defendant's Unopposed Motion for Leave to File Under Seal. The Court has considered this motion and finds that it should be, and is hereby GRANTED.

The Clerk is hereby directed to file the "Sensitive Documents," which are attached as Exhibits 1-3 to Whinstone's Emergency Motion to Strike Plaintiff SBI Crypto Co., Ltd.'s Untimely "Supplemental" Expert Reports and Undisclosed Expert, under seal until further order from the Court.

SIGNED ON THIS _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS