# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

**SBI CRYPTO CO., LTD.** § § §
**vs.** § NO: WA:23-CV-00252-ADA-DTG
§ §
**WHINSTONE US, INC., WHINSTONE** §
**US, INC., SBI CRYPTO CO., LTD.**
*Defendant*

## ORDER SETTING DISCOVERY HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for DISCOVERY HEARING HELD IN PERSON (re Discovery Dispute Chart emailed on 9/23/25), in U.S. District Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco, Texas, on September 30, 2025 at 02:00 PM (1 hour time block).

**IT IS SO ORDERED** this **26th day of September, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE