IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-252 |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff SBI Crypto Co., LTD. ("SBI") and Defendant Whinstone US, Inc. ("Whinstone") (together, the "Parties") file this joint motion requesting a modification of certain deadlines contained in the Fifth Amended Scheduling Order (ECF No. 64).

1. SBI served the supplemental report of Dr. Randall Valentine on July 16, 2025, and the supplemental report of Charles Byers and the supplemental and rebuttal report of Michael Schuler on July 18, 2025. On July 28, 2025, Whinstone filed its Emergency Motion to Strike Plaintiff SBI Crypto Co., Ltd.'s Untimely "Supplemental" Expert Reports and Undisclosed Expert. [ECF 90]. On August 11, 2025, Whinstone filed its Emergency Motions to Amend Scheduling Order, for Continuance, and for Protection. [ECF 93]. The Court heard these motions on September 11, 2025. During the pendency of Whinstone's motions, the Parties could not conduct expert depositions.

2. Following the Court's ruling on the supplementation issue on September 11, 2025, the Parties promptly met and conferred to schedule expert depositions. The Parties agreed on dates for the depositions of Richard Peters (Oct. 14), Michael Schuler (Oct. 17),

Karen Rayment (Oct. 21), Dr. Randall Valentine (Oct. 24), Charles Byers (Oct. 31), and Jeffrey Matthews (Nov. 6). A dispute arose regarding the deposition of Phil Isaak, resulting in a discovery hearing on September 30, 2025. The Court ordered SBI to produce Mr. Isaak for a deposition, however, Mr. Isaak had various conflicts, several of which consist of international travel during the month of October. Consequently, the Parties agreed to a November 14 deposition date for Mr. Isaak.

3. The current dispositive motion deadline is October 27, 2025. Because of the expert deposition schedule, the Parties will not have completed expert depositions prior to the dispositive motion deadline. Additionally, *Daubert* motions are due 14 days after an expert's deposition. The current scheduling order contemplated expert discovery being completed by September 12, 2025, which afforded the Parties sufficient time to prepare dispositive motions. However, with expert depositions now occurring between mid-October and mid-November, the parties need additional time to prepare dispositive motions.

4. The Parties have conferred and agreed upon the Proposed Sixth Amended Scheduling Order, attached as **"Exhibit A."** There is no prejudice to the Parties in granting this joint request to amend the Scheduling Order and continue trial.

5. Therefore, the Parties respectfully request to extend the below deadlines as follows:

| **Current Date** | **New Proposed Date** | **Event** |
|---|---|---|
| 10/27/25 | 11/21/25 | All dispositive motions shall be filed and served on all other parties on or before this date and shall be limited to 25 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion. |
| 12/1/25 | 12/1/25 | By this date the parties shall meet and confer to determine pre-trial deadlines, including, *inter alia*, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives. |
| 12/8/25 | 12/15/25 | By this date the parties shall exchange a proposed jury charge and questions for the jury. By this date the parties will also exchange draft Motions in Limine to determine which may be agreed. |
| 12/15/25 | 12/22/25 | By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. By this date the parties shall also submit to the Court their Motions in Limine. |

6.  The Parties believe that the limited extension of the deadlines above will allow the parties to complete expert depositions, *Daubert* motions, and dispositive motions, while maintaining the February trial setting.

7.  A proposed Sixth Amended Scheduling Order is also being filed contemporaneously with this motion. This motion is not made for the purpose of delay, but rather in the interest of justice.

       Respectfully Submitted,

WINSTEAD PC

By: */s/ Joshua M. Sandler*
    Joshua M. Sandler
    Texas Bar No. 24053680
    jsandler@winstead.com
    Cory Johnson
    Texas Bar No. 24046162
    cjohnson@winstead.com
    Andrew Patterson
    Texas Bar No. 24131573
    apatterson@winstead.com
    2728 N. Harwood Street, Suite 500
    Dallas, Texas 75201
    Telephone: (214) 745-5103
    Facsimile:  (214) 745-5390

**ATTORNEYS FOR PLAINTIFF SBI CRYPTO CO., LTD.**

FOLEY & LARDNER LLP

By: */s/ Robert T. Slovak*
    Robert T. Slovak
    Texas Bar No. 24013523
    rslovak@foley.com
    Brandon C. Marx
    Texas Bar No. 24098046
    bmarx@foley.com
    2021 McKinney Avenue, Suite 1600
    Dallas, Texas 75201
    Telephone: (214) 999-3000
    Facsimile: (214) 999-4667

**ATTORNEYS FOR DEFENDANT WHINSTONE US., INC.**