# EXHIBIT "B"

## Appendix A: Richard Peters Curriculum Vitae

### RICHARD PETERS
HKA Global, Inc.
1717 Main Street, Ste. 3075
Dallas, Texas 75201
Direct: 713.412.4105
richardpeters@hka.com

**Richard Peters, CISA, CDPSE, CISSP, QSA, CTCE** is a senior information security advisor, specializing in cybersecurity, investigations, and compliance. He brings over 25 years of experience managing, performing, and delivering information technology security solutions. This experience includes technology risk management, IT auditing, IT security assessments, compliance assessments, attack-and-penetration testing services, and security analysis in domestic and global entities in the energy, technology, medical, financial, and manufacturing industries.

Mr. Peters is skilled in designing, assessing, and testing against multiple security standards and frameworks, including ISO 27001/27002, Payment Card Industry Data Security Standard (PCI-DSS), Health Insurance Portability and Accountability Act (HIPAA), and the National Institute of Standards and Technology (NIST CSF and 800 series). He has been a professor at the University of Houston teaching information security. He is a frequent speaker and leader at security conferences around the country.

Mr. Peters has considerable experience within the penetration testing niche for applications, networks and hardware. This deep technical skillset is also being utilized within the crypto asset/currency and DeFi space for forensics, investigations and security assessments. He has knowledge and background in client/server environments, mainframes, and databases, as well as application and hardware experience. He has provided PCI-related services for 18 years, including PCI-DSS assessments, PA-DSS assessments, and ASV services. Mr. Peters also has experience communicating with and between executive leadership and technical teams regarding understanding of risk.

**EDUCATION**
   B.B.A. Finance            The University of Texas at Austin, 1996

**PRESENT EMPLOYMENT**
   **HKA GLOBAL, INC., DALLAS, TX**
   PARTNER
   Feb 2025 – Current
   - Serves as an expert in cybersecurity, investigations, and crypto-related matters, providing advisory and expert witness services for litigation, regulatory, and risk management matters.

10

EXHIBIT 137
WIT:
DATE:
S. Klinger, RMR-CRR

- Manages and delivers cybersecurity assessments, penetration testing, digital forensics, and incident response services for clients across industries, including financial services, healthcare, technology, and energy.
- Leads engagements involving crypto asset forensics, tracing, and investigations, including assessments of decentralized finance (DeFi) platforms, smart contract security, and blockchain-related fraud analysis.
- Advises clients on regulatory compliance and security frameworks, including NIST, ISO 27001/27002, PCI DSS, HIPAA, and emerging compliance standards.
- Provides expert reports, testimony, and litigation support for disputes involving cybersecurity breaches, digital assets, and financial fraud cases.
- Works closely with legal teams, corporate executives, and technical professionals to bridge the gap between cybersecurity risks, regulatory requirements, and business strategy.
- Contributes to HKA's thought leadership initiatives, including publications, industry panels, and training programs focused on cybersecurity, crypto assets, and emerging technology risks.

**PREVIOUS POSITIONS**

**BERKELEY RESEARCH GROUP LLC, HOUSTON, TX**
MANAGING DIRECTOR
Feb 2022 – Feb 2025
- Managed all cybersecurity related projects for the Discovery & Forensic Technology Services Practice including penetration testing, vulnerability scanning and research, security assessments, security compliance, and incident response activities.
- Served as national leader for all PCI DSS and HIPAA security assessments. BRG serves as a QSAC company providing PCI DSS assessments and ASV scanning for clients.
- Managed hardware and software security assessments including medical devices, Internet of Things (IoT), Industrial Control Systems (ICS), and mobile.
- Performed crypto asset forensics (crypto tracing) and decentralized finance (smart contract) security audits and assessments across all major chains.
- Assisted with crypto asset technical diligence, token valuation and historical pricing, and supportive damages calculations related to crypto assets.
- Crypto investigations for hidden assets, movement of assets, fraud, and crime matters.

**UHY CONSULTING, INC., HOUSTON, TX**
PRINCIPAL
2017 – 2022
- Information security leader for all security related projects for UHY. Act as Penetration Testing Lead and Red Team/Purple Team Lead for all attack and penetration engagements. Engagements typically include all areas of cyber security, forensics, physical security, and

11

social engineering in numerous verticals including banking, industrial control systems, healthcare, and high tech. Also leads the Cyber Security Advisory Service, which includes open-source intelligence gathering, active threat hunting, breach intelligence gathering, and incident response. Leads hardware (including medical devices) and software security testing, compliance assessments for PCI and HIPAA and a liaison for executive and board-level security advisory strategy and risk management.

**BERKELEY RESEARCH GROUP LLC, HOUSTON, TX**
DIRECTOR
2014 – 2017
- Global director for PCI DSS Compliance projects and advanced penetration testing assignments. Provide PCI assessment services, scope reduction exercises, risk assessments, forensic investigations, and overall security practice leadership. Provided direction, guidance, and implementation of security strategy for Fortune 1000 clients across the country. Manage development of products and information security testing lab for medical devices, internet of things (IoT), firewalls, IDS/IPS and networking devices. Review security of next-gen firewall, anti-virus/malware technologies, and threat prevention implementations.

**UNIVERSITY OF HOUSTON, HOUSTON, TX**
ADJUNCT PROFESSOR, C.T. BAUER COLLEGE OF BUSINESS, ACCOUNTANCY & TAXATION
2009 - 2014
- Created and taught the course Accounting 4380 and 5397 'Control and Security of Financial Information' for both Graduate and Undergraduate students. One of four total courses that are required for students to obtain an Internal Audit Certificate in addition to their degree.
- Assisted the C.T. Bauer College of Business achieve a partner-level membership in the Internal Auditing Education Partnership created by the Institute of Internal Auditors (IIA). Only 19 colleges in the world hold this membership.
- Provide future Chief Financial Officers, Controllers, and business leaders foundational education in information security, governance, control and security frameworks in modern organizations.

**UHY ADVISORS, HOUSTON, TX**
SENIOR MANAGER, TECHNOLOGY ASSURANCE & ADVISORY SERVICES
2009 - 2014
- National practice leader for Information Security practice as well as national leader for Payment Card Industry Data Security Standard (PCI DSS), Payment Application Data Security Standard (PA DSS) and Payment Card Industry Approved Scanning Vendor (PCI ASV) for firm.

- Subject matter expert for all penetration testing, vulnerability scanning, breach investigations, and security assessment projects for Houston and Dallas offices and key growth regions around the US.
- Lead numerous security assessments (ISO and NIST based), code reviews, reverse engineering, incident response and application development projects.
- Managed multiple key client projects consisting of numerous UHY professionals and client staff. Pursued excellence in service delivery and client satisfaction, consistently producing successful results and increased business opportunities within each client.
- Expanded the client base, professional staff base, and revenue of information security and PCI practice each year. Managed and lead sales meetings, RFP preparation, marketing material production, sales training, and firm leadership events.
- Supported several individual projects surrounding ERP project management and architecture design, mobile device management, SharePoint assessments, Firewall rule set reviews, SAP segregation of duties, and HIPAA compliance.
- Managed several global security assessments for multi-national corporations to establish baseline security posture for executive management.
- Advised and established FISMA/NIST compliance program for corporation awarded a multimillion-dollar contract with NASA.

**JEFFERSON WELLS INTERNATIONAL, HOUSTON, TX**
ENGAGEMENT MANAGER, TECHNOLOGY RISK MANAGEMENT
2005 – 2009

- Performed professional services for mid-large corporations with emphasis on information technology project management, compliance controls, security, and disaster recovery across the enterprise. For example:
- Assessed PCI Compliance for large Oil & Gas Corporations, tested remote locations as well as headquarters for all PCI requirements. Designed future-state PCI programs for several organizations.
- Performed security reviews for organizations, networks, and applications. Performed penetration testing activities as well as vulnerability assessments.
- Performed Sarbanes Oxley compliance testing for International Insurance and Securities Company, focusing on controls for mainframe as well as client-server applications.
- Managed team deliverables and project timelines, and tested controls for SOX compliance for major Software Development Company using Oracle, Siebel CRM, SharePoint and security applications.
- Audited security policies for multi-billion-dollar global enterprise, developed security control objectives, testing procedures, and remediation efforts.

## CERTIFICATIONS

2024 TRM Crypto Compliance Specialist [TRM-CCS]

2024 TRM Advanced Crypto Investigator [TRM-ACI]

2024 TRM Digital Forensics and Cryptocurrency [TRM-DFC]

2024 TRM Certified Investigator [TRM-CI]

2024 TRM Crypto Fundamentals [TRM-CFC]

2023 Cryptocurrency Tracing Certified Examiner [CTCE]

2020 Certified Data Privacy Solutions Engineer [CDPSE]

2013 Payment Application Qualified Security Assessor [PA QSA]

2012 Common Security Framework Practitioner [HITRUST CSFP]

2008 Certified Information Systems Auditor [CISA]

2007 Qualified Security Assessor (Payment Card Industry) [QSA]

2006 Symantec Certified Technology Architect [SCTA], Sygate Enterprise Protection training

2005 Certified Information Systems Security Professional [CISSP]

2003 Astaro Firewall Certification

2002 Certified StoneGate Firewall Engineer, Certified StoneGate Firewall Architect, Certified StoneGate Firewall Trainer

2001 Foundstone Ultimate Hacking

1999 Microsoft Certified Systems Engineer [MCSE]

1998 Microsoft Certified Professional

## TESTIMONY

November 2022 - *Matar v. Coinbase (Case No. 01-21-0004-7542)* – Arbitration testimony related to expert report created for Coinbase counsel on representative security posture of the exchange versus competitors

## DEPOSITIONS

January 2017 - *Shane Flaum v. Doctor's Associates, Inc. (Case No. 16-61198-CIV-ALTONAGA/O'Sullivan)* – Deposition on expert report created related to criminal usage of credit card information for a FACTA matter.

April 2024 - *Tyler Baker, et al. on behalf of themselves and all others similarly situated v. Parkmobile, LLC (Case No. 1:21-cv-02182-SCJ)* – Deposition on expert report created for class on cracking hashed passwords and credential stuffing attacks.

December 2024 – *IROBOT Corporation v. Expeditors International of Washington, Inc. (No.: 2:2023-cv-00580)* – Deposition on expert report created regarding the security posture and incident response procedures in place at Expeditors at the time of a ransomware event.

January 2025 - *POC USA LLC vs. Expeditors International of Washington, Inc. (Case No.:2:23-cv-01816-RSM)* – Deposition on expert report created regarding the security posture and incident response procedures in place at Expeditors at the time of a ransomware event.

January 2025 – Thomas Karczewski v. PNC Financial Services, Inc. (Case No.:01-23-0004-1946) – Deposition related to opinions on an online elder fraud matter.

## ARTICLES AND QUOTATIONS

**Wall Street Journal**
https://www.wsj.com/articles/ransomware-attackers-begin-to-eye-midmarket-acquisition-targets-11646130601

**Wall Street Journal**
https://www.wsj.com/articles/hot-market-for-cyber-insurance-begins-to-stabilize-11668460092

**Houston Chronicle (appears no longer available online)**
Cybersecurity Oil & Gas Article – Comments on rise in attacks on oil and gas companies.

**Medical Device Magazine (appears no longer available online)**
Used Medical Device Cybersecurity Article – Comments on vulnerabilities that may impact used/pre-owned medical devices.

**LinkedIn**
https://www.linkedin.com/pulse/lets-make-ransomware-unprofitable-richard-peters-cissp-cisa-qsa/

**StrategicCFO360.com**
https://strategiccfo360.com/in-2021-middle-market-executives-face-challenges-related-to-talent-cybersecurity/