IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> WHINSTONE US, INC., <br><br> *Defendant.* | Civil Action No. 6:23-cv-252 |

### ORDER GRANTING SBI CRYPTO CO., LTD.'S MOTION TO EXCLUDE THE TESTIMONY OF RICHARD PETERS

On _____, the Court heard Plaintiff SBI Crypto Co., LTD.'s ("SBI") Motion to Exclude the Testimony of Richard Peters Under Federal Rule of Evidence 702 (the "Motion to Exclude Richard Peters"). Having considered the motion, any responses and replies, and the arguments of counsel, the Motion to Exclude Richard Peters is GRANTED.

It is therefore ORDERED that:

_____ Richard Peters is precluded from offering any testimony in this case.

_____ Richard Peters is precluded from offering any testimony concerning the valuation, resale, or mitigation of SBI's cryptocurrency miners, including, but not limited to any opinions contained in his Initial Report and in paragraphs 1 and 13 through 31 of his Rebuttal Report.

_____ Richard Peters is precluded from offering any testimony concerning the causes of, or data relating to, the performance or failure of SBI's miners and the design of the Rockdale Facility, including any opinions contained in paragraphs 32 through 89 of his Rebuttal Report.

SIGNED ON THIS _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS