IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SBI CRYPTO CO., LTD.,<br>*Plaintiff,* | § § § § § § § § § § | |
| v. | | CASE NO. 6:23-CV-00252-ADA-DTG |
| WHINSTONE US, INC.,<br>*Defendant,* | | |

**ORDER GRANTING UNOPPOSED MOTION FOR
LEAVE TO FILE UNDER SEAL (DKT. NO. 122)**

Before the Court is the plaintiff, SBI Crypto Co., Ltd.'s unopposed motion for leave to file under seal (Dkt. No. 122). Having considered the motion, and good cause appearing, the Court hereby **GRANTS** the motion.

The Clerk is **DIRECTED** to file Exhibit C to Plaintiff's Daubert Motion to Exclude the Testimony of Richard Peters Under Federal Rule of Evidence 702 (Dkt. No. 122-1) under seal and title it as such.

The plaintiff is **ORDERED** to file a redacted copy of the sealed document within seven (7) days of the date of this order. If a redacted copy is not timely filed, the Court may order the original document to be unsealed.

**SIGNED** this 30th day of October, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE