# EXHIBIT 3

```
                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
                           WACO DIVISION

SBI CRYPTO, LTD.              ) Docket No. WA 23-CA-252 ADA
                              )
vs.                           ) Waco, Texas
                              )
WHINSTONE US, INC.            ) September 30, 2025


                  TRANSCRIPT OF DISCOVERY HEARING
              BEFORE THE HONORABLE DEREK T. GILLILAND


APPEARANCES:

For the Plaintiff:        Mr. Cory C. Johnson
                          Mr. Andrew J. Patterson
                          Winstead, PC
                          500 Winstead Building
                          2728 North Harwood Street
                          Dallas, Texas 75201


For the Defendant:        Mr. Brandon C. Marx
                          Mr. J. Michael Thomas
                          Foley & Lardner, LLP
                          2021 McKinney Avenue, Suite 1600
                          Dallas, Texas 75201


Transcriber:              Ms. Lily Iva Reznik, CRR, RMR
                          501 West 5th Street, Suite 4153
                          Austin, Texas 78701
                          (512)391-8792
```

Proceedings reported by digital sound recording, transcript produced by computer aided-transcription.

1  conduct after receiving Byers' and Schuler's contamination
2  opinions on March 28th.  And finally, your Honor, it
3  wasn't important enough for them to even put in the
4  proposed order that they submitted to this court after the
5  last hearing.  The proposed order that they submitted two
6  weeks ago is silent on a second inspection, on testing,
7  and a surrebuttal report of Peters.
8              Now, Mr. Marx got up here and he said that they
9  had the right -- they are entitled under the scheduling
10 order to have a rebuttal report to SBI's experts and what
11 the rules provide for and what the scheduling order
12 provides for is that you could have a rebuttal to an
13 affirmative report.  You do not get a rebuttal to a
14 rebuttal report.  And they have never taken an issue with
15 the characterization of Michael Schuler's opinions which
16 directly address the opinions of Richard Peters' initial
17 report as being characterized as a rebuttal report, and
18 so, they are seeking a rebuttal to a rebuttal report.
19 That is a surrebuttal report.
20             And the two cases that they threw in front of the
21 Court three weeks ago about this issue were the Wal-Mart
22 case and the UWorld case and both of those cases
23 specifically reject the idea that Rule 26 permits a
24 rebuttal to a rebuttal report.  That is a surrebuttal
25 report that you have to move for leave to file with the

```
 1
 2
 3                      REPORTER'S CERTIFICATE
 4
 5     I, LILY I. REZNIK, DO HEREBY CERTIFY THAT THE FOREGOING
 6   WAS TRANSCRIBED FROM AN ELECTRONIC RECORDING MADE AT THE
 7   TIME OF THE AFORESAID PROCEEDINGS AND IS A CORRECT
 8   TRANSCRIPT, TO THE BEST OF MY ABILITY, MADE FROM THE
 9   PROCEEDINGS IN THE ABOVE-ENTITLED MATTER, AND THAT THE
10   TRANSCRIPT FEES AND FORMAT COMPLY WITH THOSE PRESCRIBED BY
11   THE COURT AND JUDICIAL CONFERENCE OF THE UNITED STATES,
12   ON THIS 13th DAY OF OCTOBER, 2025.
13
14
15                              *Lily Iva Reznik*
16                              ~~~~~~~~~~~~~~~~~~~~~~~~~
                                LILY I. REZNIK, CRR, RMR
17                              Official Court Reporter
                                United States District Court
18                              Austin Division
                                501 West 5th Street, Suite 4153
19                              Austin, Texas 78701
                                (512) 391-8792
20                              SOT Certification No. 4481
                                Expires: 1-31-27
21
22
23
24
25
```

*LILY I. REZNIK, CERTIFIED REALTIME/REGISTERED MERIT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)*