IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., *Plaintiff,* § § § § | |
| v. § | CASE NO. 6:23-CV-00252-ADA-DTG |
| WHINSTONE US, INC., *Defendant,* § § § § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR
LEAVE TO FILE UNDER SEAL (DKT. NO. 126)**

Before the Court is the defendant, Whinstone US, Inc.'s unopposed motion for leave to file sealed document (Dkt. No. 126). Having considered the motion, and good cause appearing, the Court hereby **GRANTS** the motion.

The Clerk is **DIRECTED** to file Exhibit 1 to the Defendant Whinstone US, Inc.'s Motion to Strick (Dkt. No. 126-1) under seal and title it as such.

The defendant is **ORDERED** to file a redacted copy of the sealed document within seven (7) days of the date of this order. If a redacted copy is not timely filed, the Court may order the original document to be unsealed.

**SIGNED** this 4th day of November, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE