# EXHIBIT A-1

i

# EXPERT REPORT OF RICHARD PETERS

# **TABLE OF CONTENTS**

I. Summary of Opinions ............................................................................................................. 1

II. Expert Qualifications .............................................................................................................. 1

III. Assumptions & Scope of Opinion .......................................................................................... 3

IV. Documents Considered ........................................................................................................... 4

V. SBI should divest its Canaan Avalon Miners ......................................................................... 4

Appendix A:  Richard Peters Curriculum Vitae ............................................................................ 10

Appendix B:  Documents Considered ........................................................................................... 16

**I.     Summary of Opinions**

1. I have reviewed and analyzed the documents provided by counsel as well as performed research into the used miner market pricing. From my education, training, experience, and research for this matter, I have the following opinions:

- **SBI Crypto CO., Ltd. ("SBI") should promptly sell its 20,000 Canaan Avalon 1041 miners, which are currently warehoused and are outdated in today's competitive Bitcoin mining landscape. Although an ideal opportunity to sell at peak value was missed in 2021, quick action now will recoup some portion of the investment before the hardware becomes completely worthless. Targeting buyers in regions with lower electricity costs could maximize returns, and further delays risk ongoing depreciation, storage expenses, and lost capital.**

**II.     Expert Qualifications**

2. I am a Partner at HKA Global, Inc. ("HKA"), where I serve as a senior information security advisor, with a specialization in cybersecurity, crypto assets ("crypto"), and compliance. I have over two decades of experience managing, delivering, and assessing information security programs across various industries, including retail, medical, technology, financial, and manufacturing. I routinely conduct crypto asset tracing ("crypto tracing"), also known as cryptocurrency tracing or blockchain analysis, for various projects and matters, including theft and fraud investigations, wallet identification, transaction analysis and blockchain forensics. Crypto asset tracing is the process of tracking, investigating, and/or and analyzing the movement of digital assets, such as cryptocurrencies, across blockchain networks. This technique is used to uncover the flow of funds, identify involved parties, and investigate potential illicit activities. I also have strong familiarity with professional crypto

asset tracing tools including TRM Forensics, Breadcrumbs Investigation, and Chainalysis along with blockchain explorers for numerous crypto assets.

3. My experience includes actively using and evaluating cryptocurrencies since 2017, engaging in activities such as mining, buying, and selling crypto assets, purchasing services with crypto, and reviewing various security areas of the crypto and blockchain ecosystem. I have used and evaluated software and hardware wallets, multiple centralized exchange platforms, and participated in several decentralized finance ("DeFi") and game finance ("GameFi") protocols and blockchains. I am well-versed in numerous token types, such as platform, payment, governance, security, and utility tokens. Additionally, I have actively participated in mining pools, liquidity protocols, lending and borrowing, staking, bonding, and similar DeFi activities across the crypto/DeFi space in Level 1 and Level 2 blockchains. My security evaluations span Web2/Web3 infrastructure and smart contracts. I also serve as the moderator for a Reddit group focused on DeFi security. I successfully completed the Hack the Block security training program, with a focus on advanced techniques for attacking and exploiting vulnerabilities in smart contracts.

4. I hold several certifications, including CISA (Certified Information Systems Auditor), CISSP (Certified Information Systems Security Professional), CTCE (Cryptocurrency Tracing Certified Examiner), CDPSE (Certified Data Privacy Solutions Engineer), and the Payment Card Industry's QSA (Qualified Security Assessor) designation. I also hold several TRM crypto designations including Crypto Compliance Specialist (TRM-CCS), Advanced Crypto Investigator (TRM-ACI), Digital Forensics and Cryptocurrency (TRM-DFC), Certified Investigator (TRM-CI) and Crypto Fundamentals (TRM-CFC). To maintain these certifications, I regularly engage in cybersecurity and crypto-related conferences such as BlackHat and Defcon and the DeFi Security

2

Summit. Additionally, I speak on cybersecurity topics at various conferences to fulfill for continuing professional education requirements as well as engage in self-study.

5. I graduated with a B.B.A. in Finance from the University of Texas at Austin in 1996. I have also served as an adjunct professor at the University of Houston in their accountancy and taxation department. In that capacity, I created and taught a course on the control and security of financial information, which is one of four courses required for students to obtain an internal audit certification in addition to their degree.

6. I have been cited in several articles related to cybersecurity and have spoken at several security conferences.

7. A copy of my curriculum vitae is appended as Appendix A to this report.

### III. Assumptions & Scope of Opinion

8. I have been retained by counsel to provide expert analysis in the SBI Crypto Co., Ltd. v. Whinstone US, Inc. matter.

9. Counsel did not instruct me with respect to any conclusions I might draw or methodologies I might use in my analysis of the record of this case. The opinions contained in this expert report ("Report") are my own. For issues related to the methodology, analysis, and conclusions I rely on the documents provided by counsel, my investigation and research, and any authorities, sources, and materials cited in the footnotes of this Report as well as my years of experience and education in the field.

10. My billing rate for this matter is $545 per hour. My compensation in this case is not contingent upon my ultimate conclusions, which are wholly independent, or the outcome of this case. Throughout this Report, when I use the first person to describe my analysis, I am referring to work conducted by me personally as well as by my staff under my direction. I personally conducted or

supervised all the research and analysis that is set forth in this Report, and therefore, I have personal knowledge of the matters described herein. The facts and data on which I base the opinions and inferences reflected in this Report are of a type reasonably relied upon by experts in the field of crypto, cybersecurity and compliance.

11. I understand that additional information relevant to my opinions may be disclosed in subsequent discovery, filings, or depositions. Accordingly, I reserve the right to amend my findings based upon such additional information.

### IV. **Documents Considered**

12. I have reviewed several documents related to this matter which I have listed within Appendix B and within footnotes of this document.

### V. **SBI should divest its Canaan Avalon Miners**

13. SBI currently holds approximately 20,000 Canaan Avalon 1041 Bitcoin miners, which are stored in a warehouse in Houston and remain in a non-operational status. Given that deployment does not appear to be a viable option—due to the higher electricity costs in North America and the low hashrate capability of the Avalon 1041 miners compared to modern miners—the primary concern is how to optimally dispose of these legacy assets. While the Avalon 1041 was once a competitive ASIC miner, advances in mining technology have diminished its value and profitability. Moreover, Bitcoin market fluctuations have added another layer of unpredictability to the situation.

14. In 2021, when the market was more favorable to these miners, SBI could have sold these 20,000 miners at a much better price. The combination of robust demand and favorable cryptocurrency market conditions would have generated substantially higher returns. Selling at this time would have also likely avoided long term storage and shipping costs that SBI has incurred while sitting on these miners. It appears that SBI had considered selling and had options to sell during this time. In an email

4

chain from June 2 through June 11, 2021, Carson Smith was asked by other SBI Group employees on what he thought he could sell these miners for, and he replied (translated) "I won't know the exact price until I find a buyer, but I think it will probably be possible to sell it for more than $1100 per unit."[1] Additionally, within that same email chain, hidetsuz at SBI Group mentioned (translated) "As a side note, Model: Avalon 1041 Average book value per unit: 72,501 yen". On the date this was sent on June 2, 2021, that yen amount converted to about $662 US dollars.[2] In an email on June 3, 2021, from Jonathan Tanemori of SBI to Carson Smith, Mr. Tanemori appeared to be considering options for SBI. In one option, Mr. Tanemori listed a potential sale price of $1000 per miner with overall proceeds of "$15~$20M".[3] In an email sent on Jul 16, 2021, David Schatz with Whinstone commented to Carson Smith at SBI that a Whinstone vendor made an offer to purchase the large batch of SBI miners. David says, "Without seeing the equipment they sent an offer stating they would pay between $1,000 - $2,000 USD per machine."[4] Had SBI taken this opportunity to sell these miners the potential sale would have been $20,000,000 to $40,000,000 at that time. Some pricing consideration could be made for the Canaan power supply units (PSU) on these miners. During this manufacturing period, the PSUs that Canaan used were known to have quality issues which could reduce the sale price of the miners. Since the PSU is approximately 10% of the cost of the miners, a savvy buyer could reduce the offer price by this amount to offset any PSU replacements needed. Of note is that SBI appears to have paid about $835 USD per miner ($750 for the miner and $85 for the power supply)[5] [6]. Depending upon a final sales price, it appears that SBI could have profited from these miners over and above their original purchase price.

---

[1] Email –SBIC0000511
[2] https://www.wsj.com/market-data/quotes/fx/USDJPY/historical-prices
[3] Email – "Tanemori 19.pdf" - SBIC0003255
[4] Email –SBIC0001702
[5] International Sales Contract Miners – "DX 4 – Canaan Contract.pdf" - SBIC0003153
[6] International Sales Contract PSU – "DX 11 – Canaan Contract (PSUs).pdf" - SBIC0003268

15. During 2021, significant demand for ASIC miners increased the price for used miners. Raynor de Best, a financial services specialist at Statista, described the market through March 2021 in the following: "Prices of ASIC machines used to mine cryptocurrencies like Bitcoin and Ethereum grew by roughly ten percent each week in 2021. Mining firms such as Riot Blockchain, Core Scientific and Marathon Patent Group bought several tens of thousands of machines each over the course of 2020, which led Bitmain - a Chinese manufacturer of Bitcoin ASIC equipment - to sell out through August 2021. As Bitcoin prices grew in 2021, the also increasing demand for mining equipment along with the already-existing shortage on the market led to a significant price increase on ASIC mining rigs."[7] Later in 2021, China implemented a ban on mining which also impacted global crypto miner prices. Between March and July 2021, cryptocurrency mining saw a significant decline, primarily due to China's crackdown on Bitcoin mining. In May 2021, the Chinese government announced a sweeping ban on mining operations, citing environmental concerns and financial stability risks. At the time, China accounted for over 65% of the global Bitcoin hashrate, making this a major disruption to the industry. As a result, mining hubs in Inner Mongolia, Sichuan, Yunnan, and Xinjiang began shutting down, forcing miners to either cease operations or relocate. By June, the ban was fully enforced, and Bitcoin's total network hashrate plummeted by over 50% as miners powered down their rigs. This crackdown coincided with a sharp decline in Bitcoin's price, dropping from around $60,000 in April to nearly $30,000 by July. However, by late July 2021, mining activity began to rebound as miners relocated operations to countries like the United States, Kazakhstan, and Russia. The U.S. quickly became the new mining leader, with states like Texas and Wyoming attracting miners with cheap energy and favorable regulations. This period altered the global mining landscape, leading to a more decentralized hashrate distribution. Additionally, the network difficulty adjusted downward, making

---

[7] https://www.statista.com/statistics/1224131/cryptomining-rig-price-development/

mining more profitable for those who remained operational. The following chart in figure 1 from Hashrate Index shows the estimated price per Terahash (TH) for miners in the 38 to 68 Joules (J)/TH efficiency over 2021. The Avalon 1041's has an efficiency rating of about 56 J/TH.



*Figure 1: Bitcoin mining ASIC Price Index, weekly price $/TH by efficiency tier[8]*

16. Depending upon when the miners could have been sold in 2021, the pricing per miner could have ranged from a high of $96.43/TH to a low of $43.06/TH. This equates to approximately $2,989 to $1,335 per miner (Price per TH multiplied the Avalon TH output of 31 TH). For all 20,000 miners this amount could have ranged from $59,780,000 to $26,700,000. For comparison, Carson Smith's estimate of $1,100 per unit would equate to $22,000,000.

17. Since this time in 2021, however, newer and more efficient miner models have been introduced, and potential buyers now weigh the diminished hashrate-to-power ratio of the Avalon 1041 against cheaper electricity and operational costs in other regions. Consequently, the market value for this legacy equipment has declined substantially.

---

[8] https://data.hashrateindex.com/asic-index-data/price-index

18. Despite this missed opportunity, there remains a rationale for quick action. Although the equipment is likely unprofitable in regions with higher power costs, there may still be interested buyers in countries that benefit from heavily subsidized or otherwise low-cost energy. Storing large quantities of hardware in a warehouse incurs ongoing holding costs and risk of further depreciation. As cryptocurrency mining hardware loses value over time—especially in a rapidly evolving market—postponing a decision on these assets increases the possibility that they will eventually become near worthless.

19. Because SBI has already determined that local operation is not an option, the most logical choice is to pursue a timely sale. This could involve engaging broker networks specialized in buying and selling secondhand mining equipment or identifying large-scale mining operations overseas with an appetite for these machines. Even though secondary market prices are lower than they were in 2021, immediate liquidation is still preferable to indefinite warehousing. Any further delay risks the hardware becoming completely obsolete.

20. To execute this strategy effectively, SBI should consider two core actions. First, the company should conduct a market analysis to identify current demand and optimal pricing. This could include reaching out to existing broker platforms or collaborating with specialized international partners who are active in regions where mining may still be profitable. Second, SBI should evaluate the logistics of transporting this large inventory—20,000 machines—to interested buyers. Factors such as shipping costs, export controls, tariffs, and import regulations will affect net returns and must be carefully managed.

21. In conclusion, while SBI has missed the peak market opportunity to sell the Avalon 1041 miners at maximum value, there remains a window for recouping at least a portion of the investment. The longer these machines remain idle in a warehouse, the more value they are likely to lose. Promptly

divesting the 20,000 units on the secondary market—particularly where cheaper energy rates could still render them marginally profitable—represents the most prudent course of action. By doing so, SBI can mitigate further depreciation, reduce storage costs, and redirect capital to other strategic initiatives that align with current and future market realities.

EXPERT SIGNATURE

Respectfully submitted,

*[signature]*

Richard Peters
Partner
HKA

March 28, 2025

Date

**Appendix A:  Richard Peters Curriculum Vitae**

**RICHARD PETERS**
HKA Global, Inc.
1717 Main Street, Ste. 3075
Dallas, Texas 75201
Direct: 713.412.4105
richardpeters@hka.com

**Richard Peters, CISA, CDPSE, CISSP, QSA, CTCE** is a senior information security advisor, specializing in cybersecurity, investigations, and compliance.  He brings over 25 years of experience managing, performing, and delivering information technology security solutions. This experience includes technology risk management, IT auditing, IT security assessments, compliance assessments, attack-and-penetration testing services, and security analysis in domestic and global entities in the energy, technology, medical, financial, and manufacturing industries.

Mr. Peters is skilled in designing, assessing, and testing against multiple security standards and frameworks, including ISO 27001/27002, Payment Card Industry Data Security Standard (PCI-DSS), Health Insurance Portability and Accountability Act (HIPAA), and the National Institute of Standards and Technology (NIST CSF and 800 series). He has been a professor at the University of Houston teaching information security. He is a frequent speaker and leader at security conferences around the country.

Mr. Peters has considerable experience within the penetration testing niche for applications, networks and hardware. This deep technical skillset is also being utilized within the crypto asset/currency and DeFi space for forensics, investigations and security assessments.   He has knowledge and background in client/server environments, mainframes, and databases, as well as application and hardware experience. He has provided PCI-related services for 18 years, including PCI-DSS assessments, PA-DSS assessments, and ASV services. Mr. Peters also has experience communicating with and between executive leadership and technical teams regarding understanding of risk.

**EDUCATION**
    B.B.A. Finance            The University of Texas at Austin, 1996


**PRESENT EMPLOYMENT**
    **HKA GLOBAL, INC., DALLAS, TX**
    PARTNER
    Feb 2025 – Current
    - Serves as an expert in cybersecurity, investigations, and crypto-related matters, providing advisory and expert witness services for litigation, regulatory, and risk management matters.

10

- Manages and delivers cybersecurity assessments, penetration testing, digital forensics, and incident response services for clients across industries, including financial services, healthcare, technology, and energy.

- Leads engagements involving crypto asset forensics, tracing, and investigations, including assessments of decentralized finance (DeFi) platforms, smart contract security, and blockchain-related fraud analysis.

- Advises clients on regulatory compliance and security frameworks, including NIST, ISO 27001/27002, PCI DSS, HIPAA, and emerging compliance standards.

- Provides expert reports, testimony, and litigation support for disputes involving cybersecurity breaches, digital assets, and financial fraud cases.

- Works closely with legal teams, corporate executives, and technical professionals to bridge the gap between cybersecurity risks, regulatory requirements, and business strategy.

- Contributes to HKA's thought leadership initiatives, including publications, industry panels, and training programs focused on cybersecurity, crypto assets, and emerging technology risks.

**PREVIOUS POSITIONS**

**BERKELEY RESEARCH GROUP LLC, HOUSTON, TX**
MANAGING DIRECTOR
Feb 2022 – Feb 2025

- Managed all cybersecurity related projects for the Discovery & Forensic Technology Services Practice including penetration testing, vulnerability scanning and research, security assessments, security compliance, and incident response activities.

- Served as national leader for all PCI DSS and HIPAA security assessments. BRG serves as a QSAC company providing PCI DSS assessments and ASV scanning for clients.

- Managed hardware and software security assessments including medical devices, Internet of Things (IoT), Industrial Control Systems (ICS), and mobile.

- Performed crypto asset forensics (crypto tracing) and decentralized finance (smart contract) security audits and assessments across all major chains.

- Assisted with crypto asset technical diligence, token valuation and historical pricing, and supportive damages calculations related to crypto assets.

- Crypto investigations for hidden assets, movement of assets, fraud, and crime matters.

**UHY CONSULTING, INC., HOUSTON, TX**
PRINCIPAL
2017 – 2022

- Information security leader for all security related projects for UHY. Act as Penetration Testing Lead and Red Team/Purple Team Lead for all attack and penetration engagements. Engagements typically include all areas of cyber security, forensics, physical security, and

social engineering in numerous verticals including banking, industrial control systems, healthcare, and high tech.  Also leads the Cyber Security Advisory Service, which includes open-source intelligence gathering, active threat hunting, breach intelligence gathering, and incident response.  Leads hardware (including medical devices) and software security testing, compliance assessments for PCI and HIPAA and a liaison for executive and board-level security advisory strategy and risk management.

**BERKELEY RESEARCH GROUP LLC, HOUSTON, TX**
DIRECTOR
2014 – 2017
- Global director for PCI DSS Compliance projects and advanced penetration testing assignments.  Provide PCI assessment services, scope reduction exercises, risk assessments, forensic investigations, and overall security practice leadership.  Provided direction, guidance, and implementation of security strategy for Fortune 1000 clients across the country.  Manage development of products and information security testing lab for medical devices, internet of things (IoT), firewalls, IDS/IPS and networking devices.  Review security of next-gen firewall, anti-virus/malware technologies, and threat prevention implementations.

**UNIVERSITY OF HOUSTON, HOUSTON, TX**
ADJUNCT PROFESSOR, C.T. BAUER COLLEGE OF BUSINESS, ACCOUNTANCY & TAXATION
2009 - 2014
- Created and taught the course Accounting 4380 and 5397 'Control and Security of Financial Information' for both Graduate and   Undergraduate students. One of four total courses that are required for students to obtain an Internal Audit Certificate in   addition to their degree.
- Assisted the C.T. Bauer College of Business achieve a partner-level membership in the Internal Auditing Education Partnership   created by the Institute of Internal Auditors (IIA). Only 19 colleges in the world hold this membership.
- Provide future Chief Financial Officers, Controllers, and business leaders foundational education in information security, governance, control and security frameworks in modern organizations.

**UHY ADVISORS, HOUSTON, TX**
SENIOR MANAGER, TECHNOLOGY ASSURANCE & ADVISORY SERVICES
2009 - 2014
- National practice leader for Information Security practice as well as national leader for Payment Card Industry Data Security Standard (PCI DSS), Payment Application Data Security Standard (PA DSS) and Payment Card Industry Approved Scanning Vendor (PCI ASV) for firm.

- Subject matter expert for all penetration testing, vulnerability scanning, breach investigations, and security assessment projects for Houston and Dallas offices and key growth regions around the US.

- Lead numerous security assessments (ISO and NIST based), code reviews, reverse engineering, incident response and application development projects.

- Managed multiple key client projects consisting of numerous UHY professionals and client staff. Pursued excellence in service delivery and client satisfaction, consistently producing successful results and increased business opportunities within each client.

- Expanded the client base, professional staff base, and revenue of information security and PCI practice each year. Managed and lead sales meetings, RFP preparation, marketing material production, sales training, and firm leadership events.

- Supported several individual projects surrounding ERP project management and architecture design, mobile device management, SharePoint assessments, Firewall rule set reviews, SAP segregation of duties, and HIPAA compliance.

- Managed several global security assessments for multi-national corporations to establish baseline security posture for executive management.

- Advised and established FISMA/NIST compliance program for corporation awarded a multimillion-dollar contract with NASA.

**JEFFERSON WELLS INTERNATIONAL, HOUSTON, TX**
ENGAGEMENT MANAGER, TECHNOLOGY RISK
MANAGEMENT
2005 – 2009

- Performed professional services for mid-large corporations with emphasis on information technology project management, compliance controls, security, and disaster recovery across the enterprise. For example:

- Assessed PCI Compliance for large Oil & Gas Corporations, tested remote locations as well as headquarters for all PCI requirements. Designed future-state PCI programs for several organizations.

- Performed security reviews for organizations, networks, and applications. Performed penetration testing activities as well as vulnerability assessments.

- Performed Sarbanes Oxley compliance testing for International Insurance and Securities Company, focusing on controls for mainframe as well as client-server applications.

- Managed team deliverables and project timelines, and tested controls for SOX compliance for major Software Development Company using Oracle, Siebel CRM, SharePoint and security applications.

- Audited security policies for multi-billion-dollar global enterprise, developed security control objectives, testing procedures, and remediation efforts.

13

## CERTIFICATIONS

2024 TRM Crypto Compliance Specialist [TRM-CCS]

2024 TRM Advanced Crypto Investigator [TRM-ACI]

2024 TRM Digital Forensics and Cryptocurrency [TRM-DFC]

2024 TRM Certified Investigator [TRM-CI]

2024 TRM Crypto Fundamentals [TRM-CFC]

2023 Cryptocurrency Tracing Certified Examiner [CTCE]

2020 Certified Data Privacy Solutions Engineer [CDPSE]

2013 Payment Application Qualified Security Assessor [PA QSA]

2012 Common Security Framework Practitioner [HITRUST CSFP]

2008 Certified Information Systems Auditor [CISA]

2007 Qualified Security Assessor (Payment Card Industry) [QSA]

2006 Symantec Certified Technology Architect [SCTA], Sygate Enterprise Protection training

2005 Certified Information Systems Security Professional [CISSP]

2003 Astaro Firewall Certification

2002 Certified StoneGate Firewall Engineer, Certified StoneGate Firewall Architect, Certified StoneGate Firewall Trainer

2001 Foundstone Ultimate Hacking

1999 Microsoft Certified Systems Engineer [MCSE]

1998 Microsoft Certified Professional


## TESTIMONY

November 2022 - *Matar v. Coinbase (Case No. 01-21-0004-7542)* – Arbitration testimony related to expert report created for Coinbase counsel on representative security posture of the exchange versus competitors


## DEPOSITIONS

January 2017 - *Shane Flaum v. Doctor's Associates, Inc. (Case No. 16-61198-CIV-ALTONAGA/O'Sullivan)* – Deposition on expert report created related to criminal usage of credit card information for a FACTA matter.

April 2024 - *Tyler Baker, et al. on behalf of themselves and all others similarly situated v. Parkmobile, LLC (Case No. 1:21-cv-02182-SCJ)* – Deposition on expert report created for class on cracking hashed passwords and credential stuffing attacks.

December 2024 – *IROBOT Corporation v. Expeditors International of Washington, Inc. (No.: 2:2023-cv-00580)* – Deposition on expert report created regarding the security posture and incident response procedures in place at Expeditors at the time of a ransomware event.

January 2025 - *POC USA LLC vs. Expeditors International of Washington, Inc. (Case No.:2:23-cv-01816-RSM)* – Deposition on expert report created regarding the security posture and incident response procedures in place at Expeditors at the time of a ransomware event.

January 2025 – Thomas Karczewski v. PNC Financial Services, Inc. (Case No.:01-23-0004-1946) – Deposition related to opinions on an online elder fraud matter.


## ARTICLES AND QUOTATIONS

### Wall Street Journal
*https://www.wsj.com/articles/ransomware-attackers-begin-to-eye-midmarket-acquisition-targets-11646130601*

### Wall Street Journal
*https://www.wsj.com/articles/hot-market-for-cyber-insurance-begins-to-stabilize-11668460092*

### Houston Chronicle (appears no longer available online)
*Cybersecurity Oil & Gas Article – Comments on rise in attacks on oil and gas companies.*

### Medical Device Magazine (appears no longer available online)
*Used Medical Device Cybersecurity Article – Comments on vulnerabilities that may impact used/pre-owned medical devices.*

### LinkedIn
*https://www.linkedin.com/pulse/lets-make-ransomware-unprofitable-richard-peters-cissp-cisa-qsa/*

### StrategicCFO360.com
*https://strategiccfo360.com/in-2021-middle-market-executives-face-challenges-related-to-talent-cybersecurity/*

**Appendix B:  Documents Considered**

2023.07.07 [Dkt #11] Plf's Amended Complaint[55].pdf
Ashton Harris - 12-19-2024_Condensed.PDF
WHIN_SBI_0000387.pdf
SBIC0000508.pdf
SBIC0000511.pdf
SBIC0001702.pdf
Lyle Theriot - 01-16-2025_Condensed.PDF
SBIC0002120.xlsm
SBIC0005813.xlsx
SBIC0005882.xlsx
Smith 21.pdf
Smith 23.pdf
Smith 25.pdf
Smith 26.pdf
Smith 27.pdf
Tanemori 04.pdf
Tanemori 11.pdf
Tanemori 12.pdf
Tanemori 13.pdf
Tanemori 19.pdf
WHIN_SBI_0000390.pdf
WHIN_SBI_0000391.pdf
WHIN_SBI_0000392.pdf
WHIN_SBI_0000393.pdf
WHIN_SBI_0000394.pdf
WHIN_SBI_0000395.pdf
WHIN_SBI_0000396.pdf
WHIN_SBI_0000397.pdf
WHIN_SBI_0000398.pdf
WHIN_SBI_0000399.pdf
WHIN_SBI_0000400.pdf
WHIN_SBI_0000401.pdf
WHIN_SBI_0000402.pdf
WHIN_SBI_0000403.pdf
WHIN_SBI_0000404.pdf
WHIN_SBI_0000405.pdf
WHIN_SBI_0000406.pdf
WHIN_SBI_0000407.pdf
WHIN_SBI_0000408.pdf
WHIN_SBI_0000409.pdf
WHIN_SBI_0000410.pdf