# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD.,<br><br>         Plaintiff,<br><br>v.<br><br>WHINSTONE US, INC.,<br><br>         Defendant. | Civil Action No. 6:23-cv-00252-ADA-DTG |

**DECLARATION OF RICHARD PETERS IN SUPPORT OF
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE**

Pursuant to 28 U.S.C. § 1746, I, Richard Peters, declare and state the following under penalty of perjury:

1.  I am a Partner at HKA Global, Inc., where I serve as a senior information security advisor with more than twenty-five years of experience in the information technology ("IT") industry, specializing in cybersecurity, investigations, asset tracing, compliance assessments, and security audits. My career includes extensive work assessing IT systems for both hardware and software security, performing risk assessments, and conducting forensic investigations on complex technology assets, including systems used in high-security and high-availability environments.

2.  I hold numerous professional certifications that require both technical proficiency and continuing education, including Certified Information Systems Auditor (CISA), Certified Information Systems Security Professional (CISSP), Cryptocurrency Tracing Certified Examiner (CTCE), Certified Data Privacy Solutions Engineer (CDPSE), and multiple TRM professional certifications in crypto compliance, investigation, and digital forensics.

3.  I have designed and conducted security and operational audits of IT equipment, including servers, specialized computing devices, and the facility environments where such

equipment is deployed. My professional work has involved assessing uptime, system reliability, cooling systems, environmental controls, installation configuration, and lifecycle maintenance, all of which are directly relevant to understanding and evaluating specialized computing assets such as cryptocurrency mining hardware.

4. Additionally, I have a substantial amount of personal experience operating cryptocurrency miners and mining cryptocurrency. Since 2017, I have:

- Mined, bought, and sold cryptocurrency;
- Reviewed various security areas of the crypto and blockchain ecosystems;\
- Evaluated software and hardware wallets and multiple centralized exchange platforms;
- Participated in mining pools, liquidity protocols, lending and borrowing, staking, bonding, and similar decentralized finance ("DeFi") activities in Level 1 and Level 2 blockchains; and
- Regularly attended cybersecurity and crypto-related conferences such as BlackHat, Defcon, and the DeFi Security Summit.

5. My background in cybersecurity and mining cryptocurrency qualifies me to render the opinions I have given in this matter. This background encompasses far more than network defense; it includes comprehensive evaluation of physical systems, hardware performance, environmental conditions affecting equipment, and asset management. These are the skills, along with my personal experience, that I have applied here.

6. In my March 28, 2025 expert report, I opine that SBI should have promptly sold its 20,000 Canaan Avalon A1041 miners rather than continue to store them, given their age, market position, declining value, and ability to have resold the miners in the past at a profit. This conclusion is based on my expertise in evaluating the operational viability, security risks,

**RICHARD PETERS DECLARATION**　　　　　　　　　　　　　　　　　　　　　　　　　2
4922-6871-7687.2

depreciation trajectory of IT hardware, advancement of cryptocurrency mining technology, reselling cryptocurrency miners, and the profitability of Bitcoin mining. I have advised clients on equipment disposition for large-scale technology assets, including high-performance computing systems, where market timing and resale conditions substantially affect value recovery. Assessing when to retire and liquidate equipment is part of lifecycle and asset management within the IT security and compliance field, and my experience enables me to evaluate both technical condition and market viability for such systems.

7.      In my July 18, 2025 rebuttal report, I explain that SBI's experts did not adequately consider alternative explanations for the miners' failures, most notably PSU specification mismatches and firmware issues, as opposed to environmental contamination alone. In my career, I have routinely diagnosed equipment malfunctions and traced failure causes in high-availability data center environments. That work has involved evaluating power systems, hardware configurations, and firmware updates to determine root cause. My ability to assess alternative technical explanations for equipment failure is integral to IT security audits and investigations, and that expertise applies directly here. Moreover, I understand how cryptocurrency mining equipment works when mining Bitcoin—whether in a pool or without one. I have first-hand experience performing root cause analyses for equipment and hashing issues, as well as purchasing and selling cryptocurrency mining equipment—which is something none of SBI's experts can claim.

8.      My reports also discuss how market conditions, including supply chain constraints and Bitcoin price fluctuations, affected the resale value of the miners. Besides my personal experience, I have worked with clients on asset recovery and disposition in varied market conditions, integrating technical functionality assessments with resale market analysis to identify

realistic recovery values. These valuations rely on knowledge of specialized computing hardware market behavior, IT lifecycle economics, and resale channels, which are areas I have addressed in both my consulting work and forensic assessments.

9. I offered analyses contrasting normal operational environments with the conditions alleged at Whinstone's facility. My core work includes auditing data centers and other facilities for physical and environmental controls—cooling systems, dust ingress prevention, airflow management—to ensure IT hardware operates reliably. This experience enables me to assess whether environmental factors plausibly caused the claimed performance issues, based on known standards for equipment housing and maintenance.

10. Cryptocurrency mining hardware, including ASIC miners such as the Canaan Avalon series, is a form of specialized computing device operating in high-load, continuous-use conditions. The same principles of equipment lifecycle management, environmental control, hardware maintenance, and forensic diagnostics apply to mining devices as to other specialized computing systems I have evaluated throughout my career and in my personal experience.

11. I have audited facilities containing compute farms, high-performance computing clusters, and blockchain infrastructure to assess both operational integrity and physical security. My personal experience and knowledge of data center management, cooling systems, PSU requirements, and firmware patching is directly applicable to diagnosing performance degradation and assessing the viability of mining fleets.

12. The opinions I have provided in this case are a direct, natural application of my professional expertise and personal experience. Additionally, my career in cybersecurity encompasses the technical, physical, and operational evaluation of IT hardware and specialized

computing systems in complex facility environments. The expertise forms the basis for my conclusions regarding:

- whether and when SBI should divest its mining fleet;
- alternative technical causes for unit failures;
- the realistic valuation context for resale; and
- the role of facility conditions in equipment performance.

13. These opinions fall squarely within the reasonable confines of my personal and professional expertise. My personal experience directly deals with cryptocurrency mining operations and my professional experience bridges directly from IT hardware and facility audits to cryptocurrency mining hardware assessment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 4, 2025, in Dallas, Texas.

Signed by:
*Richard Peters*
BEB6DC278AF5462...
Richard Peters

**RICHARD PETERS DECLARATION**  5
4922-6871-7687.2