IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD.,<br><br>    *Plaintiff,*<br><br>v.<br><br>WHINSTONE US, INC.,<br><br>    *Defendant.* | Civil Action No. 6:23-cv-252 |

## ORDER GRANTING SBI CRYPTO CO., LTD.'S MOTION TO EXCLUDE THE TESTIMONY OF KAREN RAYMENT

On _____, the Court heard Plaintiff SBI Crypto Co., LTD.'s ("SBI") Motion to Exclude the Testimony of Karen Rayment under Federal Rule of Evidence 702 (the "Motion to Exclude Karen Rayment"). Having considered the motion, any responses and replies, and the arguments of counsel, the Motion to Exclude Karen Rayment is GRANTED.

It is therefore ORDERED that Karen Rayment is precluded from offering any expert testimony or opinions in this case.

SIGNED ON THIS _____ day of _____, 2025.

                                                                                                                                              _____
                                                                                                                                              DEREK T. GILLILAND
                                                                                                                                                  UNITED STATES MAGISTRATE JUDGE
                                                                                                                                                  WESTERN DISTRICT OF TEXAS