IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD.,<br><br>         Plaintiff,<br><br>v.<br><br>WHINSTONE US, INC.,<br><br>         Defendant. | Civil Action No. 6:23-cv-252-ADA-JCM |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that J. Michael Thomas hereby appears in this matter as an additional counsel of record for Defendant Whinstone US, Inc. ("Whinstone"), and request that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon them at the following address:

J. Michael Thomas (TX 24066812)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3250
Facsimile: (214) 999-4667
jmthomas@foley.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Federal Rules of Civil Procedure and includes, without limitation, any notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

This *Notice of Appearance and Request for Service of Papers* shall not be deemed or construed to be a waiver of the rights of Defendants to seek remand or similar relief in connection

2

with this removed matter. All other rights, claims, actions, setoffs, or recoupments to which Defendants are or may be entitled, in law or in equity, are expressly reserved.

4901-1161-4583.1

DATED: November 7, 2025               Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ J. Michael Thomas*
J. Michael Thomas
Texas Bar No. 24066812
FOLEY & LARDNER LLP
2021 McKinney Ave., Suite 1600
Dallas, TX 75201-3340
jmthomas@foley.com

-and-

Robert T. Slovak (TX 24013523)
rslovak@foley.com
Steven C. Lockhart (TX 24036981)
slockhart@foley.com
Brandon C. Marx (TX 24098046)
bmarx@foley.com
**Foley & Lardner LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**COUNSEL for WHINSTONE US, Inc**

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing document to be filed on November 7, 2025, using the Court's CM/ECF System which caused it to be served upon those parties registered in the system to receive such service.

*/s/ J. Michael Thomas*
J. Michael Thomas

4901-1161-4583.1