# EXHIBIT 2

PRIVILEGED & CONFIDENTIAL

IN THE MATTER OF A DISPUTE BETWEEN

SBI CRYPTO CO., LTD.                                         PLAINTIFF

AND

WHINSTONE US, INC.                                          DEFENDANT

# EXPERT REPORT AND OPINIONS OF KAREN RAYMENT, MSEE, P.E., CFEI

18 July 2025

**HKA Project Number:** ECR-66083.00



**HKA Global, LLC**
3030 N Rocky Point Drive West Suite 250
Tampa, FL 33607

# Contents

I.      INTRODUCTION ................................................................................................................. 2

    A   ASSISTANCE ..................................................................................................................... 2

    B   DISCLOSURE OF INTERESTS ......................................................................................... 3

    C   RESERVATIONS ............................................................................................................... 3

    D   BACKGROUND TO THE DISPUTE AND THE ISSUES .................................................... 3

II.     OPINIONS OF KAREN RAYMENT ................................................................................... 4

    A   OPINIONS ABOUT THE WHINSTONE CAMPUS FACILITY AND CONDITIONS.................. 4

    B   OPINIONS ABOUT THE SUBJECT HARDWARE – A 10 SERIES MINERS.......................... 4

    C   OPINIONS ABOUT THE SUBJECT FIRMWARE – A 10 SERIES MINERS.......................... 5

    D   OPINIONS ABOUT THE PHIL ISAAK REPORT ................................................................ 5

    E   OPINIONS ABOUT THE CHARLES C. BYERS REPORT .................................................. 6

    E   THE PROJECT ................................................................................................................... 9

    F   THE DISPUTE .................................................................................................................... 9

    G   THE FACTS ON WHICH THESE OPINIONS ARE BASED ............................................... 9

        i    The Types and Sources of Data I Relied On.................................................................... 9

        ii   Key Facts & Assumption ................................................................................................. 10

III.    INVESTIGATION AND METHODOLOGY ......................................................................... 12

    A   STANDARDS FOR FORENSIC INVESTIGATIONS AND REPORTING ............................ 12

    B   ANALYSIS BASED UPON MY OWN OBSERVATIONS AND RESEARCH ....................... 13

IV.     ANALYSIS - FACILITIES, HARDWARE, AND FIRMWARE............................................. 14

    A   DIFFERENCES BETWEEN BITCOIN MINING FACILITIES AND COMMERCIAL DATA CENTERS.................. 14

V.      ANALYSIS OF SBIC EXPERT REPORTS ......................................................................... 23

    A   ANALYSIS – ISAAK REPORT ........................................................................................... 23

    B   ANALYSIS – BYERS REPORT .......................................................................................... 25

VI.     SUMMARY ........................................................................................................................ 30

APPENDIX A – SOURCES REVIEWED...................................................................................... 33

APPENDIX B – BITCOIN MINING HARDWARE EVOLUTION ................................................... 37

APPENDIX C – SUMMARIES OF RELEVANT ASTM STANDARDS........................................... 38

APPENDIX D – THE FEDERAL RULES OF CIVIL PROCEDURE .............................................. 43

APPENDIX E – ACRONYMS AND DEFINITIONS ...................................................................... 45

APPENDIX F - CV OF KAREN RAYMENT, MSEE, P.E., MBA, CFEI......................................... 49



# I. INTRODUCTION

1. I, Karen Rayment, am currently employed as a principal, at HKA Global, LLC ("HKA").

2. I have a Bachelor of Science in Electrical Engineering and Computer Sciences, a Master of Science in Electrical Engineering with a focus on wired and wireless data systems, a Master of Business Administration with a focus on International Business Management, and I hold Professional Electrical Engineering licenses in eight U.S. States: California, Oregon, Washington State, Utah, Idaho, Illinois, Michigan, and Florida.

3. I am a Project Management Professional (PMP), and I keep my certification current with the international Project Management Institute (PMI). I am also a Certified Fire and Explosion Investigator (CFEI), and I keep my certification current for the National Association of Fire Investigators (NAFI). My professional society memberships include holding a Senior Member position in the Institute of Electrical and Electronics Engineers (IEEE) and I'm also a member of these IEEE Societies that are relevant to staying current in my field, via the white papers, committees, and journal articles published for each engineering specialty area: Society of Dielectrics and Insulation, Communications Society (Smart Grid and computer data communications), Consumer Electronics Engineering Society, Product Safety Engineering Society. I am also a member of the ASM International's Electronic Device Failure Analysis Society (EDFAS).

4. I have worked for more than twenty years as an electronics and electrical engineer, and in my current role I focus on the analysis of physical hardware for computing, cryptocurrency mining, commercial data center equipment, and power systems of all types. My core work includes building electricity and other power systems, the power grid and substations that feed power to commercial data centers and cryptocurrency mining facilities, backup battery systems, generators for commercial data centers, alternative energy products and projects, and data communications networking that relates to bitcoin mining. I have provided expert witness testimony, produced expert witness reports, and assisted in the production of expert reports in the field of electrical and electronics engineering for civil mediation, arbitration, and litigation matters.

5. My CV is appended to this Report in Appendix F.

6. I have not testified in the past four years.

## A    ASSISTANCE

7. I have been assisted by others in the preparation of this Report. I confirm that these individuals worked under my supervision and direction.



8.      The opinions expressed in this Report are mine and mine alone.

## B      DISCLOSURE OF INTERESTS

9.      I am not aware of any actual or potential conflicts of interest that may affect my opinion in connection with any of the Parties, witnesses, or advisers involved in this matter or with the project itself.

10.     Should I become aware of any conflicts of interest in the future I will immediately notify those who retain HKA.

11.     HKA billed for my services on this matter at a rate of $525.00 USD per hour.   No compensation to be paid to HKA is contingent on the outcome of this matter, or on the content of Karen Rayment's opinions.

12.     I confirm that I have no financial or other interest in the outcome of this action.

## C      RESERVATIONS

13.     The opinions presented in this Report are based on the documents and information in my possession as of the date noted above. I reserve the right to amend this Report if further information or documents are provided to me or otherwise become available to me. I reserve the right to respond to any additional information obtained through discovery or issues raised by experts retained, if any.

        In addition, I reserve the right to prepare additional exhibits, charts, graphs, tables, demonstratives, and diagrams to summarize or support the opinions and analyses set forth in this Report.  If called as a witness at trial, I may testify to some or all of the opinions in this Report.  I will notify Foley & Lardner LLP, in writing, if for any reason my existing report requires correction or qualification that impacts my opinion(s).

## D      BACKGROUND TO THE DISPUTE AND THE ISSUES

14.     The Parties to this dispute are:

        a)      Plaintiff – SBI Crypto Co., Inc. (SBIC);

        b)      Defendant – Whinstone US, Inc. (Whinstone)

15.     Whinstone US, Inc. was acquired by Riot Blockchain, Inc. in May of 2021, prior to any of the experts in this matter visiting the Rockdale TX facility.



## II.   OPINIONS OF KAREN RAYMENT

### A    OPINIONS ABOUT THE WHINSTONE CAMPUS FACILITY AND CONDITIONS

19.    There is no way to determine, by physical inspection of the facility, what may or may not have transpired during the period when SBIC operated in the Whinstone facility. There were no SBIC personnel or representatives present to perform audits and inspections until June 2021 shortly before the miners were decommissioned, so SBIC did not visit during peak mining periods, or periods when the miners failed or needed factory upgrades due to being early models with bugs in the firmware. SBIC could have hired a third-party auditor in the local area in Texas to periodically visit the Whinstone site and perform an audit checklist, but they did not.

20.    Regardless of whether environmental issues may or may not have existed, the issues with the early ASIC miners should have been considered by SBIC's experts, and cannot be ruled in or ruled out, since there were no formal, engineering failure analysis records kept regarding separation of root causes that may have caused less-than-expected performance. A third-party auditor provided by SBIC during the period of interest could have provided tracking and systematic information.

21.    The Whinstone facility has been built out and changed in the years since the subject period, so there is no reliable way to correlate what happened between now and then, to a scientific or engineering certainty. Any attempts to correlate the two sites through time is inconclusive and do not employ scientifically sound reasoning.

### B    OPINIONS ABOUT THE SUBJECT HARDWARE – A 10 SERIES MINERS

22.    The first company to ever produce an ASIC miner, the A1, was Canaan, a startup company, the same company that sold the Avalon A10 series family of miners to SBIC. The company was first to market with the ASIC, but they had a great many financial setbacks that affected their ability to pour money into ongoing research and development, and to adequately compete in the market, once wealthier companies began to compete with their own ASIC designs and development. In Appendix B of this report, there is a chart, showing the dominant miner per year, according to market share, as the ASIC mining designs matured and began to address power efficiency while increasing hash rate. Canaan, while first to market with their original ASIC bitcoin miner, has never been dominant in the competitive market again due to design issues, heat problems with their power supplies, early failures in the product lifecycle, and issues with their ASIC hash boards.

23.    There is no documented chain of custody for the hardware miners in this matter, so there is no testing



or lab evaluation that can be done according to ASTM standards. (See Appendix C)

## C    OPINIONS ABOUT THE SUBJECT FIRMWARE – A 10 SERIES MINERS

24.    To date, I have not been able to find a definitive record of firmware patches and release notes for the Canaan Avalon A10 series of bitcoin miners. Therefore, there is no way to know whether the firmware loaded into the Russian miners was different or even "better" than the firmware that the miners were running at the Whinstone industrial mining facility during the subject period of interest in this matter. According to Carson Smith's deposition testimony, when he testified about the firmware issues in Russia, he said in part, "…part of it's on the firmware itself as the firmware needed upgrades…" However, I have not been provided with any documents produced, to date, about the firmware versions and upgrades that had to be done to the Canaan Avalon A10's to get them up and running in Russia, so there is no way to know what the firmware revisions addressed specifically at this time. [53. 116, 1-12]

Firmware patches and upgrades must be considered carefully when comparing performance data, but in this matter, there are no definitive records from the manufacturer for the firmware patches and releases to do a logical comparison of performance, to a scientific and engineering certainty.

## D    OPINIONS ABOUT THE PHIL ISAAK REPORT

23.    Mr. Isaak confuses traditional commercial data center environments with the bitcoin mining industrial farm environment throughout his report.  He makes no comparisons between well-established commercial data centers and what he estimates "should be" in the industrial mining industry.  He draws no scientific or engineering conclusions that make any sense in the context of the industrial mining farm environment, insisting on hot aisles, cold aisles, and CFD models, as are common in his realm of commercial data center configuration, that is not standard or even desirable in the industrial mining center realm.  Therefore, Mr. Isaak's report is not about industrial bitcoin mining and the effective environment and key characteristics for the specialty machines in this matter, and lacks both reliability and relevance in its entirety, based upon being off-topic, and due to no adherence to any of the requirements stated in the relevant ASTM International standards for investigation and reporting.

24.    It is my understanding that Mr. Isaak was retained by SBIC's Counsel as a data center maintenance expert. His opinions regarding a different type of facility, and a different environment than the SBIC miners were deployed in, without any details, images, or records are unreliable and fail to comport with ASTM International's standards (see Appendix C).

25.    In Sections 7.3 - 7.4 of Mr. Isaak's report:



a)   He identifies environmental contamination issues, but the analysis remains grounded in generic data center standards without addressing bitcoin mining facilities, which are constructed and operated under quite different constraints and conditions.

b)   He identifies dust, humidity, and corrosion as detrimental conditions, but he fails to analyze the impact on ASIC mining semiconductors specifically. There is no data cited or referred to.

c)   Mr. Isaak does not discuss any type of SHA256 algorithm processing degradation as a correlated result of the dust, humidity, and corrosion he is worried about in his report.

d)   Missing mining hash rate reduction analysis caused by environmental elements. Mr. Isaak treats evaporative cooling systems (standard industrial bitcoin mining facility method of cooling) needing to perform to commercial data center standards, without addressing MW scale mining heat loads.

e)   No analysis of temperature measurements performed at the ASIC level for bitcoin miners – he would have needed data from the subject period to provide these analyses in this matter.

f)   His hypothesis development was limited to airflow and temperature, without comprehensive mining failure mechanisms or any type of sampling and testing available to prove or disprove it. There was no timeline for the mining hardware failure correlated to his concerns about airflow and temperature.

g)   Mr. Isaak shows and discusses corrosion on mining equipment without the ASTM International requirements of data, repeatability, causation, sampling, testing, and other scientific methods of proving his conclusions.

h)   He mentions inadequate airflow, pressure, "hot aisle" and "cold aisle" containment, but has no direct knowledge or measurements of the Whinstone facility during the subject period in this matter. Mr. Isaak does not meet the professional standard of care for an expert witness since he doesn't discuss what cannot be known, what cannot be measured, and does not propose any alternate theories, rather he persists in applying standard commercial data center standards to the bitcoin mining facility in Rockdale, TX.

i)   Mr. Isaak references some documentation about airflow and general facility layout, but there are no measurements of differential pressure between the intake louvres and the exhaust "dog house", and no temperature logs for the subject period that show the differential temperatures and how they apply to the bitcoin miners that were in operation during the subject period.

These points indicate Mr. Isaak's failure to meet the ASTM guidelines, processes and standards, and his report merely focuses on a commercial data center assessment that was applied to a very different facility type – an industrial bitcoin mining facility, that was reconfigured and in reuse status by the time Mr. Isaak toured the building in 2025.

## E    OPINIONS ABOUT THE CHARLES C. BYERS REPORT

26.   Mr. Byers report is speculative, and even his "potential" failure modes are based upon a random

HK A

collection of contract clauses and passive voice descriptions of "expectations" at the beginning of a business venture in a rough, industrial, highly competitive industry that was new and ill-defined, standards-wise, and to a great extent still is.  Anyone, even in this age of dwindling bitcoin and higher difficulty in solving the cryptographic puzzles for validation of the blockchain, who expects a tidy profit based upon human expectations is taking a big business risk.  The higher the hash rate, the higher the probability of success in bitcoin mining – not ever a certainty even with a perfect environment and highest-performance miners on the market.



27.   It is my understanding that Mr. Byers was retained by SBIC's Counsel as a data center engineering expert, with some knowledge of ASIC semiconductors. His retention as an expert on a different type of facility (commercial data centers), and his expertise in network and IT equipment is in a different environment than the SBIC bitcoin miners that were deployed during the subject years in this matter.

While Mr. Byers does have some organization of his ideas and the work that he performed, he also demonstrates some deficits and failures, according to the rigor that following the ASTM International guidelines, processes, and standards would have produced.  (see Appendix C for the ASTM standards guidelines)

a)   Mr. Byers's report defines problems in commercial data centers, without clear correlation between his observations and opinions in industrial bitcoin mining.

b)   He mentions data for miners that range across the Canaan A10 product family (see Analysis section, this report, item 60), but does not show how he compares and contrasts the various miners in that group, or how the data relates to the issues in this matter.

c)   He talks about HVAC systems for commercial data centers, which are not typically used in industrial bitcoin mining to date.

d)   Mr. Byers does not correlate his assertions to the MW-scale power requirements that are specific to bitcoin industrial mining operations.

e)   Mr. Byers has conflicting perspectives throughout his report, including referring to Avalon 1047 miners as "ASICS" and then treating them as generic computer equipment, rather than industrial bitcoin mining hardware. He discusses his technical analysis in terms of commercial data center equipment, such as "cooling fans, PSU's, control boards) without addressing bitcoin mining-specific heat generation calculations, thermal cycling effects, or power density requirements.

f)   While Mr. Byers has electronics and semiconductor knowledge, he neglects discussions and investigation into any types of ASIC architecture evolution, gate shrink dynamics as hardware products are developed and then cost-reduced and power-reduced during industry development cycles, and he failed to discuss the lack of supply chain that led to small batches for Canaan in their early years, and how that could affect both production and quality.

g)   Mr. Byers cites his harvesting of some debris and sending it out to a third-party test lab as maintaining chain of custody. That single act of taking pictures, opening two crates, sampling some dirt and debris, and then tagging the evidence bags does not meet the ASTM International Standards requirements for repeatable sampling, testing, logging, recording, handling and maintaining chain of custody.  (see Appendix C; ASTM E1188-23: Standard Practice for Collection and Preservation of Information and Physical Items by a Technical Investigator, and ASTM E1459-24: Standard Practice for Evidence Labeling and Related Documentation).  Moreover, a statistical sample was neither used nor addressed by Mr. Byers.



28.     The entirety of Mr. Byers report is based upon his speculation, his unfocused "investigation" of five out of 20,000 miners that have been in storage in two warehouses across many years and miles, and there is no rigor or chain of custody that is documented in this matter. Opening five of 20,000 miners that are dirty tells us nothing at this point, as scientists and engineers. The data that would have helped him prove or disprove his hypotheses is lost and now no root cause can be ruled in or ruled out in this matter.

## E     THE PROJECT

1.      I am an HKA principal electrical engineering expert who was retained by Counsel for Whinstone to evaluate claims that included assertions about the functioning of the application specific interconnect (ASIC) miners, designed and built by Canaan as the A10 series (a family called "Avalon miners" and each model number starts with "A10") bitcoin miners, and to analyze SBIC's claims about its bitcoin miners' operating performance and the physical environment they operated within during the period from June 2020 through June 2021 (approximate time frame, based upon the Plaintiff's Amended Complaint).

## F     THE DISPUTE

2.      This Report has been produced due to a dispute over the performance of mining hardware sold by Canaan as the Avalon A10 series of miners, the physical mining environment during June 2020 through June 2021 (approximately) that the mining host Whinstone provided for SBIC at Whinstone's Rockdale, Texas facility, and the amount of hashing power produced during the time the A10 series miners were installed in the host environment. (A hash is a mathematical function that converts an input of any length to an output of a fixed length, regardless of the amount of data or the file size. Bitcoin miners use a double hash, or hash of a hash.)

## G     THE FACTS ON WHICH THESE OPINIONS ARE BASED

### i     The Types and Sources of Data I Relied On

My opinion is based upon documents, data, and information that have been provided to me by Counsel for Whinstone. I also researched relevant topics that are included in the main body of my report, and in my "rebuttal" sections, after I read SBIC's expert reports, and deposition transcripts that were provided to me by Counsel.  I was not present on the mining site in Texas during any part of the 2020 – 2021 project, and therefore I am reliant on information provided to me by others.

However, I did participate in a joint inspection in 2024, with Counsel for SBIC, who was accompanied by two people hired by SBIC's Counsel.



PRIVILEGED & CONFIDENTIAL
Expert Report and Opinions of Karen Rayment

**Joint Site Visit:** I was notified that Mr. Phil Isaak, one of the expert witnesses for SBIC, wanted to visit the site in Rockdale, Texas on 7 November 2024. I met Mr. Isaak, SBIC attorney, Mr. Cory Johnson of Winstead PC, and Mr. Isaak's associate Paul Jacobson on site at Building B of Whinstone's facility.

Mr. Isaak and his associate took pictures of the current configuration of Building B, which now houses Riot miners. Notably, these miners are produced by different manufacturers than SBIC's Canaan A10 series miners at issue in this case and are operating in a different configuration. There were no Canaan A10 series miners running in Building B at the time of our joint inspection, to the best of my knowledge, and based upon my in-person inspection.

I have included a numbered list of documents that I read and/or considered, and which are listed in Appendix A. The numbered list of documents is used as reference citations throughout this report and denoted by the numbers in parentheses after statements I make, such as "(2, 4)" when I reference the second and fourth document in the list in Appendix A, as an example.

ii      **Key Facts & Assumption**

3.      My research and opinions to date are based upon the following key facts and assumptions:

a. During the period of time when SBIC-owned Canaan A10 series miners that were actively hashing in the Whinstone industrial mining facility, the only times SBIC or its representatives visited the industrial mining facility in Rockdale, Texas was once in 2019, and twice in June 2021—which was the last month SBIC's miners were in operation at the facility. Therefore, SBIC did not have a consistent presence on site during mining operations, and no periodic audits were provided by SBIC.

b. During the period of time when SBIC-owned Canaan A10 series miners were in the Whinstone industrial mining facility, SBIC did not hire a local 3rd-party engineering auditor to check on the status of SBIC's inventory during operation or to inspect the facility until mid-June 2021. They could have hired a local auditor if SBIC had concerns about the colocation arrangement and their inventory.

There would have been many choices for a hired contract auditor in nearby Austin, Texas or in Houston, Texas, so that SBIC could have a paid a contracted representative on site with the appropriate engineering and/or technical skill set. A paid consultant for SBIC could have reported in situ conditions and data, so that SBIC could have refined their communications with Whinstone and learned more about the Canaan A10 series bitcoin miners' limitations.

The A1 model prototype miner by Canaan was the first-ever ASIC bitcoin miner in the world, and as such, the A10 series was developed and built on the A1 prototype. The A10 series had a lot of



issues in the field, as addressed herein, which included power supply issues, power supply controller firmware bugs, hash board issues, and control firmware bugs. All of these issues were intrinsic to the A10 series miners and had nothing whatever to do with environmental factors.

c. Riot Blockchain acquired Whinstone in May 2021, and Riot Blockchain mines for bitcoin at the Whinstone campus.

d. Whinstone terminated its contractual relationship with SBIC in May 2021, with SBIC's operations ending at the end of June 2021. All of the SBIC's Canaan A10 miners were de-energized, cleaned, and put in crates.

e. SBI shipped the 20,000 Canaan A10 miners to a Chicago, Illinois warehouse in or around August 2021—where the miners sat for years and without any visits from SBI or its representatives. SBI intended to use these miners at SBI's mining operation in Russia and, indeed, shipped 2,400 of the miners from Chicago to Russia.

f. In or around February 2023, SBIC then shipped the remaining Canaan A10 miners from the Chicago, Illinois warehouse to a warehouse in Houston, Texas.

g. Neither SBIC nor any of its representatives visited the miners in Houston, Texas until Phil Isaak, one of SBIC's disclosed expert witnesses, visited the warehouse in November 2024 and opened two crates.

After SBIC's miners were moved from Building B, Riot put its miners (which were not Canaan A10s) in operation.



## III.   INVESTIGATION AND METHODOLOGY

### A    STANDARDS FOR FORENSIC INVESTIGATIONS AND REPORTING

29.    These ASTM Forensic Standards, and Federal Rule 26(B) are important for the reasons stated in the Table below.  (See Appendix C for the checklist for each)

*Table 1. Standards for Forensics Work*

| STANDARD | PURPOSE | WHY IT MATTERS | KEY STAKEHOLDERS IMPACTED |
|---|---|---|---|
| ASTM E1020-13 Reporting Incidents | Provides guidance for documenting incidents that may lead to litigation | Ensures accurate, consistent, and timely documentation of events | Attorneys, Experts, Investigators, the Court |
| ASTM E1188-23 Collection and Preservation | Guides proper collection and preservation of evidence. | Prevents evidence contamination or loss, ensuring admissibility. | Experts, Investigators, Attorneys, Court |
| ASTM E1459-24 | Standardizes labeling of physical evidence. | Maintains chain of custody and traceability. | Experts, Investigators, Court |
| ASTM E2332-04 Component Failures | Classifies types of component failures. | Helps experts categorize and explain failures clearly. | Experts, Attorneys, Opposing Experts |
| ASTM E620-18 Reporting Expert Opinions | Outlines how experts should report findings. | Ensures clarity, transparency, and reproducibility of expert opinions. | Experts, Attorneys, Court, Opposing Counsel |
| ASTM E678-07 Evaluation of Scientific Data | Provides methods to assess reliability of scientific data. | Supports Daubert/Frye challenges and admissibility of expert testimony. | Experts, Attorneys, Opposing Experts, Court |
| ASTM E860-22 Examining and Preparing Items | Offers guidance on examining and preparing evidence. | Ensure thorough and standardized examination procedures. | Experts, Investigators |
| Federal Rule 26(a)(2)(B) Expert Report Requirements | Applies to expert witnesses specifically retained or employed to provide expert testimony or those whose regular duties include giving expert testimony. These experts must provide a signed written report detailing their opinions, the basis for those opinions, the facts and data considered, any exhibits, their qualifications, publications, prior testimony cases, and compensation. | These rules are intended to provide the Court with clarity about technical matters and provide opposing parties with sufficient information about expert testimony prior to trial. | Attorneys, Experts, Investigators, the Court |



30.   My investigation, evaluation, site visit in 2024, and this report conform to Rule 26(a)(2)(B) of the United States Federal Rules of Civil Procedure.  I also reviewed the relevant body of standards in this matter from ASTM International, and I reviewed my Professional Electrical Engineering licensure ethics and requirements.

31.   ASTM DEFINITIONS - TYPES OF STANDARDS

> **Practice:**  Step-by-step procedures
> **Test Method:** Specific testing procedures with pass/fail criteria
> **Guide:** General information and guidance
> **Specification:** Requirements for materials, products, systems, or services
> **Classification:** Systematic arrangement or division of materials/products into groups

32.   My analysis was performed, in part, by comparing the SBIC experts' opinions to relevant sections of ASTM International's standards (See Appendix C for outlines of these standards):

a)   ASTM E1020-13: Reporting Incidents (Guide)
b)   ASTM E1188-23: Collection and Preservation (Guide)
c)   ASTM E1459-24: Physical Evidence Labelling (Guide)
d)   ASTM E2332-04: Component Failures (Classification)
e)   ASTM E620-18: Standard Practice for Reporting Opinions of Scientific or Technical Experts (Practice)
f)   ASTM E678-07: Evaluation of Scientific or Technical Data (Test Method)
g)   ASTM E860-22: Examining and Preparing Items (Guide)

## B    ANALYSIS BASED UPON MY OWN OBSERVATIONS AND RESEARCH

33.   My investigation included a site visit that was initiated by Mr. Phil Isaak, an expert hired by SBIC, at the Whinstone location in Rockdale, Texas.  The joint site visit with Mr. Isaak was held on November 7, 2024, and took place more than three years after the SBIC miners had been uninstalled.

34.   I have read and analyzed various opinions in this matter, including reports from and material relied upon by SBIC's designated experts.

35.   I have researched the bitcoin mining hardware and firmware that would have been state of the art in 2020-2021, including the hardware and firmware that was likely running the Canaan A10 series bitcoin mining hash algorithm, SHA-256, during the installation and operation of the miners in Rockdale, Texas, and at the sites in Russia that were mentioned by SBIC's designated experts in this matter.

36.   I have read and I understand the viewpoints and positions of the SBIC experts, who have provided expert reports related to the mining hardware and firmware in this matter.  I have also read and analyzed the technical aspects of the industrial bitcoin miners that run the SHA-256 algorithm, and I understand the history of bitcoin miners and their industrial operations environments over the past

decade.  My sources are listed in the Documents Reviewed section of my report, in Appendix B.

37.    I have read the documents and deposition transcripts provided to me by Whinstone's counsel.

38.    I am providing a document review and research findings based upon my knowledge, skills, and experience as an ASIC-based electronics designer, and as a physical electronics failure analyst who is familiar with, and who has experience providing professional technical reports based upon the ASTM International body of relevant standards, and other standards, if any, for global, traditional commercial data centers and industrial bitcoin mining  facilities.

## IV.    ANALYSIS - FACILITIES, HARDWARE, AND FIRMWARE

### A    DIFFERENCES BETWEEN BITCOIN MINING FACILITIES AND COMMERCIAL DATA CENTERS

**39.    Physical form factor** [58-67]

Commercial data center compute racks are mixed-processors with in-rack power supplies per each rack configuration.  Compute racks in traditional commercial data centers are typically 19 inches wide, 30-48 inches deep, and have standardized mounting rails so that each item within the rack can be replaced easily.  Compute racks that are air cooled weigh 1,500 – 2,000 pounds per rack. (EIA/ECA – 301)

Industrial bitcoin miners are single-use, single-type ASIC processors, all running exactly the same algorithm and code implementation.  They each measure approximately 18 x 8 x 16 inches and weigh about 32 – 35 pounds per unit.  A miner has only one purpose – to execute a hash algorithm as quickly as possible.  These miners are not "IT equipment" as one finds in traditional commercial data centers. The only "IT function" is the data cable, so that they can be monitored, and so that a miner can be tied to other industrial mines and miners, to produce a hash pool, which is more powerful than a single miner. (Note: Physical specifications may vary between manufacturers and models. The mining hardware industry lacks standardized form factors, leading to diverse equipment designs and custom installation solutions across different facilities.)

Multiple industrial air-cooled bitcoin mining units are typically set on metal shelving and plugged into distributed power outlets, so that maintenance and operations engineers and technicians can easily view any error lights, fans that have stopped, or any other visual inspections that are needed to keep the miners working as fast as possible 24 hours per day, 365 days per year.

Miners in these configurations may be quickly pulled off of the industrial shelf, fans and other components swapped out for spare components, and then put back in place and started up with

HK▸A

minimal interruption in mining activity.  Chip  temperatures are measured and monitored directly at the ASICs, and inflow/exhaust temperatures of airflow near the fans is not deemed as critical, like it is in traditional commercial data centers where it is impossible to take direct readings from silicon in servers, switches, and computers that are all multi-functional and timeshared among multiple users at once, with dynamic, aperiodic loads.

40.    **Power Consumption** [68-78]

Traditional commercial data center requirements are approximately 5.5kW per rack, and typical racks require approximately 10 square feet per rack including clearance between racks.  Therefore, there are approximately 100 racks per 1,000 square feet in the data hall.  Racks may be loaded in various ways, including compute, switching and networking, storage, and server racks, with compute racks typically needing more power than, for instance, a switching and communication rack with multiple data communication patch panels.  These traditional commercial data center configurations, then, require a power density of approximately 0.5 – 1.5kW per square foot.

We are seeing an increase in traditional data center power requirements, especially for video streaming and artificial intelligence.   Only 80-90 racks may be populated in 1,000 square feet due to the larger form factors for artificial intelligence compute, switching, and server racks that are typically combined in one rack, along with their battery backups.  Therefore, we are seeing a power density per square foot of approximately 1.2 – 2.7kW per square foot for these large, power-hungry, specialized racks inside traditional commercial data centers.

For bitcoin mining, however, we are still seeing a need for a power density of 2.4 – 6.8kW per square foot, even with more efficient ASIC miners that designers are producing.  Miners are even more power-intense, and the miners, per unit, have dropped in price due to economy of scale, as more industrial mining centers are coming online to capitalize on bitcoin mining before the next halving event.

Hashing is getting increasingly difficult as miners become faster, lower power, and more pools form to combine their hash rates together.  The bitcoin protocol also automatically adjusts the difficulty level of solving a block or puzzle, based upon the blocks solved within an approximate two-week period.  This is intended to keep bitcoin mining consistent through time.

41.    **Industrial Bitcoin Mining Power Requirements**

While it is tempting to simply multiply the number of computer room air conditioners (CRAC's) to provide even more cooling for industrial bitcoin mining halls, based upon the higher power needed



by miners, it is neither practical nor is a linear multiplier needed. There are three main reasons why conventional data hall cooling models break down for industrial bitcoin mining halls.

1.  Technically, we do not want to "waste" electric power on huge HVAC units, when that power can accommodate more miners. More miners mean a higher probability of solving a hash and producing bitcoin.

2.  Having HVAC designers and technicians charting airflow and doing computational fluid dynamic (CFD) studies are time-consuming and may or may not model all of the many variables of air conditioning and heat exhaust. CFD is typically a building design task.

    One of the main reasons that both traditional and high-density commercial data centers are cooled by massive HVAC systems is that the bulk data from multiple types of microprocessors, application specific interconnect silicon parts (ASIC's), digital signal processors (DSP's) and memory on circuit boards operate at different clock frequencies through time. These complex models are further complicated by unknown future demand on the rack-mounted servers, storage, and compute network appliances.

    Designers measure these circuit boards during design and reliability iterations, throughout hardware development and revision cycles, to determine what the optimal temperatures should be for the entire, mixed-signal, mixed interconnect (IC) board inside their metal housings, inside the rack configurations that typically are configured for testing and software loading prior to use.

    Extrapolating the "worst-case" heat producing boards, at peak use times, can give an approximation of the cooling needed for various rack configurations. That cooling is then regulated in bulk by providing HVAC units for traditional commercial data centers, hot and cold aisle configurations, rack placement and layout, plus some thermal derating factors, to try to guess and allow for future, higher-density racks that have not yet been designed and built.

    These types of mixed-use, mixed-demand, and mixed-signal racks are far too complicated to measure each core IC directly over time. There would be terabytes of data per second, per each data hall – far too much data to parse through, understand, analyze, and control. It is far easier, less costly, and more efficient to simply measure aisle temperatures and produce data at the source (HVAC), cold aisles, and exhaust (hot aisle) temperatures.

3.  By direct comparison to complex, traditional commercial data center equipment, industrial bitcoin miners have relatively short lives since they are inexpensive single-use boxes with fans for air intake and fans for air exhaust. The core temperature of each ASIC used in each miner can be directly monitored, so there can be direct temperature alarms if the ASIC is

HK▷A

overheating for any reason, not just due to outside (the box) air temperatures.

Sometimes fast-clocked semiconductors self-destruct, especially if the technology is new, or manufacturing has been fast and uncontrolled, as is the case with bitcoin miners that are new, faster, and sometimes even experimental during sale to mining facilities, just as the Canaan Avalon A10 family was when SBIC purchased them and sent them to Whinstone.

Each bitcoin miner, regardless of designer or manufacturing company, has the exact same firmware loaded into their ASIC, and the algorithm used in each miner's ASIC is the exact same SHA-256 (Secure Hash Algorithm 256-bit) as every other miner on Earth.  There is no mixed-function compute rack, and the fixed number of available bitcoins means that every single miner on Earth is competing against every other miner on Earth.

Each miner (compute box programmed only to run the SHA-256 code) is computing, as fast as possible, to solve the "puzzle" of the correct next hash block, to earn the limited, available "prize".  The prize currently is 3.125 bitcoins for each one of the 144 blocks solved (approximately) in one 24-hour period.

Once the approximately 144 blocks have been added to the blockchain for the day, there are no more bitcoins to be earned until the next cycle begins - the next 24 hours, a 144-block cycle.  There are only 450 bitcoins that are globally available to be mined per day.  In 2028, the next halving event occurs, and then there will only be approximately 225 bitcoins available to be mined per the same number of 144 blocks per day, which is a lower return per block added. These halving events occur about every four years.

The total amount of bitcoin is only 21 million.  So far, approximately 19 million bitcoins have been mined.  It is a finite resource, and the world will "run out" of new bitcoin.  The bitcoin mining industry is estimated to use 19 terawatt hours per year; the power it takes to provide electricity to run a small country.  Mining equipment is inexpensive, especially compared to a conventional compute rack in a traditional data hall, which is expected to last at least five years for the capital equipment depreciation schedule.  ASIC Bitcoin miners seldom last 3 years, which is their predicted hardware lifecycle estimate, due to newer, lower power miners being designed and manufactured as fast as hardware providers can make them. This is true today, just as it was in the subject period in this matter.

Miners have become more rugged, tolerating higher ambient temperatures than traditional commercial data center IT equipment.  The miners sometimes malfunction and "burn themselves down" because they work 24 hours per day, 7 days per week at the same high



rate-range of hashing speeds – as fast as they can possibly run.  Traditional commercial IT equipment varies in load, clock speed, fan speeds, and power consumption throughout their lifecycles.  The low or "cooling" periods



help preserve these IT network appliances and associated support equipment.

Bitcoin mining equipment is low cost, and a much lower priority to industrial mining companies than an expensive compute rack is to traditional commercial data center owner-operators.

Miners can be obtained at a very low cost per bitcoin mined ratio, compared to the amount of power it takes to mine a bitcoin by running the industrial miners constantly, to provide a higher likelihood of receiving bitcoin for solving each of the limited "puzzles" available each day.

Miners are typically maintained and/or refurbished by swapping fans, power supplies, power supply controllers, and sometimes even the ASIC hashing boards.  For Canaan A10 miners, however, refurbishment and maintenance may not have been an option because there was limited availability of spare parts caused by the manufacturer favoring the production of new models, and due to some very well-known supply chain issues at that early stage of ASIC mining equipment. Sometimes it is faster to simply throw the entire miner away and replace it with a new miner, rather than missing the opportunity of mining the globally limited number of bitcoin available when all miners are running.

That's why there are no formal standards for either bitcoin mining machines or bitcoin mining facilities at this time – it is a race for a finite resource, using very simple but very fast-clocked, power-hungry machines.  The simple machines are constantly being revised and redesigned by a small handful of bitcoin miner hardware companies in the world, and each iteration produces a lower power, faster hashing machine, causing the previous versions to go obsolete faster than traditional commercial data center equipment which can be depreciated according to the MACRS schedule.  (Modified Accelerated Cost Recovery System schedule)

Firmware is constantly being patched and revised too, to optimize each model and revision of hardware.  Since bitcoin miners are always online, on the internet and connected to the blockchain and their mining pools, the firmware updates happen over the internet without any need for humans to physically touch the miners.

When industrial mining facilities find a lower power, faster bitcoin miner model available in the market, they may replace the inventory they have whether the previous miner versions they are running are working or not, just to increase the likelihood of solving more blocks per day, increasing their profit after paying for the overhead that largely consists of electric power costs.

It takes a long time to organize a standards committee, decide on various criteria for standards, get feedback from industry and government, and then implement iterative regulatory compliance test protocols.  Standards committees and expensive compliance testing



are warranted for capital assets in a traditional commercial data center over IT equipment's longer lifetime than miners have, but that's not relevant to the industrial bitcoin mining model, where electric power costs are always monitored and can be the deciding factor in how well a mining pool performs.

Bitcoin mining is still in its infancy, compared to the well-established traditional commercial data center rack-mounted industry that was established in the 1990's. Canaan developed the A1, which was the first ASIC miner in the world, in 2013. Closely following the Canaan A1 was Bitmain, a direct competitor in the initial ASIC mining hardware sector, with the Bitmain Antminer S1.

Prior to that, between 2009 and 2013, mining was done by individual personal computers pooling their resources, or by individuals using standalone computers with fast processors. Canaan's early development of the A1 model, the first-ever ASIC miner, all the way through their A10 series was expensive and very difficult for the company, and they lost both money and market share due to design and manufacturing mistakes, supply chain issues, and due to learning about the way the miners functioned from trouble tickets with their first customers in the field.

Currently, Canaan lags behind their competitors Bitmain and MicroBT, in both revenue and market share, due to Canaan's issues with power supplies, firmware development, and hardware production issues, even though their A1 was a sea change breakthrough in mining. (Appendix C shows miners that dominated by market share, per year)

Due to the high cost of setting up an industrial mining facility's power source very close to the miners themselves, it is an industry that doesn't focus on anything besides running miners as fast and as hot as possible to capture the opportunity to produce a bitcoin from the globally available finite, limited pool of rewards each day. The miners themselves are largely treated as disposable goods because the development cycle for the next iteration of miners is fast, and newer miners are much better than the last generation, with the designers having learned from each field failure and code revision.

## 42.  Computational Purpose

A bitcoin miner is a piece of industrial equipment, which was built for a single purpose – to solve hashes and earn bitcoin for successfully solving a block in the blockchain before every other miner solves the block. They are built with one single, exclusive program – the SHA256 hashing code according to the bitcoin hashing algorithm that all bitcoin miners on Earth use. These small, inexpensive machines cannot be repurposed for anything else.



PRIVILEGED & CONFIDENTIAL
Expert Report and Opinions of Karen Rayment

**43.    Performance Metrics**

Compute racks in traditional commercial data centers have diverse metrics including CPU and GPU cores for speed and efficiency, clock speeds for various timing needs (architecture timing and various input and output signals), IOPS which is a measure of input and output per unit time, RAM capacity and memory access speeds, network throughput and latency, and many and varied application-specific benchmarks.

There are only two performance metrics for bitcoin miners, since they only do one dedicated operation (hashing, using the one SHA-256 algorithm).  The two performance metrics are terahashes per second (speed) and joules of energy per terahash (power efficiency or sometimes called energy efficiency).

**44.    Initial Investment Cost**

A compute rack can cost between $100,000 USD and $500,000 USD for a fully populated enterprise-grade commercial rack with servers, networking, and storage, plus the backup system and power supplies in the rack too. An individual server may cost between $3,500 - $20,000 depending upon compute functions, characteristics of the hardware and software, and the speed of the CPUs and GPUs.  Typically, they are depreciated as capital expenditures over five years, and may be able to resell, and reconfigure after five years under the MACRS system.

A bitcoin miner can cost between $3,000 - $15,000 per individual unit, sometimes the cost is lower when purchasing a large batch of miners at the same time.  A full rack equivalent in a commercial data center might cost $50,000 - $150,000 but would require additional power distribution and cooling infrastructure investments. Often depreciated on an aggressive schedule, some bitcoin miner owners are using a 2-year depreciation schedule under the United States IRS Code Section 179, due to rapid obsolescence and wearout due to running as fast and as hot as possible to capture the limited number of bitcoin in the world.

**45.    Expected Lifecycle**

Compute racks are expected to last in good working order for 3-5 years for servers, and 7-10 years for the physical rack infrastructure.  Gradual modular and component upgrades often produce extended useful life beyond the depreciation schedule for capital equipment.

Bitcoin miners are often economically obsolete prior to their depreciation schedule, due to declining efficiency.  Newer, faster, more energy efficient models are constantly being developed, purchased, and deployed in industrial mining facilities.  This practice of discarding previous models even when they are working well addresses increasing network difficulty, and the need for faster hash rates and

lower power. Faster hash rates increase the likelihood of earning bitcoin when competing with miners with lower, slower hash rates, while lower power miners cost less to run, and they improve profits.



## V.    ANALYSIS OF SBIC EXPERT REPORTS

### A    ANALYSIS – ISAAK REPORT

46.    Mr. Isaak continually refers to bitcoin miners as "IT Equipment Machines" in his report.  He does not annotate the difference between a miner and a server (as one instance of IT equipment).  IT Equipment is classified as: "A device that's primary function is related to the storage, processing, transfer, or collection of data." [48] Bitcoin miners do not primarily have an IT function; they have only one function and it is to mine bitcoin.

The send/receive functions via data communication channel are a facilitation function so receiving limited data from the database and blockchain, logging and reporting may be done, but that is not its primary function or purpose.  If designed without a data communications port, the bitcoin miners would still fulfill their primary purpose.  The logging and upgrade functions would simply have to happen via local USB or other port, not via a local area network controller and database.

47.    Mr. Isaak does acknowledge, much less address, the difference between  a  commercial  data center  and  an  industrial  bitcoin  mining  operation. (see this report, Section II.B for the many differences between a commercial data center, and an industrial bitcoin mining operation)

48.    Mr. Isaak repeatedly quotes a document, that he helped author some time ago, (ANSI/BICSI 002 Data Center Design Standard) which deals only with legacy, traditional, sealed rooms, commercial data center facilities and associated HVAC and other standards for regulatory compliance.  That document, and all of its associated references apply only to commercial data centers, and there is no application at all for the subject industrial bitcoin mining center that is the focus of this matter.

49.    In Figure 12 of Mr. Isaak's report, he erroneously shows an image of a section of the evaporative cooling wall that we viewed together during our time in the joint inspection of Building B of Whinstone's mining facility in Rockdale, Texas in November of 2024.  In so doing,  he implies that this image is representative of the entire Whinstone cooling wall during our visit. However, the picture is not representative based upon my observation of the entire building. More importantly, he did not visit the building that Whinstone provided during the 2020-2021 time period when SBIC's A10 series Canaan bitcoin miners were installed and running.

50.    In short, Mr. Isaak relies upon information that is incomplete, unreliable, and therefore his opinions do not comport with applicable  standards, since they are not relevant to the time at issue in this matter.



PRIVILEGED & CONFIDENTIAL
Expert Report and Opinions of Karen Rayment

51.  Also, Mr. Isaak uses images and the wrong regulatory compliance standards and terminology to describe an industrial bitcoin mining center throughout his report, such that his entire report does not make any sense in this matter.

52.  Mr. Isaak largely relies upon statements and images from the KaboomRacks inspection, but the KaboomRacks representative, Nick Foster, visited on June 22, 2021.  Mr. Foster is a used machine buyer.  The KaboomRacks business model is focused on buying batches of used equipment, cleaning and refurbishing the miners, and then selling them at a profit.  KaboomRacks  is not the best source of engineering evaluation data, since all resellers must trade on the "buy low, sell high" model to make a profit and stay in business.

Further, many of the KaboomRacks pictures, and the reported data from Nick Foster, are neither proper reliable samples, nor can Mr. Isaak identify the location of the items contained in Mr. Foster's pictures or confirm that the pictures are what Mr. Isaak interprets them to be. ASTM E860-22, ASTM E1188-23, and ASTM E1459-24, which are the ASTM International standards for sampling, preparing items, preserving items, and documenting items have all been violated. Mr. Isaak did not comply with these standards and instead resorts to unfounded extrapolation and speculation not rooted in evidence, or in any recognized scientific method. Compliance checklists for these ASTM International standards are listed in Appendix C of this report.

53.  Mr. Isaak opines that there were some airways open between the aisle where intake air is routed, and then the hot chamber where heat is expelled.  This is normal for an industrial mining facility to have some hot air cycled back to the intake, cooler-air aisle.  This minor volume recycling of the hot exhaust air helps maintain acceptable relative humidity levels for the air intake. [56] And, more importantly, Mr. Isaak does not and cannot establish the physical condition of the cold and hot regions of the Whinstone industrial mining facility in 2020-2021. Again, he just resorts to unfounded speculation about traditional commercial data centers – speculation not rooted in any recognized scientific method.



SBI v Whinstone Dispute

PRIVILEGED & CONFIDENTIAL
Expert Report and Opinions of Karen Rayment

### B    ANALYSIS – BYERS REPORT

54.    On page 1 of the Charles C. Byers report, he lists only SBIC's alleged concerns about the performance of the 20,000 miners that were owned by SBIC and were installed in the Whinstone facility in Rockdale, Texas. He does not consider or evaluate any alleged issues with the Canaan A10 miners and their associated power supply units. This lack of balanced review of issues reflects bias and is not consistent with scientific and engineering rigor as defined and described in the ASTM International standards, shown in Appendix C of this report.

55.    Mr. Byers also repeatedly (and incorrectly) refers to the industrial mining facility as a "data center" (just as Mr. Isaak does in his report). This shows that Mr. Byers does not acknowledge, much less address, the fundamental differences between commercial data centers and industrial bitcoin mining facilities.

56.    Additionally, Mr. Byers uses speculation to dictate what Whinstone "should have done" and "should have provided" without following the ASTM International standards for investigations, analysis and forming opinions based upon the scientific method to investigate failure analysis. Speculation about physical failures without any testing or a representative present during the subject period, approximately October 2019 through approximately September 2021, demonstrates that Mr. Byers has no access to facts needed to perform a factual analysis and form conclusions to a scientific and engineering certainty.

57.    In the Byers report, Section 5.4.2 Field Research, Mr. Byers states that video and observation notes were collected. I attended the joint inspection he refers to with Mr. Isaak.

The physical buildings were not necessarily provisioned the same way in 2019 – 2021 as they were during the site visit in 2024 with Mr. Isaak. In fact, the miners we saw in SBIC's portion of Building B are now operated by Riot—which uses a miner with different specifications and manufactured by a different company than Canaan. There is no correlation that can be proven scientifically between the Isaak site visit, notes and images during the Isaak site visit in 2024, and the buildings owned by Whinstone during the period of interest in this matter.

During our site visit, there were no Canaan Avalon A10 miners on the racks or present at all, so there is no correlation between what happened in the subject period and during the site visit in 2024. Because the site visit and data reported by Mr. Isaak is scientifically irrelevant and unreliable, it should not be quoted, referenced, and relied upon by Mr. Byers.

58.    In the Byers report, Section 5.4.3 Analysis, Mr. Byers refers to comparisons he draws between performance in the Whinstone facility and a later period of time, (about six months after



the miners from Whinstone were decommissioned and packed into crates) to support SBIC's claims that profits were higher using the same family of miners in Russia sites, than in the Whinstone campus. In those six months, there is no way to know what happened to the miners, which miners actually operated in Russia, whether they were upgraded or repaired when they got to Russia, perhaps benefitting by using SBIC's experience with the Canaan A10 and power supply unit issues in Rockdale, Texas), whether the ambient temperature in Russia was lower, or whether there was new firmware available from the Canaan Avalon developers that made the miners more efficient or faster.

In short, there is no way to correlate and then compare the miners that were decommissioned in Rockdale, Texas, and the performance of a separate batch of miners that were deployed in Russia six months later. There were no tests performed. No representative of SBIC attended the decommissioning in Rockdale, and then the subsequent commissioning of different miners in Russia six months later. There are no records of decommissioning and commissioning requirement checklists to compare. No maintenance or repair data concerning SBIC's Russian operations exist to my knowledge. I have not seen any records of firmware patches and upgrades, and associated dates. It is impossible for Mr. Byers to say with any degree of scientific certainty what happened at the Rockdale facility versus the Russian facility.

59. Mr. Byers talks about commercial data center needs for active CRAC (computer room air conditioning) and the separation of hot aisles and cold aisles, and he also espouses the theory behind commercial data centers that has been best practice for many decades. He does not, however, contrast and compare traditional commercial data centers, and their numerous formal standards, with industrial mining facilities for Bitcoin, which have no standards written, standardization metrics across global facilities, or otherwise adhered to.

One of the reasons industrial mining centers (farms) do not waste time and power on CRACs in Bitcoin mining farms is because we directly measure core temperature at the ASIC, on the hashing boards. The reason CRACs are of vital importance to commercial data centers is because there is no way to measure temperature of each and every processor in each and every server, compute rack, switch, battery backup controller, and router. It would overwhelm the database with terabytes of temperature data per second.

For Bitcoin miners, which are rugged, the key to successful mining is power, not heat of the ASICs, which costs more per Bitcoin harvested than the miners themselves in some cases. Mr. Byers report ignores and distracts from the significant issues at the heart of this matter—that is, the Canaan A1041 miners were not robust due to their being prototypes and limited batches at the time that SBIC bought them. Supply chain issues, lack of robust firmware, and no way to reliably and quickly update and upgrade firmware for these early A10 family if miners were all reasons why the miners did not perform as expected, according to Carson Smith during his deposition on April 15, 2025 (116-118).



60. In the Charles C. Byers report, section 6, he glosses over formal failure analysis that was not done by the miners' owners, SBIC or a qualified representative on their behalf, and simply blames the host, Whinstone, for not adhering to a written contract on paper.  In section 6.3.2, Byers states Miner Types of 1044, 1045, 1046, and 1047 as the "four different models of Canaan Avalon miners used in the Rockdale datacenter.  There is no differentiation between the models listed.  There are no manufacturing, firmware, power supply types, or other distinguishing data listed. Moreover, the order form I have read to date only states A1041 models.  There is no indication in the Byers report where the other models came from or what types of specification differences or similarities they have to the A1041 models that were ordered.

61. In the Byers report section 6.6.4 Measured Miner Cluster Performance, Mr. Byers makes the statement that fleet productivity is based upon assumptions that Whinstone would provide an environment conducive to miner reliability, as implied in the hosting agreement.  He never addresses that the miners provided by Canaan were still in early development, globally, for ASIC miners, and that there were patches and upgrades to firmware during the subject period.  He does not know why the expectations did not come to fruition, and he makes no statements about who expected the rate of achieving Bitcoin harvested during the subject period.  The fact is that all miners and mining pools across the globe are in direct competition to solve the same cryptographic puzzles at the same time.

There is a higher probability of more Bitcoin rewards with increased hash rate in a mining pool, but there is no way to know what other miners are doing across the globe, in competition within a given pool during the subject period, that may have contributed to lack of Bitcoin mined by the SBIC miners.

Throughout the Byers report, he tends to over-simplify by only considering the industrial mining facility temperature, calling it a "data center" repeatedly. Miner performance due to the initial release of the A10 family of miners from Canaan had issues intrinsic to the hardware and the firmware release, patches, and revisions.

62. In section 6.7.2 Root Cause Theories of the Byers report, he states that he has "evidence" and that it is "obvious" that the miners were not performing to the contract's specification.  He then uses vague language and a table to summarize "observations."  There is no rigor or proof of any of the speculative table that Mr. Byers produced.  He uses no methodology to show proof of any of these theories but continues the report as if his speculations and guesses at root cause are correct.  Moreover, Mr. Byers shows no evidence of the rigor of the scientific method, where scientists and engineers are required to consider all potential root causes, and then eliminate them with testing and analysis.  He does not consider, much less rule in or rule out other potential root causes.

63. In section 6.8.1.3 Environmental Conditions in the Byers report, Mr. Byers narrates a visit he made



in December of 2024 to a warehouse in Houston, Texas.  Crates of the SBIC miners were housed in Chicago, Illinois for several years after being decommissioned and removed from the Whinstone site and then eventually re-located to Houston. There is no record of how the dust and debris got inside any of the miners, or inside the crates. Nobody has



any record of the inspection and testing according to ASTM International standards, which require rigor and sequencing of observations, recorded data, testing and re-testing.

Mr. Byers opening crates and visually inspecting a few miners, years after they had been removed from service at Whinstone, with no chain of custody preservation, and with no knowledge of when or how debris had been introduced is no proof of anything at all.

The testing of the debris that was commissioned and reported on proves nothing at all without understanding the sequence of events about how debris was introduced into the storage crates and when, and thus how the miners were contaminated. (Appendix C) The decommissioned miners were moved near the large rollup doors at the Whinstone campus, prior to crating them up for shipment.



*Figure 23 - Crated Miners in Houston Warehouse*

This "Figure 23", above, was provided in the Byers report.

There is no evidence or analysis of the conditions the decommissioned miners experienced prior to or during their shipment. There is no evidence of any numbering, tracking, or testing of samples, or the records of environmental conditions the samples experienced after being removed from the Whinstone campus in Rockdale, Texas.

First, the miners were shipped in August 2021 to Chicago where they sat for years. Second, they were not even shipped to Houston until around February 2023. The comment that the miners "had



been in storage [in Houston] undisturbed in this state for approximately 40 months" is patently false.

They may have accumulated debris during the period of time when the personnel at Whinstone campus were crating them up for shipment, near the large rollup doors. There is no indication whether the transport company opened crates prior to loading them onto trucks at the Whinstone facility, or whether they opened the crates at any time. This renders the Byers alleged analysis speculative and useless for the purpose of root cause analysis with a high degree of scientific certainty, based upon the ASTM International standards, as shown in Appendix C of this report.

## VI.    SUMMARY

64.    Based upon my professional experience, the joint site inspection with Mr. Isaak, and upon review of the available documents that I have listed in Appendix A, I conclude the following to a reasonable degree of engineering certainty:

a)    At the time of the joint inspection in 2024 with Mr. Isaak present, the Canaan Avalon A10 series bitcoin miners were not present, and the physical condition of Building B was different from the conditions when the Canaan miners that were owned by SBIC were present at Whinstone campus, during 2020 through 2021. Canaan, the company who produced and sold the A10 series miners to SBIC during the time period of interest, have discontinued them, in favor of faster, lower-power miners. Therefore, Mr. Isaak's report and photographs are not relevant to this matter.

b)    Mr. Isaak shows throughout his report that he is confused about what an industrial Bitcoin mining facility does, how it is operated, and how it is maintained. He consistently refers to traditional commercial data centers and the standards pertaining to commercial data centers, which have no relationship to this matter in an industrial bitcoin mining center. His entire report is based upon the traditional commercial data center, and the support equipment and form factors found in commercial data centers, none of which are found in any industrial mining centers, and therefore the report has nothing to do with this matter.

c)    The KaboomRacks pictures and other evaluation material are incomplete and not reliably representative in this matter, due to the lack of complete documentation showing the chain of custody for the miners removed from the Whinstone campus. Pictures and videos alone do not demonstrate why a miner failed or underperformed.

KaboomRacks is a reseller, and their representative, a sales vice president for the KaboomRacks organization, may have wanted to determine whether the Canaan A10 miners



SBI v Whinstone Dispute

PRIVILEGED & CONFIDENTIAL
Expert Report and Opinions of Karen Rayment

could be purchased for a lower price, refurbished, and then re-sold at a profit for KaboomRacks' biased reasons.  This Kaboom assessment is not an engineering or scientific method inspection with appropriate testing, rather it was a casual business assessment based upon visual inspections and photographs only.

The KaboomRacks files should be disregarded in their entirety, due to lack of evaluation to a scientific and engineering certainty.  No adequate sampling or testing was performed in situ during mining operations, no active miners and broken miners were compared and documented, no root cause analysis was performed, and the visual inspection for resale value did not contribute anything to aid in an engineering analysis of the physical hardware or potential code flaws.

d)    There is no accurate data that I have reviewed to date that demonstrates the speculation about environmental factors that could have led to miner failures at the Rockdale, Texas facility.  I was not on site during the time that the SBIC A10 series miners were installed and running their hashing algorithms.

I have not seen any collection of data to date that leads me to believe that the rugged miners were too hot or any data demonstrating a correlation between ambient air, chip temperature, and/or equipment damage, and there are many online indicators that point to a design flaw in the Canaan miners' power supplies and power supply controllers that were overheating and/or giving false over-temperature alarms when the miners were still within their functional temperature range.
This makes me doubt data collections that have been produced in this matter, many years after these subject A10 series miners were discontinued by Canaan, and replaced with lower power, higher hash rate, "better" models.

e)    I have not seen any evidence, to date, that anyone with potential access to the data during the subject period of time in this matter performed formal failure analysis and documented the process to the ASTM International or any standards.  There are no artifacts showing failure modes and effects in a systematic way, or using labeled traceable samples, or the criticality of any findings that have been documented.  There is no repeatability to the Isaak and Byers assertions.

f)    During the subject period of time in this matter, bitcoin mining was still called "the wild west" by many engineers and financial analysis professionals, because halving events were taking their toll on previous mining techniques and development of ASIC miners was expensive and problematic. I believe that Canaan, by being first to market with their A1 ASIC revolutionized the industrial bitcoin mining industry, but their loss of millions of dollars due to the rapid



development by their competitors took its toll and caused them to lose market share quickly.

During the Canaan Avalon A10 series development, their quality suffered, and they were unavailable to existing customers to fix known issues, such as power supply sensors, false alarms, and needed hardware upgrades for their controller boards and ASIC boards. Because the A10 series has been revised so many times, I don't believe there is a way to track down what caused lower performance than expected by customers at this late date.

g)    I have not seen any evidence, to date, of any of the experts in this matter ruling in or ruling out environmental conditions at the Whinstone campus as the root cause of any failures, to a scientific or engineering certainty.

h)    When the data doesn't exist, then all we have left is speculation and guessing, based upon stale and partial, unreliable, often-anecdotal information from the past – not enough to prove or disprove anybody's theories about any of the potential root causes that might affect miners from the early days of ASIC bitcoin miner development.

**Karen Rayment**

**18 June 2025**



## APPENDIX A – SOURCES REVIEWED

### Documents, file names, and links

1. 1026 User Manual CANAAN-00001
2. 1066 User Manual CANAAN-00034
3. Carson Text2 SBIC0005909
4. Drawing2 WHIN_SBI_0007889
5. Drawing8 WHIN-SBI 007887
6. Email (Jun 3, 2022) SBIC0000393
7. KaboomRacks Report SBIC0003777
8. SBI Report (Sept. 9-10, 2019) SBIC0005782
9. 1047 User Manual CANAAN-00021
10. 2023.07.21 [Dkt #12] Def's MTD Pit's Amended Case 6:23-cv-00252-ADA-JCM Document 12
11. Carson Text SBIC0005860
12. Carson Text3 SBIC0005910
13. Drawing3 WHIN_SBI_0007890
14. Drawing6 WHIN_SBI_0007883
15. Email (Aug. 11, 2020) SBIC0002069
16. Email (May 30, 2021) SBIC0000070
17. October 2019 Hosting Agreement WHIN_SBI_0007167
18. 1066 Pro User Manual_CANAAN-00043
19. Drawing4 WHIN_SBI_0007891
20. Drawing5 WHIN_SBI_0007882
21. Email (Aug. 12, 2020) SBIC0000149
22. KaboomRacks Chain SBIC0005573
23. Agh_manual_ct_cooling_endtank2 QM1131r12
24. avalon_made_1346
25. Avalon1246_UserManual_V1.0-EN
26. Bitcoin-block-reward-schedule
27. FMS_User_Guide_EN
28. Review--Guide - AvalonMiner 1041 (A10 product line)
29. 1_Miner_Log_Technical_Guidance
30. analysis_for_Canaan_in_2019
31. Avalon104X_UserManual_EN
32. avalonminer1047
33. Maint_ANSI_BICSI-009-2019-preview
34. Six metrics to help assess public bit...
35. Avalon1066_UserManual
36. avalonminer1246
37. Yahoo_Finance_Canaan_lost_money in 2019
38. Calculations of blocks and bitcoin:  https://aibc.world/learn-crypto-hub/
39. 26(a)(2)(B) of the Federal Rules of Civil Procedure
    https://www.federalrulesofcivilprocedure.org/frcp/title-v-disclosures-and-discovery/rule-26-duty-to-disclose-general-provisions-governing-discovery
40. ASTM E620-18: Standard Practice for Reporting Opinions of Scientific or Technical Experts
    https://store.astm.org/e0620-18.html
41. ASTM E678-07: Standard Practice for Evaluation of Scientific or Technical Data
    https://store.astm.org/e0678-07r13.html
42. ASTM E860-22: Standard Practice for Examining and Preparing Items That Are or May Become Involved in Criminal or Civil Litigation  https://store.astm.org/e0860-22.html
43. ASTM E1188-23: Standard Practice for Collection and Preservation of Information and Physical Items by a Technical Investigator  https://store.astm.org/e1188-23.html
44. ASTM E1459-24: Standard Practice for Physical Evidence Labeling and Related Documentation  E1459 Standard Practice for Physical Evidence Labeling and Related Documentation



45. ASTM E2332-04: Standard Practice for Investigation and Analysis of Physical Component Failures https://store.astm.org/e2332-04.html

46. Byers, Charles C. *Preliminary Technical Report: SBI vs. Whinstone Technical Expert Findings*. 27 March 2025.

47. Isaak, Phil. *Expert Report of Phil Isaak: SBI Crypto Co., Ltd. v. Whinstone US, Inc.* 28 March 2025.

48. MVA Dust Analysis 16139 Report, *IMS Expert Services, Wheaton, IL. 18 February 2025*

49. Deposition transcript of Ashton Harris, 19 December 2024, Condensed

50. Deposition transcript of Lyle Theriot, 16 January 2025, Condensed

51. Deposition transcript of Carson Smith, 15 April 2025, Condensed

52. Deposition transcript of Jeff McGonegal, 10 April 2025

53. Definition of IT Equipment: https://www.celectronics.com/learning-center/information-technology-equipment-ite

54. Airflow Management Experts for Industrial Mining Centers, https://altairtech.io/designing-a-bitcoin-mining-facility-airflow-management/

55. Canaan list of series and firmware links: https://download.canaan-creative.com/

56. Electronic Industries Alliance. "EIA-310-E: Cabinets, Racks, Panels, and Associated Equipment." Telecommunications Industry Association, 2020. - Official specifications for 19-inch rack standards and mounting systems - Dimensional requirements and compatibility standards for data center equipment. https://store.accuristech.com/standards/ecia-eia-eca-310-e?product_id=2585295

57. Uptime Institute. "Data Center Site Infrastructure Standard Topology." Uptime Institute, 2022. - Comprehensive guidelines for data center rack configuration and deployment - Physical specifications for traditional enterprise server installations https://uptimeinstitute.com/resources/asset/tier-standard-topology#:~:text=The%20Uptime%20Institute%20Tier%20Standard%20Topology%20is,and%20configurations%20that%20fulfill%20the%20Tier%20definitions**

58. ASHRAE. "Thermal Guidelines for Data Processing Environments, 5th Edition." American Society of Heating, Refrigerating and Air-Conditioning Engineers, 2021. - Physical layout requirements for data center equipment - Space allocation guidelines for cooling and power infrastructure (ISBN 978-1-936504-33-6)

59. Bitmain Technologies. "Antminer S19 XP Technical Specifications." Bitmain, 2023. - Official manufacturer specifications for dimensions, weight, and physical characteristics - Installation guidelines and mounting recommendations https://www.cryptominerbros.com/product/bitmain-antminer-s19-xp-140th-s/

60. Cambridge Centre for Alternative Finance. "Bitcoin Mining Hardware Evolution." University of Cambridge, 2022. - Analysis of physical form factor evolution in mining hardware - Comparison of major manufacturer designs and specifications https://www.jbs.cam.ac.uk/faculty-research/centres/alternative-finance/

61. Core Scientific. "Large-Scale Mining Infrastructure Deployment." Core Scientific, 2022. - Case studies of mining facility layouts and equipment installation strategies - Custom shelving and mounting solutions for high-density mining operations https://corescientific.com/

62. Nakamoto, Satoshi. "Bitcoin: A Peer-to-Peer Electronic Cash System." Bitcoin.org, 2008. - Original design principles that influenced single-purpose ASIC development - Conceptual foundation for specialized mining hardware https://bitcoin.org/bitcoin.pdf

63. Marathon Digital Holdings. "Mining Operations Facility Design and Management." Annual Report, 2023. - Practical considerations for large-scale mining equipment deployment - Comparison of traditional rack mounting vs. custom shelving solutions https://www.mara.com/posts/portfolio-bitcoin-mining-marathon-digital-holdings

64. F2Pool. "Facility Requirements for Bitcoin Mining." F2Pool, 2022. - Operational guidelines for mining equipment installation and maintenance - Physical space requirements and access considerations https://f2pool.io/mining/guides/how-to-mine-bitcoin/

65. Riot Blockchain. "Infrastructure Development and Equipment Specifications." Investor Presentation, 2023. - Real-world deployment data from major mining operations - Physical form factor considerations in facility planning https://d2ghdaxgb194v2.cloudfront.net/2865/191279.pdf

66. Uptime Institute. "Data Center Power Density Trends." Uptime Institute, 2023. - Comprehensive

HK▸A

survey of power density metrics across traditional and high-density data centers - Industry benchmark data for rack-level power consumption https://uptimeinstitute.com

67. ASHRAE. "Thermal Guidelines for Data Processing Environments, 5th Edition." American Society of Heating, Refrigerating and Air-Conditioning Engineers, 2021. - Standard specifications for data center rack spacing and power requirements - Physical footprint calculations for traditional data center equipment
https://www.ashrae.org/file%20library/technical%20resources/bookstore/supplemental%20files/therm-gdlns-5th-r-e-refcard.pdf

68. The Green Grid. "Data Center Power Efficiency Metrics." The Green Grid, 2022. - Analysis of high-density computing power requirements - Power usage effectiveness (PUE) metrics for various data center configurations
https://www.academia.edu/23433359/Green_Grid_Data_Center_Power_Efficiency_Metrics_Pue_and_Dcie



PRIVILEGED & CONFIDENTIAL
Expert Report and Opinions of Karen Rayment

69. Bitmain Technologies. "Data Center Design Guidelines for Cryptocurrency Mining." Bitmain, 2022. - Official manufacturer specifications for mining equipment power consumption - Recommended facility layouts and power distribution strategies

70. Digiconomist. "Bitcoin Energy Consumption Index: Mining Facility Analysis." Digiconomist, 2023. - Comprehensive analysis of power consumption patterns in mining facilities - Comparison of power densities across different mining facility types

71. NAREIT. "Real Estate Power Density Survey: Data Centers vs. Mining Operations." National Association of Real Estate Investment Trusts, 2023. - Real estate industry analysis of power density requirements - Physical space utilization comparisons between facility types

72. Core Scientific. "Large-Scale Mining Infrastructure Deployment." Core Scientific, 2022. - Case studies of optimized mining facility layouts - Power density optimization strategies for industrial-scale operations

73. Allied Control. "Immersion Cooling for Cryptocurrency Mining." Allied Control, 2022. - Technical specifications for immersion cooling systems - Power density capabilities of liquid-cooled mining configurations

74. Submer Technologies. "Mining Operation Cooling Case Studies." Submer, 2023. - Real-world implementations of immersion cooling in mining facilities - Power density achievements with advanced cooling technologies

75. IEEE. "Electrical Infrastructure Requirements for High-Density Computing." Institute of Electrical and Electronics Engineers, 2023. - Engineering standards for high-power-density facilities - Electrical safety and distribution requirements for mining operations

76. Marathon Digital Holdings. "Infrastructure Development and Site Selection Criteria." Annual Report, 2023. - Practical considerations for mining facility location and development - Grid capacity requirements and utility interconnection challenges



## APPENDIX B – BITCOIN MINING HARDWARE EVOLUTION

| Year | Representative Miner | Hash Rate | Power Consumption | Efficiency | Typical Cooling Approach |
|------|----------------------|-----------|-------------------|------------|--------------------------|
| 2013 | Avalon 1 / Antminer S1 | 180 GH/s | 360W | 2000 J/TH | Standard computer fans, open-air cooling, modified PC cases (5,6) |
| 2014 | Antminer S3 | 440 GH/s | 340W | 773 J/TH | Open-air racks with ambient air cooling, basic hot/cold aisle (6,7) |
| 2015 | Antminer S5 | 1.15 TH/s | 590W | 513 J/TH | Warehouse setups with industrial fans, raised floors beginning to appear (6,7) |
| 2016 | Antminer S7 | 4.73 TH/s | 1210W | 256 J/TH | Beginnings of containerized mining, improved fan designs within miners (7,8) |
| 2017 | Antminer S9 | 13.5 TH/s | 1375W | 102 J/TH | First industrial-scale mining farms, early evaporative cooling trials (7,8) |
| 2018 | DragonMint T1 | 16 TH/s | 1480W | 92.5 J/TH | Specialized industrial mining farms, first immersion cooling experiments (8,9) |
| 2019 | Antminer S17 | 56 TH/s | 2520W | 45 J/TH | Beginning of evaporative cooling wall in industrial mining (8,9) |
| 2020 | Antminer S19 Pro | 110 TH/s | 3250W | 29.5 J/TH | Widespread evaporative cooling walls adoption (9, 10) |
| 2021 | Antminer S19j Pro | 104 TH/s | 3068W | 29.5 J/TH | Immersion cooling commercialization, direct-to-chip cooling (9,10) |
| 2022 | Antminer S19 XP | 140 TH/s | 3010W | 21.5 J/TH | Larger industrial mining facilities, specialized thermal management hardware/firmware (10, 11) |
| 2023 | Antminer S19 XP Hyd | 255 TH/s | 5304W | 20.8 J/TH | Widespread liquid cooling, integrated hydro-cooling (10,11) |
| 2024 | Antminer S21 | 200 TH/s | 3780W | 18.9 J/TH | Advanced immersion systems, heat recapture for secondary uses (building heating, agricultural applications) (10,11) |

**References for Mining Hardware Evolution Timeline**

1. Cambridge Centre for Alternative Finance. "Bitcoin Mining Network Report: Evolution of Mining Hardware." University of Cambridge, 2023.
2. CoinShares Research. "Bitcoin Mining Hardware Performance Evolution 2013-2024." CoinShares, 2024.
3. F2Pool. "Historical Mining Hardware Efficiency Analysis." F2Pool Research, 2023.
4. Hashrate Index. "ASIC Performance Repository: 2013-2024." Luxor Technologies, 2024.
5. Krause, Max J., and Thabet Tolaymat. "Quantification of energy and carbon costs for mining cryptocurrencies." Nature Sustainability, vol. 1, 2018, pp. 711-718.
6. Küfeoğlu, Sinan, and Mahmut Özkuran. "Bitcoin Mining: A Global Review of Energy and Power Consumption." Energy Research & Social Science, vol. 58, 2019.
7. Taylor, Michael Bedford. "The Evolution of Bitcoin Hardware." Computer, vol. 50, no. 9, 2017, pp. 58-66.
8. de Vries, Alex. "Bitcoin's Growing Energy Problem." Joule, vol. 2, no. 5, 2018, pp. 801-805.
9. The data in the timeline was compiled from these sources, along with specifications directly from the manufacturers (Bitmain, MicroBT, Canaan) and various mining equipment databases. The cooling evolution trends were synthesized from industry reports, technical papers, and case studies of major mining operations.



## APPENDIX C – SUMMARIES OF RELEVANT ASTM STANDARDS

## ASTM International Standards: Summaries of Investigations and Reporting

### ASTM E620-18: Standard Practice for Reporting Opinions of Scientific or Technical Experts

1. Purpose: Establishes the scope of information to be contained in formal written technical reports expressing opinions of scientific or technical experts regarding items that may be subject to criminal or civil litigation.

2. Report Content Requirements:

    o Must include a title (e.g., "Test Report" or "Report of Opinion")

    o Must have a unique identifier on each page

    o Must contain organization, name, and address of the client requesting the work

    o Must specify the scope of the assignment addressed

    o Must include organization, name, and address of those rendering opinions

    o Must include organization, name(s), function(s), and signature(s) of the author with date

    o Must clearly identify the end of the report

    o Must identify where tests were performed

3. Documentation of Evidence:

    o All observations, calculations, and testing results must be reported accurately, clearly, and objectively

    o Methods utilized must be identified to allow critical review or replication

    o Interpretations, conclusions, and opinions must be clearly marked as such

    o Evidence must be unambiguously identified with pertinent additional information

4. Reporting Interpretations, Conclusions, and Opinions:

    o Must document the bases for interpretations, conclusions, or opinions

    o Must clearly communicate significance of associations

    o Must clearly communicate eliminations in comparative examinations

    o Must explain if no definitive conclusions can be reached

    o Must attempt to reconcile discrepancies if all data are not consistent with interpretation

5. Formatting Requirements:

    o While no specific format is required, content must be organized to minimize misunderstanding



    o  Reports and attachments must include page numbers and total number of pages

    o  Some jurisdictions may specify report format in court rules

## ASTM E678-07: Standard Practice for Evaluation of Scientific or Technical Data

1. Purpose: Establishes criteria for evaluating scientific and technical data that constitute acceptable bases for forming scientific or technical expert opinions.

2. Problem Definition Process:

    o  Must define the problem being considered, including allegations, scientific/technical issues, and relationships between these and the incident

    o  Must identify and validate hypotheses, explaining scientific/technical basis and relationships to known incident data

    o  Must address relative scientific/technical merits of alternate hypotheses supported by available data

3. Evaluation Techniques:

    o  Prepare and maintain logical and traceable records of analysis and deduction

    o  Quantify evaluation to extent feasible without assuming greater precision than warranted

    o  Use numerical probability estimates only when based on sound analytical principles with calculated confidence limits

4. Data Evaluation Considerations:

    o  Catalog and identify data by relationship to incident, physical characteristics, and source

    o  Consider validity of data based on how it was generated (established procedures or peer-reviewed sources)

    o  Assess relevance of data using professional judgment

    o  Form opinions only after data has been evaluated

5. Opinion Formation:

    o  Opinions must account for all known relevant facts

    o  Opinions must be consistent with accepted scientific and logical principles

## ASTM E860-22: Standard Practice for Examining and Preparing Items That Are or May Become Involved in Criminal or Civil Litigation

1. Purpose: Covers procedures for examination and testing of evidence items that may have been involved in incidents subject to civil or criminal litigation, when examination may change the nature, state, or condition of the evidence.

2. Documentation Requirements:

    o  Document evidence condition upon collection/receipt through descriptive, photographic, or other suitable methods



- o Maintain chain-of-custody documenting chronological movement, location, and custodial status

- o Document any changes, alterations, or contamination observed subsequent to collection

3. Evidence Preservation:

- o Protect items from loss, degradation, contamination, and alteration

- o Whenever feasible, leave sufficient quantity of substance intact for independent testing/reanalysis

- o Label items in a manner that protects and maintains identity and integrity

4. Destructive Testing Considerations:

- o Perform non-destructive tests prior to any destructive testing

- o Keep destructive testing to minimum and thoroughly document

- o When destructive testing will preclude additional testing, notify client/owner

- o Recommend notification of other interested parties and opportunity to witness testing

- o Document compelling reasons if testing proceeds without notifying other parties

5. Discipline-Specific Standards:

- o Refers to various discipline-specific standards for additional guidance on handling, examination, and preservation in specialized areas (e.g., anthropology, DNA, firearms, etc.)

**ASTM E1188-23: Standard Practice for Collection and Preservation of Information and Physical Items by a Technical Investigator**

1. Purpose: Provides guidelines for collecting and preserving information and physical items pertaining to incidents that may be subject to litigation.

2. Documentary Information Collection:

- o Collect information related to events/conditions before, during, or after the incident

- o Make a broad search to identify and collect documents from all associated entities

- o Obtain statements as early as feasible from all individuals associated with the incident

3. Physical Evidence Protection:

- o Plan investigation to protect evidence from identity loss, physical loss, deterioration or destruction

- o Document conditions preventing preservation of evidence in its original state

- o Assign unique identifiers to items collected and maintain documentation on log sheets

- o Include preservation requirements in documentation (temperature control, handling instructions)



4.  Photographic Documentation:

    o  Document scene and condition of items as soon as possible after the incident

    o  Photograph evidence in position where first observed

    o  Document each step of disassembly or destructive testing

    o  Use techniques with sufficient resolution to preserve essential aspects of evidence

    o  Document date, time, location, and photographer identity

5.  Evidence Authentication:

    o  Establish validity and authenticity through documentation of relationship to incident

    o  Document initial collection information (identity, location, date/time, collector)

    o  Document subsequent custody transfers (names, dates, modifications, conditions)

    o  Minimize information loss if transfer to more appropriate storage medium is necessary

**ASTM E1459-24: Standard Practice for Physical Evidence Labeling and Related Documentation**

1.  Purpose: Covers labeling of physical evidence collected during field investigations, received by forensic service providers, or isolated/generated from submitted items.

2.  Evidence Identification Requirements:

    o  Assign unique identifiers to ensure items cannot be confused physically or in records

    o  Similar evidence items may be collected as a group with a single identifier

    o  Use sequential identifiers for evidence associated with a particular incident when possible

3.  Evidence Documentation:

    o  Document location and condition of each item prior to collection

    o  Protect items from loss, degradation, contamination, and alteration

    o  Seal items in tamper-evident containers when possible

4.  Evidence Marking:

    o  Mark/tag each item or container with: item number, case/incident number, collector identification, collection date, and brief description

    o  Sub-items produced during examination must be marked with unique identifiers traceable to original evidence number

5.  Record Keeping:

    o  Create contemporaneous records including collection/receipt date, packaging/marking/storage methods, and transfer information

    o  For laboratory sub-items, document when and by whom item was isolated, what portion was isolated, sample designation/description, and storage conditions



**ASTM E2332-04: Standard Practice for Investigation and Analysis of Physical Component Failures**

1. Purpose: Covers scientific-engineering or technical investigation and analysis of component failures, including collection and analysis of design, fabrication, service conditions, and physical evidence.

2. Evidence Collection:

    o   Identify and preserve evidence per established practices

    o   Collect information on: nature of failure, manufacturing/processing history, specifications, service environment, loading conditions, material specifications, witness accounts, and service condition data

3. Testing and Analysis Methods:

    o   Photo-document physical evidence to show component condition upon receipt and any alterations

    o   Consider appropriate evaluation methods: visual/macroscopic examination, dimensional evaluation, microscopic evaluation, mechanical testing, physical property testing, electrical analysis, chemical analysis, performance simulation, and computer modeling

4. Data Analysis:

    o   Identify/determine component failure mechanism

    o   Construct/determine component failure timeline

    o   Identify/determine primary cause(s) and significant contributing factors

5. Reporting:

    o   Include description of background data, testing procedures used, analysis results, specific findings and conclusions

    o   Specify method/timeline for storage, disposal, and custody transfer of components and test specimens

    o   Report measurements in same units as design dimension and material property data



PRIVILEGED & CONFIDENTIAL
Expert Report and Opinions of Karen Rayment

## APPENDIX D – THE FEDERAL RULES OF CIVIL PROCEDURE

NOTE:  Specific references only used in this Appendix D are given below in the final section.

A Rule 26(a)(2)(B) report, also known as an "expert witness report," is a required written report that experts retained by parties in a lawsuit must provide. The report must include specific details about the expert's opinions, the basis for those opinions, and other relevant information like qualifications and prior testimony. D[1, 2, 3]

**Purpose:** D[1, 2]

• Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure requires this report to ensure transparency and fairness in the use of expert testimony in litigation. D[1, 2]

• The report aims to help opposing parties understand the expert's conclusions, methodology, and any potential biases. D[1, 3]

• It can also help to streamline the discovery process by reducing the need for extensive depositions. [4]

**Content:** D[1, 3]

• **Opinions and Basis:** The report must clearly state the expert's opinions and the reasons or data supporting those opinions.

• **Facts and Data:** It must list all facts or data considered by the expert in forming their opinions.

• **Methodology:** The report should describe the methods used to arrive at the expert's conclusions.

• **Expert's Qualifications:** The expert's qualifications and experience should be detailed, including a list of all publications in the previous 10 years and a list of cases where the expert testified in the previous 4 years.

• **Exhibits:** Any exhibits or visual aids the expert will use to summarize or support their testimony must be included in the report.

• **Compensation:** The report may also include information about the expert's compensation for their work. D[1, 3]

**Importance:** D[1, 3]

• These reports are crucial for ensuring a fair trial, as they allow opposing counsel to prepare for cross-examination and challenge the expert's testimony.

• They are also important for the court, as they provide a clear understanding of the expert's findings and the basis for their conclusions.

• Compliance with Rule 26(a)(2)(B) is essential, as failure to provide a proper report can result in sanctions or exclusion of the expert's testimony. D[1, 3]



**Appendix D References**

D[1] https://www.expertinstitute.com/resources/insights/rule-26-federal-rules-of-civil-procedure-a-disclosure-guide-for-expert-witnesses/

D[2] https://uscode.house.gov/view.xhtml?req=granuleid:USC-prelim-title28a-node88-node129-rule26&num=0&edition=prelim

D[3] https://www.law.cornell.edu/wex/expert_witness_reports

D[4] https://ir.lawnet.fordham.edu/context/flr/article/4349/viewcontent/flr76.69.Note.pdf



# APPENDIX E – ACRONYMS AND DEFINITIONS

- **ASIC** - Application-Specific Integrated Circuit (1, 3, 4)

- **BTD** - Buy the Dip (6)

- **EH/s** - Exahashes per Second (26)

- **FPPS** - Full Pay Per Share (11, 13, 15, 16, 17)

- **GH/s** - Gigahashes per Second (22)

- **HODL** - Hold On for Dear Life (6)

- **ICO** - Initial Coin Offering (5)

- **J/TH** - Joules per Terahash (22, 28)

- **KH/s** - Kilohashes per Second (28)

- **MH/s** - Megahashes per Second (22, 25)

- **PPLNS** - Pay Per Last N Shares (11, 12, 13, 14, 16, 17, 18)

- **PPS** - Pay Per Share (11, 12, 13, 14, 16, 17, 18)

- **PPS+** - Pay Per Share Plus (13, 16, 17, 18)

- **PoS** - Proof of Stake (5)

- **PoW** - Proof of Work (5, 7, 25)

- **SHA-256** - Secure Hash Algorithm 256-bit (1, 3, 4, 7, 22, 23, 25, 29, 30)

- **TH/s** - Terahashes per Second (3, 22, 25, 26, 28)

- **WAGMI** - We're All Gonna Make It (6)

- ## Part 2: Definitions Specific to Bitcoin and Bitcoin Miners

- **Accepted Shares** - A share submitted by a miner to a pool that meets the required difficulty and is confirmed as valid (4)

- **ASIC Frequency** - The operating speed of an ASIC chip, measured in megahertz (MHz) (4)

- **Block** - An individual unit of the Bitcoin blockchain containing the hash of the previous block, transactions, and a value called a nonce (3, 8)

- **Block Header** - The metadata included in a Bitcoin block that serves as a summary, including its height, hash, timestamp, Merkle root, difficulty and nonce, as well as the previous block's hash (3, 8)



- **Block Height** - The number of blocks a certain block is from the first block, also known as the genesis block (3, 8)

- **Block Reward** - The reward that miners receive for successfully mining a Bitcoin block (3, 8, 13, 18)

- **Block Subsidy** - The new bitcoin that miners receive as part of the block reward for successfully mining a new block (8)

- **Coinbase Transaction** - The first transaction in each Bitcoin block that rewards the miner with newly created bitcoin and transaction fees (8, 10)

- **Cold Storage** - Offline storage of cryptocurrencies, typically involving hardware non-custodial wallets (10)

- **Confirmation** - When a bitcoin transaction is included in a block, securing it on the blockchain and preventing double-spending (8)

- **Difficulty Adjustment** - An automatic system that adjusts the Bitcoin block-solving difficulty every 2,016 blocks to maintain the 10-minute block time (3, 32, 36, 37, 39, 40)

- **Full Pay Per Share (FPPS)** - Similar to PPS but includes transaction fees in share payouts, calculating standard transaction fees within a certain period (11, 15, 16, 17)

- **Halving** - A pre-programmed halving of the Bitcoin block reward that occurs every 210,000 blocks (roughly four years) (3)

- **Hash** - A submission to the cryptographic puzzle by the miner to win Bitcoin, containing a mix of letters and numbers (3, 7)

- **Hashrate** - The measurement of total processing power across the Bitcoin network or individual mining equipment (3, 4, 13, 14, 18)

- **Mempool** - The "waiting zone" of unconfirmed transactions inside a Bitcoin node, queued to be picked up by a miner (3, 31, 33, 35)

- **Merkle Root** - A hash that represents all the transactions in the block, calculated by hashing transactions together in pairs until there is a single hash (8, 33, 36)

- **Mining Difficulty** - A measure of how hard it is to find a new block compared to the easiest it can ever be (32, 33, 36, 38, 39, 40)

- **Mining Pool** - A hub where cryptocurrency miners share their processing power to mine blocks quicker and split rewards based on contribution (12, 14)

- **Nonce** - A 32-bit random number that miners change repeatedly to get different hash values until they find one that meets the network's required conditions (3, 31, 33, 34, 39)

- **Pay Per Last N Shares (PPLNS)** - A payment method that calculates payments based on the number of shares submitted during a shift, with earnings dependent on pool luck (11, 12, 14, 16, 17, 18)

- **Pay Per Share (PPS)** - A payment method that pays miners a fixed amount for each share submitted, regardless of whether the pool finds a block (11, 12, 14, 16, 17, 18)



- **Pay Per Share Plus (PPS+)** - A hybrid payment method combining PPS for block rewards and PPLNS for transaction fees (13, 16, 17, 18)

- **Proof of Work (PoW)** - The consensus mechanism requiring miners to solve cryptographic puzzles to validate transactions and create new blocks (5, 7, 25, 33)

- **Share** - A potential block solution submitted by miners to a pool, representing their contribution to the mining effort (12, 14, 16)

- **Solo Mining** - Mining individually without joining a pool, where the miner receives the entire block reward if successful (12)

- **Stratum Protocol** - A mining pool protocol that allows pools to send members block templates and minimizes communication overhead (11)

- **Target Difficulty** - The numerical threshold that a hash must meet or be below for a block to be valid (31, 32, 34, 36)

- **Transaction Fees** - Fees paid by Bitcoin users that are included in the block reward for miners (13, 16, 17, 18)

## Works Cited in Appendix E

1. "What Is Bitcoin Mining? How to Get Started." *Investopedia*, 2025, www.investopedia.com/terms/b/bitcoin-mining.asp.
2. "Vocabulary - Bitcoin." *Bitcoin.org*, bitcoin.org/en/vocabulary.
3. "A Bitcoin Mining Glossary for Beginners." *Compass Mining*, 27 May 2022, education.compassmining.io/education/a-bitcoin-mining-glossary-for-beginners/.
4. "Bitcoin Mining Terminology Explained: Mining 101." *Solo Satoshi*, 6 Jan. 2025, www.solosatoshi.com/bitcoin-mining-terminology-explained-mining-101/.
5. "Top Crypto Acronyms That You Should Know." *101 Blockchains*, 18 Jan. 2023, 101blockchains.com/top-crypto-acronyms/.
6. "Crypto Slang: 28 Terms You Should Know." *Crypto.com*, crypto.com/en/university/crypto-slang-terms-you-should-know.
7. "Crypto Mining Guide 2025." *Koinly*, 2 Jan. 2025, koinly.io/blog/bitcoin-crypto-mining-guide/.
8. "Bitcoin Glossary Of Terms." *Bitcoin Magazine*, bitcoinmagazine.com/bitcoin-glossary.
9. "Glossary - Learn Crypto Terminology and Acronyms." *Crypto Adventure*, 13 Oct. 2024, cryptoadventure.com/glossary/.
10. "Crypto Glossary of Terms And Jargon." *CoinMarketCap*, coinmarketcap.com/academy/glossary.
11. "Pooled Mining." *Bitcoin Optech*, bitcoinops.org/en/topics/pooled-mining/.
12. "Mining Pool." *Wikipedia*, en.wikipedia.org/wiki/Mining_pool.
13. "Mining Pool Payouts Explained: PPS vs. FPPS vs. PPLNS vs. PPS+." *MineBest*, minebest.com/blog/pps-vs-fpps-vs-pplns-vs-pps-mining-pool-payouts-explained/.
14. "PPS vs PPLNS - Mining Pool Payment Reward Structure Explained." *Coin Guides*, 15 Apr. 2018, coinguides.org/pps-vs-pplns/.
15. "Comparison of Mining Pools." *Bitcoin Wiki*, en.bitcoin.it/wiki/Comparison_of_mining_pools.
16. "What are PPS, PPLNS, PPS+, FPPS, SOLO?" *Poolin Help Center*, help.poolin.com/hc/en-us/articles/360002728472-What-are-PPS-PPLNS-PPS-FPPS-SOLO-.
17. "Bitcoin Mining Pool Payout Methods: PPLNS, PPS+, FPPS and Auditable FPPS." *Lincoin.com*, 8 Oct. 2023, lincoin.com/bitcoin-mining-pool-payout-methods-pplns-pps-fpps/.
18. "Bitcoin Mining Pool Payout Structures: A Simple Guide." *Hashrate Index*, 12 Dec. 2023, hashrateindex.com/blog/pps-fpps-pplns-pps_plus/.



19. "How Mining Pools Distribute Rewards? PPS vs FPPS vs PPLNS." *LLGO*, www.llgo.com/news/8?lang=en-us.
20. "ASIC Miner Value: Real-time Mining Profitability and Best Prices." *ASIC Miner Value*, www.asicminervalue.com/.
21. "10 Best Bitcoin Mining Machines June 2025." *Koinly*, 2 days ago, koinly.io/blog/best-crypto-mining-hardware/.
22. "SHA-256 ASIC Miners - SHA-256 Mining 2025." *CoinWarz*, www.coinwarz.com/mining/hardware/sha-256.
23. "ASIC Miner Profitability Ranking." *WhatToMine*, whattomine.com/asics.
24. "Application-Specific Integrated Circuit (ASIC) Miner." *Investopedia*, www.investopedia.com/terms/a/asic.asp.
25. "Bitcoin Mining Calculator - SHA-256." *Minerstat*, minerstat.com/coin/BTC.
26. "BITMAIN." *Bitmain*, www.bitmain.com/.
27. "BITMAIN Antminer S19 82TH/S Bitcoin ASIC Miner." *Amazon*, www.amazon.com/Antminer-Algorithm-Hashrate-Efficiency-Air-Cooling/dp/B0CX2LKT68.
28. "Optimizing SHA256 in Bitcoin Mining." *SpringerLink*, link.springer.com/chapter/10.1007/978-3-662-44893-9_12.
29. "Bitcoins Miner 1TH/S Solo Miner LV07 SHA-256 Asic Chip." *Amazon*, www.amazon.com/Bitcoins-Miner-LV07-SHA-256-Lottery/dp/B0D92PXMG6.
30. "How Mining Works." *Nerdminers*, 8 Apr. 2025, nerdminers.com/how-mining-works/.
31. "Understanding the Bitcoin Mining Difficulty." *ValueWalk*, 26 Feb. 2025, www.valuewalk.com/cryptocurrency/bitcoin-mining-difficulty-explained/.
32. "Bitcoin Mining: Complete Guide for Beginners." *Blockpit*, www.blockpit.io/blog/what-is-bitcoin-mining.
33. "Nonce: What It Means and How It's Used in Blockchain." *Investopedia*, www.investopedia.com/terms/n/nonce.asp.
34. "Bitcoin Nodes vs. Miners: Key Differences Explained." *Gate.io*, 3 Apr. 2024, www.gate.io/learn/articles/bitcoin-nodes-vs-miners-key-differences-explained/2405.
35. "Bitcoin Mining Difficulty: What You Need to Know." *Cointelegraph*, 12 Nov. 2024, cointelegraph.com/learn/articles/bitcoin-mining-difficulty-explained.
36. "Bitcoin Difficulty Chart - BTC Difficulty." *CoinWarz*, www.coinwarz.com/mining/bitcoin/difficulty-chart.
37. "Bitcoin Network Difficulty Chart." *Newhedge*, newhedge.io/bitcoin/network-difficulty.
38. "Explaining Bitcoin Difficulty Adjustment: A Simplified Guide." *CGAA*, 16 Dec. 2024, www.cgaa.org/article/bitcoin-difficulty-adjustment.
39. "What is Bitcoin Mining Difficulty and How is Bitcoin Mining Difficulty Calculated?" *Hashrate Index*, 11 Mar. 2022, hashrateindex.com/blog/what-is-bitcoin-mining-difficulty-and-how-is-bitcoin-mining-difficulty-calculated/.



## APPENDIX F - CV OF KAREN RAYMENT, MSEE, P.E., MBA, CFEI

### QUALIFICATIONS

MBA, International Strategic Management, California State University, USA
MS, Electrical Engineering, College of Science and Engineering at San
Francisco State University, USA
BS, Electrical Engineering and Computer Sciences, University of California, Berkeley, USA
Professional Engineer (PE), California, Florida, Idaho, Illinois, Michigan, Oregon, Utah & Washington
Project Management Professional (PMP)
Certified Fire and Explosion Investigator (CFEI)

### MEMBERSHIPS

Member, Electronic Device Failure Analysis Society (EDFAS) – Failure analysis of semiconductors i.e.
ASICS
Member, The Defense Research Institute (DRI)
Member, American Bar Association (ABA)
Member, Hispanic National Bar Association (HNBA)
Senior Member, Institute of Electrical and Electronics Engineers (IEEE)
- IEEE Society of Dielectrics and Insulation
- IEEE Communications Society (Data Communications)
- IEEE Consumer Electronics Engineering Society
- IEEE Product Safety Engineering Society
Member, National Association of Fire Investigators (NAFI)
Member, National Fire Protection Agency (NFPA), Electrical Section
Member, Professional Association for Exporters and Importers (P.A.E.I.), San Jose Chapter
Member, UC Berkeley Engineering Alumni Association

### PERSONAL DEVELOPMENT

Business Communications and Effective Negotiation, Pryor Learning Online, 2020
Update on Regulatory Compliance, Testing, and Failure Analysis for Consumer Products, UL Online,
Managing through Change: Process and Program Improvements in Business, PDU Now Online, 2018
Photovoltaic Power Systems Reliability and Failure Analysis Processes, Google [x] with Oxford University
    Online, Mountain View, California, USA, 2017
Oxford University: Electrochemistry Fundamentals Review Course, Google [x] with Oxford University
    Online, Mountain View, California, USA, 2016
Ethical Issues in Forensic Engineering, NCITE Engineering Hub, LLC, Alameda, California, USA, 2015
Interior Electrical Distribution Systems, CED Engineering Education, Alameda, California, USA, 2015
A Guide to US Offshore Wind Energy, EZPDH.com, Alameda, California, USA, 2015
Exterior Electrical Power Distribution, CED Engineering Education, Alameda, California, USA, 2015
Introduction to Communication Systems for Medical Facilities, CED Engineering Education, Santa Clara,
    California, USA, 2015
Microelectronics Power Supply Seminar, ST Microelectronics Education Center, Santa Clara, California,
    USA, 2007
Printed Circuit Board (PCB) Design Integrity, Motorola, Inc., San Jose, California, USA, 2007
Fire Investigation 1A, California State Fire Marshal's Office, San Francisco, California, USA, 2006
Embedded Systems for Digital Signal Processors, Texas Instruments, Inc, San Jose, CA, 2004



Global Compliance Seminar for Wireless Data Communications Products, CKC Laboratories, Fremont, California, USA, 2004
High-Speed Digital Design Workshop, Dr. Howard Johnson Education Series, Santa Clara, California, USA, 2003
Schematic Capture for Circuit Design, Cadence Design Systems, Fremont, California, USA, 2001
UC Berkeley CS Departmental Award, 2001
Eugene L. Lawler Prize, 2000–2001Marian Para Prize, 2001
UC Berkeley EECS Departmental Award, 2000
The UC Regents' Scholarship, 1999
Armed Forces Communications and Electronics Association's Paige Scholarship, 1999
John and Debra Tunis Award for Scholarship in Mathematics, 1998

**PROFILE**

**Karen Rayment** is a professional engineer with more than 20 years of experience in forensic engineering, product/program design and development, and electrical engineering. Karen's specialty areas include litigation support, risk management, regulatory compliance, failure analysis, and product safety for electric power products.  She is adept at ASIC-based systems design and development for various purposes including computing and data communications, electrochemistry studies, galvanic corrosion, stray and eddy current studies, bonding and grounding, and accelerated degradation of electronic and electrical power systems in the presence of various chemicals and conditions. Her dispute resolution experience includes serving as an expert witness in U.S. civil courts across federal, state, and local jurisdictions, and providing litigation support, expert technical reports, and expert testimony for both depositions and in court. She has had no testifying experience in the past four years.

Karen has coordinated and led global engineering teams, quality assurance executive teams, boards of directors, manufacturers, corporate counsel, and litigation teams to determine root cause failure and provide analysis and evaluation reports, rebuttal reports, and deposition and court testimony.

**EQUIPMENT TYPES –** Design/build/specify, installation supervision and construction quality assurance for equipment and power and communications cabling, commissioning teams with industrial electricians, signed and sealed drawings and signed-off on safety and commissioning planning

- Design and regulatory compliance for data systems equipment and IT equipment based on ASICs
- Analysis of printed circuit assembly designs, layout, and manufacturing quality
- Analysis of miners, including bitcoin miners with mixed-signal controls and multiple ASIC boards
- Analysis and correction of power supply designs for commercial-industrial electronic products
- Substation bushings, switchgear, transformers, circuit switchers, capacitor banks
- Underground (vault mount) switchgear of various form factors, 12kV – 38kV.
- Pad mount switchgear, both manual and remote control from 23kV – 38kV
- Generators, rooftop and portable
- Automatic throw-over switches (ATS)
- Lithium battery throw-over storage in IT equipment racks
- Inverters (both within solar panels, and separate from energy storage battery banks)
- Lighting panel boards with draw-out breakers
- Power cables and load calculations for ampacity and current-carrying de-ratings
- Protection scheme studies with fuses and breakers
- Fiber optic signaling and data communications cables, both overhead and trenched
- Distributed generation
- Mixed alternative generation sites
- Hyperscale data center campus facilities
- Cryptocurrency industrial mining center facilities, inspection, analysis, and thermal imaging
- Design of security for single-owner traditional data centers and colocation data halls



## EXPERIENCE

**Litigation Support & Expert Testimony**

**Jensen Hughes, San Francisco, California, USA**
Karen served as an expert witness in matters centered on data communications systems and alleged electronics and electrical failures.

**CASE Forensics, San Francisco, California, USA**
Karen provided litigation support and served as an expert witness in U.S. civil courts for a company providing forensic and consulting engineering services and expert scientific analysis to insurance companies, law firms, manufacturers, and the construction industry worldwide.

**Exponent, Menlo Park, California, USA**
Karen provided forensic engineering and technical project and program management services for litigation matters on behalf of an engineering and scientific consulting firm.

**Netopia, Inc., Emeryville, California, USA**
Karen provided patent and trademark technical support for the legal department of a computer networking company and assisted in intellectual property (IP) disputes.

**Product/Program Design & Development**

**Cloud Computing and Artificial Intelligence (AI), Seattle, Washington, USA**
Karen introduced new products from concept through installation and commissioning for an Amazon subsidiary that provides on-demand cloud computing platforms, AI large language models, generative AI, and visual models to individuals, companies, and governments via both direct web interfaces and access through application programming interfaces (APIs). She authored, interpreted, and implemented documents with and for general counsel and was responsible for modeling, design specifications, and technical regulations, including first-idea hardware through production and post-production failure analysis.

**Superpedestrian, MIT Urban Mobility Laboratory, Cambridge, Massachusetts, USA**
Karen was a member of the hardware development team at a transportation robotics company that developed electrified and AI technologies for micro-mobility vehicles. She was responsible for global regulatory compliance across North America, EMEA, and Australia, as well as for city-specific research and certifications, for all products, power supplies, and firmware.

**Lovevery, Boise, Idaho, USA**
Karen was responsible for overseeing product safety, quality, and global compliance for a startup consumer product company that produces play-kit subscription boxes for children. She built a manufacturing quality inspection department, evaluated the safety of new designs and returned products, and established a worldwide consumer product regulatory compliance program for more than 4,000 SKUs and over 72 sales channels.

**STV, Oakland, California, USA**
Karen provided program management services for Bay Area Rapid Transit (BART) on behalf of a professional services firm targeting the infrastructure sector. In addition to managing and leading multidisciplinary engineering teams throughout the design phase, she oversaw the installation of data communications power lines and fiber-optic cables along railroad tracks and power cabling along railroad tracks and public right of ways, facilitated new substation connections and controls, and troubleshot issues in substations. Karen also specified, ordered, inspected, installed, and commissioned new pad mount switchgear and vault switchgear. All work was brownfield.



**Jensen Hughes, San Francisco, California, USA**

Karen was responsible for global regulatory compliance consulting, project and product delivery, trade compliance management, risk studies, international regulatory landscape, and design and delivery of regulatory compliance programs for power grid and alternative energy products across multiple engineering disciplines.

**CASE Forensics, San Francisco, California, USA**

Karen provided technical design and product development, business and global regulatory compliance analyses, product quality management, and reliability analysis for a company providing forensic and consulting engineering services and expert scientific analysis to insurance companies, law firms, manufacturers, and the construction industry worldwide. She provided technical support for various products and programs, managed on-site government agency programs, conducted risk studies, and assessed regulatory compliance programs.

**Trayer Engineering, San Leandro, California, USA**

Karen managed materials, mechanical, and electrical engineering teams responsible for design, troubleshooting, and manufacturing process support for a company that designed and manufactured maintenance-free switchgear for electrical distribution systems in the United States. She was responsible for regulatory compliance for proprietary products, product road mapping per site and per customer, and sales and marketing technical support at trade shows and client meetings.

**Metaswitch Networks, San Francisco, California, USA**

Karen was responsible for global product and program management, supplier management, export controls for the United Kingdom and the United States, and applications for mobile devices and data communication systems for the carrier systems division of a provider of cloud-native network software for voice, data, and unified communications services. She collaborated with the general counsel to produce a global regulatory roadmap and served as a government liaison to ensure the firm's catalog of products complied with evolving domestic and international laws.

**S&C Electric Company, San Francisco, California/Chicago, Illinois, USA**

Karen was responsible for product design and development and global regulatory compliance road mapping for a firm that designed and manufactured switching and protection products for electric power transmission and distribution. She was also charged with overseeing the firm's cross-functional, geographically dispersed engineering teams during a period of rapid growth. The equipment she and her team worked on included ASICs, ASIC-based controllers for rugged industrial equipment, switchgear, capacitor banks, smart fuses, IntelliRupter devices, substation controls, grid-tie energy storage systems, and substation-grade bushings, transformers, and circuit switchers.

**Exponent, Menlo Park, CA**

Karen was a managing engineer for the failure analysis and expert testimony division. She performed design and development, prototype revision, validation and verification (V&V) studies for ASICs of different types, failure analysis and reporting, and litigation and mediation support via expert reporting, depositions, and trial testimony. Karen also served industry clients via regulatory compliance road map design and development for electronic products, ASICs, medical devices, communications products, power and energy systems, and products products evaluated by an engineering consulting firm.

**Netopia, Inc., Emeryville, California, USA**

On behalf of a computer networking company, Karen was responsible for embedded systems design and development for broadband data communications systems for various commercial-industrial applications and telecommunications products (wired and wireless) for customer premises, co-location centers, and data centers. The equipment included rack-mount equipment, custom power supplies, custom circuits for fast data communications products, power-over-ethernet business equipment, and routers and switches.



She was charged with product and program management from concept through regulatory compliance and with lifecycle reliability analysis and management. Karen also troubleshot production issues and field failures and oversaw manufacturing quality programs.

**Data Center Infrastructure Design, Operations, & Maintenance**

**AWS, Seattle, Washington, USA**
Karen oversaw all data center mechanical, electrical, and plumbing (MEP) infrastructure equipment and compliance for AWS Security Assurance. Her focus was on grid power, substation equipment, building electrical power, in-rack power, and cooling new equipment. Karen's goal was to make large data centers run more efficiently while keeping equipment safe for operators and maintenance personnel. Integral to her responsibilities were the design and development of AI server and rack equipment, testing large language model (LLM) algorithms, and responses to clients during beta testing.

**U.S. Navy, 7th Fleet – Field Engineering Team, Asia Pacific**
Karen was a noncommissioned officer responsible for executing data center designs on board Navy ships and in shore facilities, and operations and maintenance (O&M) responsibilities, both onboard ship and during shore duty. She also performed failure analysis, risk assessments and management for data communications assemblies, subassemblies, power supplies, and whole system troubleshooting, analysis, and reporting.

