# EXHIBIT 1

```
 1                   UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
 2                        WACO DIVISION

 3   SBI CRYPTO, LTD.           ) Docket No. WA 23-CA-252 ADA
                                )
 4   vs.                        ) Waco, Texas
                                )
 5   WHINSTONE US, INC.         ) September 11, 2025

 6

             TRANSCRIPT OF DISCOVERY AND MOTION HEARING
 7             BEFORE THE HONORABLE DEREK T. GILLILAND

 8

 9   APPEARANCES:

10   For the Plaintiff:        Mr. Cory C. Johnson
                               Mr. Andrew J. Patterson
11                             Winstead, PC
                               500 Winstead Building
12                             2728 North Harwood Street
                               Dallas, Texas 75201

13

14   For the Defendant:        Mr. Brandon C. Marx
                               Mr. J. Michael Thomas
15                             Foley & Lardner, LLP
                               2021 McKinney Avenue, Suite 1600
16                             Dallas, Texas 75201

17

18   Transcriber:              Ms. Lily Iva Reznik, CRR, RMR
                               501 West 5th Street, Suite 4153
19                             Austin, Texas 78701
                               (512)391-8792

20

21

22

23

24

25   Proceedings reported by digital sound recording,
     transcript produced by computer aided-transcription.
```

1  has extensive experience related to the completion of more

2  than 190 data centers.  These three experts are the three

3  experts to the right who've actually supplemented their

4  reports.  Charles Byers is a computer engineer, holds 134

5  patents, many patents related to the cooling of and proper

6  operation of CPUs in computer systems.  Dr. Valentine is

7  an associate professor of finance with significant

8  academic and litigation experience analyzing

9  cryptocurrency-related matters.  And finally, Michael

10  Schuler is an expert in the resale of these computers and

11  resale in the secondary market of these computers.

12          And essentially going to the next slide, Phil

13  Isaak didn't supplement, your Honor, but they cancelled

14  the deposition anyway with no basis.  None of these

15  experts have been deposed.  Charles Byers is essentially

16  -- let me go back to Phil Isaak.  Phil Isaak essentially

17  will be testifying as to the industry standards for these

18  data centers and whether they were met and whether this

19  facility met the contractual terms as expected.

20          Charles Byers is essentially the causation expert

21  who will describe in more detail how the facility and the

22  environmental conditions therein resulted in the

23  under-performance damage and failure of SBI's machines.

24  Randall Valentine is essentially the lost profits and lost

25  Bitcoin damage expert who will testify as to the net

```
1

2

3                    REPORTER'S CERTIFICATE

4

5       I, LILY I. REZNIK, DO HEREBY CERTIFY THAT THE FOREGOING

6   WAS TRANSCRIBED FROM AN ELECTRONIC RECORDING MADE AT THE

7   TIME OF THE AFORESAID PROCEEDINGS AND IS A CORRECT

8   TRANSCRIPT, TO THE BEST OF MY ABILITY, MADE FROM THE

9   PROCEEDINGS IN THE ABOVE-ENTITLED MATTER, AND THAT THE

10  TRANSCRIPT FEES AND FORMAT COMPLY WITH THOSE PRESCRIBED BY

11  THE COURT AND JUDICIAL CONFERENCE OF THE UNITED STATES,

12  ON THIS 13th DAY OF OCTOBER, 2025.

13

14

15                          Lily Iva Reznik

16                          ~~~~~~~~~~~~~~~~~~~~~~~~~
                            LILY I. REZNIK, CRR, RMR
17                          Official Court Reporter
                            United States District Court
18                          Austin Division
                            501 West 5th Street, Suite 4153
19                          Austin, Texas 78701
                            (512)391-8792
20                          SOT Certification No. 4481
                            Expires:  1-31-27
21

22

23

24

25
```