# EXHIBIT 4

**MVA SCIENTIFIC CONSULTANTS**

*Full Service Analytical Microscopy Laboratory*

3300 Breckinridge Blvd
Suite 400
Duluth, GA 30096

770.662.8509
FAX 770.662.8532
www.mvainc.com

**Investigative Analysis Testing Services**

Product Defect & Failure Analysis

Coating Analysis

Corrosion Analysis

Surface Profile Characterization

Polymer Characterization

Wear Debris Analysis

Adhesion and Delamination Analysis

Dust Testing

Contaminant Testing

Materials Characterization

High Resolution SEM & TEM Imaging

Litigation Support

--------------------------------

**Techniques**

Light Microscopy

Scanning Electron Microscopy

Transmission Electron Microscopy

Fourier Transform Infrared Spectroscopy

Confocal Raman Microscopy

White Light Interference Microscopy

Energy Dispersive X-ray Spectrometry

Fluorescence Microscopy

Ion Milling & Ultramicrotomy

--------------------------------

**Accreditations**

cGMP Compliant

ISO/IEC 17025

FDA Registered

DEA Licensed

Report of Results:  MVA16139

**Dust Characterization and Potential Impact Evaluation**

**Prepared for:**

**IMS Expert Services
2S710 Wendelin Court
Wheaton, IL 60189**

**Respectfully Submitted by:** _____

**Randy Boltin
Senior Research Scientist**

**18 February 2025**

## Report of Results:  MVA16139

## Dust Characterization and Potential Impact Evaluation

### Introduction

 MVA Scientific Consultants received two dust samples via FedEx on 27 January 2025. The samples were assigned unique MVA sample identification numbers as provided below.

| MVA Sample ID | Client Sample ID |
|---|---|
| 16139AM0128 | Sample 1 |
| 16139AM0129 | Sample 2 |

The samples were submitted in connection with an evaluation of performance and failure mode aspects of a large-scale data processing installation.  We were requested to characterize particulate comprising the dust and evaluate its potential impact should the dust be ingested into air-cooled electronic systems like computer servers or bitcoin mining machines.  Analytical work, data review, and impact assessment were conducted during the period 6 February through 17 February 2025.

### Methods

Preliminary examination of both samples was performed with the aid of an Olympus SZ40 stereomicroscope.  Representative subsamples of particulate were collected for analysis by polarized light microscopy (PLM) and scanning electron microscopy-energy dispersive x-ray spectrometry (SEM-EDS).  Select polymer particles from Sample 2 were analyzed by Fourier transform infrared microspectroscopy (FTIR).

PLM analysis was performed using an Olympus BHSP polarized light microscope. Reported percentages are visual percent by volume estimates of the relative abundance of particle types based upon stereomicroscope and PLM examinations.

SEM-EDS analysis was performed using a JEOL JSM-IT700HR field emission scanning electron microscope coupled to a Thermo Scientific Noran System 7 spectral imaging system.  The peaks present in EDS spectra contained in this report are labeled with the chemical symbol for each element detected.  In general, the peak height is proportional to the amount of the element present.  A list of common element names and associated chemical symbols is included at the end of this report.

FTIR analysis was performed using a SensIR IlluminatIR Fourier transform infrared spectrophotometer coupled to an Olympus BX51 compound microscope.

**MZA**  **MVA SCIENTIFIC CONSULTANTS**
*Full Service Analytical Microscopy Laboratory*

**Results and Discussion**

16139AM0128.  Sample 1 presents as tan/light brown dust composed of granular/flaky particulate, dark granular particles, wood fragments, foam-like fragments, and paper (Figures A1 through A3).  PLM analysis reveals the sample to consist of an estimated greater than 70% by volume minerals/construction particulate including carbonate, quartz, silicate minerals (primarily aluminum silicate including feldspar and mica with trace amounts of zircon and tourmaline), and probable cement debris.  Plant fragments including cellulose fibers, wood fragments, and phytoliths (biogenic silica derived from plants) comprise an estimated 5% to 15% by volume of the total particulate.  Other components of the dust include 1-5% char/soot, 1-5% paper, 1-5% metal/corrosion (magnetic and nonmagnetic particles, rust), <1% pollen, <1% fungal material, <1% synthetic fibers (rayon), <1% glass fibers, <1% cotton fabric fibers, <1% paint particles, <1% synthetic foam fragments, 1% insect parts, and <1% starch granules.  Representative PLM images are provided in Figures A4 through A26.

SEM-EDS analysis (Figures A27 through A49) confirmed an abundance of minerals including quartz, silicate, carbonate, and probable cement debris.  Metal/corrosion particles include abundant iron/steel and oxidized iron/steel (rust) as well as oxidized nickel, possible nickel plated iron/steel, zinc (probable galvanized coating on iron/steel), oxidized copper, and possible oxidized copper-nickel-iron alloy.

16139AM0129.  Sample 2 presents as tan/light brown dust composed of granular/flaky particulate, wood fragments, fibers, foam-like fragments, insect parts, paper, and metal fragments/shards (Figures B1 through B4).  PLM analysis reveals the sample to consist of an estimated greater than 60% by volume minerals/construction particulate including carbonate, quartz, silicate minerals (primarily aluminum silicate including feldspar and mica with trace amounts of zircon and tourmaline), and probable cement debris.  Plant fragments including cellulose fibers, wood fragments, and trichomes (stellate leaf hairs) comprise an estimated 10% to 20% by volume of the total particulate.  Other components of the dust include 3-7% insect parts, 1-5% paper, 1-5% metal/corrosion (including abundant magnetic particles, rust), 1-5% synthetic foam fragments, 1-5% polymer fragments, <1% pollen, <1% fungal material, <1% synthetic fibers (rayon), <1% cotton fabric fibers, <1% paint particles, <1% starch granules, <1% rubber fragments, and <1% glass fragments.  Representative PLM images are provided in Figures B5 through B27.

FTIR analysis indicates the presence of two types of synthetic foam: polyurethane with calcium carbonate filler (Figure B28) and probable polyester urethane, or similar material (Figure B29).  Polymer fragments noted in the sample include polyethylene film (Figure B30), shredded oxidized polyethylene with kaolin clay (likely adhering to the polymer) (Figure B31), and perforated sheets composed of phenoxy resin (Figure B32).

SEM-EDS analysis (Figures B33 through B61) confirmed an abundance of minerals including quartz, silicate, carbonate, and probable cement debris.  Metal/corrosion particles include abundant iron/steel and oxidized iron/steel (rust) as well as possible nickel plated iron/steel (some oxidized), zinc, oxidized zinc (including probable galvanized coating on iron/steel), oxidized nickel-iron-zinc, and nickel-copper-iron particles.

**MVA SCIENTIFIC CONSULTANTS**
*Full Service Analytical Microscopy Laboratory*

## Conclusions

Both samples contain a significant volume of particulate and are composed mainly of granular particulate including carbonate minerals, quartz/silicate minerals, and probable cement particles.  Plant fragments are present in lesser amounts but are also major constituents (>10% by volume of total particulate).  Paper fragments and metal/corrosion particles are present in minor amounts (estimated 1% to 10% by volume of total particulate).  Char/soot is a minor constituent of Sample 1.  Insect parts, synthetic foam, and other polymer fragments are minor components of Sample 2.  Trace (<1% by volume) constituents include pollen, fungal material, synthetic (rayon) fibers, glass fibers, cotton fabric fibers, paint particles, starch granules, rubber particles, and glass fragments.  SEM-EDS analysis indicates the presence of chlorine-bearing salts in association with some particles.

## Potential Impact Evaluation

A survey of internet sources revealed the following potential adverse effects on electronic equipment that might be associated with the types of particulate detected in the submitted dust samples:

Accumulation of dust particles on equipment can act as an insulator, thereby decreasing the ability to dissipate heat from the system and causing overheating of electrical components.  Poor contacts in relays, switches and connectors may also result.  Additionally, dust accumulation can interfere with moving parts such as fans, thus exacerbating problems with overheated equipment.

Conductive materials such as the metal particles detected in the submitted samples can settle on exposed circuitry and lead to short circuits.

Plant matter and clay minerals (aluminosilicate) are present in the dust.  These materials tend to hold moisture and can add to humidity, increasing the possibility of electrical arcing.  While, in this case, the dust samples appear to be relatively dry, it should be noted that increased moisture as well as the presence of salts can lead to corrosion issues including degradation of electrical connections.  Further, moist dust acts as a partial conductor and can initiate electrical shorts or high voltage discharges.

Release of volatile organic compounds (VOCs) due to off-gassing of polymer materials (synthetic foams, plastics) at room temperature or out-gassing under conditions of increased heat or in the presence of a vacuum has the potential to corrode or otherwise adversely impact the performance of sensitive electronic components.

**MVA SCIENTIFIC CONSULTANTS**
*Full Service Analytical Microscopy Laboratory*



**Figure A1.** Stereomicroscope images of particulate comprising Sample 1. 16139AM0128.





**Figure A2.** Higher magnification stereomicroscope images of particulate comprising Sample 1. 16139AM0128.



MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure A3.**  Stereomicroscope image of a printed paper fragment in Sample 1.
16139AM0128.



**Figure A4.** PLM images in transmitted plane polarized light (above) and cross polarized light (below) of particulate comprising Sample 1. 16139AM0128.





**Figure A5.**  PLM image in transmitted cross polarized light of carbonate and aggregate (possible cement) grains from Sample 1.  16139AM0128.



**Figure A6.**  PLM image in transmitted cross polarized light of a concentric spherical precipitated carbonate particle from Sample 1.  16139AM0128.



**Figure A7.**  PLM image in transmitted cross polarized light of an aggregate (possible cement) particle from Sample 1.  16139AM0128.



**Figure A8.**  PLM image in transmitted cross polarized light of a quartz (crystalline silica) grain from Sample 1.  16139AM0128.

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure A9.** PLM image in transmitted cross polarized light of a potassium feldspar grain (potassium aluminum silicate mineral) (gray) with smaller carbonate particles from Sample 1. 16139AM0128.



**Figure A10.** PLM image in transmitted plane polarized light of a brown mica particle (probable biotite) (potassium iron aluminum silicate hydrate mineral) from Sample 1. 16139AM0128.



**Figure A11.** PLM image in transmitted cross polarized light of a muscovite mica particle (potassium aluminum silicate mineral) (gray) from Sample 1. 16139AM0128.



**Figure A12.** PLM image in transmitted plane polarized light of a zircon (zirconium silicate mineral) grain from Sample 1. 16139AM0128.

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure A13.**  PLM image in transmitted plane polarized light of a tourmaline (borosilicate mineral) grain from Sample 1.  16139AM0128.



**Figure A14.**  PLM image in transmitted cross polarized light of a woody plant fragment from Sample 1.  16139AM0128.

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure A15.** PLM image in transmitted plane polarized light of a phytolith (biogenic silica derived from plants) from Sample 1. 16139AM0128.



**Figure A16.** PLM image in transmitted plane polarized light of a charred plant fragment from Sample 1. 16139AM0128.



**Figure A17.** PLM image in transmitted plane polarized light of a lacy soot particle from Sample 1.  16139AM0128.



**Figure A18.** PLM image in reflected light plus transmitted plane polarized light of a metal particle from Sample 1.  16139AM0128.



**Figure A19.** PLM image in reflected light plus transmitted plane polarized light of a rust particle from Sample 1. 16139AM0128.



**Figure A20.** PLM image in transmitted plane polarized light of a pollen grain from Sample 1. 16139AM0128.



**Figure A21.** PLM image in transmitted plane polarized light of a fungal spore from Sample 1. 16139AM0128.



**Figure A22.** PLM image in transmitted plane polarized light of a dyed cotton fiber from Sample 1. 16139AM0128.



**Figure A23.** PLM image in reflected light plus transmitted plane polarized light of a spray paint sphere from Sample 1. 16139AM0128.



**Figure A24.** PLM image in transmitted plane polarized light of a synthetic foam fragment from Sample 1. 16139AM0128.



**Figure A25.** PLM image in transmitted plane polarized light of an insect part from Sample 1. 16139AM0128.



**Figure A26.** PLM image in transmitted cross polarized light of a starch granule (gray particle exhibiting Maltese cross) from Sample 1. 16139AM0128.



**Figure A27.** Backscattered electron image of particulate from Sample 1. 16139AM0128.



**Figure A28.** The same image shown in Figure A27. Numbers denote the locations of collected EDS spectra.

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure A29.** EDS spectrum obtained for location 1 in Figure A28. Calcium silicate (probable carbonated cement particle).



**Figure A30.** EDS spectrum obtained for location 2 in Figure A28. Potassium feldspar. Similar spectra were obtained for locations 4 and 22.



**Figure A31.** EDS spectrum obtained for location 3 in Figure A28. Aluminosilicate (probable clay). Similar spectra were obtained for locations 6, 11, 12, 18, 21, 23, 24, 25, and 26.

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure A32.** EDS spectrum obtained for location 5 in Figure A28. Possible alkali feldspar.



**Figure A33.** EDS spectrum obtained for location 8 in Figure A28. Quartz. Similar spectra were obtained for locations 7 and 19.



**Figure A34.** EDS spectrum obtained for location 9 in Figure A28. Plagioclase feldspar.

**MVA SCIENTIFIC CONSULTANTS**
*Full Service Analytical Microscopy Laboratory*



**Figure A35.** EDS spectrum obtained for location 10 in Figure A28. Calcium aluminum silicate (probable Portland cement).



**Figure A36.** EDS spectrum obtained for location 13 in Figure A28. Calcium aluminum silicate mineral. A similar spectrum was obtained for location 14.



**Figure A37.** EDS spectrum obtained for location 15 in Figure A28. Probable galvanized iron/steel corrosion.

**MVA SCIENTIFIC CONSULTANTS**
*Full Service Analytical Microscopy Laboratory*



**Figure A38.** EDS spectrum obtained for location 16 in Figure A28. Silicate mineral. A similar spectrum was obtained for location 20.



**Figure A39.** EDS spectrum obtained for location 17 in Figure A28. Calcium carbonate or possible carbonated cement.



**Figure A40.** EDS spectrum obtained for location 27 in Figure A28. Dolomite (calcium magnesium carbonate mineral).

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure A41.** Backscattered electron image of metal/corrosion particulate from Sample 1. 16139AM0128.



**Figure A42.** The same image shown in Figure A41. Numbers denote the locations of collected EDS spectra.



**Figure A43.** EDS spectrum obtained for location 1 in Figure A42. Oxidized iron/steel. Similar spectra were obtained for locations 3, 8, 20, 21, 22, and 27.



**Figure A44.** EDS spectrum obtained for location 23 in Figure A42. Iron/steel. Similar spectra were obtained for locations 4, 6, 9, 10, 12, 14, 15, 16, 17, 25, and 26.



**Figure A45.** EDS spectrum obtained for location 2 in Figure A42. Oxidized nickel. A similar spectrum was obtained for location 24.



**Figure A46.** EDS spectrum obtained for location 5 in Figure A42. Oxidized copper.



**Figure A47.** EDS spectrum obtained for location 7 in Figure A42. Zinc (possible galvanized coating on iron/steel). A similar spectrum was obtained for location 19.



**Figure A48.** EDS spectrum obtained for location 13 in Figure A42. Nickel (possible coating on iron/steel). A similar spectrum was obtained for location 11.

**MVA SCIENTIFIC CONSULTANTS**
*Full Service Analytical Microscopy Laboratory*



**Figure A49.** EDS spectrum obtained for location 18 in Figure A42. Possible oxidized copper-nickel-iron alloy.



**Figure B1.** Stereomicroscope images of particulate comprising Sample 2. 16139AM0129.







**Figure B2.**  Higher magnification stereomicroscope images of particulate comprising Sample 2.  16139AM0129.







**Figure B3.** Stereomicroscope image of a printed paper fragment and an insect part to its immediate left in Sample 2.  16139AM0129.



**Figure B4.** Stereomicroscope image of magnetic iron/steel fragments adhering to forceps used in the stereomicroscope examination of Sample 2.  16139AM0129.

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure B5.** PLM images in transmitted plane polarized light (above) and cross polarized light (below) of particulate comprising Sample 2.  16139AM0129.





**Figure B6.** PLM image in transmitted cross polarized light of carbonate and aggregate (possible cement) grains from Sample 2. 16139AM0129.



**Figure B7.** PLM image in transmitted cross polarized light of carbonate grains and a quartz grain (gray) from Sample 2. 16139AM0129.



**Figure B8.** PLM image in transmitted plane polarized light of a brown mica particle (probable biotite) from Sample 2. 16139AM0129.



**Figure B9.** PLM image in transmitted cross polarized light of a muscovite mica particle (dark gray) from Sample 2. 16139AM0129.

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure B10.** PLM image in transmitted plane polarized light of a tourmaline grain from Sample 2. 16139AM0129.



**Figure B11.** PLM image in transmitted cross polarized light of woody fragments (cellulose) from Sample 2. 16139AM0129.



**Figure B12.**  PLM image in transmitted cross polarized light of a trichome (stellate leaf hair) from Sample 2.  16139AM0129.



**Figure B13.**  PLM image in transmitted plane polarized light of an insect part from Sample 2.  16139AM0129.



**Figure B14.**  PLM image in reflected light showing several highly reflective metal particles (white arrows) and a rust particle (yellow arrow) from Sample 2. 16139AM0129.



**Figure B15.**  PLM image in transmitted plane polarized light of rust from Sample 2. 16139AM0129.

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure B16.** PLM image in transmitted slightly uncrossed polarized light of a synthetic foam fragment with carbonate filler from Sample 2. 16139AM0129.



**Figure B17.** PLM image in transmitted slightly uncrossed polarized light of a shredded, birefringent polymer film fragment from Sample 2. 16139AM0129.

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure B18.** PLM image in transmitted slightly uncrossed polarized light of an isotropic polymer fragment from Sample 2. 16139AM0129.



**Figure B19.** PLM image in transmitted plane polarized light of a fungal spore from Sample 2. 16139AM0129.



**Figure B20.** PLM image in transmitted plane polarized light of a fungal spore from Sample 2.  16139AM0129.



**Figure B21.** PLM image in transmitted plane polarized light of a charred plant fragment from Sample 2.  16139AM0129.



**Figure B22.** PLM image in transmitted plane polarized light of a dyed rayon fabric fiber from Sample 2. 16139AM0129.



**Figure B23.** PLM image in transmitted plane polarized light of a dyed cotton fabric fiber from Sample 2. 16139AM0129.



**Figure B24.** PLM image in reflected light plus transmitted cross polarized light of a weathered paint flake (brown) from Sample 2. 16139AM0129.



**Figure B25.** PLM image in transmitted cross polarized light of a starch granule (off-white particle exhibiting Maltese cross) from Sample 2. 16139AM0129.



**Figure B26.** PLM image in transmitted plane polarized light of a rubber fragment from Sample 2.  16139AM0129.



**Figure B27.** PLM image in transmitted plane polarized light of a glass fragment from Sample 2.  16139AM0129.

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure B28.** FTIR spectrum obtained for a synthetic foam fragment (top trace) plotted with reference spectra for polyurethane (middle trace) and calcium carbonate (bottom trace).



**Figure B29.** FTIR spectrum obtained for a synthetic foam fragment (upper trace) plotted with a reference spectrum for polyester urethane (lower trace).

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure B30.** FTIR spectrum obtained for a colorless birefringent polymer film (upper trace) plotted with a reference spectrum for polyethylene (lower trace).



**Figure B31.** FTIR spectrum obtained for a colorless birefringent polymer sheet fragment (top trace) plotted with reference spectra for oxidized polyethylene (middle trace) and kaolin clay (bottom trace).



**Figure B32.** FTIR spectrum obtained for a perforated polymer sheet (upper trace) plotted with a reference spectrum for phenoxy resin (lower trace).





**Figure B33.** Backscattered electron image of particulate from Sample 2. 16139AM0129.



**Figure B34.** The same image shown in Figure B33. Numbers denote the locations of collected EDS spectra.



**Figure B35.** EDS spectrum obtained for location 1 in Figure B34.
Iron oxide sphere (probable welding sphere).



**Figure B36.** EDS spectrum obtained for location 2 in Figure B34.  Iron/steel.



**Figure B37.** EDS spectrum obtained for location 3 in Figure B34.  Zinc.



**Figure B38.** EDS spectrum obtained for location 4 in Figure B34. Oxidized galvanized iron/steel. A similar spectrum was obtained for location 7.



**Figure B39.** EDS spectrum obtained for location 5 in Figure B34. Iron/steel with copper.



**Figure B40.** EDS spectrum obtained for location 6 in Figure B34. Dolomite with aluminosilicate. A similar spectrum was obtained for location 12.

**MVA SCIENTIFIC CONSULTANTS**
*Full Service Analytical Microscopy Laboratory*



**Figure B41.** EDS spectrum obtained for location 8 in Figure B34. Silicate. Similar spectra were obtained for locations 9, 14, 15, 17, 22, 33, 25, and 27.



**Figure B42.** EDS spectrum obtained for location 10 in Figure B34. Aluminosilicate (probable clay). Similar spectra were obtained for locations 20 and 30.



**Figure B43.** EDS spectrum obtained for location 19 in Figure B34. Quartz. Similar spectra were obtained for locations 11 and 16.

**MVA SCIENTIFIC CONSULTANTS**
*Full Service Analytical Microscopy Laboratory*



**Figure B44.** EDS spectrum obtained for location 33 in Figure B34. Calcium carbonate.



**Figure B45.** EDS spectrum obtained for location 24 in Figure B34. Probable carbonated cement. A similar spectrum was obtained for location 18.



**Figure B46.** EDS spectrum obtained for location 21 in Figure B34. Silicate (probable hornblende).

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure B47.** EDS spectrum obtained for location 28 in Figure B34. Mica.
A similar spectrum was obtained for location 26.



**Figure B48.** EDS spectrum obtained for location 29 in Figure B34.
Calcium aluminum silicate (probable Portland cement).



**Figure B49.** EDS spectrum obtained for location 32 in Figure B34. Potassium feldspar.

MVA SCIENTIFIC
CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure B50.** EDS spectrum obtained for location 31 in Figure B34. Aluminosilicate with sodium chloride.





**Figure B51.** Backscattered electron image of metal/corrosion particulate from Sample 2. 16139AM0129.



**Figure B52.** The same image shown in Figure B51. Numbers denote the locations of collected EDS spectra.



**Figure B53.** EDS spectrum obtained for location 1 in Figure B52. Nickel oxide/hydroxide (possible coating on iron/steel). Similar spectra were obtained for locations 3, 12, and 20.



**Figure B54.** EDS spectrum obtained for location 2 in Figure B52. Nickel (possible coating on iron/steel). A similar spectrum was obtained for location 16.



**Figure B55.** EDS spectrum obtained for location 19 in Figure B52. Iron/steel particle with possible nickel coating.

MVA SCIENTIFIC CONSULTANTS
*Full Service Analytical Microscopy Laboratory*



**Figure B56.**  EDS spectrum obtained for location 4 in Figure B52.  Iron/steel.
Similar spectra were obtained for locations 6, 7, 8, 10, and 14.



**Figure B57.**  EDS spectrum obtained for location 18 in Figure B52.  Oxidized iron/steel.
Similar spectra were obtained for locations 17 and 21.



**Figure B58.**  EDS spectrum obtained for location 15 in Figure B52.
Oxidized nickel-iron-zinc.

**MVA SCIENTIFIC CONSULTANTS**
*Full Service Analytical Microscopy Laboratory*



**Figure B59.** EDS spectrum obtained for location 5 in Figure B52. Zinc (possible galvanized coating on iron/steel). A similar spectrum was obtained for location 13.



**Figure B60.** EDS spectrum obtained for location 9 in Figure B52.
Zinc (possible galvanized coating on stainless steel).



**Figure B61.** EDS spectrum obtained for location 11 in Figure B52.
Nickel-copper-iron alloy.



**MVA SCIENTIFIC CONSULTANTS**

*Full Service Analytical Microscopy Laboratory*

## List of Common Elements

| Symbol | Element |
| --- | --- |
| Ag | Silver |
| Al | Aluminum |
| As | Arsenic |
| Au | Gold |
| Ba | Barium |
| Bi | Bismuth |
| Br | Bromine |
| C | Carbon |
| Ca | Calcium |
| Cd | Cadmium |
| Cl | Chlorine |
| Co | Cobalt |
| Cr | Chromium |
| Cu | Copper |
| F | Fluorine |
| Fe | Iron |
| Hg | Mercury |
| I | Iodine |
| K | Potassium |
| La | Lanthanum |
| Mg | Magnesium |
| Mn | Manganese |

| Symbol | Element |
| --- | --- |
| Mo | Molybdenum |
| N | Nitrogen |
| Na | Sodium |
| Ni | Nickel |
| O | Oxygen |
| P | Phosphorus |
| Pb | Lead |
| Pt | Platinum |
| Rb | Rubidium |
| S | Sulfur |
| Sb | Antimony |
| Se | Selenium |
| Si | Silicon |
| Sn | Tin |
| Sr | Strontium |
| Th | Thorium |
| Ti | Titanium |
| U | Uranium |
| V | Vanadium |
| W | Tungsten |
| Zn | Zinc |
| Zr | Zirconium |