IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-252 |

**ORDER GRANTING DEFENDANT WHINSTONE US, INC'S MOTION TO STRIKE THE EXPERT OPINIONS OF CHARLES BYERS AND RANDY BOLTIN**

Before the Court is Defendant Whinstone US, Inc.'s ("Whinstone") Motion to Strike the Expert Opinions of Charles Byers and Randy Boltin (the "Motion"). The Court has considered the Motion and finds that it should be GRANTED.

It is therefore ORDERED that the Preliminary Technical Report: SBI vs. Whinstone, including Charles Byers' opinions contained therein, and the Dust Characterization and Potential Impact Evaluation report, including Randy Boltin's opinions contained therein, are STRICKEN, and any analyses, assumptions, or opinions contained in these reports may not be offered into evidence or at trial.

SIGNED ON THIS _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS