# EXHIBIT "B"

# MICHAEL W. SCHULER

www.linkedin.com/in/schulermichael ▪ mschuler@techremarketers.com
HERTFORD, NC ▪ (940) 300-1749 mobile

## ITAD PRODUCT REMARKETING SALES & SERVICES EXECUTIVE

### QUALIFICATIONS PROFILE

A key change agent in the computer and electronics secondary market with over thirty (30+) years of executive management experience in sales, purchasing, product remarketing and parts supply chain management, with a track record of innovative program development and key account management with over $250MM dollars in direct contributions to sales revenues.

### AREAS OF EXPERTISE

- *Company & Division Level P&L Mgmt.*
- *Sales & Marketing Team Management*
- *Supply Chain Management & Purchasing*
- *Service Parts Spares Supply Management*
- *Reverse Logistics & Depot Repair*
- *Product Remarketing & Value Recovery*
- *Vendor & Strategic Alliance Management*
- *C-Level Sales & B2B Enterprise Sales*
- *Marketing & Campaign Management*

- *LinkedIn Connector with (15k+) contacts in Retail, Service & Hi-Tech*
- *Product Lifecycle Management (PLM)*
- *Multi-million Dollar wins with OEMs, Retailers, Distributors, Service Providers, Extended Warranty and EMS Companies*
- *RFP Response & Bid Management*
- *Lead Generation & Business Intelligence*
- *Logistics Management & Transportation*

- *Public Speaker & Subject Matter Expert*
- *Prospecting and Telemarketing*
- *Start-Up & New Division Operations*
- *Strong Interpersonal Skills*
- *ERP Software: Makor ERP, Oracle 11i, Sage, Microsoft Dynamics, and NetSuite*
- *Expert Skills: Microsoft Excel, Outlook, Word, PowerPoint, CRM: Salesforce.com, Sugar, Avention, Data.com, InsideView*

### PROFESSIONAL EXPERIENCE

**Veterans Alliance Resourcing, Inc. |** Manor, TX    **President & CEO (Founder)**    Jan **2018** – Mar **2023**
*Premier ITAD company providing data destruction and asset recovery services for retired and surplus IT assets to global corporations & institutions.*

- Launched company to provide ITAD, data sanitization and product remarketing services. Secured R2V3, ISO 9001,14001, 45001 and SDVOSB Certifications. With $2.6MM in sales, awarded Inc5000 SW#41 fastest growing small business (2022). Cultivated a global resale channel of 2,500+ dealers for computers, data centers and other electronics. www.ITADVets.com

**HiTECH Assets |** Oklahoma City, OK    **Vice President of Remarketing**    Jun **2016** – Nov **2017**
*Premier ITAD company providing data destruction and asset recovery services for retired and surplus IT assets to U.S. corporations & institutions.*

- Managed all product remarketing functions, cultivating channels in retail, SMB, dealers and wholesale.
- Increased active dealer channel by over 200%, increasing value recovery on IT assets (by CPU) by over thirty percent (30%).
- Reduced remarketing team costs by thirteen percent (13%) while increasing product resale revenues by fifty percent (50%).

**Network Global Logistics |** Dallas, TX    **Director of Business Development**    Apr **2015** – Jan **2016**
*Premier 3PL providing expedited logistics services, transportation and warehousing. Responsible for territory management of the southwestern U.S.*

- Secured new engagements with government and commercial markets, contacting over 700 new accounts in six months.
- Built a substantial pipeline for Service Parts Logistics Management and Ground Courier contracts due for RFP release in 2016.
- Resident expert in SugarCRM and InsideView, training NGL team on this lead generation and account management software.

**Zylog Systems LTD & Veterans Alliance Resourcing |** McKinney, TX   **VP, US Sales & CEO (VAR)**   Sep **2012** – Apr **2015**
*Zylog (aka Brainhunter) is a $100M global company offering contract IT staffing and software solutions including a proprietary ERP software for Service Operations Management – FieldPower. Initially serving as VP, Sales for Zylog, launched Brainhunter franchises to penetrate U.S. markets leading to the joint formation of Veterans Alliance Resourcing (VAR) for the pursuit of diversity vendor contracts with prime contractors and government agencies.*

- With Zylog and ZSL as retained clients, VAR launched in 2013 as a Zylog franchise with a business model that provides direct sales representation services to mid-market (<$150MM) vendors in the IT and electronics technology aftermarket services industry.
- With a team of five (5) seasoned sales executives, VAR assembled a portfolio of ten (10) best-in-class clients/vendors to offer Reverse Logistics, Depot Repair, Service Parts Supply, Staffing, Software, Call Center and Customer Experience Solutions.
- VAR engaged OEMs, retailers, distributors, service providers, extended warranty companies (TPAs), government agencies, prime contractors and Fortune 500 corporations, generating over $1MM in new business revenues for Clients the first year.

**Product Support Services |** Coppell, TX    **Executive Vice President, Sales and Marketing**    Dec **2011** – Sep **2012**
*PSSI is a reverse logistics and depot repair service company supporting the wireless, mobility, IT, telematics and consumer electronics industries. Responsible for directing all sales and marketing efforts, leading a team of sales professionals and authoring new marketing literature and web content.*

- Secured new contracts for reverse logistics, ITAD and 3PSP services for TPAs and OEMs, generating over $2MM in revenues.
- Reduced sales and marketing expenditures, driving down annual recurring costs by three hundred thousand dollars ($300k).
- Instituted Salesforce.com, Hoovers.com and LinkedIn for lead generation and Customer Relationship Management (CRM).

# MICHAEL W. SCHULER

www.linkedin.com/in/schulermichael ▪ mschuler@techremarketers.com
HERTFORD, NC ▪ (940) 300-1749 mobile

---

**Micro Product Distributors** | Miami, FL     **President**     Apr **2005** – Dec **2011**
*One of the largest post-warranty suppliers of consumer PC service parts, MPD ships 250k parts and performs 50k BGA (component-level) repairs each year. Initially hired as VP of Business Development, promoted to President in 2010, setting direction for MPD's sales, purchasing and service operations.*

- Increased new business revenues from two million ($2MM) to seventeen million dollars ($17MM) without adding headcount.
- Secured over twenty (20) new clients in retail, service and extended warranty markets (annual billings of $100k - $5MM each).
- Directed a team of fifty-five (55) including sales, purchasing and operations with revenues of twenty-five million ($25MM).

**Computer Products & Services** | Boca Raton, FL     **VP, Purchasing & Remarketing**     May **2004** – Mar **2005**
*CP&S is a major supplier of service parts and depot repair services for enterprise personal computers, servers and document imaging peripherals. Responsible for purchasing and remarketing (sales) operations, team functions included product managers, buyers, warranty recovery and e-commerce.*

- Created an e-Commerce remarketing team, setting product resale strategies and crafting marketing collateral and web content.
- Increased sales margin by four percent (4%), reducing recurring expenses by over one hundred thousand dollars ($100k).

**Service Electronics & Micro Exchange** | Dallas, TX & Wayne, NJ     **VP, Sales & Product Management**     Jun **1993** – Apr **2004**
*Sister companies, SEI & MEX are among the largest suppliers of parts and services to the PC industry, shipping over 1 million parts and processing over 250k PC Systems and Peripherals each year for depot repair, product refurbishment and product remarketing/value recovery. Directed a multi-site team of fifty (50) professionals covering all sales, product management, purchasing and product remarketing functions.*

- Grew combined revenues in just ten (10) years from eighteen million ($18MM) to one hundred seven million dollars ($107MM), growing from eighty (80) to seven hundred (700) employees, with four (4) facilities totaling 400k Sq. Ft. based in Texas and NJ.
- Secured ten (10) multi-million dollar wins in reverse logistics, ITAD and 3PSP services, product remarketing and service parts supply.
- Directed sales, purchasing and supply chain groups during SEI's sixty-million-dollar ($60MM) growth from a start-up in 1994.
- Initiated, developed and closed shared revenue remarketing contracts with OEMs and Retailers, generating ($40M+) annually.
- Responsible for $100MM sales and $20MM purchasing budget, supporting one million (1MM) parts, (10k) PCs and (70k) SKUs.
- Initiated, developed and closed National Trade-in Programs for PCs with CompUSA (2004), Dell (1999) and Apple (1994).
- Developed a product value Matrix for sixty thousand (60,000) PC SKUs, automating communication of our buy/sell strategy.

**Electro Rent Corporation & Leasametric/Metric Resources** | **National Remarketing Manager**     Mar **1981** – Jun **1993**
*Two of the largest rental/lease companies in the U.S. for electronic test equipment, PCs, and midrange IT enterprise workstations, servers and peripherals, stocking over one hundred fifty million ($150M) in late technology products. Responsible for used product sales across the U.S.*

- Built the product remarketing channel from fifty (50) to over seven thousand (7,000) used equipment dealers (buyers).
- Improved average value recovery at resale (product residuals) by over forty percent (40%) in just five (5) years.
- Started computer product brokerage, producing millions in new revenues at gross margins exceeding forty percent (40%).

## EDUCATION & JOB-RELATED SKILLS

**Vocational Education**
- **United States Marine Corps** – Two (2) years of advanced electronics schools in electronic circuit design, repair, diagnostics and calibration of electronic test equipment. Attended 5 USN & USAF schools including PMEL (1977). Prior to 1975, all PMEL graduates were also issued an accredited Associates Degree in Electrical Engineering.
- Dale Carnegie – Sales, 12-week course (1983)
- Xerox PSS3 – Sales Management, Coaching and Tele-Prospecting (1987)

**Job Related Skills**
- Expert Skills in Microsoft Office, CRM and lead generation software (Salesforce.com, SugarCRM, Avention and InsideView).
- Experienced in ERP and Accounting SW platforms including Makor ERP, QuickBooks, Oracle, Sage, and Microsoft Dynamics.
- Subject Matter Expert in Product Lifecycle Management (PLM) with over fifty (50) speaking engagements at industry events.

## INDUSTRY & COMMUNITY AFFILIATIONS AND AWARDS

- CompTIA – Executive Council for Advancing Diversity in IT Community (2016-2018), IT Services & Support Community (aka Product Lifecycle Management) Executive Council (2004-2013), Chairman (2013), Ambassador (2011–Present). Industry Award Winner (2008)
- AFSMI – Texas chapter, founding board member.
- U.S. Jaycees double National Award Winner (M. Keith Upson & Clint Dunagan) for leadership as a District and Regional Director.
- Recognized as an "Outstanding Young Man in America", 1987-1989.