# EXHIBIT "C"

**1**

```
            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF TEXAS
                  WACO DIVISION

SBI CRYPTO CO., LTD., )
                      )
        Plaintiff,    )
                      )
VS                    ) CIVIL ACTION NO.
                      ) 6:23-cv-252-ADA-JCM
WHINSTONE US, INC.,   )
                      )
        Defendant.    )

***********************************************

          VIDEOTAPED DEPOSITION OF

                KAREN RAYMENT

              October 21, 2025

***********************************************
```

Job No. 601728

Pages 1 - 278

Stenographically Reported by:

Susan S. Klinger, RMR-CRR, CSR

**2**

```
                  October 21, 2025


    VIDEOTAPED DEPOSITION OF KAREN RAYMENT,
produced as a witness at the instance of the
Defendant, and duly sworn, was taken in the
above-styled and numbered cause on the 21st of
October, 2025, from 9:35 to 5:55, before Susan S.
Klinger, RMR-CRR, CSR in and for the States of
Texas and California, reported by stenographic
method, at Foley & Lardner, 2021 McKinney Avenue,
Dallas, Texas, pursuant to the Federal Rules of
Civil Procedure and the provisions stated on the
record or attached hereto.
```

**3**

```
                A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

    Cory Johnson, Esquire

    Andrew Patterson, Esquire

    WINSTEAD PC

    2728 North Harwood Street, Suite 500

    Dallas, Texas  75201

    214.745.5400


ON BEHALF OF THE DEFENDANT:

    Steven Lockhart, Esquire

    Brandon C. Marx, Esquire

    FOLEY & LARDNER LLP

    2021 McKinney Avenue, Suite 1600

    Dallas, Texas  75201

    214.999.3000


Also Present:

    Sedrick Lampkins, videographer
```

**4**

```
                    I N D E X

WITNESS                                      PAGE

KAREN RAYMENT

EXAMINATION BY MR. JOHNSON                     6


                E X H I B I T S

No.          Description

Exhibit 144 Rayment LinkedIn page            56

Exhibit 145 2021 Equipment Thermal Guidelines 224

            for Data Processing Environments

Exhibit 146 Bitcoin Mining Facility          235

            Design-Airflow Management

Exhibit 147 Bitriver RUS LLC, SBIC0006451    250


              Previously marked

Exhibit 1                                     29

Exhibit 6                                    213

Exhibit 8                                    209
```

Transcript of Karen Rayment
Conducted on October 21, 2025

---

**5**

1    P R O C E E D I N G S
2        VIDEOGRAPHER:  Here begins Media Number 1
3    in the videotaped deposition of Karen Rayment in
4    the matter of SBI Cryptocurrency Co., Ltd. v.
5    Whinstone US, Inc. in the United States District
6    Court for the Western District of Texas, Waco
7    Division, Case Number 6:23-CV-252.
8        Today's date is October 21st, 2025.  The
9    time on the video monitor is 9:35 a.m.
10        The videographer today is Sedrick Lampkins
11    representing Planet Depos.
12        This videotaped deposition is taking place
13    at 2021 McKinney Avenue, Suite 1600, Dallas, Texas
14    75201.
15        Would counsel please invoice-identify
16    themselves and state whom they represent?
17        MR. JOHNSON:  Cory Johnson and Andrew
18    Patterson of Winstead PC, here on behalf of the
19    plaintiff SBI Crypto.
20        MR. LOCKHART:  Steven Lockhart and Brandon
21    Marx on behalf of Whinstone US, Inc.
22        VIDEOGRAPHER:  The court reporter today is
23    Susan Klinger representing Planet Depos.  The
24    witness will now be sworn.
25        KAREN RAYMENT,

**6**

1    having been first duly sworn testified as follows:
2        EXAMINATION
3    BY MR. JOHNSON:
4        Q  Good morning, Ms. Rayment.
5        A  Good morning.
6        Q  Could you please state your full name for
7    the record?
8        A  Yes, Karen Rayment.
9        Q  And what is your current address?
10        A  My home address?
11        Q  Yes.
12
13
14        Q  And Ms. Rayment, have you ever been
15    deposed before?
16        A  Yes.
17        Q  When is the last time you were deposed?
18        A  More than four years ago.
19        Q  And how many times have you been deposed
20    in the past or sat for a deposition?
21        A  I don't know the exact number.  More than
22    20 times.
23        Q  And the last time you have been deposed
24    was more than four years ago?
25        A  Yes, sir.

**7**

1        Q  Now, do you understand the oath you've
2    just taken?
3        A  Yes, sir.
4        Q  You understand that even though you're in
5    a law office today, that the testimony you give
6    under oath today is subject to the same penalty of
7    perjury as though you were testifying before the
8    judge and jury at a courthouse?
9        A  Yes.
10        Q  If at any time you need a break, please
11    ask for one.  Can I get your agreement that -- if
12    you need a break?
13        A  Yes.  Okay.
14        Q  And I only ask that you finish answering
15    the question before taking break or allow me to
16    finish asking my question before just getting up.
17        A  Yes, I understand.
18        Q  Also, can we agree not to speak over each
19    other?
20        A  Yes.
21        Q  So that the court reporter can take down
22    an accurate record.
23        A  (Witness nods her head.)
24        Q  And I also ask that you verbalize your
25    answers such as that, where you nodded your head,

**8**

1    so that the court reporter can take down an
2    accurate record.
3        A  I'll do that, yes.
4        Q  If at any point you do not understand or
5    hear my question, can you agree to communicate to
6    me that you do not understand the question or ask
7    me to repeat the question?
8        A  I agree to that, yes.
9        Q  And if you answer a question, it is safe
10    to assume that you understood the question,
11    correct?
12        MR. LOCKHART:  Objection, form.  You can
13    answer.
14        A  Yes.
15        Q  Finally, have you taken any medication or
16    substances today that might otherwise prevent you
17    from providing accurate or truthful answers?
18        A  No, sir.
19        Q  Now, during the deposition today, I will
20    be referring to SBI and Whinstone.  Are you
21    familiar with those entities?
22        A  I am.
23        Q  You understand that SBI is the plaintiff
24    in this case?

9

1    Q  And that Whinstone is essentially the
2  defendant in this case?
3    **A  Yes.**
4    Q  Are you also familiar with entities such
5  as Northern Data?  Do you know who Northern Data
6  is in this case?
7    **A  No.**
8    Q  Do you know or are familiar with or seen
9  documents referencing a company called GMO?
10   **A  No.**
11   Q  Are you familiar with any companies that
12 -- in this case through your review of documents
13 named Rhodium?
14   **A  Yes, I've seen the name.**
15   Q  You understand that when I reference SBI,
16 I'll -- in this case I'm referring to the
17 plaintiff in this case?
18   **A  Yes.**
19   Q  And when I'm referring to Whinstone, I'm
20 referring to the defendant in this case?
21   **A  Yes.**
22   Q  And I'll also be referring to an entity
23 named Canaan.  Are you familiar with the entity
24 Canaan?
25   **A  Yes.**

10

1    Q  You understand them to have been the
2  manufacturer of certain miners operated at the
3  Whinstone facility?
4    **A  Yes.**
5    Q  If I refer to the Canaan miners or the SBI
6  miners or the A10 miners, you will understand I'm
7  referring to the miners, unless stated otherwise,
8  that were operated by SBI at the Whinstone
9  facility in Rockdale?
10     MR. LOCKHART:  Objection, form.  Just for
11 point of clarification, there are non Canaan A10
12 series that are also SBI miners that were
13 operating at the Rockdale facility.  So are you
14 excluding those from the question of SBI miners?
15     MR. JOHNSON:  Yes.
16   Q  When I say SB miners -- SBI miners, I'm
17 only referring to the A10 miners that were
18 manufactured by Canaan, unless I otherwise state
19 or identify S9 miners or miners that weren't
20 otherwise manufactured by Canaan.  But generally,
21 in fact, all the time, I'm only referring to the
22 A10 miners manufactured by Canaan and operated at
23 the Rockdale facility.  Do you understand that?
24   **A  Yes, sir.**
25   Q  Now, if you want to -- if you need a

11

1  clarification based on my questions, please state
2  so.
3      Now, are you aware of any other miners
4  that were owned by SBI that were not A10 miners
5  manufactured by Canaan?
6    **A  Not that I can recall.**
7    Q  All right.  Are you aware of, as part of
8  your review of certain documents, SBI operating
9  any other type of miners other than the A10 miners
10 at the Rockdale facility?
11   **A  Can you clarify the timeframe?**
12   Q  Okay.  So what do you understand the
13 timeframe to have been when SBI was operating
14 miners at the Rockdale facility?  Do you
15 understand that time period to have been
16 approximately between June 2020 and through June
17 of 2021?
18   **A  Yes.**
19   Q  Okay.  So you understand that, just for
20 the relevant time period at least, when SBI's
21 miners were operated, you understand that time
22 period to have been June 2020 through June 2021,
23 correct?
24   **A  Yes.**
25   Q  And your understanding is that the miners

12

1  operated by SBI at that Rockdale facility during
2  that time period were generally Canaan A10 miners;
3  is that correct?
4    **A  I don't know if they operated any others.**
5    **Can I have some water?**
6    Q  Yes.
7    **A  I've got a dry throat.  Thank you.**
8    Q  Yeah, at any time.
9    **A  Thank you very much.**
10   Q  Now, how many of these Canaan A10 miners
11 do you understand were operated or attempted to be
12 operated at the Rockdale facility?
13   **A  There was a mix of models, so I'm not sure**
14 **about that.**
15   Q  Okay.  When you a say a mix of models, a
16 mix of what models?
17   **A  There were -- excuse me.  There were more**
18 **than just A10s.**
19   Q  Okay.
20   **A  I believe.**
21   Q  Okay.  And upon what basis do you have
22 that there were more than A10s being operated
23 there?
24   **A  Just review of documents in this matter.**
25     Are we calling A10s the whole entire

13

1  family?
2      Q  Yes.
3      A  Okay.
4      Q  So when I refer to Canaan miners or SBI's
5  miners, I'm referring to any versions of the A10
6  miners manufactured by Canaan.  Do you understand
7  that?
8      A  So the first model number would be 10 --
9      Q  Right.
10     A  -- followed by digits?
11     Q  Yes.
12     A  I see.  Okay.  Thank you.
13     Q  Are you aware of the -- well, what did
14 you -- how do you delineate between other --
15 strike that.
16        Is it your understanding that there are
17 other, quote-unquote, A10 models or versions?
18     A  I think there are many A10 models during
19 that period, and I think there were very many
20 versions.  I believe that, yes.
21     Q  Okay.  Can you clarify for me what you
22 mean by either versions or models because --
23     A  Yes.
24     Q  So can you state -- or explain what you
25 mean by versions or versions, start with versions

14

1  first, of the A10 miner?
2      A  Building -- excuse me, building
3  electronics hardware.  You assign a model number
4  first but the model number could delineate one
5  particular model frozen in time, or it could
6  delineate multiple versions with that same model
7  number.  The versions may be a variation in color,
8  a variation in function, a variation in software
9  and firmware.
10     Q  So when I reference or we're talking about
11 the A10 model, we're talking about a singular
12 model, correct?
13     A  No, sir.
14     Q  Okay.  So what I want to make sure when
15 we're going through this deposition is if I say a
16 model, you say there's multiple models, but you
17 also said there's also multiple versions; is that
18 correct?
19     A  That's what I think, yes.
20     Q  Okay.  So then tell me, which is what I
21 was trying to get at earlier, what makes -- what
22 do you understand the various models to be under
23 A10?
24     A  A10 is a family -- a product family.  And
25 the reason is it has an A10 and more digits after

15

1  it, the other digits after it delineate which
2  models fall into that family.  So when you only
3  use two of the four digits, it's a product family.
4      Q  Okay.  So now we have three words.  We
5  have a product family, a model and a version,
6  correct?
7      A  Yes, sir.
8      Q  All right.  So when I refer to A10s, you
9  are referring to the -- or I'm -- you understand
10 me to be referring to the A10 product?
11     A  The family of products.
12     Q  The A10 family of products?
13     A  Yes, sir.
14     Q  Correct?
15        And then below the A10 family of products,
16 there is a delineation of models?
17     A  Yes.
18     Q  Can you list that delineation of models?
19     A  I cannot.
20     Q  Can you identify any that you are aware
21 of?
22     A  I know 1041s were a part of the SBI fleet
23 at the time.
24     Q  And can you identify or have you
25 identified any versions, subsets to the A10

16

1  product family models?
2      A  That information was not provided to me by
3  the experts -- by your experts, no.
4      Q  Do you have any opinions as to the
5  specific differences within the A10 product family
6  models?
7      A  No, sir.
8      Q  Can you identify or have you identified
9  any differences within the A10 product family
10 models?
11     A  No, sir, not that I can recall.
12     Q  Other than that you're aware of that they
13 have different names, 10, with another name --
14 number behind it, right?
15     A  Yes, but they are different.
16     Q  But you can't identify the difference?
17     A  I wasn't given that.  I'm a rebuttal
18 expert in this matter, and I wasn't given that
19 delineation of the population by the opposing
20 experts.
21     Q  Okay.  So to the extent I'm asking
22 questions today regarding SBI's miners --
23     A  Yes.
24     Q  -- or the Canaan miners, we'll understand
25 that to be the product family A10 of Canaan

**17**

1  miners. Do you understand that?
2  **A Yes.**
3  Q Are you also aware -- strike that.
4    Well, do you know the number of Canaan A10
5  miners that were operated or attempted to be
6  operated at the Rockdale facility?
7  **A I believe it was around 20,000.**
8  Q And in your review of documents, are you
9  aware of any amount of other A10 models that were
10  sent to another facility in Russia?
11  **A I don't know the quantity. I know that**
12  **some were sent to Russia at some point.**
13  Q You understand -- or do you understand
14  that approximately 20,000 miners of the A10
15  product family were sent to Rockdale and another
16  20,000 were sent to a facility in Russia?
17  **A I know -- excuse me, I know some were sent**
18  **to Russia. I don't know where they came from, I**
19  **don't know how many were there.**
20  Q And you don't know whether or not those
21  miners were even A10s, is that what you're saying,
22  in Russia?
23  **A I haven't seen any data that supports that**
24  **in one way or the other, no.**
25  Q What did you do to prepare for today's

**18**

1  deposition?
2  **A I read the complaint -- excuse me, I read**
3  **Mr. Isaac's report and I read Mr. Byers' report.**
4  Q And you produced a rebuttal report in this
5  case, correct?
6  **A Yes.**
7  Q Did you review your rebuttal report?
8  **A I did. I have a copy here.**
9  Q As part of your preparation, did you speak
10  with any individuals other than counsel?
11  **A No.**
12  Q How much time within the last week did you
13  spend preparing for your deposition today?
14  **A I believe it was approximately -- are you**
15  **counting travel time?**
16  Q No.
17  **A I believe it was approximately six to**
18  **eight hours.**
19  Q How much time yesterday did you spend
20  preparing for this deposition?
21  **A It was about five or six hours.**
22  Q Okay. And you say you have your -- the
23  report you submitted in this case in front of you?
24  **A Yes, it's verbatim to the one you have.**
25  Q Okay. Do you have any other documents in

**19**

1  front of you other than your report?
2  **A No, sir.**
3  Q Do you have any material or notes other
4  than your report?
5  **A Only my report.**
6  Q Feel free to go ahead and access that
7  because I'm going to ask you some questions about
8  it --
9  **A Okay.**
10  Q -- at any time.
11  **A Thank you.**
12  Q Do you recall how much time you spent
13  drafting that report?
14  **A I don't recall.**
15  Q Are you being compensated as part of your
16  participation in this case?
17  **A I'm on salary with my firm.**
18  Q Do you know how much your firm is charging
19  Whinstone or how that compensation is provided?
20  **A It's per hour of my time.**
21  Q Okay.
22  **A Billable hours.**
23  Q So your company is getting paid by the
24  hour for your time?
25  **A Yes.**

**20**

1  Q Are they -- is your company charging for
2  any other individual's time as part of this case?
3  **A No.**
4  Q Are there -- are you aware of any other HK
5  -- well, what's the name of your company?
6  **A HKA Global.**
7  Q Are you aware of any other individuals at
8  HKA Global providing services to Whinstone related
9  to this matter?
10  **A No.**
11  Q Are you aware of any of HKA providing any
12  other services to Riot Platforms related to this
13  matter?
14  **A No. I do need to say, though, that my**
15  **partner always has to review our reports before**
16  **they're submitted to counsel. It's a -- it's not**
17  **an editorial for the content. It's just making**
18  **sure that it's clean, it's edited, commas are in**
19  **the right places. It's not edited content, but a**
20  **partner always has to check our work before we**
21  **submit it outside of our firm.**
22  Q Okay. And you're not a partner?
23  **A I am not.**
24  Q Did you receive any other assistance as
25  part of drafting your report?

---

**21**

1   A  No.

2   Q  So you alone drafted your report?

3   A  I did.

4   Q  Did you look to or consult with any other

5   experts or people with knowledge in formulating or

6   drafting your report?

7   **A  No, they're my opinions.**

8   Q  I'm just asking if you, like, spoke with

9   anyone in the industry or some other person who

10  could guide you to identify particular research

11  materials?  Did you rely on anyone else as part of

12  drafting your rebuttal report?

13  **A  No, sir.**

14  Q  Now, when was your -- when do you

15  understand your report was submitted?  Do you

16  agree your report was submitted in -- on or around

17  July 18th, 2025, correct?

18  **A  18th, yes.**

19  Q  How much time, prior to the submission of

20  your report, did you spend on drafting this

21  report?

22  **A  I don't have those hours with me.**

23  Q  Was it greater than 10 hours?

24  **A  Yes.**

25  Q  Was it greater than 20 hours?

---

**22**

1   **A  I don't know.  I would have to look at my**

2   **old timecards.  We submit timecards daily.**

3   Q  Was it less than 30 hours?

4   **A  I don't recall.  I would have to look at**

5   **my timecard for those details.**

6   Q  I'm just asking for a ballpark.  Did you

7   spend more than 40 hours?

8   **A  I don't know.  I would have to look at my**

9   **timecard.**

10  Q  Do you have -- okay, when did you -- when

11  do you recall that you began or -- the process of

12  drafting your report?

13  **A  I was doing research and gathering data**

14  **for probably about two weeks before I met you**

15  **onsite.**

16  Q  Okay.  And do you recall that time

17  period -- so you met me when we both, along with

18  Phil Isaac, inspected Building B at the Rockdale

19  facility?

20  **A  Yes, and there was another engineer there**

21  **with him.**

22  Q  Do you recall what month that was?

23  **A  It is in my report, do you want it?**

24  Q  Yeah, if you don't mind.

25  **A  It was in 2024 in November.**

---

**23**

1   Q  Since you have your report in front of

2   you --

3   **A  Yes.**

4   Q  -- can I direct you to page 2?

5   **A  Yes.**

6   Q  Paragraph 7.  So in paragraph 7, at the

7   bottom of page 2, it says, I have been assisted by

8   others in the preparation of this report.  I can

9   confirm that these individuals work under my

10  supervision and direction.

11      Earlier I asked you if you had worked with

12  anybody.  Is it that you didn't work -- is it true

13  that you didn't work with anybody or get any

14  assistance?

15  **A  Not on the content -- technical content, I**

16  **did not.  The partner has to work with me to**

17  **review the format.  We have a specific format for**

18  **our firm and he always helps me cleanup the**

19  **English language and clauses.  If something is not**

20  **understandable to him, he let's me know that.**

21  Q  Okay.  And so that's what you mean when

22  you say I confirmed these individuals worked under

23  my supervision and direction, that you're the one

24  who drafted this report?

25  **A  Yes, yes.**

---

**24**

1   Q  Do you know who Richard Peters is?

2   **A  Yes.**

3   Q  Did Richard Peters provide any assistance

4   to you in drafting this report?

5   **A  No.**

6   Q  Did you provide any assistance to Richard

7   Peters in drafting his report?

8   **A  I don't know what he may have included in**

9   **his report.  We have had internal team calls about**

10  **times, places, dates and things like that, but I**

11  **don't -- I haven't seen his report.**

12  Q  Do you believe that you've provided any

13  guidance to Richard Peters in support of his

14  report?

15  **A  I don't know that.  We would have to ask**

16  **him.**

17  Q  Okay.  So going back, earlier you said you

18  spent -- prior to your inspection of the facility

19  at Rockdale in November of 2024, you said you

20  spent about two weeks looking at material.

21  **A  I believe so, yes, in preparation for this**

22  **site visit.**

23  Q  Okay.  And then from that time period of

24  November 2024 to the time period when you

25  submitted this report in July of 2025, you can't

---

Transcript of Karen Rayment
Conducted on October 21, 2025

25

1  or you don't know how many hours you spent working
2  on this report?
3  **A No, sir. I would have to look at my old**
4  **timecards.**
5  Q  Did you regularly spend time between
6  November 2024 and July of 2025 working on this
7  report?
8      MR. LOCKHART: Objection, form.
9  **A I don't know what you mean by regular.**
10  Q  Couple of hours a week?
11  **A Oh, I would have to look at my timecards.**
12  **I have more than this matter --**
13  Q  Of course.
14  **A -- that I'm working on.**
15  Q  Yeah.
16  **A So I don't remember.**
17  Q  I apologize, I don't mean to speak over
18  you.
19      I'm just trying to get a ballpark figure
20  of how many hours you might have spent on
21  preparing this report. Is it possible for you to
22  go on a break and give me how many hours you spent
23  on this report?
24  **A No, sir, not today. I would have to**
25  **contact business support in our firm and they**

26

1  **would have to look up all my timecards between**
2  **when I was first on this case until now, and**
3  **they're very busy right now.**
4  Q  And how many cases have you been working
5  on between -- just generally between November and
6  July?
7  **A Once again I would have to pull my logs.**
8  **I don't know that.**
9  Q  Is it in excess of 10 cases you're working
10  on?
11  **A I don't know. I would have to look. I**
12  **can't speculate. I don't -- I rely on data, so**
13  **for my job it's data driven.**
14  Q  And so when you don't have the specific
15  number in front of you, it's your position that
16  you're just speculating when you don't know the
17  exact number?
18  **A I believe you asked me a ballpark figure.**
19  Q  Yeah.
20  **A That's where I got the idea that you want**
21  **me to speculate or have a guess at it. And the**
22  **data is there, I just don't have it at my**
23  **fingertips. If you need that data, I can get it**
24  **for you after this.**
25  Q  As part of your preparation for this

27

1  deposition, did you review any documents other
2  than what you listed earlier, which is your
3  report, Byers' report, Isaac's report and the
4  complaint?
5  **A That's all I recall reviewing.**
6  Q  As part of reviewing your own report, did
7  you review any documents cited in your report or
8  referenced in your report?
9  **A No.**
10  Q  Now, how many times have you been retained
11  as a testifying expert in a lawsuit or civil
12  matter or criminal matter?
13  **A Over what time period, sir?**
14  Q  Over your career generally?
15  **A Oh, my. I'm thinking. May I have the**
16  **question again, please?**
17  Q  Yes. How many times have you been
18  retained as a testifying expert generally?
19  **A May I ask another question?**
20  Q  Yeah, go ahead.
21  **A Clarifying question.**
22  Q  Yes.
23  **A There were many times when I worked for a**
24  **different consulting firm where we were retained**
25  **to do investigations on a failure of some sort,**

28

1  **because I do failure analysis and scientific**
2  **method to help clients that turned into a lawsuit**
3  **later, so it was pre-litigation retention as well.**
4      **Are you asking me for the total number of**
5  **cases I've ever had or only the ones that either I**
6  **was hired for a lawsuit or it turned into a**
7  **lawsuit?**
8  Q  Only for the ones that it turned into a
9  lawsuit?
10  **A Got it. More than 100.**
11  Q  And then out of those more than 100, I
12  believe your testimony was that you've been
13  deposed at least 20 times?
14  **A Yes.**
15  Q  And have you ever provided testimony not
16  as an expert?
17  **A No.**
18  Q  You said you reviewed the complaint in
19  this case.
20  **A I did.**
21  Q  Okay. What is your understanding of SBI's
22  allegations in this case?
23  **A I would need to review the complaint**
24  **again, it's been a while.**
25  Q  Okay. Let me -- I'm going to hand you a

29

1  copy of the complaint.
2      **A  Thank you.**
3      MR. JOHNSON:  It's been previously marked
4  Exhibit 1.
5      (Exhibit 1 discussed.)
6      **A  What I understood from the complaint was**
7  **that SBI wanted to ship miners, bitcoin miners,**
8  **specifically bitcoin miners to the location in**
9  **Rockdale to be operated by the colocation host,**
10 **Whinstone.  That was my understanding of this.**
11     Q  So you say you've testified in at least 20
12 cases previously to this, correct?
13     **A  Yes.**
14     Q  All right.  Were those all civil matters
15 or --
16     **A  Yes.**
17     Q  -- or were any --
18     **A  Sorry.**
19     Q  Yeah.  Those were all civil matters,
20 correct?
21     **A  Yes.**
22     Q  None of those matters were criminal
23 matters, correct?
24     **A  No, sir.**
25     Q  Okay.  Do you know --

30

1      **A  I'm sorry, I need to revise that.  I said**
2  **no to you.  You asked me if it's correct and I**
3  **said no.  It is correct.**
4      Q  Yes, it is correct they were all civil
5  matters?
6      **A  Yes, I'm sorry, yes.**
7      Q  And this is the -- when you say you
8  reviewed the complaint as part your preparation,
9  this is the complaint you're referring to,
10 correct?
11     **A  It is, yes.**
12     Q  Let me direct you to page 14 of this
13 complaint.  It's the paragraph numbered 10.  Do
14 you see that?
15     **A  Yes.**
16     Q  And you understand that this complaint
17 represents most of the allegations or some of the
18 allegations SBI has lodged against Whinstone in
19 this case, correct?
20     **A  I'm sorry, I need it again.**
21     Q  Yeah, you understand -- well, let me start
22 it this way.  You've been involved in litigation
23 before, correct?
24     **A  I have, yes.**
25     Q  You've been involved in litigation as an

31

1  expert, correct?
2      **A  Yes.**
3      Q  And you've reviewed complaints before?
4      **A  I have, yes.**
5      Q  And so you have some familiarity with
6  lawsuits generally?
7      **A  I do, yes.**
8      Q  And the -- how allegations are asserted in
9  a lawsuit?
10     **A  That's right.**
11     Q  Okay.
12     **A  Yes.**
13     Q  In the cases you've worked on, what type
14 of cases were they?  What category of cases?  Can
15 you list -- well, let me ask it this way.
16     In your past where you were a testifying
17 expert, were they breach of contract cases?
18     **A  No, sir.  I -- I'm an electrical engineer.**
19     Q  Okay.
20     **A  I just testify to the technical details**
21 **and try to explain that to the Court and officers**
22 **of the Court.**
23     Q  Okay.  So in the 20 or so cases that
24 you've been asked to testify in, what type of
25 cases were they?  Were they, like, product

32

1  liability cases, were they negligence cases, were
2  they engineering failure cases?  Can you generally
3  describe what type of cases you have experience in
4  testifying to?
5      **A  Yes.  I -- I've had some product liability**
6  **cases for electronics and electrical devices or**
7  **equipment.  I've had some professional liability**
8  **for electrical and electrician contractors.  I've**
9  **had premises liability cases where somebody got**
10 **shocked or electrocuted, where I had to interpret**
11 **the failure for the Court and whether the failure**
12 **was human error or a lack of facility safety.**
13 **Those kinds of cases.**
14     **So basically, the results were either**
15 **personal injury or wrongful death or premises or**
16 **in some cases, whether or not an electrical**
17 **contractor or an electrician, colocation, data**
18 **centers, whether there was something wrong -- went**
19 **wrong there.**
20     Q  So is it safe to say that prior to this
21 case, you've never worked in or recall being asked
22 to testify in a case involving a breach of
23 contract claim?
24     **A  I have been involved in breach of contract**
25 **claims, but I don't interpret the contracts.**

Transcript of Karen Rayment
Conducted on October 21, 2025

---

33

1    Q So in your past retainment as an expert,
2    you were never asked to interpret the terms of a
3    contract?
4    **A No, sir, I'm not a business attorney.**
5    Q Do you recall ever being asked to
6    interpret the terms of any contract as part of
7    your retainment as an expert?
8    **A Yes, when counsel asked me direct**
9    **questions about the electrical portion.**
10   Q But the bulk of your past testimony as an
11   expert relates to premises liability, product
12   liability, professional liability and personal
13   injury cases arising from products?
14      MR. LOCKHART: Objection, form.
15   **A I don't know what you mean by bulk.**
16   Q Yeah, that's the vast majority of the type
17   of cases that you've worked on; is that fair?
18   **A No, not vast majority, no.**
19   Q Okay. Outside of premises liability,
20   product liability and professional liability and
21   personal injury cases, have you worked on any
22   other type of cases?
23      MR. LOCKHART: Objection, form.
24   **A I really would have to review my records**
25   **and count them. I can't count them in my head**

---

34

1    **right this minute.**
2    Q Yeah, I'm not asking for a count, I'm just
3    asking for you to identify, just generally, what
4    the type of cases you worked on. I just named
5    four. Are there any other type of cases?
6       MR. LOCKHART: Objection, form.
7    **A I'm not trying to pushback or be**
8    **contentious, but I believe the terms that you're**
9    **using with me are legal terms. And I don't want**
10   **to misspeak if a legal term means something**
11   **different to me than you. That's why I'm hesitant**
12   **to answer that.**
13   Q Okay.
14   **A Because you're -- I believe you're naming**
15   **legal claims to me and I'm not an attorney, sir.**
16   Q Okay. So for the duration of this
17   lawsuit, we'll acknowledge that you're not an
18   attorney, correct?
19   **A Yes, so I don't understand the legal**
20   **terms.**
21   Q Right. And for the duration of this
22   deposition and in this case, you're not going to
23   be offering any type of legal opinions; is that
24   correct?
25   **A No.**

---

35

1    Q And you will not be offering any opinions
2    as to the definition of any terms within the
3    contract at issue in this case; is that fair?
4    **A I can't predict that. It depends on**
5    **whether you asked me technical questions that are**
6    **included.**
7    Q Well, were -- do you understand whether or
8    not you will be opining on any terms within the
9    contract between SBI and Whinstone in this case?
10   **A There are a lot of technical terms in this**
11   **contract. For instance, the electrical. So if**
12   **I'm asked questions about what does that mean or**
13   **define gigawatt hours or -- then of course I'm**
14   **going to try and answer that to explain it.**
15   **That's part of my technical expertise.**
16   Q Okay. So you're limiting your expertise
17   to interpreting any technical terms; is that fair?
18   **A I think I have to wait and see for the**
19   **questions.**
20   Q Okay. So going back to this complaint and
21   page 14.
22   **A Yes.**
23   Q Number 10.
24   **A Yes.**
25   Q It states, Whinstone failed to provide

---

36

1    services or data center in accordance with
2    industry standards.
3       Are you offering any opinion as to whether
4    or not Whinstone failed to provide services in
5    accordance with industry standards?
6    **A I haven't seen any data offered by**
7    **Mr. Isaac or Mr. Byers that shows me a failure to**
8    **provide it. They haven't given me anything**
9    **showing that in this case. There is no -- there**
10   **is no scientific method employed to rule in or**
11   **rule out this assertion to a scientific certainty.**
12      **There are specific scientific methods to**
13   **pursue, in asserting this claim, and I haven't**
14   **seen the scientific method used or the data used**
15   **to arrive at this conclusion. So this seems to me**
16   **like an accusation or an assertion, but I haven't**
17   **seen anything to date that backs up this assertion**
18   **in this matter.**
19      MR. JOHNSON: Objection, nonresponsive.
20   Q I'm asking you if you are offering any
21   opinion as to whether or not Whinstone failed to
22   provide services in accordance with industry
23   standards?
24   **A I'm really trying to answer that and not**
25   **be nonresponsive. There's a method that engineers**

---

Transcript of Karen Rayment
Conducted on October 21, 2025

37

1  and scientists use called the scientific method
2  and it's perfectly aligned at trying to get at
3  this question you're asking me.
4      And I'm telling you I can't rule it in or
5  rule it out at this point to a scientific
6  certainty, because I haven't seen the data
7  presented according to investigation
8  methodologies, investigation processes. This is
9  the original -- I believe this is the original
10 accusation or assertion in this matter, and I
11 haven't seen anything in any of my research or
12 reading showing whether Whinstone failed to do
13 that.
14     MR. JOHNSON: Objection, nonresponsive.
15  Q Let me ask it this way.
16     Were you asked to offer any opinion as to
17 whether Whinstone provided services in accordance
18 with industry standards?
19  A No, I was asked to review the people that
20 were responsible for that.
21  Q When you say review the people?
22  A Their work, not the people. I'm sorry, I
23 misspoke, sir. I was asked to review their
24 assertions, their methodology, their processes and
25 their opinions in this matter.

38

1  Q And those people you're referring to are
2  the experts presented by SBI in this case, Charles
3  Byers and Phillip Isaac, correct?
4  A Yes, sir.
5  Q You're not talking about any other people?
6  A I am not.
7  Q All right. So you understand that the
8  scope of your opinion is merely a critique of
9  Phillip Isaac and Charles Byers' opinions in this
10 case, correct?
11  A Yes.
12  Q So you won't be offering any opinions
13 outside of a critique of Charles Byers' and
14 Phillip Isaac's report; is that correct?
15  A I'm a rebuttal witness for them. My
16 understanding of that role is that I agree to
17 read, meet Mr. Isaac and his mechanical engineer
18 on site with you there, sir. And just observe and
19 review their documents and their opinions and then
20 opine on their work.
21  Q And when you say, opine on their work --
22  A Yes.
23  Q -- you're keeping your opinions to an
24 analysis of what they did, correct?
25  A Yes.

39

1  Q You're not doing your own separate
2  research to make a determination as to what the
3  individuals who operate at Whinstone did, correct?
4  A I'm sorry, can I have that again?
5  Q Yeah. You understand the scope of your
6  expert testimony to be limited to a critique of
7  Mr. Isaac and Mr. Byers' report, correct?
8  A Their reports, yes, but their process and
9  methodology as well.
10  Q And you won't be offering any opinions
11 that don't specifically rely or relate to a topic
12 matter propounded by Mr. Isaac or Mr. Byers?
13     MR. LOCKHART: Objection, form.
14  A I wouldn't really put it that way, because
15 I do bring experience, knowledge, academics and
16 practice in electrical engineering to this case.
17 I am an expert in my field by practice and
18 academics.
19     So I am able to provide information on the
20 way they did their work, not just their opinions
21 but the way they arrived at their opinions, so
22 their process, the methodology they employed, if
23 any, their opinions, whether they're within the
24 practice of electrical and mechanical, whatever
25 they bring in their reports. I'm also qualified

40

1  and I do look at the way they form those opinions,
2  so it's not just their result that I am looking
3  at.
4  Q Let me direct you to your report, page 9,
5  the section entitled Dispute.
6     You drafted this section, correct?
7  A Yes, I did.
8  Q So here under the section entitled
9  Dispute, you write, This report has been produced
10 due to a dispute over the performance of mining
11 hardware sold by Canaan as the A10 series of
12 miners. The physical mining environment during
13 June 2020 through June 2021, approximately, that
14 the mining host Whinstone provided for SBIC at
15 Whinstone's Rockdale facility and the amount of
16 hashing power produced during the time the A10
17 series miners were installed in the host
18 environment.
19     Did I read that correctly?
20  A Yes.
21  Q Is that your understanding of the dispute
22 in this case?
23  A Yes.
24  Q Do you also understand that SBI has
25 alleged breach of contract in this case?

Transcript of Karen Rayment
Conducted on October 21, 2025

41

1    A  Yes, I read that.
2    Q  And do you understand that the allegations
3  or the elements for which SBI has alleged that
4  Whinstone breached their contract?
5      MR. LOCKHART:  Objection, form.
6    A  I don't understand the question, I'm
7  sorry.
8    Q  Yeah.  So then let's go back to the
9  complaint again, that paragraph 10 I'm just
10  trying --
11    A  Sure.
12    Q  -- to understand the scope of your
13  testimony.
14    A  Okay.
15    Q  So would you agree that Mr. Isaac and
16  Mr. Byers have provided testimony and intend to
17  provide testimony related to whether or not
18  Whinstone provided services in accordance with
19  industry standards?
20    A  Do I understand that they're providing
21  testimony?
22    Q  Yes.
23    A  According to industry standards?
24    Q  No, the -- let me be more specific.
25    A  Thank you.

42

1    Q  You understand that Phil Isaac and -- Phil
2  Isaac and Chuck Byers are providing testimony
3  related to whether or not Whinstone provided
4  services in accordance with industry standards?
5    A  I believe that's what they are trying to
6  do, yes.
7    Q  But you don't offer your own opinion as to
8  whether or not Whinstone failed to provide
9  services in accordance with industry standards?
10    A  I did not do that investigation.  I'm --
11  no.
12    Q  So then going back to the dispute, page 9
13  of your report, section F.
14    A  Yes.
15    Q  You understand that this is -- this
16  dispute is over the performance of A10 miners,
17  correct?
18      MR. LOCKHART:  Objection, form.
19    A  Yes.
20    Q  And what do you understand that dispute to
21  be over as it relates to the performance of these
22  Canaan A10 miners?
23    A  The physical mining environment is what's
24  stated in the dispute.
25    Q  So there's a -- your understanding that

43

1  this dispute is over whether or not Whinstone
2  provided an adequate physical mining environment?
3  Is that --
4    A  To my knowledge, that's a part of the
5  dispute.  It's not the whole focus, I don't
6  believe, but I'm not a contract lawyer, so I think
7  there are other things that they're disputing that
8  are outside of my professional ability to
9  evaluate.
10    Q  Okay.  But you've been retained to at
11  least opine or critique the opinions of Phil Isaac
12  and Charles Byers as it relates to the
13  environmental conditions at the Rockdale facility?
14      MR. LOCKHART:  Objection, form.
15    A  That's part of it.
16    Q  Let's take a look at your CV, which is, I
17  believe, page 49.
18      Ms. Rayment, could you just briefly
19  describe your post high school education?
20    A  Sure.  I'm -- do you want all of it or
21  just pertaining to electrical engineering?
22    Q  All of it.
23    A  Okay.  After high school I flew and sat
24  for and obtained a private pilots license and then
25  went on to get my commercial instrument license.

44

1  Then I went in the Navy, US Navy where I was
2  trained for two-and-a-half years on data systems.
3      Then I went to U.C. Berkeley, the College
4  of Engineering for Electrical Engineering and
5  Computer Sciences, which is a dual major there in
6  the engineering college.  I then followed up with
7  that -- with a master's degree in electrical
8  engineering for wired and wireless data
9  communication systems.
10      A couple of years later I got my MBA,
11  because I was managing a department and an
12  electrical equipment company.  We designed and
13  manufactured electrical equipment and managing a
14  department required me to understand budgetary
15  accounting stuff and finance for my department, so
16  I went back to school and got a MBA for that.
17      Since then I've had multiple classes, the
18  refresher classes -- excuse me, for my PE
19  licenses, my project management professional
20  license.  You have to do continuing education,
21  much like MCLEs for attorneys.
22    Q  Okay.  So what year did you get the
23  pilot's license approximately?
24    A  I want to say 1990, 1989 approximately.
25    Q  That was after high school?

Transcript of Karen Rayment
Conducted on October 21, 2025

45

1  A  Yes.
2  Q  And then it says here, I'm looking at page
3  49 at the top.
4  A  Yes.
5  Q  Well, let me ask you this, then you went
6  into the Navy for two years, correct?
7  A  I went into the Navy for four-and-a-half
8  years.
9  Q  Okay.
10  A  My schools were two years.
11  Q  I see.
12  A  A little more than two years, yes.
13  Q  Okay.  And then so in 1989 you get your
14  pilot's license?
15  A  Yes.
16  Q  Thereafter you spent approximately four
17  years in the Navy, correct?
18  A  Yes.
19  Q  And then you went to get your
20  undergraduate degree at U.C. Berkeley, correct?
21  A  That's right.
22  Q  What year did you graduate from U.C.
23  Berkeley?
24  A  2001.
25  Q  Okay.  And then after graduating from U.C.

46

1  Berkeley with a bachelor of science in electrical
2  engineering and computer science, you then -- you
3  went on to get a master's or the -- okay.
4  A  Master's in electrical engineering.
5  Q  And what year did you get that master's?
6  A  It was 2005.
7  Q  And then you got that master's from San
8  Francisco State University, correct, in 2005?
9  A  Yes.
10  Q  And then here looking at, it says you got
11  an MBA from California State University.  What
12  year did you get that MBA?
13  A  2011.
14  Q  I'm going to hand you a document that I've
15  marked Exhibit 144.
16     (Exhibit 144 marked.)
17  A  Thank you.
18  Q  You agree that -- and this appears to be
19  your LinkedIn profile?
20  A  Yes.
21  Q  Did you draft your own LinkedIn profile?
22  A  Yes.
23  Q  So going back in the history of this
24  document, going to page 5, you have under
25  education, U.C. Berkeley, which you graduated in

47

1  2001, correct?
2  A  I did, yes.
3  Q  And then you got your master of science in
4  electrical engineering in 2005, and your MBA in
5  2011, correct?
6  A  Yes.
7  Q  Okay.  And then here it lists electronics
8  hardware design and development engineer -- well,
9  let's turnover to -- well, let me ask you this.
10  Who is your first employer as listed here
11  in this LinkedIn in 2001?
12  A  I worked for Netopia, which was a
13  start-up.
14  Q  What kind of company was Netopia?
15  A  Technical company, I designed and built
16  data communications equipment for them.
17  Q  Data and communication equipment is pretty
18  broad.  What type of data and communication
19  systems were you -- are you referring to?
20  A  Routers, switches, set-top boxes that
21  could stream video.
22  Q  And Netopia is N-e-t-o-p-i-a?
23  A  That's right.
24  Q  So turning to page 51 of your report.
25  A  (Witness complies.)

48

1  Q  Under experience, litigation support and
2  expert testimony, it says Netopia, do you see
3  that?
4  A  Yes.
5  Q  Okay.  Under there it says, Karen provided
6  patent and trademark technical support for the
7  legal department of a computer networking company
8  and assisted in intellectual property disputes.
9  Do you see that?
10  A  Yes.
11  Q  Okay.  Is that what's being referred to
12  here in your LinkedIn profile under electronics
13  hardware design and development engineer?
14  A  Yes.
15  Q  And in your CV, you put this under the
16  category of litigation support and expert
17  testimony.  What litigation support and expert
18  testimony did you provide for Netopia?
19  A  I assisted our general counsel and outside
20  counsel by explaining to the attorneys what the
21  technology did and how it did it.  We had several
22  patent disputes at that time, because it was a
23  start-up company.
24  Q  Do you recall providing any expert
25  testimony on behalf of Netopia?

Transcript of Karen Rayment
Conducted on October 21, 2025

49

1    A I did not.
2    Q And was Netopia a manufacturer or
3 distributor of what you called communication --
4    A Data communication.
5    Q Data communication equipment?
6    A We were an OEM, that's an original
7 equipment manufacturer. We were vertically
8 integrated when I first started.
9    Q So Netopia essentially assembled the parts
10 to create a final product?
11    A No, we were the designers. We designed --
12 excuse me.
13    So on my own designs, I would design the
14 router or the piece of equipment that was
15 commissioned by our customers. We had
16 business-to-business customers. So I would design
17 whatever we were working on, for instance, a
18 set-top box or Deutsch telecom in Germany, so I
19 designed that on a schedule. I would take it
20 through pilot build, which is manufacturing small
21 batch build.
22    I would do verification and validation of
23 the equipment, which means you compare the actual
24 design intent to the function and performance and
25 then you see where the gaps are and redesign if

50

1 you have to before you go on to major
2 manufacturing where you spend a lot of money to
3 produce a bunch of them.
4    Q Okay. Did you -- are you listed as an
5 inventor any patents?
6    A No.
7    Q At Netopia, were you asked -- or did you
8 participate in the design of any data center --
9 data center facilities?
10    A No, not in Netopia.
11    Q At Netopia, did you participate in the
12 design of any type of IT equipment?
13    A Yes.
14    Q What type of IT equipment did you help
15 design?
16    A Routers, switches, power supplies and
17 there may be a couple more that I assisted with.
18    Q And you worked at Netopia from
19 approximately 2001 to 2005, correct?
20    A That's right, yes.
21    Q And then you went to go get your MS from
22 San Francisco State University or you got it
23 concurrently with that -- that time period?
24    A Yes, I was working while I got the
25 master's in electrical engineering.

51

1    Q Okay. And then where did you go to work
2 after working at Netopia?
3    A I went to Exponent.
4    Q Okay. And going to page 51 of your --
5    A Yes.
6    Q -- report under section, litigation
7 support and expert testimony you list Exponent at
8 Menlo Park in California, right?
9    A That's right.
10    Q What kind of company was Exponent?
11    A It's a failure analysis company,
12 engineering and scientist.
13    Q And when you say it's a failure analysis
14 company, what type of -- what type of products or
15 facilities or anything was Exponent providing a
16 failure analysis or design of?
17    A Do you want just my practice group or just
18 me or the entire -- they're global, so can we
19 narrow it down?
20    Q Okay. Let's narrow it down to what you
21 specifically had experience in as it related to
22 failure analysis in design development?
23    A Thank you. So I had some device
24 electronic and electrical -- excuse me. I had
25 some device studies that I performed research for

52

1 other companies who were in development with
2 things that they wanted to produce. I did
3 building and facilities electrical design analysis
4 and research.
5    Thank you so much.
6    So I did a lot of facilities. I did
7 electrical equipment, cabling and wiring.
8 Anything that was either in production or in
9 design that people wanted help with. We were a
10 consulting firm, so we would take anything that,
11 you know, came in and assign it to the appropriate
12 experts.
13    Q So Exponent was a consultant firm?
14    A It is, yes.
15    Q And they consulted on engineering or
16 engineered products and consulted on how those
17 products may or may not fail; is that correct?
18    A Yes, that's part of it.
19    Q And what was -- did they also provide
20 services related to design and development of
21 certain engineered products?
22    A We didn't provide engineering help in
23 design. We were not a design consultant. So what
24 I did for Netopia was not part of it. It was
25 failure analysis consulting and we had multiple

53

1 practice groups. So I can give you one instance
2 that is public domain if you'd like an example.
3    Q Yeah, briefly.
4    A Toyota had a brake problem where the
5 brakes were -- I don't remember them, either not
6 working or working spontaneously when nobody
7 pressed the brake pedal. And Toyota came to us to
8 evaluate why this happened, why could it have
9 happened, how -- you know, how does it happen are
10 the questions that we got. And that brake failure
11 analysis went to our mechanical automotive
12 engineers and then electronics was a part of it
13 because of the computer.
14    Q Okay.
15    A As one instance of the kinds of projects
16 we worked on.
17    Q Okay. That's helpful.
18       So Exponent generally -- or what products
19 did you -- or category of products did you
20 generally work on or analyze during your time at
21 Exponent?
22    A I had a broad range of products and
23 failures of systems, so we didn't just limit the
24 work to a failure of one object or one product
25 family. Sometimes we were called in to evaluate

54

1 power grid failure, which involved many, many
2 pieces of equipment over miles, so system
3 failures. I did a lot of data hauls and IT
4 failures.
5       If they were seeing a great spike in, for
6 instance, a data haul that was shutting down, we
7 would go in and start at the power mains and look
8 all the way through the products in that system.
9    Q Okay. And then do you recall if, during
10 your time at Exponent, if you provided any failure
11 analysis as it related to the design of any data
12 centers?
13    A Yes.
14    Q Okay. And what type of data centers do
15 you recall providing any type of analysis for as a
16 part of your time at Exponent?
17    A They were commercial data centers, but I
18 did have one case that came in that was assigned
19 to me that was a small data center for a chain of
20 restaurants. That's the only -- it was more of a
21 data closet at that time. It had four servers,
22 battery backups, a lot of cabling and it went out
23 over a Wi-Fi network for all practical purposes.
24 So that was the small data center, if you will,
25 all the way up to a campus -- data center campus

55

1 with multiple building.
2    Q And this is during your time period at
3 Exponent?
4    A It was, yes.
5    Q When you said a large campus -- strike
6 that.
7       Was it your job to analyze or were you
8 asked to or charged with analyzing the design of
9 that facility, whether or not it was adequate to
10 host the computer equipment or IT equipment that
11 was being operated there?
12    A Excuse me. If you're asking me about the
13 data center environment where the servers and the
14 IT equipment lived, typically depending on what
15 was failing or what was indicated to perhaps fail
16 prematurely in its lifecycle, then we would call
17 in our civil structural engineering group for
18 that. So it was always on large campuses, it was
19 a multidisciplinary team. We stuck to our
20 specialties and helped each other with that and
21 shared data.
22    Q Okay. So what you're saying is that to
23 the extent you had a role in analyzing any -- or
24 performing any failure analysis, your role was
25 limited to analyzing the potential failures or

56

1 cause of failures as it related to the specific IT
2 equipment?
3    A Sometimes. I could -- excuse me again, I
4 don't know what this is.
5       I could look at the -- and do research on
6 the IT equipment and the surrounding support
7 systems, the electrical equipment, but sometimes
8 there is overlap saying, this IT equipment may be
9 failing because of something in the environment.
10 So if there was a, I don't know, a high chlorine
11 count in the air, our samples were taken by people
12 who could do EHS, enterprise health systems, and
13 see what the air was. I would not do that work,
14 but I would have access to that data to see if it
15 would impact the failing of equipment, if that
16 makes sense.
17    Q Okay. Would you like to take a break at
18 this time?
19       MR. LOCKHART: Let's take one.
20    A I would, thank you very much.
21       VIDEOGRAPHER: The time is 10:50 a.m. We
22 are going off the record.
23       (Recess, 10:50 a.m. to 11:05 a.m.)
24       VIDEOGRAPHER: The time is 11:05 a.m. We
25 are back on the record.

Transcript of Karen Rayment
Conducted on October 21, 2025

15 (57 to 60)

57

1    Q  Going back to look at page 51 under
2  litigation support and experience?
3    A  Yes.
4    Q  Does CASE Forensic provide similar
5  services as Exponent does?
6    A  Yes.
7    Q  Okay.  And you said you've have testified
8  at least some 20 times, right, in the past?
9    A  Yes.
10    Q  Were all of those expert testimonies or
11  retainments during your time period at CASE
12  Forensics?
13    A  No, they were spread out.
14    Q  Okay.  So you actually testified while you
15  were at Exponent?
16    A  Yes.
17    Q  Did you testify while you were at Netopia?
18    A  No.
19    Q  As part of your expert testimony, did you
20  ever opine regarding the design of any data
21  centers?
22    A  Design of the building?
23    Q  Let's start with the design of the
24  building, yes?
25    A  No, that would be civil structural.

58

1    Q  Okay.  Did you ever provide any expert
2  testimony as it related to the cooling
3  infrastructure of any data centers?
4    A  Yes.
5    Q  Okay.  What was your experience or what
6  did that relate to?
7    A  Well, I had several cases, some were
8  hotspots, some were cold spots, some were HVAC
9  failures, so they call them computer room air
10  conditioning or CRAC units.  There were other
11  failures as well that I looked into and data
12  centers.  There were some rack level and aisle
13  level failures and there were some containment
14  failures.  So I've had a broad spectrum of
15  experience in IT.
16    Q  And was that testimony related to failures
17  of those systems or the design of those systems?
18    A  Failure tends to be a broad category in my
19  profession.  So some of them were -- excuse me.
20     They weren't failure all the time from the
21  perspective where something just stops working,
22  they could be degraded performance.  They could be
23  length of lifecycle degradation over a quicker
24  period than you would expect.
25    Q  And when you say degradation of lifecycle,

59

1  you're talking about IT equipment?
2    A  Not limited to IT, but yes.
3    Q  What type of equipment have you provided
4  expert testimony on as it relates to IT equipment?
5    A  Back up generators, switch gear,
6  electrical panels, servers, computer storage and
7  ray to rays, cabling, switches, if I didn't say
8  that, I may have said that, routers and modems.
9  And this is not all inclusive, because I'm going
10  off the top of my head.
11    Q  Okay.  Did any of those expert engagements
12  involve making a determination as to why certain
13  IT equipment underperformed or failed?
14    A  Yes.
15    Q  And was that always in the context of a
16  litigation?
17    A  No.
18    Q  Now, going to -- when did you stop working
19  at CASE Forensics?
20    A  I have to think about it.
21    Q  Well, I'm looking at your LinkedIn as
22  well.
23    A  Oh, thank you.  That's a good reference.
24  I stopped there in 2018.
25    Q  And you also -- CASE Forensics is also a

60

1  Jen Hughes company; is that right?
2    A  Jensen -- excuse me, Jensen Hughes
3  purchased CASE in 2016 and I worked there a couple
4  of years after the brand change or the company
5  change.
6    Q  And you provided the same type of expert
7  testimony services or expert analysis services?
8    A  Yes, sir.
9    Q  And then you left in February of 2018.
10  What did you do after leaving Jensen Hughes?
11    A  I worked on the railroad for STV.  I was a
12  senior program manager for Bay Area Rapid Transit
13  or BART.  STV is a consulting firm and I went to
14  work for BART for Traction Power Management for
15  some new installs in contracts.  And I was
16  secunded the first week, so I was an owners
17  engineer for that duration on big construction
18  products.
19    Q  And then it says you went to work at the
20  Lovevery?
21    A  Lovevery, yes.
22    Q  Lovevery, okay.  What did you do there?
23    A  I had many hats, it's a start up.
24  Jessica, one of the owners of the company and the
25  founder was a previous client of mine from CASE

Transcript of Karen Rayment
Conducted on October 21, 2025



Page 61

1   Forensics -- excuse me, and she came and got me
2   and asked me to stand in as the VP for her and get
3   some departments started up.
4       Q   And then going towards the end you spent
5   the last year and three months at HKA, correct?
6       A   Yes.
7       Q   And then prior to that you worked the
8   Amazon Web Services and Superpedestrian, correct?
9       A   Yes.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 63

1       A   So I mine for myself.
2       Q   Okay.  So you mine for yourself?
3       A   Uh-huh.
4       Q
5
6
7
8
9       Q   Okay.  And prior to that, you have no
10  other experience related to cryptomining
11  equipment?
12      A   No, no.
13      Q   So it's only those, essentially, two
14  instances,                        and your
15  current personal mining at your home; is that
16  fair?
17      A   That's fair.
18      Q   So prior to this case, you don't have any
19  experience related to analyzing bitcoin or
20  cryptomining farms; is that fair?
21      A   I need it again.  I'm sorry.
22      Q   Yeah.  Prior to this case, you've never
23  been engaged to provide expert testimony related
24  to a cryptomining facility, correct?
25      A   No expert testimony,

Page 62

1
2
3
4
5
6
7
8
9
10
11
12
13
14                  .
15
16
17
18                  have you ever worked on any
19  project related to cryptominers?
20      A   Commercially?  I mine at home.
21      Q   Okay.  Yeah, any experience related to
22  cryptomining?
23      A   I have two miners running at home right
24  now.
25      Q   Okay.

Page 64

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16      Q   Okay.  Now -- strike that.
17      Your -- you have no experience, however,
18  analyzing the environmental conditions for a
19  bitcoin mining facility, correct?
20      A   Specifically for bitcoin?
21      Q   Yes.
22      A   Or crypto?
23      Q   I'm sorry.  You have no experience
24  analyzing the environmental conditions for any
25  cryptomining facility, correct?

Transcript of Karen Rayment
Conducted on October 21, 2025



Page 65

15    MR. LOCKHART: Objection, form.

25    MR. LOCKHART: Let her finish her answer.

Page 66

18        MR. JOHNSON: Objection, nonresponsive to
19 everything after "yes."
20    Q  Ms. Rayment, have you ever worked for data
21 design centers?
22    A  Design -- data design, I don't know what
23 that means.
24    Q  Okay.  Have you ever worked for a company
25 who provided consultation or advice on how to

Page 67

1 properly design a data center?
2    A  Yes, consulted.
3    Q  Do you have any certifications
4 specifically pertaining to data center design?
5    A  My continuing education credits from my
6 professional engineering license, yes.
7    Q  Those specifically relate to data center
8 design?
9    A  All aspects of data centers, yes, and the
10 Navy, I was trained in the Navy for data centers
11 as well.
12    Q  Do you currently serve in any
13 organizations related to the design of
14 cryptomining facilities?
15    A  No.
16    Q  Does any -- is any of your experience
17 related to the designing of a data center
18 applicable to the designs of a cryptomining
19 facility?
20    A  I'm sorry, I need it again.
21    Q  Yeah.  Does any of your past experience
22 related to the designing of a data center
23 applicable to designing a cryptomining facility?
24    A  There are some elements that are relevant,
25 not all.

Page 68

1    Q  What elements are relevant?
2    A  The process and -- excuse me, the process
3 and methodologies are common.  The electrical
4 infrastructure evaluations and processes are
5 common.
6    Q  Anything else that are common between the
7 two disciplines of data center design and
8 cryptomining facility design?
9    A  I would like to revise and just say the
10 entire power system processes and the power system
11 distribution circuits, if you will, you have to
12 think that through very carefully, document the
13 design.
14    Q  Okay.  So our initial question was related
15 to whether or not your past experience related to
16 data centers is in any way applicable to designing
17 a cryptomining facility?
18    A  Yes.
19    Q  And you said some elements overlap or are
20 relevant, correct?
21    A  That's right.
22    Q  Okay.  And I asked you to identify those
23 elements and you said process, methodologies and
24 electrical infrastructure evaluations, correct?
25    A  Yes.

Transcript of Karen Rayment
Conducted on October 21, 2025

---

69

1    Q  And then you added power system processes?
2    **A  Yes.**
3    Q  Right.  What other elements other than
4    those three, which overlap between data centers
5    and bitcoin mining facilities?
6    **A  The end product that you're shooting for,**
7    **the aisles of IT equipment or the racks of bitcoin**
8    **or any cryptocurrency miner -- excuse me, you have**
9    **to understand that population and what it needs to**
10   **function well.**
11   Q  And you would agree that your experience
12   in consulting or designing data centers is
13   applicable to designing a cryptomining facility,
14   correct?
15       MR. LOCKHART:  Objection, form.
16   **A  Is that what we were talking about with**
17   **the overlaps of elements --**
18   Q  Yes.
19   **A  -- or processes?**
20   Q  In part.
21   **A  Can you repeat it?  Thank you.**
22   Q  Yeah.  You would agree that your
23   experience in designing data centers is applicable
24   in understanding how to design a cryptomining
25   facility?

70

1        MR. LOCKHART:  Objection, form.
2    **A  I'm not sure I would compare those two.  I**
3    **would say that my experience as an electrical**
4    **engineer for equipment -- for electronic equipment**
5    **and in both the commercial and the industrial**
6    **space, my education background, skill set**
7    **experience are relevant to those types of**
8    **machines.**
9        **I'm not a civil structural engineer, so**
10   **I'm hesitant to say that my design experience**
11   **translates.  The electrical portions, yes.**
12   Q  You would agree, though, that experience
13   in designing data centers generally have some
14   relevance to designing a cryptomining facility?
15       MR. LOCKHART:  Objection, form.
16   **A  That's my problem.  I can't say that**
17   **generally.  It's not specific enough, sir, and I'm**
18   **trying.**
19   Q  Yeah, I just said some relevance.  You
20   would agree it had some relevance, correct?
21       MR. LOCKHART:  Objection, form.
22       MR. JOHNSON:  What's your objection?
23       MR. LOCKHART:  Some relevance, vague,
24   ambiguous, subject to numerous and disparate
25   meanings and interpretations.

71

1    Q  Ms. Rayment, you understand you used the
2    term "relevant," right, earlier, correct?
3    **A  I would have to read it back.**
4    Q  Okay.
5    **A  I don't recall --**
6    Q  But you understand --
7    **A  -- the context.**
8    Q  You understand what I mean by some
9    relevance, correct?
10       MR. LOCKHART:  Objection, form.
11   **A  I'm hesitant to say that because it's such**
12   **a complex exercise, that to say generally or there**
13   **is some relevance there to me speaks to a whole**
14   **project team.  So some things are more specialized**
15   **than others, some elements are common, some powers**
16   **bigger or smaller.  There is so many details that**
17   **it's very difficult for me to say unless we talk**
18   **about a specific element.**
19   Q  But you agree that there is at least some
20   overlap in disciplines as it relates to the design
21   of data centers and the design of cryptomining
22   facilities?
23   **A  That depends on what the elements are.**
24   Q  But you did earlier identify some of those
25   elements that overlap, correct?

72

1    **A  They overlap for me, yes.  In my**
2    **experience and academic pursuits they overlap for**
3    **me.  I can't say that all electrical or all**
4    **electronics or all mechanical civil structure**
5    **engineers would find an overlap.  I don't think**
6    **it's a universal statement.**
7    Q  But you at least acknowledge there is some
8    overlap for you personally?
9        MR. LOCKHART:  Objection, form.
10   **A  I think I said some of the elements that**
11   **would overlap for me, yes.**
12   Q  Would that overlap in terms of disciplines
13   related to the design of a data center and a
14   cryptomining facility, also include elements of
15   cooling?
16       MR. LOCKHART:  Objection, form.
17   **A  Well, they can be very different.  Cooling**
18   **for ITU systems is very different from cooling in**
19   **an industrial setting, so they're commercial and**
20   **then there's industrial and they're very different**
21   **when it comes to cooling.**
22   Q  I wasn't asking the difference between
23   commercial and industrial.  I was asking if there
24   is any similarities in evaluating a cooling system
25   for a data center and a cooling system for a

73

1 cryptomining facility?
2    **A I see. The process of doing the**
3 **engineering is the same. So the approach, the**
4 **philosophy, the strategy, the process of**
5 **documenting would be similar or the same.**
6    Q Now, have you ever participated in the
7 design of a cooling system for a data center?
8    **A Yes.**
9    Q What type of data center was it generally?
10    **A Commercial, large-scale, hyperscalers.**
11    Q And how often have you participated or --
12 strike that.
13    How many data centers would you believe
14 you have provided some sort of consultation on as
15 it relates to their design?
16    **A Will you count failure analysis --**
17    Q Yes.
18    **A -- of the design?**
19    Q Yes.
20    **A Okay. How many?**
21    Q Yeah, just how many data centers?
22    **A More than 50.**
23    Q So you've looked at or analyzed or done
24 some assessment to more than 50 different data
25 centers, correct?

74

1    **A Yes.**
2    Q And -- but maybe only one of those data
3 centers related to cryptomining? I'm not asking
4 you to identify the --
5    **A Yes.**
6    Q -- any entity. I'm just asking, out of
7 those 50, that the -- you only can identify one
8 instance of a data center or that was going to be
9 or potentially operating cryptominers, right?
10    **A Five.**
11    MR. LOCKHART: Objection, form.
12    Q Okay. So five.
13    Were those data centers being designed or
14 were they already operating?
15    **A I'm counting Whinstone.**
16    Q Okay.
17    **A So that's, of course, already operating by**
18 **the time I went there. Out of the four that I had**
19 **something to do with previously --**
20    Q Yes.
21    **A -- two of them were greenfield and the**
22 **other two were brownfield.**
23    Q What is the difference between greenfield
24 and brownfield?
25    **A Sorry. It's a construction term for large**

75

1    **projects. Greenfield means you start from scratch**
2    **or at least a slab or some foundation is there**
3    **with the critical infrastructure around you,**
4    **that's greenfield building. Brownfield is where**
5    **you either repurpose a site or you knock down**
6    **what's there and rebuild it.**
7    Q What part of the design of a cryptomining
8 facility or a data center would be left to the
9 civil structure engineer?
10    **A My understanding, because I don't come in**
11 **on the beginning of the project, is that civil**
12 **structural does site survey and then they give you**
13 **your foundation and your shell. So they do the --**
14 **you know, architectural, civil, structural goes**
15 **first for the building.**
16    Q Okay. And then your other experience as
17 it relates to cryptomining is that you also
18 personally mine for crypto, correct?
19    **A I do at home.**
20    Q What type of miners do you use at home?
21    **A I have -- right now I'm running four GPUs.**
22 **They're not ASICs, though.**
23    Q Does -- do the miners you're running
24 participate in any type of pool mining?
25    **A One does; one doesn't.**

76

1    Q And you say you're running GPUs. What are
2 the brand names for those, these miners?
3    **A Mine is just a gaming computer, so when**
4 **I'm not gaming on it, I run for the crypto.**
5    Q What kind of games do you play?
6    **A PC games mostly, RPGs.**
7    Q Really? Any first-person shooters?
8    **A No.**
9    Q You're going to be a lot cooler than most
10 of these experts.
11    Have you conducted any case studies
12 related to the design of data centers?
13    **A Yes.**
14    Q And have you published any articles
15 related to the design of data centers?
16    **A Not specifically to the facilities, no.**
17    Q And I might have asked this before, but
18 have you ever been specifically retained to
19 testify as it relates to the design of any data
20 centers?
21    **A Yes.**
22    Q Have you ever been retained to opine as to
23 the cause of any failure of any type of computing
24 equipment?
25    **A Yes.**

Transcript of Karen Rayment
Conducted on October 21, 2025

77

1    Q  What type of computing equipment?
2    **A  Consumer products, commercial products,**
3    **industrial products.**
4    Q  Okay.
5    **A  So all three categories.**
6    Q  Have you ever been retained to testify as
7    it relates to the underperformance or failure of
8    any commercially used computing products?
9    **A  Yes.**
10    Q  What type of those products?
11    **A  Servers; power supplies; battery backups;**
12    **RAID, which is the redundant storage boxes;**
13    **switches; Ethernet; edge compute; session border**
14    **controllers; routers and modems if I didn't say**
15    **that.**
16    Q  But this will be your first -- or this
17    possibly will be your first instance testifying as
18    to -- or related to the failure of cryptomining
19    equipment?
20    **A  I don't -- I'm not testifying to the**
21    **failures of this equipment.**
22    Q  Yeah.  So is it fair to say you're not
23    opining on the causes or potential causes of SBI's
24    equipment or specifically their A10 miners at --
25    as they were operated at the Rockdale facility?

78

1    MR. LOCKHART:  Objection, form.
2    **A  I'm -- I was retained in this matter to**
3    **look at all the evidence that the other experts**
4    **provided and to walk the facility so I could be**
5    **there myself and see it.  I'm not retained to do**
6    **investigation or failure analysis on the equipment**
7    **itself.**
8    Q  Do you consider yourself to be an expert
9    in traditional data center design?
10    **A  The electrical portions and the equipment**
11    **that's housed there, yes.**
12    Q  Do you consider yourself to be an expert
13    in the -- in data center design as it relates to
14    airflow in those data centers?
15    **A  I'm an expert in what happens when you**
16    **don't have it.  Airflow lives in the mechanical**
17    **engineering realm and the fluid dynamics realm.**
18    **So I'm used to that interface with my colleagues**
19    **and professionals.  I don't do CFM studies because**
20    **I'm not qualified.  I take the results of those**
21    **and apply it to the equipment or the room.**
22    Q  Okay.  Are you familiar with data center
23    failure mode analysis?
24    **A  Yes.**
25    Q  What, if any, experience do you have

79

1    related to failure mode analysis as it relates to
2    IT equipment in data centers?
3    **A  I have many years of doing that.**
4    Q  Prior this case, have you performed any
5    failure mode analysis as it relates to any
6    cryptominers?
7    **A  Yes.**
8    Q  And was that for a prior employer?
9    **A  It was.**
10    Q  Do you consider yourself an expert in
11    analyzing the environmental conditions and its
12    potential impact on IT equipment within a data
13    center?
14    **A  I use the data from the environmentalists**
15    **that take samples and write their process in their**
16    **reports.  So I very much use that data, and I work**
17    **side-by-side with them at times, I have over the**
18    **years, where they're the environmental scientist,**
19    **and they do their analysis of the facility, and**
20    **then I take their input.  I examine their**
21    **processes to make sure that it's something I can**
22    **trust, and then I perform failure analysis on the**
23    **electrical portions.**
24    Q  So in your prior practice as it relates to
25    analyzing environmental conditions at a data

80

1    center, you would typically rely on another party
2    to analyze the actual environmental conditions,
3    correct?
4    **A  Yes.**
5    Q  And then you could take the information
6    and data they provide and make a determination as
7    to whether or not those environmental conditions
8    impacted or did not impact the performance of some
9    piece of IT equipment?
10    **A  That's accurate, but it's narrow, yes.**
11    Q  So you would have more experience beyond
12    what I just describe?  Is that what you are
13    saying?
14    **A  Yes, yes.**
15    Q  How is that last description overly
16    narrow?
17    **A  I'm trying to be helpful.**
18    Q  Yeah.
19    **A  So let me reform my answer, please, sir.**
20    Q  Okay.
21    **A  Thank you.  When a study is performed as**
22    **you're describing about environmental scientists**
23    **taking samples, understanding the environment, and**
24    **I'm going to use their details, and maybe**
25    **mechanical will use their details.  Maybe civil**

Transcript of Karen Rayment
Conducted on October 21, 2025

81

1  structural engineers will use their details.
2      We design that process by which they
3  operate together, so it's a process. It's a
4  prescriptive way to look at the environment with
5  the peripheral engineers also involved in the
6  process of designing that experiment by the
7  environmentalist.
8      It's a process that you have to be
9  involved in at beginning because you have to be
10 assured that we're not wasting time, that we can
11 be efficient as a team, and that the environmental
12 scientist taking the samples understands what the
13 goal is.
14     So I've been -- I've been involved in
15 those processes of taking environmental samples.
16 I'm not the person taking the samples. I'm not
17 the person analyzing the chemistry, but I take
18 those results and apply it to my field.
19     I'm sorry that was long. I'm trying --
20 it's a complex thing.
21     Q  No. I think I understood it. As part of
22 that process of taking that data and information
23 from experts related to environmental conditions
24 in data center --
25     A  Okay.

82

1      Q  -- would you evaluate their work before
2  doing your work?
3      A  Yes.
4      Q  Do you believe you are qualified to
5  evaluate the work of the people who perform the
6  environmental analysis of a data center?
7      A  Yes.
8      Q  On what basis do you believe you are
9  qualified to evaluate the work of the civil
10 engineers, environmental engineers, and the other
11 engineers who are analyzing the environmental
12 conditions within a data center?
13     MR. LOCKHART: Objection, form.
14     Can we break it down?
15     Q  Yeah. On what basis do you believe you're
16 qualified to evaluate the work of anyone opining
17 on the environmental conditions at a data center?
18     A  Because there's methods -- there are
19 methods to work within. There's an algorithm and
20 a process by which data is either ruled in or
21 ruled out, proved or disproved. So the end result
22 has to be provable.
23     Depending on what phase you are in,
24 whether it's project start-up, or evaluating a
25 failure on an as-built center, depending on what

83

1  phase you're in, there are ways that you can
2  repeat the data, get a statistical sample, look at
3  the statistical sample and assign weight,
4  w-e-i-g-h-t, and then look at the data in the
5  weighted average or the weighted mean.
6      So there are many methods. I've had
7  graduate level probability math, so I understand
8  weighted samples. I've had stochastics, graduate
9  level stochastics.
10     And there are processes by which this work
11 is performed if it's done to a good standard. And
12 then you can say, with some degree of scientific
13 or engineering certainty, that you have answers
14 you can rely on.
15     Q  Have you ever been retained to provide an
16 opinion related to evaluating the work of another
17 person opining on the environmental conditions in
18 a data center?
19     A  Yes.
20     Q  And what type of data center was that?
21     A  They're big commercial data center --
22 they're hyperscalers.
23     Q  And how often have you been asked to opine
24 on the work of another person or expert who's
25 opining on the environmental conditions in a data

84

1  center?
2      A  I don't remember a number, many times. I
3  don't remember a certain number.
4      Q  Have you been asked to provide that type
5  of expert analysis within the last five years?
6      A  Yes.
7      Q  Have you been retained as an expert to
8  testify within the last five years to provide that
9  type of testimony?
10     A  No.
11     Q  When I say that type of testimony, I'm
12 only talking about environmental conditions at a
13 data center.
14     A  No, but I've done it for my employers. It
15 is the same failure analysis for the Court that
16 you do for an industry.
17     Q  So do you consider yourself an expert in
18 applying the standards for evaluating an expert as
19 it relates to their opinions on environmental
20 conditions at a data center?
21     A  I'm kind of tangled up, I'm sorry. Can we
22 do the -- unpack it? Can we unpack it?
23     Q  I -- let me -- I may come back to it.
24     Do you consider yourself -- well, what
25 does ASIC stand for?

85

1    A Application-specific interconnect.
2    Q All right. And do you consider yourself
3 an expert on ASICs?
4    A Only down to the functional level, not the
5 layout level. I had one class on layout. That's
6 it.
7    Q Do you consider yourself a software
8 expert?
9    A Can you -- can you tell me the context for
10 the word "expert"?
11    Q Yeah. Do you think you have sufficient
12 experience to provide an opinion -- a professional
13 opinion as it relates to the topic of software?
14    A Are we talking about user --
15       MR. LOCKHART: Objection, form. Go ahead.
16    A Are we talking about user interface
17 software, APIs, firmware? It depends on the
18 software, I will say.
19    Q Okay.
20    A I have a minor -- undergrad minor in
21 computer sciences. I have practiced typically on
22 the machine level or the firmware level with
23 respect to APIs, and I've had classes and looked
24 at failures in operating systems. But when it
25 comes to an app on the phone or an application

86

1 like Word for Windows, no, I'm not a software
2 expert in that.
3    Q Okay. So you said you are familiar with
4 some or -- strike that.
5       You would, in your opinion, say you're an
6 expert in some software applications, correct?
7    A Firmware. More on the firmware and
8 machine level.
9    Q Okay. What's the difference between
10 software and firmware generally?
11    A Do you know the IP stack or the OSI model
12 at all?
13    Q Generally, but we've got to explain this
14 to a jury, so I'm just -- can you --
15    A Yes.
16    Q What's the difference between software and
17 firmware generally?
18    A Firmware runs the machine, software talks
19 to the people.
20    Q So generally speaking, not always, when
21 someone like yourself, refers to software, you're
22 talking about the programming that interfaces with
23 the user, correct, to some extent?
24    A Yes.
25    Q And generally, the firmware is typically

87

1 the programming specific to that hardware; is that
2 fair?
3    A That's one application of firmware, yes.
4    Q For example, you said iOS is effectively
5 the firmware for Apple phones, is that what you're
6 suggesting?
7    A iOS is an operating system, which is
8 different than firmware.
9    Q Okay.
10    A Firmware lays on top of the OS.
11    Q Okay. I'm learning something. So then --
12 so how would you describe the difference,
13 generally speaking, as it applies to your typical
14 computer between software and firmware?
15    A So first you have to understand the OS,
16 the operating system.
17    Q Okay.
18    A You can't run a application for Apple on a
19 Windows computer, almost never. So your operating
20 system dictates your hooks into that software, the
21 way it communicates from the operating system up
22 to the API layer, which is the user interface
23 layer.
24       The operating system also communicates
25 with the firmware. You can have firmware running

88

1 without a user interface and just dumping into a
2 database and then there's an extra app that
3 interprets the database. There are a lot of
4 different configurations.
5    Q Do you consider yourself an expert in
6 firmware generally?
7    A Yeah, that's not a general question for
8 me. It depends.
9    Q Okay. Do you consider yourself an expert
10 in the installation of firmware on computer
11 systems?
12    A It depends.
13    Q Do you consider yourself an expert
14 regarding the operation of firmware on
15 cryptomining equipment?
16    A Am I an expert at firmware for
17 cryptomining? Is that the question?
18    Q Yes.
19    A No.
20    Q Are you an expert in cryptomining
21 hardware?
22    A No.
23    Q Do you consider yourself to have any
24 expertise specific to mining any cryptocurrency?
25    A Yes.

Transcript of Karen Rayment
Conducted on October 21, 2025

89

1    Q  Okay.  What expertise do you have as it
2  relates to mining for cryptocurrency?
3    **A  I understand the blocks, I understand the**
4  **way it works.  I understand the cabling needs and**
5  **the connection needs, so I understand the**
6  **architecture, the high level architecture.  I get**
7  **it, and I understand what the purpose is.**
8    Q  With regard to cryptocurrency generally,
9  right?
10    **A  Cryptomining.**
11    Q  Yeah, cryptomining, I'm sorry.
12    **A  Yes, sir.**
13    Q  When you and --
14    **A  Am I allowed to circle back for a minute?**
15    Q  Yeah, go ahead.
16    **A  When you asked me if I'm an expert about**
17  **firmware for cryptomining and am I a hardware**
18  **expert for cryptomining, I said no, but I**
19  **understand it.  It's just that I've never had the**
20  **opportunity to, like, code -- code the crypto**
21  **code.  I haven't had the opportunity to design and**
22  **build a cryptominer.  And one of the reasons I**
23  **haven't is because they're spinning so fast in**
24  **industry that it's really hard to be an expert in**
25  **that fast moving industry.**

90

1    Q  But you would agree that your past
2  experience as a computer engineer and everything
3  else allows you to understand how cryptominers
4  work, correct?
5    **A  That's correct.  I hesitate to say I'm an**
6  **expert, because I haven't designed it and built**
7  **it.  That in my mind would be an expert.**
8    Q  Do you consider yourself an expert in the
9  resale of cryptomining equipment?
10    **A  I know some things about it and I**
11  **understand it.  When you're using the term**
12  **"expert," is it a legal term to you?**
13    Q  I'm actually asking you do you hold
14  yourself out as an expert?  Do you believe
15  yourself to be an expert in the resale of
16  cryptomining equipment?
17    MR. LOCKHART:  Objection, form.
18    **A  I don't know.  I think it would be**
19  **situation specific.  I have the responsibility for**
20  **dismantling electronic equipment from IT in the**
21  **Navy and in various jobs and we had to resell it**
22  **for as high as we could get for it.  I've also**
23  **done resale of computer parts and peripherals in**
24  **the past.  I'm not sure what the box does for a**
25  **living would change my knowledge of that.**

91

1    Q  You're not going to offer any opinions as
2  to the resale value of the A10s in this case?
3    **A  No, sir.**
4    Q  Do you consider yourself an expert in the
5  cryptomining industry as it relates to the sale of
6  cryptomining equipment generally?
7    **A  I do understand that Moore's Law does not**
8  **hold true for crypto, and that has been**
9  **fascinating to me since I learned about bitcoin.**
10  **So I've done quite a bit of research and study on**
11  **that just because I am a Silicon Valley engineer**
12  **for my pretty much whole career.  And the fact**
13  **that we're beating Moore's Law with crypto is**
14  **amazing to me.**
15    **So I understand market conditions, I**
16  **understand who is selling what and why.  I don't**
17  **know how to classify myself as an expert or not an**
18  **expert.  I understand it.**
19    Q  Okay.  So I understand football, watched a
20  lot of football.  I would never say I'm an expert
21  in football.  You understand that?
22    **A  Why not?  What does it take to be an**
23  **expert?**
24    Q  Would anybody in the world pay me to do
25  that job?

92

1    MR. LOCKHART:  I can answer that.
2    MR. JOHNSON:  Objection, nonresponsive,
3  harassing.
4    **A  I see.  So a paid professional would be --**
5    Q  Yes.
6    **A  -- an expert.**
7    Q  Would you -- do you believe someone would
8  pay you to be an analyst as it relates to the
9  cryptomining equipment market?
10    **A  Yes.**
11    Q  And what's your basis for your belief of
12  that?
13    **A  Because I've done a lot of resale and**
14  **brown market and black market over the course of**
15  **my career, especially on start-ups.  When you're**
16  **trying to closeout a division or shutdown a**
17  **company, you have to have engineers do the**
18  **evaluation.  I've done a lot of merger and**
19  **acquisition evaluations for equipment for big**
20  **accounting houses.**
21    Q  And as part of that experience, were you
22  ever paid for that specific discipline of
23  analyzing the crypto equipment market?
24    **A  No.**
25    Q  And, in fact, to the extent you have any

93

1  cryptomining experience, it's limited to your one
2  instance of working for one employer related to
3  the design of four facilities, correct?
4      A  What's the question?  I'm sorry.
5      Q  Yeah. ████████████████████████
6  ████████████████████████████████████
7  ████████████████
8      A  And my home.
9      Q  And your home, correct?
10     A  And this case and the research I've done.
11     Q  Okay.  But prior to this case, your
12  expertise, as it relates to cryptomining, is
13  limited to your personal use of mining equipment
14  at your home ████████████████████████
15  correct?
16     A  Yes.
17     Q  Do you consider yourself an expert in
18  economics generally?
19     A  No.
20     Q  No?
21     A  No.
22     Q  Do you consider yourself an accounting
23  expert?
24     A  No.
25     Q  Do you consider yourself a meteorological

94

1  expert?
2      A  A what?  Meteor --
3      Q  Logical.
4      A  A weatherman?
5      Q  Yeah, a meteorology.  Do you consider
6  yourself an expert in meteorology?
7      A  No.
8      Q  Let's -- can you -- looking at your
9  report, what documents did you review in drafting
10  this report?
11     A  Well, I have a lot of reviewed documents.
12     Q  Okay.
13     A  They're in --
14     Q  And so lets -- let me direct your
15  attention to page 33 --
16     A  Okay.
17     Q  -- of your report.
18     A  Yes.
19     Q  Page 33 says, Appendix A, sources
20  reviewed, documents, file names and links.  Do you
21  see that?
22     A  Yes.
23     Q  Does this list from page 33 to page 36
24  encompass the full universe of documents that you
25  reviewed or analyzed as part of drafting your

95

1  report?
2      A  Through 37 not 36.
3      Q  Okay.  So pages 33 through 37 represents
4  the complete universe of documents you reviewed as
5  part of drafting your report?
6      A  I missed 10 and 11 on the chart and we
7  sent it over yesterday --
8      Q  Okay.
9      A  -- as errata to my report.
10     Q  Okay.
11     A  So I found the sources for those and sent
12  them.
13     Q  Okay.
14     A  With those two included, yes, this is what
15  I did.
16     Q  Okay.  So in addition to the 10 and 11
17  references of documents, the entire set of
18  documents you reviewed as part of formulating your
19  report and providing your opinion are reflected in
20  Exhibit A, correct?
21     A  Yes.
22     Q  Are you aware of any other documents that
23  you did not rely upon -- or that you did rely upon
24  that aren't in some way identified?
25     A  I don't recall.

96

1      Q  As you sit here today, you don't recall
2  any specific other documents, correct?
3      A  I don't, not at this moment.
4      Q  Okay.  So is it fair to say you do -- you
5  did not rely upon any other documents in making
6  the opinions for your rebuttal report?
7      A  I'd like to look through the list for a
8  second, please.
9      Q  Okay.  Go ahead.
10     A  Thank you.  (Reviewing document.)
11     I don't believe that I have any others
12  besides this.  If I do, it was an -- just an error
13  or omission on my own part.
14     Q  So let me direct you to page 34, and these
15  are numbers 49 through 52.  Do you see that?
16     A  Yes.
17     Q  Okay.  It lists deposition transcript of
18  Ashton Harris, a Lyle Theriot, a Carson Smith, and
19  a Jeff McGonegal, 49 through 52.  Did you review
20  any other deposition testimony as part of
21  providing any opinions in this case?
22     A  I don't know.  I believe this is the
23  entire list.  However, I didn't rely on a lot of
24  these documents.  I have documents reviewed and
25  then documents relied on, so everything here was

97

1 reviewed.
2    Q  What's the documents relied on?
3    A  It's where I give citations.  Like, on the
4 chart, when I made my chart on page -- I believe
5 it's 37, you can see in the chart where I cited.
6 Those are -- those are documents that I both
7 reviewed and relied on.  I at least reviewed a
8 lot -- well, everything in the list, but where you
9 see citations, I relied on it.
10    MR. LOCKHART:  You said 37.  Did you mean
11 47?  Oh, okay.  There's also a work cited in the
12 Appendix E on page --
13    MR. JOHNSON:  Can we not -- don't testify.
14    A  Yeah, okay.  All right.
15    Q  Okay.  So can you identify all of the
16 documents you reviewed and relied upon?
17    A  They're all in the report as far as I
18 know.
19    Q  Can you identify all of the documents you
20 relied upon as opposed to just reviewed?
21    A  They're cited.  So, for instance, on page
22 47 --
23    Q  You said page 47 or 37?
24    A  47.
25    Q  Okay.

98

1    A  For instance, it says Works Cited in
2 Appendix E --
3    Q  Uh-huh.
4    A  -- for echo.  And then if you look above,
5 I have some bullet points with these references in
6 parentheses.  Those would be works relied on or
7 documents or information that I relied on for that
8 bullet point.
9    Q  On page 47?
10    A  47, yes.
11    Q  And then so on 45, going in on Appendix E,
12 everything in parentheses is something that you
13 relied on in providing that information.  Is that
14 what that means?
15    A  That's correct.  So if you look on 47
16 again, it's where my list is.
17    Q  Uh-huh.
18    A  Like a bibliography, 47 and 48.  And then
19 those are just works cited in this appendix that I
20 used for acronyms and definitions.  I was actually
21 told by my partner, who did corporate level
22 review, that he didn't understand a lot of words,
23 and I needed to do this.
24    Q  Okay.  So you provided a glossary.  Is
25 that what effectively --

99

1    A  Just the acronyms and definitions, yes.
2    Q  Okay.  And then on 47 --
3    A  Yes.
4    Q  -- that work cited in Appendix E, this is
5 where you got all the information as it relates to
6 these definitions and acronyms, correct?
7    A  Yes.  It's only relevant to Appendix E,
8 and I relied upon those --
9    Q  Yeah.  That's what --
10    A  -- sources, yes.
11    Q  That's what I want to confirm.  Works
12 cited -- works cited in Appendix E only relate to
13 the preceding pages 45 and 46 and 47 of acronyms
14 and definitions, correct?
15    A  Yes.
16    Q  And then you also said you -- the only
17 other documents you relied upon are listed under
18 Appendix B on page 37, correct?
19    MR. LOCKHART:  Objection, form.
20    A  On Appendix D it's the same as E, though,
21 on page 43.
22    Q  I see.
23    A  So on page 44, I have a list of references
24 there that would be cited only in Appendix D, and
25 you can see the parentheses.

100

1    Q  I see.  So let's go back to page 31,
2 Appendix A, Sources Reviewed.  Do you see that?
3    A  I'm getting there.
4    MR. LOCKHART:  Did you say page 31?
5    MR. JOHNSON:  I'm sorry.  If I did, I
6 meant page 33.
7    MR. LOCKHART:  Okay.
8    A  Okay.
9    Q  So let's look at page 33.
10    A  Yes.
11    Q  Appendix A.
12    A  Yes.
13    Q  Sources Reviewed.
14    A  Yes.
15    Q  Okay.  This Appendix A merely identifies
16 documents that you at least reviewed, correct?
17    A  That's correct.
18    Q  But it doesn't identify documents upon
19 which you necessarily relied?
20    A  Correct.
21    Q  And then you go to Appendix B and -- where
22 it says:  Bitcoin mining hardware evolution.
23    A  Yes, sir.
24    Q  And it has a chart.  It then, below that,
25 cites 1 through 9, and you also provided 10 and 11

Transcript of Karen Rayment
Conducted on October 21, 2025

26 (101 to 104)

101

1  yesterday?
2      A I did, yes.
3      Q And those are -- 1 through 11 are the
4  documents which you relied upon in drafting the
5  chart in Appendix B; is that correct?
6      A I reviewed and/or relied on them. I don't
7  think I relied on each and every one of them, but
8  I reviewed that list for this table that I made.
9      Q Okay.
10     A Yes.
11     Q But the references for mining hardware
12 evolution timeline on this single page only refer
13 to information under Appendix B?
14     A Yes.
15     Q Similarly, Appendix E, you have a similar
16 organization where you've listed acronyms and
17 definitions and then provided the documents or the
18 source information for the acronyms and
19 definitions under work cited in Appendix E; is
20 that right?
21     A Yes.
22     Q Okay. I'm just -- I'm just trying to
23 understand how you formatted this.
24     A Yes, that's correct. In technical
25 writing, when it's all dumped into a bunch of

102

1  pages and you make me sort through it all myself,
2  it makes me mental, so I tried to be helpful.
3      Q I understand. So going back to page 34
4  under lists of 49, 50, 51, and 52, you only list
5  three depositions -- excuse me, four depositions
6  in this case; is that correct?
7      A It looks like I only listed that.
8      Q All right. Are you aware of any other
9  depositions you reviewed in this case, other than
10 the ones listed on page 34?
11     A In -- on page 33, if you go to these
12 filenames Carson text 2, for instance --
13     Q What number is that?
14     A Number 3. Must be a report. Oh, yeah.
15 Carson had texts that were -- that I reviewed.
16     Q Okay. So --
17     A They're not depo transcripts.
18     Q Yeah. I'm simply asking depo transcripts
19 in this case.
20     A Okay. All right.
21     Q So just to confirm, you've only reviewed
22 four depositions in this case, correct?
23     A I don't know. As I sit here today, I
24 don't know. I know I've reviewed these. I would
25 have to go back and look at all my files. Because

103

1  I omitted 10 and 11 on that one page, now I'm
2  doubting myself. Did I include all of them? So I
3  would have to go back and count and look.
4      Q What type of record would you be looking
5  at to identify how many depositions you reviewed
6  in this case?
7      A My files.
8      Q Are these papers files, or are these
9  electronic files?
10     A Electronic files.
11     Q What, if anything, do you recall that was
12 material to your conclusions in your report that
13 came from any deposition?
14     A Isaac and Byers, that's who I concentrated
15 on because they're the technical experts.
16     Q Okay. So I'm only asking about
17 depositions. As part of formulating your report,
18 did you find any material information in the
19 depositions of any person in this case?
20     A I don't remember.
21     Q So if you don't remember, you don't think
22 it -- you would assume it's -- it wasn't material?
23     A No, I wouldn't assume that. I just don't
24 remember right now.
25     Q As part of reviewing the depositions --

104

1  certain depositions in this case, did you review
2  any of the exhibits to those depositions?
3      A I did, yes.
4      Q Okay. You definitively recall reviewing
5  the exhibits attached to those depositions?
6      A I do remember that, yes.
7      Q Okay.
8      A I don't remember what they were, but I
9  know I saw exhibits.
10     Q Did you make an effort to list those
11 exhibits in Appendix A?
12     A I don't remember.
13     Q Did you -- you said you reviewed the
14 reports of Charles Byers and Phillip Isaac,
15 correct?
16     A Yes.
17     Q You recall them identifying documents that
18 they reviewed as part of their reports, correct?
19     A I don't remember what they identified.
20     Q Well, I'm not asking if you remember. You
21 remember them listing out what they reviewed,
22 correct?
23     A I don't know. I don't remember if they --
24 if I noticed that or not.
25     Q Okay. Did you make any effort to review

Transcript of Karen Rayment
Conducted on October 21, 2025

27 (105 to 108)

105

1  the documents listed in Phillip Isaac's report
2  that he reviewed?
3      A Did I -- I'm sorry, what is the question?
4      Q Okay. So in your report, you list sources
5  reviewed, correct?
6      A Yes.
7      Q And you've got a lot of litigation or
8  expert testifying experience, correct?
9      A Yes.
10     Q And it's typical for an expert to list
11 what they reviewed as part of them drafting the
12 report, correct?
13     A Sometimes, yes.
14     Q Well in this case you did something
15 similar here, you've listed sources reviewed,
16 correct?
17     A Yes.
18     Q And you don't recall if Phillip Isaac
19 listed documents or sources he reviewed?
20     A I don't recall that, no.
21     Q Do you recall making any effort,
22 whatsoever, to review any documents that were
23 listed in his report?
24     A I see. I don't remember specifically
25 doing that.

106

1      Q Is it possible that you did it?
2      A It's possible I did that, yes.
3      Q But you don't remember making an attempt,
4  as you sit here today, to review any of the
5  documents listed in his report?
6      A I just don't recall what order I went in
7  for my review.
8      Q Can you say definitively, as you sit here
9  today, that you reviewed any of the documents
10 listed in Phillip Isaac's report?
11     A I don't recall.
12     Q Can you definitively, as you sit here
13 today, say that you reviewed any of the documents
14 listed in Charles Byers' report?
15     A I don't recall. I have a couple of
16 documents listed from Isaac's report, so I know I
17 reviewed those so I'm -- I am circling back on
18 that answer. There is some things he listed or
19 claimed to have written that I reviewed.
20     Q Okay.
21     A And they're in my list of reviewed
22 documents.
23     Q Can you identify?
24     A I can identify one of them.
25     Q Okay.

107

1      A That was in his technical report. Are you
2  asking me only about deposition exhibits?
3      Q Hold on. I'm asking about documents that
4  Chuck Byers or Phil Isaac listed in their reports,
5  whether or not you also reviewed or attempted to
6  review any of the documents or materials
7  identified or cited in their reports?
8      A On page 33, Number 33, that was from Isaac
9  I know that for sure. May I use the restroom?
10     MR. JOHNSON: Yes, we can take a break.
11     VIDEOGRAPHER: The time is 12:23 p.m.
12 We're going off the record.
13     (Recess, 12:23 p.m. to 12:33 p.)
14     VIDEOGRAPHER: The time is 12:33 p.m. we
15 are back on the record.
16     Q So going back to Charles Byers' and Phil
17 Isaac's reports, as it relates to the documents
18 cited in their reports, is it your testimony, as
19 you sit here today, you can't recall what
20 documents cited in their report that you actually
21 reviewed as part of your report?
22     A Yes.
23     Q So do you believe that you reviewed any of
24 the documents cited in either Charles Byers' or
25 Phil Isaac's report?

108

1      MR. LOCKHART: Objection, form.
2      A Are you asking me if I might have reviewed
3  them?
4      Q I'm -- yeah. I'm asking you --
5      A Yes, I may have -- I may have reviewed
6  them.
7      Q But you don't remember?
8      A I don't remember.
9      Q Is it a possibility that you only reviewed
10 their reports as opposed to the reports in
11 addition to the documents cited in those reports?
12     A No, I don't --
13     MR. LOCKHART: Objection, form.
14     A -- think so. I don't think so.
15     Q How would you determine whether or not you
16 reviewed any of the documents cited in either
17 Charles Byers' or Phil Isaac's report?
18     MR. LOCKHART: Objection, form.
19     A I would go back and look at them.
20     Q Did you create or make a list of documents
21 that you reviewed that were cited in Phil Isaac's
22 report?
23     MR. LOCKHART: Objection, form.
24     A Make a list. It's in his report.
25     Q All right.

Transcript of Karen Rayment
Conducted on October 21, 2025

109

1    A The list is already in his report, so I
2  would not have made a list of it.
3    Q Okay. Were you responsible for printing
4  out any materials cited in Phil Isaac's report?
5    A I don't know who would require me to do
6  that.
7    Q Do you recall being given any materials
8  cited in Phil Isaac's report?
9    A I don't recall.
10   Q Do you recall printing out any materials
11 cited in Charles Byers' report?
12   A I don't recall.
13   Q Do you recall being given any materials
14 that were cited in Charles Byers' report?
15   A No, I don't remember.
16   Q Is there any way you can verify for us
17 today whether you reviewed any documents listed in
18 Phil Isaac's report?
19   A Not today, I can't.
20   Q Okay. What about Byers' reports?
21   A Not today, I can't.
22   Q What about depositions cited here, can you
23 verify that you reviewed any exhibits that were
24 introduced in any of the depositions cited here on
25 page 34?

110

1    A If they're printed with the depos, the
2  transcripts, I would have reviewed them for sure.
3  But I -- if they were only referred to, I may have
4  reviewed them. I don't remember directly
5  everything on this list.
6    Q What was the process by which you decided
7  which depositions to review?
8    A I don't remember.
9    Q Did you ask Whinstone's counsel or anybody
10 else to provide you all the depositions available
11 or made in this case?
12   A I don't remember.
13   Q Okay. Let's step more broadly, then. How
14 were you given -- strike that.
15     What was the process by which you were
16 given documents in and materials in this case?
17   A I was given the expert reports of Byers
18 and Isaac first for review, and then I worked
19 outward from there.
20   Q Okay. So you were given the expert
21 reports of Charles Byers and Phil Isaac first?
22   A Yes.
23   Q And that would --
24   A And the complaint.
25   Q And the complaint?

111

1    A Yes.
2    Q Okay. And this would have been shortly
3  after those reports were issued in March of this
4  past year?
5    A I don't remember.
6    Q So after you get the two reports and the
7  complaint, how was it determined what additional
8  documents you would get?
9    A Well, sometimes I would ask for things or
10 I would just go and research it myself. It
11 depends on what the point was. So in my research,
12 it would -- it would depend on what I'm trying to
13 understand or get at in my research.
14   Q Who would you ask for additional
15 documents?
16   A Counsel.
17   Q And what categories of documents did you
18 specifically ask to review?
19   A I don't really -- I didn't really
20 categorize anything. I listened to their
21 narratives and reviewed their -- what data there
22 was in there. And if I had questions about
23 something, I would do the research on my own or
24 talk to counsel.
25   Q So some of the information that you got

112

1  was from Whinstone counsel; is that fair?
2    A Yes.
3    Q And their descriptions of documents in
4  this case, or materials?
5      MR. LOCKHART: Objection, form.
6    A I don't really understand, I'm sorry.
7    Q I understand. Part of the basis of your
8  opinion comes from Whinstone's counsel description
9  of certain documents or materials in this case?
10     MR. LOCKHART: Objection, form.
11   A Some of the documents came from counsel.
12 Other documents came from my research on my own on
13 the technical topics.
14   Q As far as documents specific to this
15 case -- and by that, I mean documents not
16 publicly-available --
17   A Okay.
18   Q -- what was the process by which you
19 received documents specific to this case that
20 weren't otherwise publicly-available?
21   A I see. All the documents were transmitted
22 via secure file share from counsel.
23   Q Okay. So who chose what documents you
24 would see or not see?
25   A I did. And I would ask, should I look at

113

1  this?  Should I read this?  Does it have anything
2  to do with my topics?  Because some of this, as I
3  understand it -- I didn't spend time on it, but as
4  I understand it, some of this is about money and
5  accounting and not at all relevant to the
6  engineering part.  And I try not to waste time on
7  that stuff, because it's not in my field.
8      Q  And so you would identify for Whinstone's
9  counsel what category of documents you thought
10  might be relevant?
11     A  Sometimes.  Sometimes they would just give
12  me everything in a file share.
13     Q  Okay.
14     A  And then I would ask them, do I need to
15  look at this?  Do I need look at that?  Does it
16  have anything relevant to, you know, technical
17  stuff, or is this purely accounting stuff and
18  finance stuff?  And a lot of times they would tell
19  me, or I'd just open it quickly and skim.
20     Q  Okay.  Is everything that they sent you
21  via file share listed in your report on Appendix
22  A?
23     A  No.
24     Q  And if you were sent documents from
25  counsel, and you reviewed them, what was the

114

1  process for deciding as to why certain documents
2  are listed in Appendix A as opposed to not listed
3  at all anywhere else?
4      A  Well, I asked questions obviously from
5  counsel to see if anything was relevant.  They
6  knew -- they knew my focus and my electrical
7  engineering lane that I'm in.  So I would ask
8  them, does this have any electrical in it?  Or I
9  can do a grep function.  Sorry.  It's a software
10  word.  So I could grep it in the window and do
11  keyword searches.
12     Q  Okay.  So you did a keyword search of the
13  documents sent to you by Whinstone's counsel,
14  correct?
15     A  Sometimes.  There were multiple
16  productions.  I mean, they don't all come in at
17  once.
18     Q  Right.
19     A  Right?  You don't just get all these
20  documents at once.  So as they came in, sometimes
21  it would be, like, this is only finance reports or
22  whatever.  I don't remember the words they used,
23  but yes.
24     Q  Were you the person who decided what
25  documents were going to be listed in Appendix A as

115

1  sources reviewed?
2      A  Yes.
3      Q  And what's the significance of you listing
4  these documents in Appendix A as opposed to
5  documents you might have looked at, but didn't
6  ultimately cite in Appendix A?
7      A  Well, I didn't review them if they weren't
8  relevant to me or my testimony.  I wouldn't review
9  them, I wouldn't read them and spend extra time
10  and money on that.
11     Q  But you were the person who decided what
12  would be relevant or not, or was it Whinstone's
13  counsel in terms of when they sent you documents?
14     A  No, it was -- it was me, yes.  I know what
15  I need to address the questions on the table.
16     Q  Well, if a document is not contained in
17  your list of documents reviewed, but is listed as
18  a document reviewed by Phil Isaac in his report --
19     A  Yes.
20     Q  -- is it fair to say you most likely have
21  not reviewed this document?
22         MR. LOCKHART:  Objection, form.
23     A  No, I wouldn't say it -- likely or
24  unlikely.  I just don't remember.
25     Q  Is that the same with Charles Byers'

116

1  report, that if it's not listed in your documents
2  reviewed, it's likely that you didn't review that
3  document?
4      A  I can't say likely or not likely.  I just
5  don't remember.  And if it's not in the list, now
6  that I see the chart where I left off 10 and 11,
7  maybe it's a typo.  Maybe it's an oversight.
8         So that's what worries me, because when
9  you pointed it out yesterday that I owed two
10  references that I referred to, that weren't on the
11  list, that I've since provided, now I'm worried
12  that I haven't included everything.
13     Q  Well, is it -- if a document doesn't
14  appear on your sources reviewed, is it fair to say
15  you didn't consider it to be relevant?
16     A  No, that's not fair --
17         MR. LOCKHART:  Objection, form.
18     A  That's not fair to say.  I can tell you
19  that every single document I've referenced in here
20  are documents I've read and reviewed.  I can tell
21  you that what might be omitted, I can't tell you
22  that.  I thought it was complete yesterday when
23  your office said I needed to provide references 10
24  and 11.  I honestly thought it was complete.
25     Q  But as you sit here today, you can't

Transcript of Karen Rayment
Conducted on October 21, 2025

117

1  identify any other omissions of what you would
2  consider to be relevant documents?
3      MR. LOCKHART: Objection, form.
4   A I need it again, I'm sorry, sir.
5   Q Yeah. I --
6   A What's the question?
7   Q So Ms. Rayment, you understand that I only
8  get to -- we only get to depose you one time
9  before trial, correct. You don't --
10   A I don't know.
11   Q All right. So this may be the only
12 opportunity I get to depose you before trial.
13   A Okay.
14   Q So I'm just trying to get the scope of
15 documents that you reviewed and identify the
16 documents you reviewed. Do you understand that?
17   A Yes, I do. Thank you, that helps.
18   Q And so in asking you these questions, I
19 want to know how some documents got cited in your
20 report and why some documents you might have
21 reviewed or read didn't get cited in your report.
22   A To my knowledge, this is complete with
23 providing the errata 10 and 11. To my knowledge
24 today, I have reviewed and read everything I've
25 cited in here and listed in here.

118

1   Q Okay. And anything not cited or listed in
2  here is not relevant to the opinions cited in your
3  report?
4      MR. LOCKHART: Objection, form.
5   A I don't know.
6   Q So understanding that you might have
7  omitted -- omitted something --
8   A Honest mistake if I did.
9   Q So absent an honest mistake, do you
10 believe all the documents cited here represent the
11 universe of relevant documents supporting your
12 opinions in this rebuttal report?
13      MR. LOCKHART: Objection, form.
14   A I put the list in. All of these are
15 relevant and -- no. All of these are reviewed.
16 Some of them are relevant to my opinions.
17   Q What I'm trying to get at is when we get
18 to trial, I don't want you to then come up with
19 some key document that's supporting your -- that
20 always supported your report.
21   A I see.
22   Q And so I'm just trying to get at --
23   A I see.
24   Q -- whether or not you believe there are
25 any other material documents that I should review

119

1  as part of understanding your report.
2   A I don't think so.
3   Q And analyzing Phil Isaac's report, what
4  methodology did you use in identifying documents
5  that you should review?
6   A That's kind of jumping to the middle of my
7  process for evaluation and research. So I didn't
8  read his report and go, I'd better review this
9  stuff. I went -- I parsed through his report
10 according to ASTM standards. And I read the
11 evaluation that he made, and I tried to find data
12 that backed up his evaluation. And I looked for
13 his process according to ASTM standards. There
14 are no -- there are no standards for bitcoin
15 mining.
16      MR. JOHNSON: Objection, nonresponsive.
17   Q Ms. Rayment, did you apply any methodology
18 in determining what documents you should review as
19 part of your analysis of Phil Isaac's report?
20   A Documents that have been produced? That
21 were produced in this case or general references
22 or his references, those are the kinds of things I
23 would have looked at. Whether or not I understood
24 a point he made, I would then decide to go
25 research it, or I would look at his assertion and

120

1  his data to back up his assertion.
2      So it's a -- it's a variety of research
3  methods to figure out what he's trying to
4  communicate as an expert. So that's how I would
5  decide what to read, by his content. What he
6  wrote down would direct me to read or not read.
7   Q Did you apply any ASTM methodologies in
8  deciding what information you should review as
9  part of analyzing Phil Isaac's report?
10   A Yes.
11   Q Okay. What ASTM methodology did you use
12 in deciding what documents and materials to review
13 in analyzing Phil Isaac's report?
14   A Can we look at them?
15   Q Yes, feel free to.
16   A Thank you.
17      MR. LOCKHART: Before we dive into that,
18 do you want to eat while it's warm?
19      MR. JOHNSON: Let her answer the question.
20   A It's long.
21   Q We'll be good.
22   A It's okay?
23   Q Yeah, if you don't mind.
24   A So investigations and reporting, AST --
25   Q What page are you referring to?

Transcript of Karen Rayment
Conducted on October 21, 2025

121

1    A  Sorry.  It's 38.  This is from ASTM
2  E620-18, entitled Standard Practice for Reporting
3  Opinions of Scientific or Technical Experts.  So
4  this is just the scope of information that
5  Mr. Isaac needed to include for his formal
6  technical reports.
7        And I went through my checklist to see if
8  those elements were there, or if he alluded to
9  them, then I would look up -- maybe he mentions
10 something like he's relying on a test report.
11 Then I would go out and try to find the test
12 report.  That's how I would choose what to review.
13    Q  Okay.
14    A  Was that the question?  That's just one
15 ASTM standard, though.  I did the rest of the
16 checklists that were relevant to his work, too.
17 Do you want me to continue?
18    Q  If you have -- if it would provide a full
19 answer, please continue.
20    A  Okay.  Just the report contents
21 requirements, if I felt like he was missing some
22 content that's required by the standard, then I
23 would try formulate what could it be that he's
24 missing, what is he trying to say versus what I'm
25 finding in his report, and try to understand his

122

1  perspective and his point of view, and not only
2  that, his methodology or approach.
3        The documentation of evidence, if he
4  didn't have interpretations or conclusions or
5  opinions marked, if his unambiguously identified
6  relevant information was not there, I tried to see
7  if it -- maybe he included it in a different
8  section than I would expect.
9        So I would just analyze his work and his
10 perspective as a professional and try to
11 understand what was in there according to ASTM and
12 what might have been missing.  So that's how I
13 used these standards to identify what further
14 research I need to do, and what research he did.
15       For ASTM E678-07, entitled Standard
16 Practice for Evaluation of Scientific or Technical
17 Data, I tried to establish both Mr. Isaac and
18 Mr. Byers' criteria for the way they analyzed
19 things.  They came up with a lot of conclusions
20 and assertions.  Each gentleman did that.
21       And I looked for these steps, like problem
22 definition.  Did they clearly define?  If they did
23 not, then I went back to looking through their
24 entire body of work that I have to see maybe they
25 did it in a different way than I'm used to.  Maybe

123

1  they did it in a different section I'm not
2  expecting.
3        So that's how I chose how to read outside
4  of their reports.  Was there something they
5  missed?  Was there something they said that maybe
6  I didn't understand how it fit together?
7        So I used guided reading from these ASTM
8  standards to evaluate the report and their data.
9  Is that what you were trying to -- was that
10 what --
11    Q  We can take a break and --
12    A  -- what you were asking me?
13    Q  Are you -- were you finished with your
14 answer?
15    A  We can go through the other standards
16 later if you want.  I just -- I have a lot of
17 sections that I applied to reading their reports
18 and their data.
19    Q  Okay.  And so the next section you were
20 going to go into was ASTM E860-22?  Is that the
21 next section?
22    A  Just finishing out, 678-07, their
23 evaluation techniques, I looked at the way they
24 evaluated things, and I looked at how they
25 quantified.

124

1        So if you say something like, it's really
2  hot or it's really big or it's really cold, ASTM
3  requires us to quantify and verify the
4  quantification.  So I looked for that
5  corroborating data, that basis and that foundation
6  of their engineering analysis.
7        That would also encourage me to read and
8  see what -- if it wasn't there, I would then read
9  and say, well, what are they missing?  How -- was
10 it esoteric?  Was it data they could have gotten
11 fairly easily if it's missing out of their report.
12       And then the data evaluation concerns I
13 had was cataloging and identifying data in
14 relationship to incidents, and that's part of
15 failure analysis.  You need to identify a specific
16 incident, not a bunch of things when offline kind
17 of in the same time period, but on this day, at
18 this time, during this time period, we saw a
19 failure of 42 miners, and they were in the same
20 rack.
21       And those kinds of evaluation techniques,
22 when I read their work, would also encourage me to
23 go and read in other places or other documents.
24       And then the way they -- a way -- the way
25 and methodology they used to form their opinions,

Transcript of Karen Rayment
Conducted on October 21, 2025

125

1  I would just measure that against -- this was kind
2  of metric, is how did they form their opinions?
3  What did they measure it against?  Did it account
4  for all relevant facts?  And is it acceptable
5  scientific and logical methods?
6       And then I would go on to ASTM E860-22
7  after that.
8       MR. JOHNSON:  Okay.  We can stop there.
9       VIDEOGRAPHER:  The time is 1:00 p.m.  We
10 are going off the record.
11      (Recess, 1:00 p.m. to 1:28 p.m.)
12      VIDEOGRAPHER:  The time is 1:28 p.m.  We
13 are back on the record.
14   Q  Ms. Rayment, who decided what deposition
15 transcripts that you reviewed?
16   A  I did.
17   Q  Okay.  And as you sit here today, you only
18 reviewed the four deposition transcripts listed in
19 this report?
20   A  I think that's right, yes.
21   Q  Did you conduct any interviews of any fact
22 witnesses who worked at the facility or any
23 personnel from Whinstone?
24   A  No.
25   Q  Did you review any documents or data from

126

1  the entity or company Lancium?
2    A  No, not that I can recall, no.
3    Q  Do you know who Lancium is?
4    A  Software, I think they're software.
5    Q  Did you conduct any testing of any miners
6  in this case?
7    A  No.
8    Q  Did you physically inspect any miners in
9  this case?
10   A  Just the ones that are not relevant that
11 were on the shelves when I met you.
12   Q  Did you make any observations as to the
13 condition of those miners that you reviewed that
14 were on the shelf during your inspection at
15 Rockdale?
16   A  No.
17   Q  Do you have any opinion as to the
18 condition of those miners that you saw on the
19 shelves when you visited the facility at Rockdale?
20   A  No.
21   Q  Do you recall reviewing any videos from
22 the entity Kaboomracks?
23   A  Yes, I saw a couple of videos.
24   Q  Do you recall how many videos you
25 reviewed?

127

1    A  I don't remember.  Can I look in my list?
2    Q  Sure.
3    A  I believe that number 7 on page 33 may
4  have included, in electronic format, some videos
5  attached or a link to videos.
6    Q  Is there anything that you can recall
7  about those videos, as you sit here today?
8    A  What kind of things?
9    Q  Anything.  So you believe you saw some
10 videos from the -- from --
11   A  Kaboomracks.
12   Q  -- from Kaboomracks, correct?
13   A  Yes.
14   Q  Is there anything, as you sit here today,
15 that you saw in those videos that are in any way
16 relevant to your analysis that appears in your
17 rebuttal report?
18   A  I don't -- I didn't understand the purpose
19 of them, except for perhaps resale evaluation.  So
20 I don't -- I don't think anything they did was
21 relevant, no.
22   Q  I want to direct you to page 9 of your
23 report, the paragraph that's listed number 1.
24   A  Okay.
25   Q  What does this section entitled The

128

1  Project describe?
2    A  I'm reviewing it now.
3       MR. LOCKHART:  Did you say page 9,
4  paragraph --
5       MR. JOHNSON:  Page 9 and there's a
6  paragraph Number 1.
7       MR. LOCKHART:  Up at the top under E, The
8  Project?
9       MR. JOHNSON:  Yes.
10      MR. LOCKHART:  Okay, thanks.
11   A  (Reviewing document.)
12      Okay.  I read it.  What's the question?
13   Q  Yeah.  Does this section entitled Project
14 describe what you were asked to do?
15   A  Yes.
16   Q  Okay.  So you were asked to evaluate
17 claims that included assertions about the
18 functioning of the application-specific
19 interconnect miners, or ASIC miners, designed and
20 built by Canaan as the A10 series family?
21   A  Yes.
22   Q  Do you make any opinions as to -- or offer
23 any opinions as to the function -- functioning of
24 those A10 miners?
25   A  No.

---

**129**

1    Q Then going under Project, it also says,
2    essentially, you were asked to analyze SBIC's
3    claims about its bitcoin miners' operating
4    performance and the physical environment; is that
5    correct?
6    A Yes.
7    Q Do you offer any opinions about SBIC's
8    claims as it relates to the performance of their
9    miners?
10    A No.
11    Q Do you offer any opinions as it relates to
12    the physical environment in which SBI's miners
13    were being operated?
14    A No. There's nothing that can be ruled in
15    and ruled out at this time.
16    Q Other than those topics we just went over,
17    were you asked to do anything else?
18    A Just reviewed documents and looked at the
19    expert reports that I mentioned earlier, Byers and
20    Isaac.
21    Q Okay. What, if anything, did you do to,
22    quote, evaluate the claims asserted related to the
23    functioning of the ASIC Canaan A10 miners?
24    A What did I do to evaluate it?
25    Q Yes.

---

**130**

1    A I read their reports. I applied failure
2    analysis, rigor scientific method, the ASTM
3    standards to determine whether or not they've done
4    any failure analysis, which they haven't done any
5    failure analysis.
6    Q And by "they," you mean --
7    A Isaac and Byers.
8    Q Similarly, what did you do to analyze
9    SBIC's claims about its bitcoins miners' operating
10    performance or the physical environment?
11    A Again, there was nothing remaining from
12    the period of interest, the subject period in this
13    matter, and there were no documents that I could
14    review. There was no data for that.
15    So the experts, Isaac and Byers, didn't do
16    formal failure analysis. They didn't do any
17    documentation from that period. And they didn't
18    really do anything according to ASTM investigation
19    standards. So there's nothing we can really say
20    about that.
21    They didn't -- they didn't really back up
22    their claims. They make emotional statements and
23    statements about the miners and the failures, but
24    they don't really show that. They don't show any
25    work on that.

---

**131**

1    Q You said something about there were no
2    documents that you could review. What did you
3    mean by that?
4    A There are specific documents that are
5    produced by a failure analysis study. There is
6    specific data that's captured and sometimes tested
7    in a lab, sometimes repeated. So for field
8    failures, you want to really drill down and
9    understand root cause, and then you want to
10    document it. And then any lab failures you create
11    need to be recreatable. They need to be
12    repeatable.
13    And there was no tests run on these miners
14    that I could tell. There were no locations
15    documented. There were no clusters of data to
16    look at and analyze for patterns.
17    Q So what specifically are you offering as
18    an expert opinion in this case?
19    A I was -- I was tasked with evaluating the
20    claims that Byers and Isaac made, so I have
21    evaluated those claims. My opinions are -- can I
22    go my opinion --
23    Q Yes.
24    A -- section?
25    So I have Section II, starting on bullet

---

**132**

1    point 3, for page 10. This is the -- these are
2    the key details of what I did in this case, my
3    work in this case. Some key facts here, an
4    overview, and then on page 12 I applied the
5    standards as the metric for their reports. And I
6    tried to match what they did to the ASTM standards
7    for investigation, forensics analysis, in Rule --
8    Federal Rule 26B.
9    And then that -- my analysis is on page --
10    starts on page 13. That's the work I did in this
11    matter to produce opinions. And then my opinions
12    follow on from -- in a different section.
13    That's what I did in this matter. That's
14    the opinions I'm willing to produce in this
15    matter.
16    Q Okay. I'm going to ask that you actually
17    verbalize these your opinions because --
18    A Okay.
19    Q So can you tell the jury what opinions you
20    are offering in this case?
21    A Sure. I'm on page 4, Section II, Roman --
22    Roman Numeral II, on page 4. As we just saw, I
23    was asked to form opinions -- or to see if I could
24    form opinions about the Whinstone campus facility,
25    excuse me, and the conditions there. So 19, 20,

Transcript of Karen Rayment
Conducted on October 21, 2025

133

1 and 21 of my report on page 4 are my opinions
2 about the environment there.
3     Q  And can you state what your opinions are
4 about the environment there?
5     A  Yes.  I'll just go through this part if
6 that's all right.
7     Q  Okay.
8     A  There's no way to determine by physical
9 inspection, according to standards, what may or
10 may not have transpired in the subject period.  So
11 many things change all the time in these kinds of
12 facilities.  And we saw those changes ourselves
13 when we were there, that the miners aren't even
14 the same family or the same manufacturer anymore
15 that they were during the subject period.
16     So it's impossible, without accurate
17 documentation, cameras, or any kind of logging, to
18 tell what changed since the miners -- the subject
19 miners were installed and run there.
20     Q  That's under opinions about Whinstone's
21 campus facility and conditions, right?
22     A  Yes, sir.  And they asked me to see if I
23 could form opinions about the environment there.
24     Q  Okay.  Did you -- did you form any
25 opinions as it related to the environment there,

134

1 as you say?
2     A  Yes.  I formed the opinion that the
3 experts weren't doing any kind of failure
4 analysis.  So I formed the opinion that it can't
5 be ruled in or ruled out to a specific certainty,
6 whether the environment was indeed an issue for
7 the miners.  There's no way to tell that according
8 to the investigative standards or forensics
9 technology that we have.
10     Q  Okay.  Let's look at Section B on 4.  What
11 opinions are you offering as it relates to the
12 subject hardware A10 series miners?
13     A  The first thing I looked for when I was
14 reviewing their documents, their reports, the
15 other experts, Byers' and Isaac's reports, the
16 first thing I looked for was chain of custody and
17 some indication that someone had done failure
18 analysis on the subject miners.
19     I understand they were taken out of the
20 facility and crated up and sent to a location, I
21 think up north, maybe Chicago, for warehousing.
22     To my knowledge, the miner -- the subject
23 miners were never marked for where they came off
24 the shelves or what location they were in.  There
25 was never any failure analysis, formal failure

135

1 analysis, done on any of those subject miners,
2 according to the processes and procedures that
3 electrical engineering or mechanical engineering
4 has done.
5     So my opinion is that there's no
6 documented chain of custody, according to ASTM.
7 There's no failure analysis performed, and any
8 kind of root cause cannot be ruled in or ruled out
9 to any degree of scientific or engineering
10 certainty.
11     Q  And that's the summary of your opinions
12 under Section B here, opinion about the subject
13 hardware A10 miners?
14     A  Yes.
15     Q  Okay.  What opinion are you offering under
16 the subject firmware as it relates to the A10
17 series miners?
18     A  Once again, there's no rolling record.  I
19 call a rolling record updates or upgrades in
20 firmware or software.  I was not -- I asked for
21 them.  We couldn't find any rolling records of
22 firmware upgrades or revisions, so there's no hard
23 data to rule in or rule out.
24     The miners that were in service could have
25 all been staggered revisions of firmware, or they

136

1 could have all been loaded the same firmware.  So
2 it's difficult, without formal failure, to tell
3 whether or not firmware was at fault or
4 contributed to any kind of failures, and we don't
5 have any of those documents.
6     So, again, the subject firmware for the
7 miners that were removed from service, there's no
8 way to rule in or rule out what firmware was even
9 running, much less if it contributed to a failure.
10     Q  Why do you have any speculation as to why
11 firmware may have been an issue?
12     MR. LOCKHART:  Objection, form.
13     A  I'm not speculating.  Firmware can cause
14 issues.
15     Q  What is the basis for identifying firmware
16 as a potential issue?
17     A  Firmware causes the power supply -- I've
18 designed routers and other electronic equipment.
19 Firmware for the power supply and the power supply
20 control board has to be present or the power
21 supply won't work.
22     Hashing is a firmware and software
23 function.  And we know the primary reason that
24 these miners exist is to perform hashing functions
25 according to an algorithm.  There's no record that

137

1  I have to date of anyone troubleshooting the
2  firmware and software.
3      Q  Did you ask for those records?
4      A  I did, and I looked for them, too.
5      Q  Who did you ask for those records?
6      A  Counsel.
7      Q  What specifically did you ask for?
8      A  If there were any firmware records or
9  failure analysis done on the firmware and
10 software.
11     Q  Did you identify any documents that
12 related to the installation of firmware on SBI's
13 miners at the Rockdale facility?
14     A  There are, I believe, some anecdotal
15 conversations, so some text messages or emails
16 that allude to it, but it's not technical data.
17 It's a conversation between people saying, oh, we
18 better update the firmware again, or this firmware
19 is hard to load.
20         So I did my own research on it, and I
21 looked up Canaan on their site, which I've listed
22 in my documents.  I did my own research about it,
23 and they were having a real hard time with their
24 firmware when these A10s came out.
25     Q  When you say they were having a hard time

138

1  with their firmware, what documents are you
2  pointing to that you can identify, as you sit here
3  today?
4      A  I need to look at my references, please.
5  (Reviewing document.)
6         I looked in the user manuals from Avalon,
7  which is the -- that was the series, Avalon A10s
8  from Canaan, so I looked in their manuals.  I
9  looked in their Pro user manuals.  Several models,
10 I looked across that.
11        I looked for patches and upgrades on their
12 website.  A lot of times when -- a manufacturer of
13 electronics hardware, they provide patches and
14 upgrades through their website, so I looked for
15 those.
16        But there's no correlation between the
17 A10s, their firmware, and a revision schedule.  So
18 it's hard to tell if they were all upgraded, if it
19 was left to the user or the host of a colo to
20 upgrade them.  Colo just means colocation, which
21 is what Whinstone is.  They have several tenants.
22     Q  Okay.  So you looked at their manuals?
23     A  Yes.
24     Q  Did their manuals have any suggestion that
25 Canaan was having a hard time with their firmware?

139

1      A  It was complex, so that is based on my own
2  experience with design.  When you first roll out a
3  new product, you load it with firmware.  But then
4  if you have to update it, the person that bought
5  it or received it now has to go through tech
6  support to upgrade the revisions of firmware.  And
7  Avalon had a very difficult time with upgrades.
8  It was very complex to upgrade your firmware in
9  these.
10     Q  And -- but you don't have any personal
11 experience upgrading firmware on these Canaan A10
12 miners, correct?
13     A  No, sir.  I just read the procedure.
14     Q  And the procedures appear where?
15     A  On the Canaan website and in their
16 manuals.
17     Q  So what documents can you point to,
18 because you don't have any personal experience
19 uploading firmware to these Canaan A10 miners,
20 that indicate there was difficulty in uploading or
21 updating the firmware for these particular set of
22 miners?
23         MR. LOCKHART:  Objection, form.
24     A  The user manuals describing the process.
25     Q  You found that to be difficult?

140

1      A  I found it to be -- it appears that they
2  were early prototypes to me.
3      Q  And on what basis can you conclude that
4  they appear to be early prototypes?
5      A  By comparison with other products.
6      Q  When you say "they," what are you
7  referring to, the miners themselves or the --
8      A  The A10 family.
9      Q  What documents can you identify that
10 demonstrate that it would be difficult to upload
11 or upgrade the firmware on these Canaan A10
12 miners?
13     A  The user manuals from Canaan.
14     Q  And what in those user manuals indicate
15 that?
16     A  The screenshots -- excuse me.  The
17 screenshots show that you have to type in command
18 line commands.  You have to go into different
19 registers yourself.  You have to open the -- it's
20 almost like a DOS window, and you have to go into
21 the firmware itself and enter things by typing.
22 It's very bulky, and it says if it doesn't reset
23 or reboot in the next few minutes, start over.
24        I mean, if you think of an Apple iPhone,
25 you plug it into hardware or to a charger, and it

Transcript of Karen Rayment
Conducted on October 21, 2025

141

1  updates overnight while you sleep. That's a
2  finished product.
3      When you have to go in and type commands,
4  and then they say -- the manufacturer says, if it
5  doesn't work, start over, it indicates to me that
6  they're not finished industrial products.
7      Q  Okay. Then other than the manuals, are
8  there any other -- is there any other
9  documentation you can point to that you believe
10 indicates that the firmware updating process for
11 these A10 miners was difficult or hard to do?
12     A  I think number 28 -- I'd have to look at
13 it. Review guide is a product line review guide
14 for A10. It's on page 33, number 28. I believe
15 that was an addition to the manual showing that
16 people were frustrated. They were having a hard
17 time with it. So I think that's an aftermarket or
18 third-party review guide.
19     Q  Now, did you look into whether or not
20 there was any designated personnel at Whinstone
21 charged with updating the firmware?
22     A  No.
23     Q  Did you evaluate whether or not there was
24 any requisite expertise at Whinstone to update the
25 firmware?

142

1      A  I didn't look into any of that, no.
2      Q  Did you review any communications between
3  the manufacturer, Canaan, and Whinstone personnel
4  regarding the updating of firmware?
5      A  I can't recall.
6      Q  So is it fair to say that the updating of
7  firmware is an analysis of, like, sort of a human
8  factor as it relates to whether or not firmware is
9  properly updated or not?
10     MR. LOCKHART:  Objection, form.
11     A  I don't understand the question you're
12 asking me.
13     Q  Yeah. So earlier your testimony was that
14 to update the firmware on these particular A10
15 models that I'm discussing --
16     A  Yes.
17     Q  -- you had to go through a process of --
18 you said manually entering in that information?
19     A  Yes. There's some kind of command you
20 have to do at least once.
21     Q  Okay. So there's a human factor in that a
22 human being has to enter those commands. Is that
23 what you're saying?
24     A  Yes.
25     Q  Do you know who was responsible for

143

1  updating the firmware on these A10 miners when
2  they were being operated in -- or at the Rockdale
3  facility?
4      A  I don't know.
5      Q  Are there any other documents you can
6  identify in your report that seem to indicate that
7  updating firmware would be particularly difficult
8  with regard to these A10 miners?
9      A  I don't recall any.
10     Q  All right. Let's go to the next opinion
11 on page 5.
12     A  Yes.
13     Q  Opinions about the Phil Isaac report.
14     A  Yes.
15     Q  What opinions are you offering as it
16 relates to the report of Phil Isaac?
17     A  Mr. Isaac has previous deep expertise in
18 traditional or legacy data centers, and he tries
19 to superimpose commercial data centers onto
20 industrial mining, and it doesn't work that way.
21     So he was trying to apply the wrong
22 standards to the Rockdale facility, Whinstone's
23 facility. He was trying to cite hot aisles and
24 cold aisles, which are not the configuration of
25 Whinstone. Hot aisles and cold aisles mean a

144

1  specific thing in legacy IT data centers.
2      And he was trying to say hot aisles and
3  cold aisles and do CFD models, which is
4  computational fluid dynamics. In an open-air
5  facility like Rockdale, it doesn't make sense
6  technically. It's not accurate, and it's not
7  applicable.
8      And yet throughout his report, he
9  continually reverses to diagrams and standards for
10 legacy IT data centers. So his -- he can't draw
11 scientific and engineering conclusions if he's
12 using the wrong model, which he continually does
13 throughout his report.
14     Q  Okay. So what elements of a traditional
15 data center facility are not applicable to the
16 mining facility that was Rockdale?
17     A  None of them are applicable. None of the
18 data center standards are applicable to the
19 Rockdale facility.
20     Q  What standards are applicable?
21     A  There aren't any.
22     Q  So it's your opinion that there are no
23 applicable standards whatsoever to evaluate the
24 Rockdale facility's design?
25     A  It is not my opinion. They don't exist.

Transcript of Karen Rayment
Conducted on October 21, 2025

145

1  Q When you say "they," what --
2     A Standards for bitcoin mining do not exist.
3  The only thing that exists for bitcoin miners may
4  be safety of the power supply. There is no
5  configuration under ASHRAE, for instance, which he
6  relies on. ASHRAE is a building code that you
7  build data centers to, and he relies a lot of
8  ASHRAE, which is a closed, clean commercial space.
9        Bitcoin mining is industrial mining. It's
10 an industrial farm, which is very, very different
11 than a data center.
12    Q Okay. So earlier you said that a hot
13 aisle and a cold aisle --
14    A Containment.
15    Q -- containment isn't an element of bitcoin
16 forms. Is that --
17    A That's correct. They're regions. You
18 have a cooler region and a hotter region, but they
19 are not contained. It's a free-air facility.
20    Q So it's your opinion that the Rockdale
21 facility doesn't have, as a standard, a hot aisle
22 and a cold aisle?
23    A It's a fact that they don't. It's not
24 just my opinion that I worked on and developed.
25 You walk in, and you go, yeah, it's free air.

146

1  It's a different type of facility. Like this is a
2  high-rise commercial building, and down the street
3  would be a residential building, that's not an
4  opinion. That's an observation of fact, if that
5  makes sense.
6     Q Okay. So you went to the Rockdale
7  facility Building B, correct?
8     A I did.
9     Q Did it have a hot aisle?
10    A No, it does not.
11    Q Do you recall at the Rockdale facility
12 there being an effort to ensure that -- well,
13 strike that.
14       You recall there being miners on the racks
15 at the Rockdale facility when you visited there,
16 correct?
17    A Yes.
18    Q And those racks -- I'm sorry -- and those
19 miners abutted a wall, right? They were stuck
20 into a heat-insulated wall, correct?
21    A I need to go back and correct what I just
22 said, please, sir.
23    Q Okay, please.
24    A Okay. So can we read back the previous
25 question and my answer? I didn't answer it

147

1  properly.
2     Q Yeah. I asked you if the Rockdale
3  facility, when you visited there, had a hot aisle
4  and a cold aisle. You want to change your answer
5  now, right?
6     A I said, no, it doesn't, right?
7     Q Yes.
8     A I know what it was. We're talking about
9  did you see the bitcoin miners on the racks. They
10 are not racks. They're shelving.
11    Q Okay.
12    A These are different facilities with
13 different technical words. A rack is a technical
14 word in an IT facility where servers and power
15 supplies and RAID drives and cabling and switches
16 are mounted and bolted into racks. That's a
17 technical term.
18       They don't have any racks at Whinstone.
19 There's shelving units. So I want to make really
20 clear that we're not dealing with a IT facility
21 here. That's a whole different animal in a
22 different realm, and you can see that when you
23 walk in the door. It's not an IT facility. It's
24 not --
25    Q That's the answer you were -- I'm sorry, I

148

1  didn't mean to cut you off. Were you done?
2     A Not racks, shelves. That's the answer I
3  was going for. Thank you.
4     Q Respectfully, I don't believe I asked you
5  about racks.
6     A You asked me if I saw bitcoin miners in
7  the racks at Whinstone, and I said yes. I meant
8  to say, I saw zero racks.
9     Q I see. Do you recall there being a hot
10 aisle and a cold aisle?
11    A There are not any aisles.
12    Q Okay. Is there an attempt -- when you
13 visited there in November of 2024 and you saw
14 miners on the shelves --
15    A Yes.
16    Q -- was there any infrastructure that tried
17 to prevent the recirculation of hot air into one
18 section of the facility?
19    A There's an exhaust region. So the cooler
20 air comes in the front of the miners and exhausted
21 out the back, and they've done a good job of
22 containing that so that it flows up into open air.
23 So it's separated regions, but they're not
24 containment aisles.
25    Q And you're saying that that region in

Transcript of Karen Rayment
Conducted on October 21, 2025

149

1  which the hot air from the miners flows into a
2  contained area, that's not a hot aisle?
3      A  No, because it's not contained. It's
4  vented to open air in the roof. A containment in
5  an IT data center means it's a cube with
6  artificial exhaust and input. It's a technical
7  term according to ASHRAE for IT data centers.
8      There are no aisles at Whinstone. It's
9  free air. There are regions of temperatures, but
10 this notion of containment in hot aisle and cold
11 aisle was not built and doesn't exist for
12 industrial farms. This is industry. So it's --
13     Q  So --
14     A  I'm sorry. I'm done.
15     Q  I'm sorry, I didn't mean to cut you off.
16 Did you have anything else?
17     A  No.
18     Q  So what publications, documentation, or
19 anything can you point to, as you sit here today,
20 to say that bitcoin -- industrial bitcoin mining
21 facilities don't have hot aisles and cold aisles?
22     A  Well, it's visual. You can tell when you
23 walk into a data center which ones are the hot
24 aisles and which ones are the cold aisles. If you
25 know data centers and IT equipment, you can

150

1  immediately tell when you walk in, oh, that's a
2  cold aisle. That's a hot aisle.
3      Whinstone doesn't have aisles. They have
4  open-air or free-air regions of temperatures
5  because it's not a commercial enterprise. It's an
6  industrial enterprise. Those are two different
7  things.
8      Q  What's the difference between the hot
9  aisle containment area you saw at the Rockdale
10 facility and a hot aisle that you would expect to
11 see at a traditional data center?
12     MR. LOCKHART:  Objection, form.
13     A  The Whinstone facility doesn't have hot
14 aisle containment. It's a free-air conduction
15 chamber. There is no mechanical or electrical
16 help with the exhaust of the heated air because on
17 earth, hot air rises. Hot air will always rise on
18 earth.
19     Now we're into how much do you have that
20 you want to vent, and how do you do that in the
21 design of a building. Because there's a bigger
22 space at Whinstone, that's the cooler region.
23 Open through the louvers in the evaporation wall,
24 it's always going to flow as the fans pull it in
25 across the electronics, and the heated air is

151

1  exhausted by other fans into the open-air chamber.
2  That's not a hot aisle by definition.
3      Q  Okay. You said that hot air always rises,
4  right?
5      A  On earth, yes.
6      Q  I believe your earlier testimony was that
7  you're not an expert in fluid dynamics, correct?
8      A  I am not.
9      Q  Are you an expert in fluid dynamics as
10 applied to airflow?
11     A  No, sir. This is physics 101. I'm a
12 physicist and a mathematician, too.
13     Q  And so in all circumstances hot air rises?
14     A  Unless you interject with a different
15 force, like a fan or a blower or a vacuum, yes,
16 hot air rises.
17     Q  But you are also not an expert in CFM,
18 correct?
19     A  No. This is basic thermodynamics they
20 teach in high school. You don't have to be an
21 expert in computational fluid dynamics to know
22 that hot air rises. If you measure in this room
23 on the floor and on the ceiling, you'll find a
24 temperature difference, because it's hotter at the
25 top. That's basic thermodynamics.

152

1      Q  But you would -- so you understand basic
2  physics, correct?
3      A  I do.
4      Q  Okay. So if there's X amount of hot air
5  getting injected into this area as you observed --
6      A  Yes.
7      Q  -- at the Rockdale facility --
8      A  Yes.
9      Q  -- what would you need to know to
10 understand if all of that hot air was being
11 released as opposed to being kept in?
12     A  I don't understand what you want to know,
13 I'm sorry.
14     Q  Yeah. Wouldn't you have to know how big
15 the opening would be at the top of the facility to
16 know if that hot air is actually rising out of the
17 building?
18     A  That would help, yes. I haven't seen that
19 study by either of the experts in this case. When
20 I reviewed their work, they don't really do the
21 math on that. They don't analyze it. They don't
22 show me any of it.
23     Q  They don't offer how big the openings are
24 in the roof of the Rockdale facility?
25     A  It's not a single variable study. You

Transcript of Karen Rayment
Conducted on October 21, 2025

153

1  have to see, how big is the opening?  What's
2  ambient temperature?  What are the fan speeds?
3  It's not just one thing.  It's many things.  And
4  there also has to be a pressure differential,
5  which there is naturally in open air.
6       So there has to be a table of values or
7  table of data, has to be repeatable, has to be
8  tested often.  And I'm not seeing that they did
9  any of that work at all.  He did a CFM study, but
10 he didn't verify his model.
11      The mechanical engineer that was with
12 Mr. Isaac when I met him, I think that he worked
13 on that mechanical engineering study, but they
14 don't ever do V&V, verification and validation, of
15 the model.
16  Q  But you'd acknowledge that you're not even
17 qualified to critique any CFM model?
18  A  I am --
19      MR. LOCKHART:  Objection, form.
20  A  I'm qualified to review the results and
21 the methodology, yes, I am, and I've used many of
22 them in my career.
23  Q  And you're saying that you didn't see
24 anywhere in Mr. Isaac's report an analysis of, for
25 example, fan speed?

154

1  A  It's disjointed.  I don't see anywhere
2  where he did an actual study on a free-air
3  facility that's industrial in nature.  Mr. Isaac
4  and Mr. Byers both continually throughout the
5  report try to superimpose standards for legacy
6  data centers onto a free-air facility, and it
7  doesn't work.  It's garbled, and it's chaotic.
8  It's not proper work.  There's no failure analysis
9  going on.
10  Q  Well, you -- your opinion is, is there
11 actually is no standard to apply to the Rockdale
12 facility, correct?
13  A  There are no standards for bitcoin mining.
14  Q  And the Rockdale facility is a --
15  A  Industrial facility.
16  Q  The Rockdale facility is a bitcoin mining
17 facility, correct?
18  A  Yes.  But it's an industrial bitcoin
19 mining farm.  It's not a commercial data center.
20  Q  Well, that's not what I'm asking.  What I
21 was asking was, your opinion is there are no
22 industry standards for bitcoin mining farms,
23 correct?
24  A  Yes, that's my opinion.
25  Q  And you'd agree that the Rockdale facility

155

1  is a bitcoin mining farm?
2  A  Yes.
3  Q  So there are no standards for the Rockdale
4  mining farm that can be described as an industry
5  standard?
6  A  For the configuration of the facility, no,
7  there aren't any standards.  Are we comparing ASTM
8  and ASHRAE against the Whinstone campus?  Because
9  if we're doing that, there are no standards that
10 are equivalent ASHRAE that Mr. Isaac and Mr. Byers
11 continually try to superimpose on Whinstone, and
12 it doesn't work.
13  Q  Did you make any attempts to identify any
14 industry standards for bitcoin or cryptomining
15 facilities?
16  A  For bitcoin specifically, yes.
17  Q  And what did you locate?
18  A  There are no standards.
19  Q  Okay.  When you say there are no
20 standards, you mean there aren't any official
21 standards in ASHRAE?
22  A  That's one organization that may take on
23 cryptomining, but not all cryptomining needs an
24 industrial facility.  Bitcoin mining has come to
25 the place where they need an industrial facility

156

1  like a factory.
2  Q  What -- so what efforts did you make to
3  identify a industry standard for bitcoin mining
4  facilities?
5  A  I looked in the standards data pools that
6  I'm accustomed to dealing with, global standards.
7  I was responsible my whole career for regulatory
8  compliance all over the world.  There are
9  databases full of standards like UL.  UL is a
10 standards body.  CE is a standards body in Canada.
11 The EU has their own standards body for Europe
12 with the CE marking.
13      So I looked in all the normal standards
14 databases, and then I did kind of freeform
15 searches, too, looking for bitcoin mining facility
16 standards.  And what I found is just this return
17 of a void there is -- there may be some standards
18 around safety on power supplies for electronics,
19 but that's not an ASHRAE standard for the
20 building.
21  Q  What do you think is required -- or what
22 evidence do you need to say that there is an
23 industry standard for bitcoin mining facilities?
24 Like, what would you look for?
25  A  The standards body and the standard

157

1 deliverables. A standard is a publication by
2 learned individuals and experienced individuals,
3 and they typically have a working committee. I've
4 been on working committees for standards for
5 routers. And at the end of the exercise, you put
6 in there what the safety is, what the
7 functionality is, the requirements.
8     I mean, just like he keeps trying --
9 Mr. Isaac keeps trying to impose building
10 standards on Whinstone from a different industry
11 sector.
12     Q  You'd agree, though, that there is at
13 least some overlap between data center facilities
14 and bitcoin mining facilities, correct?
15     MR. LOCKHART: Objection, form.
16     A  Such as what? What would be the items of
17 overlap?
18     Q  Ensuring adequate cooling of the IT
19 equipment.
20     A  There's no IT equipment in a bitcoin farm.
21     Q  Ensuring -- well, you would agree that
22 information technology equipment encompasses a lot
23 of -- includes computers, right?
24     A  Broadly, yes.
25     Q  And is it fair to say that bitcoin -- or

158

1 mining -- or miners are IT equipment?
2     A  Miners are not IT equipment.
3     Q  Why are they not IT equipment?
4     A  They have one function according to one
5 algorithm. They are not computers. They're
6 hashing machines, which is a very, very different
7 machine.
8     Q  Well, they have motherboards, don't they?
9     A  Yes.
10     Q  They have controller boards, right?
11     A  Yes. That's not the --
12     Q  But that's -- I'm sorry.
13     A  That's not the definition of an IT device
14 though.
15     Q  It's an information technology device,
16 right?
17     A  It is not.
18     Q  Well, you'd call a router an information
19 technology device, right?
20     A  I would, yes.
21     Q  You'd call a server an IT device, right?
22     A  Yes.
23     Q  You'd call a hard drive an IT device,
24 right?
25     A  No.

159

1     Q  Would you at least acknowledge that miners
2 are sensitive to excessive heat?
3     MR. LOCKHART: Objection, form.
4     A  Are miners sensitive to -- all electronics
5 are sensitive to excessive heat beyond their
6 endurance level.
7     Q  Including miners?
8     A  Including all electronics, yes. We have
9 to talk in terms of data, testing, threshold
10 limits, and extended period of time, though. It's
11 not that simple to just go, when they get hot,
12 it's not good. That's not an engineering
13 statement that I can make.
14     MR. JOHNSON: Objection to everything
15 after "including all electronics, yes."
16     Q  You'd agree that in designing a bitcoin
17 mining farm, you should be concerned about dust
18 and contamination getting into those miners,
19 correct?
20     A  Yes.
21     Q  And you would accurately describe -- or a
22 miner could be accurately described as a -- as an
23 ASIC in this case, right?
24     A  The ASIC is the semiconductor chip, not
25 the miner. The miner contains an ASIC, yes.

160

1     Q  Do you have any other opinions as it
2 relates to Phil Isaac's report?
3     A  Yes, thank you. Mr. Isaac's report is
4 about commercial data centers, which is very
5 different than an industrial mining operation, but
6 he makes no distinction anywhere that I could
7 find.
8     It was my understanding that Mr. Isaac was
9 retained by SBIC's counsel as a data center
10 maintenance expert. And I've read his -- I've
11 read some of his publications from the committee
12 he sat on, and he has deep experience in IT data
13 center maintenance. I believe that, and I respect
14 that experience.
15     He didn't do any test and measurement to
16 show any type of failure analysis. He tries to
17 continually apply IT -- commercial IT facility
18 standards and practices to an industrial free-air
19 facility throughout his report, rendering it
20 almost useless in this matter.
21     And he identifies environmental
22 contamination issues and also some heat issues.
23 He identifies his concerns about that. He doesn't
24 show any type of failure analysis using excessive
25 heat repeatability. He doesn't do any hypothesis

161

1  development and then prove it out with respect to
2  this concerns. So there's no experimentation.
3      And he consistently tries to apply IT
4  equipment in data centers, which is a commercial
5  enterprise, with very, very different heat and
6  cooling configurations, standardized
7  configurations. He continually tries to apply
8  that to Whinstone's industrial farm, and it
9  doesn't work. There's no relevance there.
10     I didn't see him do any kind of hashrate
11 reduction analysis caused by dust, heat, or
12 anything like that. He didn't do that experiment
13 or those measurements.
14     Also, his -- he's very concerned about
15 temperature, and that's obvious throughout his
16 report, that he's very concerned about
17 temperature. However, he would have needed data
18 from the subject period in this matter. He would
19 have needed some formalized, organized data to
20 analyze clusters, again, because heat rises.
21     So you can take a temperature reading on
22 the floor of that center, that farm, and then take
23 a temperature reading on the roof, not even
24 related to the miners. And you're going to get a
25 disparate temperature not only on your day and

162

1  night cycle, but from August to February.
2      So I didn't see him do any kind of
3  temperature analysis in cycles or in any
4  meaningful way that would prove or disprove, rule
5  in or rule out to a scientific certainty that his
6  concerns are valid. They may be valid. They may
7  not be valid. We didn't see it proved out.
8      We saw him forming a hypothesis or a guess
9  with no subsequent work to prove or disprove his
10 guess. And a big part of scientific method is the
11 pattern of data that you present to prove or
12 disprove.
13     Do you want me to go on through the list?
14  Q  No. Is that a -- is that a fairly
15 thorough summary of your opinions as it relates to
16 Mr. Isaac's report?
17  A  No. I still have more.
18  Q  Okay. Well, let's move on to Mr. Byers'
19 report. What generally, if you can just
20 summarize, are your opinions as it relates to
21 Mr. Byers' report?
22  A  Mr. Byers is very intelligent, and he has
23 very deep connections to the IT world throughout
24 his career. His expertise, in my opinion, goes
25 down to the semiconductor level. So he

163

1  understands semiconductor physics obviously. It's
2  obvious in his report.
3      But again, he continually refers to IT
4  equipment data centers, commercial data centers
5  throughout his report. He's doing this contrast
6  and compare to IT data centers, rather than
7  focusing on the facility at issue here. So I
8  don't think his report is very relevant.
9      And then he does the same thing Mr. Isaac
10 does. He speculates or guesses on something
11 that's going on, but he doesn't prove it with data
12 or scientific method.
13  Q  Okay. Other than the opinions we've gone
14 over so far as listed through the several pages,
15 are there any opinions that do not otherwise
16 appear in your written report that you intend to
17 opine on at trial?
18  A  No.
19  Q  Well, are you offering any opinions as to
20 whether the Rockdale facility complied with
21 industry standards for the design of a bitcoin
22 mining facility?
23     MR. LOCKHART: Objection, form.
24  A  There are no standards.
25  Q  Are you offering an opinion as to whether

164

1  the Rockdale facility complied with the
2  contractual requirements or the hosting agreement
3  between SBI and Whinstone?
4  A  I'm not offering opinions on contractual
5  agreements in this matter, no.
6  Q  Are you offering any opinions as to
7  whether the Canaan Avalon 10 miners were
8  defective?
9      MR. LOCKHART: Objection, form.
10  A  Are we talking about the entire population
11 at Whinstone or --
12  Q  I'm talking --
13  A  I -- can we -- can we unpack it, rephrase
14 it?
15  Q  Yes. I'm asking you, are you offering any
16 opinion as to whether or not the 20,000 miners of
17 Canaan A10 miners that were operated at the
18 Rockdale facility were defective?
19     MR. LOCKHART: Objection, form.
20  A  No. I haven't seen any failure analysis
21 at all.
22  Q  Are you offering -- well, let me ask this.
23 Are you offering any opinion as to whether or not
24 the Canaan A10 miners underperformed relative to
25 their expectation?

Transcript of Karen Rayment
Conducted on October 21, 2025

165

1      MR. LOCKHART:  Objection, form.
2      A  Whose expectation, sir?  I'm sorry.
3      Q  Relative to what would have otherwise been
4  expected given their specifications.
5      A  Have I formed an opinion about that?  Is
6  that the question?
7      Q  Yes.
8      A  I see.  No.  I think it's part of the
9  contract.  I think that's a contractual clause
10  that they had to specify, so no.
11      Q  So you're not going to offer any opinion
12  as to whether or not SBI's miners underperformed,
13  given their specifications?
14      MR. LOCKHART:  Objection, form.
15      A  I can't.  I don't have the data.
16      Q  So the answer is no?
17      A  The answer is no.
18      Q  So you're also not offering any opinions
19  as to what caused SBI's A10 miners to underperform
20  or otherwise fail?
21      MR. LOCKHART:  Objection, form.
22      A  No.
23      Q  Are you offering any opinions as to
24  whether he could negatively have impacted SBI's
25  A10 miners at the Rockdale facility?

166

1      A  No.
2      Q  Are you offering any opinions as to
3  whether the accumulation of dust within SBI's A10
4  miners at the Rockdale facility could have
5  negatively impacted their performance?
6      A  I need to circle back on my last question,
7  though, about the heat issue.
8      Q  Can you answer the question I just asked?
9      MR. LOCKHART:  She just said she was going
10  to finish her answer and yes, you can go back to
11  the prior question and then come back to this
12  question.
13      A  Thank you.  The previous question --
14      MR. JOHNSON:  Limit your objections.
15      MR. LOCKHART:  You're not going to cut off
16  the witness when she's giving an answer.
17      MR. JOHNSON:  Go ahead.
18      A  My previous note about the heat issues, I
19  have formed an opinion about the methodology used
20  in Mr. Byers' and Mr. Isaac's reports where they
21  assert there's a heat issue.  I formed an opinion
22  about their work and their assertions that there
23  is a heat issue.  That's the same answer I want to
24  give you for the dust and debris issue.  I have
25  formed opinions based on their work and their

167

1  assertions.
2      Q  And your opinions as to the -- strike
3  that.
4      And your opinions as to Phil Isaac's
5  conclusions with regard to the impact of heat on
6  SBI's miners are that they -- those opinions are
7  not founded; is that right?
8      A  His opinions are speculation without
9  formal failure analysis or data analysis.
10      Q  Is it your opinion that Phil Isaac's
11  conclusions are not -- is it your opinion -- let
12  me start this over.
13      Is it -- strike that.
14      Is it your opinion that Phil Isaac's
15  opinion -- opinions are not adequately supported
16  by data or information?
17      MR. LOCKHART:  Objection, form.
18      A  Yes.
19      Q  What data or information do you contend is
20  lacking from Phil Isaac's report that makes you
21  conclude that his report is irrelevant or
22  insufficient to reach his conclusions?
23      A  May I reference mine?
24      Q  Go ahead.
25      A  Thank you.  On page 42 of my report.

168

1      Q  I'm looking there.
2      A  There's a checklist for ASTM standard, E,
3  like echo, 2332-04.
4      Q  Yes.
5      A  And the name of the standard is standard
6  practice for investigation and analysis of
7  physical component failures.
8      I believe that we're dealing with physical
9  failures here.  There are physical component
10  failures in that, we know based on records that we
11  have within the documents that some of the power
12  supplies had to be replaced at Whinstone.  The
13  power supply is a component just like a
14  motherboard or a hard drive or a cable.  They're
15  components of the miner.
16      He's asserting that they had failures, he
17  being Mr. Isaac, and to some degree Mr. Byers as
18  well, they assert that these miners were failing
19  because of specific reasons.  They say because of
20  dust and because of heat.  If you look at the ASTM
21  standard for investigation, neither of them
22  identified and preserved evidence from that
23  subject period.  Neither of them have any access
24  to that, no matter who identifies it and preserves
25  it.  There were no labels on those miners, there

Transcript of Karen Rayment
Conducted on October 21, 2025

43 (169 to 172)

169

1  were no positions on those miners.
2      So if I wanted to label the shelves and
3  say, rack A1, position 7, this miner is failing,
4  and I believe it's for dust and heat, then you
5  label it like that. You take it out of the fleet,
6  you preserve it, meaning don't let anything get in
7  or out the evidence bag, whatever, and then you
8  can collect information on it.
9      So then you go to the logs, the control
10 logs for the facility. You might want to dump the
11 firmware and see what happened to it, if there's a
12 log of that that Canaan provided and then you
13 collect the information.
14      You note the nature of the failure, you
15 note the manufacturing and processing history if
16 you can. A lot of times there's a serial number
17 so you can get a batch, a manufacturing batch
18 code. Specifications, so you record the modes
19 that it is capable of, how fast can it clock, what
20 kind of heat does that produce, what kind of
21 cooling does it need and all of that -- all of
22 those specs come from the manufacturer.
23      And then the service environment, they
24 have problems with that. Mr. Isaac said it's
25 dirty and it's hot basically, but he didn't give

170

1  me anything to review that shows me he did the
2  analysis. This environment is dirty and hot is
3  the start of failure analysis, it is a hypothesis.
4  It's a guess. So if I say this environment is
5  very dirty, I've got some work to do and he didn't
6  do the work and Mr. Byers didn't do the work.
7      They're asserting their guesses without
8  doing any work or providing any data in a formal
9  failure analysis to show their work. They're not
10 showing their work, they're just saying oh,
11 believe me it's this because I know AT data
12 centers. Different sector, different building,
13 different infrastructure.
14      And then the testing and analysis methods,
15 you have to photo document. You have to consider
16 appropriate methodologies, it's not IT equipment.
17      So what's your methodology? You can't
18 revert to a standard test, there are no standards.
19 So what do you do? You have to write a test plan,
20 it's called the design of experiments. And if you
21 do failure analysis, there are many times when you
22 have to design your own experiment. To rule it,
23 you have do with it with an open mind and you have
24 to say, this will rule in or rule out my guess.
25 It has to be fair and neutral or else the engineer

171

1  is going to take data in his own favor to back up
2  his hypothesis, it's called bias.
3      And then the data analysis isn't present.
4  He doesn't explain a method or methodology and
5  then the reporting isn't present.
6      Q Did you identify any mathematical errors
7  in the calculations provided in Isaac's report?
8      A In the CFD?
9      Q Yeah, any -- I'm saying throughout his
10 entire report, did you identify any
11 miscalculations of formulas in Isaac's report?
12      A The numbers that he uses are not of a
13 concern to me because I identified some false
14 assumptions. Once you start down this path of a
15 false assumption, you can do all the math you
16 want, but the assumption, the basic premise is
17 false.
18      He is calculating a CFD model for a
19 commercial IT data center, which assumes
20 containment of heat and containment of cool air
21 that's blowing into that containment with a lid on
22 it. And his CFD model is skewed from the very
23 beginning, because of his constraints and
24 assumptions about the space.
25      Q So your answer is no, you didn't identify

172

1  any mathematical errors in Phil Isaac's report?
2      A I spotted a couple that are suspect, but
3  because the foundation is skewed, I'm not going to
4  spend time on it.
5      Q As you sit here today, can you identify
6  any mathematical errors you identified in Phil
7  Isaac's report?
8      A I would need to look at it. I think he
9  didn't -- I think the numbers that I saw that I
10 took exception with are the number of routers he
11 calculated.
12      Q Did you identify any mathematical errors
13 in Charles Byers' report?
14      A Yes.
15      Q Okay. What mathematical errors did you
16 identify in Charles Byers' report?
17      A I would have to look at the report and go
18 through it again.
19      Q So as you sit here today, you can't
20 identify them?
21      MR. LOCKHART: Objection, form.
22      A I don't recall them. I don't remember
23 them, but yes, I identified some errors in
24 Mr. Byers' report, yes.
25      Q Do you identify them -- those mathematical

173

1  errors anywhere in your written report here?
2      A Let me see, let me look. That is
3  Mr. Isaac again, I'm still looking.
4      So along the temporal line or the
5  timeline, I believe Mr. Byers makes mistakes in
6  that he does not call out the comparison profiles
7  from Russia to Whinstone, because Russia happened
8  later in time. So that was something I spotted in
9  his numbers, his calculations, if you will, that
10  this equals this, it's not accurate. He doesn't
11  list all of them. Again, according to ASTM
12  investigative methods, he is not listing out the
13  correlation, the assumptions and the comparisons.
14      So six months go by, miners are shipped
15  around, and he just says, these are the same
16  environments and these miners perform better than
17  those, and leaves it at that. So I take exception
18  to the fact that he didn't mention the numbers, he
19  didn't say six months later after shipping halfway
20  around the world.
21      There was one calculation he did, measured
22  miner cluster performance. Oh, he's talking about
23  the hosting agreement again. There it is. He
24  expects a higher probability of more bitcoin
25  rewards with increased hashrate in a mining pool.

174

1      To me that's really vague and he doesn't
2  back it up with anything. So his numbers that he
3  speculates on a lot of times, he says more or
4  bigger or hotter, he doesn't quantify that. So
5  the numbers to me are missing and jarring and he
6  doesn't do calculations to show that.
7      In his root -- supposed root cause
8  analysis he states he has evidence and that it's
9  obvious. Those are not root cause analysis words.
10  Those are speculation. That's how you form your
11  hypothesis or your guess, so that you can then
12  back it up with good solid data test and
13  measurement, inspection, scientific method. And
14  then he goes on as if his guesses are accurate and
15  bases the rest of his work on guesses and calls it
16  good. So the numbers, in my opinion, are missing
17  or not accounted for like the six month spread.
18      MR. JOHNSON: Objection, nonresponsive.
19  Let's take a break.
20      VIDEOGRAPHER: The time is 2:47 p.m. We
21  are off the record.
22      (Recess, 2:47 p.m. to 3:01 p.m.)
23      VIDEOGRAPHER: The time is 3:01 p.m. We
24  are back on the record.
25      Q So, Ms. Rayment, it is your opinion that

175

1  the Rockdale facility has no hot aisles or cold
2  aisles?
3      A That's my opinion, yes.
4      Q But you would agree that there appears to
5  be some infrastructure within that facility that
6  attempts to prevent the recirculation of hot air
7  into the miners?
8      A Yes.
9      Q So why is that not considered a hot aisle
10  and a cold aisle?
11      A Hot aisle and cold aisle per the ASHRAE IT
12  data hall standards is a contained box, so it
13  would have a lid on it and it's completely
14  mechanically controlled.
15      So a cold aisle is an enclosed box with
16  doors and the air comes up through a perforated
17  tile system to cool the cold aisle. The fans suck
18  in the cold air across the servers or other
19  network appliances and exhaust to the hot aisle,
20  which is also an enclosed box with a lid on it
21  with a fan that draws the hot air back through the
22  circulation of the HVAC system.
23      So it's completely mechanically controlled
24  and circulated by the HVAC system. It's called a
25  CRAC, C-R-A-C, which is -- stands for a computer

176

1  room air conditioner.
2      Q And your contention is that because there
3  are no mechanical controls at the Rockdale
4  facility, it isn't a hot aisle/cold aisle
5  facility?
6      A There are many reasons why it's not -- not
7  just that, but no, it's not configured for hot and
8  cold aisles because it is a free air facility. So
9  it relies on regions of temperature, not a
10  confined controlled temperature.
11      Q So is it your contention that the Rockdale
12  facility doesn't actually make an attempt in its
13  infrastructure to control the temperature
14  within -- of the intake fans for these miners?
15      A They do control the temperature.
16      Q And what is the infrastructure for
17  controlling the temperature for these miners?
18      A The miners themselves do the work, so they
19  pull in cool air from the cool regions and my
20  understanding is Whinstone has an evaporative
21  cooling wall, so the water comes and runs down
22  this air permeable filter when they need to cool
23  the air down in the free air region, and then the
24  fans pull in the cooler air and exhaust the hot
25  air, which then vents out the roof. So it's a

Transcript of Karen Rayment
Conducted on October 21, 2025

177

1  very different system than a commercial data
2  center.
3      Q  You would agree that that system, as
4  configured at the Rockdale facility, is still
5  subject to a CFM analysis though, correct?
6      A  No, I don't agree with that.
7      Q  Why can't you perform a -- well, what's a
8  CFM analysis in your opinion?
9      A  So CFM is a device or a model or a tool,
10 if you will.  It's a tool by which engineers can
11 judge how efficient the facility is for the
12 purpose of mixed IT equipment.
13      So in a commercial data center, you don't
14 just have one thing running, you have servers and
15 RAIDs and Ethernet switches.  There's no way to
16 directly measure all the temperatures inside all
17 those boxes.  There's no way to measure that.
18 It's called core temperature of the
19 semiconductors.
20      Because Whinstone is a mining --
21 industrial mining facility, and these miners have
22 one job, that's all they have, and it's to hash as
23 fast as you can possibly run them without burning
24 them down, so you measure at the chip temperature
25 there.  You don't need all of that infrastructure

178

1  for this.  It's one chip measurement at the
2  semiconductor level, that's it.
3      MR. JOHNSON:  Objection, nonresponsive.
4      Q  Why can you not perform a computational
5  fluid dynamic model analysis on a cryptomining
6  facility in your opinion?
7      A  The CFD analysis is so that you can
8  measure and control the temperature in a
9  commercial data center, where you cannot measure
10 at the chip level.  A CFD analysis is so that you
11 can control input temperature of the air in a
12 controlled commercial environment.  You don't need
13 that at Whinstone, it doesn't require it and it's
14 not relevant.
15      MR. JOHNSON:  Objection, nonresponsive.
16      A  I'm trying.
17      Q  I'm asking you why you can't apply the
18 same disciplines and computation -- computational
19 analysis to the airflow in a cryptomining facility
20 according to your opinion?
21      A  I'm trying to answer it, sir, I'm trying
22 to be helpful.
23      You can do all of that work accurately and
24 wind up with the same temperature information you
25 measuring directly from the chip.  CFD analysis is

179

1  very complex.  It doesn't apply to open air
2  spaces, you have to have containerized spaces, hot
3  aisles and cold aisles, you have to have control
4  over the airflow.
5      You don't have control over that airflow
6  at Whinstone.  It's an open air convection
7  environment, so there's no way to apply that CFD
8  to that environment and you don't need it anyway.
9      MR. JOHNSON:  Objection, nonresponsive.
10     Q  I'll move on.
11     A  I'm trying.
12     Q  Going back to paragraph 19 of your report,
13 at the beginning.  I think it's part of your
14 summary section.
15     MR. LOCKHART:  What page, I'm sorry, is
16 that?
17     MR. JOHNSON:  Page 4, paragraph 19.
18     A  Okay.
19     Q  As part of your opinion, you state that
20 there is no way to determine by physical
21 inspection of the facility what may or may not
22 have transpired during the period when SBIC
23 operated in the Whinstone facility.
24     What data, documents, testimony, pictures,
25 videos would you need to determine what transpired

180

1  during the video -- during the period when SBIC
2  operated in the Whinstone facility?
3      A  I don't have an audit checklist, but I
4  would expect there to be an audit checklist by the
5  owners.  It's a colocation facility, so I would
6  need pictures, maintenance logs, an accurate mix
7  of miners.  We would need that accurate count of
8  the different families and the different models of
9  miners, which we don't have in their reports.
10 Yeah, so pictures and temperature data, just take
11 the regular data about their environment and them,
12 the miners I mean, the environment they're
13 operating in, some measurements about the
14 environment and preserve those logs through time
15 so you can get good data clusters.  So, yeah.
16     Q  In your experience, do data centers
17 usually maintain those type of records that you
18 just listed there?
19     A  Yes.
20     Q  So you would expect there to be, in a data
21 center, a list of records that included
22 maintenance records, correct?
23     A  Yes.
24     Q  The number of computer equipment, in this
25 case, miners are running, correct?

Transcript of Karen Rayment
Conducted on October 21, 2025

181

1    A Those are in data centers or colocation
2  centers where there's a landlord and multiple
3  tenants running their IT equipment inside data
4  centers. Their -- the owners typically keep that
5  on their machines. So the owners go in and pull
6  the machines, there's a pulling function, extra
7  software in the database that the owners run, not
8  the landlords.
9    Q Do you know what responsibilities
10 contractually that Whinstone had with regard to
11 maintenance of records?
12   A No, I don't know that.
13   Q Do you know if they were required to keep
14 track of how many miners were running at any time?
15   A I don't know that either.
16   Q Do you know if Whinstone was required to
17 keep track of the intake temperature of the
18 miners?
19   A I don't know that.
20   Q Do you know if they were required under
21 the contract to keep records as to the different
22 hashrates for each miner?
23   A No, I don't know. My understanding is
24 there was software to track a lot of that.
25      MR. JOHNSON: Objection, nonresponsive to

182

1  "no" -- to everything after "no."
2    Q So you haven't reviewed any of the
3  contractual responsibilities of Whinstone in this
4  case?
5    A No.
6    Q By "no" you mean you didn't review any of
7  the contractual responsibilities of Whinstone in
8  this case?
9    A Yes, that's what I mean.
10   Q Is it your opinion that cryptominers don't
11 typically need a cooling infrastructure as part of
12 their operations at these type of cryptomining
13 facilities?
14      MR. LOCKHART: Objection, form.
15   A Can we define infrastructure first, sir?
16   Q An element of the building which
17 facilitate the insurance that these miners are
18 operated below a certain temperature?
19   A Yeah, they need --
20      MR. LOCKHART: Objection, form.
21   A They need cooler regions and exhaust -- a
22 place to exhaust.
23   Q So you would agree that even cryptomining
24 facilities have to build certain infrastructure
25 into the building to ensure that the miners

183

1  operate at least below a certain expected or
2  optimal temperature?
3    A Yes, sir.
4    Q And what are the typical elements within a
5  bitcoin mining facility which you expect to see as
6  it relates to cooling infrastructure?
7    A A bigger area for cool -- a bigger region
8  of cooler than hotter. I would expect to see
9  evaporative walls for industrial mining. And --
10 excuse me, a way to wick the heat away as it
11 rises, it should be like a flue, like a chimney
12 flue, where when wind blows across it, it creates
13 that vertical rise.
14   Q And you would expect also to see a heat
15 wall of some sort which segregates the cold side
16 in which air is brought in and another side where
17 the miners are expelling hot air?
18   A I would, yes.
19   Q Are there any other elements you would
20 expect to see in a cryptomining facility?
21      MR. LOCKHART: Objection, form.
22   A There's some specifics to screens. So the
23 screens over fans perhaps, it depends on the
24 environment. That's about it. The shelves should
25 be metal.

184

1    Q You said screens over the fans, you mean
2  over the miner fans?
3    A Yes, if they need it.
4    Q Are there any other elements you would
5  expect to see in a cryptomining farm?
6      MR. LOCKHART: Objection, form.
7    A I think it's -- probably one of the things
8  I would expect is the insulation inside the hot
9  chimney that goes up to open air.
10   Q And what's the purpose of the screens that
11 are over the fans for your average cryptominer?
12   A The screens would -- excuse me, it would
13 provide --
14      MR. LOCKHART: Objection, form.
15   A -- perforated -- a perforated plate, a
16 screen, if you will, can provide as the airflow
17 comes in to be more directional. So it can draw
18 like it's in a tunnel and potentially screen out
19 some debris, if any.
20   Q And in a cryptomining facility, would you
21 expect there to be any infrastructure to mitigate
22 the accumulation of dust within the facility?
23   A Are you saying like a physical filter or
24 what's infrastructure to the building or to the
25 operations or...

185

```
1      Q Infrastructure to the building. Do you
2  believe -- or in your experience, would you expect
3  to see there to be some sort of physical
4  infrastructure to prevent dust accumulation into
5  the building?
6      MR. LOCKHART:  Objection, form. And just
7  to be clear, there --
8      MR. JOHNSON:  Let her answer the question.
9  Just let her -- do not give speaking objection.
10 Don't do it.
11     MR. LOCKHART:  Cory --
12     MR. JOHNSON:  You can --
13     MR. LOCKHART:  -- don't --
14     MR. JOHNSON:  Let her answer.
15     MR. LOCKHART:  Don't talk to me like that.
16     MR. JOHNSON:  I don't -- I don't care.
17 That's improper.
18     MR. LOCKHART:  Finish your answer subject
19 to my objection and then --
20     MR. JOHNSON:  Don't give speaking
21 objections.
22     Q Please answer --
23     MR. LOCKHART:  Cory --
24     Q -- my question.
25     MR. LOCKHART:  -- don't cut me off like
```

186

```
1  that.
2      MR. JOHNSON:  I'm -- this is -- I'm --
3      MR. LOCKHART:  Cory --
4      MR. JOHNSON:  Very respectfully, don't do
5  it.
6      MR. LOCKHART:  No, you weren't being
7  respectful.
8      MR. JOHNSON:  Yes, I was being respectful.
9  Don't give talking objections. Let her finish,
10 and then make your suggestion.
11     Q Go ahead and answer, please, Miss.
12     A Can you say it again?
13     Q Yeah. I asked you, what would be your
14 expectation for a cryptomining facility as it
15 relates to preventing the accumulation of dust
16 within that facility?
17     MR. LOCKHART:  Objection, form.
18     A I think there are several ways you could
19 either prevent it or clean it up. I don't think
20 there's necessarily one way, again, because we're
21 back to no standards. But there's a variety of
22 ways it could happen to prevent dust and debris.
23     Q And what would be your expectation?
24     MR. LOCKHART:  Objection, form.
25     A Screens over the miners, boxes,
```

187

```
1  insulation. The evaporative wall has some
2  screening or filtering value, or sweepers, you can
3  sweep as part of the maintenance program.
4      Q And why would you expect there to be some
5  sort of dust infrastructure even in a cryptomining
6  facility?
7      MR. LOCKHART:  Objection, form.
8      A Why is it needed?
9      Q No. I'm asking -- you said you would
10 expect to see a dust -- an infrastructure that
11 prevents dust accumulation, correct?
12     MR. LOCKHART:  Objection, form.
13     A It may or may not be there. That's what
14 I'm saying. If it's needed, here are some of the
15 remedies. One of them is just sweeping,
16 maintenance program. If I saw screens or I saw an
17 evaporative filter wall, that would satisfy a
18 filtering -- a filtering function. Filtering
19 functions can happen at the miner, at the rack
20 level.
21     Q And it would be your expectation to
22 actually see some sort of infrastructure within --
23 within that type of facility that would mitigate
24 dust, right?
25     MR. LOCKHART:  Objection, form.
```

188

```
1      A If it's needed in that environment.
2  They're all over the world, so it depends on the
3  outside environment, yes.
4      MR. LOCKHART:  So one of these more
5  general questions when you're talking about what
6  you'd expect to see, things like that, if you want
7  to avoid my objection --
8      MR. JOHNSON:  I don't --
9      MR. LOCKHART:  Hold on. If you want to --
10 if you -- if you talk about the relevant time
11 period and limit it to that, that's fine,
12 because we're talking about a difference in time
13 now, right?
14     MR. JOHNSON:  No.
15     MR. LOCKHART:  Okay. Then we'll just
16 continue to object the whole time, then.
17     MR. JOHNSON:  Then leave it at objection,
18 form. Thank you.
19     MR. LOCKHART:  I get that you want to ask
20 sloppy questions.
21     MR. JOHNSON:  Please limit your objection.
22     Q When you visited the Rockdale facility,
23 did you observe any infrastructure as it related
24 to preventing the muxing or recirculation of hot
25 air back into the miners that you observed there?
```

189

1    A  Yes.
2    Q  Did you observe any infrastructure related
3  to the Rockdale facility when you visited there
4  that was designed to mitigate dust?
5    A  Yes.
6    Q  What did you observe?
7    A  There were grills or screens at the
8  louvers like a filter cloth that they can also wet
9  for evaporative cooling. It's also a filter. I
10  observed industrial sweepers with a bucket where
11  you can just run it over the floor kind of like a
12  lawnmower, and it's probably a industrial brush
13  with a big tank on it to sweep up the dust. And
14  some of the sections had filters on the fans of
15  the miners themselves.
16    Q  As part of -- well, strike that.
17      In evaluating the effectiveness of any
18  type of infrastructure as it relates to dust
19  accumulation, what's the standard measurement for
20  determining how effective a filter or any other
21  type of device is at preventing dust from flowing
22  through?
23      MR. LOCKHART:  Objection, form.
24    A  There's no standard that I know of, sir.
25    Q  Okay. Have you ever heard of the MERV

190

1  standard?
2    A  Yes.
3    Q  Okay. Isn't that a type of standard to
4  determine the size of particulate that can go
5  through a particular filter?
6    A  As far as I know, yes. I look at that for
7  my home, though. I haven't heard of that in
8  relation to a data center or an industrial miner.
9    Q  You've never heard of the application of
10  dust filters even in a traditional data center?
11    A  Not the MERV standard, no.
12    Q  Okay. Is there ever a standard, in your
13  experience, apply as to traditional data centers
14  regarding the allowances of dust particles into
15  that facility?
16      MR. LOCKHART:  Objection, form.
17    A  The only filtering I've ever seen
18  specified by standards are involved in the CRACs,
19  the air conditioning units. So they filter air
20  from the outside and blow it in through the hot
21  and cold containment.
22    Q  Why do data centers concern themselves
23  with preventing dust from accumulating into their
24  IT equipment?
25    A  I believe it's because of the mechanical

191

1  components like the motors that spin in the air
2  conditioning, HVAC units. Those mechanical motors
3  and fans tend to be on axes that are greased. So
4  you don't want particulates gumming up the fans
5  that provide the cold air or the exhaust from the
6  hot aisles.
7    Q  And are there any other reasons why you
8  wouldn't want dust to accumulate within IT
9  equipment?
10    A  For regular data centers?
11    Q  Yeah, for regular data centers.
12    A  No. I think it's just because of the
13  airflow that's controlled by mechanical -- by
14  machines.
15    Q  Do you have any opinion as to whether or
16  not it's prudent to prevent dust accumulation into
17  cryptomining equipment?
18    A  Yeah. I think it's certainly not good
19  practice, but I think it depends on the
20  composition, and it depends on the length of
21  lifecycle, too.
22    Q  So you own a couple of miners, correct?
23    A  I own -- I own an Alienware that has eight
24  GPUs in it.
25    Q  Okay.

192

1    A  Yes.
2    Q  Well, then generally, then, let's talk
3  generally about, to the extent you have any
4  knowledge related to cryptominers, why is it a bad
5  idea to allow dust to accumulate within a
6  cryptominer?
7      MR. LOCKHART:  Objection, form.
8    A  Dust can cause degradation of the
9  interfaces of voltage and current. It can create
10  unwanted heat, unwanted current paths.
11    Q  And would dust accumulation within a
12  cryptominer also, particularly on the heatsinks,
13  cause the machine to also heat up otherwise
14  because it has an accumulation of dust?
15      MR. LOCKHART:  Objection, form.
16    A  In the heatsink for the processors or the
17  DSPs?
18    Q  Yeah.
19    A  I don't know that.
20    Q  Yeah.
21    A  I'd have to look at the data.
22    Q  You don't know whether or not -- if
23  accumulation on heatsinks would cause a
24  cryptominer to also overheat because there's a
25  dissipation of the heat through the heat -- the

193

1  sink -- the heatsinks?
2      MR. LOCKHART: Objection, form.
3      A I'm not sure that's accurate physically.
4  I don't know that that's accurate physically.
5      Q So if Chuck Byers says in his report that
6  accumulation of dust on heatsinks will contribute
7  to a miner overheating, you don't have an opinion,
8  as you sit here, one way or the other regarding
9  that conclusion?
10     A That's right.
11     MR. LOCKHART: Objection, form.
12     Q So --
13     A I don't have an opinion one way or the
14 other. I had need to see data and failure
15 analysis on that. And the reason I say that is
16 because our radiators are heatsinks, and cars and
17 Jeeps get dirty all the time and don't affect the
18 function. I don't know if that's a sound theory
19 about heatsinks getting dirty. I'd like to review
20 data if there is any.
21     MR. JOHNSON: Objection, nonresponsive to
22 "I don't have an opinion one way or the other."
23     Q Can we look at Appendix C of your report,
24 which is titled Summaries of Relevant ASTM
25 Standards?

194

1      A Yes.
2      MR. LOCKHART: What page is that?
3      MR. JOHNSON: That is page --
4      THE WITNESS: 38.
5      MR. LOCKHART: Thank you.
6      Q So looking at Appendix C, which is on page
7  38, this is titled Summaries of Relevant ASTM
8  Standards, correct?
9      A Yes.
10     Q Who prepared these summaries?
11     A I did.
12     Q Did you summarize the standards or copy
13 and paste them into the appendix?
14     A I summarized some, and I also copied and
15 pasted some bullet points directly from the
16 standards.
17     Q Is it your opinion in this case that if an
18 expert does not comply with these standards, their
19 opinion is unreliable?
20     A Yes.
21     Q So you made sure to comply with each and
22 every standard you cite to?
23     A I was not an investigator in this case.
24     Q So, no, you didn't apply the ASTM
25 standards to your own report?

195

1      A Can you rephrase that for me?
2      Q Yeah. Did you comply with the ASTM
3  standards in drafting your report in this case?
4      A It doesn't apply to me in this case, so,
5  no. I mean, I wasn't the investigator.
6      Q So --
7      A Therefore, it doesn't apply for me to use
8  it.
9      Q In evaluating Phil Isaac's report, did you
10 look to the ASTM for guidance on how to perform
11 your evaluation of his report?
12     A No.
13     Q Within the ASTM standards, are there any
14 standards which apply to breach of contract cases?
15     A No, not that I know of.
16     Q Within the ASTM standards, are there any
17 specific standards as it applies to fraud cases?
18     A These are technical standards, so no.
19     Q Okay. What's a general purpose of the
20 ASTM standards in the context of evaluating an
21 expert in litigation?
22     A I didn't get it. I don't know what you're
23 asking me.
24     Q I -- well, I'll come back to it then.
25     A Okay.

196

1      Q On page 39 you summarize ASTM 3768-07,
2  Standard Practice for Evaluation of Scientific Or
3  Technical Data.
4      A Yes.
5      Q Okay. On point 2 you write, it's a
6  problem definition process; correct?
7      A Yes.
8      Q The first subpoint states, must define the
9  problem being considered, including allegations,
10 scientific/technical issues and relationships
11 between these and the incident.
12     Did I read that correctly?
13     A Yes.
14     Q On page 3, you provide background to the
15 dispute in the issues, correct? If you look at on
16 page 3.
17     A Yes.
18     Q Okay. But under background you only
19 provide the parties to this dispute, correct?
20     A No, there are further points in that
21 section.
22     Q On point 3, on page 3 under background?
23     A Yes, there are two points there, 14 and
24 15.
25     Q Which are the parties to this dispute.

Transcript of Karen Rayment
Conducted on October 21, 2025

197

1   A Yes.
2   Q Correct?
3   A Yes.
4   Q And 15, where you point out Whinstone was
5 required by Riot blockchain?
6   A Yes.
7   Q You don't mention any allegations in this
8 section regarding background, correct?
9   **A I say that they did not visit the facility**
10 **before that time, so I don't have any allegations,**
11 **no. I'm not the investigator, so no, I didn't**
12 **mention them, no.**
13   Q So you're not in -- forwarding your
14 report, you're not applying the same ASTM
15 standards to your report; is that fair?
16   **A Yes, that's fair.**
17   Q And that's because you said you're not an
18 investigator?
19   **A I am not. I'm a rebuttal engineer in this**
20 **matter.**
21   Q Okay. Well, then, looking at -- going
22 back to on page 39, I believe. Yeah, let me
23 direct your attention to page 39.
24   A Yes, sir.
25   Q ASTME 678-07. Do you see that?

198

1   A Yes.
2   Q It says third bullet point under problem
3 definition process states, must address relative
4 scientific merits or alternative hypothesis
5 supported by available data, correct?
6   A Yes.
7   Q Now, nowhere in this report do you address
8 or recognize the relative scientific or technical
9 merits of any alternative hypotheses, correct?
10   **A I need it again.**
11   Q Yeah.
12   **A I don't know.**
13   Q Nowhere in your report do you attempt to
14 address the relative scientific/technical merits
15 of any alternative hypothesis?
16   **A No, I don't, and again, I'm not the**
17 **investigator. That's not my job.**
18   Q So looking at that same standard paragraph
19 5.
20   A Yes.
21   Q Under Opinion Formation.
22   A Yes.
23   Q The first bullet point says, opinions must
24 account for all known relevant facts, right?
25   A Yes.

199

1   Q And did you -- or can you confirm that you
2 reviewed all of the facts and data provided by
3 Phil Isaac in this report?
4   A Yes.
5   Q And can you confirm that you actually
6 looked at all the materials that he reviewed in
7 this report?
8   **A I believe so, but it's not because of**
9 **this. So yes, but not because of this. This is**
10 **not my standard in this matter.**
11   Q Do you think it would have -- well, strike
12 that.
13   You would agree that part of your opinion
14 in this case is that Phil Isaac didn't have
15 sufficient enough data to make the conclusions he
16 makes in his report; is that fair?
17   **A That's fair.**
18   Q Okay. But you didn't review all the data
19 and documentation that Phil Isaac reviewed, right?
20   **A I believe I did.**
21   Q So earlier you agree that your testimony
22 was that you can't recall whether or not you
23 actually read all the materials cited to in Phil
24 Isaac's report, correct?
25   **A I don't recall.**

200

1   Q Yeah, so as you sit here today, you can't
2 confirm that you actually read all the evidence he
3 used to make the conclusions he did in his report;
4 is that fair?
5   **A I don't know.**
6   Q What do you mean by "I don't know"? You
7 don't -- do you understand my question?
8   **A I believe so.**
9   Q Okay. So as you sit here today, you can't
10 confirm that you actually read all the evidence
11 that Phil Isaac used to make the conclusions in
12 his report?
13   **A It's not my role in this matter, sir, to**
14 **go over everything he did. I'm up one level**
15 **looking at his process that has huge holes in it.**
16   MR. JOHNSON: Objection, nonresponsive.
17   Q If you're going to forward the opinion
18 that Phil Isaac doesn't have enough data or
19 documents to support his conclusions, is it not
20 logical for you to first determine the entire
21 universe of documents and data that he reviewed?
22   MR. LOCKHART: Objection, form.
23   **A No.**
24   Q So you -- so in order to say that he
25 doesn't have sufficient data, you don't even have

Transcript of Karen Rayment
Conducted on October 21, 2025

201

1  to look at all the data that he looked at?
2      A  That's correct.
3      Q  And the reason why you don't have to look
4  at all the data he looked at is because you're
5  relying on a checklist as provided in the ASTM?
6      A  That's only a part of the input to my
7  work.
8      Q  What are the other inputs or standards for
9  which you are evaluating the report of Phil Isaac?
10     A  There are no records from the subject
11  time.  There are no documents showing an accurate
12  mix of the models that were there.  They don't
13  mention S9s, they're not mentioning the heat load
14  from 1041s.  So there are big holes in his data
15  gathering showing me that there's no way to do a
16  comprehensive review as an investigator.
17         An ASTM backs that up, but I'm not just
18  relying on a checklist, no.
19     Q  But in identifying the omissions of data,
20  you're strictly relying on ASTM standards, right?
21     A  No.
22     Q  You agree that -- or do you know if there
23  were any other depositions in this case other than
24  the four you listed in your report?
25     A  I believe there were, but I can't cite

202

1  them to you.
2      Q  And you don't know what was said or wasn't
3  said in those other depositions, do you?
4      A  No, I don't.
5      Q  You don't know what was presented as
6  exhibits in those other depositions?
7      A  No.
8      Q  No, you don't know what was presented in
9  those other depositions?
10     A  I don't know.
11     Q  Do you know -- or -- strike that.
12         Is it a possibility that additional data
13  and evidence was presented in depositions for
14  which you didn't read?
15         MR. LOCKHART:  Objection, form.
16     A  Is it possible -- my understanding were
17  they were business people, not technical people
18  that were deposed.  So I would -- I would believe
19  that there is nothing that I can see in those or
20  exhibits that would have any bearing on my
21  opinions of the technical people.
22     Q  Do you even know which individuals who
23  were deposed in this case are?
24     A  Well, I have a record of them somewhere on
25  my computer.  I have a list somewhere on my

203

1  computer.
2      Q  Do you have a list of depositions that you
3  did not review?
4      A  I don't know.
5      Q  So you don't know whose depositions you
6  did or did not see; is that right?
7      A  I asked --
8         MR. LOCKHART:  Objection, form.
9      A  I asked for the key technical
10  investigators in this matter.  I met Mr. Isaac's
11  with you when you were there for joint inspection.
12  I met his mechanical engineer that travels with
13  him, supposedly does part of his reports and CFM.
14  And I know about Mr. Byers.  Because he has a
15  long, very interesting career in Silicon Valley as
16  an IT professional.
17         They represented to me as the only
18  investigators technically and that's where I live.
19  I'm not going to spend time or money looking at
20  business people that are talking about contracts
21  and legal and money.
22     Q  Well, you were charged with at least
23  evaluating the environmental conditions at the
24  Rockdale facility, correct?
25         MR. LOCKHART:  Objection, form.

204

1      A  No, no, my task was to evaluate what these
2  two men were saying about it, which is a different
3  thing.  I was not charged with that.  If I was the
4  investigator, I would have done standard practice
5  according to ASTM.
6      Q  So if an -- you would agree that -- strike
7  that.
8         So you didn't look at the individuals who
9  were operating the facility during the relevant
10  time period between June 2020 and June 2021?
11         MR. LOCKHART:  Objection, form.
12     A  I didn't look at them.  I don't know what
13  you mean.
14     Q  I'm sorry, strike that.
15         You didn't look at the testimony in this
16  case of the individuals who were actually
17  operating SBI's miners in Building B between June
18  2020 and 2021?
19         MR. LOCKHART:  Objection, form.
20     A  No.
21     Q  And you didn't review the site manager,
22  Heath Davidson's, testimony in this case, correct?
23     A  I did not.
24     Q  You didn't review David Schatz, who was
25  the operations manager in this case over Building

Transcript of Karen Rayment
Conducted on October 21, 2025

205

1  B, correct?
2      A  That's correct.
3      Q  So as part of your evaluation, you didn't
4  look at the descriptions or configurations or any
5  information provided to them related to the design
6  and operations as they were performed during the
7  relevant time period in Building B?
8      MR. LOCKHART:  Objection, form.
9      A  So again, no, because that's not my job on
10 this case to interact with employees.  It's my job
11 to deal with their testimony.  They should have
12 gotten those records if they're there.  My
13 understanding from Mr. Byers and Mr. Isaac, is
14 there is no maintenance records that they could
15 put their hands on.  My role is not to investigate
16 by talking to personnel, my role was to evaluate
17 whether or not they have the data needed to form
18 their opinions.
19     MR. JOHNSON:  Objection to after
20 everything "so again, no."
21     Q  Part of your complaint or -- strike that.
22        Part of your criticism of Mr. Byers and
23 Mr. Isaac's report is that the facility has
24 changed since that time period of June 2020 to
25 June 2021; is that correct?

206

1      A  Not quite, not quite.  My evaluation
2  includes the fact that they didn't rule in or rule
3  out any changes.
4      Q  Did you identify any changes in the
5  physical environment from when you did your
6  physical inspection of Building B to back in the
7  relevant time period we've been discussing?
8      A  I missed the question.
9      Q  Yeah, did you identify -- so once again --
10     A  I'm sorry.
11     Q  You don't have to apologize.  I'm happy to
12 restate my question.
13     A  Thank you, sir.
14     Q  Part of your criticism of Byers' and
15 Isaac's report is that there have been changes to
16 this facility from that 2020 to 2021 time period,
17 correct?
18     A  I feel like if I don't say yes or no to
19 you then you want to discount what I'm saying.
20 It's more than a yes or no sometimes.
21     MR. JOHNSON:  Objection, nonresponsive.
22     Q  Sometimes -- it's a yes or no question
23 often.
24     A  This is not one of those times.  It's not
25 a yes or no what you asked me.

207

1      Q  Well, all I asked you was --
2      MR. LOCKHART:  Don't argue with her.
3  That's an argument.
4      MR. JOHNSON:  Okay.  I got you.
5      Q  Let me repeat my question.  You agree that
6  part, not whole, part of your criticism of Byers'
7  and Isaac's report is that there have been changes
8  to the facility from that 2020 to 2021 time
9  period, that's part of your report?
10     A  No.
11     Q  That's not part of your report?
12     A  That's not how I would put it.
13     Q  Okay.  How would you put then, Miss?
14     A  That they didn't do a valuation on it to
15 rule it in or rule it out.
16     Q  Well, then that's what I'm asking you.
17 What, as you sit here today, can you identify that
18 has changed materially from that time period that
19 might impact that evaluation?
20     A  No, we don't know.  We don't have -- I
21 don't have any records from the experts in this
22 case where they ruled in or ruled out changes from
23 the subject timeframe until now when we visited.
24 And it's an evaluation, I'm not criticizing them,
25 I'm just stating what I get and what I don't get

208

1  from them.  It's an evaluation of their
2  methodology.
3        There may have been changes, maybe there
4  weren't, I don't know because they didn't say or
5  highlight the changes.
6      Q  Do you know whether or not Phil Isaac had
7  access to information disclosing the physical
8  dimensions of the building from the relevant time
9  period?
10     A  I don't know that.
11     Q  Do you know if Phil Isaac had access to
12 the dimensions of the racking system from the
13 relevant time period?
14     A  I don't recall.
15     Q  Do you know if Phil Isaac had access to
16 the size -- sizing of the inflow openings to the
17 building?
18     A  During the subject period?
19     Q  During the subject period, yes.
20     A  I don't know that.
21     Q  Is there any reason to believe that the
22 size of the building that you inspected has
23 changed?
24     A  No, I don't have any data to rule that in
25 or rule it out.

Transcript of Karen Rayment
Conducted on October 21, 2025

---

**209**

1    Q Do you know whether or not buyers had
2 access to any telemetry data for the A10s while
3 they were operated at the Rockdale facility?
4    **A During the subject period?**
5    Q Yeah.
6    **A I don't know.**
7    Q Did you review any telemetry data from
8 these A10 miners while they were being operated at
9 the Rockdale facility?
10    **A No, only what was in the reports.**
11    Q I'm going to hand you a document that's
12 been previously marked Exhibit 8.
13      (Exhibit 8 discussed.)
14    Q Exhibit 8 is a very tiny font on the
15 bottom.
16    **A Thank you, excuse me.**
17    Q Ms. Rayment, do you recognize having
18 reviewed the contents of this document before in
19 one form or another?
20    **A I don't recall.**
21    Q I believe earlier your testimony was that
22 you saw some chat between personnel at Whinstone
23 and Canaan regarding installation of firmware?
24    **A I believe so, yes.**
25    Q Does this document look like the form you

**210**

1 reviewed it in?
2    **A I can't recall. May I use my phone to**
3 **read the Kimchi?**
4    Q I'm not going to ask you any questions
5 about that specifically. I just wanted to know is
6 this the document that you recall reviewing as it
7 related to conversations between Canaan and the
8 manufacturer of the A10s and Whinstone personnel?
9    **A I'm going to take a second and read**
10 **through it.**
11    Q I'm just asking you if you recognize it?
12    **A I don't upon sight.**
13    Q Okay. Well, then -- then let's move on.
14    **A Okay.**
15    Q Do you consider yourself an expert in
16 firmware for cryptominers?
17    **A In what capacity? Like a coder or**
18 **upgrader or a technician?**
19    Q As an expert in the updating of firmware
20 on cryptominers?
21    **A I'm able to do it.**
22    Q And you don't think that requires any
23 special expertise?
24    **A I believe it does.**
25    Q But you don't consider yourself an expert

**211**

1 on how to update firmware, is that fair, on
2 cryptominers?
3    **A That's fair.**
4    Q Let's go back to your report at paragraph
5 23, which is on -- I think you had a typo
6 somewhere here. So on page 5 it's a 20 -- it says
7 24 and then it goes to 23. Do you see that?
8    **A What bullet point is it, please?**
9    Q So --
10    **A On page 5?**
11    Q Yeah, so if you look on page 4 says 23,
12 right, at the bottom? Yeah, paragraph 23.
13    **A Yes.**
14    Q Okay. I'm not talking about that 23. I'm
15 talking about paragraph 23 on page 5.
16      MR. LOCKHART: Under Section D appendix.
17    **A Yes, I see it.**
18    Q Thank you.
19    **A Yeah, my numbering stuttered, I apologize.**
20    Q No need to apologize.
21      So under Section D, Opinions about the
22 Phil Isaac report.
23    **A Yes.**
24    Q Paragraph 23.
25    **A Yes.**

**212**

1    Q Your contention is that Mr. Isaac confuses
2 traditional commercial data center environment
3 with bitcoin mining industrial form environments
4 throughout his report, correct?
5    **A Yes.**
6    Q Are there any similarities, whatsoever,
7 between the designs of a traditional data center
8 and a bitcoin mining industrial farm?
9    **A No.**
10    Q There are no similarities whatsoever?
11      MR. LOCKHART: Objection, form.
12    **A It depends on what level of hierarchy you**
13 **want to go to. They both need power, they both**
14 **need a roof. I don't know at what level of**
15 **specificity you want.**
16    Q Well, I said -- I asked you if there were
17 any similarities and you just named several
18 similarities, correct?
19    **A Of the building, yes.**
20    Q Okay. So you would agree that there is at
21 least some overlap in characteristics that are --
22 you can find in a traditional data center and a
23 bitcoin mining facility?
24    **A No, not according to this, no.**
25    Q What is this that you're referring to?

Transcript of Karen Rayment
Conducted on October 21, 2025

213

1    A Isaac report, no.
2    Q Well, you would at least acknowledge that
3  the laws of thermodynamics apply the same in
4  traditional data centers and bitcoin mining
5  facilities, right?
6    A The laws of thermodynamics are the same on
7  earth, yes.
8    Q Do you know whether or not the hosting
9  agreement between SBI and Whinstone mentions
10 industry standards?
11   A I don't know that.
12   Q I'm going to hand you a document that's
13 previously been marked as Exhibit 6.
14     (Exhibit 6 discussed.)
15   A Thank you.
16   Q Now, you agree that you identified this
17 Hosting Service Agreement as one of the documents
18 you reviewed in this case, correct?
19   A I don't recall.
20   Q Well, if you would look at Appendix C --
21   A Thank you.
22   Q -- of your report?
23   A Yes.
24   Q Let me ask you, did you identify the
25 Hosting Service Agreement -- I'm sorry, look at

214

1  number 17 on -- under Exhibit A, I'm sorry, on
2  page 33.
3    A Appendix A?
4    Q Yeah.
5    A Okay.
6    Q Under Sources Reviewed.
7    A Yes, yes, I see it.
8    Q On Appendix A, under Sources Reviewed,
9  number 17 you write, October 2019 hosting
10 agreement, correct?
11   A Yes.
12   Q Do you recall reviewing the hosting
13 agreement between SBI crypto and Whinstone in this
14 case?
15   A I don't recall it. This seems to have a
16 different Bates number than the one I'm holding.
17   Q But you don't recall reviewing the hosting
18 agreement in this case?
19   A I don't recall it specifically, no, sir.
20   Q Did any of the terms in the hosting
21 agreement impact your evaluation of Isaac's or
22 Byers' report?
23   A May I skim it? May I read it real quick
24 and skim it?
25   Q Well, let me direct you to a specific

215

1  section so we can just move this along.
2    A Thank you.
3    Q Let me direct you to Section 8.2, which is
4  on page 16.
5    A Thank you. Yes.
6    Q Okay. Section 8.2 says: Whinstone shall
7  perform the services as described herein and shall
8  provide the services in a professional manner
9  consistent with industry standards.
10     Did I read that correctly?
11   A Yes, sir.
12   Q And your earlier testimony today is that
13 there are no industry standards for a bitcoin
14 mining facility like the Rockdale facility,
15 correct?
16     MR. LOCKHART: Objection, form.
17   Q That's correct that --
18     MR. LOCKHART: Objection, form.
19   A Yes.
20   Q So you're telling the jury in this case
21 that this reference to performing in a
22 professional manner consistent with industry
23 standards is meaningless?
24     MR. LOCKHART: Objection, form.
25   A No, sir, I'm not saying that.

216

1    Q Okay. But in -- your contention,
2  generally, is that there are actually no
3  applicable industry standards to apply to the
4  Rockdale facility?
5      MR. LOCKHART: Objection, form.
6    A That's not what I'm saying, sir.
7    Q Then what are you saying?
8    A I'm saying there's a different set of
9  standards for maintenance and hosting than there
10 are to build and keep a facility. Isaac and Byers
11 continually refer to ASHRAE standards, which do
12 not apply to this type of building that the
13 bitcoin miners are operating in. This, I would
14 need to run through their obligations in the
15 contract to figure out what kind of industry
16 standards are being referenced here. It's
17 certainly not ASHRAE.
18   Q So you would acknowledge that there may be
19 within the Hosting Service Agreement some
20 application of industry standards, correct?
21   A May I read --
22     MR. LOCKHART: Objection, form.
23   A Before I answer, may I read a little bit?
24 I'll hurry.
25   Q No. I'll direct you --

217

1     A  Okay.
2     Q  -- related to this.  So --
3     A  Okay.
4         MR. LOCKHART:  If she wants to read the
5     agreement that you're asking her questions on, and
6     bluntly misrepresenting, because it's talking
7     about services, not the building, she gets to read
8     it.
9         MR. JOHNSON:  I was just about to go to
10    services.  I'm glad you said that.  Thanks for
11    that direction.
12    Q  If you'd go to the definition of services,
13    it's on page 3.
14        Are you looking at the definition of
15    services on page 3?
16    A  Service details and services, yes, sir.
17    Q  Okay.  So --
18    A  I read them.
19    Q  So services in the Hosting Service
20    Agreement is defined as collectively meaning
21    hosting service, basic remote hand service, and
22    advanced remote hand service; is that correct?
23    A  Yes.
24    Q  And then there's a definition for hosting
25    service on page 2, correct?

218

1     A  Yes.
2     Q  Okay.  And hosting service means service
3     providing electrical power and ventilation to the
4     customer's equipment as detailed in clause 2.2
5     below.
6         Do you see that?
7     A  Yes, I do.
8     Q  Okay.  So the Hosting Services Agreement
9     requires that SB -- excuse me, strike that.
10        The Hosting Services Agreement requires
11    that Whinstone provide its services in a
12    professional manner consistent with industry
13    standards; is that fair?
14    A  That's what it says, yes.
15    Q  And then going on to clause 2.2 --
16    A  Yes.
17    Q  -- you have overview of hosting service.
18    A  Yes.
19    Q  Do you see that?
20    A  I do.
21    Q  And let me direct you to a section under
22    clause 2.2, 2.2.13 at the bottom of page 5.  And
23    you'll see this section that says:  Whinstone will
24    follow the service level agreement in clause 4 --
25    let me stop there.

219

1         Are you familiar through your work with
2     data centers of what a service level agreement is?
3     A  Yes.
4     Q  It's a pretty common term in data centers?
5     A  Yes, sir, SLAs, yes.
6     Q  Right.  In fact, they're generally
7     referred to as SLAs, correct?
8     A  That's correct.
9     Q  And SLAs are regularly applied to colo --
10    colocation agreements and data centers, correct?
11    A  Among others, yes.
12    Q  And have you ever read SLAs before in a
13    contract?
14    A  I have.
15    Q  Okay.  Have you ever been required or did
16    you ever work with drafting the terms of an SLA?
17    A  I didn't draft them.  I provided input to
18    the attorneys.
19    Q  I'm going to let them pass for a second.
20    A  Yeah.
21    Q  So Section 2.2.13 -- well, strike that.
22        What do service level agreements, or SLAs,
23    generally apply to?
24    A  In my career I haven't just seen them in
25    IT equipment.  I've seen them for laptops from

220

1     Dell.  I've seen them for facilities maintenance
2     sometimes.  So if a light bulb burns out, what's
3     your SLA with the maintenance company.  If you
4     blow a fuse, what's your SLA with the
5     maintenance -- the electrician that services an
6     electrical panel room?
7         They can be a broad -- it can be a broad
8     term to define and describe not only what the
9     requirements are for each level, but what the
10    timeframe is as well for the response.
11    Q  Okay.  So under -- setting aside the
12    service level agreement I'll get to in a sec --
13    A  Yes, sir.
14    Q  -- that's in clause 4, it says:  Whinstone
15    will follow the service level agreement in clause
16    4 and make its best efforts to ensure, under
17    number 1, average air intake temperature into the
18    customer's miners is not greater than 29 degrees
19    Celsius by maintaining sufficient airflow,
20    preventing mixing of cool and hot exhaust air from
21    the equipment into the data center, and using
22    evaporative cooling.
23        Did I read that correctly?
24    A  Yes, sir.
25    Q  Okay.  So looking at this Section 2.2.13.1

Transcript of Karen Rayment
Conducted on October 21, 2025

56 (221 to 224)

---

221

1 regarding average air intake temperature, what
2 infrastructure would Whinstone have needed to put
3 in place to ensure an average air intake
4 temperature into SBI's miners was not greater than
5 29 degree Celsius, in your experience?
6     MR. LOCKHART:  Objection, form.
7     A I don't know. I haven't done that study.
8     Q You would agree that if Whinstone had
9 agreed to maintain a certain average air intake
10 temperature into SBI's miners, they'd have to
11 design it in a certain way, right?
12     A I don't know. I have no idea. I would
13 have to take data and sample and measure. I'm not
14 going to speculate on that. I don't know the
15 environment there.
16     Q Well, you have experience designing data
17 centers, correct?
18     A Parts of them.
19     Q Okay. And as part of your experience
20 designing data centers, you could -- you were
21 capable of -- in conjunction working with civil
22 engineers and other engineers, of designing a
23 center that would -- or the intent would be to
24 maintain a certain average temperature inside --
25 within the building, right?

---

222

1     A Yes. That's part of the data center.
2     Q And you would also -- before you even
3 make -- manufacture the facility, you would -- you
4 could design certain infrastructure to ensure or
5 prevent the mixture of hot and cool air, correct?
6     A In a data center, yes.
7     Q Okay. You would also agree that you could
8 apply those same disciplines to a bitcoin mining
9 facility, correct?
10     A No, sir, I disagree with that statement.
11     Q Why couldn't you apply the same principles
12 you see in a traditional data center to a bitcoin
13 mining facility there?
14     A There's no containment there. You can't
15 control the free air environment. You have to
16 work with what you get. And I don't know how to
17 do that except to measure. I would be very slow
18 at that. It's not the same study, and it's not
19 the same commissioning as for an IT data center,
20 commercial data center.
21     Q Well, you see here that in the agreement,
22 it's setting forth a promise to provide certain
23 environmental conditions; is that fair?
24     A Yes, that's what I read.
25     MR. LOCKHART:  Objection, form.

---

223

1     Q And you would agree that that's not --
2 that the conditions being set forth here are not
3 with -- beyond the realms of engineering design
4 capabilities, right?
5     A I'm not familiar with it. I don't know.
6     Q You don't know one way or the other?
7     A I do not.
8     Q But you do agree that you've designed or
9 participated in the design of data centers that
10 sought to maintain an average intake temperature
11 for its IT equipment, right?
12     A I have participated in those designs, yes.
13     Q And you have participated in designs as it
14 related to making sure that the facility maintains
15 sufficient airflow, correct?
16     A Yes.
17     Q And you also participated in the design of
18 data centers in which the maker of that facility
19 was trying to design it in such a way as to
20 prevent the mixing of cold and hot exhaust air,
21 right?
22     A I need it again. I'm sorry, I don't know
23 what you're asking me.
24     Q Well, I'm saying you've participated in
25 the design of data centers, which tried to meet

---

224

1 all elements as reflected in the Section 2.2.13.1?
2     MR. LOCKHART:  Objection, form.
3     A No. This is an evaporative cooling system
4 and free air. I have no knowledge.
5     Q You have no background of working at a
6 data center that used evaporative -- evaporative
7 cooling?
8     A This is not a data center, sir.
9     Q Well, I'm asking, have you -- do you have
10 any experience whatsoever working on a project for
11 a data center that involved evaporative cooling?
12     A I believe there was a campus where there
13 were swamp coolers or evaporative coolers for the
14 roof on the offices, but not to cool IT equipment
15 in a closed environment like an IT data center,
16 but I do believe there were some swamp coolers
17 used. I think it was in Alaska or Hawaii, but it
18 was just for the people coolers, not the equipment
19 coolers.
20     Q Okay. I'm going to hand you a document
21 that I'm marking Exhibit 145.
22     (Exhibit 145 marked.)
23     Q I'll represent to you that this appears to
24 be one of the documents cited to in your report,
25 the -- within Appendix A.

---

Transcript of Karen Rayment
Conducted on October 21, 2025

225

1    A Yes.
2    Q Do you recall reviewing this?
3      MR. LOCKHART: Can I get a copy?
4      MR. JOHNSON: I'm sorry.
5    Q In fact, if you look in your report on
6  page 35, I think this is number 67, ASHRAE Thermal
7  Guidelines for Data Processing Environments.
8    A Yes.
9    Q Are you familiar with this?
10   A I am.
11   Q Okay.
12   A It's an ASHRAE standard. It's a reference
13 card. It's not a standard, but --
14   Q Okay. What's the difference between a
15 reference card and a standard?
16   A A standard you can inspect to. So you can
17 get a building inspector or a permit inspector to
18 sign off on a standard. A reference card is for
19 guidance more, yeah.
20   Q It's a guideline for how to maybe design a
21 system or a building?
22   A I believe this one is for -- I have seen
23 this used multiple times for operation -- ops and
24 maintenance. So the O&M people would use this to
25 tweak the system after it's built to keep it

226

1  within the ASHRAE guidelines.
2    Q I see.
3    A That's been my experience with reference
4  cards.
5    Q Okay. So I just have a couple of quick
6  questions about this. If you turn to the third to
7  last page it says, air cooling environmental
8  conditions and class definitions.
9    A Okay.
10   Q Do you see that?
11   A Yes.
12   Q Okay. So under Environmental Conditions
13 Recommended it says, facilities should be designed
14 and operated to target the recommended range.
15 What's the recommended range they're referring to?
16 Is that a chart in here?
17   A It's within the ASHRAE standards. There
18 are classes and you can see it at the bottom of
19 that page, sir.
20   Q Uh-huh.
21   A Class A1, class A2, A3, A4. The reason
22 you have classes for data centers is due to the
23 electrical and mechanical infrastructure in the
24 systems and the types of machines that you want to
25 run that are open to the public. For instance,

227

1  you would want to run a higher class of data
2  center for data communications for the fire
3  department than you would want to run for my
4  Netflix. So there are classes for high
5  availability, high power --
6    Q Okay.
7    A -- and then data center.
8    Q And then under the section that says
9  Allowable, it says, IT manufacturers test their
10 equipment to verify it will function within these
11 conditions, right?
12   A That's right.
13   Q So within the data center space, it's the
14 goal of the designer of a facility to make sure
15 that their facility provides conditions sufficient
16 or commensurate with the IT manufacturers testing
17 of that equipment; is that correct?
18   A For IT --
19     MR. LOCKHART: Objection, form.
20   A For IT facilities.
21   Q Did you understand my question?
22   A I do.
23   Q You would agree that it's not consistent
24 with any industry standard to operate machines in
25 conditions that exceed the manufacturer's

228

1  specifications?
2    A I missed the root question, sorry.
3    Q Yeah, let me say that again.
4    A Thank.
5    Q You would agree it is not consistent with
6  any industry standard to operate machines in
7  conditions that exceed the manufacturer's
8  specifications?
9      MR. LOCKHART: Objection, form.
10   A Yes.
11   Q So you would also agree -- or strike that.
12     You would also agree that operating
13 machines in ambient air temperatures that exceed
14 the manufacturer's specifications is not
15 consistent with any industry standard that you
16 have ever seen?
17     MR. LOCKHART: Objection, form.
18   Q You don't -- you want me to restate the
19 question?
20   A Can I ask my understanding? Can I say
21 what I think?
22   Q Yeah, go ahead.
23   A I think you're asking me if it's ever okay
24 to run them hot or too fast, overclock them, if
25 the manufacturer doesn't allow that.

Transcript of Karen Rayment
Conducted on October 21, 2025

229

1    Q  Well, what I'm saying is going back at the
2  ASHRAE standards.
3    A  Yes.
4    Q  The ASHRAE standards suggest that you run
5  a machine or any IT machine within the temperature
6  and humidity as directed or guided by the
7  manufacturer's instructions, correct?
8    **A  For commercial IT equipment, yes, that's**
9  **correct.**
10   Q  And you would agree that it would be
11  against industry standards to run a machine
12  outside the manufacturer's specifications as far
13  as within a environmental space that isn't
14  commensurate with the IT products specifications?
15     MR. LOCKHART:  Objection, form.
16   **A  I think I understand what you're getting**
17  **at, and for IT equipment in the commercial data**
18  **center space, I would agree with that.**
19   Q  So going back to the contract, the Hosting
20  Services Agreement contract.
21   A  Yes.
22   Q  I was talking to you about page 5, Section
23  2.2.13, Whinstone will follow the service level
24  agreement in clause 4, right?
25   A  Yes.

230

1    Q  All right.  Let me direct your attention
2  to clause 4, which is the service level agreement
3  on -- well, the portion I'm going to direct you to
4  is on page 13.
5    **A  Okay.**
6    Q  But you see on page 11, that's the start
7  of the service level agreement?
8    A  Yes.
9    Q  Do you see that?
10   **A  Yes, sir.**
11   Q  I want to direct your attention to page
12  13, which is still part of the service level
13  agreement, which is 4.6.7.  Do you see that
14  starts --
15   **A  Yes, I do.**
16   Q  Okay.  Under the SLA to the Hosting
17  Services Agreement it says, Whinstone shall
18  maintain an intake temperature of less than 29.5
19  degrees Celsius.
20     Did I read that correctly?
21   **A  Yes.**
22   Q  What do you understand the intake
23  temperature to be referring to?
24   **A  I don't know.  It's not specified.**
25   Q  And well, let's read the next sentence.

231

1    It says, if any of the machines are overheating,
2  Whinstone shall turn them off as soon as possible
3  and report the issue to the customer.
4      Do you see that?
5    **A  Yes, I do.**
6    Q  In looking at -- let me put this in
7  context, because you said you didn't understand.
8  So you see 4.6 on page 12, right, that is within
9  the SLA?
10   A  Yes.
11   Q  Okay.  That's performance guarantees.  Are
12  you familiar with performance guarantees?
13   **A  Not in this case, but yes, in the past.**
14   Q  Because you have reviewed SLAs before,
15  correct?
16   **A  Because I've designed and built equipment**
17  **before.**
18   Q  I see.  And is it unusual to -- for a
19  colocation or a data center to be told what
20  temperatures or the maximum temperatures for which
21  to run the IT equipment that's being placed in
22  that facility?
23     MR. LOCKHART:  Objection, form.
24   **A  I didn't get it.**
25   Q  Yeah.  In your experience, is it unusual

232

1  for the operator of certain IT equipment to demand
2  that their equipment be run at a temperature less
3  than a certain amount?
4    **A  Yes, it's unusual.**
5    Q  Okay.  But you have seen it before?
6    **A  No.**
7    Q  You've never seen that before?
8    **A  No, sir, it's all done by ASHRAE and the**
9  **standards per server level.  So the class 1, class**
10 **2, class 3, those already dictate, so there's no**
11 **dialogue around that.**
12   Q  Okay.  So typically a facility, like a
13  data center, places a class on itself, right?
14   **A  Yes.**
15   Q  And then that generally dictates what type
16  of machines you would want to operate in that type
17  of class --
18   **A  Yes.**
19   Q  -- facility?
20   **A  The landlord provides the infrastructure,**
21  **the cooling, the redundancy, the fusing and**
22  **breakers, the electrical fees and then the**
23  **equipment owners come in and do the rack level, IL**
24  **level layout usually.**
25   Q  Do you know the manufacturer

Transcript of Karen Rayment
Conducted on October 21, 2025

233

1  specifications for the Canaan A10 miners in this
2  case with regard to its recommended intake
3  temperatures?
4      A  No, it's a mixed population, so we would
5  have to look at each and every model in the family
6  plus the S9s.  So I don't know if there's one
7  threshold for the entire population or not.  It's
8  machine specific, I should have said.
9      Q  Do you have any information that would
10 make you believe that within the subsets of the
11 product family for the A10s that there are
12 different maximum operating temperatures?
13     A  I wouldn't be able to guess that, I don't
14 know.
15     Q  So you don't know, correct?
16     A  I don't know.
17     Q  Do you know if Whinstone agreed to install
18 any filters within the facility to mitigate dust?
19     A  I don't know.
20     Q  Are you currently providing any
21 consultation to Whinstone or Riot in any other
22 litigation matters?
23     A  No, sir.
24     Q  Do you know if HKA is providing any other
25 consultation or potential expertise in any other

234

1  litigation matters other than this one?
2      MR. LOCKHART:  Objection, form.
3      A  No.
4      MR. LOCKHART:  I think you meant instead
5  of any other litigation, any other involvement in
6  Whinstone or Riot.  It was a pretty broad
7  question.
8      MR. JOHNSON:  Fair enough.  She answered.
9      Q  In your review of any of the videos or
10 pictures in this case that appear or are
11 referenced in Isaac's or Byers' report, did you
12 observe any dust or particles collecting inside of
13 any of SBI's equipment?
14     A  I observed dust and dirt in some of the
15 pictures, but it wasn't very clear to me how it
16 was introduced, what time period it was, so I
17 don't know.  I saw dust and dirt in pictures, yes.
18 I don't understand where it came from or when.
19     Q  Do you know if Whinstone agreed to prevent
20 dust from collecting inside of SBI's equipment?
21     A  I don't know the contract terms, no.
22     MR. JOHNSON:  Can we take a five-minute
23 break?
24     MR. LOCKHART:  Sure.
25     VIDEOGRAPHER:  The time is 4:31 p.m. We

235

1  are going off the record.
2      (Recess, 4:31 p.m. to 4:41 p.m.)
3      VIDEOGRAPHER:  The time is 4:41 p.m.  We
4  are back on the record.
5      Q  Ms. Rayment, what is the industry standard
6  as applied to the use of exhaust fans in bitcoin
7  mining facilities?
8      A  There is no standard, to my knowledge.
9      Q  Did you locate any documents that
10 suggested that exhaust fans can and should be used
11 in bitcoin mining facility?
12     A  I saw some example buildings that did have
13 fans and some others that did not.
14     Q  Okay.  When you say example buildings, you
15 mean you saw pictures?
16     A  Yes, and two physical buildings --
17     Q  Okay.
18     A  -- as well.
19     Q  Did you see any articles or papers related
20 to putting exhaust fans in a bitcoin mining
21 facility?
22     A  I haven't, no.
23     Q  I hand -- I'm going to hand you a document
24 that I'm marking Exhibit 146.
25     (Exhibit 146 marked.)

236

1      A  Thank you.
2      Q  Do you recognize this article?
3      A  I recognize the name brand.
4      Q  Okay.
5      A  I may have seen the article, yes.
6      Q  Okay.  Let me direct you to your Appendix
7  A.
8      A  Yes.  All right.
9      Q  I believe this article is number 54 on
10 page 34.
11     A  Okay.  Yes.
12     Q  Okay.  You can confirm that this article
13 is the one referenced here?
14     A  Yes, sir.
15     Q  And this is an article from Altair Tech?
16     A  Yes.
17     Q  And you identified this document or
18 article as one of the sources reviewed?
19     A  Yes.
20     Q  And this article informed your report?
21     A  I at least reviewed it.
22     Q  Does this article in any way attempt to
23 sort of set standards as it relates to -- or at
24 least applicable to a bitcoin mining facility?
25     MR. LOCKHART:  Objection, form.

Transcript of Karen Rayment
Conducted on October 21, 2025

237

1    A I don't believe it attempts to set
2 standards, but it is applicable to bitcoin mining
3 farms, yes.
4    Q Okay. And, in fact, the title of the
5 article is Bitcoin Mining Facility Design, Airflow
6 Management, correct?
7    A Yes, that's correct.
8    Q And what do you know about this particular
9 company Altair Tech?
10    A I don't know very much about them. I know
11 they sell airflow management equipment.
12    Q And do you know anything about the author,
13 Aviral Shukla? It's the last page.
14    A No, I don't know anything about him except
15 for this article.
16    Q Okay. So let's just go through this
17 article quickly. First there's an introduction.
18 Do you see that on one side of page 319?
19    A Yes.
20    Q And I'm reading from that middle, first
21 paragraph that says: At Altair we have been
22 mining bitcoin since 2016 and have learned a lot
23 over the years.
24      Do you see that?
25    A Yes.

238

1    Q And then it goes on to say: I'm writing a
2 multipart series focused on the design of bitcoin
3 mining facilities. This post is focused on
4 airflow management related to design aspects of
5 bitcoin mining farms, correct?
6    A Yes.
7    Q Then I want to direct you to -- on that
8 same page, it says: Why is cooling so important?
9    A Yes.
10    Q How would you answer that question? Why
11 is cooling so important in a bitcoin mining
12 facility?
13    A Whenever you run electric current through
14 a conductor or through an electronic device or an
15 electrical device, it produces heat.
16    Q And it's important to control that heat
17 and dissipate that heat, correct?
18    A Yes.
19    Q And that's true for a bit -- for -- and
20 that's true for a cryptomining facility, correct?
21    A Yes.
22    Q And can you do me a favor and read this
23 first sentence here that starts "ASIC miners" on
24 the next page?
25    A Yes. ASIC miners are programmed to

239

1 throttle hashrate and eventually shut down when
2 hash board temperatures get too high to prevent
3 damage to the miner.
4    Q Thank you. Do you agree with that
5 statement?
6    A I don't agree or disagree. I'd need to
7 see the firmware.
8    Q Okay. In your experience as it relates to
9 ASIC miners, is this a characteristic of those
10 miners that you're familiar with?
11    A Not all of them, no.
12    Q But some have this characteristic?
13    A Some have it, yes.
14    Q And that characteristic, you believe, is
15 directly related to the firmware placed on that
16 miner?
17    A I do, yes.
18    Q Do you recall why you specifically cited
19 this article in your report?
20    A I don't know. I didn't read it. I was
21 looking for airflow and cooling in bitcoin mining
22 because it's a new industrial segment, and I knew
23 that the IT data center standards that I'm
24 familiar with don't fit. It was just research for
25 me, in other words.

240

1    Q And going down to this next paragraph, it
2 says: Bitcoin mining is a competitive business.
3    A Yes.
4    Q Running an efficient mining operation
5 through good design is critical for minimizing
6 downtime and repair costs, thereby increasing
7 profitability.
8      Do you see that?
9    A I do.
10    Q Do you -- do you agree that it's important
11 to run an efficient mining operation through good
12 design in order to minimize downtime?
13    A Generally, yes.
14    Q And what is reflected in this chart to the
15 right of that paragraph?
16    A This graph is talking about temperature
17 correlated with power consumption in watts.
18    Q Okay. Is that consistent with your
19 experience as it relates to ASIC miners?
20    A Generally, but not all of them.
21    Q Okay.
22    A Yes.
23    Q So with your experience, you'd agree that
24 the higher the temperature, the more likely it is
25 that an ASIC miner will use more power?

241

1    A  It's the other way around.
2    Q  Okay.  Then say it again.  Then how would
3  you state this?
4    A  The more -- the more power it draws from
5  the power supply, the hotter it gets.
6    Q  Is there any correlation, to your
7  knowledge, of there being -- or that an ASIC miner
8  will use more power if it's intaking higher air,
9  higher temperature air?
10    A  You're looking for the inverse?
11    Q  Yes.
12    A  I need to think about it for a minute.  I
13  don't know.
14    Q  You don't know one way or the other if an
15  ASIC miner will tend to increase its power
16  consumption based on how hot the intake
17  temperature of the air is?
18    A  I've never heard of that, but I don't
19  know.
20    Q  Let's move on to this next page, which is
21  5 of 19.
22    A  Yes.
23    Q  Do you see that?  So the top paragraph
24  says:  Most ASIC miners can run on ambient air
25  under 100 degrees Fahrenheit without the need for

242

1  expensive air conditioning.
2       Is that your understanding, generally,
3  based on your observations?
4    A  Yes.
5    Q  And then this goes on to say:  Hot exhaust
6  air from the miners is typically around 130 to 180
7  degrees Fahrenheit, that --
8       Do you know if that's accurate or not?
9    A  I don't know that.  I've never measured
10  today.
11    Q  Okay.  It is important to prevent the
12  backflow of this hot air to the air intake.  The
13  key to preventing overheating of the mining
14  facility is to provide sufficient exhaust airflow
15  out of the building.
16       Do you agree with that, those sentiments?
17    A  Yes.
18    Q  And why is it important to ensure exhaust
19  airflow out of the building?
20    A  Why is it important?
21    Q  Yeah.  Why is that important?
22    A  It's a continual flow, so you're bringing
23  cooler air in across the electronics, which is
24  across the heatsinks, and moving the hotter air,
25  the heated air, if you will, out.

243

1    Q  Okay.  And why is it important to prevent
2  overheating of mining -- of the mining facility
3  itself?
4    A  I need to read the sentence, please.
5    Q  Okay.
6    A  Mining facilities typically have free-air
7  regions instead of containerized air like in data
8  centers with mechanical pumps and exhaust.  So
9  keeping the cool air regions separate from the hot
10  air regions is important to facilitate that flow
11  across the electronics.
12    Q  That's why it's important to --
13    A  To keep the facility a temp -- yes.
14    Q  Can a facility that's too hot result in
15  damage to a cryptominer?
16       MR. LOCKHART:  Objection, form.
17    A  Too hot seems to be vague to me.  If
18  it's -- we need to bracket that in time.  So if it
19  gets hot for a little while, these miners are very
20  rugged.  If it gets hot and stays hot, excuse me,
21  for a month, I would say that it would degrade the
22  lifecycle maybe.
23    Q  Okay.  Going back to this paragraph, it
24  says:  It is important to prevent the backflow of
25  this hot air to the air intake.

244

1       What is backflow of hot air to the air
2  intake?  I mean, what is that phenomenon that's
3  being described here?
4    A  It would be a cycle if the hot air
5  couldn't escape from a different path the cool air
6  comes in.
7    Q  Okay.  That hot air might recirculate
8  through the machine?
9    A  Not necessarily through the machine, but
10  in a -- in a vector, a circular vector back to the
11  intake.  You see that sometimes in IT equipment
12  when the HVAC acts up that's providing hot air.
13    Q  Right.  The machines themselves, instead
14  of having the hot air escape throughout the
15  building, will actually recirculate that hot air
16  back into the building and then back into the
17  machines that are intaking the air, correct?
18    A  That's one way it happens, yes.
19    Q  Are you familiar with any phenomenon in
20  which there's an overpressurization of a hot aisle
21  in a data center?
22    A  I know about it.  I haven't measured it or
23  seen it myself.  It's rare, I think.
24    Q  What would -- what would you describe as
25  an overpressurized hot aisle in a data center?

Transcript of Karen Rayment
Conducted on October 21, 2025

245

1    A  Are you looking for numbers, pressure
2  numbers?
3    Q  No, I'm not looking for a number.  I was
4  wondering, can you describe the phenomenon of an
5  overpressured hot aisle in a data center?
6    A  The HVA system is not exhausting the hot
7  air out of the container, the box, that is the
8  containerized hot aisle, and the motor is not
9  keeping up.  Sometimes you'll -- I've heard of
10  that sometimes when the motor stalls or the
11  bearings give out, and it's -- the motor seizes,
12  and it can't generate the flow needed to pretty
13  much suck out the hot air and send it back through
14  the ductwork.
15    Q  Yeah.  So an overpressurization can cause
16  the fans to stop working or moving air; is that
17  right?
18    A  That would be really high pressure.  No, I
19  mean, that would be a really exceptional
20  condition.  Those fans are strong, and they're
21  powered.  So if you're using powered fans to
22  exhaust air into a hot box that's not moving,
23  usually it would take a lot of fans a long time to
24  overpressurize the container.
25    Q  What happens if a server or other piece of

246

1  IT equipment with a fan stops circulating air into
2  a hot aisle, a pressurized hot aisle?
3    A  Does the hot aisle work in this scenario?
4  Is it --
5    Q  No.
6    A  -- exhausting, or it's stagnant?
7    Q  No.  What I -- the hot aisle doesn't work.
8  It's overpressurized.
9    A  Okay.
10    Q  So if a fan stops working on a piece of IT
11  equipment that's abutted to an overpressurized hot
12  aisle, where would that airflow back into?
13    A  Well, it just keeps going into the hot
14  aisle if the server is functioning.
15    Q  Did you see any portions of either Byers'
16  report or Isaac's report where they say on
17  certain -- under certain conditions, if a fan
18  stops working, that hot air can just blow back
19  through the machine?
20    A  I did read that, yes.
21    Q  Did you also observe in any of the
22  Kaboomracks videos in which there's references to
23  hot air blowing back through dead machines?
24    A  I don't recall that piece.
25    Q  Turning to page 6 of 19, evaporative

247

1  cooling.
2    A  Uh-huh.
3    Q  Do you know how evaporative cooling
4  generally works?
5    A  Yeah, I do, generally, yes.
6    Q  All right.  But you're not an expert in
7  evaporative cooling systems, correct?
8    A  I am not.
9    Q  Did you observe any evaporative walls that
10  were installed at the Rockdale facility when you
11  visited there?
12    A  When I visited last year, yes.
13    Q  Did you see if they were operating or not?
14    A  I didn't notice.
15    Q  You didn't notice one way or the other?
16    A  I did not.
17    Q  Have you seen any evidence in this case
18  which would make you believe that the evaporative
19  curtains in Building B were operating during the
20  relevant time period of June 2020 to June 2021?
21    A  I don't think I have any data on that.
22    Q  Why would a bitcoin mining facility use
23  evaporative cooling as part of its cooling
24  infrastructure?
25    A  There are regions of cool air that the

248

1  miners pull in across their electronics and then
2  vent outward to the hot plume, I call it, or the
3  box.  So the outside air comes in freely.  It's a
4  free-air system, comes in freely from the outside.
5  So if you have elevated temperatures outside and
6  you pull that air in through a wet wall versus a
7  dry wall, you change the temperature as it passes
8  through, and it evaporates.
9    Q  Let me direct you to page 8 of 19.  So the
10  first paragraph says:  ASIC miners work best with
11  cool air intake.
12      Do you have any reason to disagree with
13  that?
14    A  No.
15    Q  And it also says:  And it is very
16  important to prevent the backflow of hot exhaust
17  air to the intake side.
18      Do you see that?
19    A  I do.
20    Q  Why is it important to prevent backflow of
21  hot air to the intake side?
22    A  Then your intake air gets hotter.  It's
23  mixed cold and hot.
24    Q  And that might affect the performance of
25  the miners?

249

1   A It could.
2   Q How could hotter air degrade the
3 performance of a cryptominer?
4   A Well, the miner's producing heat, and if
5 you add hot air to it, the temperature goes up.
6   Q But how would that impact its performance
7 for the -- as part of mining cryptocurrency?
8   A Depending on the firmware, it could shut
9 down or throttle back or throw an alarm. In my
10 experience, the miners usually throw an alarm
11 before they do anything else.
12   Q What indicates -- what physically on the
13 miner typically indicates that it's thrown a --
14 some type of alarm?
15   A There's a variety of ways. It could alert
16 someone by -- in the firmware monitoring system it
17 could show up on the monitoring screen. That's
18 one of the most common ways. In the central
19 control booth or the monitoring, it will show as
20 an alarm in that position in that section of the
21 shelving.
22   Q Do you know if the lights on the A10
23 miners also had indications of throttling, the
24 colors of the lights?
25   A I'm not sure. It may be a mixed bag over

250

1 the different models. I don't know.
2   Q Have you ever observed any cryptominers
3 that had lights that would indicate whether or not
4 it was throttling up and down due to heat
5 conditions?
6   A No, I don't know which lights that would
7 be. I don't know that color scheme.
8   Q I understand. As part of your review of
9 records in this case, did you review any diagrams
10 or illustrations of the Russian facility at issue
11 in this case?
12   A I don't recall if I did or not.
13   Q I'm handing you a document that I'm
14 marking Exhibit 147.
15     (Exhibit 147 marked.)
16   A Thank you.
17   Q Let me just ask you quickly, do you
18 recognize ever seeing -- like, flip through --
19 review this document and see if you've ever seen
20 it before. Can you tell me if you've ever seen
21 this document before or if it looks familiar?
22   A I don't recall if I've seen it.
23   Q Does it look familiar in any -- any way?
24   A No.
25   Q All right. So let's go back to the

251

1 previous Altair document.
2   A Yes. I think I've seen some of these
3 pictures, but they might have been included in
4 someone's report that I read.
5   Q Okay. Do you recall if you reviewed
6 Byers' supplemental report in this case?
7   A I believe so.
8   Q Did you make any attempts to draft a
9 response to that supplemental report?
10   A No.
11   Q Okay. So going back to page 10 of 19 --
12   A Okay.
13   Q -- of this article titled Bitcoin Mining
14 Facility Design, Airflow Management. And under
15 Wall Exhaust Vents, it says: The simplest airflow
16 design of a mining form resembles that of a wind
17 tunnel.
18     And it has an illustration to the right.
19 Do you see that?
20   A I do.
21   Q Then it has an example over here of a
22 picture of this sort of wind tunnel design on a
23 small -- I guess you would call them mining crate
24 or facility.
25   A Yes.

252

1   Q Okay. You would -- you would agree that
2 the -- looking at the actual illustration here,
3 that that appears -- not illustration. Looking at
4 the actual picture here, that appears to be some
5 sort of shelving or racking system?
6   A Yes.
7   Q For where the -- where the miners go?
8   A Yes.
9   Q And then to the right there appear to be
10 sort of pleated filters?
11   A Yes.
12   Q And those are air filters that, frankly,
13 you could see -- you put in your home or in an air
14 conditioner unit at a residence, right?
15   A It appears so, yes.
16   Q Okay. And the reason why those filters
17 are in there is because it's to prevent dust from
18 being intake into the facility and into the
19 miners, right?
20   A I don't know why they put it up. I need
21 to read this real quick.
22   Q Okay.
23   A (Reviewing document.)
24     It doesn't really say -- I can't find
25 anywhere where it says the filters -- why the

Transcript of Karen Rayment
Conducted on October 21, 2025

253

1  filters are there.
2     Q  Okay.  I'll tell you what.  It says:
3  Exhaust fans are needed to help the hot air from
4  accumulating in the building.
5        Do you see that?
6     A  I do.
7     Q  How is it that exhaust fans help hot air
8  from accumulating in the building?
9     A  It's moving air.
10    Q  Have you observed any bitcoin mining
11  facilities that use only the miners themselves to
12  move air through the building?
13    A  Yes.
14    Q  Where have you seen facilities that do
15  that, that -- where it's merely the miners
16  themselves that act as flowing -- as the mechanism
17  to flow air through the -- through a facility?
18    A  Do you want me to say what state it's in
19  or --
20    Q  Well, how many --
21    A  I can't --
22    Q  Let me first ask you, how many have you
23  seen where it's only the miners that allow -- that
24  push air through the facility?
25    A  Besides Whinstone, one.

254

1     Q  You've seen one other?
2     A  Yes, but they're not -- the fans in the
3  miners are not moving air through the facility.
4  That's not what they're doing.  That's not their
5  purpose to -- like, this is a straight through
6  airflow.  The ones I've seen are like this.
7     Q  Okay.
8     A  They come in and go up for the hot air to
9  rise.
10    Q  Okay.  So then let's go to the next page,
11  11 of 19, roof exhaust vents?
12    A  Yes.
13    Q  Okay.  And so it says:  Roof vented
14  designs are steadily gaining popularity and are
15  now commonly seen in larger mining facilities.
16    A  Yes.
17    Q  All right.  Looking at this configuration,
18  roof exhaust diagram on the right, how many
19  facilities have you seen that are similar to the
20  Rockdale facility, specifically Building B, in
21  which the configuration of the facility doesn't
22  have an exhaust fan in this flume or area that
23  you're --
24    A  Two.
25    Q  Two.  You've only seen it -- so twice,



255

1  correct?
2     A  Yes, yes.
3     Q  Once at Rockdale?
4     A  Yes.

256

5     Q  All right.  And so for all intents and
6  purposes, for you testifying in this case, you can
7  only identify one facility in which you saw a --
8  miners being used in this configuration without an
9  exhaust fan --
10    A  At the top.
11    Q  -- on the roof?
12       MR. LOCKHART:  Objection, form.
13    A  Right.
14    Q  All right.  You do agree that here,
15  there's an exhaust fan at the top of the roof,
16  correct?
17    A  The diagram indicates that, yes.
18    Q  Why do they put it, in this case, a fan at
19  the top of the roof?
20    A  I would assume they're moving the air
21  quicker.  They want to move the air faster
22  probably.
23    Q  By putting a fan at the top of the roof,
24  would it also prevent overpressurization of this
25  hot aisle?

Transcript of Karen Rayment
Conducted on October 21, 2025

65 (257 to 260)

257

1    A I don't know. I don't know if it's a
2  problem in this design.
3    Q Is it a possibility that it could be a
4  problem if you put so many miners on a rack
5  blowing into a singular room, that it doesn't have
6  enough air to vent out whatever opening you put at
7  the top of the roof?
8    MR. LOCKHART: Objection, form.
9    A Are you asking me if that is possible or
10 probable or --
11   Q I'm asking if that's a possibility.
12   MR. LOCKHART: Objection, form.
13   A Very slim probability. I would say maybe,
14 but I wouldn't imagine, with it open to the area,
15 you would ever get backflow.
16   Q Well, you agree that the miners
17 themselves, if you put thousands of miners on a
18 shelf, that's creating some positive air pressure
19 into that -- this area, right?
20   A What do you mean by positive air pressure?
21   Q Pressure that's -- well, you'd agree that
22 negative air pressure means it's a sucking
23 phenomenon, right, as opposed to positive air
24 pressure -- negative air --
25   A From the cool side to the hot side, you

258

1  mean?
2    Q Right. So let me put it this way, and
3  correct me if I'm wrong. I'm not an engineer.
4    Negative air pressure is pressure that
5  moves towards a vacuum, right? You don't
6  remember?
7    A Well, I don't -- I'm not sure of the
8  context.
9    Q Okay. Well, more air is being pushed into
10 the aisle, the hot aisle, and the pressure is
11 higher within the hot aisle than in the colder
12 side; is that right?
13   A That's the way it works, yes.
14   Q Right. And what's moving that air are the
15 motors on the fans, correct?
16   A Partially. The heat rising in that flume
17 is a big factor. So if you have pressure from the
18 cold side to the hot side, it's just going to move
19 the air out to the open air faster. Speed has to
20 be entered in. It's not a single variable
21 consideration.
22   Q You would agree that positive airflow
23 pushes, and negative airflow pulls, right?
24   A I don't know.
25   Q Okay. So you --

259

1    A I don't --
2    Q And that's why --
3    A -- define it that way.
4    Q Okay. But you're also not an airflow
5  expert, correct?
6    A I am not.
7    Q Do you know if Whinstone was ever given
8  any recommendations by engineers to install
9  exhaust fans in their building?
10   MR. LOCKHART: Objection, form.
11   A I have no idea.
12   Q Would that in any way change your
13 opinion -- any of your opinions as they're offered
14 in this case?
15   A No.
16   Q You would agree that when -- in your
17 experience in designing data centers, that you
18 would typically defer to the expertise of civil
19 engineers when it related to airflow, right?
20   A No.
21   Q Okay.
22   A Not civil.
23   Q All right. What type of engineers would
24 you typically, in a -- designing a data center,
25 defer to in designing the airflow for the data

260

1  center?
2    A Typically with ASHRAE it's mechanical.
3    Q Is that the typical industry standard?
4    MR. LOCKHART: Objection, form.
5    A To use mechanical engineers?
6    Q Yeah, to design the airflow for a data
7  center.
8    A I don't think there's a standard for it,
9  sir. They just know the equipment better.
10   Q Okay. When designing a data center, would
11 you ever look to the terms of the contract for the
12 construction of that facility?
13   A I would use the drawings for my part.
14   Q I'm saying, in your experience, have you
15 ever looked to the terms of the contract to
16 determine how to design a particular facility?
17   A No. The contract goes into place after
18 it's built typically.
19   Q Typically?
20   A Typically, yes.
21   Q Just -- this particular document is what
22 you cited to, correct?
23   A Yes.
24   Q You would agree that this document at
25 least outlines how to properly design or at least

Transcript of Karen Rayment
Conducted on October 21, 2025

261

1 gives recommendations on how to properly design a
2 bitcoin mining facility?
3 　　MR. LOCKHART: Objection, form.
4 　A I would say it's one method or one way to
5 do it.
6 　Q You would agree that Altair is a reputable
7 company?
8 　A I don't know. It's a startup, so I don't
9 know.
10 　Q Okay. Well, they've been around since
11 2016.
12 　A A lot of companies are. I'm not sure
13 they're reputable, and I'm not sure that they're
14 right.
15 　Q Okay. But you thought it worthwhile to
16 cite to this in your report?
17 　A I didn't cite to it. I reviewed it.
18 　Q Did you review any other documents from
19 the bitcoin mining industry as it related to the
20 design of a bitcoin mining facility?
21 　A I looked at a couple of blog sites.
22 That's all I could find, and it was just talking
23 about the venting over the dock house.
24 　Q Can you identify anywhere else in your
25 report an article, document, or anything else

262

1 where you -- or that document talks about the
2 design of a facility, a bitcoin mining facility?
3 　　And let me just restate that while you're
4 looking. I'm going to ask the same question. I
5 just want a cleaner record.
6 　　Can you identify anywhere in your report
7 where you cite to an article related to the design
8 of a bitcoin mining facility?
9 　A I need to look. Thank you. (Reviewing
10 document.)
11 　A I looked at Core Scientific, but that's
12 more of a layout. That was layout information
13 that I reviewed.
14 　Q Yeah.
15 　A So it wasn't facility building. Facility
16 design and management, I reviewed that from
17 Marathon Digital Holdings. That's for large-scale
18 mining equipment deployment. And then facility --
19 F2Pool is a data mining pool or a bitcoin mining
20 pool. They have --
21 　Q But that doesn't relate to the design of a
22 facility?
23 　A They have an article, Facility
24 Requirements, but not necessarily design-build
25 construction. It's just layout and airflow

263

1 probably, yeah.
2 　　Riot Blockchain had an article I reviewed
3 on physical form factor in facility design. That
4 is Hauer density, Hauer efficiency.
5 　　MR. JOHNSON: Can we --
6 　A That's probably all.
7 　　MR. JOHNSON: Can we briefly go off the
8 record?
9 　　MR. LOCKHART: Sure.
10 　　VIDEOGRAPHER: The time is 5:24 p.m. We
11 are going off the record.
12 　　(Recess, 5:24 p.m. to 5:31 p.m.)
13 　　VIDEOGRAPHER: The time is 5:31 p.m. We
14 are back on the record.
15 　Q Ms. Rayment, have you identified any
16 errors in your report that you'd like to correct?
17 　A Not at this time.
18 　Q And --
19 　A Well, I'd like to revise that answer.
20 　Q Okay.
21 　A There's the numbering issue that you
22 pointed out earlier, sir.
23 　Q Uh-huh.
24 　A So the numbers repeat in a couple of
25 sections instead of being sequential. And then

264

1 yesterday I didn't cite, but I put items 10 and 11
2 and omitted the citations on the errata.
3 　Q Uh-huh.
4 　A Yeah. So the ones that I passed to
5 counsel, the Bates numbers, those are the changes
6 that you already know about, I believe.
7 　　As far as the content goes, I don't know
8 of anything right now.
9 　Q Okay. Okay. Let me direct you to
10 paragraph 39 of your report.
11 　A Do you have a page?
12 　Q Yes. Paragraph 39 on --
13 　　MR. LOCKHART: Talking about physical form
14 factor on page 14?
15 　　MR. JOHNSON: Yes.
16 　Q Yeah, physical form factor. I believe
17 here, you claim that bitcoin miners use a single
18 ASIC processor; is that right? I'll show you.
19 　A Single type.
20 　Q Single type ASIC processor?
21 　A Yes.
22 　Q But you would also agree they have a
23 multicore processor found on their control boards?
24 　A They can be, yes.
25 　Q Do you know if the A10 has a multicore

265

1  processor found on their control board?
2      A  I don't know.  I think it's in --
3  Mr. Byers went into the silicon more.  So I'm sure
4  I can reference it in there or in the maintenance
5  guides if I can find them.
6      Q  So you don't know, as you sit here today,
7  correct?
8      A  I don't know.
9      Q  And you'd also agree there are
10 microcontrollers found in the power supply units?
11     A  Yes.
12     Q  What's the fundamental differences between
13 IT equipment and bitcoin miners?
14     A  IT equipment is a broad -- a broad
15 category of equipment, so there are many types of
16 equipment.  And IT equipment, saying that
17 encompasses lots of different machines and
18 electronics, where bitcoin miners have one
19 purpose.  They're a bit more ruggedized.  All they
20 do is hash, trying to get the -- trying to win the
21 bitcoin faster than anybody else.
22     Q  Let me direct your attention to paragraph
23 41, specifically part 1, which goes on to 16.  The
24 way I read this, this section 41 regarding
25 industrial power -- industrial bitcoin mining

266

1  power requirements, you suggest that power needed
2  to run cooling equipment would be wasted in a --
3  in a bitcoin mining facility; is that correct?
4      A  Yes.
5      Q  But you agree that bitcoin mining
6  facilities do need to have some sort of cooling
7  infrastructure?
8      A  Yes.
9      Q  Okay.  You'd agree that there's power
10 necessary to run evaporative curtains, correct?
11     A  There's no power for that.
12     Q  You say there's power to run the pumps for
13 evaporative curtains, correct?
14     A  Oh, the water pumps, yes, sir.
15     Q  Okay.  And you'd also -- if there were
16 fans, you would -- you believe that it would be a
17 waste of power to run exhaust fans in the roof of
18 a bitcoin mining facility?
19     A  Unless they're needed for that
20 environment, yes.
21     Q  Why do you contend -- or how do you
22 conclude it would be a waste?  Like what --
23     A  Power is expensive, so the more electrons
24 you can flow through the miners -- if you can add
25 a bank of miners instead of running HVAC, you have

267

1  a better opportunity to earn a bitcoin.  The whole
2  point of bitcoin mining is to get there first for
3  a limited supply of bitcoin.  So if you can divert
4  any power at all from any kind of mechanical
5  equipment to run the miners, that's preferable.
6      Q  Do you know whether or not the A10 miners
7  fans run harder if in higher temperatures?
8      MR. LOCKHART:  Objection, form.
9      Q  Let me restate the question, then.
10     Do you know if the A10 miners that were
11 being operated at the Whinstone facility in June
12 of 2020 to 2021 had fans that operated at higher
13 power consumption and higher conditions?
14     A  I believe so, yes.
15     MR. LOCKHART:  Objection, form.
16     Q  Your understanding is that the A10
17 miners -- SBI's A10 miners' fans would run with
18 greater power consumption in hotter temperatures?
19     MR. LOCKHART:  Objection, form.
20     A  The fans typically are variable speed.  So
21 there should be a temperature sensor, and as the
22 heat accelerates, the fans may run faster.  The
23 miners themselves consume what they consume to do
24 the mining.
25     Q  Okay.  And for those fans to run faster

268

1  because of the variable speeds --
2      A  Yes.
3      Q  -- that's consuming additional power,
4  correct?
5      A  Just a little bit.
6      MR. LOCKHART:  Objection, form.
7      Q  Well, when extrapolated over tens of
8  thousands of miners, that's a certain amount of
9  power, right?
10     MR. LOCKHART:  Objection, form.
11     A  Yes.  I don't have the calculations or the
12 breakover point.
13     Q  Okay.  So did you -- so you didn't do a
14 comparison of the amount of electricity being
15 consumed by the variable speed miners in -- the
16 variable speed fans in the miners versus an
17 exhaust fan?
18     A  I have not -- I have not done that study,
19 no.
20     Q  So when you conclude that exhaust fans
21 would be wasted energy, you haven't actually done
22 any calculations related to that?
23     A  No.
24     Q  Do you believe that computational fluid
25 dynamics modeling is completely inapplicable to

Transcript of Karen Rayment
Conducted on October 21, 2025

269

1  bitcoin mining facilities?
2     A Yes.
3     Q What do you understand about temperature
4  control systems that monitor ASICs in a bitcoin
5  miner?
6     A Temperature control systems in the
7  firmware for ASICs measure at a very fast clock
8  rate, so they're measuring constantly. From a
9  human perspective, it's constantly. And they can
10  regulate clocking speed, fan speed, and throttle
11  back either if they need to or draw less power.
12  There are several ways firmware can measure
13  temperature and adjust. Is that the question?
14     Q Yes, that covers it.
15     A Thank you.
16     Q Thank you. In -- I think this is
17  paragraph 41. Let me find where you say this.
18  You write: Each bitcoin miner, regardless of
19  designer or manufacturing company, has the exact
20  same firmware loaded into the ASICs.
21     MR. LOCKHART: Where are you?
22     MR. JOHNSON: It is in paragraph 41 at --
23     MR. LOCKHART: Okay. You're over on --
24  you're over on 17, second full paragraph?
25     MR. JOHNSON: Yeah.

270

1     Q So, Ms. Rayment, let me direct you to page
2  17, second full paragraph where you write: Each
3  bitcoin miner, regardless of designer or
4  manufacturing company, has the exact same firmware
5  loaded into their ASIC; is that correct?
6     A Yes.
7     Q Can you explain how a bitcoin mining ASIC
8  that uses hardwire -- hardware to register and --
9  registers and gates can be reprogrammed to use
10  different firmware, then?
11     A Some can, and some cannot. It depends on
12  the ASIC chip. An ASIC is a semiconductor. It's
13  not the entire machine.
14     Q I mean, isn't it true that mining ASICs
15  can't be reprogrammed with a firmware upgrade?
16     A It depends on which firmware we're talking
17  about and what sort of chips they use. So if
18  you're talking about a control microprocessor for
19  power, those typically can be reprogrammed and
20  upgraded, the firmware for those can be upgraded.
21  If you are talking about fan control firmware in a
22  controller board, those typically can be upgraded
23  or reprogrammed.
24     The ASIC that actually runs SHA256, some
25  of those firmware for some cryptocurrency can be

271

1  reprogrammed because now we're out of certain
2  types. Like Ethereum, we're out of that. We're
3  done. It's all been mined. So people want to
4  repurpose that Ethereum miner for a different
5  algorithm.
6     Depending on how they're built some of
7  them can be repurposed with different algorithms,
8  and others are fixed, and you have to throw them
9  away. They're disposable.
10     Q I'm almost at the end. So let's turn to
11  page 21, 45, page 45.
12     MR. LOCKHART: Page 45?
13     Q I'm sorry. Let me direct your attention
14  to page 21, paragraph 45 under Expected
15  Lifecycles.
16     Do you see that?
17     A Yes.
18     Q And then I want to direct your attention
19  to where you write, in the second paragraph of
20  that section: Bitcoin miners are often
21  economically obsolete prior to their depreciation
22  schedule due to declining efficiency.
23     Do you see that?
24     A Yes, I do.
25     Q What source documents are you relying on

272

1  in making that assertion?
2     A I can look through the timeline of
3  different models, like I have in the chart in my
4  appendix, and they advertise their clock speed and
5  their hashrates.
6     Q Okay. Let me ask you this, then. Can you
7  identify -- and I'm changing subject matters. Can
8  you identify anywhere in your report any article,
9  evidence, documents, or data that would suggest
10  that the A10 miners that were operated at Rockdale
11  were in any way defective or poorly built miners?
12     A You want a citation for that or --
13     Q Yeah. I want you to identify what -- your
14  source information for any conclusions that would
15  indicate that the miners -- the A10 miners
16  operated at the Rockdale facility were of poor
17  quality or defective.
18     A I would go to page 34, 55, reference 55 on
19  page 34. If you access that, you can see the
20  various hashrates, the various firmware evolution
21  that happened with the model upgrades. So you can
22  infer it from there if you know computer science
23  or computer engineering.
24     There's nowhere that is going to come out
25  and say, these miners were inferior. That's my

Transcript of Karen Rayment
Conducted on October 21, 2025

273

1  own conclusion from reading the literature and
2  understanding when you roll out a new electronics
3  product, if you see multiple upgrades or multiple
4  branches of the family -- I believe I saw at one
5  point that there were waiting lists to get more
6  products, to get more routers.
7      Q  But you can't --
8      A  Not routers, miners.  I misspoke.
9      Q  But you can't identify, as we sit here
10 today, that document that you're referring to
11 regarding waiting lists?
12     A  Not in this moment, no.
13     Q  Okay.  And then to the extent that you
14 identify any source documents related to the
15 quality of the A10 miners that were operated at
16 the Rockdale facility, you only point to this link
17 as identified in number 55 of Appendix A; is that
18 correct?
19     A  The manufacturer's website, yes.
20     Q  Okay.  Can you identify any other
21 documentation?
22     A  I would look at each and every Canaan
23 manual, user manual.  The Avalon user manual,
24 review guide, number 28, I would look at that.  29
25 is miner log technical guidance.  I would look at

274

1  that.  Analysis for Canaan in 2019 is number 30.
2  So there's a group of documents, the next two, 31,
3  32, 35, 36.
4      Q  And here you're listing manuals, right?
5      A  Not all of them.  Some of them are
6  analysis as well, technical analysis for the
7  Canaan models versus Antminer and other
8  competitors in the market.  It's like a Consumer
9  Reports for bitcoin miners basically where the
10 experts come in -- the miners -- the human beings
11 that want to mine bitcoin come in and give their
12 analysis.  They run them side-by-side and then
13 talk about them.
14     Q  And which articles do you identify here
15 that perform that analysis?
16     A  I would say -- I have to look these up
17 again to be sure because I don't have it off the
18 top of my head, but I would say to look at 28, 29,
19 30, 34, and then all of the places where you see
20 user manual.
21     Q  Now, what exactly is your testimony as it
22 relates to the subject matter of the poor
23 quality -- or relative poor quality of the A10
24 miners that SBI had at the Rockdale facility?
25     A  My testimony centered on that is that

275

1  Mr. Isaac and Mr. Byers didn't seem to rule it in
2  or rule it out or even consider it.  They focused
3  on temperature and dust to the exclusion of every
4  other possibility, which is not scientific method
5  again.
6          You have to look across an array of
7  potential causes.  If your bitcoin miner is not
8  performing to spec or to the expectations you had
9  of its function, you can't just focus on one thing
10 to the exclusion of everything else, guess at it,
11 and then say that's what happened.  And I feel
12 like both of those gentlemen did that.
13         MR. JOHNSON:  Objection, nonresponsive.
14     Q  What I'm trying to get at is, your earlier
15 statement regarding looking at, for example,
16 number 55, the firmware.  What about -- what did
17 you see in that link or in any other links that
18 seem to relate or indicate the relative poor
19 quality of A10 miners?
20     A  Okay.  I'd like a chance to look that up
21 real quick in my report, please.  I'd like to
22 review what it says on 55.
23     Q  Okay.
24     A  Do you have the page number, sir?  Is it
25 34?

276

1      Q  I don't know where you cite to 55 in your
2  report, I'm sorry.
3      A  Okay.  Canaan list -- Canaan list of
4  series and firmware links, and then it's a
5  download site from Canaan, from the manufacturer.
6  And I didn't -- the reason I looked these things
7  up in addition to airflow, dust, dirt, throttling
8  back for data rates, the reason I looked all of
9  that up is, according to the ASTM standards that
10 I'm used to working within when I'm the
11 investigator, you have to rule in and rule out a
12 multitude of hypotheses.
13         You can't just go, oh, it's the dust,
14 let's focus on that.  You can guess it's the dust.
15 You can guess it's the firmware.  You can guess
16 it's the environment or the airflow or supply
17 chain.  And then you have to prove it out with the
18 same methodology for each and every guess to rule
19 it in or rule it out to a scientific certainty.
20         Because I wasn't seeing that in their
21 reports, I decided to look to see if maybe they
22 ruled it out and didn't talk about it.
23     Q  But you're not offering an opinion as to
24 the quality of the A10 miners at issue in this
25 case?

277

1    A  Quality.  I'm offering an opinion that it
2  wasn't considered in this case.
3    Q  But you're not offering any opinion
4  suggesting that the A10 miners operated at the
5  Rockdale facility were of poor quality?
6    A  Not as that definite statement, no.
7      MR. JOHNSON:  We pass the witness at this
8  time.
9      MR. LOCKHART:  We'll reserve.
10      VIDEOGRAPHER:  That marks the end of the
11  deposition.  The time is 5:54 p.m.
12      (Deposition concluded at 5:55 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

278

1      CERTIFICATE OF SHORTHAND REPORTER
2
3      I, Susan S. Klinger, the officer before
4  whom the foregoing deposition was taken, do hereby
5  certify that the foregoing transcript is a true
6  and correct record of the testimony given; that
7  said testimony was taken by me stenographically
8  and thereafter reduced to typewriting under my
9  direction; that reading and signing was not
10  discussed; and that I am neither counsel for,
11  related to, nor employed by any of the parties to
12  this case and have no interest, financial or
13  otherwise in its outcome.
14      IN WITNESS WHEREOF, I have herunto set my
15  hand on the 22nd of October, 2025.
16
17
18      _____
19      Susan S. Klinger, RMR-CRR, CSR
20      Texas CSR 6531, Exp:  10/31/27
21      California CSR 14487, Exp:  11/30/26
22
23
24
25