# EXHIBIT B

**1**

```
        UNITED STATES DISTRICT COURT

         WESTERN DISTRICT OF TEXAS

             WACO DIVISION

SBI CRYPTO CO., LTD., )
                      )
         Plaintiff,   )
                      )
VS                    ) CIVIL ACTION NO.
                      ) 6:23-cv-252-ADA-JCM
WHINSTONE US, INC.,   )
                      )
         Defendant.   )
**********************************************

         VIDEOTAPED DEPOSITION OF

             RICHARD PETERS

             October 14, 2025

**********************************************
```

22 Job No. 601719
23 Pages 1 - 272
24 Stenographically Reported by:
25 Susan S. Klinger, RMR-CRR, CSR

**2**

```
                    October 14, 2025



    VIDEOTAPED DEPOSITION OF RICHARD PETERS,

produced as a witness at the instance of the

Defendant, and duly sworn, was taken in the

above-styled and numbered cause on the 14th of

October, 2025, from 9:25 to 4:57, before Susan S.

Klinger, RMR-CRR, CSR in and for the States of

Texas and California, reported by stenographic

method, at Foley & Lardner, 2021 McKinney Avenue,

Dallas, Texas, pursuant to the Federal Rules of

Civil Procedure and the provisions stated on the

record or attached hereto.
```

**3**

```
               A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

    Andrew Patterson, Esquire

    Cory Johnson, Esquire

    WINSTEAD PC

    2728 North Harwood Street, Suite 500

    Dallas, Texas  75201

    214.745.5400


ON BEHALF OF THE DEFENDANT:

    Brandon C. Marx, Esquire

    FOLEY & LARDNER LLP

    2021 McKinney Avenue, Suite 1600

    Dallas, Texas  75201

    214.999.3000


Also Present:

    Jesse Castro, videographer
```

**4**

```
                    I N D E X

WITNESS                                      PAGE

RICHARD PETERS

EXAMINATION BY MR. PATTERSON                   7


              E X H I B I T S

No.          Description

Exhibit 135 Whinstone's Designation and       11

            Disclosure of Expert Witnesses

Exhibit 136 Whinstone's Supplemental

            Designation and Disclosure of     14

            Expert Witnesses

Exhibit 137 Peters Curriculum Vitae           17

Exhibit 138 Expert Report of R. Peters        75

Exhibit 139 Emails, SBIC0001702               98

Exhibit 140 Whinstone's Request for          131

            Inspection and Testing

Exhibit 141 Rebuttal Report of R. Peters     142

Exhibit 142 Bitmain Canaan Prices list       181

Exhibit 143 Dust Characterization and        246

            Potential Impact Evaluation
```

---

**Page 5**

```
                    Previously Marked
 1
 2  Exhibit 4                        104
 3  Exhibit 6                        112
 4  Exhibit 12                        97
 5  Exhibit 23                       158
 6  Exhibit 24                       223
 7  Exhibit 26                       175
 8  Exhibit 59                       222
 9  Exhibit 88                       210
10  Exhibit 96                       216
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 6**

1  P R O C E E D I N G S
2      VIDEOGRAPHER:  Here begins Media Number 1
3  in the videotaped deposition of Richard Peters in
4  the matter of SBI Crypto Company, Limited v.
5  Whinstone US, Incorporated, in the United States
6  District Court for the Western District of Texas,
7  Waco Division, Case Number 6:23-cv-252-ADA-JCM.
8      Today's date is October 14th, 2025.  The
9  time on the video monitor is 9:25 a.m.  The
10  videographer today is Jesse Castro, representing
11  Planet Depos.  This video deposition is taking
12  place at 2021 McKinney Avenue, Suite 1600, Dallas,
13  Texas 75201.
14      Would counsel please voice-identify
15  themselves and state whom they represent?
16      MR. SANDLER:  Andrew Patterson and Cory
17  Johnson from Winstead PC on behalf of SBI.
18      MR. MARX:  Brendan Marx of Foley & Lardner
19  on behalf of defendant Whinstone USA, Inc.
20      VIDEOGRAPHER:  The court reporter today is
21  Susan Klinger, also representing Planet Depos.
22      The witness may now be sworn.
23          RICHARD PETERS,
24  having been first duly sworn testified as follows:
25          EXAMINATION

**Page 7**

1  BY MR. PATTERSON:
2      Q  Good morning, Mr. Peters.  My name is
3  Andrew Patterson, and I represent SBI Crypto
4  Company, Limited.  Do you understand who I am and
5  who I represent?
6      A  Yes.
7      Q  And can you state your full name for the
8  record?
9      A  Richard Peters.
10      Q  And what is your current address,
11  Mr. Peters?
12      A  12657 South Hill Creek Road, Whitehouse,
13  Texas 75791.
14      Q  And, Mr. Peters, have you ever been
15  deposed before?
16      A  Yes.
17      Q  And how many times?
18      A  Maybe six or seven times only.
19      Q  Okay.  So you've got a feel for kind of
20  how these depositions go at this point?
21      A  Yes.
22      Q  All right.  I won't go too long, then,
23  into the -- some of these background, but I just
24  want to get a couple of agreements before we
25  really get into the meat of this deposition.

**Page 8**

1      And so first off, can we agree to try not
2  to speak over each other so that the court
3  reporter only has to record one person speaking at
4  a time?
5      A  Yes.
6      Q  And if at any point you do not understand
7  or hear my question, can you agree to communicate
8  to me that you do not understand the question or
9  ask me to repeat the question?
10      A  Yes.
11      Q  And so if you answer a question, is it
12  safe to assume that you understood the question?
13      A  Yes.
14      MR. JOHNSON:  Can we pause the deposition
15  just for A sec, go off the record?
16      VIDEOGRAPHER:  We are going off the
17  record.  The time is 9:27 a.m.
18      (Recess, 9:27 to 9:28 a.m.)
19      VIDEOGRAPHER:  We are going back on the
20  record.  The time is 9:28 a.m.
21      Q  Okay.  Mr. Peters, have you taken any
22  medications or substances that might affect your
23  ability to understand my questions or provide
24  truthful answers today?
25      A  No.

Transcript of Richard Peters
Conducted on October 14, 2025

9

1    Q  Okay.  During our deposition today, I
2  might refer to various entities, including SBI,
3  Whinstone, and Riot.  Are you familiar with all of
4  those entities?
5    **A  Yes.**
6    Q  And so when I reference SBI, you
7  understand that I'm referencing SBI Crypto
8  Company, Limited, the plaintiff in this case?
9    **A  Yes.**
10    Q  And if I reference Whinstone, I'm
11  referencing Whinstone US, Inc., the defendant in
12  this case?
13    **A  Yes.**
14    Q  And then when I reference to Riot, I'm
15  referencing Riot Platforms, Inc.  Do you
16  understand that?
17    **A  Yes.**
18    Q  Okay.  Do you have an understanding of the
19  relationship between Riot and Whinstone?
20    **A  I believe I do, yes.**
21    Q  And so what is your understanding of their
22  relationship?
23    **A  I believe Riot owns Whinstone.**
24    Q  Okay.  And so who retained you in this
25  case, Whinstone or Riot?

10

1    **A  I believe it was Whinstone.**
2    Q  Is that who's paying you today, then,
3  Whinstone?
4    **A  Yes.**
5    Q  And what is your current rate that you are
6  charging for this case?
7    **A  I believe they bill me at 545 per hour.**
8    Q  As of today, do you know how many hours
9  you have billed on this case?
10    **A  No, I didn't check that before I came.**
11    Q  Do you have a rough estimate of about how
12  much you have?
13    **A  Guessing a bit, but I would say at least**
14  **probably 50,000.**
15    Q  Okay.  $50,000 invoice, not 50,000 hours,
16  right?
17    **A  Right, sorry, 50,000 US dollars.**
18    Q  And is your compensation at all affected
19  by the outcome of this case?
20    **A  No.**
21    Q  And does your billing at all change if
22  this case goes to trial?
23    **A  No.**
24    Q  So what is your understanding of the scope
25  of your retention for this matter?

11

1    **A  I produced an initial expert report**
2  **related to if SBI could have reasonably sold some**
3  **of their cryptominers and maybe what they should**
4  **do with them; and then subsequently, a rebuttal**
5  **report primarily for two experts, Mr. Byers and**
6  **Mr. Schuler.**
7    Q  All right.  And so you did provide two --
8  or produce two reports in this case, correct?
9    **A  Yes.**
10    Q  That initial report and then your rebuttal
11  report?
12    **A  Yes.**
13    Q  I'm going to hand you what I'll mark as
14  Exhibit 135.  This is Whinstone's designation and
15  disclosure of expert witnesses.
16    (Exhibit 135 marked.)
17    Q  All right.  Mr. Peters, have you ever seen
18  Whinstone's designation disclosures of expert
19  witnesses of March 28th, 2025?
20    **A  I may have, but I don't recall looking at**
21  **this document, I guess.**
22    Q  All right.  So under Retained Experts, do
23  you see your name?
24    **A  Yes.**
25    Q  All right.  And it says here:  Mr. Peters

12

1  is expected to testify about the resale value of
2  SBI Crypto Company, Limited's (SBI) miners used at
3  Whinstone's cryptocurrency facility located in
4  Rockdale, Texas and that SBI could have sold those
5  miners for a profit.
6    Did I read that correctly?
7    **A  Yes.**
8    Q  And then it states:  As a result, SBI did
9  not exercise reasonable care in minimizing its
10  alleged damages and could have avoided any damage
11  by selling the miners with little expense and
12  reasonable effort.
13    Did I read that correctly?
14    **A  Yes.**
15    Q  Does that fairly cover the scope of your
16  retention as it relates to your initial report?
17    MR. MARX:  Objection, form.
18    **A  I believe it does.**
19    Q  And so what opinions do you have as it
20  relates to that initial report and its designation
21  that we just read?
22    MR. MARX:  Objection, form.
23    **A  During that time, we were in a crypto bull**
24  **market.  Bitcoin was very popular.  These miner --**
25  **miners were very popular.  There was an active**

Transcript of Richard Peters
Conducted on October 14, 2025

13

1  market to purchase miners. And so at that time,
2  they could have reasonably sold those miners had
3  they chosen to. And even later on, there remained
4  a market for selling -- selling those assets if
5  they chose to.
6      Q  And as far as your initial report is
7  concerned, do you have any other opinions other
8  than what you have just stated?
9          MR. MARX: Objection, form.
10     A  Other than -- I mean, if we read through
11 the report, if there's any other elements in
12 there.
13     Q  Okay. Is it fair to say that your -- any
14 opinions that you have are contained within your
15 initial report?
16         MR. MARX: Objection, form.
17     A  For that initial report, yes, outside of
18 the rebuttal report.
19     Q  And we'll get to the rebuttal just in a --
20 in just a bit, but as far as the initial report is
21 concerned, any opinions that you may have formed
22 would be contained within that document itself,
23 your initial report?
24         MR. MARX: Objection, form.
25     A  Yes.

14

1      Q  Okay. And as far as this designation
2  goes, Exhibit 135, did you assist in preparing
3  this designation at all?
4      A  No, I don't think so.
5      Q  I'm going to hand you the supplemental
6  designation and disclosure of expert witnesses.
7          (Exhibit 136 marked.)
8      Q  Mr. Peters, Whinstone served these
9  supplemental designations and disclosures on July
10 18th, 2025. Have you reviewed this document
11 before?
12     A  I don't think so.
13     Q  All right. Under Retained Experts, do you
14 see your name there at the very bottom of the
15 first page?
16     A  Yes.
17     Q  All right. If we flip over to page 2, do
18 you see that paragraph that starts with:
19 Mr. Peters is expected to testify?
20     A  Yes.
21     Q  Okay. And that paragraph reads:
22 Mr. Peters is expected to testify to those matters
23 discussed in Whinstone's expert disclosure dated
24 March, 28th 2025, as well as in rebuttal
25 concerning SBI's claims that SBI's miners

15

1  deficient performance was a result of Whinstone's
2  conduct.
3      Q  Did I read that correctly?
4      A  Yes.
5      Q  And so specifically dealing with the
6  rebuttal aspect here, what are your rebuttal
7  opinions in this case?
8          MR. MARX: Objection, form.
9      A  Both of the experts that I rebutted,
10 primarily Mr. Byers and Mr. Schuler, for the most
11 part had a lot of speculation on what issues might
12 be related to miners. I felt their analysis was
13 incomplete. Their conclusions drawn were -- they
14 didn't consider other options, so it was very
15 narrowly focused.
16         And they had one opinion on what the issue
17 could be and didn't really deviate or check to see
18 if perhaps there were other hypothesis for any
19 issues that may be going on.
20     Q  Okay. And would the extent of your expert
21 opinions in rebuttal to Mr. Byers and Mr. Schuler
22 be contained within your rebuttal report?
23     A  Yes.
24     Q  Do you have any rebuttal opinions related
25 to Mr. Schuler or Mr. Byers that are not contained

16

1  within your rebuttal report?
2      A  Not that I can think of.
3      Q  And other than Mr. Schuler and Mr. Byers,
4  do you have rebuttal opinions regarding the expert
5  reports of any of SBI's other experts in this
6  case?
7          MR. MARX: Objection, form.
8      A  I think where there may be overlap to some
9  of the other experts, it may be related to them,
10 especially around the amount of crypto that was
11 mined, some of the accounting behind that, and
12 some of the reliances some of the other experts
13 may have put on that particular data, and just any
14 overlaps with kind of the Byers' and Schuler's
15 opinions.
16     Q  And, Mr. Peters, what did you do to
17 prepare for your deposition today?
18     A  Reread both of my reports, my expert
19 report, my rebuttal report, reviewed Mr. Schuler
20 and Mr. Byers' expert reports, and then reviewed
21 data, footnotes that were associated to all those,
22 my own as well as opposing experts.
23     Q  Were there any specific documents that you
24 reviewed as part of your preparation for this
25 deposition?

Transcript of Richard Peters
Conducted on October 14, 2025

17

1    A  I probably read through all of the
2  footnotes in the -- all the documents, so I at
3  least tried to review and remember what each
4  document was regarding.
5    Q  And I saw you brought in a couple of
6  documents with you.  What are those that you
7  brought in?
8    A  I brought copies of both of my reports, my
9  initial expert report as well as my rebuttal
10  report, and I did bring a copy of Mr. Schuler's
11  expert report as well as Mr. Byers' report.
12    Q  Okay.  Any other documents that you
13  brought with you today?
14    A  No.
15    Q  Okay.  All right.  Mr. Peters, I'm going
16  to hand you what was attached as Appendix A to
17  your report, which is your curriculum vitae.
18    (Exhibit 137 marked.)
19    Q  Mr. Peters, do you recognize this
20  document?
21    A  Yes.
22    Q  And were you the one that prepared this
23  curriculum vitae?
24    A  Yes.
25    Q  All right.  Now, I want to start with on

18

1  the first page here, your education.  Under
2  Education, you listed BBA finance, the University
3  of Texas at Austin, 1996; is that correct?
4    A  Yes.
5    Q  Do you have any other degrees other than
6  the BBA in finance?
7    A  No other university degrees.
8    Q  Okay.  Any other -- any other
9  certifications or certificates that you had to
10  take any classes on?
11    A  Several of those, yes.
12    Q  Okay.  And would those be the
13  certifications that are listed in your CV?
14    A  Yes.
15    Q  All right.  We will get into those in just
16  a bit.  I want to start with your -- I want to go
17  to your employment history now.
18    So if you turn to page -- right at the
19  bottom is page 13.
20    A  Okay.
21    Q  So the last -- or I guess the very first
22  employment that you have listed is from Jefferson
23  Wells International in 2005 to 2009.
24    Do you see that?
25    A  Yes.

19

1    Q  What were you doing before 2005 when you
2  joined Jefferson Wells?
3    A  Mostly cybersecurity-related roles.  I
4  think prior to this, I did -- I worked for NASA
5  essentially, but it was a contract position, but
6  it was the consolidated space operations contract
7  where I did cybersecurity-related duties for them
8  for several years.
9    And then prior to that, I guess what I
10  would call my first job, I guess, was -- real job
11  was Labatt Food Service, L-a-b-a-t-t, in San
12  Antonio, Texas.  And that was really right out of
13  college, where I did financial-related operations,
14  bidding.  And then that role transferred into more
15  of an IT-related role and security.
16    Q  And with that NASA employment that you
17  had, were you an employee of NASA or a contractor?
18    A  Contractor.
19    Q  And you said you had cybersecurity-related
20  duties for them.  Can you explain what that means?
21    A  Sure.  So I don't know that I remember my
22  exact title, but you could, you know, summarize it
23  maybe as security engineer.  But my role was to
24  implement security controls, in particular a lot
25  of firewalls around the country at NASA

20

1  facilities.  We did intrusion detection, basically
2  duties to protect some of the NASA installations.
3    Q  So if you got your degree in finance, how
4  did you get into cybersecurity?
5    A  Yeah.  So always loved finance and thought
6  I was going to be a stockbroker and, you know, be
7  one of those trader guys, and still definitely
8  like that space, I guess, but started getting
9  interested in IT.
10    When I was at Labatt Food Service, you
11  know, websites started coming around.  Technology,
12  IT kind of called to me.  I had some friends who
13  were in it.  And just it turned out, I guess I was
14  more of a IT nerd than finance nerd and went that
15  direction.  And so ever since then, it's been all
16  technology, and I've loved it ever since.
17    Q  And so when you were making the switch
18  into IT or cybersecurity, did you have to go back
19  and get any kind of degree or training to do that
20  work?
21    A  No university degrees.  I did do Microsoft
22  training.  You know, at the time I got my
23  Microsoft certified systems engineer and some
24  different Microsoft product-specific
25  certifications, I think some firewall

**21**

1  certifications. But I would call those more, you
2  know, industry-specific, product-specific type
3  designations, but no university required for that.
4      Q  Okay. So as far as university degrees are
5  concerned, you do not have any degree in computer
6  engineering or computer science?
7      A  No.
8      Q  And you don't have any degree in
9  electrical engineering; is that right?
10      A  Correct.
11      Q  And no degree in mechanical engineering?
12      A  No.
13      Q  All right. And so turning to this
14  employment at Jefferson Wells International, can
15  you briefly describe what you were doing for
16  Jefferson Wells?
17      A  So my role was engagement manager.
18  Essentially at the end of the day, it was a
19  consulting role. At that time, it was more -- I
20  would call it audit-related duties. So
21  Sarbanes-Oxley, I think, had come out during that
22  time, so I did a lot of SOX testing. I believe
23  that's when I first got designated as a PCI QSA,
24  which is a qualified security assessor, to do PCI
25  engagements. PCI is the credit card

**22**

1  security-related compliance programs, so PCI,
2  Sarbanes-Oxley, auditing, testing of controls,
3  security reviews, all in a consulting role.
4      Q  And what kind of company was Jefferson
5  Wells?
6      A  Professional services firm.
7      Q  And so did you -- when you were at
8  Jefferson Wells, were you working -- did you
9  consult for or work for other companies, or was it
10  just doing work in-house for Jefferson Wells?
11      A  We did work for other companies.
12      Q  All right. Did you do any work for any
13  data centers when you were at Jefferson Wells?
14      A  May have. We certainly visited lots of
15  data centers. I don't know that -- I can't
16  remember for sure if we had a data center
17  owner/operator as a client or not.
18      Q  And so when you say that you were -- you
19  visited a lot of data centers, what were you
20  visiting data centers for?
21      A  Sometimes physical security controls,
22  usually in terms of audits, the systems there.
23  For PCI there are specific requirements around
24  physical security controls. Sometimes we had to
25  review sessions and systems and servers within the

**23**

1  data center, so just in context of our consulting
2  duties.
3      Q  And did you ever consult for the
4  manufacturer or designer of any computer
5  equipment?
6      A  I don't think during Jefferson Wells we
7  did. I mean, we had some contract with Dell and I
8  think Supermicro, but I don't think that was
9  Jefferson Wells.
10      Q  And we'll go through each of the employers
11  or positions that you have on here. But when you
12  say you might have done some work for Dell for
13  Supermicro, do you remember when that would have
14  been?
15      A  I think it was after Jefferson Wells, so
16  probably at UHY, the subsequent employer, I think.
17  And with Dell, it was around more of their
18  security products and tooling. And then I don't
19  know that I recall the nature of the Supermicro.
20      Q  Okay. When you were at Jefferson Wells,
21  did your work involve the buying or selling of
22  used IT equipment?
23      A  I don't think at Jefferson Wells I had, as
24  part of a consulting project, anything there. I
25  may have bought and sold myself from resellers.

**24**

1  Being in IT at the time, I bought and sold servers
2  and workstations and different equipment to run
3  and build my own labs, but...
4      Q  Okay. And when you say you run your own labs,
5  were you running labs at Jefferson Wells, or was
6  that more of a personal thing?
7      A  I think at -- during Jefferson Wells time,
8  I think that was more of a personal lab, I mean,
9  to get better and stronger with different
10  technologies. It was certainly more cost
11  effective to purchase from a reseller.
12      Q  Okay. And did your work with Jefferson
13  Wells ever require you to appraise any kind of IT
14  equipment?
15      A  Not at that time.
16      Q  Okay. All right. So let's talk about
17  your next employer then. Here it looks like that
18  would be UHY Advisors from 2009 to 2014; is that
19  correct?
20      A  Yes.
21      Q  So what did your work include at UHY
22  Advisors?
23      A  Actually, very similar to Jefferson Wells.
24  So UHY is an accounting firm, but also has a
25  consulting arm. I was a senior manager around

25

1  technology assurance, certainly did a lot more
2  work even then around PCI security assessments.
3  We may have done some more Sarbanes-Oxley, or SOX,
4  S-O-X, work, HIPAA, HIPAA compliance, all from a
5  consulting perspective.
6      Q  So what kind of company was UHY Advisors?
7      A  They had kind of two different, I guess,
8  setups. So UHY, LLP was a CPA accounting firm,
9  and they had a subsidiary sub-company, I guess,
10 called UHY Advisors. So the accounting firm kind
11 of kept the attestation work under the CPA, and
12 then the consulting work tended to fall to UHY
13 Advisors.
14     Q  And you were working with the UHY
15 Advisors, correct?
16     A  Yes.
17     Q  Okay. Now, on the -- going back to page
18 13, so the second bullet point that you have under
19 UHY, which would be the very first bullet point at
20 the top here of page 13, it says: Subject matter
21 expert for all penetration testing, vulnerability
22 scanning, breach investigations, and security
23 assessment projects for Houston and Dallas offices
24 and key growth regions around the US.
25     Can you explain what that penetration

26

1  testing is?
2      A  Yes. So I've been doing that type of work
3  for a long time. So with permission, we --
4  essentially you could say we hack clients. So
5  we're looking for vulnerabilities that could be
6  exploited, both internal and external often. And
7  our role is to tell the clients or inform them of
8  where they might have critical or high
9  vulnerabilities that they should take some
10 remediation action on before a real threat actor
11 does.
12     Q  So what's the difference between the
13 penetration testing and vulnerability scanning?
14     A  So penetration testing, I would say, is
15 the next step from vulnerability scanning. So
16 vulnerability scanning is a -- most often a tool
17 of some kind or multiple tools that you'll use to
18 scan assets.
19     And from the feedback you get from those
20 assets, you -- versions and open ports and types
21 of services that are running on those, you may get
22 an indicator of there's a known vulnerability
23 based upon those criteria.
24     Penetration tests would actually take it
25 to the next step. So you would prove whether

27

1  those vulnerabilities are actual or not. Do they
2  result in data loss or some sort of compromise, or
3  are they potentially false positives? You know,
4  are the conditions in place to ensure that, you
5  know, those vulnerabilities are real.
6      So penetration testing will always
7  typically include some level of vulnerability
8  scanning. Pen testing is kind of the next step to
9  get better understanding of those vulnerabilities.
10     Q  All right. And so what is -- when you're
11 doing the penetration testing and the
12 vulnerability scanning, what sort of information
13 are you assessing vulnerability for?
14     A  Could you maybe repeat that question?
15     Q  Sure. So when you're -- when you're doing
16 this penetration testing and this vulnerability
17 scanning, what exactly are you looking for
18 vulnerabilities in for the clients you're doing it
19 for?
20     MR. MARX:  Objection, form.
21     A  Multiple levels, so one being you could
22 say the network level. So there's networking
23 equipment, interconnectivity of devices and
24 things, so there's equipment that facilitates
25 that. There's different protocol stacks. So

28

1  we're look for vulnerabilities in the networking
2  piece, so kind of all phases of the networking.
3      Then we're looking at, you know, anything
4  that responds to us. So we may be looking for
5  operating system-specific vulnerabilities or
6  issues or problems or out of date or missing
7  patches or configuration issues.
8      And then you have applications and
9  services that run on top of these systems. And so
10 within each application, you know, they may serve
11 different purposes. You can have a application
12 that does a web server. You could have an
13 application that's an email server. Those each
14 may have unique vulnerabilities associated with
15 those services.
16     And so the application layer, the
17 operating system layer, really anything that's
18 presented to us, we're looking at all of those for
19 potential vulnerabilities. So there are known
20 vulnerabilities in, you know, any and all of
21 those. And we're trying to bubble those out
22 through our testing and software to make that
23 known to the client.
24     Q  When you were at UHY, did you work for or
25 consult with any data centers?

29

1    A  We certainly visited a lot of data centers
2  as part of our assessment work.  We had some
3  clients who ran data centers for other clients, so
4  think of them as maybe service providers.  So our
5  client, in turn, had clients that relied upon them
6  for their data center operations.  So we certainly
7  had some of those while we were at UHY.
8    Q  So did any of your work doing the
9  penetration testing or the vulnerability scanning
10 specifically involve performing that for a data
11 center?
12   A  We certainly targeted data center
13 equipment that was hosted for our clients, I
14 believe it was later that we did some testing for
15 a data center, but I believe that was at BRG, the
16 subsequent employer.
17   Q  All right.  And when you were at UHY, did
18 you do any work for any manufacturers of computing
19 equipment?
20   A  We had some relationships with Dell.  I
21 think that was more around their security
22 services.  They had maybe bought and sold some
23 different security vendors that they had brought
24 in, some different tooling and systems around
25 that.  So we had some interactions there.

30

1        And then we had -- we had some
2  interaction -- it really wasn't my client --
3  around Supermicro as a manufacturer.  I believe
4  that was more from our audit side, so the UHY,
5  LLP.  I mean, we did work with them just to
6  support them on their audit services.  We did
7  what's called SOC, S-O-C, testing, and so it was
8  supporting SOC testing, I believe, for one of
9  their environments, or SOC attestation.
10   Q  All right.  And as far as the work for
11 Dell is concerned, did you specifically do any
12 work for Dell?
13   A  Trying to think if it was billable work to
14 Dell.  I mean, we certainly worked with Dell.  I
15 believe it was -- Secureworks was the name of the
16 company they acquired, and it had became part of
17 Dell, so more through Secureworks, but I think
18 that was at that time fully owned by Dell.
19   Q  So did you do work -- did you
20 specifically -- not UHY, but did you specifically
21 do work for Secureworks?
22   A  We -- yes.  We -- my team, I guess, when
23 I -- when I say "we," my team on the security side
24 worked with them.
25   Q  Okay.  And do you remember what your work

31

1  entailed?
2    A  The Secureworks was somewhat on their
3  service side.  They did testing and attestation,
4  and we had some relationships where we partnered
5  on some of those.  They had some, I believe,
6  vulnerability scanning tools.  Possibly in the
7  PCI, credit card security world, I think they did
8  what's call ASV scanning, which is just a
9  PCI-specific vulnerability scanning.  And so we
10 worked with them in those capacities.
11   Q  All right.  And on here, the last bullet
12 point you mention a multimillion dollar contract
13 with NASA.  Do you know what the -- what that work
14 entailed?
15   A  I'm trying remember who the client was.
16 It -- at the end of the day, it was a NIST
17 assessment.  So to work for NASA or you could
18 almost say any DoD-related entity, they have to go
19 through 800-53.  So the NIST, N-I-S-T, standard
20 853 assessments are part of the requirements, I
21 guess, through DoD or government programs.  So we
22 had to work for NIST 853 to perform that
23 assessment to prep them for compliance to that.
24   Q  All right.  Now, it looks like around this
25 time, you were also at the University of Houston;

32

1  is that correct?
2    A  Yes.
3    Q  And you have here your position as adjunct
4  professor; is that correct?
5    A  Yes.
6    Q  What were you teaching at the University
7  of Houston?
8    A  There was -- they called it two courses.
9  I mean, it was one course to me.  It's the same
10 content for both of those.  It was an Accounting
11 4380 and 5397.  So one was, I think, upper --
12 upper classmen.  The 5397 was for graduate
13 students.  But it was specifically for -- the
14 title of it is Control and Security of Financial
15 Information.
16   Q  And what topics were taught within that
17 course?
18   A  So the students were accounting students,
19 you know, future controllers and CFOs of the
20 world.  So the purpose was to really introduce
21 them to cybersecurity, how it impacts, you know,
22 financial services that they may -- they may
23 interact with compliance, which is Sarbanes-Oxley,
24 and the SOC attestations and why those items
25 matter, why it should be important to them, and

Transcript of Richard Peters
Conducted on October 14, 2025

---

33

1  just kind of arm them for the future when you
2  know, they're the CFOs and controllers of the
3  world, they have a security-related background.
4      Q  Did you teach any courses on computer
5  engineering?
6      A  No.  Outside of cybersecurity topics
7  within this course, this is the only one.
8      Q  And did your teaching include any courses
9  on thermodynamics?
10     MR. MARX:  Objection, form.
11     A  No.
12     Q  And did you teach any courses on the topic
13 of data center design or operation?
14     MR. MARX:  Objection, form.
15     A  We would have had operations for data
16 centers, I mean, to introduce the concept of, you
17 know, many organizations either have their own
18 data centers or look for hosting for others, and
19 the controls related to those environments.  If
20 you're using a third party to host your data,
21 these are the applicable controls that the service
22 provider may perform for you and how to monitor
23 and audit and understand those.
24     And then similar for organizations that
25 may run their own data center, you take those

---

34

1  controls on yourself as the corporate owner of
2  those, so that context.
3      Q  Okay.  But you did not teach any courses
4  on the topic specifically of data center design;
5  is that right?
6      MR. MARX:  Objection, form.
7      A  Correct.
8      Q  Okay.  And did you teach any courses on
9  the topic of doing any kind of failure mode
10 analysis of computer products?
11     MR. MARX:  Objection, form.
12     A  Outside of what we call the security
13 triad, confidentiality, integrity, and
14 availability.  So availability is a big pillar of
15 cybersecurity, so from an availability
16 perspective, that those assets or compute or
17 applications are available when needed, I think
18 that would be the context where we addressed that.
19     Q  When you say from an availability
20 perspective, make sure these applications are
21 available when needed, what exactly would your
22 analysis be doing to make sure that an asset or
23 application is available when needed?
24     A  Yeah.  From a security perspective, I
25 mean, it's across kind of the security spectrum.

---

35

1  So, I mean, everything from vulnerabilities and,
2  you know, if those are exercised by a threat
3  actor, right, that could impair the service, could
4  knock it down, there's denial of service types of
5  attacks.  So there's lots of -- vulnerabilities
6  would be a big piece of that.
7      We did a lot of disaster recovery,
8  business continuity where you may want to have
9  high availability of resources, so, you know,
10 instead of having -- having one accounting server,
11 maybe you could have two, right, redundant pairs
12 or clusters of systems.
13     Additionally, the equipment and networking
14 technologies that make those available to your end
15 users, so, you know, imagine a single firewall.
16 You're protecting that asset.  If the firewall
17 goes down, even though the asset is still up, your
18 users can't reach that, and so maybe having
19 redundant firewalls and those types of things.
20     And then looking at if the accounting
21 system, you know, has an error or gets compromised
22 or, you know, something happens that you can't
23 recover the system, perhaps your disaster recovery
24 plans, your business recovery plans, your backups,
25 your recovery procedures, how long can you afford

---

36

1  to be down with those systems.
2      So there's a lot of -- it's a pillar in
3  the cybersecurity CIA triad for a reason.  It's
4  a -- it's an important piece.
5      Q  Does that availability analysis include
6  any assessment of the hardware itself?
7      A  Yes, I would say so.
8      Q  How so?
9      A  So within the actual hardware and servers
10 and things, you look at, so especially on the
11 server side, redundant power supplies, what's
12 called raid RAID, R-A-I-D, RAID disks, multiple
13 controllers for the disks, so that the spinning
14 hard drives or the hard drives of those systems,
15 if one particular hard drive goes down, you may
16 want to have what's called RAID, so there's
17 multiple disks.  So if one goes down, it still
18 operates and gives you time to maybe recover, put
19 another disk in there.
20     Power supplies, redundant power supplies,
21 if one goes out, you may have a second one, so
22 that gives you time to repair.
23     There's high availability, which we kind
24 of talked about, so clustering, having multiple
25 systems that share the data, so if one whole

---

Transcript of Richard Peters
Conducted on October 14, 2025

**37**

1  system collapses or goes down for some particular
2  reason, you've got an alternate physical piece of
3  hardware.
4      So those are the kind of things I could
5  think of off the cuff.
6      Q  Did -- this course you taught, the Control
7  and Security of Financial Information, did that
8  include assessing the impact of any environmental
9  conditions on the physical hardware?
10     A  I would say yes.
11     Q  In what way did you assess or teach the
12  assessment of environmental conditions on the
13  impact of the physical hardware?
14     A  Probably mostly in the context of disaster
15  recovery, so, you know, where those systems live,
16  servers -- you know, whether they're in a
17  corporate data center or a hosted data center,
18  what are the protection mechanisms in place to
19  keep those running, you know, fire suppression and
20  offsite backups.
21     And I guess those are areas that come to
22  mind.
23     Q  All right.  All right.  Let's look to
24  the -- or turn to the next employment you have on
25  here, the Berkeley Research Group, LLC.  What --

**38**

1  first of all, what is Berkeley Research Group?
2      A  Berkeley Research Group is an expert firm
3  and consulting firm.
4      Q  And so when you say "expert firm," is that
5  for litigation?
6      A  Yes.
7      Q  All right.  And what work were you doing
8  for Berkeley?
9      A  So there, I was a managing director, still
10  a lot of very similar roles around cybersecurity,
11  started getting into more crypto-related projects
12  there, PCI compliance, HIPAA compliance,
13  cybersecurity privacy, investigations, support for
14  other experts, you know, in whatever capacity they
15  needed, whether it be, you know, understanding
16  hardware or crypto or where crypto moved,
17  cybersecurity controls, incidents, supported on
18  incidents, so -- but lots of different projects
19  between consulting-related projects and some more
20  what I would call, I guess, expert-related work.
21     Q  You mentioned crypto-related projects.
22  Can you describe what work you did on those
23  crypto-related projects?
24     A  Yeah.  I would say digital forensics
25  around those, crypto tracing, so the movement of

**39**

1  crypto.  You know, where did it come from?  Where
2  did it go?  What exchanges did it go through?  Is
3  there any ability to do attribution to who owns
4  those assets or who may have collected those?
5      Fraud investigation, so certainly, you
6  know, lots of fraud and ransomware uses bitcoin,
7  so to try to associate threat actors who use those
8  from a cybersecurity perspective.
9      Did some, you know, assistance with other
10  experts on their evaluations.  They might -- you
11  know, how much bitcoin could have been produced
12  for a particular type of miner.  What -- you know,
13  what is -- what types of minors did a particular
14  client have?  Could they -- there was -- I think
15  there were some bankruptcy procedures where, you
16  know, they were doing valuations on cryptominers
17  and how much they might be worth.
18      I think that's all I can kind of think of
19  there.
20     Q  All right.  So I want to focus on that
21  last part that you talk about with doing
22  valuations on cryptominers.  Were you personally
23  conducting or doing any kind of valuation on the
24  cryptominers?
25     A  I would say at BRG more of a supporting

**40**

1  role, so, you know, the accounting experts, the
2  forensic litigation specialists, supporting their
3  needs, so what they may ask of me.  So, you know,
4  what are -- what are the cryptominers?  Like, what
5  versions are they?  What are some of the going
6  rates for that type of resale of that equipment,
7  that capacity?
8      Q  So did you -- in your -- in your specific
9  capacity with BRG, did you personally appraise any
10  used cryptocurrency miners?
11     MR. MARX:  Objection, form.
12     A  I would advise on going market rates for
13  those.  There are several sources out there for
14  similar types of hardware or maybe the same
15  versions of hardware.  So I would help them find
16  those sources and it -- so, in that capacity,
17  supporting them.  I think they would -- they would
18  be doing the expert reports, you know, the
19  accounting valuations for those.  I would just
20  supply input data for them.
21     Q  Would you specifically say that in that
22  role were you the one responsible for saying, this
23  cryptocurrency miner is worth, for example,
24  $1,000?
25     MR. MARX:  Objection, form.

41

1    A  I mean, through the research and data
2  gathering, I found the prices for that hardware
3  and would present it to colleagues for them to
4  make their accounting decisions on.  I think
5  there's probably more to it than -- they had to
6  add additional, you know, considerations around
7  just the asset.  But here's the, you know, current
8  market price for used asset.  And then they would
9  do their, you know, bankruptcy or evaluations, I
10  guess, from their accounting perspective.
11    Q  So when you're saying that you would
12  provide the market price for a used asset, how
13  would you determine the market price for a used
14  asset?
15        MR. MARX:  Objection, form.
16    A  So I have contacts that buy and resell
17  cryptominers, specifically.  There are published
18  lists on the internet.  So, like, QuoteColo,
19  Luxor, they have public lists of the bid and ask
20  for hardware lots and so all different quantities.
21  They would usually list the locations or where
22  they might be, you know, whether it be United
23  States, kind of where in the United States, or if
24  they were elsewhere, so...
25    Q  So was your role just providing these

42

1  market prices for the miners?
2        MR. MARX:  Objection, form.
3    A  So it -- I would inform my colleagues on
4  the pricing for those, the types of miners that
5  were in use.  So, yeah, I'm not sure if that's the
6  same as what you're saying.
7    Q  Sure.  So I guess what would you -- let's
8  put it this way.  Would you go out and inspect any
9  of the miners and then make a determination about
10  that -- the specific value of that miner?
11    A  I did do inspections to understand the
12  versions of the miners, the vendor, the version of
13  the miners that are there, and then look up those
14  miners on those markets to find out what the bid
15  and asks were for -- during that time, and then
16  provide that to colleagues.
17    Q  So it sounds like you would figure out the
18  model of the miner and then look up the prices for
19  a used version of that model miner.  Is that -- is
20  that fair to say?
21    A  It's a simple answer for it.
22    Q  Did your work involve determining an
23  amount of depreciation for the miner?
24    A  I believe most of the time, that would
25  have been the -- my colleagues more on what I

43

1  would say the traditional accounting side.
2    Q  Okay.  Did your work include determining
3  the amount of wear and tear on the miner?
4        MR. MARX:  Objection, form.
5    A  I mean, certainly the ones I reviewed, I
6  would look at those, but pricing for cryptominers
7  is really based upon hash performance.  You know,
8  the -- most buyers don't care what they look like
9  as long as -- they're buying a hashrate, and
10  depending upon their energy costs and all, I mean,
11  that is the number one factor for purchasing.
12  What is the hashrate?  What is the power
13  efficiency?  And, you know, what is the current
14  crypto markets?  Is bitcoin high?  What's the
15  difficulty levels?  All of those factor into
16  the -- you know, whether you're interested in
17  purchasing a crypto asset or not.
18    Q  And would you do any sort of testing on
19  the miners to determine their hashing
20  capabilities?
21    A  I think generally in most of those cases,
22  we had relevant data to understand those, but, you
23  know, those are published specs.  So they're -- in
24  these cases, I don't think there was a need to,
25  you know, pull them out of the data center and

44

1  plug them in anywhere else.  I think they were
2  operating at the times of review.
3    Q  Okay.  So just to be clear, you did not
4  conduct any testing on a miner where you would
5  take it out and specifically test its hashrate?
6        MR. MARX:  Objection, form.
7    A  No, I don't recall pulling any out of a
8  data center to power them on somewhere else.
9    Q  And do you know how many of these
10  crypto-related projects you worked on while you
11  were with BRG?
12    A  Guessing, maybe four or five projects.
13    Q  Do you know the names of the clients that
14  you worked with on those?
15    A  They were colleagues' clients, so I was
16  more in a support role.  I don't know that I could
17  recall the end client names for those.
18    Q  Okay.  Were they any of the parties
19  involved in this case?
20    A  No.
21    Q  Were they -- what about -- are you
22  familiar with GMO?
23    A  I've heard the term, I think, through some
24  of the documents I read.
25    Q  All right.  So I guess are you aware -- so

Transcript of Richard Peters
Conducted on October 14, 2025

45

1  when -- strike that.
2       When SBI was operating at -- its miners at
3  their Rockdale facility, you're aware that there
4  were other clients that also had miners at the
5  Rockdale facility; is that correct?
6       A  Yes.
7       Q  And that included GMO and Rhodium?
8       A  That sounds correct, yes.
9       Q  Okay.  Are you aware that there has been
10 litigation with both GMO and Rhodium against
11 Whinstone?
12      MR. MARX:  Okay.  This is outside the
13 scope, so, I mean, you can answer if you know.
14      A  Yeah.  I guess for my rebuttal reports and
15 all, I guess that was outside of the context of
16 what I was asked to do.
17      Q  Sure.  And I guess what I'm getting at is,
18 have you been retained by Whinstone or Riot in any
19 of the other related litigation involving GMO or
20 Rhodium?
21      A  Not for GMO.  We did support on the
22 Rhodium matter.
23      Q  What did your work on the Rhodium matter
24 include?
25      A  It hadn't been that long ago.  This -- I

46

1       think it was -- it was more around hashrate, how
2       much production of bitcoin could have been
3       produced by the type of crypto assets that Rhodium
4       had in place.  Had they been operating during
5       different periods, what's the amount of expected
6       bitcoin they could have produced there.
7       Q  All right.  And did you issue a report in
8  that Rhodium litigation?
9       A  Yes.
10      Q  Were you deposed in the Rhodium
11 litigation?
12      A  No.
13      Q  Okay.  And as far as determining the
14 hashrate that the miners could have produced, how
15 do you go about determining that?
16      A  So for any given cryptominer, I mean,
17 there are published, right, specs and
18 documentation for each of those.  So every miner
19 is rated and specced for an expected hashrate.
20      Q  Okay.  And then as far as determining the
21 amount of bitcoin that could be produced, how
22 would you go about making that kind of
23 calculation?
24      A  So there's maybe a couple of different
25 ways to calculate it, but the traditional one

47

1       would be you -- you're going to look at the amount
2       of hashrate you have, your total amount of
3       hashrate that you have under your operation.
4       You're going to compare that to what is the
5       overall, the total hashrate, so for all the miners
6       that are out there, what is the total hashrate.
7           And then you're looking at the difficulty
8       through those.  So through that process, I mean,
9       it's a -- it's a math calculation to say your
10      expected bitcoin production, based upon your
11      amount of compute versus -- over the entire
12      amount of compute based upon the amount of bitcoin
13      or rewards at a given time, you know, you have
14      having events.
15          So there's different amount of crypto
16      awarded depending on what year you're talking
17      about.  Then through that process, you could
18      calculate the expected amount of bitcoin to be
19      produced.
20      Q  Did your work in the Rhodium litigation
21 involve assessing damage to Rhodium's miners?
22      A  No.
23      Q  And do you recall what type of miners
24 Rhodium used at the Rockdale facility?
25      A  I believe for the most part, it -- they

48

1       were branded WhatsMiner.  It's all one word,
2       W-h-a-t-s-M-i-n-e-r.  They had several different
3       models of WhatsMiner.
4       Q  Did your work in the Rhodium litigation
5  involve appraising the Rhodium miners for a resale
6  value?
7       A  I believe it did, yes.
8       Q  How did you go about appraising Rhodium's
9  miners?
10      A  Based upon the known versions of those,
11      the hashrates of those, similar to what we prior
12      discussed, published lists.  WhatsMiners were
13      pretty popular, to know the going rates for those
14      as well as potentially replacing them with new
15      equipment, so the -- a later version of a
16      WhatsMiner, which would be published by the
17      manufacturer and/or resellers of it.
18      Q  Did Rhodium resell any of its miners, are
19 you aware of?
20      A  Not that I'm aware of.  I don't know that
21 I know.
22      Q  Okay.  And in your work for the Rhodium
23 litigation, did that include the review of any
24 documents related to SBI's miners at the Rockdale
25 facility?

Transcript of Richard Peters
Conducted on October 14, 2025

---

**49**

1   A No, I don't think so.

2   Q Did it involve assessing the environmental

3   conditions at the Rockdale facility?

4       MR. MARX: Objection, form.

5   A I don't think my purview was around that.

6   Q And did you -- in the Rhodium litigation,

7   did you ever have to testify in any capacity?

8   A No.

9   Q Okay. And then as far as the GMO

10  litigation is concerned, you are -- you have not

11  been involved in the GMO litigation?

12  A No.

13  Q All right. What was your expert opinion

14  in the Rhodium litigation?

15      MR. MARX: Objection, form.

16  A That -- I don't know that I remember the

17  amounts, but it disputed, I guess, an opposing

18  expert's view on -- they didn't calculate how

19  bitcoin is -- how to calculate the amount of

20  bitcoin that could be produced. So I remember

21  having a rebuttal to, you know, that was not the

22  correct way to calculate that.

23      There were some components on selling

24  those assets or purchasing new to ensure that they

25  could continue to be a valid participant in the

---

**50**

1   bitcoin ecosystem, that they had enough compute

2   hashrate to do that.

3       There may have been a couple of other

4   pieces to it, but those are maybe the more

5   primary.

6   Q So when you were doing that work for -- in

7   the Rhodium litigation, was that with HKA, who you

8   are with now, or was that with a different

9   employer or agency?

10  A That started at Berkeley, Berkeley

11  Research Group. And then I think before it

12  finally ended, I may have switched over to HKA, so

13  it was kind of transitional maybe between the two.

14  It may have completed, you know, as I had left.

15  It felt transitional, I guess.

16  Q Are you currently doing any -- any work

17  with regards to that Rhodium litigation at this

18  point?

19  A No.

20  Q All right. And finishing up with this,

21  with your -- I guess what would be your first

22  stint with the Berkeley Research Group, did you

23  do -- did your work with the Berkeley Research

24  Group from 2014 to 2017 involve any work with the

25  manufacturer of any cryptocurrency miners?

---

**51**

1   A I think what we'd call first stint at

2   Berkeley Research Group, I would say no.

3       MR. PATTERSON: All right. We've been

4   going for about an hour. Do you guys want to take

5   a break?

6       MR. MARX: Sure.

7       MR. PATTERSON: All right.

8       THE WITNESS: Sure.

9       VIDEOGRAPHER: We are going off the

10  record. The time is 10:25 a.m.

11      (Recess, 10:25 to 10:35 a.m.)

12      VIDEOGRAPHER: We are going back on the

13  record. The time is 10:35 a.m.

14  Q Mr. Peters, before we took a break, we

15  were talking about your work in the Rhodium

16  litigation. Do you remember that?

17  A Yes.

18  Q In regards to your work in the Rhodium

19  litigation, did you ever visit the Rockdale

20  facility? In issuing your report, did you have to

21  visit the facility at all?

22  A Yes.

23  Q How many times?

24  A I can't remember if it was once or twice.

25  Q And when you visited the facility, do you

---

**52**

1   know what building you visited at the facility?

2   A At the time, I did. It was where Rhodium

3   assets were. So there was a -- there was a -- an

4   air-cooled area as well as an immersion area, so I

5   do recall looking at both, both areas.

6   Q All right. And do you recall when it was

7   that you would have visited the Rockdale facility?

8   A Latter part of last year, I believe.

9   Q All right. So late 2024; is that fair?

10  A Yeah. Time is a little elusive, but, you

11  know, certainly it was prior to publishing my

12  expert report, so somewhere between second half of

13  last year and early part of this year.

14  Q And so it would have been before you

15  issued your report -- either of your reports in

16  this specific case, correct?

17  A Yes.

18  Q Was it before or after you were retained

19  for this litigation?

20  A Repeat that again, before --

21  Q Sure.

22  A Which part?

23  Q Yeah. So when you visited the Rockdale

24  facility to examine Rhodium's miners, was that

25  before or after you were retained in this

Transcript of Richard Peters
Conducted on October 14, 2025

14 (53 to 56)

53

1  litigation involving SBI's miners?
2  **A I don't know that I recall the order of**
3  **them. SBI, if I remember right, felt like it**
4  **started early, and it's taken a long time to get**
5  **to this point. But sitting here today, I don't**
6  **know that I could tell you did it start before**
7  **Rhodium or after. I mean, in my mind, they feel**
8  **close -- closely related.**
9  Q Okay. But you inspected the
10 immersion-cooled building; is that correct?
11 **A Yes.**
12 Q And you inspected Rhodium's miners that
13 were in the air-cooled building; is that right?
14 **A Yes.**
15 Q Are you aware if -- the air-cooled
16 building, if that was Building B of the Rockdale
17 facility?
18 **A As I recall, it feels like Building B,**
19 **Bravo.**
20 Q And were Rhodium's miners still in
21 operation at the time?
22 **A Yes, I believe so.**
23 Q Did your visit to the Rockdale facility in
24 the Rhodium litigation involve you assessing any
25 degradation to the hardware or the specific miners

54

1  themselves?
2     MR. MARX: Objection, form.
3  **A No, not that I can think of. I mean, we**
4  **saw, you know, extra pallets of parts and things,**
5  **but certainly didn't tear down or inspect the**
6  **miners in that regard.**
7  Q So you -- in the Rhodium litigation, you
8  did not conduct any testing on any of the miners;
9  is that correct?
10 **A Correct.**
11 Q Okay. Did you take any -- any readings of
12 any temperatures at the -- at Building B?
13 **A No.**
14 Q Did you come to any opinion as to the
15 conditions of the miners used by Rhodium at
16 Building B?
17    MR. MARX: Objection, form.
18 **A No. I mean, outside of looking at their**
19 **total hashrate and what they were producing and**
20 **models, that's about it.**
21 Q So just to be clear, you did not come to
22 any opinion as to the conditions of Rhodium's
23 miners operating at Building B; is that correct?
24    MR. MARX: Objection, form.
25 **A No, not that I can remember.**

55

1     Q Okay. And going back to your first stint
2  at BRG, those four to five crypto-related projects
3  that you worked on, did you author any -- did you
4  specifically author any of the reports in those
5  four to four crypto-related matters?
6  **A I guess to be clear, I would say that was**
7  **the second stint at BRG, I guess, not the first.**
8  Q Okay.
9  **A And, no, I did not produce any -- well,**
10 **let me back up.**
11    **So at BRG we probably had started the**
12 **Rhodium project at that time and maybe the SBI,**
13 **but I don't believe we'd issued any reports. And**
14 **then any of the, you know, prior**
15 **accounting-related, those reports would have been**
16 **produced by a colleague.**
17 Q Okay. And so the four to five
18 crypto-related matters that you have worked on, do
19 those include the Rhodium litigation and this SBI
20 litigation?
21 **A Those would have been separate.**
22 Q Okay. So just so we have an
23 understanding, there was the Rhodium litigation,
24 this SBI litigation, and then there were four to
25 five other crypto-related matters; is that

56

1  correct?
2  **A Yes, somewhere between three and five, and**
3  **I believe those were at around UHY.**
4  Q Okay. And those -- so those three to five
5  crypto-related matters, did you offer any reports
6  in those cases?
7  **A I did not produce any expert reports.**
8  Q Did you reach any opinions as to the
9  conditions of the mining hardware used in those
10 three to five crypto-related matters?
11    MR. MARX: Objection, form.
12 **A Surrounding their hashing performance, the**
13 **amount of hashes that a fleet of miners were**
14 **producing, yes, in that context, and then the**
15 **types of miners, types of hardware that were in**
16 **use, and then just prevailing market rates at that**
17 **time.**
18 Q So in regards to the hashing performance,
19 was that looking at specific log data from the
20 miners or just looking at miner specifications for
21 what the miners could hash?
22 **A I think that was specifications during**
23 **that time.**
24 Q Okay. And in the -- in the Rhodium
25 litigation, did you review any -- any log data for

Transcript of Richard Peters
Conducted on October 14, 2025

15 (57 to 60)

57

1  miner hashrates, or was that similarly just
2  looking at the specifications of the miners?
3      A I think it was specifications and then
4  data that was provided by Rhodium.
5      Q So let's go to the -- what you have on
6  here next for your work experience, which is UHY
7  Consulting, Inc. It looks like you were there
8  from 2017 to 2022; is that correct?
9      A Yes.
10     Q And so what brought you back to UHY?
11     A I'd say probably following my boss at the
12 time. So the reason we had left UHY the first
13 stint was because UHY Texas was being purchased by
14 a firm called BDO. At that time, we didn't want
15 to be a part of BDO. So my boss went to a firm
16 called Berkeley Research Group, so I'd kind of
17 followed him over there.
18     Fast forward, I think, a couple of years,
19 the non-compete for UHY in Texas was up, and so
20 they were reforming, you know, a new UHY Texas,
21 which was, I think, UHY Consulting. And so, you
22 know, they enticed my boss and me and I think a
23 couple of others to come back and rejoin or
24 reestablish kind of the Texas UHY.
25     Q Your work at UHY for the second period

58

1  from 2017 to 2022, was that limited to the realm
2  of information or cybersecurity?
3      A Cyber -- for the most part, cybersecurity
4  as a consulting firm, consulting compliance,
5  penetration testing. I believe that's where we
6  did some of those crypto-related projects, was
7  during that stint, the 2017 to 2022.
8      Q Outside the litigation context for UHY
9  consulting, did you do any work for data centers?
10     MR. MARX: Objection, form.
11     A Certainly we evaluated data centers.
12 Again, similar to before, for organizations that
13 had their own data centers, we reviewed those,
14 inspected those. And then for any service
15 provider type clients that provided data center
16 services to our -- to their clients, we would
17 review those, and then certainly visited several
18 colos, data centers that were specifically built
19 to host other clients.
20     Q In your work related to data centers, did
21 you -- did that work involve reselling any fleets
22 of computing equipment?
23     MR. MARX: Objection, form.
24     A Not that I can recall.
25     Q Did it involve appraising the value of a

59

1  fleet of computing equipment?
2      MR. MARX: Objection, form.
3      A Now, outside of maybe a -- compliance
4  programs where there was, you know, depreciation
5  schedules or valuations, accounting valuations of
6  companies assets that may be hosted there as far
7  as criticality of assets and that sort of thing,
8  it would be in that context.
9      Q All right. And so just to be clear, you
10 were not providing any sort of appraisals of the
11 actual equipment itself, but maybe just
12 depreciation schedules for some security programs?
13     MR. MARX: Objection, form.
14     A That sounds accurate.
15     Q All right. And so it looks like after
16 that, you come back to BRG. What brought you back
17 to BRG?
18     A I guess finally breaking from my boss.
19 You know, he was -- he was not going to retire and
20 didn't need to retire any time soon. Had an
21 opportunity to become a managing director back --
22 I still maintained good relationships with several
23 of the old colleagues at BRG, so it was just
24 career advancement, I guess, move for myself.
25     Q And it looks like on your CV under the

60

1  second stint for BRG, you mentioned that you
2  performed crypto asset forensics or crypto
3  tracing. Can you explain what that is?
4      A Yes. Similar to -- maybe I explained it
5  earlier. So crypto tracing is the movement of any
6  particular crypto asset, so bitcoin, Ethereum, you
7  know, any -- any type of asset, they're all
8  published on the blockchain, so the public
9  ledgers. It's immutable data. It's, you know,
10 perfect, good data.
11     And so crypto tracing is using those
12 ledgers to trace or follow where the movement of
13 crypto assets goes, so inputs and outputs for
14 transactions. Where did, you know, tokens move
15 from one person to another, or, you know, did it
16 move to a -- an exchange. If it was related to
17 fraud, you know, were there any suspicious
18 transactions in there? There's things called
19 mixers and different suspicious types of
20 transactions.
21     But really, it's evaluating those using
22 professional tools to make that easier to
23 follow -- follow the money.
24     Q Is it fair to say that the crypto tracing
25 doesn't actually involve an analysis of the

61

1  conditions of the physical hardware itself?
2      MR. MARX:  Objection, form.
3      **A  Yeah.  Crypto tracing is just looking at**
4  **an amount of a crypto asset moving from wallet to**
5  **wallet or from an exchange to a wallet or vice**
6  **versa.**
7      Q  So just to be clear, the question that I'm
8  asking, the performance of crypto tracing, that
9  does not involve any analysis of the condition of
10  the physical hardware of the miner itself; is that
11  right?
12      MR. MARX:  Objection, form.
13  **A  Not that I can think of.**
14      Q  All right.  And in your work at BRG the
15  second time around, did you provide any appraisals
16  of a fleet of used computing equipment?
17  **A  Outside of the context of working with**
18  **colleagues, I guess as we discussed earlier, and**
19  **presenting them the going market rates of assets,**
20  **types of miners, same context as we discussed**
21  **earlier.**
22      Q  Okay.  Were you ever specifically
23  retained -- not your colleagues, but you
24  specifically retained to examine a fleet of
25  computing equipment and provide an appraisal of

62

1  that computing equipment?
2      **A  Not directly.**
3      Q  Okay.  And did you -- your time at BRG the
4  second time around, did it involve you -- were you
5  ever specifically retained to provide an opinion
6  as to the physical condition of any mining
7  hardware?
8      **A  Not that I can recall.**
9      Q  All right.  And presently you are employed
10  by HKA Global, Inc.; is that correct?
11  **A  Yes.**
12      Q  What is your -- what is HKA Global, Inc.?
13  **A  Very similar to BRG, a professional**
14  **service and expert service firm.**
15      Q  Sure.  And so if you're on the front page
16  of your appendix -- Appendix A, your CV, the
17  very first bullet point under HKA, it says that
18  you serve as an expert in cybersecurity,
19  investigations, and crypto-related matters.
20      What expertise have you provided in
21  crypto-related matters during your time at HKA?
22  **A  So certainly this matter we're on here,**
23  **various crypto tracing-related matters, some Ponzi**
24  **scheme, fraud type matters related to crypto, some**
25  **bankruptcy proceedings around crypto assets,**

63

1  **disputes, partnerships that have failed, and**
2  **there's some crypto-related assets, several**
3  **tracing type activities.**
4      Q  All right.  And in your -- in these
5  crypto-related matters, have you been asked to
6  provide an opinion as to the resale value of a
7  fleet of mining equipment?
8      **A  Certainly in the Rhodium matter, yeah,**
9  **there was pricing for replacements, expected sale**
10  **value of the assets that were there.  There were**
11  **some crypto valuations around crypto holdings, so**
12  **bitcoin holdings and all, for some, I guess,**
13  **IRS-related, tax type work.  I guess those come to**
14  **mind immediately.**
15      Q  So other than the Rhodium litigation and
16  this litigation, have you ever offered an expert
17  opinion before on the resale value of a fleet of
18  mining equipment?
19      MR. MARX:  Objection, form.
20      **A  Outside of those, I can't think of**
21  **another.**
22      Q  And in your -- in this appendix you have
23  your prior testimony and deposition history.  I
24  want to take a look at that.  It's on page 14 at
25  the bottom.

64

1      **A  Yes.**
2      Q  All right.  Do you see that?
3      **A  Yes.**
4      Q  Okay.  So starting with your testimony,
5  would this be -- sorry, strike that.
6      In this first -- in this matter that you
7  have under Testimony, Matar v. Coinbase, it looks
8  like you provided arbitration testimony; is that
9  correct?
10      **A  Yes.**
11      Q  And that was related to an expert report
12  created for Coinbase counsel and representative
13  security posture of the exchange verse
14  competitors; is that right?
15      **A  Yes.**
16      Q  In Matar v. Coinbase, did you offer any
17  opinion as to the physical condition of any
18  cryptocurrency mining equipment?
19      **A  No.**
20      Q  In Matar v. Coinbase, did you offer any
21  opinions as to the resale value of a fleet of
22  computing equipment?
23      **A  No.**
24      Q  All right.  So then going to your
25  depositions, the first one that you have listed

Transcript of Richard Peters
Conducted on October 14, 2025

65

1  here is from January 2017. Do you see that?
2     **A  Yes.**
3     Q  And your description you provide under
4  this case is: Deposition on expert report created
5  related to criminal usage of credit card
6  information for a FACTA matter; is that correct?
7     **A  Yes.**
8     Q  Was cryptocurrency involved at all in this
9  case?
10    **A  No.**
11    Q  The next one you have is April of 2024,
12  Tyler Baker, et al. Do you see that?
13    **A  Yes.**
14    Q  The description that you provide is:
15  Deposition on expert report created for class on
16  cracked hashed passwords and credential stuffing
17  attacks; is that correct?
18    **A  Yes.**
19    Q  Did this case involve cryptocurrency?
20    **A  No.**
21    Q  Did it involve mining equipment in any
22  capacity?
23    **A  No.**
24    Q  All right. Turning to the next entry you
25  have, is from December of 2024 in IROBOT

66

1  Corporation. Do you see that?
2     **A  Yes.**
3     Q  The description you provide is:
4  Deposition on expert report created regarding the
5  security exposure and incident response procedures
6  in place at Expeditors at the time of a ransomware
7  event.
8        Did I read that correctly?
9     **A  Yes.**
10    Q  Did that case involve cryptocurrency at
11  all?
12    **A  In the context of a ransom, yes.**
13    Q  And did that -- when you say in the
14  context of ransom, what do you mean?
15    **A  In this case, a ransomware event had**
16  **occurred, and a ransom was requested to provide**
17  **the decryption key as well as a promise from the**
18  **threat actor to not release any data publicly if**
19  **the ransom was paid, which was in bitcoin.**
20    Q  Okay. So other than the payment of the
21  ransom in bitcoin, was cryptocurrency involved at
22  all in this case?
23    **A  Outside of that, no.**
24    Q  Were -- was mining equipment involved at
25  all in IROBOT?

67

1     **A  No.**
2     Q  Were you asked to provide any opinion as
3  to the physical condition of any mining equipment
4  in that case?
5     **A  No.**
6     Q  Were you asked to provide any opinion as
7  to the resale value of any mining equipment in
8  that case?
9     **A  No.**
10    Q  All right. The next case you have on here
11  is from January 2025, and that's in POC USA LLC.
12  Do you see that case?
13    **A  Yes.**
14    Q  The description you provide is:
15  Deposition on expert report created regarding the
16  security posture and incident response procedures
17  in place at Expeditors at the time of a ransomware
18  event.
19        Did I read that correctly?
20    **A  Yes.**
21    Q  Was that the same subject matter as the
22  IROBOT case?
23    **A  Yes.**
24    Q  And then the January 2025 case is the last
25  one you have on here, and that is Thomas

68

1  Karczweski v. PNC Financial Services. Do you see
2  that?
3     **A  Yes.**
4     Q  And the description you provide is:
5  Deposition related to opinions on an online elder
6  fraud matter.
7        Did I read that correctly?
8     **A  Yes.**
9     Q  Outside of these -- one, two, three -- six
10  cases that we have just talked about, have you
11  been deposed or offered testimony in any other
12  matters?
13    **A  No.**
14    Q  So is it true that you have never offered
15  any testimony, whether at trial or at deposition,
16  as to the value of cryptocurrency miners?
17    **A  Correct.**
18    Q  Is it true that you have not provided any
19  testimony at a deposition or at trial on the
20  condition of mining equipment?
21        MR. MARX: Objection, form.
22    **A  Correct.**
23    Q  Have you ever specifically been retained,
24  other than this present litigation involving SBI,
25  to offer an opinion as to the condition of mining

Transcript of Richard Peters
Conducted on October 14, 2025

69

1  equipment hosted at a data center?
2      MR. MARX:  Objection, form.
3      **A  Not that I can think of.**
4      Q  And going a little bit broader, have you
5  ever specifically been retained to -- other than
6  this case, to offer an opinion as to the physical
7  condition of any computing equipment that was
8  hosted at a data center?
9      MR. MARX:  Objection, form.
10     **A  Not that -- outside of what we've already**
11 **discussed.**
12     Q  When you say outside of what we've already
13 discussed, what are you referring to?
14     **A  Just the context of this matter, the**
15 **Rhodium matter, and my involvement with those.**
16     Q  All right.  But just to be clear, in the
17 Rhodium matter you did not offer any opinions as
18 to the physical condition of Rhodium's hardware?
19     MR. MARX:  Objection, form.
20     **A  Outside of hashing, right, I mean, that**
21 **what was their -- what were they -- what hashes**
22 **were they producing, which would, you know,**
23 **dictate the -- whether they were powered on or**
24 **running just in that capacity.**
25     Q  Sure.  Is it fair to say that you've

70

1  offered opinions on software before, but not on
2  hardware?
3      MR. MARX:  Objection, form.
4      **A  Maybe restate that.**
5      Q  Sure.  Is your expert -- would you
6  consider your expert -- strike that.
7      It is fair to say that your expertise is
8  on the software side of things and not the
9  hardware side?
10     MR. MARX:  Objection, form.
11     **A  I would disagree with that, I guess.**
12     Q  What expertise do you claim to have as it
13 relates to hardware, computer hardware?
14     MR. MARX:  Objection, form.
15     **A  I've been using it, evaluating it,**
16 **assessing it for, you know, 20, 25 years,**
17 **interacting with it constantly, built my own**
18 **systems, built my servers, operated my own miners,**
19 **I mean, lots of context, hands-on with hardware as**
20 **much as software.**
21     Q  When you say that you've operated your own
22 miners, what -- in what context are you operating
23 miners?
24     **A  More from, I'd say, kind of the personal**
25 **lab type perspective.  So, I mean, early on I**

71

1      **started with GPU type mining, so typical server**
2      **based, you know, lower hashrate than, like,**
3      **ASIC-type chips could produce, then moved into**
4      **some ASIC-based, used equipment to, you know, try**
5      **and -- try and find some bitcoin just on my own.**
6      **I'd say kind of playing with those.**
7      Q  Do you have any professional experience
8  operating any cryptocurrency miners?
9      MR. MARX:  Objection, form.
10     **A  Maybe define what you mean by professional**
11 **experience.**
12     Q  Sure.  Outside of your lab that you have
13 that you've operated miners in, do you have any
14 experience professionally for any kind of
15 employment operating cryptocurrency miners?
16     **A  I have -- I have not worked for any mining**
17 **operations.  So outside of investigations, these**
18 **types of matters, that would be my only context.**
19     Q  All right.  And how many miners have
20 you -- would you say that you've operated in your
21 own lab?
22     **A  Four, four to five.**
23     Q  Four to five at a time or just in total?
24     **A  In total.  It may be a couple more if you**
25 **were to count GPU server base, more the earlier**

72

1  style.
2      Q  Are you currently operating any
3  cryptocurrency miners?
4      **A  No.**
5      Q  When was the last time you operated a
6  miner?
7      **A  Maybe 2022, maybe three years ago.**
8      Q  Do you recall the brand or model miner
9  that you were using?
10     **A  Antminer.  I think I also had some**
11 **WhatsMiner.**
12     Q  Have you ever previously used any miners
13 manufactured by Canaan?
14     **A  No.**
15     Q  And in the -- in your personal operation
16 of miners, did you ever generate any bitcoin as
17 part of that operation?
18     **A  I did not find any on my own.  I**
19 **participated in a pool, and I think we -- I got**
20 **some fractional award.  But my mining machines**
21 **have never found a bitcoin.**
22     Q  And when you say you were -- you did work
23 with a pool, do you recall the name of the pool?
24     **A  I think it was Antpool.  It's been a while**
25 **since I've done that.  And then I did mine**

Transcript of Richard Peters
Conducted on October 14, 2025

19 (73 to 76)

73

1 Ethereum prior to the ASIC, so that was more of
2 the GPU style mining. And I did, I guess, mine
3 Ethereum, did find valid hashes for Ethereum, so
4 did have a little success there early on.
5    Q Okay. And what -- during what year or
6 years were you involved with Antpool?
7    A Probably 2021, 2022. It was only with the
8 ASIC-type miner.
9    Q All right. And do you recall what the
10 model that the pool -- that the pool used to
11 determine payouts?
12   A I don't. I think at the time I just
13 signed up.
14   Q Is that your only experience working with
15 a mining pool?
16   A Personally, yes.
17   Q Have you ever consulted for a mining pool
18 before professionally?
19   A No.
20      MR. MARX: Objection, form.
21      MR. PATTERSON: What is the basis for
22 that?
23      MR. MARX: The use as to "professional."
24   Q Now, Mr. Peters, turning to the very front
25 of your CV, there's a couple of paragraphs that

74

1 kind of describe your expertise. Do you see that?
2    A Yes.
3    Q Were you the one that wrote these
4 paragraphs?
5    A Yes.
6    Q All right. And so your description of
7 yourself is a senior information security advisor;
8 is that correct?
9    A That's part of that first sentence, yes.
10   Q Okay. And you specialize in
11 cybersecurity, investigations, and compliance; is
12 that right?
13   A Yes.
14   Q Then you say that you brought over 25
15 years of experience managing, performing, and
16 delivering information technology security
17 solutions; is that right?
18   A Yes.
19   Q Now, in -- anywhere in here do you
20 specifically -- let me rephrase that.
21      Nowhere in your CV do you claim to hold
22 yourself out as an expert on the design or
23 manufacturing of computing equipment; is that
24 fair?
25      MR. MARX: Objection, form.

75

1    A Correct.
2    Q And nowhere in your CV do you claim to
3 hold yourself out as an expert in the operation or
4 design of data centers; is that right?
5      MR. MARX: Objection, form.
6    A Correct.
7    Q Let's discuss your initial report in this
8 case.
9      MR. PATTERSON: What exhibit number are we
10 up to.
11      COURT REPORTER: 138.
12      MR. PATTERSON: All right.
13      (Exhibit 138 marked.)
14   Q Mr. Peters, do you recognize what I just
15 handed to you as your initial expert report in
16 this case?
17   A Yes.
18   Q And as we were discussing before, your --
19 this initial report contains all of your opinions
20 related to the resale value of SBI's miners; is
21 that right?
22   A Yes, outside of anything in my rebuttal
23 report.
24   Q All right. And, Mr. Peters, have you --
25 have you ever worked for a reseller of IT

76

1 equipment?
2      MR. MARX: Objection, form.
3    A No.
4    Q Have you ever worked for a company that
5 repairs or refurbishes IT equipment?
6      MR. MARX: Objection, form.
7    A No.
8    Q Have you ever specifically, in consulting
9 capacity, consulted for a reseller of IT
10 equipment?
11      MR. MARX: Objection, form.
12   A Not that I can recall.
13   Q Have you ever worked for a manufacturer of
14 cryptomining equipment?
15   A No.
16   Q Have you ever worked for a manufacturer of
17 power supply units?
18   A No.
19   Q Have you ever specifically consulted for a
20 company that manufactures or designs
21 cryptocurrency mining equipment?
22   A No.
23   Q Have you ever specifically consulted for a
24 company that manufactures or designs power supply
25 units?

Transcript of Richard Peters
Conducted on October 14, 2025

77

1    A No.
2    Q  Have you ever specifically worked for a
3  company that designs data centers?
4      MR. MARX:  Objection, form.
5    A Not as an employee, no.
6    Q  Have you ever personally been involved in
7  the design of a data center?
8      MR. MARX:  Objection, form.
9    A I've reviewed plans of data centers being,
10  I guess, built.  I guess that would be probably
11  the only context related to that.
12    Q  So you reviewed -- you reviewed designs of
13  data centers being built; is that correct?
14      MR. MARX:  Objection, form.
15    A Yes, in at least one case.
16    Q  All right.  But you didn't contribute to
17  the design of any data centers in your
18  professional experience; is that correct?
19    A No.  I believe the context was around
20  disaster recovery and backups and safety
21  equipment.
22    Q  Have you ever managed a data center
23  before?
24      MR. MARX:  Objection, form.
25    A No.

78

1    Q  And do you have any educational background
2  in engineering?
3      MR. MARX:  Objection, form.
4    A No, no university.
5    Q  No university, but have you ever taken any
6  specific classes on engineering?
7    A No classes, no.
8    Q  No classes on computer engineering?
9    A I mean, through -- I don't know if you
10  would consider certifications and, you know,
11  training around, you know, specific
12  computer-related technologies, control-type
13  devices, security devices.  If those counted for
14  that, then there would be some context there in my
15  certifications, but no other classes.
16    Q  Okay.  Have you ever been involved in the
17  manufacturing or design of a cryptocurrency miner?
18      MR. MARX:  Objection, form.
19    A No.
20    Q  Have you ever been involved in the
21  manufacturing or design of a power supply unit?
22      MR. MARX:  Objection, form.
23    A No.
24    Q  Have you ever been involved in the
25  manufacturing or design of any high powered

79

1  computing equipment?
2      MR. MARX:  Objection, form.
3    A Outside of personally-built systems and
4  servers, no context outside of that.
5    Q  And when you say personally-built systems
6  and servers, what are you referring to?
7    A I've built many different servers, so both
8  from the ground up from parts and then purchased,
9  I guess, refurb-type servers, used them in lots of
10  different contexts as far as hosting applications,
11  running different types of software, running
12  virtualization, you know, different IT-related
13  types of things.
14    Q  And is that done in your personal lab?
15    A Done in my personal lab, also for labs for
16  the -- some of the organizations I've worked for.
17    Q  All right.  Have you ever built a
18  cryptocurrency miner?
19    A Yes.
20    Q  In what -- how did you build a
21  cryptocurrency miner?
22    A These were the early GPU-based systems, so
23  at the end of the day it's kind of a standard
24  compute device.  You'd call it a server.  Maybe
25  you'd call it a high powered workstation with a

80

1  larger GPU that you can use to mine on.
2    Q  So what specifically did you build?
3    A The entire platform from parts.
4    Q  Okay.  And so -- but as far as the parts
5  go, that's just you buying the parts and then
6  assembling them; is that correct?
7    A Yes.
8    Q  And that was done in your personal lab?
9    A For that, yes.
10    Q  Okay.  Have you ever previously been
11  retained to offer any opinions as to the
12  environmental conditions present at a data center?
13      MR. MARX:  Objection, form.
14    A If you consider cybersecurity-related
15  conditions, physical security, you know, fire
16  suppression, locked doors, you know, in the
17  context of confidentiality, integrity, or
18  availability, that would be my context.
19    Q  Okay.  Have you ever specifically been
20  retained to opine on the impact of dust on
21  electrical equipment?
22    A No.
23    Q  Have you ever specifically been retained
24  to offer an opinion as to high ambient air
25  temperatures on the impact of electrical or

81

1  computing equipment?
2      MR. MARX:  Objection, form.
3      A Not that I can think of.
4      Q Do you currently serve on any committees
5  related to the design of data centers?
6      A No.
7      Q Do you currently serve on any committees
8  related to the operation of cryptocurrency mining
9  equipment?
10     A No.
11     Q Do you currently serve on any committees
12  on the resale of IT equipment?
13     MR. MARX:  Objection, form.
14     A No.
15     Q Do you belong to any professional
16  associations that relate to the resale of used IT
17  equipment?
18     MR. MARX:  Objection, form.
19     A No.
20     Q Are you familiar with CompTIA,
21  C-o-m-p-T-I-A?
22     A Yes.
23     Q Are you a member of CompTIA?
24     A I don't think I have any of their
25  certifications, no.

82

1      Q Okay.  Have you ever contributed to or
2  authored any industry standards for the design or
3  operation of data centers?
4      MR. MARX:  Objection, form.
5      A No.
6      Q Have you ever published any materials as
7  it relates to the impact of environmental
8  conditions such as dust or high ambient air
9  temperature on computing equipment?
10     MR. MARX:  Objection, form.
11     A Not that I can recall.
12     Q Have you ever published any user manuals
13  or guides for bitcoin mining equipment?
14     A Could you restate that again?  Sorry.
15     Q Sure.  Have you ever published any user
16  manuals or guides for the operation of bitcoin
17  mining equipment?
18     A I'd say no in that context.
19     Q Have you ever published any materials as
20  it relates to the valuation of used IT equipment?
21     MR. MARX:  Objection, form.
22     A Not that I can think of in that context.
23     Q Have you ever published any materials as
24  it relates to the useful lifecycle of
25  cryptocurrency mining equipment?

83

1      A I believe as part of the Rhodium matter, I
2  had looked at the useful life of miners.
3      Q Outside of authoring a report for
4  litigation, have you ever published any materials
5  in any kind of journal as it relates to the useful
6  lifecycle of a cryptocurrency miner?
7      A Not that I can think of.
8      Q Have you ever published any materials as
9  it relates to the operation of mining pools?
10     A No.
11     Q Have you ever presented at a conference on
12  the topic of data center design?
13     MR. MARX:  Objection, form.
14     A No.
15     Q Have you ever presented at a conference on
16  the topic of environmental conditions and the
17  impact they may have on computing equipment?
18     MR. MARX:  Objection, form.
19     A Not that I can think of, no.
20     Q Have you ever presented at a conference on
21  a topic of the IT secondary market?
22     A No.
23     Q Have you ever attended the iPad Summit?
24     A No.
25     Q Do you hold any patents related to high

84

1  power computing?
2      A No.
3      Q Do you hold any patents related to
4  networking equipment?
5      A No.
6      Q Do you hold any patents at all?
7      A No.
8      Q All right.  So returning to your expert
9  report, let's turn to page 3 of your expert
10  report.  Now, Roman Numeral III is Assumptions &
11  Scope of Opinion; is that correct?
12     A Yes.
13     Q Now, in the -- in paragraph 9, the last
14  sentence says:  For issues related to the
15  methodology, analysis, and conclusions, I rely on
16  the documents provided by counsel, my
17  investigation and research, and any authorities,
18  sources, and materials cited in the footnotes of
19  this report as well as my years of experience and
20  education in the field.
21     Did I read that correctly?
22     A Yes.
23     Q What exactly was your methodology in
24  determining the resale value of SBI's miners?
25     A So I have several contexts that I've used

Transcript of Richard Peters
Conducted on October 14, 2025

85

1  in the past for understanding current resale
2  values of miners, several websites I think we've
3  mentioned. QuoteColo is one. Luxor publishes
4  lists. So we have that context as far as external
5  purchasers of cryptominers.
6       Also, I guess reviewing the -- several of
7  the documentation that was available, the evidence
8  that was produced, there's, I guess, a lot of
9  evidence supporting that there was interest in
10  purchasing cryptominers during that time,
11  different dollar amounts that were tossed around
12  as far as potential valuations, the amount of --
13  the amount that they had purchased those for from
14  the beginning, evaluating the crypto market, the
15  bull market during that time, and then subsequent
16  from that, I guess some of the efficiency ratings
17  as well as the hashrates that these units could
18  produce, those types of things, I guess.
19     Q  Now, you reference research in here. What
20  specific research did you perform for this case?
21     A  Probably, I guess, you know, all of those
22  things that I mentioned, right? I mean, we --
23  looking at the value of this type of asset, what
24  the going used market rates were, what -- the
25  bitcoin market, reminding myself what the -- how

86

1  well it was doing at the time when the bull market
2  was, and then subsequent crypto winner, as they
3  call it.
4     Q  All right. So what specifically did you
5  reference in order to determine -- strike that.
6       Let's go to page 4 of your report.
7  Specifically looking at paragraph 13, you'd agree
8  that SBI's miners at the Rockdale facility were
9  20,000 Canaan Avalon 1041 miners; is that correct?
10    A  At the time, that's what was represented
11  to me. I don't necessarily believe that's the
12  case today.
13    Q  And why is that?
14    A  There are several different types of
15  Avalon miners, different versions that are there,
16  as well as Antminer as well.
17    Q  Do you offer any opinions as to the value
18  of any of the Antminer units?
19    A  For this report, I did no inspection of
20  those because I didn't know they existed at that
21  time.
22    Q  Okay. And as far as the other models of
23  the -- of the Avalon miners, they were still in
24  the A10 platform; is that correct?
25    A  You would still call them the A10

87

1  platform, but they are different systems. They
2  are different -- different versions.
3     Q  From a hardware perspective, do you know
4  the difference between the various Avalon A10
5  miners that SBI had?
6     A  Could you repeat that?
7     Q  Sure. You mentioned that SBI had
8  different models or versions of the A10 miners at
9  the Rockdale facility, correct?
10    A  Yes.
11    Q  Do you know what the difference is in the
12  hardware between those models?
13    A  As far as I know, they are different
14  versions, right, 1041s, 1044s, 45, 46, 47, which
15  have different specs. Sitting here today, I
16  couldn't tell you exactly what the differences are
17  between each one, which I don't know that
18  anyone -- any expert in this matter has performed.
19    Q  Okay. As far as the different models are
20  concerned, do you have any opinion as to whether
21  the -- whether the different models performed
22  differently?
23    A  And I would ask, is this in the context of
24  just this report or in all of my --
25    Q  We'll open up to either of your reports.

88

1  Do you have any opinions as to whether the Canaan
2  A10 miners -- because they had different versions,
3  if any of those versions performed at a different
4  level than the others?
5     A  I do have thoughts on all of that.
6     Q  Can you identify which versions that you
7  believe performed better than others?
8       MR. MARX: Objection, form.
9     A  I guess this goes back to some of my
10  criticisms of Mr. Byers' analysis. As you look at
11  his breakdown of the miners, he didn't do a
12  breakdown of those miners in a way that I would
13  have done.
14      For one, where he pulls that information
15  from, he does not list the -- it was listed as
16  A10XX. So there were several systems there that
17  we might assume might be a 1041 that were not
18  represented in his graph or his chart, his table,
19  sorry. There were also Antminer S9s, S9is that
20  were in that that were not represented as well.
21  So we have missing data that's there.
22      And then there was no analysis done on
23  those miners. So as he broke down, these are the
24  miners that are operating at a particular day -- I
25  believe was June 26th -- he has no context, no

Transcript of Richard Peters
Conducted on October 14, 2025

89

1  one has done any research on how many of each type
2  of system there are. And so perhaps if you look
3  at the -- I think 1047 had 5,000-something
4  systems. Perhaps that's the total count of those
5  systems and, therefore, maybe 100 percent of those
6  systems are operating. And so there's no
7  breakdown on how many 1041s were there, how many
8  S9s. Where are they?
9      And so in that context, you can't really
10  draw a conclusion that there may not be
11  hardware-related issues on a version. If those
12  earlier versions have earlier bins on the chips,
13  there's lessons learned from those early perhaps
14  prototype devices.
15      And so that's -- I have a lot of, I guess,
16  issues with that analysis. It presents a lot of
17  problems with, you know, defining some of the
18  issues that they state in their reports.
19      Q  Okay. Now, is it still your opinion that
20  SBI should presently divest its 20,000 -- divest
21  itself of its 20,000 Canaan Avalon 1041 miners or
22  the A10 miners in general?
23      MR. MARX:  Objection, form.
24      A  I think as a course of business, if
25  they're paying for fees to house these things at

90

1  the warehouse in Houston, you know, that they're
2  costing them money at this point, that, yes, they
3  should divest, dispose, move those assets to save
4  themselves some money.
5      Q  And do you have a current valuation of the
6  miners? And when I say current valuation, I mean
7  what the miners today would be worth.
8      A  It's hard to say. It would be a low
9  value. It's about -- when purchasing this type of
10  equipment, it's about hash power. So each of
11  these units have, in today's context, a lower
12  hashrate for each device. So you'd have to have a
13  very low cost power, free power to be able to
14  potentially use them.
15      So in the United States I do not think
16  there's any opportunities to make these units
17  profitable today. I hear, I understand there may
18  be opportunities in the Philippines or Middle East
19  for some low power, but you'd have to factor in
20  the costs of getting that equipment there.
21      So there may be some value today, but
22  within the US, I don't think anyone could be
23  profitable with those devices.
24      Q  And so let's go to -- let's go to page 5
25  of your report. Now, in here you have

91

1  different -- several different numbers that you
2  provide as potential selling points; is that
3  correct?
4      A  Yes.
5      Q  And so the first one in line 3 on page 5
6  is this $1,100 per unit number. Do you see that?
7      A  Yes.
8      Q  And that's based off of an internal SBI
9  email; is that correct?
10      A  Yes.
11      Q  And in that email -- that's an email sent
12  by Carson Smith, right?
13      A  Correct.
14      Q  And in that email he admits he does not
15  know the -- he won't know the exact price until he
16  finds a buyer?
17      MR. MARX:  Objection, form.
18      A  Yes.
19      Q  All right. And in 2021, you'd agree that
20  SBI did not end up selling its miners; is that
21  correct?
22      A  I know they had sold some miners, and I
23  think that was 2022. But in 2021 I don't know of
24  any sale of any of these assets.
25      Q  Sure. As far as the 20,000 A10s that were

92

1  at the Rockdale facility, none of those 20,000
2  miners have been sold, correct?
3      MR. MARX:  Objection, form.
4      A  Maybe be specific on a -- on a date,
5  because I believe the miners that were in Russia
6  that were sold, the 2,400 miners, had actually
7  come from the Rockdale facility, if I understand
8  that right.
9      Q  And so -- okay. Let's break that down a
10  little bit.
11      So do you know that -- in that -- in that
12  sale to Russia, do you know what made up that
13  24,000 units that were sold?
14      A  Again, I think that goes back to my point
15  in all these, that neither do we know, in Russia
16  facilities or Rockdale facilities, the exact
17  breakdown of any particular model.
18      Q  Sure. But as far as miners that were sold
19  that were operated at Rockdale versus Russia, is
20  it your opinion that some of the 24,000 miners
21  that were sold to The Computing Limited were
22  miners that were operated at the Rockdale
23  facility?
24      MR. MARX:  Objection, form.
25      A  As I understand it, yes, some of those had

93

1  originated from Rockdale.
2      Q  You understand that SBI had 20,000 A10
3  miners that were operating at a -- at a Russian
4  facility, correct?
5      A  Yes.
6      Q  And those 20,000 miners were the A10s,
7  right?
8      MR. MARX:  Objection, form.
9      A  Again, no one has done the research to
10 understand the versions of those.  So they may all
11 be in the A10 platform, but there may be multiple
12 versions.  And similar to Rockdale, I'm unaware if
13 there were other types of miners there as well.
14 So we had Antminers here, that -- the Antminer S,
15 Sis, so there may be other crypto assets there
16 that I'm unaware of.
17     Q  All right.  And so out of the 24 -- out of
18 24,000 miners that were -- that you contend were
19 sold to The Computing Limited, do you have an
20 opinion as to the number of those miners that were
21 sold at -- or that were operated at the Rockdale
22 facility?
23     MR. MARX:  Objection, form.
24     Andrew, you keep saying 24,000.
25     MR. PATTERSON:  That's the number that he

94

1  gave, so I'm asking him about his number.
2      A  2,400, I believe, was --
3      Q  All right.  So out of the 2,400, do you
4  have -- is it your opinion that 2,400 miners were
5  sold from SBI to The Computing Limited that were
6  operated at the Rockdale facility?
7      A  That is my understanding.
8      Q  Do you have an opinion or know one way or
9  the other whether those 2,400 miners were any --
10 included any A10 miners?
11     MR. MARX:  Objection, form.
12     A  I believe they did include some A10.
13     Q  Okay.  And what is that based on?
14     A  I believe looking at the bill of sale or
15 the invoice for that, may have referenced A10 on
16 that.
17     MR. PATTERSON:  All right.  We've been
18 going for about an hour.  Why don't we -- why
19 don't we take a five-minute break.
20     MR. MARX:  Okay.
21     VIDEOGRAPHER:  We are going off the
22 record.  The time is 11:34 a.m.
23     (Recess, 11:34 to 11:45 a.m.)
24     VIDEOGRAPHER:  We are going back on the
25 record.  The time is 11:45 a.m.

95

1      Q  All right.  Mr. Peters, I want to return
2  to page 5 of your initial report and discuss a
3  couple more of these valuations that you have in
4  here.
5      So the next one that I see after the
6  $1,100 per unit is a conversion of yen to about
7  $662.  Do you see that?
8      A  Yes.
9      Q  All right.  And it looks like you have a
10 footnote there to a Wall Street Journal article.
11 Do you see that?
12     A  Yes.
13     Q  And that citation, is that just for the
14 conversion of yen to US dollars?
15     A  Yes, that was the intention.
16     Q  Okay.  And so this $662 or the yen
17 conversion to it, that still comes from the same
18 email chain with Carson Smith that the $1,100
19 valuation comes from; is that right?
20     A  I believe so.  It was from an email where
21 Mr. Tanemori maybe had said that was the amount of
22 the book value.
23     Q  Sure.  And then the next number that we
24 have is what you cite from Mr. Tanemori as a
25 potential sale price of 1,000 per miner with

96

1  overall proceeds of 15 to 20 million.  Do you see
2  that?
3      A  Yes.
4      Q  And that also comes from an internal
5  email; is that correct?
6      A  Yes.
7      Q  All right.  And then the next valuation
8  that we have is 1,000 to $2,000 per machine; is
9  that correct?
10     A  Yes.
11     Q  And that's based off of an email that was
12 sent from David Schatz to Carson Smith on July
13 16th, 2021, right?
14     A  I believe so.  I believe it was a vendor
15 of Whinstone.
16     Q  And do you know who that vendor was or is?
17     A  I'd have to look at the email again.  I
18 don't remember.
19     Q  Sure.  I've got a copy of that email we
20 can look at here.  All right.  Do you recall
21 reviewing an email conversation with a Ray Redding
22 and Carson Smith?
23     A  It sounds familiar.
24     Q  All right.  And this is one of the ones
25 that have been premarked as Tanemori 12.

97

1      (Exhibit 12 discussed.)
2      Q  I will hand you a copy of that.
3      **A  Thank you.**
4      Q  Mr. Peters, do you recall reviewing this
5  exhibit, Tanemori 12, in your review in this case?
6      **A  Yes, I know I've seen it.**
7      Q  All right.  And is this the -- as far as
8  you know, is this the vendor that David Schatz is
9  referring to?
10      You know, if you turn to SBIC0001269, the
11  very last email on there, do you see that?
12      **A  Yes.**
13      Q  And that's from a David Schatz to Ray
14  Redding, CCing Carson Smith.  Do you see that?
15      **A  Yes.**
16      Q  On July 27th, 2021?
17      **A  Correct.**
18      Q  And is that -- so as far as you know, is
19  Ray Redding the vendor that David Schatz was
20  trying to put Carson Smith in contact with?
21      **A  I believe that's correct.**
22      Q  Now, in regards to that 1 to $2,000 per
23  machine number that you have, are you aware of any
24  sale that ended up occurring for 1,000 to 2,000
25  per machine?

98

1      **A  Specific for SBI?**
2      Q  Correct.
3      **A  No.**
4      Q  Do you know why a sale didn't happen?
5      **A  I do not.**
6      Q  Are you aware if Ray Redding or his
7  company, Smith & Associates, ever made a firm
8  offer to SBI to purchase the machines?
9      MR. MARX:  Objection, form.
10      **A  I know I saw a text message maybe**
11  **suggesting that he'd offered, I think, between**
12  **1,000 and 2,000 per unit unseen, and outside of**
13  **throwing out those numbers, I don't know that I**
14  **have anymore information.**
15      Q  All right.  We'll go through that.  Here's
16  another email from -- between Carson Smith and
17  David Schatz.
18      MR. PATTERSON:  Thank you.  A lot of -- a
19  lot of emails today.
20      (Exhibit 139 marked.)
21      Q  Mr. Peters, have you reviewed these emails
22  previously?
23      **A  Yes, this looks familiar.**
24      Q  All right.  So in the --
25      MR. PATTERSON:  What's the exhibit number

99

1  for this?
2      COURT REPORTER:  139.
3      MR. PATTERSON:  139.  Okay.  Thank you.
4      Q  Mr. Peters, if you look at the second
5  email from the top, the one that was sent on July
6  6th, 2021 from David Schatz, do you see that one?
7      **A  Yes.**
8      Q  And that's sent to Carson Smith, right?
9      **A  Yes.**
10      Q  All right.  And it's in this email that
11  Mr. Schatz says:  We recently had a vendor reach
12  out that has customers looking to purchase large
13  batches of miners.  Without seeing the equipment,
14  they sent an offer stating they would pay 1 to
15  2,000 USD per machine.
16      Did I read that correctly?
17      **A  Yes.**
18      Q  Other than this email from David Schatz to
19  Carson Smith, are you aware of any other document
20  containing that 1 to $2,000 alleged offer?
21      MR. MARX:  Objection, form.
22      **A  I think just this document.  I mean, it**
23  **looks like they may have moved to phone**
24  **conversations potentially after that, so I don't**
25  **know of any other paper material.**

100

1      Q  Sure.  In your work in this case, did you
2  ever reach out to Ray Redding to see why a deal
3  did not occur?
4      **A  No.**
5      Q  Did you talk to anyone from Smith &
6  Associates?
7      **A  No.**
8      Q  Have you ever worked with Ray Redding
9  before?
10      **A  Not that I'm aware of.**
11      Q  Have you ever worked with anyone from
12  Smith & Associates before?
13      **A  Not that I'm aware of.**
14      Q  All right.  Now, I want to turn to page 7
15  of your report.  Now, Figure 1 on page 7 of your
16  initial report is a chart showing data from
17  Hashrate Index; is that correct?
18      **A  Yes.**
19      Q  And using -- you used this data from
20  Hashrate Index to come up with a value for SBI's
21  fleet of miners; correct?
22      **A  Going price per terahash, yes.**
23      Q  Sure.  And that's the kind of valuation
24  method that you've discussed previously for
25  valuating miners, correct?

Transcript of Richard Peters
Conducted on October 14, 2025

101

1    A  There's different, yeah, measurements.  A
2  lot of vendors will go on a price per terahash.
3  Some others will just list a fixed price, full
4  price for an asset.
5    Q  Fair.  And Hashrate Index is a -- is a
6  reliable index or source in the industry, right?
7    A  Yes.  It's used for lots of different
8  metrics that they provide.
9    Q  And do you know where they get their data
10 from?
11   A  I'm not sure I remember.
12   Q  All right.  Now, in paragraph 16, right
13 underneath Figure 1, you state:  Depending upon
14 when the miners could have been sold in 2021, the
15 pricing per miner could have changed from a high
16 of $96.43 per terahash to a low of $43.06 per
17 terahash; is that correct?
18   A  Yes.
19   Q  And that equates to approximately $2,989
20 to $1,335 per miner, right?
21   A  Correct.
22   Q  And so for that evaluation, you were
23 looking at the hashing power of the miners or the
24 total fleet to determine a potential value of that
25 fleet; is that right?

102

1    A  Yes.  I believe the 96 to $43 is on a per
2  miner instance, so that multiplied by quantity of
3  miners would have calculated the total.
4    Q  Sure.  And is that just taking the high
5  and low from the data points on this chart?
6    A  Yes, I believe so.
7    Q  All right.  And the number that you use --
8  that -- the hashrate that you used for the miners
9  is that 31 terahashes; is that correct?
10   A  Yes.
11   Q  And you'd agree the 31 joules per terahash
12 is the hashrate for the miners if they're running
13 in normal mode, right?
14   A  I guess which miner specifically?
15   Q  Sure.  The A10 miners, if they're
16 operating in normal mode, they would have the
17 hashrate of 31 joules per terahash?
18   A  Specific to the A1041s, 45, 46, 47?
19   Q  Yes.  The -- collectively the A10 miners
20 have a normal mode that has a hashrate of 31
21 joules per terahash, correct?
22   A  I would say specifically, because there
23 was some mentions of some other 1066 and 1066 Pros
24 and unrelated systems, I guess.  But in this
25 context, yeah, the 1041, 1044, 45, 46, 47, they're

103

1  expected to have a normal mode of around 31
2  terahashes.
3    Q  All right.  And they also have a turbo
4  mode; is that correct?
5    A  Yes.
6    Q  And the turbo mode has a -- has a hashrate
7  of 36.9 joules per terahash, right?
8    A  Again, specific for the A10 miners only?
9    Q  Yes, sir, the A10s.
10   A  For the A1041, 44, 45, 46, 47, it is right
11 at, yeah, 37, 37.
12   Q  All right.  And so if the    and you'd
13 agree that the miners -- that that turbo mode is a
14 manufacturer specification?
15      MR. MARX:  Objection, form.
16   A  It is -- it is a feature.  I guess if you
17 read the -- the documentation, it's -- you know,
18 documentation suggests that most of the time, it
19 should run in normal mode.  So it's an optional
20 capability that an operator may choose to utilize,
21 I mean, knowing that if they do, they're pushing
22 that equipment as hard as it will go.
23   Q  And are you familiar with the term
24 "overclocking"?
25   A  Yes.

104

1    Q  Okay.  Can you describe what overclocking
2  means in the context of miners?
3    A  Sure.  It's, you know, generally applying
4  more power, maybe modifying some of the settings,
5  voltage settings to push the limits of the
6  hardware that's in a system.
7    Q  All right.  I'm going to hand you what has
8  been previously marked as Tanemori Exhibit 4.
9      (Exhibit 4 discussed.)
10   Q  And this is the sales contract for the
11 Avalon 1041 miners that SBI purchased.  Have you
12 reviewed this before?
13   A  I have seen this, yes.
14   Q  All right.  So I want to draw your
15 attention to a couple of parts in this.  The first
16 one, Section 1.2, were the product specifications.
17 Do you see that?
18   A  Yes.
19   Q  Under Product Specifications, these miners
20 had three modes; is that right?
21   A  Yes.
22   Q  It had a high efficiency mode, right?
23   A  Yes.
24   Q  A normal mode?
25   A  Yes.

Transcript of Richard Peters
Conducted on October 14, 2025

27 (105 to 108)

105

1    Q  And a turbo mode?
2    A  Yes.
3    Q  And the turbo mode had a hashrate of 36.9
4  plus or minus 5 percent; is that right?
5    A  Yes.
6    Q  And now if you turn to the second page
7  Chapter 7 is Product Warranties.  Do you see that?
8    A  Yes.
9    Q  And I want to specifically go to 7.2.  7.2
10 states:  This above warranty does not apply to any
11 costs, repairs, or services caused by any use
12 other than the normal use, or damage resulting
13 from current surge, water damage, abuse,
14 accidents, fire, flood, overclocking, unauthorized
15 alterations, or improper installation or use with
16 products not approved or instructed by the seller.
17     Did I read that correctly?
18    A  Yes.
19    Q  And so if the miner is -- if the miner --
20 let me rephrase that.
21     The warranty would cover the costs,
22 repairs, or services caused by normal use of the
23 miner; is that right?
24     MR. MARX:  Objection, form, and outside
25 the scope.

106

1     You can answer if you know.
2    A  Yeah.  Outside of, you know, normal mode,
3  which is listed on the front, which it feels like
4  if you're running in turbo mode or a mode outside
5  of normal, you may have issues.
6    Q  Okay.  Well, let's talk about turbo mode
7  because the very next sentence in 7.2 reads:
8  Overclocking means a manual increase of the CPU's
9  processing speed and does not include turbo speeds
10 initiated by the processor itself as designed by
11 Avalon.
12     Did I read that correctly?
13    A  Yes.
14    Q  So Avalon, the designer of the processor,
15 did not consider turbo mode to be overclocking the
16 miner, correct?
17     MR. MARX:  Objection, form, outside the
18 scope.
19    A  Yeah.  I guess I'm not sure.  I didn't dig
20 into this deeply.
21    Q  You didn't dig into the sales contract for
22 the miners deeply?
23     MR. MARX:  Objection, form.
24    A  Product warranties.
25    Q  Fair enough.  Product warranties are part

107

1  of the sales contract?
2     MR. MARX:  Objection, form.
3    A  It's listed in the document, yes.
4    Q  And you're opining on what the
5  manufacturer represents as what modes the operator
6  should be mined on correctly?
7    A  Per their manual, they do say it should be
8  operated in normal mode most of the time.
9    Q  And do you -- do you know what miner
10 specifically that manual comes from or is for that
11 you're referring to?
12    A  We'd have to reference my report, which
13 one.  I believe that to be a 1041.
14    Q  All right.  We can get into that in -- a
15 bit later.  But as far as this document is
16 concerned, the sales contract for the 1041s, it
17 does not define overclocking as -- include as
18 running the miner in turbo mode, right?
19     MR. MARX:  Objection, form, outside the
20 scope.
21    A  Yeah.  I mean, I see the last sentence
22 that reads what you stated.
23    Q  Sure.  Well, you -- in your rebuttal
24 report, you discuss overclocking the machines,
25 right?

108

1    A  I do.
2    Q  You accuse SBI of overclocking their
3  miners at the Rockdale facility, right?
4     MR. MARX:  Objection, form.
5    A  No.
6    Q  You don't accuse SBI of overclocking their
7  miners?
8    A  I have --
9     MR. MARX:  Objection, form.
10    A  I discuss them using turbo mode.
11    Q  And you define turbo mode as overclocking
12 their miners?
13    A  I define it as outside of the manual as
14 they listed it.  I guess knowing that you're
15 pushing -- if you're running turbo mode, you're
16 pushing those systems as hard as they can go.  So
17 it becomes an operational decision.  So when you
18 run them harder, they're -- they are running
19 harder.  They're more apt to fail or have some
20 issue.
21    Q  Sure.  But the miners were designed to
22 operate in turbo mode?
23     MR. MARX:  Objection, form.
24    A  I guess, specifically, this is referring
25 to the 1041 miners.  And as we've already said,

Transcript of Richard Peters
Conducted on October 14, 2025

109

1  there's several other models.  So this doesn't
2  give me a clear indication if -- 1044s, 1045s,
3  1046s, 1047s, Antminers, if those are included as
4  part of this.
5      Q  Okay.  But as far as the sales contract
6  goes for 40,000 Avalon miner 1041s, they are
7  designed to be able to operate in turbo mode,
8  correct?
9          MR. MARX:  Objection, form, asked and
10 answered five times and outside the scope.
11         MR. PATTERSON:  He hasn't actually given
12 an affirmative answer to this question.
13         MR. MARX:  You're asking him to testify to
14 a legal conclusion on a document he didn't draft,
15 that he hasn't opined on.
16     But go ahead, answer for the sixth time.
17     A  So I discuss turbo mode in my context.
18     Q  All right.  So returning to your initial
19 report, you do not include turbo -- the operation
20 of the miners in turbo mode for your valuation of
21 the hashrate of the miner, right?
22     A  I do not believe so.
23     Q  So just from the operation in normal mode,
24 which would have a lower hashrate, the valuation
25 that you have for the miners is 26.7 million to

110

1  59.78 million; is that correct?
2      A  Correct.
3      Q  So if the miners were able to operate
4  simply in normal mode, they should have had a
5  value of 26.7 to $59.78 million?
6          MR. MARX:  Objection, form.
7      A  Based upon the -- that terahash range,
8  that would be the math.
9      Q  Have you done the calculation for what
10 that would be if the miners were operated at 36 --
11 in turbo mode and hashtag 36.9 joules per
12 terahash?
13     A  I did not do that calculation.  I don't
14 think -- that's not the common way that -- pricing
15 is not determined on a turbo -- turbo mode.
16     Q  How many -- how many miners have you
17 appraised previously that have a
18 manufacturer-designed turbo mode?
19     A  Could you repeat that question?
20     Q  Sure.  You -- in your experience, the
21 times that you've been asked to provide a
22 valuation of a miner or mining equipment, how many
23 of those miners that you have evaluated had a
24 manufacturer-specified turbo mode?
25     A  There's -- I guess there's other

111

1  representations beside turbo mode.  I think
2  there's different ones called, like, high power
3  mode.  I would say most systems have different
4  levels of processing, compute, how much power you
5  want to give to them.
6      Q  Sure.  And how many of them -- in the
7  cases that you have been asked to evaluate mining
8  equipment for a value, how many -- in how many of
9  those cases have the miners had a turbo mode or a
10 high power mode?
11     A  I would say most every cryptominer, I
12 think, I've looked at have one -- they have normal
13 mode and a high power or turbo mode, whatever they
14 might call them.
15     Q  All right.  And so is it your -- so it's
16 your opinion that for a valuation, you do not
17 consider whether the miner can be operated safely
18 in a turbo mode or a high power mode?
19         MR. MARX:  Objection, form.
20     A  I think you should look at these as apples
21 to apples.  So it's different -- when you run in
22 turbo mode or high power mode, you may have
23 unexpected outputs.  Some may do better.  Some may
24 do worse.  It's not a metric I would use to value
25 crypto.  You could -- you could stick apples to

112

1  apples, and for every crypto miner you look at,
2  use the normal mode, would be the most
3  appropriate.
4      Q  Do you have an opinion as to whether
5  Whinstone agreed to operate SBI's miners in turbo
6  mode?
7      A  I don't have any context of who made the
8  operational decisions.
9      Q  Returning to my question, do you have any
10 opinion as to whether Whinstone agreed to operate
11 SBI's miners in turbo mode?
12         MR. MARX:  Objection, form.
13     A  As I understand, SBI chose to run them in
14 turbo mode, from what I understand.  Outside of
15 that, I don't know that I have any context.
16     Q  Are you aware of any uptime percentage
17 guarantees that Whinstone made to SBI?
18         MR. MARX:  Objection, form.
19     A  I do know I saw some contracts.  Again, a
20 little bit out of my purview.
21     Q  All right.  Well, I'm going to -- I'm
22 going to hand you what has been marked as Tanemori
23 Exhibit 6.
24     (Exhibit 6 discussed.)
25     Q  This is the Hosting Service Agreement

Transcript of Richard Peters
Conducted on October 14, 2025

29 (113 to 116)

113

1 between SBI and Whinstone. Have you reviewed this
2 document before?
3 **A I know I have seen it.**
4 Q All right. I'm going to direct your
5 attention to a couple of specific places in here.
6 First, if you'd go to page 5 of this
7 document.
8 **A Okay.**
9 Q You see Section 2.2.12?
10 **A Yes.**
11 Q In Section 2.2.12, it states: Whinstone
12 will provide stable power supply to customer's
13 equipment at 240 volts. The manufacturer
14 specifications for turbo mode power consumption of
15 the equipment is 2.361 kilowatts.
16 Did I read that correctly?
17 **A Yes.**
18 Q So Whinstone was aware and agreed to
19 provide power necessary for the miners to operate
20 in turbo mode; is that correct?
21 MR. MARX: Objection, form.
22 **A Yeah. I mean, I'm not sure I'm qualified**
23 **for contract language, but, I mean, it looks like**
24 **they would provide power that would include turbo**
25 **mode, maybe not a decision -- you know, an**

114

1 **operational decision by SBI to how they want to --**
2 **what mode they want to run their miners in, but**
3 **they had power to do whichever -- what they chose**
4 **to do.**
5 Q All right. And if you turn page 12 of
6 this contract.
7 **A Okay.**
8 Q Under 4.5 do you see Uptime Guarantee?
9 **A Yes.**
10 Q 4.5.1 states: Whinstone guarantees an
11 uptime percentage (percentage of time to maintain
12 uninterrupted performance of the total customer
13 equipment) of 98.35 percent and no more than six
14 days of plan downtime due to loss of power,
15 construction, or network usage.
16 Did I read that correctly?
17 **A Yes.**
18 Q Okay. So even though Whinstone guarantees
19 an uptime percentage of 98.35 percent and agreed
20 to run these miners in turbo mode, you did not use
21 turbo mode to come to your evaluation of the value
22 of SBI's miners in this case; is that correct?
23 MR. MARX: Objection, form.
24 **A Could you repeat that question?**
25 Q Sure. You did not use -- I'll just keep

115

1 it simple. You did not -- turbo mode did not
2 factor into your evaluation of SBI's miners'
3 value; is that correct?
4 MR. MARX: Objection, form.
5 **A Again, no. I mean, the -- to evaluate the**
6 **value of assets, you're going to -- cryptomining**
7 **assets, you're going to look at those on a normal**
8 **mode basis.**
9 Q Sure. And what is that -- what is that
10 opinion -- your opinion that you just elicited,
11 what is that specifically based on?
12 **A So all the pricing data that I've seen**
13 **comes from normal mode. If you were to go online**
14 **and look at -- there's lots of websites, I guess,**
15 **that tell you the profitability of a particular**
16 **miner. All of these, the default is to use a**
17 **normal mode or the manufacturer specification for**
18 **a normal mode. That's kind of the default for all**
19 **of these to evaluate from.**
20 **Turbo mode, high power mode, or if you**
21 **manually modify those, you could get wildly**
22 **different results. It's -- you know, one machine**
23 **may give you 39 terahashes. Then the next one may**
24 **give you 36 terahashes.**
25 **And so you're operating those in a -- you**

116

1 **know, imagine running your car just full throttle**
2 **down. It's -- you know, that's -- you may get**
3 **unexpected results. So the safe way to evaluate**
4 **it is the manufacturer's specification for normal**
5 **mode.**
6 Q All right. Do you have a trade paper or a
7 journal article that you can point me to that says
8 that that's the proper way to evaluate a miner, is
9 to do the miner specification for normal mode?
10 **A I don't know of any document for that**
11 **outside of -- again, you could probably go to**
12 **about any website that tells you the pricing**
13 **calculators for miners, they use those, and I**
14 **guess common sense, it doesn't make sense to use a**
15 **high power mode.**
16 Q It doesn't make sense to use a high power
17 mode even though the manufacturer designs the
18 miner to operate in high power mode?
19 MR. MARX: Objection, form.
20 **A Again, per the manual, right, the**
21 **expectation is that it's not run in turbo mode at**
22 **all times. They suggest that it's run sparingly,**
23 **that for most of the time, it will be in normal**
24 **mode. So I think that is the safest metric to**
25 **use.**

Transcript of Richard Peters
Conducted on October 14, 2025

117

1    Q  All right.  Now, returning to your initial
2  report, turning to page 8, in paragraph 18, the
3  second sentence reads:  Although the equipment is
4  likely unprofitable in regions with high power
5  costs, there may still be interested buyers in
6  countries that benefit from heavily subsidized or
7  otherwise low cost energy.
8       Do you have a specific opinion as to what
9  country would have buyers that would be interested
10  in running the miners?
11    A  I guess through the relationships that I
12  have, I mean, it's been mentioned that the Middle
13  East is favorable for this type of miner, and I
14  believe the Philippines was another thought.
15    Q  When you say the relationships that you
16  have, what are you referring to?
17    A  So a lot of the vendors that buy and --
18  buy and sell this hardware, so, I mean, I know
19  them or they're acquaintances, I guess.  So from
20  their perspective, even lower hashrate potential
21  systems may have value outside of the United
22  States or somewhere where you can get essentially
23  free power.
24    Q  Do you have any opinion as to what the
25  miners would have to sell at to be -- let me

118

1  rephrase that.
2       Do you have any opinion as to what the
3  price would be to sell the miners to a miner in
4  one of these other countries that have low cost
5  energy such as the Middle East?
6       MR. MARX:  Objection, form.
7    A  Could you repeat the question?  I'm sorry.
8    Q  Sure.  You mentioned that these miners
9  could be potentially sold -- there might be buyers
10  in other areas such as the Middle East, correct?
11    A  Yes.
12    Q  Do you have any opinion as to what the
13  value would be to sell to an operator in the
14  Middle East?
15    A  I mean, that's a function of their -- you
16  know, their business.  You know, what is the power
17  of their -- what is the cost of their power.  You
18  know, what are the costs of shipping and
19  receiving, how long they're willing to recover,
20  you know, any costs outlaid for that.
21       I mean, it's -- you're buying compute and
22  hash.  So you could calculate the amount of
23  bitcoin you should probably be able to produce, or
24  close to it.  So it's a function of a business
25  decision at that point, what they might pay.

119

1    Q  So just to be clear, you don't have an
2  opinion, then, as to what the actual price point
3  would be to sell it to someone in the Middle East
4  or a foreign country; is that right?
5       MR. MARX:  Objection, form.
6    A  I mean, you know, Mr. Schuler and --
7  suggests that these have no value or that they're
8  less than zero value.  And so as you go through
9  the -- go through my report, I mean, there's value
10  here.  There's interest here, and especially
11  depending upon the time that you consider, there's
12  value here.  So, I mean, my opinion through this
13  is that there's lots of opportunities to have sold
14  these.  We did see some sold in Russia, the 2,400
15  units, so there's value to those.
16    Q  I understand that you're saying there is
17  some value.  I'm asking for a specific value.  Do
18  you have a specific value for what these miners
19  could sell for to some company in the Middle East
20  or another country?
21       MR. MARX:  Objection, form.
22    A  Yeah.  Today, I can't tell you a specific
23  price, because I don't know the profitability
24  behind who they are and what they have.  Again,
25  the value of these miners is dependent upon the

120

1  market conditions of bitcoin, the costs of power,
2  and the time of year, depending on bitcoin.
3       So, again, lots of opportunity to sell.  I
4  don't think I was asked to come up with an exact
5  price, just saying there's plenty of opportunities
6  here, and there's plenty of potential values that
7  were exposed through the evidence that we had.
8    Q  Sure.  Do you have any experience selling
9  to -- selling computing equipment such as miners
10  to foreign buyers?
11    A  Not myself.
12    Q  Do you know how low the price of
13  electricity would have to be in a country such
14  as -- or in a group of countries in the Middle
15  East in order to make these miners sellable?
16       MR. MARX:  Objection, form.
17    A  Again, it depends.  There's a lot of
18  factors there.  So you can't say that, I guess,
19  without more information, right?  I mean, you need
20  to know the difficulty rating, how many
21  participants are mining, how many miners they have
22  in their fleet, what is their cost of electricity,
23  power to run those, and then, you know, the
24  transportation costs involved with getting them
25  there.

121

1    There's some function in that that --
2  companies make business decisions off that type of
3  information all the time. So I don't have enough
4  information to tell you what that might be.
5    Q Now, in this paragraph 20, you suggest
6  that: SBI should consider two core actions.
7  First, the company should conduct a market
8  analysis to identify current demand and optimal
9  pricing.
10    Do you see that?
11    A Yes.
12    Q Did you conduct any market analysis to
13 identify current demand and optimal pricing?
14    A It was not part of the scope.
15    Q All right. You follow that up with
16 saying: This could include reaching out to
17 existing broker platforms or collaborating with
18 specialized international partners who are active
19 in regions where mining may still be profitable.
20    Did I read that correctly?
21    A Yes.
22    Q Did you reach out to any existing broker
23 platforms to see if there was a value for these
24 miners?
25    A It -- just in research, knowing that there

122

1  was interest in areas around the Middle East and
2  Philippines, but I didn't broker any -- any deals
3  or attempt to.
4    Q I'm not asking if you brokered any deals.
5  I'm asking you if contacted any existing broker
6  platforms, like you suggest that SBI should do,
7  and you didn't; is that correct?
8    A I discussed miners similar to A10s with
9  resellers without any details and said, would a
10 miner like this be of interest anywhere? And the
11 suggestion was, maybe. And, again, it depends on
12 the cost.
13    And those that expressed that there would
14 not be any interest probably in the United States,
15 but it would have to be a foreign country with low
16 cost power.
17    Q And who specifically did you reach out to
18 for that opinion?
19    A I believe I talked to someone at Lonestar
20 Miners.
21    Q Do you have a name?
22    A Mark, last name starts with a V, I
23 believe.
24    Q Anyone else?
25    A Not in talking, because he didn't have a

123

1  website that has any details. I looked at
2  QuoteColo, Luxor. I don't remember if Luxor had
3  any active listings for anything foreign. It may
4  have, but I don't recall. I don't recall any
5  specific, like, Middle Eastern.
6    Q Sure. And is there a reason that you
7  don't mention Lonestar Miners or this Mark V. in
8  your report?
9    A I just mention part of research just to
10 understand the markets.
11    Q And when you reached out to Mark V. from
12 Lonestar Miners, how did you describe the
13 equipment to him?
14    A Mentioned used A1041 cryptominers.
15    Q Did you make any comments about the
16 conditions of the Rockdale facility that the
17 miners were operated in?
18    MR. MARX: Objection, form.
19    A I didn't give any details. I think I
20 asked about who might clean -- is cleaning part of
21 these and just mentioned that that's always
22 factored in, based on the condition of the miner.
23    Q Did you take any notes from your
24 conversation with Mark V. from Lonestar Miners?
25    A I did not.

124

1    Q Did you exchange any emails from Mark V.
2  of Lonestar Miners?
3    A I did not.
4    Q Is there -- is there any written record of
5  what Mark V. from Lonestar Miners told you?
6    A Not that I'm aware of, no.
7    Q And so sitting here today, is there any
8  way for us or anyone to validate this opinion that
9  you elicited from Mark V. from Lonestar Miners?
10    A I guess there's no record of it.
11    Q All right. The other recommendation you
12 make for SBI in paragraph 20, you state that:
13 Second, SBI should evaluate the logistics of
14 transporting this large inventory, 20,000
15 machines, to interested buyers. Factors such as
16 shipping costs, export controls, tariffs, and
17 import regulations will affect net returns and
18 must be carefully managed.
19    Did I read that correctly?
20    A Yes.
21    Q Do you have any estimate as to the
22 shipping cost to transport 20,000 machines to a
23 country such as Saudi Arabia in the Middle East?
24    A I do not.
25    Q Did you do any calculations for any of

Transcript of Richard Peters
Conducted on October 14, 2025

125

1  these factors that you put here, the shipping
2  costs, export controls, tariffs, or import
3  regulations?
4    **A I had no need to do that, no.**
5    Q Are you aware of any import regulations
6  regarding cryptocurrency miners that were in place
7  in 2021 or 2022 in the Middle East?
8    **A Not as I sit here today.**
9    Q Are you aware of any export controls that
10 would affect the shipment of 20,000 cryptocurrency
11 machines to a foreign market such as any of the
12 countries in the Middle East?
13   **A Again, that's probably why I recommend**
14 **they do this effort to understand these things. I**
15 **mean, there are certain countries with export,**
16 **import controls, especially today, that need to be**
17 **reviewed. So that was an exercise I left to SBI.**
18   Q Okay. Can you identify an actual country
19 in the Middle East in which it would be profitable
20 or would have been profitable to run these miners
21 in 2021 or 2022?
22   **A Again, it's -- there's a lot more**
23 **considerations, I guess. You need to know power**
24 **costs. You need to know favorable governments.**
25 **You need to know lots of context to understand**

126

1  **whether it's profitable or not. And those are**
2  **business decisions for those organizations. So**
3  **which countries they're in where that's**
4  **profitable, that's -- I haven't been there.**
5    Q Okay. Well, just to be clear, you're
6  offering an opinion that these miners could have
7  potentially been sold to a foreign market, right?
8      MR. MARX: Objection, form.
9    **A I'm offering an opinion that these --**
10 **there were several opportunities to sell these**
11 **miners. And there's evidence supporting that they**
12 **had value at this time. You know, the reasons for**
13 **keeping them or selling them or why they made the**
14 **decisions they did, I mean, we just have a little**
15 **bit of evidence for that. But these miners had**
16 **value. They could have been sold, and there's**
17 **plenty of opportunities listed in my report where**
18 **they could have done that.**
19   Q All right. And one of the things that SBI
20 should have done, according to you, is contact a
21 broker, right?
22   **A One of the things that they could have**
23 **done.**
24   Q And a broker would have been able to give
25 them, according to you, a valuation of the miners

127

1  and whether or not there is a market for them?
2    **A In general, brokers of used cryptominers**
3  **can give you a good idea. They'll broker those**
4  **transactions, find the buyers. They put the**
5  **buyers and sellers together. There's also the**
6  **websites that post the current bids and asks for**
7  **this type of hardware. All of those could be**
8  **reviewed together.**
9    Q And you've never worked for any of those
10 brokers, right?
11   **A Correct.**
12     MR. MARX: Objection, form.
13   Q And are you aware of any of these brokers
14 making a sale of 20,000 used miners before?
15   **A Yeah. It's my understanding that they**
16 **sell large quantities. I'm not sure of an exact**
17 **20,000 machines, but in the tens of thousands,**
18 **yes. I mean, there are postings for large lots of**
19 **cryptominers.**
20   Q Sure. And where are these postings?
21   **A QuoteColo has some. Luxor Technologies**
22 **has those. And then the other brokers you'd**
23 **probably want to talk to directly.**
24   Q You don't include any listings or bids in
25 your initial report, do you?

128

1    A No.
2    Q Okay. If SBI had reached out to a broker
3  and the broker opined that the machines have no
4  resale value, would you have a reason to disagree
5  with that broker?
6      MR. MARX: Objection, form.
7    **A You know, as any good business person, you**
8  **can get multiple opinions. Perhaps that broker**
9  **doesn't have the same context as another. I mean,**
10 **everybody's got their preferred partners and**
11 **vendors and relationships. So, you know, I**
12 **wouldn't rely upon just one ever.**
13   Q Sure. Have you ever engaged with a broker
14 to sell a fleet of mining equipment before?
15     MR. MARX: Objection, form.
16   **A No.**
17   Q In any of your litigation -- in your prior
18 litigation experience, have you coordinated with
19 any brokers to sell a fleet of mining equipment
20 before?
21     MR. MARX: Objection, form.
22   **A Outside of gathering pricing data, that's**
23 **been the extent of the interactions. I've never**
24 **participated in the brokering process or**
25 **participated in the -- that buy or sell.**

Transcript of Richard Peters
Conducted on October 14, 2025

33 (129 to 132)

129

1    Q  And that's not just for mining equipment,
2  right?  You haven't -- you haven't been a broker
3  for any kind of IT equipment before?
4      MR. MARX:  Objection, form.
5    A  That I know of.  I mean, I may have sold
6  hardware myself that I purchased, refurbished, but
7  these are generalized IT equipment, not
8  cryptominers.
9    Q  Okay.  And I want to follow up on one of
10  the things we were talking about earlier.  You had
11  mentioned that you had previously yourself built a
12  cryptominer.  Do you remember that?
13    A  Yes.
14    Q  Was that an ASIC or a GPU miner?
15    A  GPU.
16    Q  And how many did you build?
17    A  Two, GPU based.
18    Q  Two GPU based miners.  And do you know
19  when that was?
20    A  2017, 2018.
21    Q  All right.  Mr. Peters, in this case you
22  conducted an inspection of SBI's miners that are
23  stored at the warehouse in Houston; is that right?
24    A  Yes.
25    Q  And that occurred on February 5th, 2025?

130

1    A  I believe so.
2    Q  And that was -- that inspection occurred
3  before you issued either of your reports in this
4  case, right?
5    A  Correct.
6    Q  Did you -- let me rephrase that.
7      You don't reference your inspection of
8  SBI's miners in your initial report, do you?
9    A  Not that I recall.
10    Q  And you don't mention it in your rebuttal
11  report, do you?
12    A  Not that I recall.
13    Q  Is there a reason you don't mention that
14  you inspected the miners?
15    A  I didn't have, I guess, a reason to.  I
16  was validating some of the versions that were
17  there and that the equipment existed.
18    Q  Did you take any notes based off of your
19  inspection of the miners in February of 2025?
20    A  I believe I just had pictures, maybe
21  video.
22    Q  You took pictures and videos of your
23  inspection from February of 2025?
24    A  When I was there, I did take pictures,
25  yes, maybe video.  I'm not sure about the video.

131

1    Q  Is any part of your opinions either in the
2  initial report or your rebuttal report based upon
3  your inspection of the miners in February of 2025?
4    A  Repeat that again, sorry.
5    Q  Sure.  We will limit this first part to
6  your initial report.  So are there any opinions in
7  your initial report that were based off of your
8  February 2025 inspection?
9    A  Not that I can think of in my initial
10  report.
11    Q  Are there any opinions in your rebuttal
12  report that were based off of your February 2025
13  inspection?
14    A  I know I have opinions.  I can't think of
15  where they might be listed in my rebuttal report
16  would it be related.
17    Q  All right.  I'm going to hand you a copy
18  of Whinstone's Request for Inspection and Testing.
19      MR. PATTERSON:  And what exhibit is this
20  going to be?
21      COURT REPORTER:  140.
22      MR. PATTERSON:  140, thank you.
23      (Exhibit 140 marked.)
24    Q  Mr. Peters, have you previously reviewed
25  or seen this request for inspection and testing?

132

1    A  No, I don't think I have.
2    Q  All right.  Now, if you look at the second
3  to last paragraph it says, The inspection will be
4  conducted by Whinstone's retained witness Richard
5  Peters of Berkeley Research Group, BRG, as well as
6  one other -- one or more of Whinstone's counsel
7  from Foley & Lardner, LLP.
8      Did I read that correctly?
9    A  Yes.
10    Q  All right.  Now, if you turn to the last
11  page attached as Exhibit A.  Do you see that?
12    A  Yes.
13    Q  There is three different requests on here.
14  Do you see those?
15    A  Yes.
16    Q  Did you help prepare these requests to
17  inspect the miners?
18    A  Not that I know of.  We may have had
19  conversations about what I thought I might do
20  there.
21    Q  All right.  And so I want to walk-through
22  the requests that are identified on here.  Now,
23  Request Number 1 states, to inspect the physical
24  condition of SBI's Canaan A10 miners that were
25  stored at Whinstone's Rockdale, Texas cryptocurrency

Transcript of Richard Peters
Conducted on October 14, 2025

133

1  data center facility.
2      Did I read that correctly?
3  A Yes.
4      Q You did inspect the physical condition of
5  the SBI's miners at the Rockdale facility, right?
6  A Some of those, yes.
7      Q All right. I want to jump to Request
8  Number 3. Request Number 3 says, To inspect one
9  or more of SBI's Canaan A10 miners that were used
10 at Whinstone's Rockdale, Texas cryptocurrency data
11 center facility by opening the cover and
12 determining the physical condition of the miner's
13 hardware.
14     Did I read that correctly?
15 A Yes.
16     Q And you did open the cover to inspect
17 several of the -- or let me rephrase.
18     Did you open the cover of any of SBI's
19 Canaan A10 miners to inspect the miner?
20 A Yes.
21     Q And Request Number 2. Request Number 2
22 reads, To test one or more of SBI's Canaan A10
23 miners that were used at Whinstone's Rockdale,
24 Texas cryptocurrency data center facility by
25 powering on the miner, reviewing the output of the

134

1  boot sequence, and verifying that the miner
2  initializes correctly and demonstrates
3  functionality as expected.
4      Did I read that correctly?
5  A Yes.
6      Q You did not conduct any testing of any of
7  SBI's Canaan A10 miners; is that correct?
8  A Not during this visit, no.
9      Q And you haven't conducted that testing at
10 any subsequent visit?
11 A No.
12     Q Is there a reason you chose not to conduct
13 the testing at that first visit?
14 A I don't know that if we were provided the
15 ability to do that. One was if we needed to -- if
16 we were able to take the equipment off site to do
17 that or to bring equipment there to do that.
18     And it may have also been, I mean, at that
19 time, we expected that they -- these were all
20 working units since they were, you know, about to
21 be or they were originally expected to be shipped
22 to Russia to be used. I don't know that it
23 provided a lot of value at that time to do that
24 request.
25     Q Now, when you were there conducting your

135

1  inspection in February of 2025, do you recall
2  observing any corrosion on any of SBI's miners?
3  A I do know I saw some surface rust on maybe
4  some of the guards for the fans, fan guards.
5      Q And do you recall observing any dust on
6  any of the miners that you inspected?
7  A On the tops of them it had a lot of
8  surface dust on the first layer of them as you
9  looked at that when you opened up the lid of the
10 container surface dust across the tops of them.
11     Q Do you recall seeing dust on the inside of
12 any of -- let me take a step back.
13     How many miners did you open up the
14 cover of when you were at your February '25
15 inspection?
16 A I think just one, maybe two.
17     Q All right. And on the miner or miners
18 that you opened up, do you recall seeing dust on
19 the inside of those miners?
20 A Yes. I think every miner I have ever
21 looked at has dust on the inside.
22     Q How many miners have you looked at?
23 A I mean, visually inspecting externally,
24 dozens and dozens I'm sure. Internally, maybe
25 four or five of my own.

136

1      MR. PATTERSON: If lunch is here, we can
2  -- we can take a break here.
3      MR. MARX: Okay.
4      VIDEOGRAPHER: We are going off the
5  record. The time is 12:42 p.m.
6      (Recess, 12:42 to 1:14 p.m.)
7      VIDEOGRAPHER: We are going back on the
8  record. The time is 1:14 p.m.
9      Q Mr. Peters, I believe before the break we
10 were talking about the inspection that you did in
11 this case. Do you remember that?
12 A Yes.
13     Q All right. Now, I believe you also told
14 us that you had inspected one or two of the
15 buildings at the Rockdale facility in the Rhodium
16 litigation; is that right?
17 A Yes.
18     Q Did you conduct an inspection of the
19 Rockdale facility specifically for this
20 litigation?
21 A No.
22     Q And other than the testing that was --
23 what was that, I think Exhibit 140 that I had
24 given you, the request for inspection. Do you
25 have that still?

137

1   A Yes.
2   Q Is that 140?
3   A (Witness nods his head.)
4   Q Okay.  Other than the request for testing
5   that was in Request Number 2, have you done -- has
6   there been any other testing that you have -- let
7   me rephrase this.
8      For Request Number 2, you did not do that
9   testing, correct?
10  A Correct.
11  Q Have you done any testing on any exemplar
12  miners in this case?
13  A No.
14  Q Have you done any testing on any power
15  supply units for the A10s in this case?
16  A No.
17  Q And as far as when you were at the -- let
18  me rephrase that.
19     Because you did not do a site inspection
20  of the Rockdale facility for this litigation, is
21  it also true that you didn't take any temperature
22  readings of the -- when you were at the Rockdale
23  facility?
24  A Correct.
25  Q Now, have you done -- have you performed

138

1   any calculations in this case other than the --
2   doing those valuations we talked about earlier,
3   the hashrate index, have you done any other
4   calculations in this case?
5   A Are we specific on the -- my first report
6   or --
7   Q Yeah, that is -- we will break it down.
8      So staying within your first report, have
9   you performed any calculations on the cost just to
10  remarket the used miners?
11  A No.
12  Q And as far as -- so then turning to your
13  rebuttal report, did you perform any calculations
14  in your rebuttal report related to the cost to
15  remarket the miners?
16  A Not that I recall, no.
17  Q Did you perform any airflow calculations?
18  A No.
19  Q Any calculations on the -- strike that.
20     Did you perform any calculations to
21  determine the pressurization of the hot aisle at
22  the Rockdale facility in Building B?
23  A No.
24  Q Other than looking at the specifications
25  of the miner for normal mode, have you done any

139

1   other calculations to try to determine the
2   hashrate of SBI's fleet of miners that were
3   operating at the Rockdale facility?
4      MR. MARX:  Objection, form.
5   A Repeat that, sorry.
6   Q Sure.  So for your determination going
7   back to that hashrate index that you have in your
8   initial report, you calculated the value of the
9   miners by looking at the hashrate of the miner
10  compared to the price per hashrate in that
11  hashrate index, right?
12  A Correct.
13  Q And you determined the hashrate by looking
14  at the miner specifications, correct?
15  A Yes, partly, yes.
16  Q Did you do any calculations to determine
17  the hashrate other than looking at the miner
18  specifications?
19  A No other calculations that I can think of.
20  Q Was there any other -- anything else that
21  you used to determine the hashrate of the miners
22  other than the miner specifications?
23  A Not that I can think of.
24  Q And in either of your reports, either in
25  the initial report or the rebuttal report, do you

140

1   have any opinion as to the number of miners that
2   were operating at the Rockdale facility during --
3   in the month of June of 2021?
4      MR. MARX:  Objection, form.
5   A I guess which specific miners?
6   Q Sure.  So the fleet of SBI's miners that
7   were operating in Building B, the totality of the
8   miners that were operating in Building B, do you
9   have any opinion as to the number of miners that
10  were operational in June of 2021?
11  A I guess through the rebuttal report, I
12  guess Mr. -- again, as we spoke earlier, his table
13  lists specific hardware counts.  And we have no
14  idea, no one has done testing on what the actual
15  population is of each miner type.
16     So I guess there is opinions there.
17  Whether or not the count of 5,000, whatever it was
18  1047s is 100 percent of the population.  And, you
19  know, are there circumstances there that, you
20  know, point to this is early manufacture issues
21  versus either later ones.  So in that context, I
22  guess I have some opinions.
23  Q Sure.  Well, you would agree that from the
24  time that the miners were first ramped up in 2020
25  to the time that they left the Rockdale facility

Transcript of Richard Peters
Conducted on October 14, 2025

141

1  in 2021, not all 20,000 miners were operational
2  every single day, right?
3      MR. MARX:  Objection, form.
4      A  I don't think we have that data to know
5  that.  I don't think any of us have that level of
6  detail, I guess.
7      Q  So I guess what I'm trying to understand
8  is it -- is your -- are you operating under the
9  assumption that when these 20,000 miners left the
10  facility in June of 2021, that all 20,000 miners
11  were operational at the time?
12      A  I don't know that we have that
13  information.  So all of the miners when they were
14  leaving the facility were intended to head to
15  Russia to operate there.  So I guess my thinking
16  was that most if not all of those units were
17  functional.  I don't know that anyone did any
18  analysis to know or count on which ones were not
19  operational.
20      I mean, per his table, we know there were
21  1041s and S9s that did not appear and did not have
22  counts.  So if we know those were purchased, they
23  didn't show up.  So maybe those are -- the missing
24  miners are the ones that weren't working.
25      Q  And so I take it, then, that you also did

142

1  not do any kind of analysis to determine which
2  miners were or were not operational?
3      A  Yeah.  I didn't need to in mine.  I guess,
4  no other expert did that, so...
5      Q  All right.  I want to get into your
6  rebuttal report now.
7      MR. PATTERSON:  I think we're up to 141;
8  is that right?
9      COURT REPORTER:  Yes.
10      (Exhibit 141 marked.)
11      Q  Mr. Peters, you've just been handed
12  Exhibit 141, which is your rebuttal report.  Can
13  you confirm that the document that is handed to
14  you is, in fact, your rebuttal report?
15      A  It is, yes.
16      Q  And so, I want to start with the table of
17  contents here.  So looking down starting with
18  Roman Number V, you have rebuttal to Mr. Michael
19  Schuler; is that correct?
20      A  Yes.
21      Q  And Roman Numeral VI is your rebuttal to
22  Mr. Charles C. Byers, correct?
23      A  Yes.
24      Q  And Roman Numeral VII is issues with
25  wallet attribution and bitcoin production

143

1  analysis, right?
2      A  Yes.
3      Q  Other than the rebuttals to Mr. Schuler
4  and Mr. Byers, do you offer any rebuttal opinions
5  specific to any other of SBI's experts?
6      A  I think there may be overlap to some of
7  the other SBI experts that I don't name perhaps in
8  some of the -- in my rebuttal.  And then I would
9  expect that VII, the issues with wallet
10  attribution, may be applicable to additional
11  experts who may be relying upon the bitcoin
12  production data at the Russia or Rockdale for --
13  in the amount of bitcoin that was allocated to
14  each site.
15      Q  Sure.  Have you reviewed the expert report
16  of Phillip Isaac in this case?
17      A  I do remember perusing, reading through
18  it.
19      Q  Do you have any rebuttal opinions specific
20  to the expert report of Mr. Isaac?
21      MR. MARX:  Objection, form.
22      A  At this time I don't remember any
23  specifics of his report, but I do expect there is
24  probably some overlap with what specifically is in
25  my report that may impact them.

144

1      Q  And have you reviewed the report of Dr.
2  Randall Valentine in this case?
3      A  I did.  Similarly, I read -- saw it and
4  read through it quickly.
5      Q  So is it the -- is it the same for
6  Mr. Valentine, there might be overlap in your
7  rebuttal opinions, but you don't have one
8  specifically addressed to Dr. Valentine?
9      A  Correct, may be overlap and then the
10  wallet attribution and bitcoin production.
11      Q  All right.  So let's turn to page 5 of
12  your rebuttal report.  On midway through page 5 is
13  Roman Number V which starts your rebuttal opinions
14  to Mr. Schuler; is that correct?
15      A  Yes.
16      Q  All right.  Now, in paragraph 14 and 15,
17  it looks like you are -- sorry.
18      In paragraphs 13 through 17, you offer
19  rebuttal opinions on the scope of expertise and
20  foundation of Mr. Schuler's opinions; is that
21  right?
22      A  Yes.
23      Q  What are your criticisms as it relates to
24  Mr. Schuler's scope of expertise and foundation of
25  his opinions?

Transcript of Richard Peters
Conducted on October 14, 2025

---

145

1       MR. MARX:  Objection, form.
2       A Mr. Schuler appears to be -- have his --
3   his expertise in traditional IT assets.  In his
4   documentation he walks through extensively
5   traditional PCs and servers.  And that environment
6   are very different than industrial mining,
7   cryptomining operations.  Those are traditional
8   microprocessors here where we're talking about
9   ASICs I think that is a very important
10  distinction.  He seems to talk a lot and try to
11  reference back to the -- to the PC traditional IT
12  industry.
13      Q All right.  And in paragraph 14 about
14  midway through you have a sentence that starts
15  with, however, his report reveals.  Do you see
16  that?
17      A Yes.
18      Q So the sentence reads, however his report
19  reveals no evidence of hands-on experience with
20  large-scale ASIC mining operations, where asset
21  values are determined by entirely different
22  economic forces: network difficulty adjustments,
23  hashrate efficiency ratios, and cryptocurrency
24  market dynamics.
25      Did I read that correctly?

---

146

1       A Yes.
2       Q Do you claim to have hands-on experience
3   with large-scale ASIC mining operations?
4       A Yes.  I mean, I guess in these types of
5   matters and inspecting them and assisting other
6   colleagues, using them myself.
7       Q Is your hands-on experience in large-scale
8   ASIC mining operations limited to the litigation
9   context that we discussed previously?
10      A That in addition to prior work experience
11  and assisting colleagues.  You know, I think a
12  couple of those were maybe bankruptcy-related
13  matters.  The value of those assets there.
14      Q So your hands-on experience, as I'm
15  understanding it, would be in valuing the miners
16  in the litigation context; is that correct?
17      MR. MARX:  Objection, form.
18      A No, I mean, I've used them personally,
19  I've seen them, you know, follow blogs in the
20  Reddit forums.  I mean, I'm into that industry, I
21  guess.  So we've got, you know, that personal
22  level participation, projects around bankruptcies,
23  certainly litigation.  All of those come to mind.
24      Q Do you have any specific hands-on
25  experience reselling mining equipment?

---

147

1       A Yes.
2       Q Any hands-on experience with reselling
3   mining equipment used in large-scale mining
4   operations?
5       A Outside of these litigation contexts in
6   bankruptcy, I've not -- myself have not sold
7   those.
8       Q And in the litigation context, you were
9   just providing a value on the miners, correct?
10  You weren't actually trying to reset miners?
11      A Provide value, the types of miners the
12  hashrates, the amount of bitcoin that could
13  potentially be produced by those potentially
14  replacement miners for those costs associated with
15  replacement miners, all of those things.
16      Q Do you have an opinion as to the standard
17  depreciation for an ASIC miner?
18      A The ASIC miners are -- they are used up
19  faster, so I mean the schedules are quicker, I
20  would say, than traditional PC markets.
21      Q What is the difference between the
22  depreciation of an ASIC miner and traditional IT
23  equipment?
24      A So traditional IT equipment is
25  multipurpose.  Microprocessors allow you to use

---

148

1   that equipment in many, many different ways,
2   multiple purposes.  So many, many different
3   organizations could use that type of equipment in
4   any a number of ways, wherein an ASIC miner is a
5   purpose built system that can only do one thing.
6       So in this case, SHA-256 hash, which is
7   how -- producing bitcoin, and that is all it can
8   do.  And so when it gets -- as newer miners come
9   out, they -- they can compute faster.  They have
10  got better power efficiencies.  They -- they make
11  older units become less useful, less profitable.
12      Q Would you agree that the market for
13  traditional mining equipment is bigger than the
14  market for used cryptocurrency miners?
15      A Could you restate that?
16      Q Sure.  Would you agree that it is easier
17  to resell used IT equipment, traditional IT
18  equipment than it is to resell cryptominers?
19      MR. MARX:  Objection, form.
20      A There is certainly multipurposes for
21  general IT computing technologies, so there would
22  be more potential buyers.  That said, the crypto
23  craze has been pretty crazy so I suspect you can
24  easily find markets for both.
25      Q Have you performed any calculations to

---

149

1  determine or show any kind of depreciation curve
2  for an ASIC miner?
3      A Not that I'm aware of.
4      Q And if you turn to page 6, paragraph 16
5  you state, Most critically, while Mr. Schuler
6  identifies the physical contamination of the
7  miners, his IT background appears to limit his
8  analysis to service-level concerns about cosmetic
9  appearance and cleaning costs.
10      Did I read that correctly?
11      A Yes.
12      Q What is your factual basis that the
13  contamination of the -- of SBI's miners raised
14  only surface-level concerns of cosmetic
15  appearance?
16      MR. MARX: Objection, form.
17      A Mr. Schuler didn't boot these units as far
18  as I know. These could be perfectly fine working
19  units. When you are talking the crypto world, the
20  physical looks of a system are not important. You
21  are looking at performance, you are looking at
22  hashrate in a given market, the efficiencies of
23  the -- of how it can use power, and that drives
24  demand. So as he, you know, discusses
25  contamination I don't know that he knows whether

150

1  that -- that cryptominer was actually operating or
2  not.
3      Q You would agree, though, that physical
4  contamination can impact the performance of a
5  miner?
6      MR. MARX: Objection, form.
7      A It is possible. There is lot of impacts
8  for mining, miners. However, in this case, I
9  don't know that I've seen any evidence that links
10  that to performance issues.
11      Q You could have also tested the miner that
12  you saw that had corrosion and dust on it to see
13  if it would have booted up; correct?
14      A I could have, but Mr. Schuler not doing
15  that, I don't know that I needed to either.
16      MR. PATTERSON: Objection, nonresponsive
17  to everything after "I could have."
18      Q Mr. Peters I'm not asking you what
19  Mr. Schuler -- what Mr. Schuler did or did not do.
20  I'm asking what you did at the inspection in 2025
21  after you sawdust and corrosion on the miner, you
22  could have made the decision to test the miner,
23  correct?
24      MR. MARX: Objection, form.
25      A Yes.

151

1      Q And you chose not to?
2      MR. MARX: Objection, form.
3      A Again, at that time, based upon those
4  circumstances, I did not feel the need to so I did
5  not.
6      Q You would agree that the presence of dust
7  on a miner, the buildup of dust on a miner can
8  negatively impact the performance of the miner?
9      A Again, it is possible. There is lots of
10  factors that can affect airflow in a miner, miner
11  operations. And again, in this circumstance, I've
12  not seen anything that suggests that dust is
13  causing an issue.
14      MR. PATTERSON: Objection, nonresponsive
15  to everything after "it is possible."
16      Q Mr. Peters, the accumulation of dust on a
17  miner's fan can reduce the airflow into the miner,
18  correct?
19      A It is a possibility.
20      Q The accumulation of dust around the
21  heatsink or in the thermal paste can reduce the
22  effectiveness of the GPU to dissipate the heat in
23  the GPU; is that correct?
24      A An ASIC miner does not have a GPU, I
25  guess, maybe restate.

152

1      Q Sure. Mr. Peters, you are aware of what
2  thermal paste is, right?
3      A Yes.
4      Q And the thermal paste fills the gaps
5  between the ASIC chip and its heatsink, right?
6      A Yes.
7      Q It helps conduct heat away from the chip?
8      A Yes.
9      Q And if you get dust buildup in the thermal
10  paste, it can lead to the degradation of that
11  thermal paste?
12      A If that occurs, that could be a
13  possibility.
14      Q And if the thermal paste degrades and the
15  miner's chip cannot transfer heat efficiently to
16  the heatsink, correct?
17      A Could you repeat that?
18      Q Sure. If the thermal paste degrades, then
19  the miner's chip cannot as effectively transfer
20  heat to the heatsink, correct?
21      A That's a possibility, yes.
22      Q And if the miner's chip is not able to
23  effectively transfer heat to the heatsink, then
24  the miner chip might overheat?
25      A It could run hotter, yes.

Transcript of Richard Peters
Conducted on October 14, 2025

153

1    Q It could experience thermal throttling,
2  right?
3    A That is a possibility, yes.
4    Q And repeated thermal throttling can cause
5  long-term damage to the miner?
6    A Possibility in some circumstances, yes.
7    Q And repeated thermal throttling can also
8  lead to the -- can also accelerate the degradation
9  of the thermal paste in the miner?
10    MR. MARX: Objection, form.
11    A It certainly sounds possible, yes.
12    Q Do you agree that the buildup of dust on a
13  miner can also corrode the miner's hardware,
14  right?
15    A I guess I have not seen instances of that.
16  I mean anything is in the realm of possibility.
17    Q Have you ever been retained to conduct any
18  sort of analysis on whether dust has corroded a
19  miner's hardware?
20    A No.
21    Q You would agree that dust can also act as
22  a conductor and contribute to electrical shorts
23  within the miner, right?
24    A Again, maybe unlikely, but it is a
25  possibility.

154

1    Q It can also lead to the possibility of
2  arcing within the miner?
3    A Same answer, unlikely, but it is a
4  possibility.
5    Q And what is your basis for concluding that
6  dust is unlikely to increase the possibility of
7  arcing within the miner?
8    A Again, I've seen lots of equipment with
9  dust in there and haven't seen the arc. I mean,
10  it is in the realm of possibility, but, you know,
11  not having seen it, not having read about it, not
12  having seen that in forms, probably means it is
13  not that likely, but certainly could happen.
14    Q Have you ever specifically researched
15  whether dust accumulation in the miner can cause
16  or increase the possibility of arcing within the
17  miner?
18    A No, not specifically.
19    Q You also agree that exposure to excessive
20  heat can cause the miner to similarly overheat,
21  right?
22    MR. MARX: Objection, form.
23    A Repeat that, sorry.
24    Q Yeah, I will rephrase it.
25    If a miner is exposed to an excessively

155

1  hot intake temperature, it can also lead to the
2  miner overheating?
3    MR. MARX: Objection, form.
4    A I guess lots of possibilities there. I
5  mean, it depends on -- it depends upon the miner,
6  it depends upon the number of fans, the types of
7  fans, the speed of the fans, the throughput of it.
8  I mean, there is, I guess, lots of variables
9  there. So depending on the variable combination
10  if you had hotter and it was beyond the specs of
11  the equipment, it could negatively impact it.
12    Q Have you ever been -- have you ever
13  specifically been retained to analyze whether a
14  miner has overheated because of its exposure to an
15  excessively hot air intake temperature?
16    A No.
17    Q In your opinion, how much accumulation of
18  dust or dirt within a miner is an acceptable
19  amount?
20    A The nature of dust is that is not there on
21  day 1, right, and it slowly accumulates. So in
22  these matters, right, I mean we had immediate
23  miner failures. So again, I don't really believe
24  we have -- we have got dust issues here.
25    I've seen miners run with caked up dirt.

156

1  It depends on the miner, it depends on -- I mean,
2  lots of conditions. So there is not a fixed
3  number or amount that I would list.
4    Q What miners have you seen run with caked
5  up dirt?
6    A Almost every data center as you look into
7  the units, there is dust present.
8    Q But you specifically said that you have
9  seen miners with caked up dirt still perform. I
10  want to know in what context have you seen a miner
11  with caked up dirt perform?
12    A Yeah. As I just said, so the data centers
13  that we reviewed, the mining facilities that we
14  reviewed in West Texas through EHY, looking at
15  those units, I mean, there was units dust built up
16  on the -- on the fan guards, on the fan. Looking
17  in the units they appeared to have dust in them.
18  I mean, that is some level of caked up dust.
19    Q In what case were you investigating data
20  centers in West Texas where they had caked up dust
21  or dirt on them?
22    A I think that was the inspection of the
23  miners, types of miners for, I think, the
24  bankruptcy case for, I think for EHY.
25    Q And in that bankruptcy case, were you --

157

1  in the bankruptcy case, did you offer an opinion
2  in that case?
3      A  I did not.
4      Q  Were you retained to analyze the
5  performance of the miners in that case?
6      A  As far as if they were operational and
7  producing bitcoin in that capacity, yes.
8      Q  You would agree that just because a miner
9  is operational does not mean that it is producing
10  -- it is not efficiently hashing, right?
11      MR. MARX:  Objection, form.
12      A  Restate that, sorry.
13      Q  Sure.  You would agree that a miner can be
14  operational, but might not be efficient in its
15  performance, right?
16      A  Yes, they can operate in many different
17  modes and -- yeah.
18      Q  And other than just operating in different
19  modes, if a miner has been subject to excessive
20  heat, thermal throttling, or the overheating
21  conditions, that can affect the miner's
22  performance even if it is still technically
23  operational, right?
24      MR. MARX:  Objection, form.
25      A  Yes.  If -- if a throttling event occurs

158

1  on a miner, it should be producing less -- less
2  bitcoin than, say, normal mode.
3      Q  And the miner's efficiency over time may
4  still decrease if it is repeatedly thermal
5  throttled, right?
6      A  It is a possibility.  I don't know that
7  I've seen that, but certainly could be a
8  possibility.
9      Q  When you say that you haven't seen it,
10  have you ever been retained to look for something
11  like that?
12      MR. MARX:  Objection, form.
13      A  Not that I can recall.
14      Q  Do you recall in your investigation in
15  this case, your work in this case, reviewing any
16  documents or photographs from Kaboomracks?
17      A  I know I saw images from them, yes.
18      Q  I'm going to hand you a copy of what has
19  previously been entered by Whinstone as Exhibit 23
20  to Carson Smith's deposition.
21      (Exhibit 23 discussed.)
22      Q  Do you recall previously reviewing this
23  exhibit, Exhibit 23, in your preparation in this
24  case?
25      A  Yes, I know I've seen it.

159

1      Q  Now, starting on the first page of Exhibit
2  23, do you see that this is a -- would you agree
3  that this is a conversation between Carson Smith,
4  Robert Van Kirk, Brian Snyder and Nick Foster from
5  Kaboomracks?
6      A  That's what I understand, yes.
7      Q  And SBI reached out to Kaboomracks to get
8  their -- to have them inspect the Rockdale
9  facility and SBI's miners at the Rockdale
10  facility, right?
11      MR. MARX:  Objection, form.
12      A  As I understand, yes.
13      Q  And that was in June of 2021?
14      A  Yes.
15      Q  And if you look at the top of Exhibit 23,
16  Carson Smith's message at 14:25, do you see that?
17      A  Yes.
18      Q  Carson Smith says, Hey, wanted to ask if
19  Kaboomracks could in the next couple of days -- in
20  the next couple of days go out to Rockdale and
21  evaluate a bunch of Avalon A10s we have for $5,000
22  plus travel expenses.
23      Did I read that correctly?
24      A  Yes.
25      Q  He then asks, Would want to value their

160

1  resale value, overview of the mining and building
2  -- miner and building conditions.  How much impact
3  the condition quality affects the value, et
4  cetera.
5      Did I read that correctly?
6      A  Yes.
7      Q  So you understand that SBI was reaching
8  out to Kaboomracks to get their opinion as to the
9  conditions of the miners in the Rockdale facility;
10  is that right?
11      MR. MARX:  Objection, form.
12      A  As I understand, yes.
13      Q  And the potential resale value of the
14  miners, right?
15      MR. MARX:  Same objection.
16      A  Yes.
17      Q  And how much the conditions of the miners
18  and the building conditions would affect the value
19  of the miners; is that right?
20      MR. MARX:  Objection, form.
21      A  That is how he lists it, yes.
22      Q  All right.  Now, if you flip to -- if you
23  look at the bottom right corner there is some
24  numbers.  If you look at SBIC0005576?
25      A  Okay.

Transcript of Richard Peters

41 (161 to 164)

Conducted on October 14, 2025

161

1    Q  All right.  Do you see the message from
2  Carson Smith sent at 14:36 about midway down the
3  page?
4    A  Yes.
5    Q  Carson Smith writes, Likely affecting the
6  number running.  But also hurts the market value
7  too if we are going to resell them.
8      Do you see that?
9    A  Yes.
10    Q  And do you see the message from Robert
11  Kirk at 14:38, I'm sorry, Robert Van Kirk?
12    A  Yes.
13    Q  And Robert Van Kirk writes, it certainly
14  does harm the value, anyone who sees photos of
15  that is going to discount their price offer 30
16  percent off the bat.
17      Did I read that correctly?
18    A  Yes.
19    Q  Do you have an understanding of the type
20  of company that Kaboomracks is?
21    MR. MARX:  I'm going to instruct the
22  witness to actually review the document in front
23  of him if you are going to ask him questions about
24  this document seven pages later.
25    MR. PATTERSON:  No, I'm just asking if he

162

1  know what the type of company that Kaboomracks is.
2    MR. MARX:  I understand.  He needs to read
3  the document, so that he understands and can
4  answer your question.  Otherwise you are just
5  reading -- all you have been doing is reading this
6  document and quoting from it --
7    MR. PATTERSON:  I haven't --
8    MR. MARX:  -- and asking did you read it
9  correctly.  So if you would like him to answer a
10  question about the document, you can let him
11  review it.
12    Q  Mr. Peters, you stated that you have
13  previously reviewed this document, right?
14    A  I know I have seen it, yes.
15    Q  In your professional experience outside of
16  this case, have you ever heard of Kaboomracks
17  before?
18    A  I know they participate in the
19  cryptomining buy/sell, I think, hosting, cleaning.
20    Q  Would you agree they also resell miners,
21  right?
22    A  As I understand, yes.
23    Q  And so if you are looking for a potential
24  appraisal of miners, Kaboomracks is a company that
25  you might hire?

163

1    A  Again, you should look at multiple
2  parties, but it is one to be considered in a list
3  of however many you want to look at.
4    Q  And Kaboomracks in this message to Carson
5  Smith is saying that the photographs of the miners
6  just from seeing the photographs is going to
7  discount the price by 30 percent, right?
8    MR. MARX:  Objection, form.
9    A  I read that in the document.  I mean, that
10  is his opinion on that.  And I think they also
11  offered to maybe purchase those units, so it could
12  be somewhat self-serving as well.
13    Q  But you would agree that he does say that
14  the -- just looking at the photos of the miners, a
15  person would discount the price of the miners by
16  30 percent, right?
17    MR. MARX:  Objection, form.
18    A  That is what he states.  I don't know that
19  everyone would -- would say that.  There are
20  potential to clean things.  I think Kaboomracks is
21  another participant in that space who for a
22  nominal charge will clean units.  Again, I want to
23  know what units they looked at.
24      I don't know that there is any context
25  around which miners they looked at, where they

164

1  pulled them from.  I mean, were these pulled from
2  pallets, were these sitting around?  I think there
3  is a lot of additional context that maybe I don't
4  know or haven't read through all the way yet,
5  but...
6    Q  If you turn to SBIC0005589 in this
7  document.  Now, you see the message that is sent
8  at 8:31?
9    A  I guess I see multiple ones.
10    Q  Sure.  So the first one at the -- towards
11  the top of this page, it looks like they were
12  trying to upload a video file.  Do you see that?
13    A  I see 8:31 Kaboomracks Nick's Eye.  And
14  then below that the word video file unavailable,
15  please try again.  Is that where you are at?
16    Q  Yes, sir.  And then the next message at
17  8:31 starts with sample.  Do you see that?
18    A  Yes.
19    Q  If we go down to the very last sentence in
20  this message, it says, There are 7 in 56 are
21  physically problematic/dead/about to die in my
22  small sample.
23      Did I read that correctly?
24    A  Yes.
25    Q  Have you reviewed any of the videos

165

1 produced by Kaboomracks in this case?
2    A I mean, I've seen a couple I know.
3    Q Do you have any reason to disagree with
4 what Nick Foster found indicating that are there 7
5 in 57 in his sample that were physically
6 problematic, dead or about to die?
7       MR. MARX: Before you answer that
8 question, I will instruct the witness to actually
9 review the entire conversation, because we're 13
10 pages into this, 16. So it is a running
11 conversation, so please review the conversation
12 prior to answering.
13    Q Mr. Peters, my question is very specific
14 to what Nick Foster is saying here in which he
15 found that 7 in 56 miners were problematic, dead
16 or about to die.
17       MR. MARX: The conversation is 16 pages
18 long, so please --
19       MR. PATTERSON: What is your objection.
20       MR. MARX: You are trying to mislead the
21 witness, that is the objection.
22       MR. PATTERSON: How am I misleading the
23 witness by asking him a question about what is
24 specifically stated --
25       MR. MARX: In a conversation that is 16

166

1 pages long, yes.
2    Q Mr. Peters --
3       MR. MARX: We sat here for 30 minutes
4 while Carson Smith had to read a contract before
5 he answered a question, so please.
6    A I guess I'm trying to figure out which
7 order it goes in. Is the latest at the top and
8 then -- or is that the earliest? That is the
9 earliest.
10    Q The conversations go in chronological
11 order?
12    A Thank you. (Reviewing document.) Could
13 you tell me again which page we're getting up to?
14    Q Yeah, 5589.
15    A Almost there. Okay. I think I'm caught
16 up to you, thank you.
17    Q All right. So Nick Foster in this message
18 says that there are 7 in 56 are physically
19 problematic, dead, about to die in my small
20 sample, correct?
21    A That is what he says.
22    Q Do you have any reason to disagree with
23 his findings that there were 7 in 56 that were
24 physically problematic, dead or about to die?
25       MR. MARX: Objection, form.

167

1    A I mean, I guess I do see the context
2 around, you know, do you want us to slap these
3 guys around and be problematic. So that causes
4 some concern, that maybe they're trying to be
5 problematic. And then I see references for the
6 S19s before that. So I don't know exactly which
7 miners they're saying, so I see that there.
8       There is some concern, I guess, around
9 some of their statements on what their intentions
10 are, so just -- I would be cautious.
11    Q Going back to what my question asked and
12 that there was 7 in 56 that are physically
13 problematic, dead or about to die, do you have any
14 reason to disagree with that specific count that
15 there were 7 in 56 that were physically
16 problematic, dead or about to die?
17       MR. MARX: Objection, form.
18    A I don't know that I trust that statement
19 reading that, do you want us to slap them around
20 and be problematic, right? I mean, is that --
21 that causes concern that maybe they're not --
22 maybe they're just causing the problems, I guess.
23 It causes me to have some caution on believing
24 maybe what they're saying. I don't know.
25    Q All right. If you look at the previous

168

1 page about midway down you see there is a
2 conversation between Nick and someone named Heath?
3    A Yes.
4    Q Do you have any reason to disagree that
5 that Heath is Heath Davidson from Whinstone?
6    A Not that I know of, no.
7    Q So the last message that Nick sends in
8 here says you have more square footage of intake
9 than you have of exhaust, no fans in between, just
10 the miners. That is why the hot aisle was so
11 pressurized.
12       Did I read that correctly?
13    A Yes.
14    Q Do you have any reason to disagree with
15 Nick's statement that there was more square
16 footage of intake than there was of exhaust?
17       MR. MARX: Objection, form.
18    A I guess, I don't know. I haven't taken
19 any measurements or know this -- this area. I
20 don't -- I don't know one way or the other.
21    Q Sure. You haven't taken any measurements
22 at all of the Rockdale facility, correct?
23    A Physical measurements, no.
24    Q Have you reviewed any design documents
25 containing any measurements of the Rockdale

Transcript of Richard Peters
Conducted on October 14, 2025

169

1  facility?
2      A  No.  I think I saw some documentation in
3  maybe Mr. Byers' report.  Outside of that, nothing
4  else.
5      Q  And you haven't done any calculations to
6  determine the airflow or pressurization within the
7  facility, do you?
8      A  No.
9      Q  And you would agree that the Rockdale
10  facility did not, in fact, have any intake or
11  exhaust miners in the facility, correct?
12      MR. MARX:  Objection, form.
13      A  Could you repeat that?
14      Q  The Rockdale facility did not have any
15  intake fans built into Building B, correct?
16      A  I would call the miners have intake fans.
17  I mean, that could count as intake.  And then
18  there is through the roof exfiltration there, and
19  so I might call that an intake and outtake.
20      Q  I want to be clear.  I'm not talking about
21  the fans that are built into the miners.  Were
22  there any -- there were no intake fans built into
23  the design of Building B at the Rockdale facility,
24  correct?
25      MR. MARX:  Objection, form.

170

1      A  Yeah, I don't recall any fans on the
2  building.  You know, I just saw them as the miners
3  which could operate as intake fans.
4      Q  And within the hot aisle of Building B at
5  the Rockdale facility, there were no exhaust fans
6  built in, correct?
7      A  Maybe repeat that.
8      Q  In the hot aisle of Building B at the
9  Rockdale facility, it was not designed with any
10  exhaust fans to assist in the exhaust of hot air
11  from the hot aisle, correct?
12      MR. MARX:  Objection, form.
13      A  I don't know that I looked up in that
14  room.  I was in the hot aisle.  I know there was a
15  high roof.  I don't know if there was a fan at the
16  top or not.
17      Q  Have you reviewed any documents that would
18  indicate that there was an exhaust fan built into
19  the buildings?
20      MR. MARX:  Objection, form.
21      A  Not that I remember.  I guess not
22  something I would be looking for.
23      Q  And that is because you weren't looking to
24  make any sort of opinion as to the pressurization
25  of the hot aisle, right?

171

1      A  Yeah.  For pressurization, I don't know
2  that I have any context in my rebuttal reports for
3  any of that.
4      Q  So do you have any opinion as to whether
5  the overpressurization of the hot aisle could have
6  caused hot air to recirculate into the cool aisle?
7      MR. MARX:  Objection, form.
8      A  I guess my opinion would be if that were
9  occurring, I would expect that some testing around
10  hotspots, right.  So if -- if the hypothesis
11  that is forcing air back out into the cold air
12  environment and causing an issue, I think maybe
13  some testing or analysis should be done to
14  understand.  You would expect some patterns of
15  failure maybe around that.  I don't know that I've
16  seen any testing done for that.
17      Q  And you didn't conduct any testing, right?
18      A  I didn't see any of your experts do it, so
19  I didn't -- didn't have any need to.
20      Q  You would agree if there was hot air
21  recirculating into the cold aisle that would
22  increase the air intake temperature for the
23  miners, right?
24      MR. MARX:  Objection, form.
25      A  I think it depends.  It should be

172

1  proximity related to where that might come
2  through.  And then hot air rises, so again, you
3  would have to do some analysis and testing to know
4  if that were occurring.
5      Q  But in theory if there is hot air that is
6  being recirculated into the cold aisle, the intake
7  temperature in the cold aisle is going to
8  increase, correct?
9      MR. MARX:  Objection, form.
10      A  Maybe.  I mean, it depends on -- it
11  depends on a lot of things.  What is the ambient
12  air temperature, what is the humidity.  You know,
13  is there any other, you know, wind blowing through
14  the facility.  I mean, if all of those conditions
15  are met, at the point of exfil, it would be warmer
16  there for sure.
17      Q  And as far as your basis to -- let me
18  rephrase that.
19      Your statement or opinions on patterns
20  that should be seen or how the air is going to be
21  flowing, what specific expertise are you relying
22  on to make those opinions?
23      A  I would say common sense, I guess.  I mean
24  there is.  Hot air rises, there should be
25  proximity to where hot air was exfiltrating.  I

Transcript of Richard Peters
Conducted on October 14, 2025

44 (173 to 176)

173

1  mean, kind of the natural investigator would go
2  down that path of checking and investigating
3  those, that.
4      Q I want to be clear. You are saying that
5  common sense is what you are relying on. Does
6  that mean you are not relying on any particular
7  expertise to make this opinion?
8      A I guess repeat the question and opinion
9  that you are referring to.
10     Q Sure. You make -- you have made a
11 statement or opinions that there should be
12 patterns that should be seen if there was hot air
13 recirculating into the cold aisle. What specific
14 expertise of yours are you relying on to make
15 those opinions?
16     A Yeah. I mean, just -- that makes sense.
17 So common sense, you know, living in Texas, being
18 in hot environments, being in industrial data
19 centers and how heat tends to work, there is not a
20 standard for that that I'm aware of.
21     Q So your reliance for opinions related to
22 the recirculation of hot air into the cold aisle
23 and the patterns that should be seen, is based on
24 your common sense; is that correct?
25     MR. MARX: Objection, form.

174

1      A Yeah. We don't see those patterns in the
2  couple of videos that I saw where, you know,
3  miners were allegedly not operating. They appear
4  random. So, you know, in my mind, I would expect
5  to see patterns -- I would expect to see patterns.
6  I mean, that is just from personal experience.
7      Q Mr. Peters, I'm not asking you what your
8  opinions are or what the videos show. I'm asking
9  what you are relying on to make that particular
10 opinion.
11     Are you relying solely on this idea of
12 common sense to make the -- to make the opinions
13 related to whether or not hot air could
14 recirculate into the cold aisle?
15     MR. MARX: Objection, form.
16     A So no one has done that testing, I guess,
17 so there is nothing -- there is nothing that
18 suggests that. So I have no reason to have done
19 some kind of analysis on that, so I mean it is my
20 opinion, professional judgment, common sense
21 that is where that comes from.
22     MR. PATTERSON: Objection, nonresponsive.
23     Q I'm not asking if anyone did any testing,
24 I'm not asking about any of that. I'm wanting to
25 know what your specific expertise or specialized

175

1  knowledge is that you are relying on to make your
2  opinion about whether or not there could have been
3  hot air recirculating into the cold aisle.
4      Is it your statement here today that you
5  are just relying on your common sense?
6      MR. MARX: Objection, form.
7      A Yeah, I would say I'm relying on common
8  sense.
9      Q All right. Now, I'm going to hand you
10 what has been previously entered as Exhibit 26 to
11 Carson Smith's deposition, the August 24
12 deposition.
13     (Exhibit 26 discussed.)
14     Q Mr. Peters, have you reviewed this
15 document before?
16     A I'm sure I have. I don't remember it
17 offhand, but it is familiar.
18     Q I'm going to ask you a couple of questions
19 on this. If you want to take five minutes to
20 review this document so you can answer questions.
21     A Yes, sir, I will read quick. (Reviewing
22 document.) Okay.
23     Q So I want to look at the second page of
24 this document or SBIC0003778. Do you see that?
25     A Yes.

176

1      Q All right. Now, going about -- so let's
2  start with the paragraph that is -- the four
3  paragraphs from the bottom where it says Nick
4  Foster/Kaboomracks, So for the most part.
5      Do you see that paragraph?
6      A Yes.
7      Q Actually we're going to go to the next
8  paragraph, the one that starts with Also
9  obviously. Do you see that one?
10     A Yes.
11     Q All right. So Nick Foster says, Also
12 obviously the dust is a huge problem. It sounds
13 like they are taking steps to change that. Not on
14 video he said that they plan to turn the whole
15 place into a concrete jungle. They just don't
16 have a timeline on it.
17     Did I read that correctly?
18     A Yes.
19     Q To a degree here Nick Foster is
20 representing that dust was a huge problem at the
21 Rockdale facility?
22     MR. MARX: Is there a question?
23     A Yes. Sorry, say that again.
24     Q Sure. Would you agree that what Nick
25 Foster is representing here is that dust was a

177

1  huge problem at the Rockdale facility?
2      MR. MARX: Objection, form.
3      A I mean, that is what he's saying here.
4      Q And he inspected the facility in June of
5  2021?
6      MR. MARX: Objection, form.
7      A Yeah. This seems similar, I guess, to the
8  prior document where, you know, maybe they were
9  slapping them around and trying to be problematic.
10 I assume this was part of that same inspection.
11     Q Do you have any reason -- let me rephrase
12 that.
13        You never inspected the facility while
14 SBI's miners were still operating at the facility,
15 correct?
16     A Correct.
17     Q And you never inspected the facility and
18 even still today you have not conducted any
19 inspection of the facility to determine the issue
20 of dust at the facility, correct?
21     MR. MARX: Objection, form.
22     A Correct.
23     Q Do you have any reason to disagree with
24 Nick Foster's statement that dust was a huge
25 problem at the Rockdale facility based off of what

178

1  he saw from inspecting the Rockdale facility in
2  June of 2021?
3      MR. MARX: Objection, form.
4      A Again, maybe some bias based upon the
5  prior, you know, would be problematic and slap
6  these guys around. You know, to use words like
7  huge problem, maybe to exacerbate things to be
8  problematic.
9        And, you know, I guess, I don't see any --
10 did he look at running miners or anything related
11 to this? So I mean, he said -- said it, I see it
12 here, just don't know the full state of what he
13 was thinking.
14     Q You never reached out to Nick Foster to
15 talk about his inspection in this case, did you?
16     A No.
17     Q And did you ever reach out to Heath
18 Davidson from Whinstone to ask him about any of
19 the conversations that he had with Nick Foster
20 during his inspection of the facility?
21     A No.
22     Q Did you talk to anyone at Whinstone or
23 Riot regarding dust accumulation at the Rockdale
24 facility in 2020 to 2021 when SBI's miners were
25 operating?

179

1      A No.
2      Q Did you talk to anyone at Whinstone or
3  Riot regarding the air intake temperatures of the
4  miners at the -- of SBI's miners at the Rockdale
5  facility from 2020 to 2021?
6      MR. MARX: Objection, form.
7      A No.
8      Q Did you talk to anyone at Whinstone or
9  Riot regarding any issues with the miners
10 overheating in Building B from -- while they
11 operated from 2020 to 2021?
12     MR. MARX: Objection, form.
13     A Not during that time, no.
14     Q Have you ever talked to Chad Harris in
15 this case?
16     A No.
17     Q Do you know who Chad Harris is?
18     A I may get him confused with -- there is
19 two Chads, right?
20     Q Close. There is two Harrises, Chad and
21 his son Ashton.
22     A Okay. Yes.
23     Q And I ask that because you have some in
24 your rebuttal report which we will get back to
25 here, you have -- you discussed some statements

180

1  from Chad Harris in there. Do you recall having
2  any specific conversations with Mr. Harris in this
3  case?
4      A No.
5      Q Have you interviewed any of Whinstone's
6  employees or former employees about any topic in
7  this case?
8      A Not that I can think of, no.
9      Q All right. So returning to your rebuttal
10 report which I believe was Exhibit 141; is that
11 right?
12     A Yes.
13     Q All right. I want to turn to page 8 and
14 paragraph 21. Are you there?
15     A Yes.
16     Q In this paragraph you talk about standard
17 refurbishment practice; is that right?
18     A Yes.
19     Q Have you ever refurbished a miner before?
20     A No.
21     Q Have you ever refurbished any computing
22 equipment before?
23     MR. MARX: Objection, form.
24     A Outside of cleaning, cleaning servers and
25 desktops, only in that context.

Transcript of Richard Peters

Conducted on October 14, 2025

---

181

1    Q All right. Now, you reference a published
2 price list from a D-Central Technologies. Do you
3 see that?
4    A Yes.
5    Q And do you recall -- I'm going to show you
6 a copy of that price list here.
7        MR. PATTERSON: What exhibit number are we
8 up to?
9        COURT REPORTER: 142.
10        (Exhibit 142 marked.)
11    Q Mr. Peters, you have just been handed
12 Exhibit 142. Can you tell the jury what this
13 document is?
14        MR. MARX: 143.
15        COURT REPORTER: 142.
16        MR. MARX: Sorry, ignore me.
17    A This is, I believe, a pricing table from
18 the D-Central website under their services page.
19    Q And is this the published price list that
20 you referenced in paragraph 21?
21    A It looks familiar. I hit it on July 10th,
22 but it looks similar.
23    Q Now, in -- in your paragraph 21, you
24 reference that cleaning can be done for $35 per
25 unit, right?

---

182

1    A As a range, yeah.
2    Q Sure. And that $35 per unit that simply
3 covers cleaning the miners, right?
4    A Yeah. I just had, I believe -- yeah, I
5 called it cleansing, ultrasonic cleansing maybe.
6    Q Sure. Ultrasonic cleansing, cleaning from
7 dust, either way, $35 per unit for that, right?
8    A Yes, that is what I understand.
9    Q And that doesn't include any kind of
10 diagnostics being run, right?
11    A Correct.
12    Q Now, if you go to the top of this chart,
13 whole miner diagnostics are priced at $50 per
14 miner, right?
15    A Yes.
16    Q So if someone wanted to have these
17 diagnostics run on this miner as well, then just
18 from the cleaning and the diagnostics that would
19 be $85 per miner, right?
20    A From this particular vendor, yes.
21    Q Again, that is the vendor that you rely
22 upon in your opinion, right?
23    A Yes. As an example of, of this, yeah.
24 There are others. This isn't the only one, but
25 yes.

---

183

1    Q Sure. There may be others, but this is
2 the only one that you identify, right?
3    A That is the only one I listed in my
4 report, I believe.
5    Q Did you do any research into any other
6 vendors?
7    A I know there was other vendors that --
8 that did it. I don't know that all of them put
9 their price lists out there.
10    Q Do you recall reviewing any other price
11 lists in this case?
12    A I know I looked for other vendors, but I
13 don't think I saw price lists for any of the other
14 vendors.
15    Q So as far as the one that you rely on,
16 this one from D-Central Technologies to clean and
17 run diagnostics on a miner, it would cost $85?
18    A Correct.
19    Q And for a fleet of 20,000 miners, that
20 total cost would come out to approximately $1.7
21 million?
22    A If that is the math, 85 times 20,000, then
23 yes.
24    Q Then if there is any actual repair work
25 that would need to be done on them, that would be

---

184

1 an additional charge, right?
2    A If they were to do it at this facility, I
3 would expect, yes.
4    Q Sure. And for example, here it says, fan
5 replacement is $5 plus the cost of the part,
6 right?
7    A Yes.
8    Q And if you have to repair the hash for it
9 even just a level 1 repair is going to be $75 per
10 board, right?
11    A Yes.
12    Q And then if you flip to the back page, the
13 PSU repair, that would cost $75 per miner as well,
14 right?
15    A Yes.
16    Q And so if any of these miners needed
17 additional repairs or replacements, whether it is
18 the fans, the hash boards, the PSUs, any of that,
19 that is all going to be additional expenses,
20 right?
21    A Yeah, for whoever performed that function.
22 So it may not have to be SBI, it could be factored
23 into pricing for the purchaser to do some of
24 these. And you could probably -- you know, if I
25 were a business, I would be smart about it and I

---

Transcript of Richard Peters
Conducted on October 14, 2025

185

1  could do my own testing as to whether they're
2  operating as expected.
3      And so, it is probably a mish mash of
4  those. You probably just have some cleaned, you
5  might make a business decision on even if you need
6  to repair some, based upon, you know, the value of
7  the unit and, you know, how much bitcoin it has
8  produced, whether it is worth investing additional
9  into that.
10     So they're just -- lots of different
11 factors that would go into that to clean and prep
12 those depending on who did it and who was paying
13 for that service.
14     Q  Sure. But even if your -- any buyer
15 before they purchase these miners, would want to
16 know if the miners run, correctly, right?
17         MR. MARX: Objection, form.
18     A  Generally they want to know a percentage
19 of them. They would have an expectation that a
20 certain percentage of them should be functional
21 when they receive them, so they have some margin
22 of error for units that don't function. They
23 typically will turn those into parts.
24     Q  And whether that is done in-house or
25 through someone like D-Central Technologies. That

186

1  is going to be a additional cost that any buyer
2  would then have to factor in to determining
3  whether or not buying these miners would, in fact,
4  be profitable, right?
5      A  Yeah. As I say in here, there is
6  reconditioning, cleaning costs typically factored
7  into the pricing. So you are going to maybe
8  reduce your price if the buyer is going to perform
9  some of those services or, you know, keep your
10 price or increase your price if you are doing
11 those improvements yourself.
12     Q  Sure. And you say that, as you mentioned
13 in paragraph 21, market participants already price
14 normal cleaning into their offers. I don't see a
15 footnote or a citation there. What is your basis
16 for that opinion?
17     A  I guess the prior statement, right, says,
18 in other words, so it is kind of a restatement or
19 summation on the prior where I draw that
20 conclusion.
21     Q  Sure. And the prior footnote is to
22 D-Central Technologies, right?
23     A  Yes.
24     Q  Where in this chart does it say that
25 market participants already price normal cleaning

187

1  into their offers?
2      A  I don't think it says that in this
3  particular document.
4      Q  So when you say, "in other words," what
5  are you -- what other words are you referring to?
6  Because if D-Central Technologies isn't saying
7  market participants already price normal cleaning
8  into their offers, where is that coming from?
9      A  I guess knowledge of the industry. I
10 mean, there are many vendors that offer this
11 service knowing that that is normal operations, I
12 guess. When these brokers are doing these deals,
13 this is usually a part of them, just in talking to
14 them, I guess, through blogs and those types of
15 things. Just the knowledge of it.
16     Q  Sure. So we just have to take your word
17 for it that market participants already price
18 normal cleaning into their offers?
19         MR. MARX: Objection, form.
20     A  I would expect that, you know, SBI as a
21 company looking into these things would be
22 investigating those. I mean, it seems natural for
23 them to have to do that. I mean, miners run hard,
24 they run in industrial facilities, they are going
25 to be dirty equipment. It is common for them to

188

1  be cleaned in some capacity.
2      Q  All right. And but as we sit here today,
3  you can't point us to a document, an article, a
4  presentation, anything that says market
5  participants already price normal cleaning into
6  their offers, right?
7         MR. MARX: Objection, form.
8      A  Yeah, I don't have a link or a reference
9  to that. I mean, it may be something you can
10 Google, but I did not do that -- do that work or
11 create a link for that or look for that
12 specifically.
13     Q  In paragraph 22 you talk about sale of the
14 miners to The Computing Limited, right?
15     A  Yes.
16     Q  And you reference that the units still
17 achieved $33 per unit in a forced liquidation
18 arm's length transaction; right?
19     A  Yes.
20     Q  And $33 per unit would not cover any --
21 would not cover the cleaning costs to have
22 D-Central Technologies clean the miners, right?
23     A  Unless it was already factored into this,
24 right. That was the price for the units. I don't
25 know that I have any other information on that

189

1 transaction.
2     Q But as far as the price per unit that you
3 indicate here, $35 price per unit does not cover
4 the $35 that it costs to clean miners, right?
5     MR. MARX: Objection, form.
6     A I guess -- so my expectation is that the
7 buyer has bought these either as is or they
8 factored that cleaning cost into their pricing at
9 33. So there would be no other cost to SBI or
10 it's been priced into that.
11     If you are asking is $35 to have D-Central
12 clean a unit that was $33 to purchase, yeah, that
13 makes no sense. That is why, you know, no
14 reasonable person would do that, no reasonable
15 business would do that.
16     Q No reasonable business would sell a miner
17 if it would cost them more in cleaning and
18 repairing the miner than they would make in a
19 sale, right?
20     A Yeah. In this case, SBI chose to sell
21 these miners. They made approximately $33 per
22 unit and that is the sale. They sold those units.
23 I don't know that -- we have no context on if
24 cleaning was part of it, if it was included. SBI,
25 my assumption would be they're not paying any --

190

1 anything on these units. They've already made the
2 sale.
3     Q Looking to -- I want to turn to paragraph
4 29 on page 10?
5     A I'm there.
6     Q In the first sentence you state, Moreover,
7 an experienced mining operator knows that
8 achieving 740 PH/s from a 620 PH/s-rated fleet
9 requires not just overclocking, but also
10 maintaining spare capacity for routine
11 maintenance, repairs and downtime.
12     Did I read that correctly?
13     A Yes.
14     Q And so it is your opinion that to achieve
15 the hashrate of 740, I guess, petahashes per
16 second would require overclocking SBI's miners?
17     A They would have to run in turbo mode at
18 least to be able to perform at that level.
19     Q All right.
20     A And they would all have to be operating,
21 like, every single 20,000 units.
22     Q And in your calculations, you assume that
23 all 20,000 miners were operating?
24     A That wasn't my calculations. That was
25 Mr. Byers' calculations, I believe --

191

1     Q Sure.
2     A -- or Mr. Schuler.
3     Q When you did your valuations in your
4 initial report, you were assuming that SBI could
5 sell 20,000 units, did you not?
6     A Yes, I would expect that they had an
7 opportunity to sell their units.
8     Q And so you were also assuming that all
9 20,000 miners, were operating or capable of
10 operating in normal mode the entire time and not
11 having any downtime, right?
12     MR. MARX: Objection, form.
13     A Say that again. I mean, that doesn't --
14     Q Yeah, I will rephrase it.
15     You're criticizing Mr. Schuler here for
16 assuming 100 percent uptime percentage, right?
17     A I'm kind of criticizing his apples to
18 oranges. Like, he's trying to provide replacement
19 miners and he's using turbo mode. So he's using
20 the current 20,000 miners in turbo mode to
21 calculate a 740 petahash calculation. And then
22 he's offering different miners at their normal
23 rate and not using the, you know, higher power
24 mode for those or turbo mode, if they had that.
25     So it an apple to oranges. If you are

192

1 going to use your turbo mode hashrate for your
2 existing units and you're offering replacements or
3 costs for new hardware, you should then also use
4 the turbo mode. Meaning, okay, then you are going
5 to purchase less assets to meet that same amount
6 of performance. So that is the, I guess, point of
7 that -- this paragraph or this section, here.
8     Q Mr. Schuler, the opinion that you are
9 criticizing was Mr. Schuler's opinion as to the
10 number of miners and the cost to replace the
11 computing power that SBI lost, correct?
12     A Yes, that specific section of his report,
13 I believe.
14     Q And Mr. Schuler comes up with the
15 calculation of 41 -- of approximately $41 million,
16 right?
17     A I believe so, yes.
18     Q Do you disagree that it would cost
19 approximately $41 million to replace 740
20 petahashes per second for a fleet?
21     A That is where I don't know that he did his
22 calculation right, right. I mean, he's -- he's
23 using normal -- you could get away probably with
24 less, less number of units if you are comparing
25 apples to apples. If you are doing turbo mode for

Transcript of Richard Peters
Conducted on October 14, 2025

193

1   the assets you are selling, then you want to
2   compare it to turbo mode on the assets you are
3   buying so that you have an equal representation of
4   the complete.
5        And so the 41 million, then, should be a
6   high number because you are -- you are comparing
7   apples to oranges.
8        Q  Did you do any analysis to determine
9   whether or not any of the miners that Mr. Schuler
10  refers to had a turbo mode designed by the
11  manufacturer?
12       A  Repeat that one more time.
13       Q  Sure.  Did you do any analysis -- you keep
14  saying that Mr. Schuler is comparing a normal mode
15  to a turbo mode.  Did you do any analysis of the
16  miners that Mr. Schuler refers to determine
17  whether or not they had a turbo mode designed by
18  the manufacturer?
19       A  I guess from -- I think he had referenced
20  a WhatsMiner in the S19s.  They offer a high power
21  mode.  I'm not as familiar with the 1366, but it
22  is another Avalon, so I'm assuming it also has
23  true turbo mode or the same Canaan version of
24  turbo mode.  So I believe they all have that
25  option.

194

1        Q  And what is -- what is that opinion based
2   on?  What documents are you basing that opinion
3   on?
4        A  Well, he references the WhatsMiner in 50,
5   the S19XP just knowing the specs of those miners,
6   which anyone can look up, you will see that
7   they -- they have those capabilities.  Avalon
8   A1366, I believe in some of the documentation that
9   Mr. Byers provided where he used that unit even
10  though it is not in use, I believe it -- it
11  references the ability to have a turbo mode as
12  well.
13       Q  Would you agree that there is a difference
14  between running a miner in a manufacturer
15  specified mode than overclocking the miner?
16       A  Those are -- those are two different
17  operating modes for a miner, yes.
18       Q  And your opinion as you stated in here, is
19  based off of overclocking the miners not on
20  running them in turbo mode, correct?
21       MR. MARX:  Objection, form.
22       A  Here those terms are somewhat
23  interchangeable.  I mean, he's using turbo mode
24  here.  Turbo mode pushing those units harder
25  faster.  My criticism is that on the new units,

195

1   you are not doing the same thing.  You are not
2   looking at them running in a turbo mode like
3   state.
4        Q  Well, you have just agreed that there is a
5   difference between turbo mode and overclocking a
6   miner, correct?
7        A  I don't know that I said that.  I mean,
8   turbo mode, overclocking, are sometimes used
9   interchangeably.
10       Q  Where have you seen those used
11  interchangeably?
12       A  In the field, right, blogs, post, where
13  you use the term overclocking to push them harder.
14  Where you are trying to draw a distinction maybe,
15  is that you can manually adjust settings.  So in
16  the traditional IT world, you could overclock a
17  system in that -- in that case, right.  I mean,
18  you manually go in and you adjust parameters.
19       In these miners, I think all three of
20  these, there is a setting within there that you do
21  that.  So technically you are overclocking when
22  you are putting it in turbo mode.  When you are
23  going -- some of them call it I think high power
24  mode.  You are -- you are applying more power and
25  you are adjusting the clock cycles to make them

196

1   run harder, faster.
2        My suggestion is you need to do that when
3   you are evaluating the new hardware as well as
4   your -- the hardware you were replacing.
5        Q  You would agree that overclocking in the
6   IT sense refers to the manual modification of the
7   miner to outperform its specifications, right?
8        MR. MARX:  Objection, form.
9        A  Yes, I mean to be specific -- I'm sorry, I
10  keep trying to be specific, but right in modern
11  technology you can buy workstations and there are
12  modes in there to -- to overclock, where you don't
13  have to manually adjust things.  In the earlier
14  days, it was very much a manual exercise to -- to
15  truly overclock, to be more dangerous.
16       Q  And at least as we were being looking at
17  that product warranty earlier in the sale
18  regarding SBI's miners, you would agree that
19  Canaan specifically stated that running the miner
20  in turbo mode is not overclocking the unit,
21  correct?
22       MR. MARX:  Objection, form.
23       A  Right.  It is the sales contract.  This
24  wasn't the -- the spec sheet for the miner.  In
25  that contract, I mean it had language around that,

Transcript of Richard Peters
Conducted on October 14, 2025

197

1   yes.
2       Q   Now, my question is more simple. I'm just
3   asking what the manufacturer stated. The
4   manufacturer stated that running the miner in
5   turbo mode does not constitute overclocking,
6   correct?
7       MR. MARX:  Objection, form.
8       A   I guess that is a sales contract. So if
9   Canaan created that sales contract, they're the
10  ones who created that language. They have also
11  created the manual for these specific versions
12  that say that they should operate in normal mode
13  most of the time. So it is -- it is -- there is
14  two -- there is different forms of data here for
15  this.
16      MR. PATTERSON:  Objection, nonresponsive.
17      Q   In the sales contract dealing with product
18  warranty, the manufacturer specifically states
19  that running the miner in turbo mode is not
20  overclocking the miner, right?
21      MR. MARX:  Objection, form.
22      A   Those words are in there for A1041s
23  specifically. It doesn't mention any other
24  version.
25      Q   You keep referencing a manual. And that

198

1   is based off of your -- what specific manual are
2   you referring to?
3       A   I believe it is my reference 10 there, the
4   Avalon 1041 manual. I think you may have had an
5   SBIC document for that as well, but...
6       Q   I want to turn to page -- actually before
7   we turn, that footnote 11 that you referred to,
8   that is from a website called ZeusBTC.com, right?
9       A   Yes, footnote 10.
10      Q   That is not from Canaan or Avalon, right?
11      A   The website link is not Canaan. The miner
12  manual appears to be from Canaan.
13      Q   Isn't ZeusBTC.com just a blog post?
14      A   Yeah. They talk about bitcoin. I think
15  they may have some services as well.
16      Q   We've been going for a little over an
17  hour. Are y'all fine with taking a five minute
18  break?
19      MR. MARX:  Sure.
20      A   Yes.
21      VIDEOGRAPHER:  We are going off the
22  record. The time is 2:48 p.m.
23      (Recess, 2:48 to 2:57 p.m.)
24      VIDEOGRAPHER:  We are going back on the
25  record. The time is 2:57 p.m.

199

1       Q   All right. Mr. Peters, going to your
2   rebuttal report. I want to move on your rebuttal
3   opinions regarding Charles Byers.
4       And before we get into any specific
5   opinions, what education, experience or training
6   are you relying on to rebut Mr. Byers' opinions?
7       A   Say that again, which things?
8       Q   Sure. In your report, you offer -- as
9   we've discussed, you offer rebuttal opinions to
10  Mr. Charles Byers, correct?
11      A   Yes.
12      Q   What specific education, experience or
13  training are you relying on to rebut Mr. Byers'
14  opinions?
15      A   I mean, I would say, I guess, professional
16  experience for most of this. I mean, there is
17  maybe you could say some statistics, which, you
18  know, were in university courses, I mean, related
19  to the Lancium data.
20      Q   All right. Let's turn to page 11 of your
21  rebuttal report?
22      A   Okay.
23      Q   Looking up on page 11, Roman Numeral VI of
24  the rebuttal to Mr. Charles C. Byers. This is the
25  section of your report, you would agree, where you

200

1   begin your rebuttal opinions to Mr. Byers?
2       A   Yes.
3       Q   All right. In paragraphs 32 to 34, you
4   offer rebuttal opinions on the topic of expected
5   failure rates; is that correct?
6       A   Yes.
7       Q   Generally what is your opinion here in
8   regards to expected failure rates?
9       A   I mean, Mr. Byers suggests 1 percent or
10  less per year. I think it is -- it is definitely
11  higher than that. I mean, there is no -- I don't
12  know where that number came from. I mean, we have
13  seen in the industry, you know, 5. Again, it just
14  depends on the operation, but, you know, 5 percent
15  is not uncommon from what I have seen.
16      I guess, there is lots of discussion here
17  on the batch of miners specifically and whether or
18  not there were, you know, some known issues with
19  those. If you know, you know, through some of the
20  conversations that Russia operations, I think at
21  least 20 percent of those were, you know, not
22  working.
23      I mean, there is lots of discussions
24  between, I think, Chad Harris and Carson related
25  to downtime at other facilities. So with -- I

Transcript of Richard Peters
Conducted on October 14, 2025

201

1 guess with all of those, I would disagree with his
2 1 percent failure rate.
3    Q What is your methodology for formulating
4 this opinion?
5    A I guess review of the facts of this case.
6 I mean, there is -- I don't see anywhere in any
7 SBI facility or any methodology that he performed
8 to justify that. And so I'm just rebutting that
9 I don't see any support or evidence even within
10 SBI at other facilities that that is even being
11 done.
12    Q Did you conduct any calculations to
13 determine any failure rates of SBI's miners at the
14 Rockdale facility?
15    A I did not, because I guess SBI's experts
16 didn't do it and they couldn't do it, because they
17 didn't have the inventory of each individual
18 miner. Again, I think that is a key point in that
19 no one has done an investigation to know which
20 units are failing, no one has gone to that level.
21 They have just said, systems are down, therefore,
22 you know, this hypothesis, and that is the only
23 thing considered.
24    MR. PATTERSON: Objection, nonresponsive
25 to everything after, "I did not."

202

1    Q Mr. Byers -- or sorry, Mr. Peters, in
2 paragraph 33 in about the middle of the paragraph,
3 there is a sentence that starts with, Early
4 generation ASIC miners. Do you see that?
5    A Yes.
6    Q You say that, Early-generation ASIC miners
7 such as the Canaan Avalon A10 series are
8 documented in blogs and user forums to have
9 significant -- to have experienced significantly
10 higher failure rates across the industry; is that
11 correct?
12    A Yes.
13    Q And you cite to one blog link looks like
14 from CompuLove; is that right?
15    A Yes.
16    Q Now, you see that there is -- it is
17 documented in blogs and user forums. Do you have
18 any other sources other than the one blog post
19 that you cite to?
20    A I didn't reference any others. That is
21 just one I selected for an example. I do know
22 I've read blogs just industry commentary that --
23 that seemed prevalent.
24    Q So you make the opinion that it is
25 documented in blogs and user forums, but you just

203

1 choose one blog opinion to read and base your
2 opinion on; is that right?
3    MR. MARX: Objection, form.
4    A So for this commentary here. But again,
5 it appears that that may be evident in the, you
6 know, even in Byers report. Again, the table
7 where these early generation, like, where are the
8 1041 miners. It is -- it is -- no one has done
9 the analysis or work, put in the work to know if
10 that is not the case.
11    I mean, where are the 1041s. They -- are
12 they all the ones that have broke. So that may
13 further support that it feels like these are early
14 generation prototype first of a kind systems that
15 the vendor is trying to figure out along with
16 their customers.
17    MR. PATTERSON: Objection, nonresponsive
18 to everything after, "so for this commentary
19 here."
20    Q Mr. Peters, do you recall describing the
21 Avalon 1041 miner as a competitive miner in the
22 bitcoin mining field in your initial report?
23    A Sure.
24    Q So it was a competitive miner, but now you
25 are saying it is a early generation prototype that

204

1 the vendor was still trying to figure out what it
2 was?
3    MR. MARX: Objection, form.
4    A I guess I could read what I had in the
5 first one. I mean, Canaan is a well-known vendor.
6 So they're a well-known vendor, they're not a fly
7 by night company. I mean, so they're respected as
8 a real provider in the space.
9    That doesn't discount that they have
10 issues. You know, most manufacturers have issues
11 with the early release products as they try to
12 rush them out to meet demand. So I don't know
13 that I confused the two.
14    Q In paragraph 34, you criticize Mr. Byers
15 for expecting these miners to maintain a 99
16 percent availability over multiple years.
17    What would you say is a realistic
18 percentage of availability that the miners should
19 have over multiple years?
20    A It depends. It depends on how the
21 organization is running those miners. So I would
22 expect a -- more systems to fail or need repairs
23 or have issues if they're running in the turbo
24 mode, higher power usage pushing them harder. I
25 would expect a higher failure rate than maybe

Transcript of Richard Peters
Conducted on October 14, 2025

205

1  running in normal mode, but there is always --
2  systems come up and down all the time.
3      Q  Have you ever conducted any research in
4  your professional career as to the failure rate of
5  miners or computing equipment that are used in a
6  high powered mode as opposed to a normal mode?
7      A  I know I have seen documentation, read
8  some things that state running those units harder
9  are more likely to have issues down the road.
10 That I don't recall any percentages or a specific
11 number.  It is just known pushing a unit harder it
12 is more likely to have issues.
13     Q  So you have seen some documentation, but
14 you don't cite any documentation in your report,
15 right?
16         MR. MARX:  Objection, form.
17     A  Not that I recall.  I don't think that was
18 asked of me.
19     Q  So if you don't provide any documentation
20 for this research that you allege exists, would
21 you agree that we cannot validate whether or not
22 your opinion is legitimate or based on a
23 reasonable basis because the documentation isn't
24 there?
25         MR. MARX:  Objection, form.

206

1      A  Restate that question.
2      Q  Sure.  How are we supposed to evaluate or
3  validate whether or not your opinion is real or
4  this research exists if you don't provide any
5  citation for it and simply say the documentation
6  exists?
7          MR. MARX:  Objection, form.
8      A  One, you have the data.  You can with SBI,
9  right.  At other data centers you are not getting
10 1 percent uptime.  Specifically, right, the text
11 messages, communication back and forth, there was
12 significant downtime across other operations
13 within SBI.
14        So I mean, that is apparent there that you
15 could review that data.  I mean, I've reviewed
16 that, I think I discussed it in other sections of
17 the report.
18     Q  Sure, but you're offering an opinion that
19 it is unreasonable -- sorry, strike that.
20        You are offering a opinion that running
21 something turbo mode as opposed to normal mode is
22 going to increase the wear and tear.  And I want
23 to know how we validate that opinion if you don't
24 provide or identify any research, studies or
25 testing that has been conducted on that topic?

207

1          MR. MARX:  Objection, form.
2      A  It is professional expertise.  I mean, we
3  have -- in this space, I mean, that is a -- an
4  understood thing.  As you read in the manual, for
5  the document, the expectation is to run in normal
6  mode.  These -- these help the units to more
7  likely last longer.
8      Q  Mr. Peters, you have already testified
9  that you are not a computer engineer; right?
10     A  Correct.
11     Q  You have never manufactured or designed a
12 piece of cryptomining equipment, right?
13     A  Outside of building the GPU servers.
14     Q  Sure.  I mean for building the servers,
15 the GPU servers, that was you ordering parts and
16 assembling them, right?
17     A  Correct.
18     Q  Like assembling a desktop computer?
19     A  Similar, yes.
20     Q  Now, Mr. Peters, I have assembled a
21 desktop computer to play video games on.  Does
22 that mean that I'm an expert and qualified to
23 testify on whether or not a particular piece of
24 electronic equipment is going to function better
25 in a normal mode versus a turbo modes?

208

1          MR. MARX:  I am going instruct you not to
2  answer to counsel's testimony.  He's not asking a
3  question.
4      A  Yeah, I can't answer that.
5          MR. MARX:  And at this point it is just
6  arguing with you.
7      Q  So in what field are you saying that it is
8  well-known that miners operating in turbo mode
9  deteriorate at a faster condition than normal
10 mode?
11         MR. MARX:  Objection, form.
12     A  The cryptomining industry.
13     Q  Can you point me to a study, a test, a
14 single article that supports that opinion?
15         MR. MARX:  Objection, form.
16     A  I guess I did not gather that data for
17 this report.  I was rebutting Mr. Byers, who was
18 suggesting that the 1 percent failure rate is
19 expected.  I don't have a link for you right here,
20 but from professional experience, from, again,
21 practical experience, when you run computing
22 hardware harder, it is more likely to have a
23 failure.
24     Q  Outside of this case, have you ever
25 conducted a study or any testing to support that



**209**

```
1   opinion?
2       A  I have not done a study or testing for
3   that.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18      Q  And do you know how Lancium -- actually
19  have you ever been retained to opine on a product
20  defect before?
21      A  I would say no.  I mean, around
22  vulnerabilities, but I wouldn't, I guess,
23  necessarily call that a product issue.
24      Q  And you're offering an opinion that the
25  PSUs were defective in this case?
```

**210**

```
1       A  I'm suggesting that that is another very
2   valid potential issue here.  I mean, there is lots
3   of evidence supporting that there could be issues
4   with the PSUs and internal communication with SBI
5   and Chad Harris for that very same.
6       Q  When you say there is lots of evidence,
7   are you aware of any physical evidence of PSU
8   defects that you can cite to?
9       A  Outside of the MOSFET issues, I think
10  there was some communication around replacing
11  PSUs, bringing those systems up there.  PSU
12  overvolting, where it is drawing a higher power
13  than it is specced for.  Those were all
14  communications I saw.
15
16
17
18
19
20
21
22
23
24
25
```



213

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21   Q  And in Chad Harris' communication to SBI
22  Chad Harris concluded that the PSUs were defective
23  on all the A10s, didn't he?
24      MR. MARX:  Objection, form.
25   A  It appears to be his speculation and

214

1   appeared to be what SBI concluded as well with all
2   the miners they had down.  They seemed to be in
3   agreement and kind of troubleshooting that problem
4   together.
5      Q  Sure.  But as you said, Chad Harris was
6   speculating as to what he thought was the cause of
7   the miner failure?
8      MR. MARX:  Objection.
9      Q  Right?
10      MR. MARX:  Objection, form.
11   A  Correct, that was his opinion at the time.
12      Q  Do you know what Chad Harris' background
13  is in, his, like, professional background?
14   A  No.  I may have read his bio one time, but
15  it did not stick.
16      Q  Do you know if he has any background in
17  engineering?
18      MR. MARX:  Objection, form.
19   A  I do not know.
20      Q  If you turn to page 13 of your report,
21  specifically I want to discuss paragraphs 41 and
22  42 if you are there?
23   A  Yes.
24      Q  This is where you discuss Chad Harris'
25  assessment, which is the message we were just

215

1   talking about, right?
2      A  Yes.
3      Q  And you state four lines down in paragraph
4   42, Crucially Harris stated clearly this is not a
5   heat-related event and expressed concern that this
6   could be on every machine.
7         Did I read that correctly?
8      A  Yes.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24      Q  Have you done any analysis of the
25  conditions in Building A of the Rockdale facility

216

1   during the time that SBI was operating its miners
2   at the Rockdale facility?
3      A  No.
4      Q  Are you aware that GMO was operating its
5   miners in Building A of the Rockdale facility
6   during that relevant time period?
7      A  I don't know.
8      Q  Are you aware that Building A of the
9   Rockdale facility was also an air-cooled building?
10      A  Not that I remember.  It may have come up
11  during the Rhodium matter, but I don't recall
12  that.
13      Q  Do you recall reviewing any documents or
14  communications related to Building A of the
15  Rockdale facility?
16      A  Not that I recall, no.
17      Q  If I represent to you that Building A and
18  Building B were both air-cooled buildings and had
19  the same design, would you have any basis to
20  disagree with that statement?
21      A  No, I have no context, so...
22      Q  I'm going to hand you what has previously
23  been marked as Exhibit 96 to Ian Rock's
24  deposition.
25      (Exhibit 96 discussed.)

Transcript of Richard Peters
Conducted on October 14, 2025

55 (217 to 220)

217

[Page content redacted]

218

[Page content redacted]

219

9    Q  Do you have any opinion as to whether the
10 same problems existed in Building B of the
11 Rockdale facility related to the issue of the lack
12 of intake or exhaust fans?
13    MR. MARX:  Objection, form.
14    A  I guess, no, I'm not familiar with the
15 building or what miner types they're running or
16 quantities or I don't know that I have enough
17 information.
18    Q  Well, you would agree that in Building B
19 there were no exhaust fans in the hot aisle,
20 right?
21    MR. MARX:  Objection, form.
22    A  Again, I don't think I looked up -- looked
23 up for that, but I will take your word for it.
24    Q  So if the only, quote-unquote, fans that
25 were in the hot aisle that were exhausting air are

220

1 the miners fans, you would agree that if the
2 miners fans were not running, then they would not
3 be pushing hot air up and out of the hot aisle,
4 correct?
5    MR. MARX:  Objection, form.
6    A  If a fan is not running, it is not -- not
7 moving air.
8    Q  And so if SBI's miners were not
9 operational and the miners were not running, then
10 you would agree that in Building B, those miners
11 fans would not be pushing hot air out of the hot
12 aisle, correct?
13    MR. MARX:  Objection, form.
14    A  I mean, a fan not moving will not push
15 air.  Any of the fans running will be pushing air.
16 So you might have a collateral effect, but any one
17 fan not spinning is not going to pull or push air.
18    Q  And some way to mitigate the risk of the
19 miners fans not being -- not running would be to
20 install exhaust fans in the hot aisle to assist
21 the miners to push hot air out of the hot aisle,
22 correct?
23    MR. MARX:  Objection, form.
24    A  I mean, that -- that sounds like maybe one
25 way to do it.  I mean, there may be others, that



221

1  would be one way.
2      Q  And you would agree that if the miners
3  were not expelling hot air, it would be possible
4  for there to be a backflow of hot air going back
5  through the miners, right?
6      MR. MARX:  Objection, form.
7      A  I mean, it is -- it is a possibility.
8      Q  And if that hot air, instead of being
9  exhausted through the hot aisle is going back
10 through the miner that does not have its fan
11 running it could cook the miner?
12     MR. MARX:  Objection form.
13     A  Not, I guess, not stated that way.  I
14 mean, if the fans are not blowing, I guess we need
15 more context.  Is the unit operational and powered
16 on or is this -- which unit are we cooking in this
17 scenario?
18     Q  Now, looking at -- going back to your
19 report that same paragraph we were looking at,
20 paragraph 42?
21     A  Yes.
22     Q  That text message that is sent from Chad
23 Harris to Carson Smith occurs on August 13th,
24 2020, right?
25     A  Yes.

222



24     Q  Now, Chad Harris says that it was
25 absolutely not a heat-related issue, right?

223

1      MR. MARX:  Objection, form.
2      A  He said clearly this is not a heat-related
3  event.
4
5
6
7
8
9      Q  I'm handing you what has previously been
10 admitted or entered as Plaintiffs Exhibit 24 to
11 the Ashton Harris deposition.
12     (Exhibit 24 discussed.)
13     Q  Have you reviewed this email previously?
14     A  Maybe similar to the prior.  I don't
15 remember it right offhand, but it may have been in
16 my collection of documents.
17     Q  Sure.  And so the email that starts on the
18 bottom of this page is sent on August 10th by
19 Ashton -- August 10th of 2020 by Ashton Harris,
20 right?
21     A  Yes.
22     Q  In that first full paragraph he states,
23 Currently the biggest contributor to machines
24 being down in Building B is between the heat
25 issue, (PSU's overheating, and devices), and

224

1  electrical issues (PDU breakers, panel breakers).
2      Did I read that correctly?
3      A  Yes.
4      Q  So here, if you look back up at the -- at
5  the top of this email, you see the recipients on
6  the email, right?
7      A  Yes.
8      Q  And one of the recipients -- one of the
9  people that is CCed on the email is Chad Harris?
10     A  Yes.
11     Q  So on August 10th, 2020 Ashton Harris is
12 communicating to people at Whinstone including
13 Chad Harris that there was a heat issue in
14 Building B at the Rockdale facility; is that
15 correct?
16     MR. MARX:  Objection, form.
17     A  I think the context may matter here.  I
18 mean, the heat issue is in quotes, which to me as
19 I'm reading this would be there is -- there is
20 something that everyone is working on.  They're
21 calling it the heat issue, so it is, quote, the
22 heat issue.  Which he specifically then talks
23 about PSUs again there, and devices, which I'm not
24 sure what -- what that might represent as the
25 issue.

Transcript of Richard Peters
Conducted on October 14, 2025

225

1    So I don't -- I think there may be some
2  context to this, like, the heat issue meaning that
3  that is what they're calling this -- this problem
4  that they're all working to resolve.
5    Q But that is what they choose to call the
6  problem, right, the heat issue?
7    MR. MARX: Objection, form.
8    A Yes, they have, quote, the heat issue in
9  this document.
10   Q And Chad Harris doesn't tell Carson Smith
11 it is the heat issue, right? He says it is
12 clearly not a heat related event?
13   MR. MARX: Objection, form.
14   A In my document, that is -- that is what he
15 said. I guess, there is further, right, context
16 above. If -- if this were a heat issue, we should
17 see more, which Lyle may be, again, working
18 through this as a, quote, heat issue.
19   Q As you -- as you sit here today, can you
20 definitively rule out that the problems suffered
21 by SBI's miners were, in fact, caused by a
22 heat-related issue?
23   MR. MARX: Objection, form.
24   A I don't think any expert in this matter
25 can make that opinion. I mean, we have no actual

226

1  -- we have no heat data. We have no input aisle
2  temperatures, we have no temperatures from the
3  miners themselves, chip temperature.
4    We have speculation around weather reports
5  that were, you know, 40 plus miles away, you know,
6  with picking on the high of the day versus a
7  24-hour period. I guess, there is the lots of --
8  I don't know that I have seen any conclusive
9  evidence saying this is a -- this is a heat
10 problem.
11   Q But you would agree it is certainly
12 possible that it was a -- that heat via either
13 overpressurization of the hot aisle or the high
14 ambient air intake temperatures could have
15 contributed to SBI's miners overheating and
16 failing?
17   MR. MARX: Objection, form.
18   A That is a possibility that no one has
19 tested for.
20   Q And you mentioned the lack of any
21 temperature data. That includes any -- any
22 temperature readings from the cold aisle of the
23 Rockdale facility, correct?
24   A As I understand, correct.
25   Q And that is in part because Whinstone

227

1  chose not to design their building with any
2  thermometers or any devices in the cold aisle that
3  could read the air intake temperature?
4    MR. MARX: Objection, form.
5    A I don't know any of those decisions.
6    Q You would agree that there weren't any
7  thermometers in the air -- in the cold aisle,
8  right?
9    MR. MARX: Objection, form.
10   A I don't know that. All I know is that it
11 appears none of us have any data for that.
12   Q And it didn't occur to you to ask why we
13 don't have any data?
14   MR. MARX: Objection, form.
15   A Again, in my capacity as a rebuttal, the
16 opposing experts didn't have the data and were
17 trying to rely upon other mechanisms.
18   Q Have you -- have you reviewed the
19 deposition testimony of Whinstone's corporate
20 representative in this case, David Schatz?
21   A I am not sure. I mean, it may be in my
22 collection of documents, but I don't know that I
23 focused on it if I did have it.
24   Q Well, if Whinstone -- you would agree that
25 a high air intake temperature can cause miners to

228

1  overheat, right?
2    MR. MARX: Objection, form.
3    A It is a possibility.
4    Q And that is something that a data center
5  should be designed to avoid, right, high air
6  intake temperatures?
7    MR. MARX: Objection, form.
8    A I would distinguish what you mean by data
9  center in this capacity.
10   Q You would agree specifically in the
11 hosting agreement in this case, Whinstone was to
12 agree to ensure that the air intake temperature
13 never exceeded 29.5 degrees Celsius, right?
14   MR. MARX: Objection, form.
15   A I did see that, those words in that
16 document, yes.
17   Q You would agree it is pretty hard to
18 determine whether or not the temperature exceeded
19 29.5 degrees Celsius if you don't install any
20 thermometers or devices to measure temperature in
21 the cold aisle of the building, correct?
22   MR. MARX: Objection, form.
23   A Yeah. I'm not sure how you would measure
24 that if they had anything or not. The
25 thermometers measure temperature, so for sure.

229

1    Q  Do you have any opinion as to what the
2  industry standards are for the design of a data
3  center as it relates to a cryptomining facility?
4    A  Again, I would distinguish that a data
5  center is not a cryptomining facility.  It is an
6  industrial facility, so I would not use the term
7  data center for it.  As far as I know, I don't
8  know of any standards or documentation for how you
9  build an industrial cryptomining facility.
10    Q  Let's turn to paragraph 50 of your
11  rebuttal report.
12    A  Okay.
13    Q  You state that technical -- in paragraph
14  47 you state technical analysis contradicts heat
15  theory, correct?
16    A  Correct.
17    Q  What technical analysis are you referring
18  to?
19    A  I guess the paragraphs there regarding the
20  MOSFETs during teardown of the PSUs at multiple
21  facilities seeming to have issues.  The PSUs
22  failing during the first days of deployment,
23  failures outside of maybe extreme Texas heat
24  conditions.  Those are the types of things that I
25  would be looking for.

230

1
2
3
4
5
6
7
8
9
10
11
12    Q  You state in the second sentence of
13  paragraph 48, The blown MOSFETs found during
14  teardown are indicative of electrical overstress,
15  not thermal damage.
16       What are you basing that opinion on?
17    A  What a MOSFET is doing in this regard.  It
18  is -- it is for voltage.  And so we saw
19  communications that these power supplies were
20  pushing higher voltage and by nature of what these
21  MOSFETs were purpose filled to do, that would --
22  that would -- that is too much voltage for those,
23  which is very likely to cause them to -- to fail.
24    Q  Have you ever designed a MOSFET before?
25    A  No.

231

1    Q  Have you ever consulted for a manufacturer
2  of MOSFETs before?
3    A  No.
4    Q  Have you ever been retained in a previous
5  case to offer any opinion as to the causes of
6  MOSFET failure before?
7    A  No.
8    Q  And as far as that sentence goes, blown
9  MOSFETs found during teardown are indicative of
10  electric overstress, not thermal damage.  I don't
11  see any footnote or citation here.  What are you
12  relying on in terms of scientific literature or
13  knowledge for that opinion?
14    A  It is just the basis of what that part
15  does.  I mean, it is a MOSFET for voltage
16  regulation, therefore, the most likely failure for
17  that unit is what it was purpose built for, which
18  is around voltage.  Just knowing what -- what the
19  part is, what it does.
20    Q  And the last sentence in paragraph 48 you
21  say, Furthermore, the 10 to 15 percent PSU failure
22  rate occurring within days of deployment is
23  inconsistent with gradual heat-related degradation
24  but entirely consistent with manufacturing defects
25  or specification mismatches.

232

1       Did I read that correctly?
2    A  Yes.
3    Q  What are you relying on here to support
4  the fact that this is consistent with
5  manufacturing defects but not heat-related
6  degradation?
7    A  Again, it is -- it is another hypothesis
8  that wasn't tested by any expert.  We have got --
9  if this were a specific heat issue, we would
10  expect to see it across all miners.  No one has
11  looked to understand the universe of miners that
12  are there.
13       And it could be the case that some of the
14  1047s if 5,000 or whatever it was, right, you may
15  have 100 percent uptime.  I mean, those types of
16  things suggest it may be a version or an addition
17  of a miner.  In addition to all the communications
18  around the PSUs failing and rush operations where
19  PSUs were also failing in addition to the Lancium
20  and the MOSFET and all of this data.  It is
21  another hypothesis that wasn't considered that I
22  think should be.
23    Q  Well, your opinion here isn't that this
24  was a hypothesis that wasn't considered.  You make
25  the affirmative statement that the 10 to 15

Transcript of Richard Peters
Conducted on October 14, 2025

59 (233 to 236)

233

1 percent failure rate is consistent with
2 manufacturing defects or specification mismatches.
3 So what is the specific basis that this is
4 consistent with manufacturing defects or
5 specification mismatches?
6      MR. MARX: Objection, form.
7    A Yeah, I guess it feels like the same
8 answer. It is to -- no one has considered any
9 other options. When you -- no one has looked at
10 the universe of those miners to understand are the
11 earlier units failing.
12      10 to 15 percent PSU failure seems a lot.
13 There is lots of communication and evidence
14 supporting that -- pointing to PSU is a failure.
15 I mean, these sound like they could -- they would
16 more likely be manufacturing defects than this
17 heat-related theory.
18    Q Are you aware of any testing that was done
19 in this case to determine the exact number or
20 rough percentage of SBI's miners that had a PSU
21 failure in this case?
22    A Just all the counts and the
23 communications.
24    Q Now, in paragraph 50 you state that it is
25 the industry norm it was -- let me rephrase.

234

1      In paragraph 50 you state, the industry
2 norm at the time was to assume that ASIC miners
3 would need major refurbishment or complete
4 replacement by two years.
5      Did I read that correctly?
6    A Yes.
7    Q And you cite to this ResearchGate article;
8 is that correct?
9    A Yes.
10    Q Is that your only basis that it was the
11 industry norm to refurbish or replace ASIC miners
12 every two years?
13    A I believe I had similar work in my expert
14 report for the Rhodium matter. I did research
15 through that as well. And from a business
16 perspective, right, as the hashrate continues to
17 rise on competing miners and the overall hashrate
18 -- the full hashrate of all the miners increases,
19 right, it only makes business sense that you are
20 going to get outproduced at some point. And so
21 that is a -- that is where the two to three year
22 cycle comes from.
23    Q Two to three years, not just two years?
24    A I have seen -- it depends on the business.
25 I mean, I have seen two years. This article

235

1 suggests two years. I've seen those that try to
2 push three years. It depends on the bitcoin
3 market. It depends on profitability at the end of
4 the day.
5      So what is the difficulty, what is the
6 price is bitcoin at. All of those factors will
7 come in, so if -- if the factors are favorable you
8 may be able to use your equipment longer, because
9 you are still profitable with it. If the bitcoin
10 markets are going wild, it is a bull market, there
11 is lots of participants, everyone is getting
12 faster, better hardware, your lifespan is going
13 tour shorter. More around the two-year mark.
14    Q So is it your opinion that the -- that
15 SBI's miners needed to be replaced or that SBI
16 should have sold its miners?
17      MR. MARX: Objection, form.
18    A I think it is a -- it is a business
19 decision, right. I mean, looking back at the time
20 it looks like they were considering their options.
21 They were looking at do we want to sell these. It
22 looks like they had some opportunities to do that
23 or did they want to continue using this hardware.
24      So from a business perspective, they chose
25 to continue using that hardware. That was their

236

1 decision and it just turned out to -- to not be a
2 good one at that time. They weren't able to -- to
3 do what they wanted to do.
4    Q Did you make any attempt to calculate the
5 profitability of SBI's miners in June of 2021?
6    A Not that I can recall, no.
7    Q Let's turn to paragraph 60 of your report.
8    A Okay.
9    Q The first sentence or -- sorry, the first
10 two sentences in paragraph 60 you state,
11 furthermore, Dr. Byers overlooks key thermal
12 dynamics within Building B. The facility was
13 constructed with a high degree of thermal mass as
14 its steel frame and concrete slab would have
15 moderated temperature fluctuations and reduced
16 heat accumulation and at a minimum is a shaded
17 environment.
18      Did I read that correctly?
19    A Yes.
20    Q What experience do you have in determining
21 the thermal mass of a building?
22    A Viewing the building, I guess. I mean,
23 this is a -- this is around heat. Having the
24 large concrete, I guess, being in Texas we're used
25 to the heat, so I mean there is -- I'm not an

237

1  engineer.
2      Q  Sure.  Yeah, you're not an engineer, but
3  you're making an opinion that there was a high
4  degree of thermal mass as its steel frame and
5  concrete slab would have moderated temperature
6  fluctuations.
7          So outside of this case, what experience
8  do you have identifying the thermal mass of a --
9  of a building?
10     MR. MARX:  Objection, form.
11     A  I haven't measured thermal mass.  I guess
12  I'm just communicating in this paragraph that you
13  have a large facility in a shaded environment to
14  the minimum, which is going to -- which you would
15  expect that the outside temperature in the sun it
16  is going to be very different inside a large
17  structure such as this.
18     Q  How would the steel frame, for example,
19  moderate temperature fluctuations and reduce heat
20  accumulation?
21     A  I think it is more around the size of the
22  facility.  The height of the facility as hot air
23  rises.
24     Q  What calculations are you basing this
25  opinion off of?

238

1      A  There is no calculation for this.
2      Q  What design documents are you basing this
3  opinion off of?
4      A  No design documents.
5      Q  Let's go to paragraph 62.
6      A  Okay.
7      Q  Paragraph -- starting at paragraph 62 it
8  looks like through 68 you are discussing Mr. Byers
9  Lancium data analysis; is that correct?
10     A  Yes.
11     Q  Have you personally conducted any analysis
12  of the Lancium data?
13     A  Yes.
14     Q  What have you done in terms of analyzing
15  the Lancium data?
16     A  I loaded the data into a database,
17  reviewed the contents of it, what the data looked
18  like, what was represented there.  And then
19  recreated what Mr. Byers did in his analysis, his
20  filters that he applied.
21     Q  And so did you do any -- so after you put
22  in all of that data, did you run any -- any
23  calculations or perform any calculations using the
24  data?
25     A  Just on record counts and, I guess, the

239

1  amount of fields that were not included in the
2  analysis.
3      Q  But as far as determining -- using that
4  data to run any calculations regarding the
5  operation or performance of the miners, you didn't
6  do that, right?
7      A  Correct.  I didn't feel this data was
8  usable by anyone.
9      Q  All right.  Let's turn to paragraph 68.
10     A  Okay.
11     Q  Actually let's start with 67.  The last
12  sentence of paragraph 67 reads, The contract
13  between SBI and Whinstone was scheduled to end
14  around June 2021, a fact that fundamentally
15  changes how we should interpret the declining
16  miner counts in the months leading up to contract
17  termination.
18         Did I read that correctly?
19     A  Yes.
20     Q  And then in 68 you opine that there was no
21  incentive or little business incentive for either
22  party to invest time and resources into repairing
23  the failed miners; is that right?
24     A  Yes.
25     MR. MARX:  Objection, form.

240

1      Q  And in the last sentence of paragraph 68
2  you state, The economics would be straightforward:
3  Why spend money and labor repairing a miner in
4  April or May 2021, when the entire operation will
5  be shut down in June.
6          Did I read that correctly?
7      A  Yes.
8      Q  Mr. Peters, so is it your opinion that
9  Whinstone had no or little business incentive to
10  invest time and resources into repairing the
11  miners in April or May of 2021?
12     MR. MARX:  Objection, form.
13     A  Unaware of what either side was expecting
14  other than they both knew the contract was ending.
15  And to whether either side chose to continue or do
16  additional effort, you know, it is likely both
17  sides had decided to carry on to the next step.
18     Q  Sure.  So looking at the number of miners
19  that were failing during that time, it looks like
20  the parties were not investing time into repairing
21  or replacing the miners; is that right?
22     MR. MARX:  Objection, form.
23     A  I don't know that we know that answer,
24  right.  Again, we don't -- we don't know the
25  breakdown of miners and, you know, the

Transcript of Richard Peters
Conducted on October 14, 2025

241

1 communications that were being had with Canaan.
2 And I think there is context that, you know, we
3 haven't seen. It is just another, you know, one
4 other thing that could be investigated or
5 discussed or produced perhaps for this particular
6 area.
7    Q As far as SBI's business incentive,
8 wouldn't you agree that there is an incentive for
9 SBI to have the most possible miners operating at
10 the -- at the Rockdale facility for the entire
11 length of the contract?
12    MR. MARX: Objection, form.
13    A You know, I don't know the ins and out of
14 their business operations. I mean, you cannot
15 produce bitcoin if bitcoins aren't mining. But if
16 there is other -- I don't know if they have other
17 costs or they're not wanting to replace hardware
18 or, you know, invest time, which is valuable as
19 well. Certainly there could be other
20 considerations there, but you cannot produce
21 bitcoin without miners.
22    Q Do you know why the contract ended in June
23 of 2021?
24    A I don't know that I recall the details of
25 it.

242

1    Q Are you aware that Whinstone was the party
2 that, in fact, terminated the contract?
3    A That sounds familiar, yes.
4    Q They terminated the contract on May 28th
5 of 2021?
6    A Okay.
7    Q Do you have any reason to disagree with
8 that?
9    A No, I don't know those dates.
10    Q All right. If -- so if Whinstone was the
11 party that made the decision to terminate the
12 contract, you would agree that SBI would not know
13 until it received notice on May 28 of 2021 that
14 the contract would terminate in June of 2021?
15    MR. MARX: Objection, form.
16    A I don't know that I could say one way or
17 the other. I mean, there may be communications,
18 telephone, verbally, some other way, that this was
19 going to happen.
20    Q Why would SBI have any reason to suspect
21 the contract is terminating prior to Whinstone
22 telling them the contract is going to be
23 terminated?
24    MR. MARX: Objection, form.
25    A Again, I don't know.

243

1    Q And so if Whinstone was the only party
2 that knew the contract was going to terminate in
3 June of 2021 before it provided notice to SBI,
4 then wouldn't SBI have had every incentive to
5 repair and have as many miners operational up
6 until the time the contract was, in fact,
7 terminated?
8    MR. MARX: Objection, form.
9    A Possibly, and maybe they were doing that.
10 This was just another hypothesis.
11    Q And a hypothesis that did not -- that --
12 so it is your -- it was -- it is just a hypothesis
13 that SBI and Whinstone didn't have any incentive
14 to invest time and resources into repairing the
15 failed miners?
16    MR. MARX: Objection, form.
17    A I guess, kind of the purpose of these
18 sections is there are additional alternatives for
19 the values we see. And SBI's experts did not look
20 and do anything else other than a very specific
21 objective. They had their laser focus on what
22 they thought the problem was and there was no
23 context that it could be anything else. And so
24 for where miner counts despite, you know, whether
25 it is a potential manufacturer issue on the

244

1 versions of miners, this was another, you know,
2 potential.
3    Q And it seems like one potential
4 explanation according to your report would be that
5 Whinstone knew the contract was terminating in
6 June 2021, and put in no more time or resources
7 into ensuring that SBI's miners were operating; is
8 that right?
9    MR. MARX: Objection, form.
10    A I would expect both of them to be
11 communicating throughout this process. I would
12 hope and expect that is a joint decision if you
13 are going to stop caring and feeding for a
14 particular asset.
15    Q Let's turn to paragraph 76 of your report
16 on page 23?
17    A Okay.
18    Q So starting on paragraph 76 and going
19 through it looks like paragraph 81, you offer
20 opinions on the laboratory dust sample analysis
21 that was done in this case; is that right?
22    A Yes.
23    Q And you are aware that Mr. Byers had sent
24 a sample of dust that he collected from a miner at
25 the -- that are currently being stored at the

245
1 Houston warehouse to have a lab run tests on that
2 dust, right?
3    A Yes.
4    Q What are your opinions as it relates to
5 the laboratory dust sample analysis?
6    A I guess I would maybe call it a lack of
7 chain of custody, right. These -- all of these
8 miners were boxed up at Rockdale and then shipped
9 or transported to Chicago where they were stored
10 for some period of time and then shipped to
11 Houston where they were stored for a period of
12 time.
13      These are not sealed containers. They're
14 boxes, wooden boxes that are nailed shut. At
15 least the warehouse in Houston is -- Houston being
16 very humid, it is an open warehouse. They were
17 open doors there. There is a lot of movement,
18 like, this is four years after these -- these were
19 packaged and boxed up. And so you have got this
20 -- a lot of movement there for where dust could
21 come from.
22      Additionally, I don't see anywhere that he
23 took a baseline sample from Rockdale to even have
24 a comparison to know that any of the results have
25 some kind of meaning there.

246
1      And then, you know, further I don't know
2 that -- he gathered these dust samples and we
3 don't know if the miners were operating or not,
4 were these assumed to be working miners. And we
5 -- so we drew dust samples from working miners. I
6 think that is probably the extent of it.
7    Q And so as it relates to the analysis that
8 the lab performed, do you have any disagreements
9 with the laboratory's findings in this case?
10    A No. Not being a chemist, it looked like
11 what a lab would deliver.
12    Q I'm going to hand you Exhibit 143.
13      (Exhibit 143 marked.)
14    Q Which is a copy of that report. Have you
15 specifically reviewed this report previously?
16    A I'm pretty sure I reviewed it, but may
17 have thumbed through it but probably didn't review
18 it closely.
19    Q And I just want to turn to page 4 of the
20 analysis report.
21    A Got it.
22    Q Do you see the section titled Potential
23 Impact Evaluation?
24    A Yes.
25    Q Have you reviewed this potential impact

247
1 evaluation previously?
2    A If I did, I don't recall doing it.
3    Q All right. You want to take two minutes
4 to read this section real quick?
5    A Yes. (Reviewing document.) I finished
6 that page. It looks like pictures after.
7    Q I believe the remainder of this report is
8 pictures and some spectrum graphs and whatnot.
9    A Okay.
10    Q Do you intend to offer any opinions on the
11 potential impact evaluation done by MVA in this
12 case?
13    A The contents of the dust and those
14 particulates in there, I don't think I have any
15 opinion. My opinions are around we don't know
16 where this dust came from. We don't have a
17 representative sample from Rockdale and this is,
18 you know, potentially the aggregate of four plus
19 years of storage as well.
20    Q All right. Now, we can go back to your
21 rebuttal report.
22    A Okay.
23    Q Let's go to paragraph 86 on page 26.
24    A Okay.
25    Q This is -- this section is titled

248
1 Technical -- Technical Deficiencies in Dr. Byers'
2 analysis; is that correct?
3    A Yes.
4    Q Can you explain your opinions in regards
5 to the technical deficiencies in his analysis?
6    A Yes. Yeah, a lot of it, I guess, comes
7 around to a very specific theory that he was
8 testing for without, you know, alternative
9 hypothesis. There is not comparisons against
10 other environments as well.
11      I think I discussed the heat issues, the
12 temperature issues outside in some of the I would
13 say the fallacy of the analysis looking at just
14 the highs -- the high temperatures for a day
15 versus considering a 24-hour period where there is
16 only, you know, a certain amount of hours in a day
17 or a temperature make exceed some threshold, which
18 is going to modify the temperatures. I think
19 those are the highlights.
20    Q All right. So I want to key in on that
21 last part that you talked about the
22 temperature only exceeding for a certain number of
23 hours per day.
24      Now, if the ambient temperature exceeded
25 29.5 degrees Celsius, which you agree Mr. -- let

249

1  me take a step back.
2      Do you have any disagreement or opinion on
3  the data specifically that Mr. Byers pulled to
4  conduct his analysis of the ambiant air
5  temperature?
6      MR. MARX: Objection, form.
7      A I guess could you be specific on the data
8  types?
9      Q Sure. So you know that as part of Mr.
10 Byers' analysis, he looked at outdoor temperatures
11 in a graph on that in his report, right?
12     A Yes.
13     Q Do you have any criticisms or rebuttal
14 opinions as it relates to the data that he used to
15 determine the outdoor temperatures during the
16 relevant time period?
17     MR. MARX: Objection, form.
18     A For the data that he pulled for where he
19 pulled it. I don't have any disputes for what
20 those temperatures were. I think my issues are
21 more around where it was pulled from, 42 miles
22 away, and then the selection criteria just using
23 the highs versus maybe a 24-hour period for any
24 given day.
25     Q And as far as the temperature being pulled

250

1  from somewhere that was 42 miles away, is it your
2  opinion that the temperature would have been
3  different at the Rockdale facility?
4      A I do think it is a possibility for sure.
5      Q Have you reviewed any data to suggest that
6  the temperatures at the Rockdale facility were
7  different than the temperatures that Dr. Byers --
8  or that Mr. Byers pulled for its data set?
9      A I did not pull any additional data.
10     Q All right. And you would agree that
11 during -- that the data Mr. Byers pulled shows
12 that at various points the high temperature for
13 the day exceeded 29.5 degrees Celsius, correct?
14     MR. MARX: Objection, form.
15     A Yes, the external outside temperature
16 highs for those days, yes.
17     Q Sure. And as you say up here in paragraph
18 89, it is Mr. Byers emphasizes that outdoor
19 temperatures 29.5 degrees Celsius on 205 days or
20 33.8 percent during the deployment period; is that
21 right?
22     A Yes.
23     Q If the temperature exceeds 29 and the --
24 sorry, that 29.5 degrees Celsius that comes from
25 the hosting services agreement, right?

251

1      A That is what he referenced in his report
2  as the 29.5 degrees, which I think he was pulling
3  that from the contract.
4      Q And so do you have any basis to disagree
5  that 33.8 percent of the time the temperatures at
6  the Rockdale facility could have exceeded 29.5
7  degrees Celsius?
8      MR. MARX: Objection, form.
9      A Yeah. I don't think that analysis is
10 complete, that is the -- the 24 hours. So you
11 have got -- if you were just looking at highs,
12 which is all he did, then that is his number. But
13 I think a proper analysis would look at that over
14 a 24-hour period, which is going to change those
15 percentages. Then you have got a much smaller
16 percentage of time when the outdoor ambient
17 temperature is, you know, above or below any
18 certain mark.
19     Q And did you do any sort of calculations to
20 determine what that other percentage would be if
21 you did not use the highs?
22     A No. In my capacity as a rebuttal, I was
23 criticizing Mr. Byers.
24     Q If the temperature did exceed 29.5 degrees
25 Celsius, that would pose a potential risk for the

252

1  miners having too high of an -- too hot of an air
2  intake temperature, right?
3      MR. MARX: Objection, form.
4      A I would not agree with that. I mean, we
5  don't know. We don't have any data.
6  Traditionally outside temperature is different
7  from an inside temperature and no expert in this
8  matter has any temperature data from anywhere
9  outside of this 42 miles away location.
10     Q What is your basis to conclude that the
11 temperature would have been different or cooler
12 inside of Building B than outside of Building B?
13     A I guess I've been in that building during
14 the summer when it was really hot and it was
15 cooler in the building, so I've been to that
16 facility. So by feeling the temperature and I
17 know it is cooler, and then I guess as I
18 previously mentioned, you know, the thermal mass,
19 the facility, how it is constructed I would expect
20 a difference.
21     Q What specific aspects of the design of
22 Building B would allow for the temperature inside
23 of the building to be cooler than the inside of
24 the building?
25     A The size of it, right, the mass of the

Transcript of Richard Peters
Conducted on October 14, 2025

253

1  concrete floor, the height of the building to pull
2  that heat up. It is fully shaded inside. Those
3  come to mind, I guess.
4      Q Are there any other mechanisms that you
5  are aware of that would have cooled the air as it
6  would have come inside of Building B?
7      A It is also dependent on the humidity of
8  any given day. If it is low humidity, you are
9  going to cool the air. You are going -- it is
10  going to draw water out of the air as it moves.
11  So in low humidity days I would expect that to
12  further decrease the temperature.
13      Q Specifically related to the design
14  elements of Building B, is there anything else
15  about the design of Building B, in your opinion,
16  that would have cooled the temperature as it came
17  in from outside of the building to inside the
18  building?
19      A I think those are the only things that I
20  had referenced.
21      Q Let's move on to Roman Number VII, Issues
22  with Wallet Attribution in Bitcoin Production
23  Analysis. Can you explain what your opinions are
24  on this topic?
25      A Sure. We have several spreadsheets worth

254

1  of data that I've seen, and then one in particular
2  that I had used and looked at, but I think they're
3  all similar. They reference the amount of bitcoin
4  that was assigned to a particular location, so
5  specific to this matter bitcoin attributed to
6  Russia and bitcoin attributed to Rockdale.
7      And so in those spreadsheets, there is an
8  allocation made of a percent or piece of bitcoin.
9  So there is some SBI accounting function or
10  mechanism or attribution decisions made on how
11  that allocation occurs. And so there is -- none
12  of us as experts have access to that logic.
13      And so you can verify that as you go
14  through the blockchain itself and you can see that
15  for a given transaction that was represented to us
16  as this is the amount of bitcoin Texas produced,
17  none of that was -- is mined data.
18      When a mining reward is made, there is
19  several transactions that occur that move those
20  funds through the SBI, several different wallets
21  until you get to the transaction in this case that
22  was represented to be. And even in that, you will
23  see that the Russia facility provides bitcoin to
24  the Texas facility.
25      You know, the document also had that the

255

1  Texas facility was getting, you know, 2.47 I think
2  I stated in the report amount of bitcoin where you
3  go to the blockchain. This is the ledger, this is
4  the immutable blockchain, that is exactly what
5  happened. You see different amounts, you see 2.5,
6  so there is yet some other mechanism there.
7      So the critique is that all of the experts
8  are looking at spreadsheets that were given to us
9  that are -- that feel as if they're represented
10  as, like, this is what Texas produced, but we
11  don't know any of the methodology that SBI uses to
12  attribute those -- those rewards to each location.
13      Q All right. So going back with that, that
14  2.47 blockchain transaction that you referenced,
15  did you go through any sort of investigation or
16  analysis to verify the different transactions in
17  this case containing any of the spreadsheets
18  produced by SBI?
19      A Maybe say that one more time, I'm sorry.
20      Q No, I think that was probably a confusing
21  question on my part. Let's take a step back.
22      What did you use to determine or to, I
23  guess, come to this opinion of this attribution
24  problem?
25      A So specifically, this is data directly

256

1  from the bitcoin blockchain. So this is, as they
2  say, the ledger, the blockchain ledger. This is
3  the immutable truth of any transaction. So every
4  transaction, every detail, the amounts, are found
5  on the blockchain.
6      And so you can do this manually, but we
7  have professional tools that make it easier. So I
8  use a tool called TRM to do that. So I looked at
9  the blockchain and pulled that exact transaction
10  and compared it to some of the spreadsheets that
11  we were given.
12      Q And did you use any wallet addresses that
13  were provided by SBI in this case?
14      A Yes, so specifically, from the -- my page
15  28, the SBIC0005597, the Excel file. Specifically
16  that is the one that I probably used most. I do
17  think there were a few other documents that may
18  have had the same wallets. But right below that
19  you will see the Whinstone address that ends in
20  LHYD, and the Russia wallet address ending in
21  M672. So that was in the Excel document
22  represented as the wallets associated with each
23  facility.
24      Q And so other than this attribution issue,
25  do you have any opinions as it relates to SBI's

Transcript of Richard Peters
Conducted on October 14, 2025

65 (257 to 260)

---

257

1  calculation of lost profits in this case?
2      A  I think it impacts them, right.  This is
3  maybe one of those overlap areas that, you know,
4  may impact all the experts.  So none of us have
5  any idea how this attribution or this -- this
6  assignment of bitcoin for any particular facility
7  occurred.  We have no knowledge of how that was
8  done.
9      And in looking at transactions, there
10  is -- there is a difference between the
11  blockchain, the immutable truth and what we were
12  given.  So all that comes into question, like,
13  what is the mechanism, what is the accounting,
14  what is the -- how is this process put together so
15  that we -- so that these Excel documents that I
16  think all the experts are using to some degree,
17  are accurate and can be relied upon.
18      MR. PATTERSON:  Mr. Peters, I think we're
19  getting close to an end point.  Why don't we take
20  a break.  I will go through my notes, see if there
21  is anything else that we need to ask, but I think
22  should be getting towards the end.
23      VIDEOGRAPHER:  We are going off the
24  record.  The time is 4:27 p.m.
25      (Recess, 4:27 to 4:36 p.m.)

---

258

1      VIDEOGRAPHER:  We're going back on the
2  record.  The time is 4:36 p.m.
3      Q  Mr. Peters, I want to follow up on that
4  attribution issue we were just discussing.
5      A  Yes.
6      Q  What specific data or information do you
7  think was missing that would have been necessary
8  to resolve this attribution issue?
9      A  So the Excel documents, the data there is
10  what is represented as here was the mining
11  rewards, that is not the data we have.  We have an
12  award occurred at some point and there is many SBI
13  wallet addresses where rewards are moved and
14  transferred and split and moved around.  And then
15  maybe that is three levels deep we will say until
16  we get to the transaction represented in, like,
17  the Excel document that I look at here.
18      And so there is no context on who made --
19  who makes the decision, like, how do we know what
20  is actually produced at Texas.  Like, the data
21  we're looking at here is not bitcoin mining
22  rewards.  It is a distribution system of some
23  kind, so we have no context of the distribution
24  system.
25      So from a reward that went to an SBI pool

---

259

1  or system, how does it -- how is attribution made
2  that some portion of this is Texas, some portion
3  of this is Russia.  And then maybe some
4  understanding of why the blockchain, right, the
5  immutable blockchain has a different value than
6  what is represented in these documents for some of
7  the transactions to Texas.
8      And I guess further, right, why are there
9  commingling.  Why does Russia's facility send
10  bitcoin to a Texas facility when we're
11  representing that Texas mined this.  And so it
12  just creates questions across that entire dataset
13  as to understand who does the attribution, how is
14  it done, is it automated, what are all these in
15  between accounts, who makes those decisions, how
16  does that work.
17      Q  All right.  There is a lot -- a lot there
18  so I want to back up a little bit.  And you
19  mentioned one of the issues was that there was no
20  context on who made the decision of determining
21  what was actually produced at Texas versus Russia;
22  is that right?
23      MR. MARX:  Objection, form.
24      A  Yes.
25      Q  And so that is information or an

---

260

1  explanation that you would want or need from SBI;
2  is that right?
3      MR. MARX:  Objection, form.
4      A  Yes.  I think all experts would benefit
5  from knowing, you know, what is actually produced
6  or assigned to any particular facility, both
7  facilities to understand what is -- how do they do
8  that.  What is the logic?  Is it -- what is the
9  math, the accounting behind it?
10      Q  Is that any information that you
11  specifically asked for from -- asked for to review
12  in this case?
13      A  I know I discussed it with counsel and
14  brought it up as confusing, I guess, and not being
15  reliable with what we have today.
16      Q  And when you mentioned that there were
17  different addresses that made it hard to determine
18  this attribution issue, could those different
19  addresses have been sub-wallets that SBI had?
20      A  I do think the wallets where these funds
21  are moving through most of them I remember being
22  associated with SBI.  But even if you look at the
23  -- my representative transaction there are
24  unattributable wallets.  They may or may not be
25  SBI.  I just -- I don't know who they are.  And so

---

261

1  just this one transaction where we say Texas was
2  awarded this.  There is 1, 2, 3, 4, 5, 6, 7 there
3  is 8 wallet addresses participating in one
4  transaction and it is not the Coinbase event.
5      Q  Did you specifically review any documents
6  that were produced by SBI in June of this year
7  related to wallet addresses in this case?
8      A  You probably have to be specific on the
9  document.  I looked at several Excel documents, I
10 think several different Excel documents that seem
11 to have different wallet addresses and amounts in
12 them.
13     Q  And what was it -- what documents did you
14 -- or information did you specifically ask counsel
15 to provide in regards to this attribution issue?
16     A  I guess just to describe the issue.  I
17 mean, I don't know what the -- what the evidence
18 would be, but an explanation supporting
19 documentation, the accounting, the attribution of
20 these wallets, who makes those decisions.  I mean,
21 really just want to tie it back to the actual
22 reward where we see SBI received a bitcoin reward
23 and how that reward ultimately got assigned to a
24 specific facility.
25     Q  And in your rebuttal report, you have a

262

1  long index of the various documents that you
2  reviewed or considered in this case.  Does that
3  index cover the totality of the documents that you
4  reviewed in this case?
5      A  I believe so, yes.  That was my intention
6  was everything that I -- was provided to me or
7  received I tried to make sure I have those on this
8  list.
9      Q  Is it fair to say that if a document is
10 not in this list then you did not review it?
11     MR. MARX:  Objection, form.
12     A  Probably did not.  I mean, unless I
13 accidentally missed a document, but I tried to be
14 complete here.
15     Q  In the documents that you reviewed in this
16 case, were these all documents that you
17 specifically requested or categories of documents
18 that you specifically requested?
19     A  Some were.  I think a lot of them were
20 tied to the other expert reports.  I think a few
21 additional ones I had questions on some of the
22 data I received and there was additional data that
23 could be shared with me to -- to review.
24     Q  Was there any category of documents that
25 you did not receive in this case that you think

263

1  would have impacted your opinions?
2      MR. MARX:  Objection, form.
3      A  Outside of the crypto-related issue, that
4  one I looked for additional data.  I can't think
5  of additional documents right now.



264

17     Q  Did you speak to anyone from Lancium in
18 relation to this case?
19     A  No.
20     Q  Did you specifically request any
21 additional data from Lancium regarding the miners
22 in this case?
23     A  Not that I can think of.
24     Q  Did you request any other data related to
25 miner performance that might have been recorded

Transcript of Richard Peters
Conducted on October 14, 2025

67 (265 to 268)

265

1  for these miners?
2      A I don't think so. I think I probably
3  asked about the miner counts, the universe of
4  miners as far as how many 1041s, how many 1044s,
5  but I didn't see that data available or I didn't
6  -- didn't see it.
7      Q I want to return to your CV briefly. We
8  still have that in front of you, right?
9      A Yes.
10     Q One of the various documents?
11     A I do, okay.
12     Q So specifically on    what is on page 14,
13 the various certifications that you have, I want
14 to go over those with you real quick.
15     A Sure.
16     Q So first of all, it looks like you have
17 got five different certifications from TRM. What
18 is TRM?
19     A TRM is the, we will say, professional tool
20 for doing crypto tracing, crypto analysis. That
21 is the tool we use.
22     Q So is it like a computer program or --
23     A You can consider it software as a service.
24 So you look into the site and they have got all of
25 the blockchain data into the tool, sorry.

266

1      Q So does TRM offer specific courses, then,
2  that you took to get these certifications?
3      A They do, yes.
4      Q All right. So we will go from the top,
5  starting here with Crypto Compliance Specialist.
6  What does that certification entail?
7      A So that is more around -- I mean,
8  compliance, I guess, the keyword, but KYA. So
9  to -- to be in the crypto space, sanctions for,
10 you know, banks to know your customer, for
11 exchanges to know your sort of KYC is the right
12 term, know your customer. So this is around
13 compliance. So that if you are in the crypto
14 space, as a user of crypto we will say, that you
15 follow, you know, anti-money laundering,
16 understand fraud, understand, you know, who you
17 can and can't interact with, those types of
18 things.
19     Q And then same thing for the advanced
20 crypto investigator, what does that certification
21 entail?
22     A That is, I guess, somewhat tied to the
23 fourth one there, the Certified Investigator. So
24 it is the, I guess, next level certification for
25 doing investigating. So any on-chain

267

1  investigations for crypto tracing, for types of
2  scams and schemes, advanced crypto-related, I
3  guess, investigative tactics that is used to do
4  investigations.
5      Q And then for the digital forensics and
6  cryptocurrency certification, what does that
7  cover?
8      A Yes. More, I guess, around what I would
9  call true digital forensics related to crypto. So
10 if you were doing an investigation and you needed
11 to potentially find out or understand what crypto
12 assets someone may have, how might you go about
13 that.
14     So if you image their hard drive and they
15 have got certain types of wallets on there,
16 certain types of browser extensions, if they have
17 got, you know, phones, if they use those. So when
18 you do forensics, in the traditional digital
19 forensics specifically looking for a piece of
20 crypto evidence that you can then use to further
21 do investigations.
22     Q All right. Then the last one from TRM
23 Crypto Fundamentals, what is that certification?
24     A Yeah. I think that is just kind of the
25 basic fundamentals of blockchain ledgers, you

268

1  know, different types of blockchains, different
2  mechanisms within the crypto space around
3  different types of wallets. Kind of just
4  fundamentals of crypto, I guess it is aptly named.
5      Q Do any of these certifications from TRM
6  require regular training or recertifications?
7      A I think they do expire after a period of
8  time and you are supposed to retake the refresher
9  course for those, but I do not have to report CEs,
10 continuing education credits for them.
11     Q And do any of these certifications from
12 TRM deal with the hardware side of cryptocurrency
13 mining?
14     A They do in kind of how -- how is crypto
15 produced, whether it is mining or, you know,
16 initial coin offerings or minting of tokens, it
17 goes through those. So for the mining portion, I
18 mean, there is -- it goes through, discusses that,
19 I guess.
20     Q All right. And then you have this 2023
21 Cryptocurrency Tracing Certified Examiner. Who --
22 what agency or organization, association hands out
23 that certification?
24     A It's kind of through Mastercard. I think
25 they had a program maybe called CipherTrace,

269

1 C-i-p-h-e-r-T-r-a-c-e, I think one word, which I
2 think is a Mastercard entity.
3      Q  And are those the TRM certifications in
4 this 2023 Mastercard certification whoever it was
5 that offered it, are those the only certifications
6 that you have in the field of cryptocurrency?
7      A  I believe that is the extent of them, yes.
8      Q  Do you intend to offer any opinions in
9 this case as to whether or not Whinstone breached
10 its contract with SBI?
11     A  Nothing out of what we discussed, I mean,
12 the temperature readings and mostly rebutting
13 SBI's experts.
14     Q  Do you intend to offer any opinions as it
15 relates to whether or not Whinstone made
16 fraudulent misrepresentations to SBI in this case?
17     A  Not that I can think of.
18     Q  Other than the attribution opinions that
19 we discussed, do you intend to offer any opinions
20 otherwise as to SBI's lost profit damages in this
21 case?
22     A  Just to the extent around bitcoin
23 production and kind of the last area we discussed.
24 I can't think of any other areas.
25     Q  Have you reviewed Dr. Valentine's

270

1 spreadsheets in this case calculating lost profit
2 damages?
3      A  I know I did see them, yes.
4      Q  So do you intend to offer any opinions
5 specifically as it relates to the calculations
6 that he performs in determining lost profit
7 damages?
8      A  I think only where it might relate to
9 bitcoin production and attribution, it would be in
10 that regard.
11     Q  Sure.  And so I guess if we -- assuming
12 that there -- that the -- if we just assume that
13 the data regarding bitcoin production is what it
14 is and that is what he relied upon, do you have
15 any opinion as it relates to how he used that --
16 those production numbers to calculate lost profit
17 damages?
18     MR. MARX:  Objection, form.
19     A  I mean, at this time, I don't recall any
20 specifics of his report that -- discussing.  I
21 mean, the only areas it would come up is around
22 bitcoin, the attribution of that, how much could
23 be produced.  Those would be the areas that I
24 could assist in.  For any accounting or the
25 formulas, that would not be me.

271

1      Q  And at this time, is there any additional
2 work that you intend to perform in this case as it
3 relates to any inspections or testing of the
4 miners?
5      A  No, not at this time, unless something new
6 comes up.
7      Q  Other than the opinions that are contained
8 in your initial report and your rebuttal report,
9 do you intend to offer any other opinions at
10 trial?
11     MR. MARX:  Objection, form.
12     A  Not that I can think of.
13     Q  And at this time, do you intend to offer
14 any additional reports in this case?
15     A  Not at this time.
16     MR. PATTERSON:  I will pass the witness at
17 this time.
18     MR. MARX:  We will reserve questions.
19     VIDEOGRAPHER:  This marks the end of the
20 deposition of Richard Peters.  The time on the
21 monitor is 4:57 p.m.
22     (Deposition adjourned at 4:57 p.m.)
23
24
25

272

1      CERTIFICATE OF SHORTHAND REPORTER
2
3      I, Susan S. Klinger, the officer before
4 whom the foregoing deposition was taken, do hereby
5 certify that the foregoing transcript is a true
6 and correct record of the testimony given; that
7 said testimony was taken by me stenographically
8 and thereafter reduced to typewriting under my
9 direction; that reading and signing was not
10 discussed; and that I am neither counsel for,
11 related to, nor employed by any of the parties to
12 this case and have no interest, financial or
13 otherwise in its outcome.
14     IN WITNESS WHEREOF, I have herunto set my
15 hand on the 16th of October, 2025.
16
17
18     _Susan S. Klinger_
19     Susan S. Klinger, RMR-CRR, CSR
20     Texas CSR 6531, Exp:  10/31/27
21     California CSR 14487, Exp: 11/30/26
22
23
24
25