# EXHIBIT E

**Page 1**

```
 1          UNITED STATES DISTRICT COURT
 2          WESTERN DISTRICT OF TEXAS
 3                  WACO DIVISION
 4
   SBI CRYPTO CO., LTD., )
 5                        )
          Plaintiff,      )
 6                        )
   VS                     )  CIVIL ACTION NO.
 7                        )  6:23-cv-252-ADA-JCM
   WHINSTONE US, INC.,    )
 8                        )
          Defendant.      )
 9
   *********************************************
10
          VIDEOTAPED DEPOSITION OF
11
             MICHAEL SCHULER
12
             October 17, 2025
13
   *********************************************
14
15
16
17
18
19
20
21  Job No. 601629
22  Pages 1 - 325
23  Stenographically Reported by:
24  Susan S. Klinger, RMR-CRR, CSR
25
```

**Page 2**

```
 1
 2
 3
 4                  October 17, 2025
 5
 6
 7      VIDEOTAPED DEPOSITION OF MICHAEL SCHULER,
 8  produced as a witness at the instance of the
 9  Defendant, and duly sworn, was taken in the
10  above-styled and numbered cause on the 17th of
11  October, 2025, from 9:05 to 5:11, before Susan S.
12  Klinger, RMR-CRR, CSR in and for the States of
13  Texas and California, reported by stenographic
14  method, at Winstead, 2728 North Harwood Street,
15  Dallas, Texas, pursuant to the Federal Rules of
16  Civil Procedure and the provisions stated on the
17  record or attached hereto.
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1              A P P E A R A N C E S
 2  ON BEHALF OF THE PLAINTIFF:
 3      John David Janicek, Esquire
 4      Cory Johnson, Esquire
 5      WINSTEAD PC
 6      2728 North Harwood Street, Suite 500
 7      Dallas, Texas  75201
 8      214.745.5400
 9
10  ON BEHALF OF THE DEFENDANT:
11      Brandon C. Marx, Esquire
12      Steve Lockhart, Esquire
13      FOLEY & LARDNER LLP
14      2021 McKinney Avenue, Suite 1600
15      Dallas, Texas  75201
16      214.999.3000
17
18  Also Present:
19      Richard Peters
20      Sedrick Lampkins, videographer
21
22
23
24
25
```

**Page 4**

```
 1                  I N D E X
 2
 3  WITNESS                              PAGE
 4  MICHAEL SCHULER
 5  EXAMINATION BY MR. MARX                 6
 6  EXAMINATION BY MR. JANICEK            314
 7  EXAMINATION BY MR. MARX              317
 8
 9              E X H I B I T S
10  No.        Description
11  Exhibit 44  Tech Remarketers Product    100
12              Valuation Analysis Final report
13  Exhibit 45  Tech Remarketers Product    100
14              Valuation Analysis Supplemental
15              & Rebuttal Report
16  Exhibit 46  Tech Remarketers Product    100
17              Valuation Analysis Supplemental
18              & Rebuttal Report
19  Exhibit 47  Messages, SBIC0006566       170
20  Exhibit 48  Number skipped
21  Exhibit 49  Messages, SBIC0006828       175
22  Exhibit 50  Messages, SBIC0005909       241
23
24
25
```

Transcript of Michael Schuler
Conducted on October 17, 2025

---

**5**

1　　　　P R O C E E D I N G S
2　　　VIDEOGRAPHER: Here begins Media Number 1
3　in the videotaped deposition of Michael Schuler in
4　the matter of SBI Cryptocurrency Co., Ltd. v.
5　Whinstone US, Inc., in the United States District
6　Court for the Western District of Texas, Waco
7　Division, Case Number 6:23-cv-252-ADA-JCM.
8　　　Today's date is October 17th, 2025. The
9　time on the video monitor is 9:05 a.m. The
10　videographer today is Sedrick Lampkins,
11　representing Planet Depos.
12　　　This videotaped deposition is taking place
13　at 2728 North Harwood Street, Suite 500, Dallas,
14　Texas 75201.
15　　　Would counsel please voice-identify
16　themselves and state whom they represent?
17　　　MR. MARX: Brandon Marx and Steven
18　Lockhart of Foley & Lardner on behalf of defendant
19　Whinstone US, Inc. Also present is Richard
20　Peters.
21　　　MR. JANICEK: John Janicek and Cory
22　Johnson of the firm Winstead representing
23　plaintiff SBI Cryptocurrency, presenting witness
24　Michael Schuler.
25　　　VIDEOGRAPHER: The court reporter today is

**6**

1　Susan Klinger, representing Planet Depos.
2　　　The witness will now be sworn.
3　　　　MICHAEL SCHULER,
4　having been first duly sworn testified as follows:
5　　　　EXAMINATION
6　BY MR. MARX:
7　　　Q Can you please state your name?
8　　　A Michael Schuler.
9　　　Q Mr. Schuler, what's your address?
10　　　A Address is 2301 Plum Street, Parkersburg,
11　West Virginia 26101.
12　　　Q You just took an oath. Do you understand
13　that you have sworn the tell the truth under
14　penalty of perjury today?
15　　　A I do.
16　　　Q Is there any reason you are unable to
17　testify truthfully and accurately today?
18　　　A No.
19　　　Q Okay. Have you ever taken a deposition
20　before?
21　　　A I have not.
22　　　Q Okay. I'm just going to give you kind of
23　a little background.
24　　　A Okay.
25　　　Q If there's something that you don't

**7**

1　understand -- I'm going to be asking you a bunch
2　of questions today. If there's something you
3　don't understand, just please ask me to clarify,
4　and --
5　　　A Will do.
6　　　Q -- I'll repeat it.
7　　　Can we agree that if you answer a
8　question, that you understood it?
9　　　A Okay.
10　　　Q Okay. And let's -- for the sake of the
11　court reporter and the record, if you can wait to
12　answer my question -- wait to finish my question
13　before you start speaking, and I'll try to refrain
14　from asking a follow-up question until you stop
15　speaking. Can we have that agreement?
16　　　A Understood.
17　　　Q Okay. And then there's going to be times
18　where either I'll object or your attorney is going
19　to object. You'll still need to answer your
20　question unless your attorney instructs you not to
21　answer, and you agree to follow.
22　　　So that's just a little bit of the
23　background procedure.
24　　　And if you -- will you -- you're not a
25　prisoner, so if you need to take a break, just let

**8**

1　me know. The only thing I ask is that you --
2　　　A Yeah.
3　　　Q -- just fully answer a question before you
4　take a break.
5　　　A Understood.
6　　　Q Okay. So for the sake of the record, can
7　we agree to use a few key terms today?
8　　　A Sure.
9　　　Q So if I refer to SBI, can we agree that
10　I'm referring to plaintiff SBI Cryptocurrency Co.,
11　Ltd.?
12　　　A Yes.
13　　　Q And that if I am referring to Whinstone,
14　I'm referring -- referring to defendant Whinstone
15　US, Inc.?
16　　　A Yes.
17　　　Q And if I use the term "the facility," I'm
18　referring to Whinstone's cryptocurrency hosting
19　center located in Rockdale, Texas?
20　　　A Yes, Building B, correct.
21　　　Q Well, we can get into that in a little
22　bit, but when I'm referring to the facility, I'm
23　referring to the entire site.
24　　　A Got you.
25　　　Q Can we have that agreement?

Transcript of Michael Schuler
Conducted on October 17, 2025

9

1    A Understood.
2    Q And then if we want to refer to a
3 particular building within the facility, we can --
4 we can do so.
5    A Understood.
6    Q Okay. Thank you. And then if I'm
7 referring to -- use the word "Canaan," I'm
8 referring to Canaan, Inc.
9    A Understood.
10   Q Okay. So have you been engaged to work as
11 an expert witness in this case?
12   A No -- oh, in this case, yes.
13   Q Okay. Do you have an engagement letter?
14   A I do have an agreement with the group that
15 engaged me with the organization here.
16   Q Okay. And what group is that?
17   A IMS Legal, I think, or IMS -- I have to
18 look it up.
19   Q Okay. And did -- IMS is like an expert
20 search group?
21   A Correct.
22   Q Okay.
23   A Yeah.
24   Q And you have an engagement letter with
25 IMS?

10

1    A Correct.
2    Q Do you have an engagement letter with SBI?
3    A I do not.
4    Q Okay.
5    A It's directly through IMS.
6    Q Okay. And so no engagement letter
7 directly with Winstead?
8    A Not that I'm aware of. I don't know how
9 that works, but not that I'm aware of. I believe
10 all my engagement stuff has been formally through
11 IMS.
12   Q Okay. Have you ever provided a copy of
13 that engagement letter to Winstead?
14   A I believe I have a copy, yes.
15   Q Okay. When were you first engaged?
16   A Goodness, May, I think. It was May or
17 March. It was somewhere in that early timeframe.
18 I'm not exactly sure when our first conversation
19 was. I'd have to look that up if needed.
20   Q Okay. When you say May or March, are you
21 referring to May or March of '25?
22   A This year, yeah.
23   Q Okay.
24   A May or March of 2025, my fault, yes.
25   Q Okay. And who did you -- well, who did

11

1 you first -- did IMS contact you about the
2 engagement?
3    A They did.
4    Q Okay.
5    A Yeah.
6    Q And that occurred in that same timeframe?
7    A Yes.
8    Q Okay. And who at IMS did you speak with?
9    A Julie, I think it was. I'll have to -- if
10 you need me to get the information, I can find out
11 the actual contact. I think her name was Julie.
12   Q Okay. And what did Ms. Julie, I guess,
13 tell you?
14   A She basically said there's a situation
15 where they were looking for my expertise in the
16 secondary market and if we could coordinate an
17 interview with the attorneys. And I said, sure,
18 and met -- had the -- had the opportunity by phone
19 to talk with Cory. And in the course of that, it
20 was determined that I've got the credentials that
21 he was looking for for this case.
22   Q Okay. And what did Mr. Johnson tell you
23 about this case?
24   A He explained that it's a situation related
25 to valuation that would be needed for cryptominers

12

1 and timing with regard to various opportunities
2 where that material could have been dispositioned
3 or sold.
4    Q Anything else?
5    A Not much at that time, no.
6    Q Okay. Were you asked to provide any
7 specific opinions?
8    A Not at that time, no.
9    Q Okay. What about later in time?
10   A Pardon me?
11   Q What about later in time?
12   A Certainly when I prepared my report, I
13 did, yeah.
14   Q Okay.
15   A When I was actually formally engaged and
16 got briefed on the entirety of the situation, I
17 prepared my report.
18   Q Okay. What specific opinions were you
19 asked to make?
20      MR. JANICEK: Objection, form.
21   A Yeah. It was not a request of making a
22 specific opinion. It was simply, here's all the
23 information, and what do you draw from the
24 conclusions about, you know, these events and this
25 material? My focus was on the material, on the

**13**

1 assets in question.
2 Q Okay. And what assumptions were you asked
3 to assume, if any?
4 A No assumptions were requested. It was,
5 you know, could you have resold this material?
6 And once I had the opportunity to look at all the
7 evidence, I said -- I said, no, could not have
8 successfully resold it.
9 Q Okay. And just so I'm -- the record is
10 clear, when you say "the material," what are you
11 referring to?
12 A I'm referring to the miners, the Avalon
13 A10 miners that were -- 20,000 of them deployed at
14 the Rockdale facility.
15 Q Okay. And is your opinion limited to the
16 20,000 A10 miners?
17 A It is.
18 Q So no other miners?
19 A I believe there were some replacements
20 that were done here and there, but my opinion is
21 anything that was deployed at the Rockdale
22 facility. My opinion was drawn based on the
23 facility itself and what effects that facility had
24 on the miners itself.
25 Q Okay. Let me try to ask it a different

**14**

1 way. Are you aware that SBI had other miners
2 besides the A10s at the facility?
3 A I was aware that some units were replaced
4 subsequently with different versions of the -- of
5 the miners. I'm not sure which ones were -- what
6 the total quantities were of the different types.
7 Q Okay. So you -- as you sit here today,
8 you're unaware of that SBI had other miners
9 operating at the facility at the same time as the
10 Avalon A10s?
11 MR. JANICEK: Objection --
12 A I know the contract --
13 MR. JANICEK: -- form. Mike, make sure
14 you give me --
15 THE WITNESS: Go ahead.
16 MR. JANICEK: -- a second. Go ahead and
17 answer.
18 A I know the contract was for 20,000 --
19 actually, in total, 40,000 miners, and 20,000 were
20 what was supposed to be delivered. I believe
21 subsequently, whether it be repair, replacement,
22 or simply supply, because of some of the
23 challenges, there were other models that might
24 have been introduced or other versions of the A10
25 that might have been introduced.

**15**

1 MR. MARX: Okay. I'm going to have to
2 object as nonresponsive to the entirety of the
3 question.
4 A Okay.
5 Q Are you aware of SBI operating any other
6 miner besides the Avalon A10, regardless of
7 version, at the facility?
8 A I believe --
9 MR. JANICEK: Objection, form.
10 A I believe there were some, but I don't
11 know the details of that.
12 Q Okay. Thank you.
13 How many times have you spoken with SBI?
14 A At least 10, 20, somewhere in that range.
15 Q Okay. And when did those conversations
16 first occur?
17 A At that the initial interview, was the
18 first stage. Subsequent to that I began receiving
19 information that I was to review and then we had
20 follow-up conversations regarding that. And we
21 established what I was to do was to prepare a
22 report and an analysis. I did that. Once that
23 was provided, we had subsequent meetings,
24 ultimately we had rebuttals, response to
25 rebuttals, we had the follow-up with the audit

**16**

1 that I conducted in August of the material and
2 we've had subsequent conversations with regard to
3 the prep.
4 The original timeline I was supposed to
5 come out for a deposition was earlier, it got
6 cancelled and then, you know, got rescheduled for
7 now and we had conversations along those lines in
8 between.
9 Q Okay. And --
10 MR. JANICEK: Can we pause just a sec?
11 MR. JOHNSON: You're hitting it with your
12 wrist.
13 THE WITNESS: Oh, it's hitting. I'm
14 sorry. I'll take it off. My apologies. Yeah,
15 that's probably annoying for the video.
16 Q All right. So -- just I want to unpack --
17 I want to unpack a couple of things here.
18 A Sure.
19 Q So you spoke with SBI right after the
20 initial engagement?
21 A Maybe to clarify, I never spoke with SBI.
22 Q Okay.
23 A I talked with Cory.
24 Q Okay.
25 A And the firm Winstead PC.

17

1  Q  Okay.  So you've never spoken to anyone at
2 SBI?
3  **A  No, I have not.**
4  Q  Okay.  Who at Winstead have you spoken
5 with?
6  **A  The team here as well as yesterday and a**
7 **couple other prior calls I had.  We had Andrew and**
8 **we had -- I'm trying to think of who else was in**
9 **the different meetings, but pretty much most of my**
10 **conversations had been with both of these**
11 **gentlemen.**
12  Q  Okay.  And what was the mode of the
13 communication?
14     MR. JANICEK:  Objection, form.
15  **A  Video -- video as well as phone call.**
16  Q  Okay.  And when you -- you referenced some
17 materials being supplied to you; is that correct?
18  **A  Correct, data and information, pictures,**
19 **video, reports, depositions, files of different**
20 **types.  Pretty much an onslaught of all kinds of**
21 **information related to this case.**
22  Q  Okay.  And when was that information
23 provided to you?
24  **A  Specific dates, it was fairly quickly**
25 **after the engagement.**

18

1  Q  Okay.  Did you form an opinion before you
2 received that material?
3  **A  I did not.**
4  Q  Okay.  And that material that you just
5 referenced, is that contained in the back of your
6 expert reports?
7  **A  It is.  I believe -- there's possible that**
8 **I might have missed some because quite a bit was**
9 **supplied but I listed what I could recall.**
10  Q  Okay.  Are you offering an opinion as to
11 the condition of the facility?
12  **A  I'm offering an opinion of the effects of**
13 **the facility on material on the assets.**
14  Q  Okay.  Have you ever visited the facility?
15  **A  I did not.**
16  Q  Okay.  So you don't know how many
17 buildings are there?
18  **A  I was aware of a Building A and B, but**
19 **beyond that, I'm not aware of the facility**
20 **dynamics and what was physically there.**
21  Q  Okay.  Do you know the layout of Building
22 B?
23  **A  I know that in Building B I saw video of**
24 **it, along with what was the structure of it and**
25 **how the walls were basically done with screens and**

19

1  **with louvers, as opposed to an actual wall that**
2 **blocked the, you know, clay and dirt and so forth**
3 **from coming in.  So I'm aware of a wet wall that**
4 **was supposed to be in place, I'm aware of the**
5 **racking that was in place, I'm aware of the hot**
6 **aisle that was in place, I'm aware of the venting**
7 **and some of the subsequent conversations back and**
8 **forth with regard to heat dissipation at the**
9 **facility.**
10  Q  What's the length of the Building B?
11  **A  That I don't know.**
12  Q  What's the width of Building B?
13  **A  That I don't know.**
14  Q  What's the height of the roof of Building
15 B?
16  **A  I don't know the specific height, I can**
17 **say based on the video it was probably at least 24**
18 **feet.**
19     MR. MARX:  Objection, nonresponsive to
20 everything after "I don't know."
21  **A  Fair.**
22  Q  What type of racks are you being -- were
23 used in Building B by SBI?
24  **A  It appeared to be a combination of metal**
25 **and wood racking from what I could see, but this**

20

1  is only from visual of the video.
2  Q  Do you know who manufactured the racks?
3  **A  I do not.**
4  Q  Do you know the height of the racks?
5  **A  I do not.**
6  Q  Do you know the width of the racks?
7  **A  I do not.**
8  Q  Do you know the depth of the racks?
9  **A  I do not.**
10  Q  Do you know how much rack -- how much each
11 rack cost?
12  **A  I do not.**
13  Q  How much -- how many miners could fit --
14 of the SBIs A10s could fit on each rack?
15  **A  I don't know.**
16  Q  Okay.
17     MR. JANICEK:  Objection, form.
18  Q  Okay.  What was the width of the hot
19 aisle?
20  **A  I do not know specifically.  I saw**
21 **visually that -- I can give you an approximate,**
22 **but that would be about it.**
23  Q  Okay.  What is the height of that hot
24 aisle?
25  **A  From what I understand to the roof of the**

21

1 facility, which again, it looked to be at least 24
2 feet high.
3    Q  What is -- what were the amount of fans
4 exhausting air into the hot aisle --
5       MR. JANICEK:  Objection, form.
6    Q  -- in Building B?
7    A  My understanding is it -- well, are you
8 referring to the fans in the miners themselves or
9 external fans that were actually at the facility?
10   Q  I'm referring to the fans that are located
11 in the hot aisle.
12   A  Okay.
13      MR. JANICEK:  Objection.
14   A  That I don't know.  I believe there was
15 some conversation about there was supposed to be
16 six or something per square foot and it was absent
17 relative to what the specs -- or what should have
18 been done, but I do not have specific knowledge as
19 to how many there were.
20      MR. MARX:  Okay.  I'm going to object
21 nonresponsive to everything but "I don't have
22 specific knowledge."
23   A  Okay.
24   Q  Are you being compensated to serve as an
25 expert witness?

22

1    A  I am.
2    Q  Okay.  And what is your rate?
3    A  I am billing -- the organization I bill at
4 250 an hour.
5    Q  Okay.  And how much have you invoiced to
6 date?
7    A  I don't have that handy, my guess is
8 somewhere around 20,000.
9    Q  Okay.  How much of that -- is that
10 invoice -- is that invoicing including, like, work
11 in process?
12   A  It includes actual hours spent at the end
13 of the month.
14   Q  Okay.  And how much of that -- how much of
15 your invoices have been paid?
16   A  All of it.
17   Q  Okay.  And do you keep track of your time
18 on those invoices?
19   A  I do.  If you need the specifics, I can
20 pull that up.
21   Q  Okay.  Is your compensation in any way
22 tied to the outcome of this case?
23   A  I'm sorry, I didn't hear that.
24   Q  Is your compensation in any way tied to
25 the outcome of this case?

23

1    A  No.
2    Q  Okay.  What's your education?
3    A  I have formal education that I got in the
4 military in electronics.  I spent about
5 two-and-a-half years in advanced electronic
6 schools in the Air Force and Navy.  I was in the
7 Marines for just under three years and
8 two-and-a-half years of that were in advanced
9 electronics schools.
10   Q  Okay.  What about education?
11   A  Formal education, none that would be
12 accredited.
13   Q  Okay.  You mentioned that you were in the
14 Marines was it?
15   A  I was.
16   Q  Okay.  When were you in the Marines?
17   A  From November of 1976 to October of 1979.
18   Q  Okay.  What did you do after that?
19   A  After that I went to work for a defense
20 contractor for about nine months working on the
21 angle of attack bread boarding as their senior
22 tech for the F18 angle of attack.  Subsequent to
23 that, I took a job at Medtronic, the
24 pharmaceutical medical equipment manufacturing
25 operation in Fridley, Minnesota as a senior tech

24

1 in their calibration lab.
2    Q  Okay.  And when did you take a job at
3 Medtronic?
4    A  That would have been '81.
5    Q  Okay.
6    A  And I was there for just under two years
7 before I rolled to the information on my resume,
8 which is where I started to work for the rental
9 lease companies initially working with Leasametric
10 and then subsequent to that working for
11 Electromed, the two -- two of the biggest rental
12 lease companies in the country.
13   Q  Okay.  In the Marine Corps did you ever
14 mine cryptocurrency?
15   A  There was no cryptocurrency -- in the 70s?
16 There was none.
17   Q  Okay.  Obviously then you never visited a
18 cryptomining facility in -- when you were in the
19 Marines?
20   A  No, there was none, that I'm aware of.
21   Q  Okay.  What about when you were at
22 Medtronic?
23   A  There was none.
24   Q  Okay.  And I'm sorry, what -- I may have
25 missed it, you were at Medtronic for a couple of

Transcript of Michael Schuler
Conducted on October 17, 2025

25

1  years?
2      A  Uh-huh.
3      Q  And then you changed jobs?
4      A  I did.
5      Q  Okay.  And when did that occur?
6      A  That occurred in March of 1981, and I was
7  with Leasametric Metric Resources for five years
8  until 1986.  And then from 1986 to 1993, I was
9  with Electro Rent.  And, again, they're two of the
10  largest rental companies.  The background I had in
11  electronic test equipment was helpful, because we
12  rented electronic test equipment.
13      I moved into data products as soon as data
14  products were coming online, predominantly in the
15  midrange systems, Deck.  We had Sun.  We had IBM,
16  but later in the peripherals and then the personal
17  computer lines.
18      Q  Okay.  And I -- the company that you
19  worked with from 1981 to 1986, would you --
20      A  That was Electro -- I mean, sorry, that
21  was Leasametric Metric Resources.
22      Q  Okay.  And I take it you did not do
23  anything with cryptocurrency at that point in
24  time?
25      A  Crypto did not come along until 2010.

26

1      Q  Okay.  And is the first time that you
2  heard that crypto came along in 2010 was
3  conversations with Winstead?
4      A  No.  I knew that just anecdotally from
5  just from experience, seeing it, but I did look
6  into some of the history of it.
7      Q  Okay.  When did you look into the history
8  of it?
9      A  In this -- during this period to get a
10  little bit more familiar with what the timelines
11  were for crypto.
12      Q  Okay.  And when was the first
13  cryptocurrency developed?
14      A  The very first transaction, the pizza
15  transaction, was on May 22nd of 2010.
16      Q  And did you just realize that in the past
17  couple of months researching for this case?
18      A  I did.
19      Q  Okay.  So prior to this case --
20      A  Prior to that, I knew of crypto being out
21  there, but I knew nothing about the timeline
22  specifically.
23      Q  Until you were paid for your opinion in
24  this case, correct?
25      MR. JANICEK:  Objection, form.

27

1      A  Yeah.  I wasn't paid specifically for
2  that.  I did that because I was curious.
3      Q  Did you --
4      A  I wanted to know more about crypto.
5      Q  Did you research that after your report
6  was issued on March 28th?
7      A  Some before, some after.  I certainly was
8  aware that crypto didn't come online until 2010.
9  I didn't know the specifics of the pizza date and
10  things of that nature and when -- the history of
11  the bitcoin and so forth until later.
12      But I did know that it had come out around
13  2010, and I knew that the early miners -- because
14  I'd actually come across some machines in my work
15  at HiTech Assets where there were machines that
16  were being used to mine.
17      Q  Okay.  When did you work at HiTech?
18      A  HiTech -- pardon me.  Just give me a
19  moment.  Let me take a look at specific dates.  I
20  believe it was right before I started VAR, which
21  would have been -- yeah, HiTech would have been
22  June of 2016 to November 2017.
23      Q  You said 2016 to when?
24      A  2017.
25      Q  Okay.  And what does HiTech -- or what

28

1  kind of business is HiTech in?
2      A  HiTech is an ITAD, IT asset dispositioning
3  company.
4      Q  Okay.  And kind of explain for the Court
5  what kind of business that -- what does -- what's
6  involved in the ITAD process?
7      A  Sure.  In the IT or information technology
8  spectrum, you have all types of commodities.  You
9  have everything from mobile phones, tablets,
10  laptops, PCs.  Then you move into data center type
11  equipment, servers, networking gear.  You have
12  telecommunication gear.
13      I had also had prior experience with
14  things like microprocessor development systems,
15  electronic test equipment, and so forth.  My
16  entire career has been focused on selling used
17  equipment across the entire broad spectrum of
18  electronics.
19      Q  Okay.  And your role -- or what was your
20  title at HiTech?
21      A  I was vice president of product
22  remarketing.
23      Q  And what --
24      A  Product remarketing.
25      Q  And product --

---

29

1     A  Product remarketing.
2     Q  -- remarketing you said?
3     A  Remarketing, yeah.
4     Q  Okay.  And what did -- what roles or what,
5  like, responsibilities did that job have?
6     A  I ran the department that sold all the
7  assets that came in.
8     Q  Okay.  And what -- I mean, and the assets
9  that came in, are you referring to the number of
10  items that you just referred to from tablets and
11  phones?
12     A  Yeah, correct, everything and even voice
13  over IP phones we'd pick up.  And we had ancillary
14  connections for things like furniture and other
15  things that would be taken out.
16        Our job was to facilitate major
17  corporations, schools, government agencies to get
18  rid of material when it's retired because of its
19  useful life or because of liquidations and
20  bankruptcies and things of that nature.  We took
21  out that material.  Our job was to process it, get
22  it resold, wipe the data, and make sure it doesn't
23  end up in a landfill.
24     Q  Okay.  Ballpark, I guess, can you identify
25  a percentage of the amount of, let's say, mobile

---

30

1  phones that HiTech --
2     A  Mobile -- HiTech --
3        MR. JANICEK:  Let him finish his question.
4     A  Sure.  Go ahead.
5     Q  Yeah.  That HiTech, like, remarketed, if
6  I'm using the term correctly?
7     A  Yeah, that's correct.  Mobile phones was
8  less than 1 percent --
9     Q  Okay.
10     A  -- for them.  I subsequently had more
11  experience in mobile phones, but in HiTech less
12  than 1 percent.
13     Q  Okay.  What about computers, personal
14  computers?
15     A  Personal computers was probably around 25
16  percent, somewhere around there.  Data center
17  equipment was probably 60 percent.  And then we
18  had some miscellaneous peripherals, things of that
19  nature that --
20     Q  Okay.
21     A  -- constituted the balance of that.
22     Q  And when you say "data center," are you
23  referring to, like --
24     A  Servers.
25     Q  -- servers run by Google and Amazon Web

---

31

1  Services or --
2     A  Yeah.  No.  Servers like Dell,
3  Hewlett-Packard, Sun, those kind of devices that
4  were main servers for processing information from
5  corporations.  Networking gear was like Cisco, F5
6  networks, numerous other manufacturers of
7  networking gear.
8     Q  And what was the percentage of business at
9  HiTech involving cryptocurrency equipment?
10     A  It was less than 1 percent because in the
11  entirety of the IT industry, crypto is a niche
12  product.  It's less than 1 percent of the total of
13  assets deployed.
14     Q  Okay.  And when you were at HiTech, you
15  mentioned first coming across a miner.  Did I
16  recount that correctly?
17     A  I did.  It was the first time I had
18  actually had an opportunity to resell a product
19  that was being utilized for mining.  And in that
20  particular situation, the equipment was over five
21  years old.  And it was determined to have scrap --
22  it was designated as scrap.
23        And to clarify, scrap in the -- in our
24  industry, in the ITAD industry, it doesn't mean we
25  don't get some recovery because we actually

---

32

1  dispositioned it to an organization that was a
2  recycler.  A recycler paid us for -- you know,
3  cents on the dollar for the poundage weight of
4  that equipment.  But it had no value for resale
5  and redeployment.
6     Q  Okay.  Was it an ASIC miner?
7     A  It was -- I believe at that particular
8  time, those machines were GPU.
9     Q  Okay.  And what kind of -- what specific
10  type of miner was it?
11     A  That was -- what was that?  It was a --
12  because it was an odd situation.  I'm trying to
13  think of the name of it.  Yeah.  I can't recall
14  the name of it.  It was a -- it was an off brand
15  of servers.  I can't recall, but I can get that
16  information for you.
17     Q  How many miners was it?
18     A  At that particular time, it was about 400
19  of them.
20     Q  Okay.  Was it GP -- GPU miner?  Do you
21  remember the size?
22     A  They were about the size of normal
23  servers, about, you know, 6 inches tall, 18 inches
24  deep.  It was like a typical Dell or HP server.
25     Q  Do you know where the miner had been

**33**

1  operating prior to you receiving it?
2     A  I didn't.  I didn't really pay much
3  attention to the end user client that they took it
4  from.  I was focused entirely on what equipment I
5  was responsible for getting sold.
6     Q  Okay.  And if I recall your testimony
7  correctly, you said you resold it to a recycler
8  for scrap?
9     A  It was dispositioned to a recycler.  Once
10  the remarketing department determines that it has
11  no resale value, it then gets earmarked for
12  removal to the recycler, who then subsequently
13  settles with us based on poundage and weight.
14     Q  Did you participate in the marketing
15  department's efforts to reuse the miners?
16     A  Say that again, I'm sorry.
17     Q  Did you participate in -- with the
18  marketing department's efforts at HiTech to resell
19  those 400 miners?
20     A  I was the resale department.  So my
21  department, my group of people, we were
22  responsible for selling that material to whatever
23  client base we had, which included resellers that
24  we dealt with globally.  We had used equipment
25  dealers around the world.  We also had end user

**34**

1  companies that would solicit us for some material.
2     MR. MARX:  I'm going to have to object as
3  nonresponsive.
4     What I asked was, did you participate in
5  the marketing effort to reuse those 400 miners at
6  HiTech?
7     A  Marketing effort.  I'm sorry, but I don't
8  quite understand what you mean by the marketing --
9  the way that ITADs market their services and
10  products is more general.  We raise our hand and
11  say, hey, we're specialists at doing this.  And we
12  contact organizations like Coca-Cola, Dow, DuPont,
13  all major corporations and say, when you have
14  retired assets, we want those assets.
15     Q  Yeah.
16     A  So when you're saying do I -- did I
17  position myself as a marketing person, I did at
18  multiple companies, but not at HiTech.
19     MR. MARX:  I'm going to object to
20  responsive to everything but "not at HiTech."
21     Q  So did you not pick up the phone and talk
22  with any potential person or entity about reusing
23  those 400?
24     A  Not at HiTech.
25     Q  Okay.  Who would you have called at HiTech

**35**

1  to reuse these --
2     A  If --
3     Q  -- 400 miners?
4     A  If the material was viable, I would take
5  the same process I did at all my other companies
6  where I did participate in that process and that
7  would be dealing with endusers that had bought --
8  or had an interest in that same material.  But the
9  dominant channel we had was the reseller channel,
10  the dealer channel, used equipment dealers
11  globally that had an appetite for taking that
12  product on and then reselling it.
13     In certain cases, the service market is
14  another avenue for us, people that buy material
15  for parts.  Cryptominers are not conducive to this
16  parts market, whereas other material are.
17     Q  Okay.  And you had said that those 400
18  miners were not viable.  What do you mean by that?
19     A  They weren't resellable as a whole unit
20  for deployment.  They were past their useful life.
21     Q  How did you come to that determination?
22     A  Because the market had no interest in
23  buying it on bid.  I put it out for bid.
24     Q  Okay.
25     A  And --

**36**

1     Q  And that's maybe what I was trying to
2  understand earlier when I was asking you did you
3  participate --
4     A  Sure.  Okay.  I'm sorry, I misunderstood.
5     Q  Yeah, so when you participated in the
6  marketing of these miners --
7     A  Uh-huh.
8     Q  -- what did you do?
9     A  I broadcast it to our network of dealers
10  and I also tried to identify people that might be
11  interested in buying miners.
12     Q  Okay.  And when you say you broadcast, can
13  you explain what you mean?
14     A  There are multiple networks in the
15  secondary market that we participated with where
16  we shared information about available equipment.
17  There is also our proprietary network of used
18  equipment dealers that I had cultivated over
19  decades of doing this.  And in the course of that,
20  I have thousands of used equipment dealers around
21  the world that deal in different verticals.
22  Personal computers, networking, servers, all types
23  of equipment telecommunications, phones, all kinds
24  of stuff.
25     Each one of them has their own appetite.

37

1  I would actually send them what I called a dealer
2  profiler. They would fill that out telling me
3  what product they had an interest in. I kept that
4  in a master database and we broadcast bids to them
5  using that database.
6      Q  And when you say "bid," what do you mean
7  exactly?
8      A  I would prepare an offering, I would give
9  them the terms of that offering, the specifics of
10 the offering, and give them a timeline to bid.
11 They would prepay us if they were awarded the bid,
12 and they would get the material, and they were
13 happy.
14     Q  Okay. And so when -- what was the bid for
15 these 400 miners?
16     A  There was no bid, there was no offer.
17     Q  Okay.
18     A  Nobody made an offer.
19     Q  So what description did you put out in the
20 broadcasting for this?
21     A  The manufacturer of the model, the
22 condition, the specifics of the configuration and
23 the timeline for when the bid was due, the terms
24 of the offering, our normal boilerplate terms and
25 did not get any response.

38

1      Q  Okay. And you don't -- sitting here
2  today, you don't remember the type of miner,
3  correct?
4      A  Supermicro, I think -- is that a line, I
5  believe, Super -- I think --
6      Q  You can't ask your attorneys questions.
7      A  I can't recall, because it was an off
8  brand. At that time it was an off brand, I know
9  they have since become larger, but I believe it
10 was Supermicro.
11     Q  Okay. And you said it was a GPU?
12     A  I believe so.
13     Q  Okay. What was the condition of the
14 miner?
15     A  They were fine. They were normal used
16 equipment taken out of a data center in decent
17 condition, working condition.
18     Q  I thought you said you didn't know where
19 they came from?
20     A  No, they were taken out of an end user, I
21 do know that. I don't know which end user. I
22 know they were taken out of an end user.
23     Q  You said a data center though?
24     A  Yeah.
25     Q  How do you know they -- how do you know

39

1  that they were at a data center?
2      A  Good point. I'm speculating that any
3  server is at a data center.
4      Q  Okay.
5      A  So you're right, I don't know, but 400
6  units usually is at a data center.
7      Q  Are you -- are you aware of how crypto
8  operations during 2016 were typically run?
9          MR. JANICEK:  Objection, form.
10     A  I was not.
11     Q  Okay. Were -- or the location of where
12 cryptomining activities generally occurred in
13 2016?
14     A  I was not.
15     Q  Okay. Do you know the hashrate of those
16 400 miners that you tried to resell --
17     A  I do not.
18     Q  -- in 2016?
19         MR. JANICEK:  Let him finish his question.
20     A  Go ahead.
21     Q  It just make her job much easier.
22     A  My apologies.
23     Q  It's okay.
24         How long did you wait to scrap those 400
25 miners before --

40

1      A  The process --
2      Q  Sorry, hold on.
3      A  Go ahead. I'm sorry. I keep --
4      Q  I was trying to formulate my question
5  still.
6      A  Go ahead.
7      Q  I apologize.
8          How long did you wait from broadcast point
9  until scrapping -- making the decision to scrap?
10     A  Making the decision to scrap took less
11 than a week. The actual action of scrapping could
12 have taken a month, because we aggregated all the
13 material that was designated scrap and shipped it
14 down in full truckloads.
15     Q  Okay. And so you brought -- so there was
16 a week's point in time where you did not receive a
17 response for those 400 miners?
18     A  The typical bid window was anywhere from
19 two to four days, I believe. Because this was a
20 niche product, I let it bake, we call it baking
21 for four days, so that would have been my normal.
22 I would have put it out on Monday and I would have
23 closed the bid on a Thursday.
24     Q  Okay. And why did you determine that only
25 providing an additional four days for a niche

Transcript of Michael Schuler
Conducted on October 17, 2025

41

1  product was enough time?
2  **A Just historic way of approaching the**
3  **marketplace. I know the general rule of thumb**
4  **with regard to how my bidders operate and how they**
5  **respond and allowing the extra couple days would**
6  **be helpful if they were in turn trying to remarket**
7  **to somebody. But being a niche product, I did not**
8  **anticipate that we would get an offer because of**
9  **the age and it was borne out by the result.**
10  Q How did you know it was -- you didn't
11  receive an offer because of the age?
12  **A Because I knew that the material itself**
13  **was past it's useful life, in most cases. There**
14  **may have been an opportunity because it was a GPU**
15  **for service parts, that is one of the distinctions**
16  **about a GPU-type server versus a -- you know,**
17  **versus an ASIC server.**
18  **GPUs have other utilization where the**
19  **chips themselves could be useful. They could have**
20  **value in the secondary market in the parts arena.**
21  **Like for example, a typically GPU would be like**
22  **NVIDIA. And that has value in the secondary**
23  **market as a chip.**
24  Q Why not try to reuse the 400 miners for
25  the chips for general computing purposes?

42

1  **A Yeah, this particular offering we**
2  **communicated what was in the unit and nobody**
3  **indicated an interest in it.**
4  Q But you had never attempted to sell a
5  cryptominer before this time, correct?
6  **A This was the first time I came across it,**
7  **that's correct.**
8  Q First time you had ever seen one, correct?
9  **A Correct.**
10  Q And how do you know that your distribution
11  network had any experience with cryptomining?
12  **A I asked my team to try to find anybody**
13  **that might have an appetite for it and they were**
14  **unable to find anybody that had an interest in**
15  **bidding.**
16  Q Because it's a very niche product, right?
17  **A Pardon me?**
18  Q Because it is a very niche product, right?
19  **A That's the primary reason, but it's also**
20  **the fact that it was a -- it's a -- you know,**
21  **relatively new market. In 2016 it was at the**
22  **beginning of its product lifecycle as a whole.**
23  **And to give you a comparative on that,**
24  **when the PC market had been already pretty well**
25  **established about a dozen years, and yet, each of**

43

1  **the major manufacturers were only getting 10 cents**
2  **on the dollar on product returns, we were backing**
3  **up trucks and taking material out of IBM, Apple,**
4  **Compaq, Hewlett Packard.**
5  **If it was a $4,000 machine, we only had to**
6  **pay 10 cents on the dollar to take a unit that was**
7  **only months into its lifecycle as a return**
8  **product. That was because the industry was just**
9  **beginning to develop its secondary market.**
10  **That later -- that product later, if you**
11  **go and you look at Apple, for example, you buy a**
12  **brand new Apple at 599, the refurbished Apple goes**
13  **for 529, so that is now getting 90 percent**
14  **recovery rates.**
15  **That evolution of what it took to go from**
16  **10 percent to 90 percent we were intimately**
17  **involved with maturing that secondary market and**
18  **trying to cultivate a channel for all of that**
19  **equipment, as well as helping the manufacturers**
20  **understand what preparation is required to get it**
21  **accepted by the general marketplace.**
22  **So at that particular time, very similar**
23  **to the PC industry, it was very early in its**
24  **maturity about cultivating a secondary market.**
25  MR. MARX: I'm going to have to object as

44

1  nonresponsive to everything after "comparatively."
2  Q So suffice to say you only gave it a week,
3  right?
4  **A At that particular transaction, that is**
5  **correct.**
6  Q And the miners could still be used?
7  **A Pardon me?**
8  Q Could the miners still be used?
9  **A There was nobody that wanted to pay the**
10  **logistics costs of transporting to their facility**
11  **or making us an offer above scrap value.**
12  MR. MARX: Objection, nonresponsive.
13  Q Could the miners still be used?
14  **A For what function?**
15  Q To mine cryptocurrency?
16  **A Obviously -- used versus economically used**
17  **are two different questions.**
18  MR. MARX: Objection, nonresponsive.
19  Q Could the miners still be used to mine
20  cryptocurrency?
21  **A I don't know enough about how that works.**
22  Q Okay. Did you try to power any of them
23  up?
24  **A I didn't, my techs did.**
25  Q Okay. Did --

45

1    A They all worked.
2    Q Okay. They all worked?
3    A Yes.
4    Q Okay. And so you couldn't -- as you sit
5  here today, you don't know the economics of the --
6  of those cryptocurrency miners ability to mine any
7  crypto profitably, correct?
8        MR. JANICEK: Objection, form.
9    A Yeah. I don't know the specifics about
10 the economics of it, that's correct.
11    Q Do you agree that if those miners had --
12 could mine cryptocurrency profitably, that they
13 have economic value?
14        MR. JANICEK: Objection, form.
15    A Potentially. I would have -- I would have
16 suspect that through our efforts, we would have
17 found a potential channel for it because we were
18 pretty good at finding buyers for that material in
19 the secondary market.
20        MR. MARX: Objection, nonresponsive to
21 everything after "potentially."
22    Q Who -- which of your techs powered on the
23 miners?
24    A Can you repeat that? I'm sorry.
25    Q Which of your people at HiTech powered on

46

1  your miners?
2    A We have a tech department comprised of
3  about 40 technicians, PC and electronic
4  technicians, that were specialized in different
5  disciplines of -- and experience on different
6  types of equipment.
7    Q Okay. And they powered on each one of the
8  miners?
9    A To my understanding, yes.
10    Q Okay. Do you know how long they powered
11 them on for?
12    A I don't.
13    Q Okay. Did they report anything back to
14 you, other than they -- the miners powered on?
15    A In certain product profiles like that, we
16 only do a turn-on test.
17    Q Okay. Didn't attempt to connect them to
18 the network at all?
19    A Not to my knowledge.
20    Q Okay. Was that the only transaction -- or
21 was that the only time at HiTech that you
22 encountered cryptomining equipment?
23    A That is the only time in my entire career
24 I've come across crypto being offered in the
25 secondary market with all the different companies

47

1  I've worked for.
2    Q Okay. You said offered in the secondary
3  market. Was there other times that you
4  encountered cryptocurrency equipment?
5    A No, I have not come across any situations.
6  I'm part of about five major trading networks,
7  the -- all the industry associations, all the
8  major organizations that deal in ITAD, and we have
9  never come across much in the way of available
10 miner equipment during the time that I was
11 operating.
12        Now, when I started my own company,
13 Veterans Alliance Resourcing, I might not have
14 been as in touch with some of that. But relative
15 to the products we were seeing, I never came
16 across another opportunity on crypto after the
17 HiTech opportunity.
18    Q Fair to say because it's a niche product?
19    A Fair to say that once it's deployed, it
20 tends to stay deployed until its useful life is
21 exhausted.
22    Q What's your basis for that statement?
23    A The evidence of lack of available
24 equipment. Usually when equipment becomes
25 available for any major organization, it's

48

1  published. People try to find used equipment
2  networks, and they -- it's pretty easy to find the
3  used equipment networks that are out there.
4  There's -- and in the major industry space of
5  ITAD, we had a lot of trading networks out there.
6    Q So you've been in the ITAD space --
7    A 40 years.
8    Q 40 years?
9    A Yeah.
10    Q Okay. And during that 40-year time,
11 you've only come across one time in -- where
12 cryptomining equipment has attempted to be resold?
13    A Yeah. Considering, though, that only the
14 last 15 years it was even possible, but, yes, I've
15 only come across it once.
16    Q So fair to say you're not very familiar
17 with cryptomining equipment?
18    A No --
19        MR. JANICEK: Objection, form.
20    A Nobody in our ITAD space is.
21    Q Okay. Was there any potential reason for
22 you to think that the 400 miners at HiTech that
23 you attempted to resell could not connect to the
24 network or internet?
25    A No reason to believe they couldn't. They

Transcript of Michael Schuler
Conducted on October 17, 2025

49

1  seemed to be operable.
2      MR. MARX:  Okay.  We've been going about
3  an hour.  Do you want to take a quick break?
4      MR. JANICEK:  Sure.
5      THE WITNESS:  Okay.
6      VIDEOGRAPHER:  The time is 9:51 a.m.  We
7  are going off the record.
8      (Recess, 9:51 a.m. to 10:03 a.m.)
9      VIDEOGRAPHER:  The time is 10:03 a.m.  We
10 are back on the record.
11  Q  Mr. Schuler, do you recognize you are
12 still under oath?
13  A  Pardon me?
14  Q  Do you recognize you're still under oath?
15  A  Yes, sir.
16  Q  Okay.  We've been using the acronym "ITAD"
17 several times, and I'm not sure if we've ever
18 defined it.  What does ITAD stand for?
19  A  IT asset disposition.
20  Q  IT.  And when you say "IT," you mean
21 information technologies?
22  A  Correct, information technology asset
23 dispositioning.
24  Q  Okay.  Can you tell the Court kind of, I
25 guess, the business aspects of the ITAD of -- or

50

1  the IT part of ITAD?
2  A  Sure.
3      MR. JANICEK:  Objection, form.
4  A  Okay.
5  Q  Go ahead.
6  A  Yeah.  Essentially, what it is, is our
7  role is to provide value recovery to our clients.
8  When they determine an item is at end of use or
9  they want to upgrade to a newer technology, our
10 job is to take that material, handle the
11 logistics, the decommissioning, the processing of
12 that material, the data wiping, which is the most
13 important thing, and ultimately make sure that
14 that material never ends up in a landfill,
15 because, as we all know, landfills tend to be bad
16 PR.
17      If somebody sees your name and your -- you
18 know, Dow or DuPont, and you have a name on your
19 PC, and it ends up in a landfill, it's not a good
20 thing.  So our objective is to recover value and
21 properly disposition that material in a way where
22 it is -- mitigates risk to the client in the form
23 of data and environmental concerns.
24      We also make money buying and reselling
25 material.  Most of the material we take in the

51

1  ITAD space is consigned to us, and then we make
2  our percentage.  Other material we'll actually buy
3  outright based on our valuation of the material,
4  and we make profit on active, competitive bids
5  sometimes against other ITAD operations that make
6  similar bids on the material, and we determine we
7  can actually sell it for more.  So that's kind of
8  the ITAD industry as a whole.
9      Probably the most important thing is the
10 certifications in that space.  There are two major
11 certifying bodies, the biggest being R2.  R2 is
12 done by SERI, Sustainable -- I'm trying to
13 remember the acronym.  Don't recall it right now,
14 but, anyhow, they -- R2 stands for reuse and
15 recycle.  They are the biggest certifying body in
16 our space for how to properly handle material.
17      Each company that gets R2v3 certified has
18 to also get certified in ISO, ISO 9001 for
19 process, ISO 14001 for environmental concern
20 management, and ISO 45001 for operational --
21 occupational health and safety.
22      So each organization that is certified --
23 and there's over a thousand certified companies in
24 the R2 standard -- they have to be really on the
25 top of their game about how they handle

52

1  disposition of material.
2      And the reasons for this are things like
3  litigation with Morgan Stanley.  When one hard
4  drive got accidentally released without tracking
5  it properly, they lost $60 million -- they had to
6  pay a $60 million fine for losing that data.  They
7  also had to disclose it to all their shareholders.
8  And in the course of that, there were multiple
9  lawsuits related to one hard drive being not
10 properly disposed of.
11  Q  Okay.  And so if I -- just to kind of
12 truncate your answer and kind of sum it up, as far
13 as the IT aspect of ITAD, it's -- your customers
14 come to you for -- to get rid of their equipment,
15 and because those -- that equipment has
16 information stored on it, whether it's personal
17 identifiable information --
18  A  Correct.
19  Q  -- trade secrets, etcetera, and then they
20 ask you to essentially wipe it and then dispose of
21 the equipment; is that fair?
22  A  They ask us to recover value if there is
23 value.
24  Q  Okay.
25  A  And our objective is to get them value

Transcript of Michael Schuler
Conducted on October 17, 2025

53

1  where they didn't see much value in it. To them,
2  it was end of use or sometimes end of life in
3  their way of thinking.
4       I dealt with a lot of school systems that
5  had -- prior to our engagement with them, had to
6  pay for the service of having material removed.
7  We were able to convert that to not a pay
8  situation, but we actually gave them value
9  recovery.
10      One down here, DeSoto school system, I was
11 able to recover on their first transaction $33,000
12 on a bunch of old Chromebooks that would have been
13 a chargeback to them had it not been for the fact
14 that our channel was so well-cultivated, that we
15 could actually recover value.
16  Q  Okay.  When you -- and specifically at
17 HiTech right now still, would HiTech charge a
18 service for the wiping and then receive -- let me
19 break it down.
20  A  Okay.
21  Q  Was there a separate fee for kind of
22 deleting data at HiTech?
23  A  There could be.  It was all based on the
24 engagement.  If the engagement had a prospect of
25 resale value, and it was sufficient to cover costs

54

1  related to logistics, you know, auditing,
2  reporting, and data destruction, then that was all
3  part of the service, and we made our money in the
4  shared revenue percentage.
5       But it's always a consideration.  We
6  always had to factor in what our costs were.  And
7  later on, when I ran my own company, we were very
8  clear about if it -- if it was a situation where
9  there was any question, we were clear with the
10 customer about any potential charges they might
11 incur.
12      But 99 percent of the transactions I dealt
13 with at my own company were shared revenue.  We
14 assumed all the costs related to the processing,
15 the data destruction, all of that.
16  Q  Okay.  So --
17  A  Because we made our money in the shared
18 revenue.
19  Q  Okay.  It wasn't a separate standalone,
20 like --
21  A  Correct.
22  Q  -- fee or service?
23  A  Correct.
24  Q  Okay.
25      MR. JANICEK:  Mike, let him finish his

55

1  question, please.
2  A  Sorry.
3  Q  Okay.  That's all right.
4       Did you -- with those 400 cryptominers at
5  HiTech, did you have to delete the data on those
6  devices?
7  A  It is my understanding there were no hard
8  drives --
9  Q  Okay.
10  A  -- on those machines.  I believe the
11 client had removed anything that was data bearing.
12 When I saw them, I did not recall seeing any hard
13 drives.
14  Q  Okay.  Do you have any professional
15 licenses, Mr. Schuler?
16  A  I have certifications from the standpoint
17 of the ISO certifications and R2 certifications
18 that I've secured for my company.  But at a
19 professional level the only certifications that I
20 have, other than the certifications I have for
21 completing schools in the military, I am a VIP
22 start graduate program of the SBA, small business
23 administration, which is an extensive course for
24 veterans that own small businesses.  I was a
25 service disabled owner of a small business and

56

1  that is the only credentials I have specifically.
2  Q  Okay.  And just when you mentioned the
3  ISO, is that the environmental certification for
4  your company?
5  A  There are three.  ISO 9001 is for process,
6  make sure that we have a very clear, well
7  organized process for handling material.  ISO
8  14001 is the environmental and ISO 45001 is
9  occupational health and safety.
10  Q  Okay.  And who issues those
11 certifications?
12  A  ISO.
13  Q  Okay.  ISO.  What does ISO stand for?
14  A  I don't recall their acronym.  They are
15 the biggest certifying body for process of all
16 types.  They have dozens of certifications related
17 to, you know, multiple industries.
18  Q  So it's a private company?
19  A  I believe it's almost like an agent -- an
20 agency or something.  I don't know the specifics
21 of what -- how they do what they do, but I do know
22 that almost everybody in the industry has to
23 pursue those credentials if you're going to get
24 engaged with a major company, because big
25 companies don't want to deal with you unless you

Transcript of Michael Schuler
Conducted on October 17, 2025

15 (57 to 60)

57

1  are ISO certified.
2      Q  Okay.  And where do you currently work
3  now?
4      A  I am running my own company, Tech
5  Remarketers.  I do consulting.  I'm semiretired.
6  This is an engagement -- I still broker equipment
7  that I'm offered from some of my old clients, but
8  other than that, I'm semiretired.
9      Q  And when did you start Tech Remarketers?
10     A  I started it after I sold Veterans
11 Alliance Resourcing.  I was the 51 percent
12 shareholder, I sold it to my business partner, he
13 was a 49 percent.  He brought in two investors.  I
14 sold it to him back in -- I want to say either
15 January or March -- somewhere between January and
16 March of 2023.
17     Q  Okay.  So January of -- or March of 2023
18 you started Tech Remarketers?
19     A  Correct.
20     Q  And --
21     A  That's correct.
22     Q  And then it was Veterans Alliance
23 Resources?
24     A  Veterans Alliance Resourcing, yes.
25     Q  Okay.  And you had never, at Veterans

58

1  Alliance Resources, were asked to resell or
2  repurpose cryptocurrency mining equipment?
3      A  I never came across it at Veterans
4  Alliance Resourcing.
5      Q  Okay.  And same question at Tech
6  Remarketers; is that correct?
7      A  Tech Remarketers I've never had the
8  opportunity.
9      Q  And do you agree that cryptocurrency
10 mining equipment has changed a lot since 2016 at
11 HiTech?
12     MR. JANICEK:  Objection, form.
13     A  Certainly based on the research I've done
14 at this stage, as part of this review, I certainly
15 learned a lot more about what the industry has
16 done since that time, that's correct.
17     Q  And did you perform that research after
18 your -- issuing your expert reports in this case?
19     A  Can you restate that?
20     Q  Did you perform some of that research
21 after you issued your expert reports in this case?
22     MR. JANICEK:  Objection, form.
23     A  Most of it was done before I did my
24 report.  Some of it was subsequent to that.  Like
25 for instance, the specific dates of when crypto

59

1  started, I didn't have that nailed down.
2      Q  Okay.  And you currently said you do some
3  consulting; is that correct?
4      A  Yes, that's correct.
5      Q  Okay.  Are any of your clients
6  cryptocurrency mining clients?
7      A  No, they're HiTech companies.
8      Q  Okay.
9      A  If your -- if you would allow me, I can
10 expand on one of the engagements I did have under
11 Tech Remarketers.  I helped a start-up
12 organization that when it was a recycler that
13 wanted to become an ITAD operation and they had a
14 40,000 square foot facility in Houston.  I helped
15 that organization get started running and get
16 ultimately certified as an R2 and that is
17 eCircular out of Houston.
18     Q  Okay.  You talked about some of the
19 research with dates occurring as far as with --
20 when crypto came about.  What other crypto
21 specific research did you do?
22     MR. JANICEK:  Objection, form.
23     A  Really the only other thing that I did was
24 try to understand -- as part of my report was
25 trying to understand what the re-marketing side

60

1  was.
2      Q  So before you were contacted to be an
3  expert in this case, you didn't understand how to
4  remarket cryptomining equipment?
5      A  It wasn't --
6      MR. JANICEK:  Objection, form.
7      A  It wasn't a matter of trying to understand
8  it.  I never had the opportunity, so I didn't need
9  to pursue it.
10     Q  And so prior to that time, you didn't have
11 an awareness of how to remarket cryptomining
12 equipment?
13     MR. JANICEK:  Objection, form.
14     A  I certainly have always understood how to
15 remarket equipment.  I found homes for stuff that
16 nobody else could.  So I know the process of
17 trying to find homes for used equipment.  There is
18 different profiles, there are different networks,
19 there are different communications that are done
20 across a broad spectrum in the industry.  And I
21 certainly have reliable friends and consultants in
22 the industry that are with even much larger firms
23 that are more than willing to share information
24 with me if I come across a niche product and I
25 need to find a home for it.

Transcript of Michael Schuler
Conducted on October 17, 2025

16 (61 to 64)

61

1    Q  What did you learn about re-marketing
2  cryptominers?
3    A  I certainly came to understand that the
4  product follows consistent profiles of typical
5  niche products.  When you've got a product that
6  doesn't have a lot of deployments initially that,
7  you know, it tends to stay out and deployed as
8  opposed to coming available in the secondary
9  market.
10    A lot of times in the PC industry and the
11  other, you know, IT space, we would see product
12  come on a cycle three years, four years, five
13  years, because of what we would say technology
14  refresh.
15    We did not see that evident with crypto.
16  Crypto tends to be based on the economics of
17  things.  It was more driven about, at what point
18  does that cross where the economics and
19  competitive nature of cryptomining outweigh the --
20  you know, your current platform where you are now
21  motivated to invest in the newer technology or
22  newer offerings out there.  So it was similar to
23  other products in the niche space in that it has
24  its own way of acting in the secondary market.
25    Q  When you said the word "deployed," what

62

1  exactly did you mean?
2    A  Deployed either original or subsequent is
3  reselling it into somebody that utilizes it --
4    Q  Okay.
5    A  -- for its original purpose.
6    Q  You kind of made a motion with your hands
7  about crossing.  Can you explain a little bit what
8  you were -- what you are --
9    A  Sure.  What I was referring to there is
10  the economics of the crypto is certainly at what
11  point does it hit a point where it is more cost
12  effective to not utilize that particular
13  cryptominer versus upgrading to a new platform.
14  That is usually driven by costs of energy, costs
15  of operation and the competitive nature of
16  competing against other platforms that are out
17  there.
18    Q  And so I mean, are you talking about
19  profitability?
20    A  Correct.
21    Q  Okay.
22    A  Your return on investment.
23    Q  Okay.
24    A  Yeah.  At that stage in its lifecycle.
25    Q  Okay.

63

1    A  Whether it's worth remaining deployed.
2    Q  Okay.  And you would agree that -- so it's
3  your opinion that profitability is a decision --
4  the driver of the decision whether to maintain
5  that -- the deployment of that equipment?
6    A  That's why we don't see a lot of it.
7    Q  Okay.
8    A  Usually when it's retired, it's past its
9  useful life.
10    Q  Okay.  And have you ever been to a
11  cryptomining facility?
12    A  I have not.
13    Q  Okay.  Have you ever researched -- as part
14  of your research for this case cryptomining
15  facilities?
16    MR. JANICEK:  Objection, form.
17    A  I have not.
18    Q  Okay.  Have you ever been to a data
19  center?
20    A  Many.
21    Q  Okay.  What types of data centers have you
22  been to?
23    A  All types.  I've seen some of the largest
24  data centers around.  Most data centers you see,
25  you walk into them they're -- pretty much like

64

1  when I was in the Marine Corps we were at a Level
2  3 lab.  I wore -- very strange for a Marine, I
3  wore a lab coat and the whole shabam, because we
4  were temperature controlled, humidity controlled
5  because of the susceptibility of the electronics
6  to deviate when you're doing precise measurements.
7  So it's very sensitive equipment.
8    Similarly, at data centers you have
9  temperature and humidity controlled environments
10  because of the fact that the electronics tend to
11  not perform best unless they're in good
12  conditions.
13    Q  Okay.  What is it -- you said Level 3 lab.
14  What is a Level 3 lab?
15    A  A Level 3 lab is established by the
16  National Institute of Standards, NIST.  They are
17  Level 1, where they compare what is an ohm, what
18  is a volt, what is a, you know, what we call
19  standards of reference in physics and in
20  electronics.  It's measuring the hard reference of
21  what an item is against other countries that do
22  the same thing.
23    Level 2 is a lab that there's only a
24  couple of in the US, where they then are the
25  standards bearer, if you will, for the electronics

65

1  reference standards, that support Level 3 labs
2  which are the guys that actually deal with all the
3  equipment.
4       So at Level 3, we were handling all the
5  repair and calibration of high sophisticated
6  electronic test equipment.  That included spectrum
7  analyzers, digital oscilloscopes, all types of
8  other high level electronics.
9       We maintain and repaired that equipment
10 for the labs around the country on the west coast
11 and all the deployed ships.  So we were the
12 central place that took care of all their test
13 equipment that they used to do things like, you
14 know, tell you when you're in an airplane you're
15 at 80,000.  You don't want to have that be wrong
16 by a percentage, because now you might fly into
17 the ground.
18    Q  Sure.
19    A  So the test equipment at -- a Level 3 lab
20 is the highest level lab in the military.  It was,
21 as I say, a very controlled environment,
22 sophisticated laboratory.
23    Q  Okay.  So, now, you've mentioned Level 3,
24 Level 2, Level 1.  Are those classifications of
25 data centers that you're familiar with in the

66

1  military, or is --
2     A  Yes.
3     Q  -- that -- are those standards by NIST
4  generally?
5     A  That's not a data center.
6     Q  Okay.  Sorry, I misunderstood.
7     A  Yeah.  That's not a data center.  That's a
8  calibration metrology lab for electronics.
9     Q  Okay.
10    A  Electronic test equipment specifically.
11 But I was drawing a parallel to the conditions we
12 maintained at the Level 3 lab, and humidity and
13 temperature control is something I saw very
14 evident at all the data centers I visited.
15    Q  Okay.  Okay.  And when you saw those data
16 centers, did you have to wear the white coats?
17    A  No, I did not.  I was a visitor.
18    Q  Okay.  Are there, in your mind, different
19 categories of data centers?
20       MR. JANICEK:  Objection, form.
21    A  There are.  Certainly there's ones that
22 are more sensitive.  There are certainly even
23 facilities that are very concerned about dust
24 control, things of that nature, HIPAA concerns.
25 So there's all kinds of things related to

67

1  contamination, all of that kind of stuff, at
2  certain data centers I visited.
3       You know, there are places where I
4  couldn't go in unless you put on booties and a
5  smock and all of that kind of stuff.  So to your
6  point, the lab coat was in certain places.
7     Q  Okay.  What -- so the places that you
8  mentioned that had the -- where you had to put on
9  booties and just other gear to try to, I guess, in
10 your mind, prevent contamination, what sort of
11 equipment was housed in those places?
12    A  Most of those facilities were not just
13 data centers.  They were also doing repair or
14 other types of things where disks were exposed.
15 You know, back in the day, hard drives were
16 subject to, you know, failure because of
17 introduction of contaminants, things of that
18 nature.
19       So certain labs that I visited back in the
20 '80s and '90s had that kind of an environment
21 where you had to put on the smock and the booties
22 and all of that stuff, because they were concerned
23 about contamination affecting those hard drives,
24 because back then, hard drives were platters, you
25 know, very large type devices.

68

1       Since that, they've become solid state,
2  and, you know, you don't have to worry about
3  contaminants.
4     Q  So you've used the word "contamination"
5  several times.  What do you mean?
6     A  Contaminants are environmental-type
7  materials such as dust, dirt, clay, insects.  As a
8  matter of fact, as some people might not know, the
9  original term "bug" in electronics came from an
10 actual bug that got introduced to a device and
11 fried it.
12    Q  Okay.
13    A  So that term "bug" is applicable to a
14 contaminant, whether that be an insect or whether
15 it be dirt, grime, you know, clay, whatever it
16 might be.
17    Q  I mean, how you define contaminant, is
18 that -- is there an industry definition or, like,
19 a body that issues --
20    A  There are.  We certainly make reference to
21 it.  I don't know if there's a specific
22 terminology related to it.  I do know that it's a
23 fairly common -- commonly used reference in our
24 industry.
25    Q  Okay.  And you said how many data centers

69

1 estimate you've approximately been to?
2    A I've -- between taking out material that I
3 bought or were consigned to us, as well as ones
4 that I simply visited, probably 15 to 20 over my
5 career.
6    Q Okay. Were those primarily in the United
7 States?
8    A They were all in the United States.
9    Q Okay. Do you recall where in the United
10 States geographically?
11    A Different places, Minneapolis, Dallas,
12 Austin. I took out material in the Carolinas. I
13 don't remember if it was North or South. I took
14 out materials out of Florida, California. And
15 these were places where I visited as part of those
16 deals. Colorado, I don't recall where else, but
17 I'm sure there are others. Probably
18 Pennsylvania --
19    Q Okay.
20    A -- is another one.
21    Q You've mentioned some cities. Were the
22 data centers located in urban environments?
23      MR. JANICEK: Objection, form.
24    A They were kind of far flung. Some were
25 out on the outskirts of town by 20, 30 miles.

70

1 Others were in suburbs. I would say more often
2 than not, it was suburbs.
3     There were a few exceptions. Control Data
4 was a downtown kind of environment. I would also
5 say Honeywell was a downtown environment that I
6 visited. There were a number of places that were
7 kind of like in a surrounding like we're
8 experiencing here.
9    Q Okay. Were any of -- the 15 to 20 data
10 centers in the US that you visited, were any of
11 them in a remote or rural, like, location?
12    A There were some that were about 20 miles
13 from town, yes.
14    Q Okay. Was there other, kind of -- would
15 you describe -- well, strike that.
16     Were they -- you said 20 or 30 miles
17 outside of town. Were there -- what were the
18 surroundings like of those data centers?
19    A Warehouse.
20     MR. JANICEK: Objection, form.
21    A Warehouse type --
22    Q Warehouse areas?
23    A They were, like, a warehouse area as well
24 as just pretty much getting farmland.
25    Q Okay.

71

1    A You know, even -- even this area, you
2 know, my first house near Dallas was in Frisco,
3 and there were only 7,000 people, and we had, you
4 know, open land. Now it's 200,000 people there.
5 So at that particular time, you're adjacent to
6 farmland.
7    Q Okay. Those data centers that you were
8 talking about in farmland that you visited, what
9 types of data centers were they? Strike that.
10     What type of equipment did those data
11 centers hold?
12    A Servers, networking gear typical of a --
13 of a -- and data storage equipment that was
14 typical of a major, you know, data center.
15    Q Okay. In your visits to these 15 to 20
16 data centers, did you ever see any cryptomining
17 equipment?
18    A No.
19    Q Okay. Have you written any articles on
20 cryptomining equipment?
21    A No.
22    Q Have you written any articles on
23 cryptocurrency mining hosting centers?
24    A No.
25    Q Have you ever designed cryptocurrency

72

1 mining equipment?
2    A No.
3    Q Have you ever --
4    A Prior to this case, I have not dealt with
5 crypto.
6    Q Okay. So is it fair to say that you've
7 never analyzed the impact of dust on a
8 cryptocurrency miner's performance?
9     MR. JANICEK: Objection, form.
10    A No.
11    Q Have you ever analyzed the impact of rust
12 on a cryptocurrency miner's performance?
13     MR. JANICEK: Objection, form.
14    A No. But I have extensive experience in
15 contaminant, heat, and other types of influences
16 on other IT equipment that I can certainly offer
17 and, you know, outline if you're interested.
18     MR. MARX: Objection, nonresponsive,
19 anything after "no."
20    Q Have you analyzed the impact of corrosion
21 on a cryptocurrency miner's performance?
22    A No.
23     MR. JANICEK: Objection, form.
24    Q Have you ever analyzed the impact of heat
25 on a cryptocurrency miner's performance?

Transcript of Michael Schuler
Conducted on October 17, 2025

73

1      MR. JANICEK: Objection, form.
2      **A   No.  I would offer -- and I don't know if**
3  **you want to consider this, but electronics are**
4  **very consistent.  Cryptominers act like a server.**
5  **I have extensive experience with servers, and the**
6  **components in ASICs are very similar to GPUs and**
7  **CPUs.**
8      **I have -- a company I was with repaired**
9  **over 5,000 motherboards that were affected by heat**
10 **dissipation issues on just a single chip.  We**
11 **know -- we know what the effects are of**
12 **contamination.  Electronics are similar across all**
13 **platforms.  They have sensitivity to contamination**
14 **and heat.**
15     MR. MARX: Objection, nonresponsive to
16 anything after "no."
17     Q  Have you ever performed an appraiser --
18 appraisal of cryptocurrency mining equipment?
19     **A  Not crypto, no.**
20     Q  Okay.  Have you ever performed an
21 evaluation of cryptocurrency mining equipment?
22     **A  No.**
23     MR. JANICEK: Objection, form.
24     MR. MARX: What's your basis?
25     MR. JANICEK: What -- an evaluation like a

74

1  financial evaluation?  You haven't defined
2  cryptomining equipment either.
3      MR. MARX: We've been talking about
4  cryptomining equipment.  You guys --
5      MR. JANICEK: Okay.
6      MR. MARX: -- have hired him on the resale
7  value.
8      MR. JANICEK: Well, there's different
9  kinds of cryptomining equipment.  He's already
10 testified that he has experience with GPU mining
11 equipment.
12     Q  Okay.  Have you ever performed an
13 evaluation of a cryptocurrency miner?
14     MR. JANICEK: Objection, form.
15     Q  A financial valuation to resolve his
16 concerns.
17     **A  The one transaction at HiTech, I guess,**
18 **could be characterized that way.**
19     Q  You performed --
20     **A  Where I determined it was not of value.**
21     Q  Okay.  But no other time before that?
22     **A  That's correct.**
23     Q  Okay.
24     **A  And certainly in this case, I spent quite**
25 **a bit of time analyzing value.**

75

1      MR. MARX: Objection, nonresponsive with
2  "certainly" and then after that.
3      Q  And you've never previously served as an
4  expert witness?
5      **A  No.**
6      Q  Okay.  And you've never mined
7  cryptocurrency?
8      **A  I have not.**
9      Q  And you've never worked for a company that
10 does mine cryptocurrency?
11     **A  Correct.**
12     MR. JANICEK: Objection, form.
13     MR. MARX: What is your basis?
14     MR. JANICEK: Worked for a company?  He's
15 already testified that he's consulted with
16 companies that do things like that.
17     MR. MARX: That is not an objection, dude.
18     MR. JANICEK: I can object to the
19 vagueness of the question, which is what I've
20 done.
21     MR. MARX: No, that's not -- you -- that's
22 not vagueness, you're just rehashing his
23 testimony.  I asked you for your basis and you
24 didn't provide it.  It's waived.
25     MR. JANICEK: Objection, vague.

76

1      MR. MARX: Too late now.
2      Q  Do you know what -- do you know whether or
3  not cryptocurrency miners run on firmware?
4      **A  All electronics that I'm aware of of that**
5  **nature have firmware updates that are actively**
6  **introduced as the manufacturer determines they**
7  **need to be, you know, modified.**
8      Q  What's your -- tell the Court what your
9  understanding of firmware is generally?
10     **A  Generally firmware is the software side of**
11 **the operating system itself.  We refer to in a PC**
12 **or a server as BIOS.  That is the management of**
13 **the way that the system processes information and**
14 **it would upgrade that firmware based on historic**
15 **problems that it might have seen.  Things like,**
16 **you know, when systems get compromised by various**
17 **attacks, they will upgrade the firmware to, you**
18 **know, revise the way that the system processes**
19 **information so that it is not susceptible to those**
20 **kind of attacks.**
21     **So firmware is basically the control**
22 **software that tells a system how to operate.**
23     Q  Do you have an understanding of what
24 firmware on a cryptocurrency miner does?
25     **A  Limited.**

77

1    Q  Okay.  What's your understanding to the
2  extent you have one?
3    A  I would imagine it operates as other
4  firmwares do in that it's an instruction set of
5  how to operate.
6    Q  "Imagine" means you don't know for sure;
7  is that right?
8    A  I guess, yes.
9    Q  Okay.  With technology or information
10  technology equipment generally, do you know who
11  develops firmware?
12    A  I don't know specifically who develops it,
13  certainly the manufacturer themselves are
14  responsible for, you know, maintaining their
15  firmware revision levels.
16    Q  Okay.  Are you aware of firmware getting
17  updated by the manufacturer?
18    A  Absolutely, it happens quite often in the
19  IT space.
20    Q  Do you have an understanding of -- for
21  what purpose an IT space firmware would get
22  updated?
23    A  Kind of what I indicated before.  A lot of
24  time it's vulnerabilities that were identified in
25  the system itself, errors that were occurring

78

1  because of the system and the way it performed
2  under certain drivers or with certain drivers.  A
3  lot of circumstances where users found problems
4  with the way the system operated and that later
5  became a firmware update.
6    Q  So to use, like, kind of bring back your
7  analogy of a bug earlier, fair to say that
8  firmware can fix an information technology
9  equipment bug?
10    MR. JANICEK:  Objection, form.
11    A  I would not characterize it like that.  I
12  would characterize it more of telling the system
13  how to properly operate under certain
14  circumstances and combinations.
15    Most firmware is only minor modifications
16  to the code, the BIOS if you will.  It is not a
17  general replacement of, you know, the entire
18  software platform for telling it how to operate.
19  There's operating systems and then there's
20  firmware.  The firmware is more hardware specific,
21  whereas, the operating systems or other softwares
22  that are introduced run their own thing, they do
23  their own thing independent of the firmware.
24    Q  Sure, but if hardware is not operating
25  correctly, a firmware update can fix that error

79

1  or --
2    A  You would certainly want to have a
3  firmware update if you're experiencing multiple
4  types of failures and usually firmware updates are
5  introduced to remedy those problems that are
6  identified.
7    Q  So going back to the facility, do you know
8  how many miners SBI had at Building B?
9    A  It is my understanding, per the contract,
10  they had 20,000 for the invoice and the sales
11  contract there were 20,000 that were deployed or
12  should have been deployed.
13    Q  Okay.  Are you aware that SBI had
14  approximately 1,600 other S9 and S9i miners
15  located in Building B?
16    MR. JANICEK:  Objection, form.
17    A  I did not know the specific quantity.  I
18  was aware that S9s were there, I didn't know how
19  many.
20    Q  Okay.  Why did you not consider the S9s in
21  your report?
22    A  It wasn't part of the original request.
23    Q  So Winstead did not instruct you to form
24  an opinion on the value of the S9s?
25    A  They didn't and I actually didn't need it.

80

1  My determination on value was entirely based on
2  the condition of the material and I don't care
3  what material was there, the response would have
4  been the same.
5    MR. MARX:  Objection, nonresponsive after
6  "they didn't."
7    Q  And you certainly never observed the S9s
8  that were -- SBI had at Building B, did you?
9    MR. JANICEK:  Objection, form.
10    MR. MARX:  What is your basis?
11    MR. JANICEK:  You're assuming facts that
12  are not in evidence.
13    MR. MARX:  I'm leading the -- this is --
14    MR. JANICEK:  I think.
15    MR. MARX:  -- leading -- it's cross.
16    MR. JANICEK:  Okay.  I think it is not
17  factual.
18    MR. MARX:  You can argue about that later.
19    MR. JANICEK:  You asked me to --
20    MR. MARX:  This is awareness and it's
21  leading.
22    MR. JANICEK:  Okay.  I made my objection.
23    MR. MARX:  Okay.
24    A  Can you restate the question?
25    Q  You have certainly never observed the S9s

81

1 that SBI had at Building B, did you?
2    **A I didn't observe any device, S9 or any of**
3 **the A10s. My observations were entirely based on**
4 **the videos and pictures I saw.**
5    Q Okay. And you -- as you sit here today,
6 you've never seen a single SBI S9 miner, have you?
7    **A I do not recall ever seeing an S9. I --**
8 **when I did the subsequent audit in August, those**
9 **were -- the 30 we saw were all standard A10s.**
10    Q Okay. Do you even know the difference
11 between an S9 and an A10?
12    **A Not specifically, no.**
13    Q You mentioned seeing a -- you mentioned a
14 contract for the 20,000 A10 miners; is that
15 correct?
16    **A The actual contract was for 40,000, with**
17 **20,000 being delivered to that facility.**
18    Q Okay. So you've seen pictures and videos
19 of some of the 20,000 miners from that contract
20 that SBI had at Rockdale; is that correct?
21    **A Correct.**
22    Q Okay. Have you seen any of the 20,000
23 other miners that were part of that contract?
24    **A No, I have not seen anything on those**
25 **visually. I was made aware of them, and I was**

82

1 **made aware of their performance.**
2    Q Okay. Do you know where those other
3 20,000 miners were located?
4    **A I believe they were in Russia.**
5
6
7
8
9
10
11
12
13
14
15
16
17
18    Q Okay. Do you know the specific model
19 number of those 40,000 A10 miners?
20    **A I believe the 1040 -- if I may take a**
21 **quick look, I believe it was the 1041, if I**
22 **recall. Yes, it was the A1041, Avalon miner**
23 **A1041.**
24    Q So it's your testimony that all 40,000
25 miners at the A10s were 1041s?

83

1    **A I believe that was the initial contract.**
2 **I believe subsequent I was made aware that they**
3 **had different revs, six, sevens, whatever might**
4 **have been offered by the manufacturer as a**
5 **substitute for the original item.**
6    Q What do you mean by offered as a
7 substitute for the original item?
8    **A The manufacturer, and I would assume SBIC,**
9 **came to an agreement about different versions of**
10 **the A10 miner being offered as a substitute to the**
11 **original 1041.**
12    Q What's your understanding for that as
13 being a substitution between SBI and Canaan?
14    **A I don't have any understanding of it other**
15 **than anecdotally I was aware that they did have**
16 **different versions of --**
17    Q So you don't know, sitting here today, why
18 there are different versions?
19    **A I do not.**
20    Q Okay. How many of the 40,000 A10 miners
21 that you referenced in the contract, how many of
22 those are actual 1041s?
23    **A I don't know.**
24    Q 1042s?
25    **A I don't know.**

84

1    Q 1043s?
2    **A I don't know.**
3    Q 1044s?
4    **A I don't know.**
5    Q 1045s?
6    **A I don't know.**
7    MR. JANICEK: Objection, form.
8    MR. MARX: What's your objection?
9    MR. JANICEK: We haven't even established
10 that those are real types of miners.
11    MR. MARX: You're just arguing again.
12    MR. JANICEK: I'm not arguing.
13    MR. JANICEK: That's not an objection.
14    MR. JANICEK: Lack of foundation.
15    MR. MARX: No, that's not a foundation.
16 That's not an objection.
17    Q 1046s?
18    MR. JANICEK: You are not the judge of
19 that.
20    MR. MARX: You can make your argument to
21 the judge.
22    **A The only suffix that I was familiar with**
23 **or came across was the 1046, other than the 1041,**
24 **but I don't know if there were others. There**
25 **probably were, I don't know.**

Transcript of Michael Schuler
Conducted on October 17, 2025

85

1  Q How about a 1047?
2  A I don't know.
3  Q Have you read Byers -- strike that.
4    Do you know who Charles Byers is?
5  A I do. Just from the information where I
6 read the deposition, but that was sometime ago, so
7 I don't recall the specifics about it.
8  Q Okay. Are you aware that he discusses the
9 different model numbers?
10  A Pardon me?
11  Q Are you aware that he discusses these
12 different model numbers?
13  A I don't recall that.
14  Q Okay. Do you have any idea how many 1041s
15 SBI's operations in Rockdale held?
16  A I do not.
17  Q How about 1042s?
18  A I do not.
19  Q 1043s?
20  A Do not.
21  Q 1044s?
22  A Do not.
23  Q 1045s?
24  A Do not.
25  Q 1046s?

86

1  A Do not.
2  Q 1047s?
3  A Do not.
4  Q Do you know where SBI's miners were
5 located in the facility?
6  A I know they were in Building B. Beyond
7 that, I don't know much about the layout of
8 Building B.
9  Q Okay. And you don't know where in
10 Building B those miners were located?
11  A I don't?
12  Q I'm sorry, I didn't mean to interrupt you.
13  A Yeah. I don't.
14  Q Are you aware of any other cryptominer
15 having miners located in Building B?
16  A I was aware, as part of the work I did on
17 this case, that there were two other clients that
18 had material there. I don't know much about that.
19    I do know that there were different things
20 that were done, from the standpoint of the
21 physical layout of a facility, for different
22 clients. I believe Building A was significantly
23 different. Building B had some provisions for
24 some things for the other clients, but I don't
25 know the specifics of it.

87

1    I do know that all three clients have
2 brought litigation with regard to their issue.
3    MR. MARX: Objection, nonresponsive to
4 everything after "I don't know much about that."
5  Q So with respect to Building B, you don't
6 know how many other miners were located there?
7  A I don't.
8  Q Okay. Or what type of miner?
9  A I don't.
10  Q Do you consider yourself to be an expert
11 in accounting?
12  A No.
13  Q Okay. Construction of cryptomining
14 hosting centers?
15  A No.
16  Q How about do you consider yourself to be
17 an expert in the design of cryptomining hosting
18 centers?
19  A No.
20  Q Do you consider yourself a expert in the
21 design of IT equipment data centers?
22  A No.
23  Q Do you know who -- the main companies that
24 had the biggest market share for manufacturing
25 cryptominers?

88

1  A I do.
2  Q Okay.
3  A Yeah. I actually researched that. Canaan
4 was among the top five. And for ASIC miners,
5 there were three initially that came out with
6 product in -- from an ASIC matter standpoint, came
7 out with product in 2013. And among that was
8 Canaan, Butterfly, and there -- I believe there
9 were two others that came out with ASIC miners
10 around that time.
11  Q And when did you perform that research?
12  A I did it as part of this case.
13  Q Was that before or after you issued your
14 reports in this case?
15  A Some was before; some was after. It
16 wasn't -- it wasn't relevant to what my main
17 report and body was. It was more of a curiosity
18 thing that I had. I learned some of it while I
19 was preparing my report just as I was researching
20 things in general.
21    Subsequent to that, I was curious about
22 the industry itself. So I made further research
23 at understanding the timelines of ASIC miners, the
24 nature of some of the manufacturers. I had
25 certainly made the determination that Canaan was

Transcript of Michael Schuler
Conducted on October 17, 2025

89

1  one of the major manufacturers, and that is in my
2  report.
3      Q  Is it your opinion that Canaan is one the
4  largest cryptomining manufacturers by market share
5  today?
6      A  That would not surprise me.  I didn't make
7  it based on -- my determination based on market
8  share.  My determination was simply to identify
9  the top five, and Canaan was among those.
10     Q  And when you say "top five," by what
11 metric are you referring?
12     A  Revenues as well as recognition in the
13 industry.
14     Q  Okay.  Who are -- as you sit here today,
15 name the top five cryptomining manufacturers.
16     MR. JANICEK:  Objection, form.
17     A  As referenced in my report, you've got --
18 MicroBT was there.  You had -- let's take a look.
19 You had BITMAIN.  BITMAIN was one of the ones that
20 was early on.  You had what's -- MicroBT.  You had
21 Canaan.  There are others, but that -- those were
22 among the top ones I was able to identify.
23     Q  Do you know what MicroBT's latest
24 cryptominer is?
25     A  I don't.  I wasn't tasked with

90

1  understanding the latest information about what
2  miners are currently out.
3      Q  Even though you offered an opinion in this
4  case as far as what the repurchase value of miners
5  is today?
6      A  Yeah.  The only response I had on that was
7  specifically looking for an equivalency of getting
8  740 petahash.  And of those, I was able to
9  identify a few machines, BITMAIN, MicroBT, and
10 Canaan, of which -- I could not find my original
11 reference material for anything other than BITMAIN
12 and the Canaan back in 2021.
13     So I believe it would be appropriate to
14 withdraw my report regarding MicroBT and Canaan
15 having a miner 1366, because I could not find the
16 original research I produced.  But I -- the
17 BITMAIN miner AS19 XP, I was able to identify my
18 original data point as well as the Avalon miner
19 1246.  I was able to find that.
20     Q  Okay.  Do you know what BITMAIN's latest
21 model is?
22     A  I do not.
23     Q  Do you know how much -- have you ever
24 heard of an S23?
25     A  I have not come across it.  At the time of

91

1  this report, this was the research that came up
2  when I was looking for the equivalent -- compute
3  equivalency.
4      Q  And as you sit here today, you don't know
5  how much a BITMAIN S23 hashes at?
6      A  Can you restate that?
7      Q  Sure.  As you sit here today, you don't
8  know what a BITMAIN S23 hashes at?
9      A  That's correct.
10     Q  Okay.  Or what it -- that miner's power
11 draw is?
12     A  That's correct, I do not know.
13     Q  Do you know how a BITMAIN S23 compares to
14 a Canaan A10?
15     A  I don't.
16     Q  Do you consider yourself an expert in HVAC
17 systems?
18     A  Hold on a second.
19     Q  Sure.
20     A  I wear hearing aides and --
21     Q  Oh, no, no.
22     A  -- background noises --
23     Q  It's -- I can barely hear myself think.
24     A  -- it's very hard for me hear.  All right.
25 Say it again.

92

1      Q  Yes.  Do you consider yourself an expert
2  in HVAC systems?
3      A  In?
4      Q  HVAC systems?
5      A  HVAC, no.
6      Q  Okay.  Evaporative cooling systems?
7      A  No.
8      Q  Land use restrictions, do you consider
9  yourself an expert in land use restrictions?
10     A  Land?
11     Q  Land use restrictions.
12     A  No, not at all.
13     Q  Land use regulations?
14     A  No.
15     Q  Permitting?
16     A  No.
17     Q  Okay.  Zoning?
18     A  No.
19     Q  Cryptocurrency?
20     A  No.
21     MR. JANICEK:  Objection, form.
22     MR. MARX:  What is the basis of your
23 objection?
24     MR. JANICEK:  It's vague and ambiguous.
25     MR. MARX:  As to cryptocurrency?

Transcript of Michael Schuler
Conducted on October 17, 2025

93

1     MR. JANICEK: Yes. There are ways --
2     MR. MARX: I'm --
3     MR. JANICEK: Don't cut me off, Brandon.
4     MR. MARX: I'm waiting -- I'm looking
5 forward to you making that argument to the judge.
6     MR. JANICEK: Okay. Please stop cutting
7 me off when I make my objections.
8     MR. MARX: You had paused, and so I
9 assumed you were --
10     MR. JANICEK: I was not done.
11     I'm objecting to it being vague because
12 being an expert in crypto can mean quite a few
13 things, and you've not expressed what that means.
14     Q  Cryptocurrency, do you know what
15 cryptocurrency is, Mr. Schuler?
16     **A  I'm aware of it.**
17     Q  Yes, the thing --
18     **A  I'm not --**
19     Q  -- that you can mine?
20     **A  I'm not -- I'm not an expert in it.**
21     Q  Okay. Are you an expert in meteorology?
22     **A  No.**
23     Q  Are you an expert in climatology?
24     **A  No.**
25     MR. MARX: Okay. Let's take a quick break

94

1 and come back if that's all right.
2     THE WITNESS: Very good.
3     VIDEOGRAPHER: The time is 10:56 a.m. We
4 are going off the record.
5     (Recess, 10:56 a.m. to 11:19 a.m.)
6     VIDEOGRAPHER: The time is 11:19 a.m. We
7 are back on the record.
8     Q  Mr. Schuler, prior to the break, we were
9 kind of discussing cryptominer profitability. Do
10 you recall that?
11     **A  Profitability?  I wasn't sure that that**
12 **was the -- that conversation, but maybe if you**
13 **want to state the question specifically, I'll be**
14 **glad to respond.**
15     Q  Sure. Do you remember prior -- when we
16 were talking about -- when you were making an X
17 with your arms and talking about a cryptominer s
18 ability to mine crypto profitably?
19     **A  I do, yes. That was related to my**
20 **observations about how the people that use**
21 **cryptominers tend to make their decision not on**
22 **traditional upgrade strategies, but strategies**
23 **purely related to the financial side of the**
24 **equation.**
25     Q  Okay. Do you know what the variables that

95

1 people use to -- the financial variables that
2 people use to determine whether a miner can run
3 profitably?
4     **A  Certainly one of the key measurements is**
5 **the cost of operation. Because cryptominer**
6 **machines use quite a bit of energy and I know**
7 **that, you know, there is efficiency ratings that**
8 **are tracked and measured as well as the actual**
9 **production of the coin they're made to mint. If**
10 **you are -- at some point, those degrade and newer**
11 **machines become more attractive, because they're**
12 **able to capture more of the transactions.**
13     **So that's my understanding of how they**
14 **work and as I say, typically when they're**
15 **deployed, they tend to stay deployed until their**
16 **useful life relative to economics is exhausted.**
17     Q  Are you aware of any other variables that
18 can be used to determine whether miners are
19 profitable?
20     **A  I believe those are the two main things,**
21 **how much they're able to produce financially of**
22 **their particular Bitcoin or Ethereum or whichever**
23 **one they're doing against the cost of operation,**
24 **the energy cost and their efficiency. I believe**
25 **those are the two major criteria. I'm not aware**

96

1 of really much other than that.
2     Q  Okay. Do you know the price of SBI's
3 power when it first started mining cryptocurrency
4 in Rockdale, Texas?
5     **A  I don't recall. I seem to recall some**
6 **testimony in depositions that reference that. I**
7 **don't recall the specifics of it. I know it -- I**
8 **know it was safely under** ███████████ **I**
9 **don't know where it was below that.**
10     Q  Apologies. Are you finished?
11     **A  Yes.**
12     Q  Sorry, didn't mean to interrupt.
13     Did you perform a profitability analysis
14 using these two variables in forming your opinions
15 in this case?
16     **A  I did not. It wasn't required. As I**
17 **stated before, my determination regarding the**
18 **profitability wasn't a consequence because the**
19 **machines were determined to not have value based**
20 **on their condition.**
21     MR. MARX: Objection, nonresponsive to
22 everything after "I did not."
23     Q  Do you know that price of SBI's power for
24 its cryptominers as of the date it stopped
25 operations in Rockdale, Texas?

Transcript of Michael Schuler
Conducted on October 17, 2025

97

1    MR. JANICEK: Objection, form.
2    **A I don't.**
3    [redacted]
4    [redacted]
5    [redacted]
6    Q Do you know the price of SBI's power for
7 any of its cryptomining operations?
8    **A The only frame of reference I have for**
9 **that was reading some prior depositions and I**
10 **recall it was under 10 cents per kilowatt. I**
11 **don't recall what the number was.**
12   Q Do you -- are you aware of the power draw
13 for any of SBI's miners that it had operating at
14 all anywhere between 2019 and 2021?
15   MR. JANICEK: Objection, form.
16   **A Okay. Can you restate the question?**
17   Q Sure.
18      Do you know for any of the miners that SBI
19 had operating between 2019 and 2021, anywhere in
20 the world, do you know a single one of those
21 miners power draws?
22   MR. JANICEK: Objection, form.
23   **A Relative to their power draw, I have the**
24 **specs of what their joule numbers were relative to**
25 **what the manufacturers specified. I don't know**

98

1 **specifically what an individual machine or**
2 **collectively they performed at, but the specs**
3 **regarding their performance, I do have that.**
4    Q Okay. What are the -- what would -- I
5 guess, first off, which specific miner are you
6 referring to?
7    **A The A10 1046. I had the manual shared**
8 **with me and I did make reference to it's**
9 **performance in my report.**
10   Q What was the A10 1046's specified power
11 draw?
12   MR. JANICEK: Objection, form.
13   **A Pardon me. Let me correct. 1041, I**
14 **should have said, my apologies, misstated.**
15   **1.735 once or .065 joules per GH.**
16   Q Okay. Is that the only on of SBI's miners
17 that you understand what the specified power draw
18 is?
19   **A It's the one I researched, yes.**
20   Q You don't know that -- what the specified
21 power draw is for a 1042?
22   **A I don't know if there is a model 1042. I**
23 **don't know what models variations there are other**
24 **than what I have in my report.**
25   Q Okay. So you don't know if there's a --

99

1 what the specified power draw is for a 1046?
2    MR. JANICEK: Objection, form.
3    **A I don't know any specifications outside of**
4 **what is contained in my report.**
5    Q Do you have a 1046 referenced in your
6 report?
7    **A I do not.**
8    Q What about 1047?
9    **A I only have the 1041 referenced in my**
10 **report.**
11   Q Okay. Do you know what the term "global
12 hashrate" means?
13   **A Generally I understand what hashrate is.**
14   Q What do you understand hashrate to be?
15   **A It's the -- it's an actual performance**
16 **of -- it's basically assigning a reference number**
17 **to a blockchain. And where it is timestamping**
18 **information, capturing information about doing a**
19 **transaction, and then associating that to other**
20 **related transactions forming the blockchain.**
21 **Hashrate is the speed at which it does that --**
22 **performs that calculation.**
23   Q Do you know the global hashrate at the
24 time for -- the global hashrate at Bitcoin for the
25 time, at the time SBI began its operations?

100

1    **A Restate that. Are you saying the hashrate**
2 **for a unit or the hashrate --**
3    Q The global hashrate for Bitcoin globally
4 at the time of SBI beginning operations in
5 Rockdale?
6    **A I do not.**
7    Q Okay. Do you know the global hashrate for
8 Bitcoin at the time SBI ended its operations?
9    **A I do not.**
10   Q Do you know the hash -- the global
11 hashrate for Bitcoin as we sit here today?
12   **A I do not.**
13   Q I've just handed you three exhibits,
14 Exhibits 44, 45 and 46.
15      (Exhibits 44 through 46 marked.)
16   Q Do you see those?
17   **A Say it again.**
18      MR. JANICEK: Can I get some clarity on
19 which one is which? Final report is --
20      MR. MARX: I'm about to do that.
21      MR. JANICEK: All right.
22   Q Do you see Exhibits 44, 45 and 46?
23   **A I do.**
24   Q Okay. Do you have any reason to disagree
25 that Exhibit 44 is your March 28th, 2025 report?

Transcript of Michael Schuler
Conducted on October 17, 2025

---

101

1    A  I submitted my reports with version
2    numbers. I don't know what this is unless I do a
3    comparison to my original submitted report with a
4    version number referenced.
5        Q  Well, you can take a look at it if you
6    like.
7        A  This version is version 8. The original
8    one is version 1. I don't know which one is here.
9        Q  Okay. And so in your binder right now,
10   you say you have a version 8. I mean, feel free
11   to look at it, but I know -- I'll represent to you
12   that Exhibit 44
13       A  Okay.
14       Q  -- is a copy of the March 28th report that
15   we received.
16       A  Okay. I --
17       Q  Any reason to dispute that?
18       A  I would have to pull up my actual computer
19   to see what version that was and to see if that is
20   the one. I could -- I can state there were
21   subsequent versions where there were either
22   additional information introduced or minor
23   adjustments.
24       MR. JANICEK:  Take a second to look
25   through this Exhibit 44 and just let him know if

---

102

1    you think this is the document that you provided
2    to counsel to serve in March.
3        A  Okay. I can tell you the rebuttal is
4    different, because that was introduced in the
5    subsequent versions and that includes pages that
6    were later added that added -- it added four pages
7    to my original report. That is not in this
8    report.
9        Q  Correct. I'll represent to you that
10   Exhibit 44 is what we received from Winstead --
11       A  Okay.
12       Q  -- on March 28th, 2025.
13       A  Okay.
14       Q  Exhibit 44 is what we received from
15   Winstead on July 18th, 2025.
16       MR. JANICEK:  Did you mean Exhibit 45?
17       MR. MARX:  I'm sorry?
18       MR. JANICEK:  Did you mean Exhibit 45?
19       Q  Yes, sorry, Exhibit 45.
20       And then Exhibit 46, I will represent, is
21   what we received from Winstead on August 8th.
22       A  Okay.
23       Q  2025.
24       A  Okay. That would probably be consistent
25   with the various versions.

---

103

1        Q  Okay. And I think you already referenced
2    this a little bit, but the later versions have
3    some additional material in them, correct?
4        A  That is correct.
5        Q  But the later versions are all
6    encompassing of the prior versions?
7        A  There may have been minor adjustments, but
8    they would have been minor.
9        Q  Okay. And then really with Exhibit 45,
10   which is your rebuttal report, you have some
11   additional sections that rebut Richard Peters
12   expert report; is that correct?
13       A  That is correct.
14       Q  And then in Exhibit 46, which is the
15   August report, there is an additional section
16   about your audit of the miners; is that correct?
17       A  That seems correct, if that is what I'm
18   thinking of in the timelines.
19       Q  Okay. Why was the August report issued
20   after the July 18th deadline?
21       MR. JANICEK:  Objection, form.
22       A  State that again.
23       Q  Are you aware that there was a rebuttal
24   deadline in this case where -- of July 18th, 2025?
25       A  You're referring to the rebuttal from

---

104

1    Mr. Peters or which are you referring to?
2        Q  So in this case, we have an expert
3    rebuttal deadline from Mr. Peters as of July 18th.
4        A  Okay.
5        Q  Were you aware of that?
6        A  I wasn't aware of the specific times, but
7    I had hip surgery and one of the reasons why we
8    had some conflicts was I was still in -- I was
9    still recovering from hip surgery so I couldn't
10   travel.
11       Q  Okay. And when did that -- and I'm sorry
12   to hear that you had to have hip surgery. I
13   apologize I'm questioning about it, but when did
14   that occur?
15       A  I believe it was the second week of July.
16       Q  Okay. Is there a reason why, from the
17   time you were first engaged in March 28th, 2025,
18   you didn't examine the miners in Houston?
19       MR. JANICEK:  Objection, form.
20       A  I wasn't requested to do so. If I recall,
21   it wasn't pertinent to my declaration and in my
22   report that I didn't need to physically go there.
23   As I state in my material here, I have made tens
24   of millions of dollars in purchases and
25   decommissioning of material and assessments of

---

105

1  value without ever physically going. And I had
2  the benefit of having organizations that I would
3  engage with that would go gather that information
4  for me.
5      In this particular case, I had much more
6  information than is typical for us -- for me to be
7  able to establish a value.
8  Q For -- and to be clear, you've only tried
9  one time to resell cryptominers in 2016, correct?
10     MR. JANICEK: Objection, form.
11  A The only time I came across crypto was
12 when I was at HiTech, that's correct.
13  Q And you are so familiar with
14 cryptocurrency mining equipment, that you didn't
15 need to physically inspect them in -- by March of
16 20 -- March 28th, 2025?
17  A I was so familiar with equipment
18 condition, and I had decades of experience in
19 reselling used equipment, that equipment was so
20 compromised, that the timelines and everything
21 else really were inconsequential to my
22 determination.
23  Q So are you telling the Court that you're
24 an expert in cryptocurrency mining equipment?
25  A I'm an --

106

1      MR. JANICEK: Objection, form.
2  A I'm an expert in the resale of used
3  material into the secondary market.
4      MR. MARX: Objection, nonresponsive.
5  Q Are you an expert in cryptocurrency mining
6  equipment?
7      MR. JANICEK: Objection, form.
8  A I wasn't asked to be an expert in the
9  equipment. I was asked to be an expert in the
10 valuation of the -- and the prospects of reselling
11 that equipment into the secondary market.
12     MR. MARX: I'm going to object as
13 nonresponsive.
14  Q I'm just asking a very simple question.
15 Tell the Court if you consider yourself to be an
16 expert in cryptocurrency mining equipment.
17     MR. JANICEK: Objection, form.
18  A Not an expert in the equipment itself, no.
19  Q Okay. Are you -- do you consider yourself
20 an expert in cryptocurrency mining operations?
21  A I do not --
22  Q Okay.
23  A -- consider myself an expert in mining
24 equipment.
25  Q Do you consider yourself an expert in the

107

1  resale of cryptocurrency mining equipment?
2  A I absolutely consider myself to be an
3  expert in the resale of all electronic and IT
4  equipment. They follow consistent patterns that
5  I've experienced over 40 years of doing it.
6  Q And how many times have you attempted to
7  resale cryptocurrency mining equipment?
8  A Once, once.
9  Q Okay. Over ten years ago?
10  A Correct.
11     MR. JANICEK: Objection, form.
12  A My apologies, let me think. That would
13 have been --
14  Q Apologies, nine years ago approximately?
15  A That would have been probably right around
16 2017, because it was right before I left HiTech.
17  Q In the crypto market, the cryptomining
18 machines are drastically different than in 2016
19 and 2017 than as we sit here today, correct?
20     MR. JANICEK: Objection, form.
21  A I would certainly say that all IT
22 technology has changed dramatically in that window
23 of time, yes.
24  Q And IT technology -- IT equipment is
25 different than cryptocurrency mining -- miners,

108

1  correct?
2      MR. JANICEK: Objection, form.
3  A Not in its nature, no.
4  Q Okay.
5  A It's essentially acting as a server
6  processing information. It's very consistent.
7  Q Do cryptocurrency miners store
8  information?
9  A They do not.
10  Q Okay. And IT equipment does, correct?
11  A Well, networking equipment doesn't store
12 information either, and I sell a ton of networking
13 equipment.
14  Q But IT servers store information, right?
15  A I -- technically, hard drives store
16 information. Servers operate as a processing
17 agent for information, and it pushes that data to
18 a storage device, whether that be a hard drive or
19 an external storage device. The server itself is
20 the actual processing of the information.
21     MR. MARX: Objection, nonresponsive.
22  Q IT servers store information, correct,
23 within the hard drive?
24  A IT servers can operate independent of
25 storage. There are a number of IT servers that do

Transcript of Michael Schuler
Conducted on October 17, 2025

28 (109 to 112)

**109**

1 not have storage. They actually port that
2 information to an external storage device.
3        So to make the statement that they
4 automatically have storage, that is not the nature
5 of a server. A server actually processes the
6 information, and the storage device could be
7 resident, but many times it is actually external
8 to the server.
9        MR. MARX: Objection, nonresponsive.
10       Q I'm not asking about whether or not they
11 can or -- outside of it. IT servers can and do
12 store information on their hardware    or on their
13 hard drives?
14       A At the buyer's --
15       MR. JANICEK: Objection, form.
16       A -- discretion --
17       MR. JANICEK: Let me finish.
18       THE WITNESS: I'm sorry.
19       MR. JANICEK: Let me object. Objection,
20 form.
21       Go ahead, Mike.
22       A At the discretion of the buyer, servers
23 can be purchased specifically for doing nothing
24 more than processing information. The storage
25 decision could be an internal one, as part of the

**110**

1 server, or it could be external. It is not
2 automatically resident. So I'm challenging your
3 question -- your statement because that is not an
4 automatic in servers.
5        MR. MARX: Objection, nonresponsive.
6        Q I -- and I'm asking a very simple
7 question. It's not whether they do all the time
8 or whether it's automatic or whether someone
9 decides. IT servers contain hard drives that can
10 store information; correct?
11       A No.
12       MR. JANICEK: Objection, form.
13       A That's not correct.
14       Q Okay. And what is the purpose of a
15 cryptocurrency miner?
16       A To --
17       MR. JANICEK: Objection, form.
18       A The purpose is a specific one. I -- by
19 its very nature, ASIC is an application-specific
20 integrated circuit. It specifically processes the
21 algorithm for cryptocurrency mining in the
22 blockchain so it can actually mine that data. It
23 gets compensated for mining that data and
24 performing the function of crunching that number,
25 crunching that mathematic calculation.

**111**

1        Very similar to servers that do the same
2 thing, neither are required to have a hard drive.
3        MR. MARX: Objection, nonresponsive to the
4 last sentence about "very similar to servers that
5 do the same thing."
6        Q Now, a cryptocurrency miner has one
7 purpose, correct?
8        MR. JANICEK: Objection, form.
9        A It has a specific server -- a narrow scope
10 of what it does, that is correct.
11       Q And that scope is different from any
12 equipment that is located in a    in an
13 information technology data center?
14       A No, no. Servers do the same thing.
15 Servers process information. That's why GPUs were
16 used to do exactly that cryptomining before ASICs
17 came around.
18       Q Tell me --
19       A The process of crunching information is a
20 function of a server. Servers are no different
21 than cryptominers.
22       Q Tell me exactly how many pieces of
23 information technology equipment that you saw
24 mining cryptocurrency at one of the 15 -- any one
25 of the 15 to 20 data centers you visited.

**112**

1        MR. JANICEK: Objection, form.
2        A The amount I saw was one. The amount that
3 is -- actually was in place were hundreds of
4 thousands of devices that were actually doing that
5 function prior to the introduction of ASIC miners.
6 GPU miners were actually doing that role.
7        Q So it's your testimony that at the 15 to
8 20 data centers, every one of them was mining
9 cryptocurrency?
10       MR. JANICEK: Objection, form.
11       A No. None of them were, because they were
12 not cryptomining operations. They were
13 traditional IT data centers that were crunching
14 information for corporations. Corporations were
15 not engaged in cryptomining.
16       Q And that -- those -- that equipment had
17 multiple uses, correct?
18       A GPUs had multiple functions. They could
19 have been utilized to do other things, and that's
20 why GPU systems were originally used for data
21 mining. It is a -- it is a function of the
22 processor itself, the server itself. How it's
23 tasked, what it's tasked with could be different.
24       MR. MARX: Objection, nonresponsive.
25       Q That information technology equipment at

Transcript of Michael Schuler
Conducted on October 17, 2025

113

1 each of those 15 to 20 data centers had multiple
2 uses, correct?
3     MR. JANICEK: Objection, form.
4     A It had the function of being either a
5 server or a networking device that performed the
6 basic function of what those devices do.
7     Q Okay. None of them were mining
8 cryptocurrency, correct?
9     MR. JANICEK: Objection, form.
10     A I do not know if the clients I dealt with
11 had any engagement in utilizing those servers for
12 cryptomining. To my knowledge, they did not, but
13 they could have. There is no reason why they
14 could not have been turned on for that function.
15 They had the capability. They had the same kind
16 of functionality that -- a server of that time
17 with GPUs could have been retasked to that
18 function.
19     MR. MARX: Objection, nonresponsive to
20 everything after they -- "to my knowledge, they
21 did not."
22     Q And GPUs are not used in cryptocurrency
23 miners today, are they?
24     MR. JANICEK: Objection, form.
25     A They actually are. There are some that

114

1 are used for that function.
2     Q Name a single one?
3     A To my knowledge, there are some NVIDIA
4 chipsets that are used as GPUs to process
5 cryptomining.
6     Q Please name a single cryptocurrency miner
7 and manufacturer that uses GPUs as of today.
8     A I cannot.
9     Q Okay. Please tell me a specific server
10 that not -- did not have a hard drive at one of
11 these 15 to 20 data centers that you've been
12 looking at, and please name the make and model.
13     A The ProLiant.
14     MR. JANICEK: Objection, form.
15     Q Okay.
16     A Dell and Hewlett Packard both make servers
17 that are only processing as servers, and they run
18 the storage of information external to them. It
19 is a choice of the buyer to determine whether or
20 not they want to have a resident hard drive.
21     Q Okay. And if servers and miners -- if
22 servers and cryptocurrency miners are the same
23 thing, why do mining companies use cryptocurrency
24 miners instead?
25     MR. JANICEK: Objection, form.

115

1     A Yeah. Restate that, because how that's
2 framed doesn't seem correct.
3     Q If you can use information technology
4 equipment, as you so described, Mr. Schuler --
5     A Yes.
6     Q -- to mine cryptocurrency, why don't
7 cryptocurrency miners use that equipment, instead
8 they use cryptocurrency miners?
9     MR. JANICEK: Objection, form.
10     A Because ASICs are more efficient at
11 cryptomining.
12     Q Because they're different, right?
13     A They're specifically designed for a single
14 purpose. And cryptomining has long since
15 determined that the ASIC is the best way to go
16 about performing that function.
17     Q And because those ASIC miners are
18 different, right?
19     MR. JANICEK: Objection, form.
20     A They're still a server.
21     MR. MARX: Objection, nonresponsive.
22     Q They're different than the other
23 cryptocurrency mining equipment that you have just
24 talked about. I mean -- excuse me. They're
25 different than the other information technology

116

1 equipment that you were just talking about,
2 correct?
3     MR. JANICEK: Objection, form.
4     A It is still performing a similar function
5 of processing information, crunching data, that's
6 what servers do.
7     Q Again, then why aren't cryptocurrency
8 mining companies using those servers as you are
9 opining here today?
10     MR. JANICEK: Asked and answered.
11     A Because they're more cost efficient to use
12 ASIC --
13     Q Okay.
14     A -- for that function.
15     Q Because they're different pieces of
16 equipment, correct?
17     MR. JANICEK: Objection, form, asked and
18 answered.
19     MR. MARX: Please keep your objections to
20 form, no speaking objections.
21     A Okay. It is still a server. I'm going to
22 stand by my testimony that an ASIC cryptomining
23 server is still performing the basic function of a
24 server, which is to crunch data.
25     Q Tell the Court every single cryptominer

117

1  that you can sit here -- as you sit here today,
2  that uses one of these servers that you are
3  talking about to mine cryptocurrency?
4      MR. JANICEK: Objection, form.
5      A  From 2010 to 2013, that's all they had as
6  a choice, they had to go with GPUs and CPUs to do
7  cryptomining. So it performed the same function
8  of a server in that period of time. ASICs came
9  along in 2013 and were determined to be a much
10 more cost efficient device as a processing unit to
11 process that information specific to
12 cryptocurrency mining.
13     So they defaulted to that as being the
14 standard. And since then, all cryptominers are
15 essentially utilizing that more cost efficient
16 processing system.
17     MR. MARX: Objection, nonresponsive.
18     Q  Again, as you sit here today, tell the
19 Court each and every cryptocurrency miner, mining
20 company, that you are aware of that, as of today,
21 uses these servers that you suggest to mine
22 cryptocurrency?
23     MR. JANICEK: Objection, form.
24     A  When you say a company, I am aware that
25 there are people that utilize GPUs to mine crypto

118

1  today. There are some that do that for whatever
2  purpose. From a manufacturing standpoint, I'm not
3  aware of any cryptomining manufacturer that
4  utilizes a GPU.
5      Q  And as far as any -- name a single person
6  that uses, that you're aware of as you sit here
7  today, that uses these servers to mine
8  cryptocurrency.
9      MR. JANICEK: Objection, form.
10     A  Yeah, I don't know an individual. I can
11 state originally from a period of the first three
12 years of cryptomining, all they had to choose from
13 was GPUs, which is a server, GPUs and CPUs.
14     Q  Yes. Nine years ago, correct?
15     A  Correct.
16     Q  Outdated, correct?
17     MR. JANICEK: Objection, form.
18     A  Correct.
19     Q  Which cryptocurrencies, in your
20 understanding, is being mined on GPUs today?
21     MR. JANICEK: Objection, form.
22     A  I don't know. What would be -- being
23 processed on GPUs. The only thing I can state is
24 GPUs are capable of doing the same function, they
25 just don't do it because of the cost efficiency of

119

1  doing that processing.
2      MR. MARX: Objection, nonresponsive to --
3  just objection, nonresponsive.
4      Q  What actual cryptocurrencies are you aware
5  of that can be mined by GPUs as of today?
6      MR. JANICEK: Objection, form.
7      A  I don't know of any that are being mined
8  specifically with GPUs at the moment. I'm aware
9  that they can be done because the function is
10 similar.
11     Q  And that's what I'm trying to understand.
12 You say they can be done, I'm asking what
13 cryptocurrency can be mined?
14     A  With the GPU?
15     Q  Yes.
16     A  My understanding that, you know, Bitcoin
17 could be mined by a GPU and for three years it was
18 mined by a GPU.
19     Q  As of today, that's your testimony?
20     A  My testimony that it could have been done,
21 I don't know that it is being done.
22     Q  But that's my whole question, Mr. Schuler.
23 I'm trying to ask, as of today, what
24 cryptocurrencies can you name that can be mined by
25 GPUs? It's very simple.

120

1      MR. JANICEK: Objection, form.
2      A  I don't know how to answer that. That is
3  not something that I'm going to say I'm an expert
4  on. I'm certainly aware of what the function of a
5  server is and what a function of a cryptominer
6  server is.
7      Q  So is it fair to say you don't know?
8      MR. JANICEK: Objection, form.
9      A  It's fair to say that relative to
10 cryptomining, it has switched to ASIC as of
11 essentially 2013.
12     Q  So you don't know, correct?
13     MR. JANICEK: Objection, form.
14     A  I don't know that there is any that are
15 out there doing GPU mining.
16     Q  No, what I've been asking for the past
17 three minutes is for you -- you said that they can
18 be mined, and so I'm asking by GPUs. And I'm
19 trying to ask which specific cryptocurrency can be
20 mined by GPUs?
21     MR. JANICEK: Objection, form.
22     A  I'm not aware of a specific server that is
23 doing that function. I am drawing a comparison of
24 function between servers and cryptominer servers.
25     MR. MARX: Objection, nonresponsive.

Transcript of Michael Schuler
Conducted on October 17, 2025

121

1    Q I understand what you're trying to do, but
2  I'm asking a question specific and you need to
3  answer it. Please name --
4      MR. JANICEK: Objection.
5    Q Otherwise we will be here a long time.
6      MR. JANICEK: He's answered your question.
7    Q Please name a specific cryptocurrency that
8  can be mined, as of today, by a GPU as you so
9  testified?
10      MR. JANICEK: Objection, form.
11    A I don't know of a specific one.
12    Q Thank you, that's all I was asking.
13      And Exhibits 44, 45, and 46 -- let me ask
14  you this -- no.
15      Exhibits 45 -- 44, 45, and 46, who drafted
16  those reports?
17    A I did.
18    Q Okay. Do you know who Carson Smith is?
19    A I'm aware of him through the information
20  that I've seen and the depositions that were
21  there.
22    Q Have you ever communicated with Carson
23  Smith?
24    A No.
25    Q Are you aware of your reports being

122

1  reviewed by Carson Smith?
2    A I don't know what he has reviewed or what
3  he hasn't reviewed.
4    Q Okay. Has he provided comments to your
5  reports?
6    A Not that I'm aware of.
7    Q Revisions?
8    A Not that I'm aware of.
9    Q Did anyone assist you in preparing those
10  reports?
11    A No.
12    Q Did you discuss these reports with anyone?
13    A Can you restate that?
14    Q Did you discuss these reports with anyone?
15      MR. JANICEK: Objection, form.
16    A Certainly after I produced them.
17    Q Who did you discuss them with?
18    A The team that is, you know, representing
19  SBIC.
20    Q Anyone else?
21    A My wife. You know, I utilize her for a
22  sounding board on how my reports are crafted and
23  she's quite astute at saying did I dial down the
24  information in a way that an average layperson
25  could understand.

123

1    Q Between March 28th, 2025 and the time that
2  you had your knee -- sorry, your surgery, why
3  didn't you inspect the miners in Houston?
4    A I don't know that there was any request to
5  do so. My determination in my report was -- did
6  not require a physical inspection. It was
7  subsequent to, you know, what information I
8  already had, I didn't need it. My determination
9  really wasn't relevant and I shared that with the
10  team. I said, that basically if you want me to go
11  out, I will be glad to, but I don't know that it's
12  going to add any value or change my opinion.
13      What it would possibly do would be to
14  refute the rebuttal response by Mr. Peters with
15  regard to the potential that those units were
16  contaminated subsequent to their removal. And
17  that was relevant, I thought that was appropriate.
18    Q So you went out to inspect in August to
19  rebut Mr. Peters July 18th report, didn't you?
20    A I did, yes.
21    Q Okay. Thank you for that.
22      Was your wife on these calls with
23  Winstead?
24    A No.
25    Q Was anyone else on these calls with

124

1  Winstead?
2    A No. She's part of Tech Remarketers --
3      MR. JANICEK: There is no question
4  pending, Mike.
5    A Okay. Sorry.
6    Q When did you first notify SBI's counsel
7  about your surgery?
8    A It didn't get scheduled until either late
9  May or early June.
10    Q Did you let SBI's counsel know Winstead
11  about your surgery?
12    A I did. I told them about the timelines.
13  I also said please don't schedule something within
14  this period of time, because I'm going to be in
15  recovery for about six weeks.
16    Q Did you ask for an extension to serve your
17  rebuttal report on July 18th?
18    A I was concerned about the timing. I
19  couldn't travel in July.
20    Q Understood, but did you ask Winstead to
21  request an extension of the July 18th rebuttal
22  deadline?
23      MR. JANICEK: Objection, form.
24    A I don't recall doing that. I simply said
25  I was not available.

125

1    Q  Okay.  But you physically went on August
2  8th to inspect the miners?
3    A  I believe it was August 5th.
4    Q  Sorry, excuse me, correction.  August 5th,
5  you're correct.
6    A  Yeah.  I believe it was August 5th, yes.
7    Q  When did Winstead first approach you about
8  doing the August 5th inspection?
9       MR. JANICEK:  Objection, form.
10    A  It was prior to August, because the
11  original question was whether or not a physical
12  inspection would be relevant.  I don't recall the
13  sequence of events of -- if that was much prior to
14  the rebuttal report or if it was subsequent to
15  that.  I'm not sure about the timeline.
16    Q  But in any event, you were so sure of your
17  opinions, that you didn't need to go inspect the
18  miners on August 5th; is that correct?
19    A  That is correct.
20    Q  Okay.  But you went and inspected them
21  anyway, right?
22       MR. JANICEK:  Objection, form.
23    A  That is correct.  They -- that -- it was
24  determined that in response to the rebuttal, that
25  at least inspecting them would be useful.

126

1    Q  And you're referring to Mr. Peters' July
2  18th rebuttal report?
3    A  Correct.
4    Q  Because you wanted to address things that
5  he brought up in his July 18th rebuttal report,
6  correct?
7    A  I wanted to bring to light his conclusions
8  with regard to the possible contamination that
9  would have happened postremoval from the facility.
10  By doing the inspection, that would certainly
11  give, you know, an indication of whether or not
12  what he posed was valid.  And during that
13  inspection, I determined it was not valid.
14    Q  How many soil samples of the Rockdale site
15  did you take?
16    A  Pardon me?
17    Q  How many soil samples have you taken of
18  the Rockdale facility?
19    A  I have never been to the Rockdale facility
20  at all.
21    Q  What color is the organic material/dirt
22  there?
23       MR. JANICEK:  Objection, form.
24    A  Again, I have not been to the Rockdale
25  facility.

127

1    Q  Okay.  When did you take a sample of any
2  soil in Chicago?
3       MR. JANICEK:  Objection, form.
4    A  Chicago?
5    Q  Yes.
6    A  I've not taken any soil sample of any
7  type.  That's not where my expertise lies.
8    Q  And so to be clear, you have never taken a
9  soil sample in Houston either, have you?
10    A  I've never taken soil samples of any type.
11    Q  When did you measure the humidity in
12  Rockdale, Texas while SBI's miners were located
13  there?
14       MR. JANICEK:  Objection, form.
15    A  I did not.  And it would have been nice
16  if, you know, Winstone had measurement tools for
17  humidity, but they had neither humidity or
18  temperature measurement tools.
19       MR. MARX:  Objection, nonresponsive after
20  "I didn't."
21    Q  When did you take you humidity
22  measurements in Chicago --
23       MR. JANICEK:  Objection, form.
24    Q  -- if ever?
25    A  Again, I have not taken any humidity or

128

1  temperature measurements at any of the facilities
2  or anywhere where the units were deployed.
3    Q  Including in Houston, correct?
4       MR. JANICEK:  Objection, form.
5    A  Including in Houston.
6    Q  And that warehouse in Houston is not
7  climate controlled, correct?
8    A  That is correct.
9    Q  And Houston is very humid, correct?
10       MR. JANICEK:  Objection, form.
11    A  Houston is humid.
12    Q  Much more humid than Rockdale, Texas,
13  correct?
14    A  I would not necessarily state it's much
15  more.  I mean, the proximity is -- you're only
16  talking about, what, 100 and some-odd miles.
17    Q  So what are the differences in relative
18  humidities between those two places?
19    A  I can't answer that.  I'm not an expert
20  in --
21    Q  Because you didn't take measurements --
22    A  -- climate -- climate --
23    Q  -- right?
24    A  Pardon me?
25    Q  Because you didn't take measurements,

Transcript of Michael Schuler
Conducted on October 17, 2025

---

129

1  right?
2      MR. JANICEK:  Objection, form.
3      A  I did not.
4      Q  Okay.  On page 3 of -- we'll spend more
5  time in 45.
6      A  45.
7      Q  On page 3 you have a -- the title of this
8  page is Summary of Conclusions.
9      Do you see that?
10     A  Which one, I'm sorry, which part?
11     Q  The title up at the top is Summary of
12  Conclusions, correct?
13     A  Correct.
14     Q  Okay.  And in the first bullet point, the
15  second sentence starts with:  No reasonable buyer.
16     Do you see that?
17     A  I do.
18     Q  And you state:  No reasonable buyer would
19  purchase these miners after reviewing their
20  condition or auditing their reduced performance
21  due to the extensive overheating and contamination
22  that occurred during their usage at the Whinstone
23  facility.
24     With what buyers did you -- potential
25  buyers did you communicate with to form this

---

130

1  opinion?
2      MR. JANICEK:  Objection, form.
3      A  It was based on my history of selling in
4  the secondary market and understanding what buyers
5  will and will not accept related to condition.
6      Q  So is the answer "none"?
7      A  Thousands.  I've sold thousands of
8  devices.  I know what they will and won't accept.
9      MR. MARX:  I'm going to have to object as
10  nonresponsive.
11     Q  Who did you speak with about potentially
12  purchasing these miners to form that sentence?
13     MR. JANICEK:  Objection, form.
14     Q  As of March 28th, 2025?
15     A  Yeah.  I certainly spoke -- if you're
16  talking about these specific miners, trying to
17  offer them up, I was never given the opportunity
18  to sell them.
19     Relative to my network of buyers, I can
20  tell you that we would have had to communicate to
21  them these -- share those pictures, share the
22  details about them, share the details about what
23  percentage were nonoperable.  And I can tell you
24  that none of the buyers that I would have
25  solicited and the thousands of people I'd put it

---

131

1  out to and the networks I'd put it out to in the
2  secondary market would have said they would be
3  interested in buying them.
4      MR. MARX:  Objection, nonresponsive.
5      Q  So the answer is "none"?
6      MR. JANICEK:  Objection, form.
7      Q  You didn't talk to a single person about
8  potentially purchasing these miners, right?
9      A  I am not -- I don't need to --
10     MR. JANICEK:  Same objection.
11     A  -- because I cultivate the channel for
12  resale, and I've done it for 4 decades, so I know
13  what they channel will and won't accept.
14     Q  So is it your testimony you've never been
15  wrong?
16     MR. JANICEK:  Objection, form.
17     A  I've never offered testimony before.  I've
18  spoken at conferences regarding the secondary
19  market.  I'm recognized as an expert in this
20  field.  I know what the -- what will and won't
21  work in the secondary market.
22     MR. MARX:  Objection, nonresponsive.
23     Q  Have you ever been wrong, Mr. Schuler?
24     MR. JANICEK:  Objection, form?
25     A  Yes, sir, I've been wrong before.  But

---

132

1  relative to this space, I know what I'm doing.
2      MR. MARX:  Objection, nonresponsive to
3  everything after "I've been wrong before."
4      Q  You certainly never spoke to anyone in
5  your network about potentially purchasing these --
6      A  I was --
7      Q  -- A10 miners?
8      A  I was --
9      MR. JANICEK:  Let him finish.
10     Objection, form.
11     A  I was covered under an NDA, so I was not
12  allowed to speak about it to anyone other than
13  somebody that worked with Tech Remarketers, which
14  would be my wife.
15     Q  So who did you execute a non-disclosure
16  agreement with?
17     A  With both Winstead and the company I'm
18  engaged with.
19     Q  Okay.  Has that been produced in this
20  case?
21     A  I don't recall what has been shared with
22  you, but I was under an understanding that I'm not
23  allowed to talk about this with other parties.  So
24  I didn't go out specifically to speak to anybody
25  about it because of that.

---

Transcript of Michael Schuler
Conducted on October 17, 2025

133

1  Q Did you provide a copy of the NDA to
2  Winstead?
3  A I thought the NDA was with Winstead.
4  Q Okay. Did your wife sign an NDA?
5  A She is part of Tech Remarketers, so she's
6  covered under the NDA I signed on behalf of Tech
7  Remarketers.
8  Q What is her position?
9  A She's secretary.
10  Q And how much does she get paid?
11  A I -- right now, not paying her actively.
12  Q Okay. Is there an employment agreement?
13  A There is not.
14  Q Okay. Does she get a W-2?
15  A Not in recent years.
16  Q Okay. Has she received a 1099?
17  A At one point she did, but not recently.
18  Q Okay. Did you -- in forming your opinion
19  that no reasonable buyer would purchase these
20  miners after reviewing their condition or auditing
21  their reduced performance due to the extensive
22  overheating and contamination that occurred during
23  the usage at the Whinstone facility, did you
24  attempt to use Google to search for crypto
25  resellers?

134

1  A I did.
2  Q Okay. And what did you uncover?
3  A I found that there were a number of
4  organizations that moved, from what I could tell,
5  small volumes of crypto occasionally. There was
6  no indication that it was a well-cultivated market
7  at that time.
8  Q I may have misheard you, but did you say
9  renovations?
10  A No, I did not say renovations.
11  Q Okay. There were a number of what? I'm
12  sorry, what term did you use? You spoke to a
13  number of -- or you found a number of --
14  A No. I found a number of organizations.
15  Q Organizations. Okay.
16  A Organizations, yeah.
17  Q And did you speak with any of them?
18  A No, I did not because of the NDA.
19  Q Okay. And what were these organizations'
20  names?
21  A Pardon me?
22  Q What were the names of these
23  organizations?
24  A I don't have it handy here, but I do have
25  it on my computer.

135

1  Q Okay. Did you go to Kaboomracks?
2  A Pardon me?
3  Q Did you go to Kaboomracks?
4  A I didn't.
5  MR. JANICEK: Objection, form.
6  Q What's that?
7  A Yeah. I did not.
8  Q Okay. Do you know who Kaboomracks is?
9  A I understand that they're the contracted
10  organization that went and was looking at these
11  machines on behalf of -- I believe it was
12  Winstead, to do -- actually, at that time, it was
13  on behalf of SBIC, because they were tasked with
14  the -- with going into the facility. I don't know
15  exactly the nature of that contract.
16  Q When did you first become aware of
17  Kaboomracks?
18  A When I initially got all the information
19  regarding this case, I was introduced to all the
20  evidence they had produced.
21  Q Do you view Kaboomracks as being an expert
22  in cryptocurrency miners?
23  MR. JANICEK: Objection, form.
24  A I do not know much about Kaboomracks other
25  than what I saw in this case.

136

1  Q Why didn't you attempt to contact
2  Kaboomracks about the opinions in this case?
3  A I didn't, you know, see that it was
4  necessary. I saw the pictures that they provided,
5  the videos they provided. I wasn't authorized to
6  contact them, so I felt that I had enough
7  information to make my determination with what
8  information I had.
9  Q So you didn't talk to one of the few
10  people that actually have seen these miners in
11  action?
12  MR. JANICEK: Objection, form?
13  A I did not.
14  Q Okay. So on page 3, that same sentence
15  you state -- you reference an audit. What do you
16  mean by that? To be more specific you say, we're
17  auditing the reduced performance.
18  So what do you mean by "auditing"?
19  A Where is that? I'm sorry.
20  Q Same sentence on page 3, first bullet
21  point, second sentence. No reasonable buyer would
22  purchase these miners after reviewing their
23  condition or auditing their reduced performance.
24  A Audit is simply taking account for what
25  was represented. At the time, the two things that

Transcript of Michael Schuler
Conducted on October 17, 2025

35 (137 to 140)

137

1  were very evident were all the red lights and
2  yellow lights clearly in evidence through the
3  video. Those indicated, you know, failure as well
4  as a number of units had no lights on them. So
5  that was indicating failure on all of those
6  machines.
7      Q So I'm just trying to make sure I
8  understand what your definition of audit is. I
9  mean, you stated simply taking into account for
10 what was represented. I guess what acts comprise
11 performing an audit?
12     A The initial part of this would have been
13 based on what information I could provide to a
14 buyer. That would have been pictures, that would
15 have been data regarding the quantity and the
16 model, the condition and so forth. I would have
17 had to supply them the same information I was
18 supplied, which was video evidence, pictures and
19 so forth where they would have to take a look at
20 the same thing I reviewed to consider whether or
21 not they want to make an offer.
22     Q Okay. So you're talking about providing
23 someone else information. That's what is included
24 in your definition of audit?
25     MR. JANICEK: Objection, form.

138

1      A That type of -- sorry.
2        That type of audit. That is not a
3  traditional ITAD audit. This was simply an audit
4  relative to making a determination of whether or
5  not they wanted to make an offer on the equipment.
6  I know my buyers would not have made an offer.
7      Q So I want to make sure that I understand.
8  You said that sentence is not a traditional ITAD
9  audit?
10     A Correct. A traditional ITAD audit is the
11 physical receipt of the device, the processing of
12 it for purposes of understanding whether or not
13 it's functional.
14       And there are different levels of audit.
15 There is the turn on, as I mentioned before,
16 that's a basic turn on audit, does it come on,
17 does it light, does it do its normal thing.
18       There is also full testing, which is
19 conducted on most of devices. Most devices you're
20 testing it for its original functionality
21 thoroughly like on a PC or server or a network
22 device. We would actually check to see if it does
23 all of its functions, whether the ports are
24 damaged, whether there is anything that is not
25 producing a result consistent with the

139

1  manufacturer's specs.
2      Q So you refused to do the traditional ITAD
3  audit, which is the thing that you're an expert
4  in, right?
5      MR. JANICEK: Objection, form.
6      A I didn't refuse to do anything. I simply
7  stated there are different levels when you're
8  making a determination on value. I do not need to
9  physically audit a device in order to make a
10 determination of value.
11     Q And did you know if those miners worked?
12     A I know that a percentage of them were not
13 working.
14     Q What percentage, sir?
15     A My understanding is per the reference of
16 Carson, I believe it was Carson Smith, and some
17 others made reference about approximately 30
18 percent were dead or not functional to the level
19 they were supposed to be functioning.
20     Q So why did you not consider the other 70
21 percent?
22     MR. JANICEK: Objection, form.
23     A I make decisions and my base of buyers
24 make decisions based on the entirety of the lot,
25 not on individual devices. So when we look at the

140

1  entirety of the lot, what caused the failure was
2  as important of knowing that percentage of
3  failure. So it was very clear that what caused
4  the failure was the contamination.
5        My buyers would have seen the same thing I
6  saw, which was the level of contamination on these
7  devices was so severe that we would not want to
8  put capital up to buy them on the prospect of it
9  being a good investment.
10     Q What test did you perform to determine the
11 level of contamination of these miners as of March
12 28th, 2025?
13     A I performed --
14     MR. JANICEK: Objection, form.
15     A I performed no tests. I only had the
16 video evidence from the Kaboom audit.
17     Q And the Kaboomracks audit that you chose
18 not to discuss the miners with, correct?
19     MR. JANICEK: Objection, form.
20     Q The same Kaboomracks people that you chose
21 not to discuss your opinions with, correct?
22     MR. JANICEK: Same objection.
23     A Yeah, I only needed to see their video and
24 pictures in order to make my conclusions.
25     Q You would agree that if you were to

Transcript of Michael Schuler
Conducted on October 17, 2025

141

1 provide information to perspective buyers, that
2 you would want to provide them a representative
3 sample. Wouldn't you agree?
4     A  I would normally do in a case like this,
5 is give them the same information I'm provided.
6 And say, here is the information, is this
7 something you want to make an offer on, the same
8 way that I would make the evaluation on a value in
9 the secondary market.
10    Q  Why didn't you make any inquiries to see
11 if anyone purchased 70 percent of the A10s?
12       MR. JANICEK:  Objection, form.
13    A  Again, I was covered by an NDA. I was not
14 allowed to make an offering of this to see what
15 the market prospects were for this.
16       I will offer an observation, one of the
17 references with regard to values was a
18 conversation between individuals where there was
19 speculative value of somewhere between 1,000 and
20 $1,100 or something of that nature. And that
21 conversation was with a representative Smith &
22 Associates.
23       Smith & Associates I'm quite familiar
24 with. They are a company that was venturing into
25 ITAD at that time. And as a matter of fact, the

142

1 gentleman that ran their ITAD operation was a
2 former employee of mine, Ed Wooten. I know for a
3 fact he would not have actually put Smith &
4 Associates funding toward this opportunity, and he
5 is the one that oversaw the gentleman that had
6 that conversation with the person.
7     Q  And you talked with Ed Wooten about this?
8     A  I did not. I was not allowed to.
9     Q  Correct. So you don't for a fact?
10    A  I do. I know Ed. I know him. I trained
11 him. I have 17 years with him. I mean, we spent
12 a lot of time together. We know each other very
13 well and we know what is valued in the secondary
14 market. It's pretty solid what we make those
15 determinations based on. We're very consistent
16 with that regard.
17    Q  So do you know what Ed is thinking right
18 now?
19       MR. JANICEK:  Objection, form.
20    A  I would certainly put his way of
21 approaching valuation and mine as similar in
22 process.
23    Q  But yet again, you haven't talked to him
24 about these miners, right?
25       MR. JANICEK:  Objection, form.

143

1     A  I was not allowed to.
2     Q  Have you ever been wrong about what Ed
3 might do?
4       MR. JANICEK:  Objection, form.
5     A  We're pretty much similar mind on
6 something this clear.
7     Q  Tell the Court your specialized knowledge
8 experience or skill that allows you to understand
9 Ed's intent?
10       MR. JANICEK:  This is harassing the
11 witness, Brendan.
12       MR. MARX:  No, it's asking foundation.
13       MR. JANICEK:  What?
14       MR. MARX:  It's foundation.
15       MR. JANICEK:  You're asking him to say
16 what specialized knowledge he has to read someone
17 else's brain?
18       MR. MARX:  He says he can, so --
19       MR. JANICEK:  He did not say he can. That
20 is a misstatement.
21    Q  Please answer the question.
22    A  My statement with regard to Ed is related
23 specifically to our approach and knowledge of the
24 secondary market. We both have had similar levels
25 of experience, I've simply had about two decades

144

1 more experience.
2     Q  I know. Please tell the Court what
3 specialized knowledge, experience or skill that
4 permits you to opine on exactly what Ed would do
5 in his business decisions at another company?
6       MR. JANICEK:  Mike, you don't have to
7 answer that question.
8       MR. MARX:  No, he does.
9       MR. JANICEK:  I'm instructing you not to
10 answer.
11       MR. MARX:  We will file a motion to compel
12 if we need to and ask for it to be --
13       MR. JANICEK:  Okay. Also object to the
14 question as vague, compound and outside the scope.
15       MR. MARX:  It's too late. You raised it
16 by speaking --
17    Q  Please answer the question.
18       MR. JANICEK:  Don't. Please ask him
19 another question.
20       MR. MARX:  We're going to be sitting here
21 for awhile.
22       MR. JANICEK:  We're going to what?
23       MR. MARX:  We're going to be sitting here
24 awhile then.
25       MR. JANICEK:  Until he answers the

145

1 question that he's been instructed not to answer?
2     MR. MARX: He hasn't responded to you yet.
3     THE WITNESS: Time guys, I can't hear with
4 that noise going on in the background.
5     MR. JANICEK: Okay. Mike, I've instructed
6 you not to answer. Are you going to answer his
7 question?
8     A I'm not.
9     Q Okay. You're saying that even if 70
10 percent of the miners could profitably --
11 profitably mine cryptocurrency, those miners have
12 no value because, in your world, it's an all or
13 nothing proposition?
14     MR. JANICEK: Objection, form.
15     A Okay. The problem with the lot as a whole
16 was the fact that it was consistently
17 contaminated. It was consistently subjected to
18 the same issues that caused the 30 percent failure
19 rate. With that information, along with the
20 picture, along with the video, my buyers would not
21 have put up their own capital to purchase the lot.
22     Q When did the miners first become
23 contaminated?
24     A When they were introduced at the Rockdale
25 facility. That --

146

1     Q And so -- I'm sorry, I didn't mean to
2 interrupt.
3     A That facility had no block on the external
4 forces that were going through that quasi-wall,
5 which was nothing more than a screen and a louver
6 system. So in those videos, you clearly saw
7 somebody scooping up an accumulation of clay and
8 dust on the floor that was a one-week
9 accumulation, per the person that was asked. How
10 long has it been since you did that? Oh, it has
11 been a week. So that accumulation happened in
12 just a week.
13     So to answer your question, that is what,
14 you know, really was the foundation of my
15 conclusion that no buyer that saw the same video
16 and saw the same pictures and had the same
17 information about the existing failure information
18 would have put up their own capital to not only
19 take this in, but take on a project.
20     One of the concerns about a project of
21 this nature is the physical aspects of it. 20,000
22 units would have had to be brought in and
23 processed. And if you did bring them in -- let's
24 say, you know, you're -- the organization was good
25 about segmenting the ones that failed versus not,

147

1 which they didn't do. They actually just put them
2 all together.
3     But since they're all together, they would
4 have had to all be audited, all be processed.
5 You're talking about an average of about an hour
6 per device to go through a full physical audit and
7 physical cleaning at a minimum. You're talking
8 about 20,000 devices. That's 20,000 hours.
9     The full-time equivalent to process that
10 would have been 10 people working for an entire
11 year. 2,080 hours in a person FTE annually, a
12 full-time equivalent, 10 people would have had to
13 be working on this project for a year to get them
14 into a condition that would have been accepted by
15 a market that is a short market to begin with.
16     So based on the condition, based on those
17 parameters, I know the secondary market would not
18 have stepped up on this and made an offer, just
19 like I can came to that same conclusion.
20     MR. MARX: Objection, nonresponsive to
21 everything after "when they were introduced at the
22 Rockdale facility."
23     A Understood.
24     Q Are you aware that Kaboomracks made an
25 offer for the miners?

148

1     A I'm not aware of it.
2     Q Well, do you recall receiving their
3 Kaboomracks chat -- the chat between Carson Smith
4 and Kaboomracks as part of the documents you
5 reviewed?
6     A I am aware that there was some back and
7 forth, but I did not know of an actual hard offer
8 that was made. I don't know the details of that.
9     Q Okay. What was -- or let me ask -- strike
10 that.
11     What was the first day that SBI's miners
12 became operational at Rockdale?
13     MR. JANICEK: Objection, form.
14     A Late June of 2020 Whinstone began
15 operation of a small number of SBI's equipment in
16 operations, per page 22 of the report.
17     Q Okay. What was the condition of the
18 facility at that time?
19     A I would imagine it would be consistent
20 with the facility conditions that were evidenced.
21 It was essentially an open-air environment almost
22 that introduced dirt, clay, other contaminants
23 because the wet wall wasn't working. There was no
24 wall. It was a screen and louver system.
25     MR. MARX: Objection, nonresponsive.

149

1    Q Mr. Schuler, I'm not asking you to imagine
2 or speculate. I'm asking, if you know, what was
3 the condition of the facility as of late June,
4 2020?
5        MR. JANICEK: Objection, form.
6    A I can't specify anything other than the
7 observations I had regarding Kaboomracks' visit,
8 which was subsequent to that date, which I would
9 have hoped that any improvements would have been
10 introduced in that window of time.
11       But assuming what I saw at that later date
12 didn't show that in evidence, it means that, if
13 anything, they were at least as bad if not worse
14 than the time they were actually deployed.
15       MR. MARX: Objection, nonresponsive to
16 everything after "I can't specify anything."
17    Q How many buildings were there as of June
18 2020 at the facility?
19       MR. JANICEK: Objection, form.
20    A I'm not -- I'm not called to testify with
21 regard to that. I don't know. I was aware of a
22 Building A and B only in reference of some of the
23 documents I saw.
24    Q When did Rhodium begin operating at
25 Building B?

150

1        MR. JANICEK: Objection, form.
2    A Pardon me?
3    Q When did Rhodium begin operating its
4 miners at Building B?
5    A I know nothing about other -- other
6 clients of your client and the timelines of when
7 they introduced their cryptominers.
8    Q What inquiries have you done to determine
9 whether Rhodium has been able to resell its
10 miners?
11       MR. JANICEK: Objection, form.
12    A I made no inquiries. I was not asked to
13 do that.
14    Q Okay. Are you aware that they have resold
15 their miners?
16       MR. JANICEK: Objection, form.
17    A Yeah. I'm not aware of that.
18    Q Okay. Are you aware that SBI sold its S9
19 miners that operated in Rockdale?
20       MR. JANICEK: Objection, form.
21    A When you say they sold their S9 miners
22 that were working in Rockdale, are you referring
23 to the units that were sold as part of the deal
24 with -- I'm not aware of it, then.
25    Q You didn't form that -- you didn't

151

1 consider that in your conclusions or in your
2 opinions?
3    A I wasn't --
4        MR. JANICEK: Objection.
5    A -- aware of it.
6    Q Why didn't you bother to ask Winstead if
7 SBI had sold any of its other miners operating at
8 Rockdale?
9        MR. JANICEK: Objection, form.
10    A Can you restate the question?
11    Q Yeah. Why didn't you bother to ask
12 Winstead if SBI has sold any of its other miners
13 operating at Rockdale?
14       MR. JANICEK: Same objection.
15    A I was made aware of the one transaction
16 where it was sold -- there was a ██████████████
17 ████████████. That's the only
18 transaction I was made aware of.
19       MR. MARX: Objection, nonresponsive.
20    Q Why didn't you ask Winstead if SBI had
21 sold any of its other miners operating in
22 Rockdale?
23       MR. JANICEK: Objection, form.
24    A I didn't need to ask that. I was supplied
25 all the information they had about this case.

152

1    Q You didn't bother to ask about information
2 that demonstrated that your opinions were
3 incorrect?
4        MR. JANICEK: Objection, form.
5    A Again, I was provided all the information
6 they had to offer with regard to the entire case.
7    Q Are you aware that those S9 miners were in
8 worse condition than the A10 miners?
9        MR. JANICEK: Objection, form.
10    A I'm not aware of anything related to
11 specific nature of condition between one miner
12 versus another.
13    Q And that despite those miners being in
14 worse condition, they were still sold for $220 to
15 Kaboomracks?
16       MR. JANICEK: Objection, form.
17    A I'm -- was not aware of the specifics of a
18 transaction other than what I referenced in the
19 report.
20    Q Knowing those facts, would you like to
21 reconsider your opinion in this case?
22       MR. JANICEK: Objection, form.
23    A Not really, because there's two markets in
24 the secondary market. One is a reseller market,
25 and one is an end user market. And let me make a

153

1 distinction on that.
2      What I was asked to do was establish a
3 value for reselling 20,000 devices in the broader
4 secondary market. That would have required it to
5 go to the reseller market. The reseller market
6 has to consider things such as logistics,
7 processing, condition, all the things I've
8 mentioned before. And no reseller would have
9 stepped up and taken a position on this material.
10      Kaboomracks is an end user. That is a
11 distinction in that those are the type of people
12 that resellers try to sell to. Kaboomracks didn't
13 have to incur all of the extra costs because they
14 had a knowledge about these. If they did choose
15 to make an offer, it was based on their own
16 valuation.
17      But that is not a market that we could
18 have found in the secondary marketing of product.
19 We don't sell to end users very often. It's
20 almost exclusively sale -- selling product to
21 resellers that take positions on the material.
22      Q So is it fair to say that your opinions in
23 these Exhibits 45 -- excuse me -- 44, 45, and 46
24 do not consider the ability to resell these A10
25 miners to end users?

154

1      MR. JANICEK: Objection, form.
2      A It is certainly -- in this volume, with
3 this particular lot, I'm not aware of end users
4 that would have stepped up and taken a position on
5 the material.
6      Q Let me put it this way. Is your reports,
7 Exhibits -- is your reports, as contained in
8 Exhibits 45 -- 44, 45, and 46, limited to
9 resellers only?
10      MR. JANICEK: Objection, form.
11      A In this particular combination, it is
12 stating that in order for me to value this
13 equipment -- and that's what I was tasked with,
14 what was the value of the equipment -- my primary
15 consideration was utilizing the reseller channel
16 to successfully sell 20,000 units, because finding
17 a specific end user that would have had an
18 appetite for taking on this kind of a project or
19 taking on this kind of material would have been
20 rather difficult to find, other than those that
21 were already resident in the facility or had an
22 awareness of the product through their
23 interactions at that facility.
24      That is the only end users that could have
25 easily been solicited for resale. And we do

155

1 actively solicit people, when we come across, that
2 are aware of a transaction -- say, I'm dealing
3 with Client A, and Client B is sharing that
4 facility, we've offered data center equipment to
5 Client B from Client A, because they were aware of
6 the equipment and they could utilize it.
7      That is one of the few cases where we can
8 actually utilize an end user, but my valuation was
9 based on what I was tasked with, which was to find
10 a valuation based on taking these 20,000 devices
11 in this condition to the broader secondary market,
12 could that have been done and establish a value.
13 That's what brought my value to what I offered, is
14 that the cost of handling it, bringing it in,
15 processing it, was more than the net result that
16 you would get from selling it.
17      MR. MARX: Objection, nonresponsive to
18 everything -- or everything including and after
19 "what he was tasked with."
20      Q You realize that Kaboomracks is not an end
21 user?
22      MR. JANICEK: Objection, form.
23      A I know they specialize in this space.
24      Q Yes -- sorry, go on.
25      A I believe they specialize in this space.

156

1      Q Specialize in reselling cryptomining
2 equipment?
3      MR. JANICEK: Objection, form.
4      A I believe they were an active organization
5 that deals with crypto in different capacities.
6      Q Have you bothered to go to Kaboomracks'
7 website?
8      A Sorry. Restate that.
9      Q Have you bothered to go to Kaboomracks'
10 website?
11      A No.
12      Q Are you aware that you can click and buy
13 used crypto equipment there?
14      A I am aware that there is a dozen companies
15 that will represent it in small volumes.
16      Q You never -- again, never talked with them
17 about buying?
18      A I did not.
19      Q Okay. And Kaboomracks, despite seeing
20 these conditions of the miners, purchased some of
21 those estimates, right?
22      MR. JANICEK: Objection, form.
23      A Say that again.
24      Q Kaboomracks, who had visited the site and
25 seen the conditions --

157

1    A Right.
2    Q -- decided to purchase over 300 miners,
3 S9s, still made that decision, right?
4    MR. JANICEK: Objection, form.
5    A If you're considering the purchase of
6 one-and-a-half percent of an entire lot a success,
7 that's not how I value things in my analysis.
8 Selling a few hundred devices, is not selling
9 20,000.
10    MR. MARX: Objection, form.
11    Q You did not factor in the decision of
12 Kaboomracks purchasing 300 S9 miners operating in
13 Rockdale into your opinion, did you?
14    MR. JANICEK: Objection, form.
15    A I wasn't aware --
16    MR. JANICEK: Just to this question.
17    A Sorry.
18    I wasn't aware of the transaction.
19    Q Are you aware that SBI again sold their --
20 its remaining S9 -- remaining working S9s about a
21 year later?
22    MR. JANICEK: Objection, form.
23    A Are you referring to The Computing Limited
24 transaction?
25    Q No, sir.

158

1    A Okay. I am not aware of any specifics
2 about any transaction other than The Computing
3 Limited transaction.
4    Q I'm going to ask you a real simple
5 question, Mr. Schuler. What did you do to test
6 the veracity of your opinions?
7    MR. JANICEK: Objection, form.
8    A Restate that.
9    Q What did you do to test the veracity of
10 your opinions in this case?
11    MR. JANICEK: Same objection.
12    A Yeah, I don't know how to answer that
13 honestly. My opinion is based on four decades of
14 experience and selling in the secondary market. I
15 don't need to consult others to understand the
16 dynamics of our secondary market.
17    Q So is the answer nothing?
18    MR. JANICEK: Objection, form.
19    Q Just because you said so, is that my
20 understanding?
21    MR. JANICEK: Objection, form, not --
22 don't speak over each other, please.
23    A Yeah, I was not, one, allowed to talk
24 about this to others and, two, I didn't need to
25 based on my decades of experience in selling into

159

1 the secondary market IT equipment.
2    Q Did anyone peer review conclusions in this
3 case?
4    A Again, I was not allowed to share that
5 with anyone, so I did not.
6    Q And you didn't even bother to Google to
7 see if anyone would buy A10 miners generally, did
8 you?
9    MR. JANICEK: Objection, form.
10    A I actually did do research with regard to
11 valuation. It was part of my research is to
12 determine where those values were when I provided
13 that residual chart in the forecasted value. I
14 did say that if the condition of the miners had
15 not been compromised, they would have easily
16 captured a large percentage of their original
17 purchase cost that SBI had incurred. I state that
18 in my report very clearly in my residual chart.
19    MR. MARX: Objection, nonresponsive.
20    Q Did you talk with anyone about generally
21 buying A10s as of July 2021?
22    MR. JANICEK: Objection, form.
23    A Again, I didn't talk to anyone. I did
24 establish the values based on what I saw was
25 happening in the marketplace and research I did

160

1 conduct on user values during that time.
2    Had those units not been compromised, they
3 would have captured a significant portion of their
4 original investment cost, either in the form of
5 used, and I state that in my document, or if they
6 had been left crated new even a year later, they
7 could have recaptured the entire amount of the
8 investment because of the supply chain constraints
9 during that time. And it was my conclusion that
10 unfortunately the moment they were uncrated and
11 deployed at the facility, that those opportunities
12 were negated.
13    MR. MARX: Objection to nonresponsive to
14 everything after "I didn't talk to anyone."
15    Is lunch here?
16    MR. JANICEK: Do you want to take a five?
17    MR. MARX: Yeah, we can take a five minute
18 break and then break for lunch assuming it's here.
19    VIDEOGRAPHER: The time is 12:39 p.m. We
20 are going off the record.
21    (Recess, 12:39 p.m. to 1:18 p.m.)
22    VIDEOGRAPHER: The time is 1:18 p.m. we
23 are back on the record.
24    Q Mr. Schuler, you realize you are still
25 under oath?

**161**

1    A  Understood.
2    Q  Going back to Exhibit 45 on page 3, the
3  first bullet point, second sentence, that we've
4  been talking about where you say said no
5  reasonable buyer would purchase these miners.
6  What -- the term buyer, are you referring to
7  the -- kind of the world in which you worked at in
8  the ITAD industry?
9    A  I'm referring --
10    MR. JANICEK:  Objection, form.
11    A  I'm referring to the secondary market in
12  general.  Buyers that would have been capable of
13  purchasing a lot of this size with these
14  conditions, these combinations in a niche market
15  like this, that's what made my determination.
16    Q  So that buyer or that -- that buyer
17  definition includes resellers, right?
18    MR. JANICEK:  Objection, form.
19    A  Yes, generally it's comprised of
20  resellers.  If we were fortunate enough to find a
21  user that would be extremely anomalous because
22  you're talking about a cache of units that you
23  would have to be quite fortunate to find somebody
24  that has the direct interest of taking on a
25  project of 20,000 units at an end user level.

**162**

1  Generally you are representing this to resellers.
2    Q  And what percentage, in your experience,
3  of the people that you know and work with are
4  resellers, as opposed to end users?
5    A  Okay.  When you say -- maybe restate that
6  so I make sure I'm clear.
7    Q  So -- sure.  This morning we were talking
8  about your knowledge and experience working in the
9  ITAD industry.  Do you recall that?
10    A  Yes, I do.
11    Q  And in forming your opinions in this
12  report, you've essentially testified that people
13  that you would have contacted in that role, in the
14  ITAD world, wouldn't be interested, correct?  And
15  so with respect to those people that you would
16  contact about trying to sell these miners to, what
17  percentage of them are resellers?
18    A  The vast majority, at least 95 percent.
19    Q  Okay.  And five percent is end users?
20    A  If it was only characterized in your
21  question about the type, five percent would be end
22  users.  About this specific lot, it would have
23  been 100 percent resellers.
24    Q  Okay.  And because you don't know of any
25  crypto end users from your experience in the ITAD

**163**

1  industry, correct?
2    A  No, it's more --
3    MR. JANICEK:  Objection, form.
4    A  Sorry.  It's more related to the
5  quantities that we're talking about here.  20,000
6  units is a much harder thing to find an end user
7  to buy than two or 300 units.  Had this been a
8  much smaller lot, there are prospects where a
9  might have been able to find an end user through
10  my normal channels.
11    MR. MARX:  Objection, nonresponsive.
12    Q  You don't have any crypto end users that
13  you're aware of, as you sit here today, from your
14  experience in the ITAD industry, do you?
15    MR. JANICEK:  Objection, form.
16    A  Restate that again.
17    Q  You are not aware, as you sit here today,
18  of any -- of working with a single crypto end
19  user -- cryptomining equipment end user from your
20  days of experience in the ITAD industry, correct?
21    MR. JANICEK:  Objection, form.
22    A  I don't know if those particular type of
23  companies bought other IT equipment.  But relative
24  to crypto, I don't know a specific buyer for
25  crypto at an end user level.

**164**

1    Q  Okay.  And none of the resellers that you
2  worked with in the ITAD industries are
3  cryptomining equipment resellers, correct?
4    A  No, that's not correct.  Those companies
5  that I deal with are generalists, they are just
6  like us.  Crypto is a one percent play, but it's
7  still a one percent play, it's growing, it's
8  probably approaching two percent now, so they have
9  to deal with anything that comes into their
10  facility.
11    The major corporations in that space
12  are -- some are as big as a billion dollar
13  enterprise that deals with everything that comes
14  out of a corporation, a institution or any type of
15  major company that is retiring or liquidating
16  assets for whatever combination.  These companies
17  take in all that material and they're tasked with
18  finding homes for it, so I actively engaged with
19  that group of folks.  So if they are taking in one
20  percent, it would have come available in the
21  networks I'm dealing in -- the trading networks I
22  deal in.
23    MR. MARX:  Objection, nonresponsive
24  everything after "no, that is not correct."
25    Q  Name -- from your experience in the ITAD

Transcript of Michael Schuler
Conducted on October 17, 2025

165

1 industry working, name every single cryptomining
2 equipment transaction that you have participated
3 in with one of these resellers?
4     MR. JANICEK: Objection, form.
5     A I didn't. As I said, the timing of when I
6 dealt with the one transaction was prior to me
7 starting Veterans Alliance Resourcing. And
8 subsequent to dealing with Veterans Alliance
9 Resourcing, I never came across a crypto
10 opportunity. So I never had a need to find or
11 cultivate a channel for it.
12     Q And in that same experience, identify for
13 the Court every transaction involving crypto --
14 cryptomining equipment that you're aware of one of
15 your resellers participated in.
16     A How would I know that?
17     Q Because you testified that none of your --
18 none of -- none of your companies -- well, strike
19 that.
20         So your answer is you don't know that?
21     A I said --
22     MR. JANICEK: Objection, form.
23     A I said that the -- in this period of time,
24 I've only done it with one transaction, but the
25 companies I deal with have probably seen numerous

166

1 transactions related to crypto. And I have not
2 had to approach that market, because I've not been
3 given the opportunity to sell that kind of
4 equipment in that window of time.
5         I would anticipate that some of these
6 billion dollar companies -- ERI, for one, is one
7 of the largest ITAD operations in the world.
8 There's a number of other major players in this
9 market that have certainly dealt with crypto at
10 this stage.
11     MR. MARX: Objection, nonresponsive.
12     Q I'm not asking you to assume. I'm asking
13 you, within your personal knowledge, name every
14 single transaction that you're aware of that one
15 of these resellers participated in that involved
16 cryptomining equipment.
17     MR. JANICEK: Objection, form.
18     A I have no way of knowing what transactions
19 they did or did not do.
20     Q Okay. So the answer is, no, you don't
21 know?
22     A No.
23     MR. JANICEK: Objection, form.
24     Q Okay.
25     A I know that at this stage in the evolution

167

1 of that market, that they have likely come across
2 and dealt with crypto.
3     MR. MARX: Objection, nonresponsive to
4 everything after "no."
5     Q When -- going back to that same sentence,
6 when you talk about reasonable, do you agree that
7 reasonableness is an objective standard?
8     MR. JANICEK: Objection, form.
9     MR. MARX: What's your basis?
10     MR. JANICEK: Where are you reading from?
11     MR. MARX: The same exact sentence that
12 we've been talking about for five minutes.
13     MR. JANICEK: Would you identify it for
14 me? An objective standard in this industry in a
15 legal sense? I think your question is vague.
16     MR. MARX: It's his words.
17     MR. JANICEK: Well, I asked you to point
18 them out to me and then --
19     MR. MARX: Reasonable -- no reasonable
20 buyer would purchase, second sentence, first
21 bullet point, so --
22     MR. JANICEK: Okay.
23     MR. MARX: -- I'm asking --
24     MR. JANICEK: And your question is?
25     MR. MARX: Is reasonableness an objective

168

1 standard?
2     MR. JANICEK: Okay. As he uses it in his
3 report?
4     MR. MARX: Yes.
5     MR. JANICEK: Okay. Do you understand the
6 question?
7     THE WITNESS: I do.
8     MR. JANICEK: Great.
9     A It is certainly subjective based on
10 whoever is proffering it. I am proffering it as
11 based on my experience in the industry and these
12 combinations specifically, no buyer that I'm aware
13 of would have stepped up and put their capital at
14 risk.
15     Q So it's your testimony that reasonableness
16 in the definition -- or from -- as you used it in
17 your report, is subjective, and it's not
18 objective?
19     A It is -- it is certainly -- in the way I'm
20 offering it here, I'm stating it as being based on
21 my experience, my knowledge, that it is pretty
22 unequivocal that, you know, none of the people I
23 have dealt with would have stepped up and put
24 their capital at risk to buy this transaction.
25     Q So if I wanted to test your opinion, what

169

1 should I do?
2   A Test my opinion with regard to the
3 valuation?
4   Q Yes.
5   A Certainly the thing I would have loved to
6 have had the opportunity to do would be to have
7 offered the equipment out to see what the response
8 would have been from all the major players I've
9 dealt with, to see what their thoughts would be.
10 I would have loved to contact Ed Wooten. I would
11 have loved to contact some of these other players
12 in the marketplace to see if they come to the same
13 conclusions I did.
14   Q Were you instructed not to?
15   A I was -- I am covered by an NDA that -- I
16 was not instructed. I signed an NDA that says I
17 can't share information about this case.
18   Q Outside of your own knowledge and
19 experience, is there any source material or
20 outside sources that you referred to to support
21 your opinion on reasonableness?
22   A Certainly there's evidence that -- you
23 know, when it comes to condition of equipment,
24 we've had similar experiences in the insurance
25 settlements I've been involved in where material

170

1 was compromised either by environment or
2 conditions like smoke, things of that nature,
3 where it was unsellable in the marketplace in
4 volumes. Those are similar situations. The
5 contaminants of smoke bear almost the exact same
6 type of profile as contaminants in this case.
7   Q Did any of those insurance settlements
8 involve a single piece of cryptomining equipment?
9   A The specific ones I'm aware of, no, they
10 did not.
11   Q Okay. I understand that you signed the
12 NDA, but notwithstanding the NDA, did you ask
13 Winstead for permission to discuss in the
14 marketplace the ability to resell these miners?
15   A I did not.
16   Q I'll hand you Exhibit 47.
17     (Exhibit 47 marked.)
18   Q Have you ever seen this document before,
19 Mr. Schuler?
20   A Not that I'm aware of.
21     MR. JANICEK: Have you had time to review
22 it?
23   A Not that I'm aware of.
24   Q Do you know who Jonathan Tanemori is?
25   A I'm aware of the name. I don't know much

171

1 about the details of things with him, but I've
2 come across the name in some of the documents.
3   Q Any reason to dispute that he was SBI's
4 CFO at this time, as of July 21st, 2021?
5   A I wouldn't know that.
6   Q You see in bullet point -- or, excuse me,
7 paragraph 4, there's a detail of S9 sales. Do you
8 see that, in regard to Texas sales and income tax?
9   A Okay.
10   Q Do you have any reason to dispute that SBI
11 sold S9 miners that it operated in Rockdale to
12 Lancium --
13     MR. JANICEK: Objection --
14   Q -- as an agent to Kaboomracks?
15     MR. JANICEK: Sorry. Form.
16   A I don't have any reason to challenge this
17 document or whether or not the transaction took
18 place. I wasn't aware of the transaction.
19   Q Do you wish to reconsider your opinion in
20 light of this evidence?
21   A Not at all. It's -- this is consistent
22 with what I had shared before, that the -- selling
23 a lot of 300 units to an end user or the
24 equivalent of an end user, someone who had privy
25 to not having to incur the cost and the -- that a

172

1 typical reseller would have had to incur to move
2 material, process it, and reselling it, is no
3 comparison to having to deal with the 20,000 units
4 in the volumes. So, no, it would not have changed
5 my testimony.
6   Q What prevented SBI from breaking these
7 A10s down into smaller batches to be sold?
8     MR. JANICEK: Objection, form.
9   A When you say SBI selling, they're not an
10 expert in reselling used material. So it would
11 have been quite difficult for a typical end user
12 customer, as SBI was, to find a channel for
13 volumes of this nature. They would have had to
14 engage with a secondary market specialist.
15   Q What's your basis for your statement that
16 SBI has not resold its miners?
17     MR. JANICEK: Objection, form.
18   A Not that they've not resold miners. I'm
19 saying that in order to find a channel or to be
20 able to sell that, there's usually only two ways
21 it comes about.
22     If somebody has solicited them, saying,
23 hey, do you have units, that could have -- could
24 have fostered that opportunity. The other
25 scenario would have been if they had privy to a --

Transcript of Michael Schuler
Conducted on October 17, 2025

173

1 an adjacent client that was sharing space.
2      But to actually go out and cultivate a
3 channel and resell it, that was not their
4 specialty.
5    Q When did SBI first start mining crypto?
6    A I think the first transaction -- let me --
7 let me -- let me check the record of what
8 information I have about the timelines.
9      According to the information I have, they
10 signed a purchase agreement in April of 2019.
11    Q So is it your testimony today that SBI's
12 first endeavor into mining crypto was with
13 Whinstone in Rockdale?
14    MR. JANICEK: Objection, form.
15    A I only know this. I have not been -- I
16 have no other additional information about what
17 SBI did previous to this or subsequent to this.
18    Q Didn't bother to ask?
19    A It wasn't relevant to what I was asked to
20 do.
21    Q How -- where did SBI mine crypto prior to
22 Rockdale, if you know?
23    MR. JANICEK: Objection, form.
24    A How would I know that? I don't know
25 anything about prior or subsequent. I know about

174

1 this case.
2    Q Are you aware that SBI is operating in
3 Iceland?
4    MR. JANICEK: Objection, form.
5    A Not aware of anything about SBI's
6 operations, about their -- you know, what they did
7 prior or subsequent. I only know about this case.
8    Q So you have no reason to disagree that --
9 with the statement that SBI sold its miners, prior
10 miners from prior operations, prior to Rockdale?
11    MR. JANICEK: Objection, form.
12    A I don't know details about that.
13    Q Would that -- if it had, would that affect
14 your opinions, as you sit here today?
15    A No, because as I would speculate, those
16 prior sales were from facilities that didn't
17 contaminate the equipment.
18    Q And which of those facilities did you
19 visit?
20    A None.
21    Q And so as you say, you're just sitting
22 here speculating?
23    MR. JANICEK: Objection, form.
24    Q Correct?
25    A Yeah. I mean, I don't know anything about

175

1 prior or subsequent transactions.
2      MR. MARX: Exhibit 49.
3      (Exhibit 49 marked.)
4      MR. JANICEK: 49?
5      MR. MARX: I'm sorry, yeah, yeah. Sorry,
6 yes.
7    Q Have you ever seen this document before?
8    A Not that I recall.
9    Q And you are familiar with who Carson Smith
10 is?
11    A Peripherally, not a lot about what he did
12 or what his roles are. I know the name has come
13 up and I know that I've seen him in a lot of the
14 documents that were shared.
15    Q Any reason to disagree he was SBI's CEO?
16    A I have no -- I didn't know about his
17 specific position.
18    Q As you can see here he states that the S9s
19 are likely sold and he says this on April 6th,
20 2022 to Jonathan Tanemori?
21    A Okay.
22    Q Any reason to disagree with that?
23    A I say I wasn't aware of this transaction
24 but it would not have changed my opinion. The
25 volumes were small and it was to an adjacent

176

1 client.
2    Q How many S9s did he sell here?
3    A Pardon me?
4    Q How many S9s did he sell here?
5      MR. JANICEK: Objection, form.
6    A I don't know the details of this. Are we
7 talking about the transaction that you previously
8 mentioned for 400 or is this a different
9 transaction?
10    Q This is a different transaction.
11    A I don't know.
12    Q So you don't how many units were sold, do
13 you?
14    A No, I don't know where they originated
15 either. Is this from the facility at Whinstone?
16    Q Yes, some of them were.
17    A How many?
18    Q I'm asking for your foundation, I'm not
19 answering questions.
20    A Yeah, I don't know anything about the
21 transaction, so I don't know.
22    Q Okay. Fair to say Carson Smith possesses
23 the wherewithal to locate the buyer for used
24 mining equipment, correct?
25      MR. JANICEK: Objection, form.

Transcript of Michael Schuler
Conducted on October 17, 2025

45 (177 to 180)

177

1    A I don't know. I don't know the details
2 about what his ability is to resell material or
3 other organizations did as I speculated, whereas
4 people might have reached out and said, hey, do
5 you have material you want to sell.
6    Q You don't know who he sold these miners
7 to, correct?
8      MR. JANICEK: Objection.
9    A I do not know who he sold them to. Is
10 this the computer -- Computing Limited
11 transaction? You say it was or was not?
12    Q No, it was not.
13    A Okay.
14    Q Mr. Schuler, before the other 20,000
15 miners that are Canaan A10s that were purchased
16 along the with the 20,000 miners that were used at
17 Rockdale, where were they originally supposed to
18 go?
19    A I don't know that information.
20    Q Any reason to disagree it's Kyrgyzstan?
21      MR. JANICEK: Objection, form.
22    A Say again?
23    Q Any reason to disagree those miners were
24 supposed to be used in Kyrgyzstan?
25    A I don't know the details of what the

178

1 original plans were.
2    Q Where the SBI spent millions of dollars to
3 construct a facility in Kyrgyzstan?
4      MR. JANICEK: Objection, form.
5    A I'm not aware of those details.
6    Q Aware that that facility consisted of
7 shipping containers exposed to the open air in the
8 middle of the desert?
9      MR. JANICEK: Objection, form.
10    A I'm not aware of that.
11    Q Would that change your opinion in this
12 case had you been made aware of those facts?
13    A I --
14      MR. JANICEK: Objection, form.
15    A Yeah, I don't know the nature of that.
16 Would that have been reported by Whinstone as
17 saying they received them and they were
18 contaminated?
19    Q I'm sure -- I'm just asking you if
20 Whinstone -- or excuse me, if SBI chose to operate
21 at its own facility in Kyrgyzstan 20,000 A10
22 miners only housed in cutout shipping containers,
23 exposed to the open air surrounded in the middle
24 of the dusty desert, would that affect your
25 opinion in this case?

179

1      MR. JANICEK: Objection, form.
2    A Certainly if the contaminants that I saw
3 in evidence came from a different exposure than
4 that at Whinstone, it could have been a factor
5 that I would have liked to have known about. I
6 wasn't aware of any.
7      MR. JANICEK: No question is pending.
8    A Okay.
9    Q We talked about this earlier, but I just
10 want to make sure it's clear for the record. You
11 did not speak to anyone at SBI regarding their
12 efforts to sell these miners; is that correct?
13    A That's correct. I only have information
14 about the transaction that actually were done. At
15 least the one I was -- had information about which
16 is The Computing Limited transaction.
17    Q Okay. Apologies, I didn't mean to
18 interrupt.
19      Are you aware of where the 20,000 A10
20 miners were shipped to after Rockdale?
21    A I believe the sequence of events were they
22 were shipped to Chicago and then subsequently to
23 Houston. I'm not 100 percent sure that that was
24 the sequence.
25    Q Do you know how long those miners were

180

1 present in Chicago?
2    A I do not.
3    Q Do you know where they were located in
4 Chicago?
5    A I do not.
6    Q Do you know the type of facility where
7 they were located in Chicago?
8    A I do not.
9    Q Do you know whether those miners were
10 exposed to any sort of environmental conditions in
11 Chicago?
12    A As long as they weren't re-crated, the
13 evidence I saw during my audit indicated that
14 there was no external contamination during that
15 storage period because the tops of all of those
16 units were relatively clean. It was the insides
17 of the units that were compromised.
18      MR. MARX: Objection, nonresponsive.
19    Q What I'm asking is, do you have any
20 personal knowledge as to whether the miners were
21 exposed to environmental conditions in Chicago?
22      MR. JANICEK: Objection, form.
23    A I do not know if or if they even could
24 have been exposed. Those crates were pretty well
25 sealed.



**181**

1    Q  You don't know if someone opened those
2  crates in Chicago, do you?
3    A  I do not know.
4    Q  Or re-crated them in Chicago?
5    A  I do not know.
6    Q  Or if they were taken out and attempted to
7  be used for some other purpose in Chicago?
8    A  I do not know.
9    Q  And you certainly didn't speak with anyone
10  at SBI about why those miners were shipped to
11  Chicago?
12    A  No, I did not.
13    Q  Did you speak with anyone at SBI about why
14  the miners were shipped to Houston?
15    A  No, I was only aware that they were in
16  Houston, that was the extent.  I didn't even know
17  about the Chicago leg until relatively recently in
18  the course of conversations and so forth.
19    Q  Okay.  And you did not speak to anyone at
20  SBI about why SBI kept and stored the miners
21  instead of selling them?
22    A  I'm not aware of the details of why they
23  chose not to pursue sale or if they thought they
24  could pursue sale.  If, as you've offered in
25  evidence, they had the ability to sell, that would

**182**

1  have been a question to pose to SBI.  But relative
2  to what I saw, the condition of the product, the
3  condition of the facility, it wasn't viable for
4  resell in the secondary market.
5    Q  And you didn't speak to anyone at SBI
6  about the ability to reuse the miners elsewhere,
7  correct?
8    A  Correct.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**183**

**184**

10    Q  You didn't bother to ask for any
11  information indicating whether SBI was choosing to
12  do something else with the miners in lieu of
13  selling?
14    MR. JANICEK:  Objection, form.
15    A  That wasn't relevant to what I was asked
16  to do here.
17    Q  Earlier you said -- you keep saying what I
18  saw.  You're just exclusively basing that
19  statement on the Kaboomracks videos and pictures,
20  correct?
21    MR. JANICEK:  Objection, form.
22    A  It's a question of the timing of what
23  you're asking me for.  Relative to when I prepared
24  my report, it was based on the video and pictures
25  that I saw from the Kaboomracks audit.  Subsequent

Transcript of Michael Schuler
Conducted on October 17, 2025

185

1  to that, I did my own physical audit in Houston
2  and that also crystalized my opinion. It did not
3  alter it at all.
4      Q  Because you hadn't seen a physical
5  miner -- strike that.
6      You hadn't seen a -- one single miner in
7  person at the time you issued your July and March
8  reports, correct?
9      A  That's correct.
10     Q  Okay. And so at the time of those
11 reports, the only thing you've ever seen about the
12 condition of the miners is the Kaboomracks video
13 and pictures, right?
14     A  Pictures of --
15        MR. JANICEK:  Objection, form.
16     A  Pictures of the miners and the facility,
17 yes.
18     Q  From Kaboomracks, correct?
19     A  Correct.
20        MR. JANICEK:  Objection, form.
21     Q  And you didn't bother to talk to
22 Kaboomracks, correct?
23        MR. JANICEK:  Objection, form.
24     A  Again, I wasn't allowed to.
25     Q  Even though that -- they had gotten paid

186

1  to do the exact same thing that you've already
2  done through inspecting the miners, right?
3        MR. JANICEK:  Objection, form.
4      A  I don't know what their contract was. I
5  know that they were -- I don't know if they were
6  actually tasked to go in there or if that was part
7  of a potential situation where they were
8  considering the acquisition.
9      I have no idea about the nature of what
10 the Kaboomracks engagement was, other than the
11 fact they did a pretty good job of cataloging
12 video evidence that was quite useful.
13     Q  How many miners did Kaboomracks inspect
14 while at Rockdale?
15     A  Rephrase that again.
16     Q  How many miners did Kaboomracks --
17 Kaboomracks inspect during their visit at
18 Rockdale?
19     A  It's according to what you would call
20 inspect. If you are referring to taking video,
21 they took video of the entirety of the lot.
22 Inspect is a different word. So do you mean crack
23 open the case and look inside? I know they did
24 that on some. I don't know the deal of how many.
25     But relevant to my analysis, they took

187

1  pictures of the entirety of the deployment, and
2  they took pictures of the facility that showed
3  clear evidence of contamination, and they opened
4  up a number of units that showed that
5  contamination.
6      Q  So it's your testimony that Kaboomracks
7  videoed and took pictures of all 20,000 miners?
8      A  At the surface level, when you're walking
9  through the aisles, and they show every single
10 aisle that these were deployed, they did capture
11 the entirety of the deployment, as I understand
12 it. As they're walking through the facility, in
13 collective of all of those videos, they showed the
14 entire deployment.
15     Q  How many rows, Mr. Schuler, does the
16 building have?
17     A  I don't know. I do recall the
18 conversation about so many units per row, per
19 whatever. And this was, like, 1-1/2 of an entire
20 thing.
21     I do recall the conversation that
22 Kaboomracks made in the video itself talking to a
23 person there, saying, is this the entirety of
24 the -- of the deployment? They actually, you
25 know, said that as part of the walk-through.

188

1      So based on the pictures that they
2  collected, it certainly appeared that they had
3  general pictures of the entirety of the
4  deployment. And in evidence, we could see the
5  yellow and red lights on a number of units and
6  also many units with no lights at all.
7        MR. MARX:  Objection, nonresponsive to
8  everything after "I don't know."
9      Q  Mr. Schuler, how long is the building,
10 Building B at the facility?
11     A  I couldn't hear you.
12     Q  How long is Building B at the facility?
13     A  I don't know the dimensions of the
14 facility.
15     Q  Would you agree that SBI hired Kaboomracks
16 to, quote, slap them around, end quote?
17        MR. JANICEK:  Objection, form.
18     A  I'm not aware of what the nature of the
19 engagement with Kaboomracks was, other than the
20 fact they collected video information about the
21 deployment, and they used Kaboomracks to be their
22 ears and eyes with regard to the material there.
23     Q  Again, maybe you had a chance to look
24 during the break. But were you aware that
25 Kaboomracks was a reseller of miners?

189

1  A I was not.
2     MR. JANICEK: Objection, form.
3  Q Okay. And so if they could get miners on
4  the cheap and sell them just as -- for just as
5  much in your report, that would be a pretty sweet
6  deal, wouldn't it?
7     MR. JANICEK: Objection, form.
8  A Say that again.
9  Q If Kaboomracks could get miners on the
10 cheap and resell them for as much as you opine on
11 as in your report, that would be a pretty good
12 deal, wouldn't it?
13    MR. JANICEK: Objection, form.
14 A In -- if they were in that space and they
15 are, as you say, a reseller, in theory, they could
16 have made good money on it.
17 Q And so they had every incentive to try to
18 get that value of those miners down as low as they
19 could, couldn't they?
20    MR. JANICEK: Objection, form.
21 A My question was, if you're saying that
22 video evidence is sufficient to change my opinion
23 just because of their motivations, their
24 motivations wasn't -- weren't conveyed to the
25 pictures. Their motivation wasn't conveyed in the

190

1  video.
2     All I used to make my determination was
3  the video and the pictures. I did not need
4  anything or any evidence of intent. The pictures
5  were sufficient.
6     MR. MARX: Objection, nonresponsive.
7  Q Kaboomracks had every incentive to
8  minimize the value of the miners so that they
9  could repurchase it at the lowest possible price,
10 correct?
11    MR. JANICEK: Objection, form.
12 A I'm not going to affirm -- you know -- you
13 know, make an affirmative statement with regard to
14 that. What I can say, they didn't go and turn the
15 lights to red. They didn't go and turn the lights
16 to yellow. And they didn't go and put an inch of
17 dust on the floor.
18 Q And because they didn't -- they knew it
19 didn't matter, correct?
20    MR. JANICEK: Objection, form.
21 A The pictures and the video were the only
22 evidence I had. I've got no indication of intent
23 relative to Kaboomracks.
24 Q And notwithstanding that, on August 22nd,
25 2021, Nick Foster tells Carson Smith, I do want

191

1  them. I would take them -- would you take $100
2  each for those miners?
3     MR. JANICEK: If you're going to read to
4  him from a document, I'd ask you to put it in
5  front of him.
6     MR. MARX: I'm just going to ask my
7  question, but thank you for your speaking
8  objection.
9     MR. JANICEK: It's unfair to ask him a
10 question about a document he can't see.
11    MR. MARX: I'm not asking him about the
12 document.
13 Q But please answer.
14    MR. JANICEK: What did you ask?
15    MR. MARX: I'm not -- I'm asking the
16 witness --
17    MR. JANICEK: Who I'm here representing.
18    MR. MARX: I understand that.
19 Q And notwithstanding that, do you have any
20 reason to disagree that on August 22nd, 2021, Nick
21 Foster offered Carson Smith $100 each for the
22 miners?
23 A How would I know --
24    MR. JANICEK: Same objection.
25 A How would I know about that?

192

1  Q I'm asking you if you're aware.
2  A If what?
3  Q I mean, you -- I'm happy to hand you the
4  document. Here is the document.
5  A No, no. I'm asking, what is the question?
6  You're asking if it would surprise me if they did?
7  Is that the question?
8  Q Yes, would it surprise you?
9     MR. JANICEK: Same objection.
10 A I don't know. Kaboomracks has their own
11 motivations for things. They have their own
12 interests, and they had intimate familiarity with
13 things that are different than if I had to try and
14 sell this in the open market to the secondary
15 market as -- in, you know, a broader offering,
16 where I have to explain the condition of the
17 equipment. They have to offset their costs
18 regarding logistics and everything else.
19    Kaboomracks had the benefit of having
20 already done all the research, and if they made an
21 offer of 100, that's -- it would not surprise me.
22 It's really almost a negligible offer in
23 comparison to the recovery that could have been
24 made had they been in good condition.
25 Q I just want to make sure. As of March

Transcript of Michael Schuler
Conducted on October 17, 2025

193

1  28th, 2025, the only pictures and video that
2  you're relying on to form your opinions is the
3  Kaboomracks video and pictures; is that correct?
4      MR. JANICEK:  Objection, form.
5      A  I believe that was the content I had.  I
6  did receive a lot of documents.  Kaboomracks, I
7  believe, was the originator of all of that.  But
8  it's possible some of that information came from
9  other sources, and it was simply shared to me as
10 part of a file I received.
11     Q  But as you sit here today, you can't
12 identify any of those other potential sources,
13 correct?
14     A  I actually have it referenced in my report
15 as an appendix of what documents I received, and
16 that is -- these are all the documents I received.
17     Q  So --
18     A  I do not know where these images, these
19 native files, all of these pieces may
20 have come from, originated -- originated from.  I
21 thought it came from the Kaboom side, but Kaboom
22 was its own folder.  So is it possible that these
23 images and native files came from another source?
24 Possible.
25     I only looked at the aggregate of all this

194

1  information I had shared with me.  I don't know
2  the origination, where it came from, who created
3  it, what their -- what was the purpose.  All I was
4  asked to do was review all of the content.
5      Q  So fair to say if it's not listed in the
6  appendix you didn't rely on it?
7      MR. JANICEK:  Objection, form.
8      A  This -- is it possible I may have missed
9  something that was shared with me?  It's possible.
10 I think I captured everything that was shared with
11 me, but it's possible some other stuff was shared.
12 I will tell you that the vast majority of my
13 decisions regarding the appraisal was based on
14 this.
15     And, again, there's no disputing that
16 these machines could have sold for good money.
17 The only challenge here was the condition of the
18 machines made them compromised to such a point
19 that they couldn't sell for that money because of
20 the condition.
21     The market was there.  The market, the
22 opportunity, all of the conditions were there to
23 resell the material.  It's the condition that
24 dictated the -- my analysis that said these could
25 not be sold and recover, you know, value beyond

195

1  what a reseller would have had to incur to
2  process, take on the deal, and offer it as a -- as
3  an offering in the secondary market using the
4  standard way that we would go about selling
5  equipment in the ITAD space.
6      Q  But as you sit here today, are you aware
7  of any other information not referenced in --
8  on -- in your appendix that you relied on for your
9  July -- excuse me -- March 28th report?
10     MR. JANICEK:  Objection, form.
11     A  I can't think of additional pieces that
12 may be missing.  I -- by its nature I would know
13 if it was missing if I had forgotten to include
14 it.
15     I do know that I was -- I had lots of
16 files that were shared with me, I believe I've
17 listed them all here.  Is it possible I missed
18 one, it's possible.
19     Q  Are you aware, as you sit here today, of
20 any images that you received that were sourced
21 outside of Kaboomracks?
22     MR. JANICEK:  Objection, form.
23     A  As I've stated earlier, the Kaboom folder
24 was it's own folder.  These image folders were
25 their own folders and the native files were their

196

1  own folder.  I can't attest to the origination of
2  where the native folders and the image folders
3  came from or any of these other groupings, the
4  photos of the teardown from Chuck Byers, that I
5  know wasn't from Kaboom and some of these other
6  folders -- these were folders I received from --
7  during this process.
8      Q  And to be fair, you don't know if you
9  actually received pictures or videos from Kaboom,
10 you're just simply relying on representations by
11 Winstead, correct?
12     MR. JANICEK:  Objection, form.
13     A  Yeah, but there -- it's easy to document.
14 I can show exactly the number.  These actual
15 reference numbers here, were part of the files I
16 received, SBIC005938 to 6044, each one of those is
17 there, 170 text files, 143 picture files or video
18 files.  Those were tracked and cleared as part of
19 the package of information I received along with
20 these other files, the native files and these
21 other pieces.
22     MR. MARX:  Objection, nonresponsive.
23     Q  You did not receive any pictures from Nick
24 Foster of Kaboomracks, did you?
25     MR. JANICEK:  Objection, form.

Transcript of Michael Schuler
Conducted on October 17, 2025

197

1    A I don't know who did the pictures.  I
2 don't know who did the video.
3    Q And that's all I'm trying to get at.  You
4 received them from Winstead, correct?
5    A I received all of this information from
6 Winstead.
7    Q And Winstead was the one that told you
8 that those were Kaboomracks pictures and videos,
9 correct?
10    A They had the folders name, correct.
11    Q Okay.  And with respect to Exhibit 45, the
12 appendix that's listed at the back, that's a
13 complete list, as you sit here today, as best you
14 can tell, of the information that you relied as --
15    A Yes.
16    Q -- as of July 28th?
17    A That wasn't altered, yeah.  In any of the
18 subsequent reports I didn't have any additions or
19 changes to that.  Is it possible something was
20 missing in my listing, it's possible, but I
21 believe I captured all of the information.
22    Q Do you know if the Kaboomracks videos and
23 photos have their metadata intact that you
24 received?
25    A I do not know.  I would assume they

198

1 should.
2    Q You don't know, sitting here, one way or
3 another?
4    A I do not know whether or not the metadata
5 is present.  I would imagine it would be because I
6 know it's part of the evidence process.
7    Q What did you do, if anything, to determine
8 that the Kaboomracks video or pictures had not
9 been manipulated?
10    A Nothing.  In receiving it from a law firm,
11 law firms understand, you know, the importance of
12 information and not submitting information that
13 could be compromised in any way.  So I have no
14 reason to believe this information was ever
15 altered.
16       MR. MARX:  Objection, nonresponsive after
17 "nothing."
18    Q What, if anything, did you do to determine
19 whether the Kaboomracks video and pictures had not
20 been modified?
21       MR. JANICEK:  Objection, form.
22    A Again, I can't make any declaration with
23 regard to that.
24    Q As we sit here today, you can't tell the
25 Court a difference between any of the versions of

199

1 the various A10 models?
2    A I do not know the specific features of the
3 A10 models that were introduced at the facility.
4 I am not sure if they were significant, they
5 weren't relative -- relevant to my appraised
6 value.  All of them were equally affected by the
7 contaminants.
8    Q You visited the Houston warehouse in
9 August 5th of 2025, correct?
10    A Uh-huh, yes, sir.
11    Q And you looked at 30 different miners; is
12 that correct?
13    A Yes, sir.
14    Q How many of those were --
15    A Thank you.  Okay.
16    Q All right.
17    A Go ahead.
18    Q How many of those were 1040s -- 1041s,
19 excuse me.
20       MR. JANICEK:  Can you go back -- you
21 looked at 30 different miners.
22    A Yeah, I -- we did not identify the model,
23 it wasn't relevant to my analysis.  Whether they
24 were S9s, A10s, none of that mattered.  What I was
25 looking for at that time was contaminants.

200

1    Q Well, if I'm trying to replicate your
2 audit, how am I supposed to know which of the 30
3 miners you looked at?
4    A All I was testifying to was that the
5 contaminants were so severe that it affirmed my
6 position that A, the contamination did not happen
7 after they were crated and B, that the
8 contamination was consistent with my original
9 statement that doesn't matter which model it was,
10 it doesn't matter what the wonderful recovery
11 could have been, the contamination was so severe
12 that it made these things unsellable in the
13 secondary market.
14       MR. MARX:  Objection, nonresponsive.
15    Q Mr. Schuler, I'm just trying to have an
16 answer to a simple question.  If I wanted to look
17 at the same miners -- if I wanted to look at the
18 same 30 miners that you did, how am I supposed to
19 do that?
20    A We have video and we have pictures that we
21 took.
22    Q What were the serial numbers of the
23 miners?
24    A Good question, I don't know if we captured
25 the serial numbers.  I know that we have pretty

Transcript of Michael Schuler
Conducted on October 17, 2025

201

1  good video of the process of when we took them out
2  of the crate, looked at them, opened, you know,
3  the units and took a general view of them.
4      Q  What crate numbers did they come from?
5      MR. JANICEK:  Objection, form.
6      A  Crate numbers I don't have, but we
7  selected three at random.  Our objective was to do
8  a normal CLT approach, which was taking 30, which
9  is a statistical number that is representative of
10 the major lot, take it from three different
11 crates, 10 units, different levels and we did
12 that.
13     Q  How many miners were present in Houston?
14     A  I'm sorry, I --
15     Q  How many miners were in Houston?
16     MR. JANICEK:  Objection, form.
17     A  My understanding there was 102 crates,
18 each one with approximately 200 devices, so that
19 would be approximately 20,000.
20     Q  You are aware that 2,400 are not there,
21 they're in Russia and they were sold?
22     MR. JANICEK:  Objection, form.
23     A  I was aware of that, so I was calculating
24 approximate.  I don't know what the total number
25 of crates were, I know it was approximate.

202

1      Q  And agree that you can't have an accurate
2  sample size unless you know the population that
3  you're trying to analyze?
4      MR. JANICEK:  Objection, form.
5      A  A CLT actually states pretty clearly that 30
6  is a pretty good auditable number for a
7  statistical use.  You know, it's been pretty much
8  established over the years in operations and other
9  places that 30 is an adequate representative
10 sample when you're doing this kind of work.
11     Q  You say CLT, what is CLT?
12     A  I'm trying to remember the acronym name,
13 but it's -- I'm trying to remember what it was.
14 I'm sorry.  Basically it's a theorem of -- I wish
15 I could recall the acronym, I don't have it in
16 this.  I had it in a separate piece.  I don't
17 recall the acronym, what it stands for.
18     But basically it was established a long
19 time ago, by operations personnel and statistical
20 folks about establishing a methodology that gives
21 a representative sample and larger sampling, and
22 30 was established as the number.
23     Q  Who promulgates CLT?
24     A  Pardon me?
25     Q  Who promulgates CLT?

203

1      A  I don't know where it originated from, I
2  just know it was a accepted standard in the
3  industry.  My operations -- my partner operations
4  guy ran global operations for Radio Shack and he's
5  the one that taught me about CLT.
6      And unfortunately I can't remember what
7  the acronym stood for but he was a black belt,
8  which is a, you know, very professional top level
9  operations guy.  He ran -- he had 4,000
10 technicians at Radio Shack reporting to him.  He
11 had seven manufacturer facilities that reported to
12 him and he ran global service operations for Radio
13 Shack.  So the guy knows his game when it came to
14 operations, and he's the one who taught me about
15 30 being a representative sample on a large
16 sampling.
17     MR. MARX:  Objection, nonresponsive to
18 everything after "I just know it was an accepted
19 standard in the industry."
20     A  Okay.
21     Q  What industry are you referring to?
22     A  The IT industry in general and the service
23 industry.  He was an expert in service.
24     Q  What is the exact CLT standard?
25     A  It is -- the objective is to take a

204

1  representative sample of a larger lot.  What's the
2  required threshold, and that number was 30.
3      Q  What was the formula to derive that
4  number?
5      A  Pardon me?
6      Q  What was the formula to derive that
7  number?
8      A  I don't know.  It would have to be looked
9  up here.  I'm only saying that I was taught it by
10 an expert.  I -- it is an accepted practice in the
11 industry.  I've seen it used.  I've even heard it
12 referenced quite often.  You could look up CLT as
13 easy as I could.  If you want to take -- if you
14 want to allow me a minute I would be glad to use
15 my phone to look it up.
16     Q  What is the significance about the number
17 30 with respect to CLT.
18     A  I believe whoever came up with it was a
19 statistical and operational expert of saying, this
20 provides a defensible, referenceable number
21 relative to providing an adequate sample of a
22 larger sampling size.
23     Q  Do you consider yourself an expert in
24 statistical analysis?
25     A  Not at all.

Transcript of Michael Schuler
Conducted on October 17, 2025

205

1    Q So you -- did you come up with a
2 hypothesis before -- the statistical hypothesis,
3 are you familiar with those --
4    A I use --
5    Q -- H1 and H0?
6    A I use simply the experience of my partner
7 who taught me that one point when it came to
8 understanding the value of doing a statistical
9 sample.
10    Q Did you come up with a p-value at all?
11    A I don't know the details of how it was
12 derived. I know that that number was a number
13 that we used multiple times when it came to
14 performing audits as well as checking into what is
15 a referenceable number that is defensible.
16    Q I'm speaking about your audit. Did you --
17 did you determine a p-value?
18    A What are you defining as p-value?
19    Q Well, I mean, this is all part of
20 statistical analysis, and so you are talking about
21 sampling population distribution.
22    A Yeah.
23    Q So I'm using those terms --
24    A I'm --
25    Q -- to understand your basis?

206

1    A I'm not an expert in statistics. I simply
2 was using the reference that was shared to me by a
3 partner that is an expert in that kind of stuff.
4    Q But he didn't perform this audit, did he?
5    A No. But I, again, understood that 30 is a
6 representative sample of any larger lot. If you
7 want to challenge CLT as a practice, it's a more
8 broadly accepted thing.
9       You know, I don't -- I don't have to know
10 the methodology of how it was derived or
11 credentials of the people that came up with it.
12 But it's an accepted number that has been pretty
13 established, that 30 provides a referenceable
14 statistical representation of a larger lot, so
15 that's why I use the number.
16    MR. MARX: Objection, nonresponsive.
17 Nonresponsive to everything after "no."
18    Q So you just came up with the number 30,
19 and that's what you went with, correct?
20    MR. JANICEK: Objection, form.
21    A I didn't come up with the number. I
22 utilized it from the experience with my partner.
23    Q I understand CLT, but you did nothing
24 else, correct?
25    A That's correct. I --

207

1    MR. JANICEK: Objection, form.
2    A I used that as my reference, yes.
3    Q And you didn't -- when you conducted your
4 audit, you did not determine if the miners could
5 power on, correct?
6    A That's correct.
7    Q You did not determine what the hashrate of
8 any of those 30 miners were, correct?
9    A It wasn't relevant to my opinion. It was
10 only contamination that I was looking at.
11    Q Is it your opinion that contamination
12 prevents miners from operating?
13    A It certainly makes them extremely
14 difficult to resell in the secondary market. If
15 you have a quarter inch of clay sitting on a
16 motherboard, I don't know too many people that
17 want to buy that unit.
18    MR. MARX: Objection, nonresponsive.
19    Q I asked, is it your opinion that
20 contamination prevents miners from operating, not
21 selling?
22    A It certainly prevented 30 percent of them.
23    Q And what was your basis for doing a root
24 cause analysis of the 30 percent that failed
25 allegedly?

208

1    MR. JANICEK: Objection, form.
2    A No. I don't know of what caused the red
3 lights, the yellow lights, and the failures that
4 were in evidence.
5       I certainly can attest to the fact that
6 heat and contamination affect electronics. That
7 has been taught from the very beginning of my
8 career when I worked in the calibration metrology
9 lab that was a controlled environment, all the way
10 through my career of selling equipment.
11       I know that buyers aren't interested in
12 buying stuff that has that kind of accumulation of
13 material on -- that's evident on the motherboards
14 and on any of the internals of the unit.
15       I know that I had to repair, at the
16 company I worked with, 5,000 motherboards a month
17 because of heat dissipation issues. All of these
18 things are factors. Electronics are sensitive to
19 contamination and heat, and that was in evidence
20 here.
21    Q Of the 20,000 miners, how many of those
22 miners had red lights flashing?
23    A Repeat that, I'm sorry.
24    Q Of the miners -- 20,000 miners that SBI
25 had operating, how many had red lights flashing?

Transcript of Michael Schuler
Conducted on October 17, 2025

53 (209 to 212)

209

1    A I do not know the actual number. I know
2  visually it was a fairly substantial number. As
3  you walk through the videos on the Kaboomracks
4  video, there were a lot of red lights.
5    Q Okay. And what is the significance of the
6  red lights?
7    A It means they were not functioning at that
8  time.
9    Q What is your basis for that statement?
10    A It was what I was told was what the red
11  light indicated.
12    Q By the attorneys, right?
13    A I believe there was correspondence related
14  to the manual as well, but I did not actually look
15  at the manual. I do know that a yellow light
16  referenced an initialization and an indication
17  that it's going through problems. But the red
18  light indicated it was not -- it was in a shutdown
19  mode essentially.
20    Q What did you do to verify if the -- every
21  miner that you saw in the video that it was
22  flashing a red light was not operating?
23    A I didn't do anything, other than take the
24  observation of the video and the pictures. I
25  simply put that into my assessment.

210

1    MR. MARX: Objection, nonresponsive to
2  everything after "I didn't do anything."
3    Q What did you do to determine the error
4  code for each of the miners that you saw
5  containing a red light in the videos and pictures?
6    MR. JANICEK: Objection, form.
7    A I didn't do anything.
8    Q So sitting here today, you have no idea
9  why the red light was flashing?
10    MR. JANICEK: Objection, form.
11    A It is -- my understanding of the function
12  of the red light was to indicate a failure.
13    Q But that's not a -- that's not something
14  within your personal knowledge, correct?
15    MR. JANICEK: Objection, form.
16    A Only with the information that was shared
17  to me.
18    Q Right. It's not from your work experience
19  in the ITAD industry, correct?
20    A That is correct.
21    Q Okay. The attorneys told you, right?
22    MR. JANICEK: Objection, form.
23    A I seem to recall seeing something about it
24  in the manual. I don't recall the specifics of
25  what I remember seeing, but it was not just the

211

1  attorneys' statement. It was also something
2  referenced about red light and yellow light and
3  what it meant?
4    Q And are you aware that Lancium had
5  installed a certain software that allowed them to
6  power on and power off the miners? Are you aware
7  of that?
8    MR. JANICEK: Objection, form.
9    A Yeah. I don't know the details of that.
10    Q Didn't bother to ask about that?
11    MR. JANICEK: Objection, form.
12    A It wasn't part of what I was asked to --
13    Q Are you aware that --
14    A -- evaluate.
15    Q Are you aware that software can cause the
16  miners to have red lights flashing?
17    MR. JANICEK: Objection, form.
18    A I was not aware of that.
19    Q You didn't bother to pay attention in the
20  Kaboomracks video when they came by all the S9s,
21  and all those S9s, every single one, red lights
22  flashing?
23    MR. JANICEK: Objection.
24    Q And that was explained to Kaboomracks?
25    A Yeah. I was not aware that a software was

212

1  causing that problem.
2    Q So that part of the video, you didn't
3  watch it, or you just ignored it?
4    MR. JANICEK: Objection, form.
5    A There was nothing referenced in the video
6  that I saw that made reference to it.
7    Q Well, that's what I'm telling you.
8  There's a video, five minutes long. Did you get
9  that video?
10    A I don't know.
11    MR. JANICEK: Objection, form.
12    Q So you --
13    A I don't recall seeing any -- any video
14  that actually made that declaration.
15    Q Okay. Are you familiar -- or do you
16  realize that the -- or strike that.
17    You mentioned yellow light being --
18  stating that it had to do with initialization.
19  What do you mean?
20    A It was my understanding that it's almost
21  like a reset. It also could be a precursor or an
22  indicator of thermal throttling. I don't know
23  definitively what that was about, but I do believe
24  that I was told something about an initialization
25  stage that it was going through. It's indicating

Transcript of Michael Schuler
Conducted on October 17, 2025

213

1  there's a problem here.
2      Q  Are you aware that that recitation that
3  you just gave me is not included in Canaan's
4  manual on yellow lights?
5      A  No.  I --
6      MR. JANICEK:  Objection, form.
7      Q  Are you --
8      A  I don't know.
9      Q  Are you aware that yellow lights in the
10 Canaan A10 manuals are indicative of software
11 issues?
12     MR. JANICEK:  Objection, form.
13     A  I'm not aware of what the function of the
14 yellow light was.  I was more focused on the red
15 light situation.
16     Q  And you testified red and yellow, so I'm
17 trying understand.  Are you now withdrawing that
18 and say it's only red?
19     A  I simply am indicating what -- there's
20 additional information provided by the attorneys
21 with regard to what SBI had indicated was a
22 reduction in performance that -- you know,
23 associated with that whole 30 percent number.
24     Q  Mr. Schuler, this is my one time to get to
25 depose you before trial.

214

1      A  Okay.
2      Q  So is it red or yellow lights that you're
3  citing for your basis of your opinions that --
4      A  That was --
5      Q  Can I please finish?
6      A  Yes, sir.
7      Q  That -- for your opinion that
8  contamination caused the miners to be inoperable?
9  So is it the red lights or the red and yellow
10 lights?
11     A  The red and yellow lights were a
12 contributing part of my analysis.  But the bulk of
13 my analysis with regard to this entire thing was
14 the visual evidence of the contamination, both at
15 the facility and in the miners themselves.  The
16 red and yellow lights were an additional, a
17 notable thing, but it wasn't the determining
18 factor.  The determining factor in my analysis was
19 the visual evidence of contamination.
20     Q  Okay.  So sitting here today, you can't
21 tell the Court or the jury the significance of the
22 yellow lights --
23     MR. JANICEK:  Object --
24     Q  -- correct?
25     MR. JANICEK:  Objection, form.

215

1      A  Yeah.  I'm not going to make a statement
2  with regard to what the function of the yellow
3  light were, and even the red light.  I am simply
4  saying that it was a contributing part of -- it
5  was interesting information, but the driving force
6  of my determination regarding resellability of
7  this material was the visual evidence of the
8  contamination at -- through the Kaboom videos,
9  pictures, and my subsequent audit.
10     Q  Is it your testimony that if all 20,000
11 miners worked, that they would be unsellable to
12 the secondary market because of the -- your,
13 quote-unquote, contamination?
14     A  As I saw in evidence, yes, it would be
15 very difficult to sell these in that volume to the
16 secondary market based on all of the combinations
17 that we're talking about here.
18     Q  If all 20,000 miners operated profitably,
19 is it your position that the miners would be
20 unsellable to the secondary market?
21     MR. JANICEK:  Objection, form.
22     A  At that particular time, finding a buyer
23 for 20,000 units with the information that I was
24 provided and I share that same information to a
25 prospective buyer in a secondary market, I could

216

1  not have had a successful buyer.
2      Q  And to be clear, that's the secondary
3  market of the individuals that you know from the
4  ITAD industry?
5      A  We would have cultivated a channel, as we
6  do with any product that comes to us for the first
7  time, we would find people that are prospective
8  buyers through all the trading networks, through
9  just general searches, to find out who deals in
10 that market, and to see what their appetite would
11 be for buying a large portion or the entire lot.
12 We would have taken that approach.
13     But in this case, the condition was so
14 bad, that had I been given that opportunity, I am
15 making the declaration that I know that in the
16 market that I've dealt with in the reseller space
17 and what it would have physically taken to take
18 those machines in.  You've got to appreciate the
19 logistics and the processing that would have had
20 to be done taking 102 crates in.  There's not a
21 lot of facilities that can take that.  Even in the
22 ITAD space.
23     One of the things about contamination too
24 that's a factor, I mentioned about our ISO
25 certifications, one, being occupational health and

**217**

1  safety. When you physically bring in something
2  that's that contaminated, you have to have
3  provisions to protect your employees. You can't
4  simply blowout that machine and hope that it
5  doesn't get ingested into, you know, our employees
6  lungs. You have to have a mechanism to clean
7  those machines, audit those machines and then
8  resell those machines.
9       And the simple process and time that it
10 would take for each machine, extrapolate that even
11 if it's an hour, I'm thinking it would take longer
12 but let's say it's just an hour, that's 20,000
13 hours. That translates to 10 full-time employees
14 working on that for a year.
15      The -- it was already into its life cycle,
16 take an additional period like that into the
17 equation, take the logistics cost, the processing
18 costs, all of that into the equation, I don't know
19 of anybody in the secondary market that would have
20 jumped in with their capital to make a purchase of
21 this machine or these machines given the totality
22 of this issue.
23      MR. MARX: Objection, nonresponsive.
24      MR. JANICEK: Are you breaking -- are you
25 near a breaking point?

**218**

1       MR. MARX: Yeah, we can take a break.
2       MR. JANICEK: All right.
3       VIDEOGRAPHER: The time is 2:26 p.m. We
4  are going off the record.
5       (Recess, 2:26 p.m. to 2:42 p.m.)
6       VIDEOGRAPHER: The time is 2:42 p.m. We
7  are back on the record.
8    Q  Mr. Schuler, before we left we had been
9  talking about the audit and your sample of 30
10 miners that were selected. What did you do to
11 ensure that your finding did not trigger a false
12 positive?
13      MR. JANICEK: Objection, form.
14   A  A false positive, can you explain what you
15 mean by that?
16   Q  Yeah. A statistical term to determine
17 what you -- like, it's a methodology and way to
18 test to see if what you found is actually
19 representative of what you found?
20   A  Yeah, thank you.
21      My approach to this was based on a couple
22 things, one, there was a contention that the
23 contamination happened after the fact, after they
24 had been crated. And I thought that was an
25 interesting point that I wanted to either see

**219**

1  whether it was consistent with my findings when we
2  opened the crates or if that seemed to be not the
3  case by evidence of what's on top of the first
4  layer of units in the crate.
5       What was interesting about our approach
6  was I had stated here is how I wanted to do it. I
7  wanted to take three random crates that we chose
8  and I wanted to do 10 machines from each and go
9  every layer of that crate so that we had a -- some
10 machines from each layer that we could actually
11 take and look at how those looked.
12      That's exactly what we did. What was
13 interesting in our observations, as shown in the
14 videos and the pictures, the surface layer
15 actually was fairly clean, there was no real
16 indication of contamination of significant
17 consequence on that surface layer. It was the
18 actual internals that was what was interesting in
19 that all of the internal pieces that we saw in the
20 videos and pictures had significant indications of
21 contamination, as well as even rust.
22   Q  Where were the three crates that you
23 examined located in the warehouse?
24   A  They were at the top of a layer. They
25 had -- I think they were -- if I recall, it was

**220**

1  like four stacked and then 25, somewhere around
2  that, down the side of a warehouse. It might have
3  been more like five and whatever -- it might have
4  been five and 20 versus four and 25, but it was
5  something along those lines. We had to crawl on
6  top of the crates to get at the machines, open the
7  crate and then do our sampling.
8       And that's exactly what was done.
9    Q  So all three crates were located on top?
10   A  The three --
11      MR. JANICEK: Objection, form.
12   A  -- that we picked at random were.
13   Q  Okay. You didn't bother to move any of
14 the crates with a -- via forklift; correct?
15   A  That's correct.
16   Q  And why was that decision made?
17   A  There was no room to do that for one, the
18 warehouse was quite full. There was really no
19 room to stage the audit itself, so we did it on
20 top of -- we took one crate and used the adjacent
21 crate as a staging crate to actually look at each
22 of the three crates.
23   Q  Tell the Court how selecting three crates
24 on top of the stacks without moving them is sound
25 statistical analysis?

Transcript of Michael Schuler
Conducted on October 17, 2025

221

1    MR. JANICEK:  Without whating them?
2    MR. MARX:  Without moving -- excuse me,
3  let me just start over.
4    Q  Tell the Court how selecting three crates
5  at the top of each stack without moving them is
6  sound statistical analysis?
7    A  There was a combination of both
8  practicality and application of the 30.
9  Practicality dictated we couldn't move them beyond
10  what we did.  Execution was trying to make sure we
11  got a good representative sample of the 30 by
12  picking three of those crates at random.  They
13  were -- as I said there were 20 or more down that
14  row.  We picked three at random and we made sure
15  we looked at each layer of that -- of each crate,
16  so we pulled machines from each layer to determine
17  what the level of contamination was and that's
18  what we used to establish our data.
19    Q  Practically what prevented you from moving
20  crates?
21    A  I'm sorry, I didn't hear that.
22    Q  Practically what prevented you from moving
23  crates?
24    A  Access, time, room, all of that.  We had a
25  narrow window of time as well as space to work

222

1  within.  They were not going to move the crates to
2  facilitate the audit and it would have been almost
3  impossible consider how full that warehouse was.
4    It also was just a function of
5  practicality.  We wanted to get as best as we
6  could a representative sample and the only way we
7  could do it at that point was to choose three of
8  those crates at random from the top layer.
9    Q  Who said that they wouldn't move the
10  crates?
11    A  Pardon me?
12    Q  Did you say someone wouldn't move the
13  crates for you?
14    A  They couldn't, that warehouse was full to
15  the gills.  There was no room to move them.
16    Q  Are you aware that we've had -- they've
17  moved the crates before via forklift?
18    MR. JANICEK:  Objection, form.
19    A  Prior, I'm certain when they brought them
20  in and kept them, but my understanding is they
21  have been sitting there for a long time and they
22  had stacked a bunch of stuff -- actually the
23  entire warehouse.  I was actually surprised how
24  full the warehouse was.
25    Now, obviously they rotate material

223

1  through, so there must be active movement of a
2  fair number of items in that warehouse.  But that
3  particular section was -- there was just no room
4  to maneuver.
5    Q  Did you ask them to move the crates?
6  Because they moved them when we went in February.
7    MR. JANICEK:  Objection, form.
8    A  We did ask if we could stage them and they
9  said the only way we could stage them is on top of
10  one another.
11    Q  Who did you ask?
12    A  The person that was dedicated to work with
13  us.  I don't remember the gentleman's name.
14    Q  Okay.  And these crates that you selected
15  that were on top, were they right next to each
16  other?
17    A  I don't recall if we skipped one, I
18  thought we skipped one, but we did pick three out
19  of, like, an adjacent five.
20    Q  So three in close proximity to each other,
21  right?
22    A  Yes, in close proximity, yes.
23    Q  Were the crates -- did you have to
24  manually open the crates or had they already been
25  pried open?

224

1    A  We had to open them.  Yeah, they were
2  screwed down tight.  There really was no room that
3  we saw in evidence for contamination externally.
4  They had done a good job of crating these things.
5    Q  What did you do to determine that those
6  crates were airtight?
7    MR. JANICEK:  Objection, form.
8    A  I didn't make any specific analysis
9  regarding airtight.  Observationally, I can tell
10  you that, you know, it was pressed very closely to
11  each surface around the four points and they were
12  screwed in with lots of screws through the entire
13  thing.
14    Q  What evidence do you have to dispute that
15  the miners were cleaned before they were crated at
16  Whinstone?
17    MR. JANICEK:  Objection, form.
18    A  The only information I have was I was told
19  they were wiped down when they were crated, at the
20  top layer anyways.  And that was fairly consistent
21  with what we observed as I -- as evidenced in the
22  pictures, it was surprising how relatively clean
23  the top layer was.
24    Q  What evidence do you have to dispute that
25  the miners were blown out before they were crated?

225

1      MR. JANICEK: Objection, form.
2      A I don't know specifics about any blowout
3   activity that was done. I certainly can't imagine
4   that your client blew out 20,000 units. It would
5   be impractical to do. I was told that basically
6   there was some wiping down that was done on the
7   top layer. I don't know other than the evidence I
8   saw, it looked like that statement was consistent
9   with what we saw.
10     Q So fair to say you don't have any evidence
11  to dispute that Whinstone blew out each of the
12  20,000 miners prior to crating?
13     MR. JANICEK: Objection, form.
14     A I have no reason to believe they did or
15  did not. And if they did, certainly what we saw
16  in the contaminants show that -- there's no way
17  that the contamination could have hit each of
18  those layers the way it did from external,
19  post-crating contamination.
20     There's just no way they physically could
21  have gotten into the units when that crate was as
22  tightly sealed as it was. It certainly would have
23  shown evidence at the top layer, and it wasn't
24  there.
25     MR. MARX: Objection, nonresponsive to

226

1   everything after "I had no reason to believe it
2   did or did not."
3      Q Any reason to dispute that the A10s SBI
4   purchased were prototypes?
5      MR. JANICEK: Objection, form.
6      A I was never told they were a prototype.
7      Q Would that have been important for you to
8   consider in forming your opinions?
9      MR. JANICEK: Objection, form.
10     A I'm not aware of the nature of what
11  release they were or where they were in their
12  production cycle, as far as it being a newer model
13  for Canaan. I don't know.
14     MR. MARX: I'm going to have to object as
15  nonresponsive.
16     Q I asked, would that have been a important
17  fact for you to consider in forming your opinions?
18     MR. JANICEK: Objection, form.
19     A In forming my opinion with regard to
20  resale value or regarding my opinion regarding the
21  contamination?
22     Q Resale value.
23     A If the machines were operating and were
24  not contaminated, there's every reason to believe,
25  as I've stated in my report, that they could have

227

1   successfully been resold either as used units or
2   if they had been left crated from originally new,
3   that they could have been obviously resold as new
4   and simply never deployed. Both of those things
5   would have been options, but, unfortunately, they
6   were -- they showed tremendous evidence of
7   contamination.
8      Q And notwithstanding the alleged
9   contamination, SBI still sold 2,400 of those in
10  Russia, correct?
11     MR. JANICEK: Objection, form.
12     A I understand that they were thrown in.
13  They were not sold. The actual sale was on the
14  main transaction of what was already there. There
15  was some aspect of it where these 2,400 were
16  thrown into the deal, and it really didn't affect
17  the actual sale price of that lot.
18     Q Does that say -- is that testimony located
19  anywhere in the contract for sale?
20     MR. JANICEK: Objection, form.
21     A I do not know. I received that
22  information subsequent to additional conversations
23  about Mike asking about the transaction with The
24  Computing Limited.
25     Q Have you even seen the transaction or

228

1   contract of sale for those miners?
2      A I think that might have been shared, but I
3   don't remember seeing the specifics of it, other
4   than the dollar amount.
5      Q Who did you ask about the miners being
6   thrown in with the operation -- or strike that.
7      Who told you that the miners were thrown
8   in with the Russian operations?
9      A Winstead.
10     Q Okay. And no reason to dispute that those
11  2,400 miners were sold for the sale price of the
12  same miners as the other 20,000, correct?
13     MR. JANICEK: Objection, form.
14     A My understanding is, again, they were
15  thrown into the deal and didn't affect the total
16  value. It -- blended out, it worked out to be
17  just under $34 a unit.
18     Q Did you perform the calculation, sir?
19     A The calculation of the total -- the
20  revenue of 760,000 divided by the 22,400, I did
21  calculate that.
22     MR. MARX: That's -- objection,
23  nonresponsive.
24     Q What I'm asking is, did you perform the
25  calculation to determine how much those miners

229

1  would be sold for?
2      MR. JANICEK: Objection, form.
3      A No. I simply had the information that was
4  offered recently with regard to the nature of
5  those 2,400, and it was told to me that they were
6  kind of thrown into the deal without assigned
7  value.
8      Q Who at SBI did you speak with that told
9  you that they were just thrown in for free?
10     MR. JANICEK: Objection, form.
11     A Nobody at SBI. Winstead is where I got
12 that information.
13     Q Understood. Where did Winstead get that
14 information?
15     MR. JANICEK: Objection, form.
16     A You would have to ask them.
17     Q Okay. Are you aware of any piece of
18 evidence that has ever stated anything remotely
19 close to that, that has been given to you?
20     MR. JANICEK: Objection, form.
21     A Maybe restate that, because I'm kind of
22 confused on that one.
23     Q Would -- have you seen any document -- who
24 at Winstead told you that?
25     A Cory, I believe.

230

1      Q Mr. Johnson right here?
2      A Yes.
3      Q Okay. Have you seen any document that has
4  been provided to you or any testimony that you
5  have reviewed in which SBI assigned a zero value
6  as part of that sale?
7      MR. JANICEK: Objection, form.
8      A I do not have any documents stating what
9  the nature of that sale was and how the nature of
10 the 2,400 came to be introduced. I do not know
11 the specifics of how values were assigned. I only
12 can state that, you know, it was characterized as
13 they were thrown into the deal. I don't know if
14 it was to, as they say, sweeten the pot or what
15 the specifics were.
16     Q Fair to say that that was an assumption
17 that you were provided?
18     A I am not making any assumption. I'm
19 simply stating what I've been told, that they were
20 thrown into the deal.
21     Q Right. That was an assumption that you
22 were provided?
23     MR. JANICEK: Objection, form.
24     A I don't know where it was derived from, if
25 it was specific or it was an assumption.

231

1      Q Did you -- well, let me ask you this. Are
2  you aware that these A10 miners have different
3  power settings?
4      A Yeah. You're talking about functions of
5  turbo and --
6      Q Correct.
7      A -- standard? Yeah, I'm aware of that.
8      Q Okay. Are you aware that the miners
9  operated in turbo the majority of the time?
10     A Yes, I'm aware of that.
11     Q Did you factor that into your opinions at
12 all?
13     A It didn't factor in because turbo is a
14 safe mode of operation. There are two modes of
15 operation. One was standard, and one was turbo.
16 Both were, by the manufacturer, safe modes of
17 operation. One consumed more energy and produced
18 more hashrate. It was a decision of the user
19 whether to run it in standard or in turbo mode.
20     That is not -- had nothing to do with
21 overclocking, as was later mentioned in the back
22 and forth with Mr. Peters. That was not
23 overclocking. Overclocking is something that's
24 done that's outside of the manufacturer's
25 specifications for how a CPU or ASIC would

232

1  operate.
2      Q So it's your testimony that there were
3  only two power modes?
4      MR. JANICEK: Objection, form.
5      A My understanding is there's actually
6  three. One was a low power mode. One was a
7  standard, and one was a turbo. The -- I was -- it
8  was to my understanding they were run in turbo
9  most of the time. I do not know if they were ever
10 used in the standard or in the low power mode.
11     Q Then how many Canaan A10 miners have you
12 operated in your life?
13     A None.
14     Q Okay. And who at Canaan did you talk to
15 about their operations and what modes they should
16 run in or operate in?
17     MR. JANICEK: Objection, form.
18     A I'm sorry, I couldn't --
19     Q Who at Canaan did you talk to about these
20 miners and the various power modes that they run
21 in?
22     A I --
23     MR. JANICEK: Same objection.
24     A I talked to Winstead personnel as well as
25 I reviewed the manual information that was shared

Transcript of Michael Schuler
Conducted on October 17, 2025

233

1 with me.
2    MR. MARX: Objection, nonresponsive.
3    Q I asked you who at Canaan that you talked
4 with about the various power modes on these
5 miners?
6    A My apologies.
7    MR. JANICEK: Same objection.
8    A My apologies, I didn't know you were
9 talking about Canaan. I talked to nobody at
10 Canaan.
11    Q And why not?
12    A Because they --
13    MR. JANICEK: Objection, form.
14    A They supplied the manual.
15    Q Canaan was the manufacturer of the miners.
16 Did you not realize that?
17    A Yes.
18    MR. JANICEK: Objection, form.
19    A Yes, I do understand that. They provided
20 a manual about operation.
21    Q They manufactured the miners, correct?
22    A Yes.
23    Q So they would know about the miners,
24 correct?
25    A Pardon me?

234

1    Q They would know about the miners, correct?
2    A Yes.
3    Q And what specifications they should run
4 in, correct?
5    A Correct.
6    Q So why didn't you talk with Canaan?
7    MR. JANICEK: Objection, form.
8    A Why would I have when it wasn't relevant
9 to what I was analyzing? As long as these were
10 used in a safe mode of operation per the manual
11 and per the contract for sale, where it says that
12 if you deviate from this, you're voiding the
13 warranty, but as long as you're operating in one
14 of these standard modes, you're -- you are -- you
15 know, it is within their safe mode of operation.
16    Q Who at Winstead told you that the manual
17 says that a miner should spend most of its time
18 operating in normal mode?
19    MR. JANICEK: Objection, form.
20    A I wasn't told about normal versus turbo.
21 I was told that they predominantly operated in the
22 turbo mode by Winstead, Mr. Johnson. But relative
23 to the reference about safe operation for turbo,
24 that was also referenced in the sale and warranty
25 document provided by Canaan.

235

1    Q Yes. I asked who at Winstell -- I mean
2 Winstead?
3    A Mr. Johnson.
4    Q Okay. Mr. Johnson, no one at SBI?
5    A No.
6    Q Okay. And you didn't think it important
7 to talk to the manufacturer of the miners to
8 determine resale value?
9    A I did not.
10    Q What -- what --
11    MR. JANICEK: I think he was not done with
12 his answer.
13    A I'm sorry.
14    Q Go ahead, sorry. I didn't mean to
15 interrupt if you were --
16    A No, if you are asking did I talk to the
17 manufacturer about resales prospects, is that what
18 you're asking?
19    MR. JANICEK: He asked if you didn't think
20 it was important to talk to the manufacturers to
21 determine the resale values and you began "I did
22 not" and then you were going to continue that
23 answer.
24    A To answer your question, there are things
25 I would have done if I had been given this lot at

236

1 the particular time it was released to be able to
2 try and sell it or at any subsequent point. There
3 are things that I would done differently if I
4 wasn't controlled by a non-disclosure agreement.
5 The non-disclosure agreement really prevented me
6 from pursuing conversations regarding the lot. So
7 I didn't approach anybody external about reselling
8 the lot because of the NDA.
9    Q What about the NDA prohibited you from
10 talking with the manufacturer of the miners about
11 the miners generally?
12    MR. JANICEK: Objection, form.
13    A I took it broadly as any external body I
14 wasn't allowed to talk to without authorization.
15    Q So did you or did you not look at the
16 manual, because earlier you testified that you
17 didn't?
18    MR. JANICEK: Objection, form.
19    A I did not -- in the reference that I
20 talked about before, I didn't look at every aspect
21 of the manual. I do remember the manual in some
22 respects. I do remember that the sale document
23 itself also made specific reference about warranty
24 and about the function of turbo versus standard
25 mode of operation being within -- just simply it's

237

1  a safe mode of operation.
2     Q Was it some of that information provided
3  to you on a break today?
4     A No. No, nothing related to that.
5     Q When did you review the manual?
6     A The manual was reviewed when I got all the
7  original documents back in March or whatever it
8  was when I first got all the information.
9     Q And you immediately went to turbo mode?
10    A No.
11    MR. JANICEK: Objection, form.
12    A It was simply part of some of the things I
13 read. That came -- that became, you know,
14 noteworthy in the recent deposition that I
15 attended with Mr. Peters. I was on that call.
16    Q Is that when you first looked at the
17 manual?
18    MR. JANICEK: Objection, form.
19    A No, no.
20    I'm sorry?
21    MR. JANICEK: I said objection, form.
22    A No, that wasn't the first time I looked at
23 the manual. I remembered I had seen information
24 about that, and more specifically, in the sale
25 contract itself it said that turbo mode and

238

1  standard mode were safe models of operation and
2  were covered under the warranty.
3     Q Which manual did you look at?
4     MR. JANICEK: Michael, would it help you
5  to make reference to the document itself that you
6  reviewed, sales contract?
7     A Yeah, the sale contract was part of this.
8  The other part was I remember seeing it in the --
9  one of the manuals that was shared with me at the
10 beginning of this. I remember I had hundreds of
11 documents and videos and all of that. I don't
12 remember a lot of details about it, but I do
13 remember seeing it.
14    MR. MARX: I'm going to object to the
15 question as being out of turn. You will have time
16 to ask questions later. So objection,
17 non-responsive and out of order.
18    A Okay.
19    Q So what miner manual model did you look
20 at?
21    MR. JANICEK: Objection, form.
22    A The manual, I believe, covered the A10
23 series. I don't know much more about the
24 specifics. I seem to recall about it mentioning
25 operation and how to, you know, different things

239

1  about, you know, setup and operation and all that.
2     I do remember coming across the term about
3  turbo and standard during that time when I was
4  reviewing documents, but I remember most
5  specifically it was mentioned in the sale
6  contract.
7     Q So is the answer to my question about what
8  manual you looked at is you don't know?
9     A I don't --
10    MR. JANICEK: Objection, form.
11    A Yes, I don't know.
12    Q Okay. And you keep talking about a sales
13 contract, right?
14    A Uh-huh.
15    Q And you're talking about the warranty
16 section, right?
17    A I am referencing that -- the reference
18 about that, yes.
19    Q And a warranty is just simply when a
20 seller offers to take back equipment or make
21 consideration upon the occurrence of a certain
22 event, right?
23    MR. JANICEK: Objection, form.
24    A If you operated outside the standard
25 operating functions, it would void the warranty.

240

1     Q Did you write the Canaan warranty?
2     A Did you what?
3     MR. JANICEK: Objection, form.
4     Q Write the Canaan warranty in the contract?
5     A No, I wasn't involved in any of that.
6     Q Did you work for Canaan at the time?
7     MR. JANICEK: Objection, form.
8     Q As of the sale?
9     A Say it again.
10    Q Did you work for Canaan at the time of the
11 sale?
12    A No.
13    Q Okay. So fair to say you have no idea why
14 that language is in there -- as not an author of
15 that agreement?
16    MR. JANICEK: Objection, form.
17    A I would imagine Canaan put the language in
18 there for their own purposes of saying hey, if you
19 do something that's not within these specs, we're
20 not going to honor the warranty, but as long as
21 you do it within these specs, you're within
22 warranty. That is typical of any manufacturer,
23 but I can't speculate as to why there was a
24 reference in the sales contract about it.
25    Q So when you say you imagine, you're

241

1  speculating, correct?
2      MR. JANICEK: Objection, form.
3  A I guess, yes.
4  Q Okay. And agree the warranty decision is
5  a business decision, correct?
6      MR. JANICEK: Objection, form.
7  A Warranty is a business decision?
8  Q Yes, the extension -- the decision to
9  cover what is covered under the warranty is a
10  business decision, correct?
11  A It's a combination of what do you need to
12  offer to the marketplace to get adoption of your
13  product. So yes, it's a business decision, it's a
14  marketing decision, it's a sales decision. You
15  know, collectively, any manufacturer usually has
16  to stand by their warranty in order to get their
17  products sold to the marketplace.
18  Q Have you ever seen this document before?
19      (Exhibit 50 marked.)
20      MR. JANICEK: Take a second to look
21  through it if you need.
22  A (Reviewing document.)
23      I do remember the name Ashton Harris in
24  some of the documents I saw, but I can't state
25  unequivocally whether I saw this document.

242

1  Q Okay. Do you have any reason to disagree
2  that this is a -- I can't -- WeChat or some sort
3  of chat app?
4      MR. JANICEK: Objection, form.
5  Q Between Ashton Harris and Carson Smith?
6  A I don't know what its origination is. I'm
7  assuming what you've presented here is that. I
8  have no reason to believe otherwise.
9  Q Okay. And do you have any reason to
10  disagree that the messages in green are from
11  Carson Smith?
12      MR. JANICEK: Objection.
13  A I don't know how I would know that other
14  than you providing me this document, so I don't
15  know. I can't answer that question, but no reason
16  to say it did or did not happen.
17  Q Any reason to dispute that Carson Smith
18  had the A10 miners PSUs inspected in Kyrgyzstan on
19  or around September 1st of 2020?
20      MR. JANICEK: Objection, form.
21  A That is an area that I wasn't tasked to
22  review or know about.
23  Q So this document wasn't provided to you?
24      MR. JANICEK: Objection, form.
25  A I'm not stating whether it was or was not.

243

1  I don't recall it and I do remember some
2  conversations about the power supply and details
3  about it was one of the reasons why 4,000 new
4  power supplies were sent as being available for
5  replacement by your client when a defective one
6  was identified.
7  Q Do you have any reason to dispute Carson
8  Smith's statement that PSU -- that A10 PSUs in
9  Kyrgyzstan had never been turned on?
10      MR. JANICEK: Objection, form.
11  A I don't know anything about PSUs in
12  Kyrgyzstan.
13  Q And that -- any reason to dispute that
14  this is from the same batch as the 20,000 A10
15  miners used at Rockdale?
16      MR. JANICEK: Objection, form.
17  A I don't know. Again, I don't know
18  anything about the nature of this, what's
19  referenced here. It wasn't part of anything that
20  I remember coming across. As I said, I do
21  remember something about the PSU being identified
22  as an issue that was brought up in some of the
23  correspondence or in testimonies or whatever, and
24  I do recall that 4,000 units were sent to the
25  facility to be utilized as potential replacements

244

1  for any PSUs that were identified as being
2  defective.
3  Q Any reason to dispute that Carson Smith
4  had five of those PSUs analyzed?
5      MR. JANICEK: Objection, form.
6  A I don't know anything about it.
7  Q And that one of the five had obvious signs
8  of scorching?
9      MR. JANICEK: Objection, form.
10  Q Any reason to dispute that?
11  A I don't know -- I don't know any
12  information that -- one way or the other that
13  could be useful to you.
14  Q Going back to your audit real quick. You
15  disassembled one of the miners, right?
16  A We disassembled three of them fully.
17  Q You said three?
18  A Three fully, yes.
19  Q Did you video each of those disassembling?
20  A We did.
21  Q Did you provide each of the disassemblings
22  to Winstead?
23  A I think so, I believe we supplied all the
24  videos.
25  Q Because I will represent to you I have

Transcript of Michael Schuler
Conducted on October 17, 2025

245

1  only seen one video of one miner being
2  disassembled?
3      A  I thought we had all three documented.  I
4  could go back and see what videos were in a file
5  that was shared.
6      Q  What were their model numbers of the three
7  that you disassembled?
8      A  That I don't know.  I know that they were
9  simply three units, and in the conversation in the
10  video, it was -- the gentleman that did it said
11  these were three of the -- these were three of the
12  cleaner ones because we wanted to, you know, get a
13  representative sample of how they were.  So he
14  grabbed three of the cleaner ones of the ten of
15  each one, and he videoed, you know, breaking that
16  down thoroughly.  And the video shows the evidence
17  of what we saw.
18      MR. MARX:  Objection, nonresponsive to
19  everything after "that I don't know."
20      Q  What were the serial numbers of the three
21  miners that you disassembled?
22      A  The --
23      MR. JANICEK:  Objection, form.
24      A  The serial numbers were not consequential
25  to us at that time, so we didn't capture that.  If

246

1  it was captured, it might just have been on the
2  video somehow, but it wasn't a focus.
3      Q  And you didn't bother to put back miners
4  together, did you?
5      MR. JANICEK:  Objection, form.
6      A  To put it together?
7      Q  Did you reassemble the miners that you
8  took apart?
9      A  No.  We were told it was okay to leave
10  them as they were.
11      Q  And who told you?
12      A  The gentleman that was there, and the fact
13  that at that stage, we were okay with sacrificing
14  three units and saying, you know, they don't have
15  to be put back together again because they had no
16  value.
17      Q  And what became of those miner parts --
18      A  They were all --
19      Q  -- as we sit here?
20      A  They were all put in the crate to my
21  knowledge, but go ahead.
22      MR. JANICEK:  I'll just remind you to let
23  him finish his question.
24      THE WITNESS:  Yeah.
25      Q  Okay.  What crates were they put back

247

1  into?
2      A  The ones that they came from.
3      Q  And what crates did they come from?
4      MR. JANICEK:  Objection, form.
5      A  The three crates that were open, each one
6  respectively was returned to the ones that it came
7  from.
8      Q  So if I wanted to go back and reassemble
9  those three miners, how would I know which ones to
10  pull?
11      A  I believe we could point out which three
12  were opened, and you would be welcome to climb up
13  and open them and take a look at them.
14      Q  How do I know all the parts are still
15  there?
16      A  I don't know.  It wasn't relevant to my
17  analysis.
18      Q  If I wanted to power them on, how would I
19  do that --
20      MR. JANICEK:  Objection, form.
21      Q  -- if you don't know where the parts are?
22      A  You could certainly power on the other 199
23  that were in each crate.
24      Q  I'm not asking about the other 199.
25      A  Okay.  We didn't see that it was

248

1  necessary.  We were short on time.  We had
2  accomplished our objective, which was to open
3  these up, take pictures, video the process.  We
4  weren't concerned about reassembling or
5  redeployment.
6      Q  Who all was present during that
7  inspection?
8      A  Two gentleman that I hired local that were
9  from the ITAD industry that I could utilize
10  specifically to help me get these inspected
11  without giving them any details about the profile,
12  other than the fact that -- you know, what they
13  observed with the -- with these crypto machines
14  being -- you know, he had familiarity with crypto
15  machines.
16      Q  And what is their names?
17      A  I can give that to you later.  I don't
18  have -- I have the gentleman's card, but I
19  don't -- I didn't include it in my documentation.
20      Q  Yeah.  Why wasn't that information
21  included in your report?
22      MR. JANICEK:  Objection, form.
23      A  Who I used, a contractor, to open up
24  machines, I didn't think that was all that
25  relevant because I thought the video was the most

Transcript of Michael Schuler
Conducted on October 17, 2025

249

1 important thing.
2    Q So you still have that information that
3 you can provide?
4    A I do, yeah. And you could certainly
5 approach both of the individuals. One I worked
6 with at eCircular, he was from Houston. So I
7 reached out to him, and he was working at another
8 I-tech company.
9    Q Neither of them works for a cryptomining
10 company, correct?
11    A Correct.
12    Q None of them -- neither of them has mined
13 bitcoin before?
14       MR. JANICEK: Objection, form.
15    A To my knowledge, they haven't. I don't
16 know definitely they haven't.
17    Q Has either one of them ever seen a
18 cryptominer before?
19       MR. JANICEK: Objection, form.
20    A Yes, both of them have come across it.
21 They had indicated that they had dealt with it
22 before, where they've come across cryptominers.
23 One of them said he did a couple of things with
24 some transactions. I didn't get into all the
25 detail, but he said he was familiar with

250

1 cryptominers.
2    Q Was the warehouse personnel present with
3 you during the time of --
4    A They were.
5    Q -- opening the miners?
6    A They were. They were there.
7    Q What did you guys talk about with respect
8 to the miners?
9    A Talked about the viability of resale. Tim
10 has been in the industry for 25 years. I did have
11 a conversation with him of saying, hey, do you
12 think you could have sold these things? And he
13 agreed with me that they could not have been sold
14 based on the condition that we both saw.
15    Q You said Tim. What was his name?
16    A I forgot his last name. Hold on just a
17 second. I can give it to you if my don't mind.
18 Can I look it up?
19    Q Yeah, that's fine.
20    A Scary to think, I worked with him, and all
21 of a sudden I can't remember his last name, but
22 I've worked so many different people over the
23 years. Aubrey, A-u-b-r-e-y.
24    Q And what company is he with?
25    A He is with Altech.

251

1    Q Okay. Now, when you say that the miners
2 are contaminated, are you saying that it poses a
3 threat to human life?
4       MR. JANICEK: Objection, form.
5    A I'm sorry, I didn't catch that fully.
6    Q Yeah. When you say the miners are
7 contaminated, are you saying that it poses a
8 threat to human life?
9       MR. JANICEK: Same objection.
10    A They have contaminants. I am not saying
11 they are a threat to human life. But I am stating
12 that in processing of these items, you have to be
13 compliant with ISO 45001 regulations regarding
14 OSHA and contaminants.
15       And these would have exhibited exactly
16 that. You would have had to have a positive air
17 environment for removal of the material so it's
18 not ingested. If you are an R2 facility, you have
19 to comply with that.
20    Q Tell the Court each and every contaminant
21 that was in the miners that you took apart --
22    A In --
23       MR. JANICEK: Objection, form.
24    Q -- on August 5th.
25    A In this volume, it would have been a

252

1 factor. I can tell you that in all the IT
2 equipment that I've done over the years, blowing
3 out equipment and dealing with having to have
4 compliance with ISO 45001, positive airflow
5 removal of contaminants is rarity. We don't see
6 situations where that's required very often,
7 because the amount of material that usually
8 accumulates is limited to dust and it is limited
9 to the fans.
10       Generally, there's not that much that you
11 have to do to machines to resell them with regard
12 to processing the cosmetics. More often than not,
13 what you're simply doing is an electronic audit
14 and noting if there's any physical defects or
15 damage that needs to be communicated.
16       MR. MARX: Objection, nonresponsive.
17    Q All I asked you, Mr. Schuler, was to name
18 the -- tell the Court the contaminants in those
19 three miners that you took apart.
20       MR. JANICEK: Objection, form.
21    Q Okay.
22       MR. MARX: What's the basis of your
23 objection?
24       MR. JANICEK: It wasn't what you asked the
25 first time, and it was not even clear that it was

Transcript of Michael Schuler
Conducted on October 17, 2025

253

1 a question the second time.
2      MR. MARX:  It doesn't --
3      MR. JANICEK:  It was just a statement.
4      Q  Will you please tell the Court again each
5 contaminant that you identified in those three
6 miners that you opened up on August 5th?
7      MR. JANICEK:  Objection, form.
8      A  There was evidence of clay, dirt, rust,
9 oxidation that was there.  We didn't see any
10 insects.  But from the accumulation of clay, if
11 those units had come in to get cleaned, they would
12 have had to go through a process that would have
13 required a positive airflow environment that pulls
14 out the air.
15      The person working on that blowout station
16 would have had to wear masks, and they would have
17 had to have some mechanism for taking the detritus
18 from blowing that out to get it cleared out of
19 that area.  So those are all the concerns you have
20 to comply with when you do a major situation like
21 this.
22      Very similar to the smoke issues we dealt
23 with on some of the insurance transactions we
24 dealt with, it has to be handled a specific way so
25 it does not affect health and human safety.

254

1      Q  Is that why you guys wore PPE when you
2 took them apart?
3      MR. JANICEK:  Objection, form.
4      A  I'm sorry?
5      Q  Is that why you took -- you wore
6 protective personal -- personal protective
7 equipment when you guys took the miners apart --
8      A  We --
9      Q  -- and scratched off the clay that was
10 hazardous?
11      A  We didn't need --
12      MR. JANICEK:  Wait.  Same objection.
13      A  We did not need to, because we weren't
14 blowing them out.  We weren't cleaning them.  We
15 were simply opening them.
16      Q  Tell the Court what about clay is -- poses
17 a OSHA hazard.
18      MR. JANICEK:  Objection, form.
19      A  I'm not an expert on that.  I always left
20 that to my operations personnel.  But I do know
21 that when we've done deals like this where there
22 were significant introduction of contaminants,
23 that it had to be processed a certain way.
24      Q  And what OSHA -- or what OSHA regulations
25 specifically are you citing to rely upon your

255

1 opinion?
2      A  I am not aware of the specific regulation.
3 I'm referencing that when I've seen similar
4 projects like this, that we had to do different
5 things with regard to how it was handled.
6      Q  So as you sit here today, you have no idea
7 whether OSHA is, in fact, invoked in this case,
8 correct?
9      MR. JANICEK:  Objection, form.
10      A  Yeah.  I would not be -- I'm not an
11 operational expert with regard to that side.  I've
12 always left that to my team that are experts at
13 that.
14      Q  And you didn't perform a single test on
15 the clay in the miners, correct?
16      A  Correct.
17      MR. JANICEK:  Objection, form.
18      MR. MARX:  What is the basis of your
19 objection?
20      MR. JANICEK:  The meaning of test, I
21 don't -- what do you mean, test?  He examined with
22 his eyes?
23      MR. MARX:  You have waived your objection,
24 dude.
25      MR. JANICEK:  Okay, dude.

256

1      Q  What is -- what other materials did you
2 test or -- strike that.
3      Of the other contaminants in the miners,
4 what other contaminants did you test besides clay?
5      MR. JANICEK:  Objection, form.
6      A  We did not perform any tests on the
7 contaminants.
8      Q  Okay.  If you look at page 46 -- I'm
9 sorry, Exhibit 45, page 3?
10      A  Page what now?
11      Q  Page 3.
12      A  Okay.
13      Q  Back to that first bullet point, second
14 sentence, you state, reduced performance.  What
15 are you referring to by "reduced performance"?
16      A  What was communicated to me with regard to
17 the percentage of units that were either brought
18 to a slower performance level because of heat or
19 the number of units that were not functioning.
20      Q  And who communicated that to you?
21      A  Winstead.
22      Q  Okay.  Were you communicated any -- did
23 they communicate to you any specific reduction in
24 performance numbers?
25      A  The 30 percent was a reference that was

257

1  communicated. I don't know if that was the actual
2  reduction number, or the number of failed units.
3  If that was the failed units then the reduction of
4  performance would have been more substantial.
5      Q But sitting here today, you don't know,
6  correct?
7      MR. JANICEK: Objection, form.
8      A I'm sorry?
9      Q Sitting here today, you don't know,
10  correct?
11     A I do not know the specific percentage of
12  reduced performance that was evident. I do not
13  know that, yes.
14     Q Or if a reduced performance occurred at
15  all, correct?
16     MR. JANICEK: Objection, form.
17     A I do know reduced performance did occur.
18  That I can state, at least from both evidence,
19  video, referencing conversations I had with
20  Winstead, there definitely was impactful reduced
21  performance on the 20,000 units. It was even
22  referenced relative to the mining performance.
23     So I do know it occurred. I don't have
24  the metrics with regard to what percentage it was
25  and that was not -- you know, that was not

258

1  communicated in a form where I can actually put a
2  number to it.
3      Q So sitting here today you don't know
4  that -- what those miners were hashing at?
5      A I don't know what the reduced performance
6  level was.
7      Q Okay. And later in that sentence you say,
8  due to extensive overheating.
9      What do you mean by extensive overheating?
10     A The information that I was provided with
11  regard to, one, the number of machines that were
12  showing evidence that they weren't functioning as
13  well as the video communication during the Kaboom
14  videos, stated about the overpressure that was
15  happening in the hot room, as well as the very
16  open environment that we were dealing with at that
17  facility where whatever the ambient temperature
18  was of the -- of the surrounding environment was
19  introduced directly into that facility.
20     There was no cooling that was evident,
21  because the water wall was not functioning, to my
22  knowledge, most of the time. It did not help
23  reduce the number of contaminants that would have
24  been there and it certainly didn't bring down the
25  temperature if it's not functional.

259

1      Q How hot was it the day -- strike that.
2      How hot was it in Building B the day
3  Kaboomracks visited?
4      A I'm sorry, the background noise.
5      Q Understood.
6      MR. JOHNSON: I think he's just going
7  around the building.
8      MR. MARX: He knows we're in here.
9      Q In Building B on the day Kaboomracks
10  visited, how hot was it within that building?
11     MR. JANICEK: Objection, form.
12     A We can't state what it was because there
13  were no thermometers, so I can't state
14  unequivocally what it was temperature wise. What
15  I can communicate is what was communicated in the
16  walk-through.
17     Kaboom made a reference about 140 degrees
18  in the hot room, he referenced that the
19  overpressure that was clearly felt. He referenced
20  about the open pushback through the actual systems
21  that were not operating as well as some gaps that
22  were evident in the Wall itself that would have
23  introduced that heat from the hot room into the
24  other areas. And that's not to say how much heat
25  was introduced directly from the open air

260

1  environment from the outside.
2      MR. MARX: Objection, nonresponsive to
3  after -- everything after "can't state what it was
4  because there were no thermometers."
5      Q How do you -- did you see Nick Foster at
6  Kaboomracks take temperature in any video?
7      A I did not. I do know that it was part of
8  the contract between SBIC and Whinstone that
9  Whinstone would monitor the ambient temperature.
10  They couldn't monitor to the ambient temperature,
11  because there was no thermometers there.
12     MR. MARX: Objection, nonresponsive to
13  everything after "I did not."
14     Q Did you -- what was the temperature of
15  each ASIC monitor with red lights flashing the day
16  Kaboomracks visited?
17     MR. JANICEK: Objection, form.
18     A I don't know.
19     Q Are you aware SBI had the ability to
20  monitor the chip temperature for each of its ASIC
21  miners?
22     MR. JANICEK: Objection, form.
23     A I'm not aware if they had the ability. I
24  do know that during Covid, travel was restricted,
25  access was restricted, so I know that is one of

261

1  the reasons they physically didn't come out to the
2  facility. I don't know the specifics about what
3  monitoring equipment they had available to them or
4  if it was ever deployed.
5      Q So you never heard of Steiger?
6      A I didn't catch that.
7      Q Have you ever heard of Steiger?
8      A No.
9          MR. JANICEK: Objection, form.
10     Q Have no -- no reason to disagree that you
11  can monitor the ASIC temperature in realtime
12  through that program?
13         MR. JANICEK: Objection, form.
14     A I'm not aware of it and that wasn't part
15  of what I was engaged to review.
16     Q And SBI had access to Steiger?
17         MR. JANICEK: Objection, form.
18     A It was never introduced as something to
19  consider in my analysis.
20     Q You didn't bother to ask if SBI could
21  monitor its equipment in realtime to see how it
22  was performing?
23         MR. JANICEK: Objection, form.
24     A Yeah, I did not ask that question.
25     Q Including with -- as to chip temperature?

262

1          MR. JANICEK: Objection, form.
2      A I did ask about what the situation was
3  with regard to thermometers and they did indicate
4  that they were -- there were none of those sale
5  date. I did specifically ask that.
6          MR. MARX: Objection, nonresponsive.
7      Q I'm asking about chip temperature. Did
8  you ask SBI about chip temperature, the ability to
9  monitor chip temperature?
10     A I did not ask nor was it offered.
11     Q On page 3 -- strike that.
12         On page 3, bottom bullet it says, the cost
13  to replace -- the cost to SBI to replace the
14  compute equivalency of 740 petahash in 2021 as of
15  the date of this report is approximately
16  54,074,000.
17         Do you see that?
18     A Yes, I do and it's also related to page
19  19, which earlier today I withdrew the reference
20  because I couldn't find my original links for
21  number 2 and number 3.
22     Q Okay. We'll get there in a minute. But
23  why are you providing a value for replacement
24  equipment as of the date of your report?
25     A I was asked to.

263

1      Q Okay. Sitting here today, do you -- can
2  you have any justification as to why you would
3  make an opinion as to replacement costs in today's
4  value when the miner -- the contracts was
5  terminated in July of 2021?
6          MR. JANICEK: Objection, form.
7      A I don't know the reason why Winstead asked
8  me to provide those two data points, but I was
9  asked to provide those data points so I did. You
10  would probably need to direct your question to
11  them as to why they wanted that information.
12     Q What is the mineral composition of the
13  Canaan A10 models?
14         MR. JANICEK: Objection, form.
15     A I would not know that.
16     Q Then how were you able to determine a
17  valuation on scrap material in this -- in drafting
18  your reports?
19     A That was fairly straightforward. I
20  actually had an offer and the -- you know, from a
21  standpoint of First America being an organization
22  that I can sell to that's R2 certified that's a
23  recycler, they had a chart of pricing for that
24  time of when I actually produced the report of
25  what they were paying for commodities by the type

264

1  and composition of the material. They are the
2  ones that do the analysis after we ship it and
3  they do the settlement.
4         I don't actually have to break it down to
5  component composition, tin, aluminum, gold,
6  whatever. They handle all of that. They're
7  certified to do that and then they settle up with
8  us with a report that they provide giving you a
9  total of their pay.
10     Q And you did not send a miner to First
11  America?
12     A I did not.
13     Q Okay.
14     A But I do have their statement of what it
15  would be paid for by weight and I know the
16  approximate weight of the units so I was able to
17  extrapolate the value of what it would be worth at
18  the scrap level at that particular time.
19     Q But you don't know the commodity
20  composition of each one of those A10 miners, do
21  you?
22     A Yeah, they have broadly averaged that.
23  When they state they'll pay for a server, which is
24  what this fell into that category, what they would
25  pay for a server is X cents per pound, all you

265

1  need to know is the poundage.
2      Q  Okay.  How many pounds of tin are in an
3  A10?
4      MR. JANICEK:  Objection, form.
5      A  Not relevant to the calculation we're
6  talking about.  I don't know, the recycler deals
7  with that.
8      MR. MARX:  Objection, nonresponsive to
9  everything other than "I don't know."
10     Q  How many pounds of aluminum are in an A10?
11     MR. JANICEK:  Same objection.
12     A  Again, any specific component from a metal
13 or other material, I would not know the specifics
14 of that.  I didn't have to deal with that,
15 fortunately, because the recycler did.
16     Q  How many grams of gold are in an A10?
17     MR. JANICEK:  Objection, form.
18     A  Again, not something I had to concern
19 myself with.
20     Q  So is the answer "I don't know"?
21     A  The answer is, I've never had to concern
22 myself, because I was paid by pound for the
23 entirety of the unit.
24     Q  I understand.  But you've offered an
25 opinion as -- if there's scrap.  There's no scrap

266

1  value here.  So I'm trying to understand the basis
2  for your opinions.
3      A  Yeah.  It was --
4      Q  This is my --
5      A  It was based on --
6      MR. JANICEK:  Let him ask a question.
7      A  Okay.  Go ahead.
8      Q  This is my one time before trial.  So I'm
9  asking you, as you sit here today, do you know how
10 many grams of gold are in an A10 miner?
11     MR. JANICEK:  Objection, form.
12     A  I do not.
13     Q  Okay.  Are you aware of any commodity
14 being in the A10 miner?
15     MR. JANICEK:  Objection, form.
16     A  Relative to the metal or the type of
17 component, is that what you're referencing?
18     Q  Yes.  Name every metal that you can think
19 of that's in an A10 miner.
20     A  Understood.
21     MR. JANICEK:  Objection, form.
22     A  Okay.  I do not know the composition of
23 A10 relative its individual metallurgical
24 components.  No, I do not.
25     Q  Do you know the scrap value, as you sit

267

1  here today, for tin, a pound of tin?
2      A  I know the scrap value of what the, you
3  know, two major recyclers paid for servers by
4  weight.  They are generally within 5 cents a pound
5  of each other, and it generally runs around 60
6  cents a pound.
7      Q  Okay.  What about aluminum?
8      A  They don't break it down that way.
9      Q  Okay.  Do you know what the scrap metal
10 for gold is?
11     A  Right now, gold is running at about $4,000
12 an ounce, so I would imagine that you can get
13 $4,000 an ounce.
14     Q  But it -- in your report, you testified
15 that the amount of money it would take to ship to
16 a recycler makes it have basically zero scrap
17 value; is that relatively correct?
18     A  Actually, my testimony was that as a
19 reseller, there was no prospects for resale that
20 weren't offset by more cost than it would be worth
21 at recovery.  The -- once the material is into an
22 ITAD facility, you have to disposition it.  You
23 don't accumulate it.
24     If it gets moved to a scrapper, whether
25 you like it or not, you probably lost money in

268

1  processing that item, because you had handling
2  costs, storage costs and so forth, but it does
3  ultimately get dispositioned.
4      And a scrap company, a recycler will pay
5  you per pound for the commodity based on the type
6  of commodity, and these fell under the server
7  commodity type.
8      Q  Okay.  And as you sit here today, you
9  never took an A10 to a scrapper, correct?
10     A  Correct.
11     Q  And never obtained a quote?
12     MR. JANICEK:  Objection, form.
13     A  I have a quote based on the published
14 price they pay per pound for servers, that these
15 fell into that category.  They would have honored
16 that quote, and they would have paid per pound
17 based on their published price they pay per pound.
18     Q  Did you, in fact, take an A10 miner to any
19 scrapper and obtain a quote?
20     A  I don't need to.  They publish a price
21 they pay for that class of commodity, and all I
22 needed to know was the weight, which I know.
23     MR. MARX:  Objection, nonresponsive.
24     Q  It's very simple.  Did you take an A10
25 miner to a scrapper and obtain a quote?

Transcript of Michael Schuler
Conducted on October 17, 2025

---

269

1    MR. JANICEK:  Asked and answered.
2    A I did not take one --
3    MR. MARX:  No speaking objections, please.
4    A I did not take one to a scrapper to get a
5  price. I have a published price made available to
6  me.
7    MR. MARX:  Objection, nonresponsive to
8  everything after "I didn't take one to a
9  scrapper."
10    Q So fair to say you don't have an opinion
11  on the scrap value for this -- the scrap value for
12  these A10 miners?
13    MR. JANICEK:  Objection, form.
14    Q Correct?
15    A No, I do. I can get that at any time. I
16  can ping the two major recyclers I utilize for
17  scrap to get their current price that they pay per
18  weight for a server. These fell into that
19  category.
20    Q And you haven't done that, as you sit here
21  today, correct?
22    A I have --
23    MR. JANICEK:  Objection, form.
24    A I've actually done it twice. Mr. Johnson
25  asked me about scrap value, and I shared with him

---

270

1  the price from FAMCe, First America, at one point.
2  And then subsequently I supplied it another point.
3  So I was showing at that particular time their
4  published pricing for scrap value based on weight.
5    Q And that's not in your reports, correct?
6    MR. JANICEK:  Objection, form.
7    A It wasn't requested. You are correct. I
8  only made a declaration that the cost exceeded
9  that amount. So all I needed to know was that the
10  recovery price was below the cost of actually
11  handling the material, bringing it in, dealing
12  with logistics. And that made the declaration
13  that this is below zero to be able to be offered
14  to an ITAD.
15    Q And did you calculate any shipping
16  costs -- or how did you calculate shipping costs
17  as part of that calculation?
18    A A general rule of thumb for shipping cost
19  is it runs around $3,000 intrastate, and
20  interstate it runs around $4,000 to ship a 53-foot
21  truck. This material would have taken dozens of
22  trucks to transport, and it would have also
23  required a special cost because the type of
24  crating that was used is not standard and isn't
25  easily moved by just a standard piece of equipment

---

271

1  into the -- into the 53-foot truck or a flatbed.
2    Q Is it your testimony that the crates that
3  the miners are sitting in today is insufficient?
4    MR. JANICEK:  Objection, form.
5    A Not insufficient, just simply problematic.
6  They're in a form that isn't conducive to easy
7  palletized shipment.
8    Q Are you -- is it -- you're -- to be clear,
9  you're not an expert -- you're not offering an
10  expert opinion in interstate shipping, are you?
11    A No. But I've done well over 4 or
12  $5 million worth of engagement in the interstate
13  shipping, so I have quite a bit of experience in
14  knowing what it takes to move equipment around the
15  country.
16    MR. MARX:  Objection, nonresponsive after
17  "no."
18    Q What's the closest recycler -- or, excuse
19  me. What is the closest scrapper to the Rockdale
20  facility?
21    MR. JANICEK:  Objection, form.
22    A There are multiple scrap companies that
23  are probably close to them. I would have to go
24  onto the R2 site and SERI site to identify which
25  ones are closest.

---

272

1    One of the interesting things about
2  intrastate shipment is, whether you're going 20
3  miles or you're going 200 miles, the price is
4  rarely much different. The actual cost of picking
5  it up and transporting is -- the difference
6  between moving it to Dallas area versus moving it
7  to Austin area, there's not that much difference
8  in price for intrastate shipments of this nature.
9  So I would have probably still transported it to
10  First America here in Fort Worth.
11    Q And how much of those shipping costs would
12  it have cost to ship all of these 20,000 miners?
13    A I have not extrapolated the cost on it. I
14  know it would be substantial, because you're
15  looking at -- you can only put so many of those
16  crates in a 53-foot truck or a flatbed. And you'd
17  have to be dealing with approximately, you know,
18  90 crates, or whatever the actual total number
19  was. To be able to be put on and shipped, you're
20  talking about probably at least a minimum of -- a
21  minimum of 10 trucks and probably more.
22    So you're talking -- and you're talking
23  about a special handling because of the nature of
24  the crate itself being specialized. It's not a
25  standard pallet, so you can't just hire just

---

Transcript of Michael Schuler

Conducted on October 17, 2025

273

1 anybody to move it as a pallet.
2     So I would -- I can't speculate on the
3 actual cost other than it's substantial.
4     MR. MARX: Objection, nonresponsive to
5 everything other than "I can't speculate on the
6 actual cost."
7     Q So then how are you able to determine that
8 the costs of shipping exceed the scrap value of
9 the miners?
10    A It was easily in excess of the recovery
11 value that we could have captured. Talking about
12 from a recycle standpoint, I knew it was below $20
13 per unit at recovery through a recycler. The cost
14 to actually transport it would have been a
15 substantial amount. Now, I could have engaged the
16 recycler to handle that transportation. They
17 would have simply netted it out of the proceeds.
18    Q So it's your testimony that expenses
19 aside, if these 20,000 miners were to just appear
20 at a recycler, that'd get $20 a unit?
21    MR. JANICEK: Objection, form.
22    A Yeah. I'd have to check on the current
23 market, but it would be somewhere on the order of
24 15 to 20 dollars a unit.
25    Q Okay. Is that -- is there a difference

274

1 between a recycler and a scrapper?
2    A No. They're the same.
3    Q Okay.
4    A It's just vernacular.
5    Q And $20 a unit is certainly less than the
6 $100 a unit Nick Foster offered to buy the miners
7 from at Carson Smith, correct?
8    MR. JANICEK: Objection, form.
9    A According to what you've offered here. I
10 wasn't aware of that offer, but, again, I am
11 dealing more about the totality of the lot being
12 20,000 versus 300 units.
13    Q On page 18 of your report -- sorry, excuse
14 me. Page 17 of your report --
15    A Which exhibit are we --
16    Q Exhibit 45.
17    A 45, page 17?
18    Q Correct.
19    A Okay.
20    Q And you have that graph at the bottom of
21 the page called Cryptomining Machine Standard
22 Depreciation (resale value) Based on $10,000
23 Investment.
24     How did you obtain the information that's
25 contained here?

275

1    A I applied the traditional values that are
2 experienced in this kind of product commodity,
3 where it's got approximately a five-year
4 lifecycle, with the type of depreciation we
5 experience with those kinds of machines.
6     The cryptomining machines themselves,
7 certainly there's other factors that are
8 introduced relative to their value, but I use a
9 standard depreciation for these type of
10 commodities like servers in general.
11    Q Yes. But what depreciation model are you
12 using here?
13    A It's one that I established over the years
14 based on my experience of the accelerated
15 depreciation at the early stages of product's
16 life, a modest depreciation schedule in the middle
17 and then a very slow depreciation at the end.
18    Q What's that mathematical formula?
19    A Pardon me?
20    Q What's the mathematical formula for your
21 depreciation schedule?
22    A I have that. If you need me to get it
23 I -- we can offer it as an Excel file.
24    Q Okay. Has it been peer-reviewed at all?
25    A Numerous times at conferences where I have

276

1 presented on this and worked with other major
2 companies on this as well as working in
3 establishing residuals for major rental lease
4 companies.
5    Q So again, who actually reviewed and tested
6 your calculation?
7    A Certainly it's borne out by the actual
8 resale that we experienced of material in this
9 profile as well as -- as you say peer review where
10 I was the speaker regarding product valuation at
11 ITAD Summits, and many other industry events.
12    Q And maybe I'm -- maybe I'm not being
13 clear. What I'm asking by peer review is who has
14 taken your calculation amount and actually gone
15 and tested it and compared it to what has actually
16 happened, if anyone?
17    A Nobody at a peer level. I simply back
18 compared to it to actual transactions that we did
19 in those commodities.
20    Q So you backtested it, correct?
21    A Yes.
22    Q And you've never had a peer-reviewed
23 depreciation schedule for cryptominers, correct?
24    A Correct, it was assigned a calculation
25 consistent with a niche product with a -- with

Transcript of Michael Schuler
Conducted on October 17, 2025

70 (277 to 280)

277

1  this lifecycle and what would that pattern be.
2    Q And you don't have any data to backtest
3  with crypto data, correct?
4    A I --
5      MR. JANICEK: Objection, form.
6    A I do not have any specific numbers to
7  correlate that with the Covid, because I didn't
8  have transaction --
9    Q So where did -- I apologize?
10    A Not Covid, with the crypto rather, because
11 I didn't do any actual sales transaction in this
12 space. And it was such a niche market that we
13 didn't have any traction or experience in seeing
14 it come through a major ITAD operation at that
15 time.
16    Q And do you agree that on page 17 you're
17 essentially calculating book value, correct?
18      MR. JANICEK: Objection, form.
19    A Book value is linear, this is not linear.
20 These calculations vary based on the stage. This
21 is not an equal depreciation schedule.
22    Q Mr. Schuler, with all due respect, are you
23 an accountant?
24    A Pardon me?
25    Q Are you an accountant?

278

1    A I'm not, but most depreciation schedules
2  are fairly linear.
3    Q Tell me -- tell me the accounting standard
4  under FASB that supports your statement that
5  accounting book value is determined only by
6  straight-line depreciation?
7    A It's not always --
8      MR. JANICEK: Objection, form.
9    A Okay. FASB is not always based on
10 straight line, but I will tell you that four
11 components of FASB, the one that was most relevant
12 in the secondary market is rental stream. You
13 cannot be compliant with the fourth component of
14 FASB particularly in an operating lease where
15 you're setting residuals if your rental stream is
16 greater than 90 percent because you fall out of
17 compliance with FASB.
18    So we had to establish residuals and track
19 that on different commodities and you always had
20 to have residuals that would support recovery of
21 rental stream and recovery at recovery that would
22 always stay below that number four number.
23    Q How many audits have you performed,
24 Mr. Schuler?
25    A How many what?

279

1      MR. JANICEK: Objection, form.
2    Q How many audits have you performed of
3  financial statements?
4    A Oh, financial statements, none.
5    Q Are you a certified public accountant?
6    A I am not.
7    Q Have you ever taken an accounting course?
8    A I took general accounting courses, yes.
9    Q Okay. When?
10    A Pardon me?
11    Q When?
12    A With the SBA.
13    Q And what is the SBA?
14    A Pardon me?
15    Q What is the SBA?
16    A Small Business Association.
17    Q Did you determine -- did you get a
18 certification?
19    A I got a certification under the VIP start
20 program for veteran business owners, yes.
21    Q For this specific accounting course?
22    A It was a component of the rest of the
23 curriculum.
24    Q How many hours was the accounting course?
25    A The accounting component was maybe a few

280

1  days.
2    Q Okay. And so tell me the FASB standard
3  that you were just talking about with --
4    A There's four components to FASB for
5  compliance. The one that was most relevant to our
6  market is making sure your residual was always
7  sufficient to support a 90 percent rental stream.
8  You can't exceed more than 90 percent, otherwise
9  you fall out of compliance with FASB.
10    Q I understand. What is the number?
11    A Pardon me?
12    Q What's the FASB number you're referring
13 to?
14      MR. JANICEK: Objection, form.
15    A FASB 13.
16    Q But it does not say -- but again, you have
17 nothing to support that book value.
18      MR. MARX: I'm sorry.
19      COURT REPORTER: I didn't get the number
20 with FASB.
21      THE WITNESS: FASB 13.
22      COURT REPORTER: Thank you.
23    Q And as you sit here today, name the FASB
24 standard that specifically says book value doesn't
25 equal straight-line depreciation?

281

1     MR. JANICEK:  Objection, form.
2    A  I can't state that.  I can only state that
3 the depreciation schedules I have seen, I've not
4 seen anything outside of FASB 13, but the
5 depreciation I've seen for most standard book
6 value was linear.
7    Q  Do you know what the price of the first
8 cryptominer was?
9     MR. JANICEK:  Objection, form.
10    A  I'm sorry, I didn't catch it.
11    Q  Do you know what the price of the first
12 cryptominer was?
13    A  I do not.
14    Q  Do you know what the first cryptominer,
15 who even made it?
16     MR. JANICEK:  Objection, form.
17    A  I believe you were talking about prior to
18 them become ASIC-type miners, we had GPU miners.
19 I do not know which company made that one or what
20 software was used to mine Bitcoin after that event
21 and in May of 2010.
22    Q  On page 8 of your report.
23    A  Okay.
24    Q  At the bottom paragraph, second sentence,
25 you state, once outdated, their resale value drops

282

1 dramatically.
2    Do you still stand by that statement
3 today?
4    A  Just to clarify, you're talking about once
5 outdated the resale value drops dramatically?
6    Q  Correct.
7    A  Yeah, I absolutely stand by that.
8    Q  And so you agree that the longer SBI waits
9 to sell those A10s, the less valuable they become?
10    A  Absolutely.
11    Q  On page 9, third bullet point, you have
12 crypto market demand and volatility.  Higher
13 demand -- you state, higher demand for a specific
14 cryptocurrency e.g., Bitcoin, Ethereum or Tether
15 directly increases the demand and resale value of
16 its ASIC miners as new cryptominers often buy used
17 models to avoid the high upfront cost of new
18 units.
19    What do you mean?
20    A  Just as stated, that if -- during high
21 demand periods, smaller groups of people would try
22 to source units on the open market in order to
23 have a lower entry point into mining.
24    Q  Are you aware that you don't mine
25 Ethereum?

283

1    A  Pardon me?
2    Q  Are you aware that you can't mine
3 Ethereum?
4     MR. JANICEK:  Objection, form.
5    A  I'm not aware of the particulars of any
6 specific crypto.  I was referencing it in generic
7 terms.  If Ethereum can't be mined, then that's a
8 mistake.
9    Q  And agree that you don't even use -- can't
10 use ASIC miners for Ethereum?
11     MR. JANICEK:  Objection, form.
12    A  I don't know enough about crypto specific
13 curren -- specific cryptocurrency regarding how
14 they're mined, that's not my specialty.
15    Q  Okay.  And so you're aware that you don't
16 mine Tether either?
17    A  Again, I don't know the types.  I was
18 simply making a reference about the nature of how
19 cryptocurrencies value itself has an impact on
20 resaleability of the material.  And I was
21 acknowledging that as you have an impact in this
22 secondary market, it does factor in to value and
23 resale prospects for material because it does have
24 a correlation to the, I guess, mining and I was --
25 I simply referenced the three cryptos that I knew

284

1 of at that time.  I'm not aware of -- about how
2 they are mined or not mined.
3    Q  And so, sitting here today, do you have
4 any understanding of the relationship between
5 Bitcoin and a cryptocurrency miner?
6     MR. JANICEK:  Objection, form.
7    A  I don't.
8    Q  On page 10 you have a picture of a BITMAIN
9 Miner S17 Pro.  Why did you pick this specific
10 miner?
11    A  I was trying to identify two things at
12 this stage of my report.  First is, what were
13 identified as some of the top miners at that point
14 in time.  This was one of them that came up in my
15 research.
16    Further, I was also trying to determine
17 which manufacturers were among the dominant
18 parties in the cryptomining manufacturing space.
19 And that's where I came and was able to identify
20 the Canaan was among the top ones.
21    Q  And that's why when I asked you over on
22 the left you said there's a description box and
23 you say, the BITMAIN S17 Pro set the gold standard
24 for Bitcoin mining in 2019.
25    Where did you obtain that information

Transcript of Michael Schuler
Conducted on October 17, 2025

285

1 from?
2    A  Just general research online.
3    Q  How can you make that assessment if you're
4 not a cryptomining expert?
5    A  I made it from published articles and
6 information at that time of the top ASIC
7 cryptominers when I did research.
8    Q  What publication was that?
9    A  I do not have the direct tie to that
10 piece.
11    Q  Okay.  On the second page you have a
12 picture of a MicroBT WhatsMiner M20S.  How did --
13 let me strike that.
14       Over back on page 10, you have a price in
15 2019.  You state around 2,000 to 2,500.  Do you
16 see that?
17    A  Yes, I do.
18    Q  Where did you obtain that information?
19    A  Again, just general research online.
20    Q  What was your source?
21    A  If it wasn't referenced in the document I
22 sent, then I don't have the direct tie to that
23 source of information.
24    Q  Is that a price for a new miner?
25    A  It would have been, yes.

286

1    Q  What would be the price for a new -- or a
2 used miner at that time?
3    A  I do not know.
4    Q  Why did you not bother to look at that --
5 for that information?
6       MR. JANICEK:  Objection, form.
7    A  My only objection in this particular
8 section was to identify the top miners, not to
9 determine value of used versus new.  This
10 particular section was only to state what are some
11 of the typical high-end miners that were out at
12 that time and who are the major manufacturers in
13 that space.
14    Q  How does a BITMAIN Antminer S17 Pro
15 compare to a Canaan A10?
16       MR. JANICEK:  Objection, form.
17    A  If you wish me to go spec for spec, it's
18 referenced here in the document.  Do you -- if you
19 want to review that, I can --
20    Q  I mean, I see that there's a hashrate
21 here.  I'm asking you to opine and tell the Court,
22 you know, how -- what makes a BITMAIN Antminer S17
23 Pro better than an A10.
24       MR. JANICEK:  Objection, form.
25    A  Certainly if it performs at a higher

287

1 hashrate and a better efficiency, that would be
2 the criteria used to make a determination.  Those
3 specs are here in my document.  I'm not opining
4 with regard to which one was better or worse.  I
5 simply referenced the data with regard to the
6 performance specs.
7    Q  Which one was more profitable --
8       MR. JANICEK:  Objection.
9    Q  -- an S1 -- a BITMAIN S -- excuse me, let
10 me strike that.
11       What was the profitability of a BITMAIN
12 Antminer S17 Pro in 2019?
13    A  I do not have that information handy.
14    Q  Handy or did you ever analyze it?
15    A  I did see it come across.  I didn't
16 capture it.  When the same source of information I
17 used did pop up with approximate profitability, I
18 didn't incorporate that into my report.
19    Q  What's the profitability of a Canaan A10
20 miner in 2019?
21    A  I don't have that information handy.
22    Q  When you say handy, did you not ever
23 analyze it?
24    A  I -- again, there were a couple of
25 organizations that tracked values and

288

1 profitability, and it -- that kind of information
2 did pop up.  I didn't capture it in the report.
3    Q  The MicroBT WhatsMiner M20S, how did you
4 decide to include that in this report on page 11?
5    A  It came up as one of the top miners of
6 the -- when I did the research.  So I randomly
7 picked three of them that came up first and put
8 them into the report.
9       My purpose, again, was just to give a
10 comparison of some of the top miners and also make
11 a declaration with regard to Canaan's position in
12 the marketplace as one of the top OEMs.
13    Q  Okay.  And what's the difference between a
14 Canaan Avalon 1066 miner and a 1041 miner?
15    A  I would have to --
16       MR. JANICEK:  Objection, form.
17    A  I would have to pull the specs and make a
18 reference about the specs on it with regard to its
19 performance.
20    Q  What about a 10 -- what is it specifically
21 about a 1066 miner that provides a budget friendly
22 alternative for miners seeking steady performance?
23    A  Are you talking about a 1056 or 1066?
24    Q  66.
25    A  66.  Repeat the question.

Transcript of Michael Schuler
Conducted on October 17, 2025

73 (289 to 292)

289

1    Q  Yes.  You state:  The Canaan Avalon miner
2  1066 provided a budget friendly alternative for
3  miners seeking steady performance.
4        What specifically about the A10 -- or the,
5  excuse me, about the 1066 that makes it an
6  alternative for miners seeking steady performance?
7    A  The low price point for entry, it was one
8  of the lowest price points at that time.  It also
9  was performing at a 50 tera -- terahash rate and a
10  fairly decent efficiency of .065 joules.
11    Q  How do you know that the miner was
12  reliable?
13    A  I'm sorry, repeat that.
14    Q  How do you -- how did you know that -- how
15  do you know that the 1066 reliably operated?
16    A  Okay.  I don't know about reliable
17  operating.  I do know that it had a prominent
18  position in the marketplace at that time.
19    Q  Is a higher or lower efficiency number
20  better in regard to miner efficiency?
21    A  You want lower because it's more cost
22  effective.
23    Q  And these descriptions, did you actually
24  write these words, or did you copy and paste them
25  from the website?

290

1    A  On this particular section, I derived it
2  from an article that referenced the -- you know
3  the top three -- three of the top machines.  I
4  think there were five in the actual publication,
5  and I drew three of them.  And I used their
6  wording for this section.
7    Q  So these are their opinions, not yours,
8  correct?
9        MR. JANICEK:  Objection, form.
10    A  Yeah, relative to this section, that is
11  correct.
12    Q  And sitting here today, you can't identify
13  where this -- that information came from?
14    A  I'm sure I could find it again.  It was
15  readily found when I originally did the query.
16  I'm sure I could repeat that process and find it
17  again.
18    Q  And on page 12 I assume that's not your
19  wording; that's someone else's?
20    A  Yeah.  eShore provided --
21        MR. JANICEK:  Objection, form.
22    A  eShore provided the test summary, and I
23  scraped that piece of information regarding their
24  analysis of the A1041.
25    Q  And so you never tested a 1041, correct?

291

1    A  Correct.
2    Q  Okay.  So this is someone else's opinions,
3  not yours, right?
4        MR. JANICEK:  Objection, form.
5    A  Yes.  eShore was a recognized entity in
6  the -- in the space, and I took their information
7  regarding their analysis.
8    Q  Who is eShore?
9    A  As I understand it, they were a recognized
10  organization that, you know, had put out
11  information regarding machines, their analysis of
12  the industry, and they seemed to be prominent in
13  my searches.  So I -- it seemed to be that they
14  were recognized in the industry.
15    Q  I guess -- I can maybe be more clear.
16  What does eShore do?
17    A  I don't know.
18    Q  Okay.  In here you talk about return on
19  investment.  Well, scratch that.
20        If we go to page 14 --
21    A  Okay.
22    Q  -- at the bottom of the page, there's a
23  section titled Product Valuation New for the
24  Canaan Avalon -- Avalon Miner 1041 Investment, but
25  you have a picture of a Canaan 1066 used.  Why is

292

1  that?
2    A  It was a header that did not have a page
3  break.  I simply introduced the picture as part of
4  the reference to the next paragraph on page 15.
5    Q  So I'm trying to understand why you're
6  referencing 1066 used miner price.
7    A  I was trying to make a reference with
8  regard to pricing cost, what things could be
9  bought for, things of that nature.  So in this
10  section, I said -- I was trying to make a
11  reference that the 1066 was exhibiting strong
12  recovery values in the used market during Covid.
13  That was one sample I was able to find in my
14  research.
15        That confirmed my statement that these
16  miners could have readily recovered a large
17  percentage of their original investment had the
18  units been in a condition that would have been
19  conducive to resale.
20    Q  What's the difference in price between a
21  1031 used miner and a 1066 used miner that could
22  have been obtained in 2019?
23    A  Yeah.  I could not find a 1041 in the used
24  market at that time.  So I referenced the 1066 and
25  was able to show that it was actually commanding

Transcript of Michael Schuler
Conducted on October 17, 2025

293

1 values of -- that were stronger than the original
2 introduced price.
3     That was my point in the declaration here,
4 was to say used miners are selling for more than
5 new because of a high demand created by the supply
6 chain challenges.
7     Q  Do you have an opinion as to whether
8 the -- a used 1041 could be sold for more or less
9 than a used 1066?
10    A  It would be sold for less.  It was less
11 from a performance standpoint, so it would have to
12 track less.  It sold for less brand-new.  It sold
13 for less used.
14    Q  And I'm sorry.  Did you -- did you -- do
15 you have an understanding of what the
16 profitability for each of those miners were?
17        MR. JANICEK:  Objection, form.
18    A  I don't have that -- I don't have that
19 information handy, but I did see most of that in
20 the information I researched.  I simply didn't
21 capture it as part of the report because it wasn't
22 really relevant to my pursuits here.
23    Q  But, again, sitting here today, you can't
24 tell the Court whether a used 1066 is more
25 profitable than a used 1051?

294

1     A  When you say profitable, I'm only giving
2 you a declaration regarding the resale side.  I'm
3 not making a reference about profitability.
4 That's for miners.  I'm not making any statement
5 with regard to profitability.  I am making a
6 reference with regard to prospects for resale in
7 the secondary market.
8     Q  And, again, I'm going to ask my question.
9 Do you understand the -- do you have a -- have you
10 calculated the miner profitability for a 1041 as
11 compared to a 1066?
12    A  I did not.
13        MR. JANICEK:  Objection, form.
14        Are we at a breaking point?
15        MR. MARX:  Sure.
16        VIDEOGRAPHER:  The time is 4:15 p.m.  We
17 are going off the record.
18        (Recess, 4:15 p.m. to 4:35 p.m.)
19        VIDEOGRAPHER:  The time is 4:35 p.m.  We
20 are back on the record.
21    Q  Mr. Schuler, before the break, we were
22 talking about your opinions about the resale value
23 of the miners.  Do you recall that?
24    A  I do.
25    Q  Okay.  And just so we're clear for the

295

1 Court, when you talked about resale value, are you
2 talking about the value that could be -- the
3 miners could be sold to a reseller?
4        MR. JANICEK:  Objection, form.
5     A  Correct.  That's my focus because of the
6 volumes in this particular transaction, that's
7 correct.
8     Q  Okay.  And then those resellers would --
9 in your mind, would try to use their capital
10 essentially to acquire miners to try resell them
11 later?
12    A  That's correct.
13    Q  Okay.  And in your mind, you don't think a
14 reseller would make that capital outlay; is that a
15 fair payment?
16    A  If you're talking about this specific lot,
17 yes.
18    Q  Okay.
19    A  However, I also make a reference regarding
20 resale value had these units not been compromised.
21 In my valuation references, I do talk about my
22 estimated recovery had these units been not
23 contaminated the way they were and not, you know,
24 affected by -- you know, the problems that they
25 were exhibiting.

296

1     I do make a reference that they could have
2 captured a lot of their original investment used
3 and likely more than the original investment if
4 they had been left new and not uncrated.
5     Q  And in that -- in that other scenario that
6 you're talking about where they could potentially
7 make more, you're talking about a sale of the
8 miners to resellers as well?
9     A  Correct.
10    Q  Okay.
11    A  Correct, yes.
12    Q  And going back to the scrap material, is
13 it your testimony that SBI would not be able to
14 obtain any value from a scrapper for these 20,000
15 A10s?
16        MR. JANICEK:  Objection, form.
17    A  Actually, I said if they are making the
18 decision whether to house them and still pay for
19 storage and all of that stuff, they can avail
20 and -- themself of scrap recovery value, which is
21 going to be in line with what I originally
22 communicated, somewhere between 15 and $20 a unit.
23     I doubt if that has changed much.  That is
24 a fairly stable market, so I would anticipate that
25 it would have sold somewhere in that range even

Transcript of Michael Schuler
Conducted on October 17, 2025

297

1  today.  So they can avail themselves of that.  The
2  cost regarding the logistics would have been
3  netted out of that recovery.
4      Q  Okay.  On page 16 of your report -- I
5  guess 45 is what you're looking at.
6      A  Okay.
7      Q  What are these pictures of?
8      A  These are the pictures of -- that were
9  provided by the Kaboom team.  They are some of the
10 examples of the open units that they took pictures
11 of and shared these pictures with me.  I thought
12 these were the most relevant pictures as an
13 example.
14     Q  Are you sure you didn't receive these from
15 Charles Byers?
16     MR. JANICEK:  Objection, form.
17     A  I -- all the reports I received came from
18 either Kaboom or Byers or the other listed
19 exhibits in the appendix, so it could have been
20 from those pictures.  It's possible.
21     Q  Okay.
22     A  I simply picked the three best that I saw
23 in the accumulation of pictures and video I had.
24     Q  The pictures that you received from
25 Charles Byers, did he email those to you?

298

1      A  I did not deal directly with anybody other
2  than Winstead.
3      Q  Okay.  Did you test the dust that were --
4  that was allegedly located in the units that
5  Mr. Byers obtained?
6      MR. JANICEK:  Objection, form.
7      A  State that again.  I'm sorry, I didn't
8  catch that.
9      Q  Yeah.  Did you -- did you collect and send
10 off for analysis the dust that was contained --
11 allegedly contained in the miners taken apart by
12 Charles Byers?
13     A  No.  I would not have had access to that
14 or even the interest of doing that, because that
15 wasn't my task.
16     Q  On page 19 there's reference to annual
17 profit for an Antminer S19 XP.  How did you
18 calculate that?
19     A  I did not.  It came from the data I
20 downloaded from when I did the research on the
21 S19 XP.
22     Q  And where did you obtain that
23 profitability information?
24     A  That link is there, and it is valid.  That
25 came from there.

299

1      Q  Okay.  Well, I'll represent to you that
2  that link takes you somewhere else, and that miner
3  is not even the latest miner listed.  Are you
4  aware of that?
5      MR. JANICEK:  Objection, form.
6      A  I thought we found this one when we had to
7  go back and show the links, so I believe we found
8  this one.  I can research it again and respond to
9  you after.
10     Q  Yeah.  Do you understand that the S19 Pro
11 is listed in that link and not the S19 XP?
12     A  If I have a typo there, I apologize.
13     Q  Do you know the difference between an
14 S19 XP and an S19 Pro?
15     MR. JANICEK:  Objection, form.
16     A  I do not.  This was only to capture
17 information of equivalency.  If the S19 Pro had
18 these specs, it served my purpose.
19     Q  Okay.  But you can't testify whether the
20 S19 XP had these specs?
21     MR. JANICEK:  Objection, form.
22     A  I captured the information regarding the
23 specs that I got from that link.  If this is a
24 link to the X19 XP Pro, then I simply have a typo,
25 and it should have referenced the Pro, not the XP

300

1  straight.
2      Q  Okay.  And I could be mistaken, but did
3  you say you were withdrawing your opinions on 2
4  and 3 on this page?
5      A  I am.
6      Q  Okay.  On page 20 you have BITMAIN,
7  MicroBT, and Canaan's '21 and '24 revenue.  Do you
8  see that?
9      A  I do.
10     Q  Do you -- do you have an understanding of
11 what BITMAIN's 2024 revenue is?
12     MR. JANICEK:  Objection, form.
13     A  The 2024 revenue for both BITMAIN and
14 MicroBT was not available when I researched this.
15     Q  Do you have any --
16     A  It wasn't published.
17     Q  Sorry, I didn't mean to interrupt.
18     So you have no -- one -- you have no idea
19 one way or another whether -- if it's increased or
20 decreased?
21     A  I do not know.
22     Q  And you see that Canaan's mining -- or
23 Canaan's revenues decreased by roughly more than
24 50 -- 70 percent?
25     A  That is the data that's exhibited here,

Transcript of Michael Schuler
Conducted on October 17, 2025

301

1  yes.
2      Q  You would -- would you agree that a 70
3  percent drop is indicative of loss of market share
4  for Canaan?
5      A  I --
6      MR. JANICEK:  Objection, form.
7      A  I can't necessarily attribute it to market
8  share or the dynamics of coming out of the period
9  of Covid or what other dynamics were in play.
10  Certainly it is a significant drop in revenue.
11  You know, so I am not sure what was the catalyst
12  for that.
13      Q  Didn't consider whether Canaan had a
14  reputation for making faulty equipment?
15      MR. JANICEK:  Objection, form.
16      A  I did not draw any conclusion with regard
17  to that.
18      Q  Didn't consider whether Canaan had built a
19  reputation for having poor manufacturing?
20      MR. JANICEK:  Objection, form.
21      A  Again, I did not draw any conclusions
22  regarding the revenue and the reduction of
23  revenue.
24      Q  With respect to the miners that were
25  sold -- the 22,400 miners that were sold by SBI in

302

1  Russia to The Computing Limited, you described
2  that as a distressed sale?
3      A  I don't describe it as a distressed sale.
4  I simply state that it was communicated that it
5  was a distressed sale because of the situation.  I
6  don't know the nature of what prompted that
7  sequence of events, other than what has been
8  communicated to me about issues with the
9  transaction itself and what had to transact in
10  order to facilitate the transfer of these units to
11  The Computing Limited.
12      Q  So I have a correction.  It -- you didn't
13  describe it as a distressed sale.  You called it a
14  liquidation sale, right?
15      A  That is correct.
16      MR. JANICEK:  Objection, form.
17      Q  And those were your words?
18      MR. JANICEK:  Objection, form.
19      A  Those are my words, yes.
20      Q  And you would agree that when a
21  liquidation sale happens, the market prices or the
22  sale value is depressed, correct?
23      A  That is correct, that it was a depressed
24  sale.  If the units in Russia were not
25  compromised, which I'm assuming that facility was

303

1  operating successfully and doing things
2  differently than the Whinstone facility, they
3  would have sold for more had they -- there's not
4  been a situational sale where they had to be sold
5  at kind of a liquidation based on the
6  circumstances.  And that's consistent with the
7  chart I provided.
8      Q  And so I want to be clear.  You've never
9  communicated with Carson Smith?
10      A  That is correct.
11      Q  And you have not ever communicated with
12  Jonathan Tanemori?
13      A  That is correct.
14      Q  And you haven't ever communicated with
15  Nick Vitalis?
16      A  Correct.
17      Q  And you're aware that SBI has hired at
18  least four experts to testify on this matter,
19  including yourself?
20      MR. JANICEK:  Objection, form.
21      A  I'm sorry, I didn't catch that last part.
22      Q  Are you aware that SBI has hired at least
23  four experts in this matter, including yourself?
24      MR. JANICEK:  Same objection.
25      A  I'm aware of one other.  I wasn't aware

304

1  that there were three other.
2      Q  Okay.  Who are you aware -- what other
3  expert are you aware of?
4      A  I believe it was a gentleman that was
5  knowledgeable regarding design of facilities.  I
6  don't remember his name.  I do -- I remember the
7  reference about that being one of the experts that
8  were hired.
9      Q  Is that Charles Byers?
10      A  That sounds correct.
11      MR. JANICEK:  Objection to form.
12      Q  Okay.  Have you ever spoken with Charles
13  Byers?
14      A  I have not.
15      Q  Okay.  Have you ever -- are you familiar
16  with the name Phillip Isaac?
17      A  I don't recall that name.
18      Q  Okay.  Are you familiar with the name
19  Randall Valentine?
20      A  I don't recall that name.
21      Q  And if that's the case, are you aware
22  that, well, Mr. Valentine in his report has
23  identified you as someone he's spoken with?
24      A  If he did, he might have been on a
25  conference call, and I wasn't aware of his

Transcript of Michael Schuler
Conducted on October 17, 2025

77 (305 to 308)

305

1 presence or specifically made aware of his
2 presence. There were a number of situations where
3 I was on conference calls, and people were invited
4 to the conference call. And I don't remember or
5 specifically know their affiliation on this case.
6      At that time of some of these calls, I
7 would have probably attributed most all these
8 people to be with Winstead or somebody on the
9 case. There may have been situations where even
10 SBIC personnel were in on those calls. I just
11 don't remember. I never talked directly to these
12 people, and I don't remember if anybody was on any
13 of those calls.
14   Q Okay. So just to make sure I understand,
15 you participated in conference calls. When was
16 the last conference call?
17   A A week ago or -- let me think about this.
18 The last call would have been earlier this week,
19 just a brief prep call that was conducted with
20 Winstead.
21   Q Okay. Are there -- has there been a time
22 where there's been conference calls with people
23 other than Winstead on the phone?
24   A I was only coordinated with Winstead, so I
25 don't know who else was on the call, and I

306

1 wouldn't recognize the names and what they -- what
2 their roles were.
3   Q Okay. What did you do to prepare for
4 today's deposition?
5   A I reviewed my report. I reviewed my data
6 points. I took the opportunity to participate in
7 the conference calls that I just mentioned. And
8 we talked about the process, about what a
9 deposition is like. I also took the opportunity
10 to attend Mr. Peters' deposition, so I got a feel
11 for how that process worked because I've never
12 testified before or done a deposition.
13   Q And you've got a white binder and a black
14 kind of notebook that you've kind of referred to
15 today, correct, in front of you?
16   A Yeah. It is actually the same document.
17 The only thing that's additional to that is my
18 resume.
19   Q Okay. And you have some notes that you
20 reviewed in your black binder?
21   A It's references to page and what are the
22 data points.
23   Q Okay. Yeah. I would just request that
24 after this is over, that you hand it through --
25 you provide it to your attorneys so they can copy.

307

1   A Yeah. I -- it just helped me to find
2 information. Like --
3   Q Sure.
4   A -- if you had asked me specifically about
5 impact on Covid on resale, I could have quickly
6 referenced page 13.
7   Q Sure. Besides Winstead, did you talk with
8 anyone else in preparing for this deposition?
9   A No.
10   Q Okay.
11   A I can't think of anyone other than
12 Winstead.
13   Q And you mentioned deposition transcripts
14 earlier. Do you recall whose deposition
15 transcripts you reviewed?
16   A I read most of them. I believe I read the
17 original reports by Mr. Peters as well as his
18 initial rebuttal report and the subsequent
19 rebuttal report. I also read the depositions by
20 many of the people you've named.
21      You know, pretty much I had access to
22 almost all of the original depositions and
23 learning about the depositions of the three people
24 that ran Whinstone. And giving their depositions,
25 I was able to read and learn about them.

308

1   Q That was before or after you were --
2 issued your reports?
3   A It was before, unless there were
4 subsequent interviews. It was -- the timing was
5 when I got engaged with it, this preparation that
6 I did for my report, I had a data dump of just
7 about everything that existed. Pictures,
8 depositions, all of that was given to me in a data
9 dump. I reviewed a lot of that.
10      There were subsequent depositions that
11 were done after I prepared my initial report. I
12 got privy to those. I also got privy to the most
13 recent ones and even was able to attend the most
14 recent one with Mr. Peters.
15   Q Is there a reason why the deposition
16 transcripts aren't listed in your reports?
17   A I'm sorry, I didn't hear that.
18   Q Is there a reason why your -- the
19 deposition transcripts that you received before
20 the issuance of your reports aren't listed in the
21 appendix?
22      MR. JANICEK: Objection, form.
23   A I didn't recall making a statement about
24 that as a reference, because it wasn't relevant to
25 what I was tasked with. I was simply given access

Transcript of Michael Schuler

78 (309 to 312)

Conducted on October 17, 2025

**309**

1  to that information to get a broader picture of
2  the whole thing. It had nothing to do with my
3  report.
4      Q  What information have you been provided
5  that you do not consider relevant that you didn't
6  include in the appendix of your reports?
7      MR. JANICEK: Objection, form.
8      A  Certainly information with regard to the
9  nature of how Whinstone was created, how they came
10 to be, the backgrounds of the individuals, the --
11 some of the things that happened. All that was
12 interesting, and it was part of the understanding
13 of representations that were made, things of that
14 nature, but it wasn't relevant to my report.
15     Q  You weren't instructed to include that in
16 the appendix?
17     A  I was not.
18     MR. JANICEK: Objection, form.
19     A  I was not.
20     Q  Is there any other information that you
21 didn't include in the appendix that you received
22 from Winstead?
23     MR. JANICEK: Objection, form.
24     A  There's a possibility I missed something.
25 As I say, depositions I didn't include. I'm

**310**

1  trying to recall if there was anything other than
2  that. I tried to be thorough. I did not change
3  my appendix in subsequent versions. That was not
4  something I was paying attention to.
5      So if I attended a deposition such as this
6  most recent one, I didn't add that to the
7  appendix. If I did get documentation regarding a
8  rebuttal or additional stuff, I didn't add that on
9  the appendix because, again, it really didn't
10 change the nature of my report.
11     Q  Did you review the deposition transcript
12 of Ian Rock?
13     A  Of which?
14     Q  Ian Rock of Lancium.
15     A  I don't remember if that was one I
16 reviewed or not. I don't recall that one
17 specifically. What was -- I mean, I probably
18 would have to go back through my notes and see who
19 that person was and what their -- what the
20 deposition was about.
21     Q  He analyzed some of the miners in August
22 of 2020? Does that ring a bell?
23     A  I don't recall seeing -- I don't recall
24 seeing a deposition with regards to that. I
25 recall seeing information with regard to Carson

**311**

1  Smith and some of the other folks that were
2  deposed. I remember seeing some of those.
3      Q  During the August 5th inspection, how many
4  pictures did you take?
5      A  Good question. Pictures, only a few.
6  Video, we took a substantial amount of video. We
7  were -- we transferred that -- when we got back to
8  their office, we transferred it to a flash drive.
9  And I included all that in the information I
10 provided.
11     Q  Yeah. And I'll request that you
12 retransfer and make sure all that stuff gets to
13 your attorneys --
14     A  Sure.
15     Q  -- because I'll represent I've only seen
16 one video where you guys have disassembled a
17 miner.
18     A  Yeah. If that's the case, then it's --
19     MR. JANICEK: Objection, form.
20     THE WITNESS: Okay.
21     MR. JANICEK: Also not a question.
22     THE WITNESS: Sorry.
23     A  If that's the case --
24     MR. JANICEK: There's nothing for you to
25 answer.

**312**

1      A  Yeah. If that's the case.
2      MR. JANICEK: No, Mike.
3      THE WITNESS: Okay. Sorry.
4      MR. JANICEK: There's no question for you
5  to answer.
6      THE WITNESS: Okay. Sorry about that.
7      Q  Did you send three videos of --
8      A  I sent everything I collected.
9      Q  Okay.
10     A  Yeah. I didn't short anything.
11     Q  Can you send your counsel those three
12 videos or all the videos you have and see if we
13 get them this time?
14     A  I --
15     MR. JANICEK: Objection, form.
16     A  Yeah. I sent everything I had. If it --
17 is it possible that the videos regarding the
18 teardown of the other two pieces weren't included
19 when he created the flash drive? It's possible.
20 I know that he was doing it. He actually was
21 videoing it. Is it possible that when he did the
22 transfer to the flash drive, he didn't include
23 those two videos? Possible.
24     I did not look at every video that was
25 created. I thought I sent every bit of the file. I

Transcript of Michael Schuler
Conducted on October 17, 2025

313

1  wasn't trying to hide anything.
2      Q  When you say "he," who are you referring
3  to?
4      A  The gentleman that was working with us
5  and Tim. I have his card at my home. I could
6  share that information. It was a gentleman that
7  did the -- he was the son of the --
8      MR. JANICEK:  Mike, just answer the
9  question he's asking you.
10      THE WITNESS:  Pardon me?
11      MR. JANICEK:  Just answer the question
12  he's asking you.
13      MR. MARX:  Okay. Just let him talk.
14      A  He --
15      Q  Please continue.
16      A  He was a gentleman that had been in the
17  industry for a long time and had done a lot of
18  fieldwork inspections for things like this, so --
19  and he was rather athletic, so he was able to do
20  the climbing and all the other stuff.
21      Q  Okay. And did you say he lived in
22  Houston?
23      A  That's correct.
24      Q  Okay. And the individual -- the other
25  individual that was there, do you recall what his

314

1  name was?
2      A  Jim Aubrey.
3      Q  Jim Aubrey?
4      A  Yes.
5      Q  Tim and Jim; is that correct?
6      A  That sounds correct.
7      Q  Okay. Just trying to make sure I'm
8  reading this correctly.
9      A  Yeah. Yeah, I think that's correct. I
10  don't recall his name, but I think that was
11  correct.
12      MR. MARX:  Pass the witness.
13          EXAMINATION
14  BY MR. JANICEK:
15      Q  Briefly, Mr. Schuler, do you remember
16  testifying earlier today in regards to the timing
17  of your inspection?
18      A  I do.
19      Q  Do you remember when and why you were
20  asked to conduct a physical inspection of the
21  miners?
22      A  The actual original request was done not
23  that long after I did the report, and I believe
24  the timing was there was an initial document or
25  rebuttal or something of that nature by Mr. Peters

315

1  that was done early on, April, May, something of
2  that nature, I believe.
3      We were trying to figure out when I should
4  go or if I was going to go for inspecting the
5  miners. There was a period of about six to eight
6  weeks there where I was waiting to see whether or
7  not I was going to go. Never heard back on it.
8      And then ultimately, when Mr. Johnson
9  reached out to me about going, I said, this is
10  going to be problematic because I'm having
11  surgery. So I said, I'm not going to be able to
12  travel for about six weeks because of hip
13  replacement. So that was it.
14      MR. LOCKHART:  Please note that the -- for
15  the record that counsel was literally waving his
16  arm to cut off his witness. That is coaching.
17  Please don't do that. That is inappropriate, and
18  you know it. You admit that you were -- you were
19  coaching your witness, correct?
20      MR. JANICEK:  I was not coaching the
21  witness.
22      MR. MARX:  You were waving and telling
23  him --
24      MR. LOCKHART:  Were you -- were you doing
25  this motion right here (indicating)?

316

1      MR. JANICEK:  I was just trying to --
2      MR. LOCKHART:  No.
3      MR. MARX:  No. That is a lie.
4      MR. LOCKHART:  You were doing a cutoff
5  motion, weren't you?
6      MR. JANICEK:  No. I was just --
7      MR. MARX:  Next question.
8      MR. LOCKHART:  Hold on, hold on. Counsel,
9  were you doing this motion right here?
10      MR. JANICEK:  I don't think that is an
11  accurate depiction of what I did.
12      MR. LOCKHART:  It absolutely was.
13      MR. MARX:  It absolutely was.
14      MR. JOHNSON:  Finish your answer.
15      A  Okay. In any case, the timing of it was
16  interrupted because of my surgery. Subsequent to
17  my surgery, there was another rebuttal. My
18  original testimony, we realized that my reference
19  on timing was inconsistent with actually what went
20  down, so we wanted to make that clarification on
21  that.
22      Q  In regards to the question I asked you, is
23  there anything else that you have to say that you
24  did not get a chance to say?
25      A  In general regarding the entirety of this?

Transcript of Michael Schuler
Conducted on October 17, 2025

317

1    Q  No.  Just the question that I'd asked you,
2  I want to make sure you had a full opportunity to
3  provide a response.
4    A  I did, yes.  You know, it was interrupted
5  by my surgery and -- but the actual original
6  request predated that whole June-July timeframe.
7  It was back in April or May when we talked about
8  me going out to Houston.  That was the original
9  time.  And it dawned on me that, you know, I
10  should clarify that.
11    MR. JANICEK:  Okay.  No further questions.
12  I pass the witness.
13    EXAMINATION
14  BY MR. MARX:
15    Q  Yeah.  Mr. Schuler, you just testified
16  that was -- that you had testimony, quote,
17  inconsistent with what actually went down, so we
18  wanted to make that clarification on that, end
19  quote.
20    Is that "we" referring to your counsel in
21  this case?
22    A  It was referring to the --
23    MR. JANICEK:  Objection, form.
24    THE WITNESS:  Sorry.
25    A  It was referring to the timeline that I

318

1  communicated with regard to what drove me to go
2  out to Houston.  I do recall that we -- the
3  timelines of that, we actually started talking
4  about me going out to Houston well before the
5  actual rebuttal.
6    Q  Yet you said "we."  Your testimony was, we
7  wanted to make the clarification.  You're
8  referring to Winstead -- Winstead, correct?
9    MR. JANICEK:  Objection, form.
10    A  Yeah.  I'm referring to the fact that it
11  dawned on me that that timeline was incorrect, and
12  I said, how do I -- how do we --
13    Q  So --
14    A  -- correct this?
15    Q  Is there any other testimony that you
16  discussed with your counsel on break that you
17  wanted to clarify?
18    MR. JANICEK:  Objection, form.
19    A  I was concerned about my reference of the
20  original timeline of the engagement.  I think that
21  may also have been off.  I believe I was contacted
22  much sooner than I referenced.  I just don't have
23  that information handy.
24    I believe the original communication for
25  IMS, I believe it was, was back months before we

319

1  actually -- actually started everything.  So I
2  went through the interview process.  I had the --
3  had that entire process of saying, hey, if you're
4  interested in me, whatever.  But there was a gap
5  between that and actually getting an engagement.
6    And I believe that when I referenced
7  originally about my timeline of having discussed
8  some of this, first off, I didn't get any
9  information about all of this.  I just got
10  generics about my credentials, because they were
11  interviewing me.  Winstead was.  And that was
12  substantially before the actual engagement.
13    Q  And notwithstanding that earlier
14  engagement, you still didn't think it prudent to
15  actually --
16    A  I --
17    Q  -- physically see the miners --
18    A  Yeah.  I can actually --
19    Q  -- until August?
20    MR. JANICEK:  Objection, form.
21    Q  Correct?
22    MR. JANICEK:  Let him finish.
23    A  Yeah.  My apologies.  I can actually pull
24  up the dates by pulling up the IMS request email.
25    MR. MARX:  And objection, nonresponsive.

320

1    Q  Notwithstanding the earlier engagement,
2  you still didn't think it prudent to actually go
3  visit the miners until August 5th, correct?
4    MR. JANICEK:  Same objection.
5    A  The miners were already in storage.  They
6  had no bearing on the case at that point.  If I
7  had had access to the Rockdale facility while they
8  were deployed, that would have been a different
9  thing.  But once they were put into storage,
10  whether I went one month or three months later or
11  a year later, it really didn't matter.
12    Q  And you only went to rebut Mr. Peters'
13  July 28th report, correct?
14    A  Yeah.  That -- that --
15    MR. JANICEK:  Objection, form.
16    A  Yeah.  That did not -- that was not the
17  driving factor.  We had actually already --
18    Q  Please don't look at your counsel when
19  answering the question.
20    A  We had already -- we already responded
21  to -- I had already responded to the original
22  information from Mr. Peters.  And we got scheduled
23  for me going out after my surgery, and then there
24  was a subsequent thing from Mr. Peters in his
25  rebuttal.  That was, I believe, the second

Transcript of Michael Schuler
Conducted on October 17, 2025

321

1  rebuttal.
2      Q  Yeah.  And you wanted to respond to that
3  report, correct?
4      MR. JANICEK:  Objection, form.
5      A  It was already scheduled that I was going
6  out at that point.
7      Q  Yes, because you --
8      A  We knew that that was part of the
9  timeline, that I said I was going to go out as
10  soon as I get clear from my doctors saying that I
11  couldn't travel in July.
12      Q  In your -- in your August 8th report, you
13  addressed Mr. Peters' opinions about the chain of
14  custody?
15      A  Okay.
16      Q  Correct?
17      MR. JANICEK:  Objection, form.
18      A  In my August 5th visit and my report that
19  came in on August 8th, I made reference to all of
20  that, yes.
21      Q  Yes.  And that was the primary purpose of
22  why you went --
23      A  No.
24      Q  -- on August 5th?
25      A  No.  The primary purpose --

322

1      MR. JANICEK:  Objection, form.
2      THE WITNESS:  Okay.  Go ahead.
3      MR. JANICEK:  That's all, just objection,
4  form.
5      THE WITNESS:  Okay.
6      Q  And in the paragraph on page 46 right here
7  of your August report --
8      A  On what page?
9      Q  Page 22.
10      A  22.  Okay.
11      Q  And under Audit Results --
12      A  Uh-huh.
13      Q  -- there's a paragraph.  Do you see there
14  in the middle of the page?
15      A  Yes.
16      Q  And then second sentence, you say:  The
17  reasons this can be stated unequivocally is the
18  interior components were contaminated --
19  contaminated on every machine.  If somehow the
20  miners had been introduced to adverse
21  environmental conditions after the time when they
22  were created, we would have seen significant
23  accumulation of clay and other contamination on
24  the top level of the packed machines with limited
25  or no contamination on the machine surfaces as we

323

1  went lower towards the bottom layers of machines
2  in the crate.  That was not the case.  If
3  anything, the top layer was cleaner than the
4  subsequent layers as if it had been wiped down
5  when they were created.
6      Further, if the contamination had been --
7  had happened post-crating, the interior components
8  would not have had a consistent layer of
9  contaminant that could have only been caused by
10  the computer fan's intake during operation.
11      That's what you wrote under the audit
12  results, correct?
13      A  I stand -- I stand by that.
14      Q  Okay.  And that was directly in response
15  to Mr. Peters' observation in his July 18th report
16  that there was no chain of custody and that the
17  miners could have been contaminated in transit,
18  isn't it?
19      A  I took his --
20      MR. JANICEK:  Objection, form.
21      A  I took his information as part of what I
22  wanted to respond to after I got out, but as I
23  said, the trip had been previously scheduled.
24      Q  And, again, that observation is what is
25  contained in the entirety of your audit results,

324

1  nothing else, correct?
2      MR. JANICEK:  Objection, form.
3      A  Repeat -- the entirety of what, the --
4      Q  Yeah.  There's -- there is no other part
5  of your audit included in the -- in the audit
6  results paragraph that we just read, is there?
7      A  I offer video and picture evidence that
8  supports what we saw.  That was the extent of what
9  we offered.  The objective was to -- you know,
10  originally it was to determine, hey, what do
11  you -- you know, it's probably going to be
12  important to inspect these machines.  And it
13  was -- you know, when the additional information
14  came from there Mr. Peters later in July, they
15  said, okay, let's respond to that particular
16  point, since I'm already going.
17      MR. MARX:  Okay.  Thank you.  Pass the
18  witness.
19      MR. JANICEK:  We'll reserve further
20  questioning for the time of trial.
21      VIDEOGRAPHER:  This marks the end of the
22  deposition.  The time is 5:11 p.m.
23      (Deposition concluded at 5:11 p.m.)
24
25

325

1      CERTIFICATE OF SHORTHAND REPORTER
2
3      I, Susan S. Klinger, the officer before
4  whom the foregoing deposition was taken, do hereby
5  certify that the foregoing transcript is a true
6  and correct record of the testimony given; that
7  said testimony was taken by me stenographically
8  and thereafter reduced to typewriting under my
9  direction; that reading and signing was not
10 discussed; and that I am neither counsel for,
11 related to, nor employed by any of the parties to
12 this case and have no interest, financial or
13 otherwise in its outcome.
14      IN WITNESS WHEREOF, I have herunto set my
15 hand on the 18th of October, 2025.
16
17      _Susan S. Klinger_
18      _____
19      Susan S. Klinger, RMR-CRR, CSR
20      Texas CSR 6531, Exp:  10/31/27
21      California CSR 14487, Exp: 11/30/26
22
23
24
25