# EXHIBIT 1

**Page 1**

```
1              UNITED STATES DISTRICT COURT

2              WESTERN DISTRICT OF TEXAS

3                    WACO DIVISION

4    SBI CRYPTO CO., LTD., )

5              Plaintiff,  )

6    VS                    ) CIVIL ACTION NO.
                           ) 6:23-cv-252-ADA-JCM
7    WHINSTONE US, INC.,   )

8              Defendant.  )

9    ***********************************************

10            VIDEOTAPED DEPOSITION OF

11            RANDALL VALENTINE, Ph.D.

12               October 24, 2025

13   ***********************************************

14

15

16

17

18

19

20

21   Job No. 601630

22   Pages 1 - 345

23   Stenographically Reported by:

24   Susan S. Klinger, RMR-CRR, CSR

25
```

**Page 2**

```
1

2

3

4                  October 24, 2025

5

6

7        VIDEOTAPED DEPOSITION OF RANDALL VALENTINE,

8    Ph.D., produced as a witness at the instance of

9    the Defendant, and duly sworn, was taken in the

10   above-styled and numbered cause on the 24th of

11   October, 2025, from 9:05 to 5:55, before Susan S.

12   Klinger, RMR-CRR, CSR in and for the States of

13   Texas and California, reported by stenographic

14   method, at Winstead, 2728 North Harwood Street,

15   Dallas, Texas, pursuant to the Federal Rules of

16   Civil Procedure and the provisions stated on the

17   record or attached hereto.

18

19

20

21

22

23

24

25
```

**Page 3**

```
1                A P P E A R A N C E S

2    ON BEHALF OF THE PLAINTIFF:

3        Cory Johnson, Esquire

4        Joshua Sandler, Esquire

5        WINSTEAD PC

6        2728 North Harwood Street, Suite 500

7        Dallas, Texas  75201

8        214.745.5400

9

10   ON BEHALF OF THE DEFENDANT:

11       Robert Slovak, Esquire

12       Brandon C. Marx, Esquire

13       FOLEY & LARDNER LLP

14       2021 McKinney Avenue, Suite 1600

15       Dallas, Texas  75201

16       214.999.3000

17

18   Also Present:

19       Jeff Matthews

20       Melyana Melyana

21       Sedrick Lampkins, videographer

22

23

24

25
```

**Page 4**

```
1                    I N D E X

2

3    WITNESS                                PAGE

4    RANDALL VALENTINE, Ph.D.

5    EXAMINATION BY MR. SLOVAK                 6

6

7                  E X H I B I T S

8    No.          Description

9    Exhibit 51  Valentine Initial Expert Report    9

10   Exhibit 52  Summary Calculations             163

11   Exhibit 53  Email, SBIC0005951               177

12   Exhibit 54  Rebuttal Expert Report of        181

13               Jeffrey Matthews

14   Exhibit 55  Email, SBIC0000697               195

15   Exhibit 56  Balance Sheet, SBIC0005819       208

16   Exhibit 57  Email, WHIN_SBI_0004642          249

17

18               Previously marked

19   Exhibit 1                                    234

20   Exhibit 4                                    191

21   Exhibit 6                                    200

22   Exhibit 33                                   247

23   Exhibit 43                                   170

24

25
```

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

---

**5**

1    P R O C E E D I N G S
2        VIDEOGRAPHER:  Here begins Media Number 1
3  in the videotaped deposition of Dr. Randall
4  Valentine in the matter of SBI Cryptocurrency Co.,
5  Ltd. v. Whinstone US, Inc., in the United States
6  District Court for the Western District of Texas,
7  Waco Division, Case Number 6:23-cv-252-ADA-JCM.
8        Today's date is October 24th, 2025.  The
9  time on the video monitor is 9:05 a.m.  The
10  videographer today is Sedrick Lampkins,
11  representing Planet Depos.  The videotaped
12  deposition is taking place at 2728 North Harwood
13  Street, Suite 500, Dallas, Texas, 75201.
14        Would counsel please voice-identify
15  themselves and state whom they represent.
16        MR. SLOVAK:  Rob Slovak and Brandon Marx
17  of Foley & Lardner on behalf of Whinstone USA.
18  Along with us is Jeff Matthews and -- Melyana,
19  what's your last name?
20        MS. MELYANA:  Melyana.
21        MR. SLOVAK:  Melyana Melyana.
22        MR. JOHNSON:  Cory Johnson and Josh
23  Sandler of Whinstone PC here on behalf of SBI
24  Crypto, the plaintiff.
25        VIDEOGRAPHER:  The court reporter today is

**6**

1  Susan Klinger, representing Planet Depos.
2        The witness will now be sworn.
3        RANDALL VALENTINE, Ph.D.,
4  having been first duly sworn testified as follows:
5        EXAMINATION
6  BY MR. SLOVAK:
7     Q  Good morning, Mr. Valentine.
8     **A  Good morning.**
9     Q  Can you introduce yourself to the jury,
10  please?
11     **A  Sure.  My name is Dr. Randall Valentine.**
12  **I am -- I have been retained as an expert witness**
13  **in this case.  Previously my background**
14  **information, I have both a master's degree and a**
15  **Ph.D. from Mississippi State in statistics and**
16  **finance respectively.  I also hold graduate**
17  **certificates in artificial intelligence and**
18  **financial technology from the Wharton College of**
19  **Business.**
20     Q  And, Mr. Valentine, you've served as an
21  expert witness in the past?
22     **A  I have.**
23     Q  Okay.  And I want to talk about some of
24  the specific cases where you've listed as
25  testimony, but I assume in that because you have

**7**

1  testified before, that you've actually given
2  depositions before?
3     **A  I have.**
4     Q  Okay.  Are you aware of anything that
5  would interfere with your ability to answer
6  questions truthfully and accurately here today?
7     **A  No.**
8     Q  I'll do my best to try to let you finish
9  your answers if you'll do your best to let me
10  finish my questions, so that we're not talking
11  over one another.  Can we have that agreement?
12     **A  Absolutely.**
13     Q  If you don't understand something, just
14  ask for clarification.  I'll be happy to clarify.
15  I think you probably know that you're not some
16  kind of prisoner here today.  You can take breaks
17  as necessary as long as there's not a pending
18  question.  I'll take breaks from time to time.
19        Any questions about --
20     **A  No.**
21     Q  -- before we proceed?
22     **A  No.  I'm fine to proceed.**
23     Q  Okay.  I'm going to use some terms here
24  today.  The plaintiff in this case is SBI Crypto
25  Limited.  If I refer to them as SBI, will we be

**8**

1  speaking the same language?
2     **A  I would appreciate clarification, because**
3  **SBI is the parent company of SBI Crypto, and SBI**
4  **Crypto is one of the subsidiaries.  If you could**
5  **refer to them as SBI Crypto, please, I think that**
6  **would be helpful for clarification.**
7     Q  Okay.  Well, let me ask a slightly
8  different question.
9        Is there some reason why you care about
10  the differentiation between the corporate
11  structure for the purposes of your analysis?
12        MR. JOHNSON:  Objection, form.
13     **A  It would -- it would just basically depend**
14  **on the nature of your question, but if I need a**
15  **clarification or need further clarification, I**
16  **will ask.**
17     Q  Well, did you do any examination of the
18  corporate structure of the SBI entities?
19     **A  I have looked over SBI's financial**
20  **statements, as they are a publicly-traded company**
21  **on the Tokyo Stock Exchange in Japan, yes.**
22     Q  Okay.  You reviewed the holding company's
23  financial statements; is that what you're saying?
24     **A  That is correct.  I've reviewed both --**
25  **both sets of financial statements.**

**9**

1    Q  Why don't you take a look at your -- do
2  you have a copy of your report in front of you?
3  Is that -- is that what that is?
4    **A  I do have a copy, yes.**
5    Q  Okay.  Is that -- that's the March report?
6    **A  That is a report dated March 25th, that's**
7  **correct.**
8    Q  Okay.  And so before -- let's start
9  with -- go to page 27 of that report.
10    MR. SLOVAK:  And we'll mark that as
11  Exhibit 51.
12    (Exhibit 51 marked.)
13    Q  So if we're looking at the same document,
14  page 27 should be prior case testimony for the
15  previous four years; is that correct?
16    **A  That is correct.**
17    Q  Okay.  And let's talk about these cases
18  for a second.  Some of them list cause numbers;
19  some of them don't.  Are any of these cases
20  federal cases?
21    **A  To answer your question, yes and no.  The**
22  **Mjad versus Rekor, that was a Department of Labor**
23  **case, which, I guess, would technically fall under**
24  **federal jurisdiction.  All the rest of the cases I**
25  **do believe are state cases.**

**10**

1    Q  Okay.  Have you served as an expert
2  witness in any federal district court cases?
3    **A  Yes.**
4    Q  Okay.  And so you're familiar Rule 26 of
5  the Federal Rules of Civil Procedure?
6    MR. JOHNSON:  Objection, form.
7    **A  Could you be specific with Rule 26 and**
8  **what you mean?**
9    Q  Sure.  What's required of an expert in
10  terms of disclosures under Rule 26 of the Federal
11  Rules of Civil Procedure.
12    **A  Yes.**
13    Q  You're familiar with --
14    MR. JOHNSON:  Objection, form.
15    Q  And you understand that that rule requires
16  you to disclose all the documents that you relied
17  upon in formulating your opinions?
18    MR. JOHNSON:  Objection, form.
19    Q  You can answer.
20    **A  Yes, I am aware I have to disclose all the**
21  **documents relied upon.**
22    Q  Okay.  So take a look at Appendix B on
23  page 28.
24    First of all, Exhibit 51, who drafted it,
25  the report?

**11**

1    **A  Could you be specific with Exhibit 51?**
2  **What -- which of these items are you referencing?**
3    Q  I'm asking generally.  Exhibit 51 is your
4  report dated March the 28th of 2025.  Who drafted
5  it?
6    **A  I did.**
7    Q  Okay.  Did anyone else work with you to
8  draft the report?
9    **A  The report is mine, but, of course, I,**
10  **like in any other case, conferred with the**
11  **clients, conferred with counsel, and -- but the**
12  **report is my report.**
13    MR. SLOVAK:  Okay.  I'm going to object as
14  nonresponsive.
15    Q  My question was, did anyone else draft --
16  work on drafting the report?
17    **A  I would refer back to my previous answer.**
18  **The report is mine, but just like the other case,**
19  **I did refer certain questions and clarifications**
20  **to the clients and to counsel.**
21    Q  Okay.  Then let me be more specific,
22  because you don't like my question.
23    Did -- the --
24    MR. JOHNSON:  Objection.
25    Q  -- the actual words on the page, did

**12**

1  anyone else have a role in typing out the words
2  that are on any of the pages in Exhibit 51, sir?
3    MR. JOHNSON:  Objection, form.
4    **A  As I previously stated my answer, the work**
5  **is mine.**
6    Q  Okay.  I understand that, sir, but did you
7  type it yourself?
8    **A  That is correct, I typed it myself.**
9    Q  Okay.  Did anyone edit the report?
10    **A  I'm sorry, I don't understand the form of**
11  **your question.**
12    Q  What part of it -- do you understand what
13  it means to edit a report?
14    **A  I understand what you're asking, but**
15  **you're asking about editorial comments.  Did**
16  **someone just take a redline and start Xing things**
17  **out?  No.**
18    Q  No.  I'm asking --
19    **A  However, did I confer, as I previously**
20  **stated, with counsel and with the clients, and**
21  **obviously I did need points of clarification, and**
22  **I did have input from them.**
23    Q  Okay.
24    **A  All that being said, I was the one who**
25  **wrote the report.**

**13**

1  Q  Did you receive redline comments from
2  anyone, sir?
3      MR. JOHNSON:  Objection, form.
4  **A  Again, I would go back to my previous**
5  **testimony.  I did confer with counsel.  I did**
6  **confer with the clients.  And I did get**
7  **constructive comments from them where I needed**
8  **them, yes.**
9  Q  Okay.  Understand.  Did you get redlines?
10     MR. JOHNSON:  Objection, form, asked and
11 answered.
12  Q  You know what a redline is, right, sir?
13     MR. JOHNSON:  Objection, form, asked and
14 answered.
15  **A  Yeah, it's been asked and answered.  I**
16 **would refer back to my previous answer where I**
17 **said I did confer with counsel, with the client.**
18  Q  With all due respect, sir, you --
19     (Unreportable crosstalk.)
20     COURT REPORTER:  One at a time, please.
21  Q  With all due respect, sir, you haven't
22 answered my question.  Do you know what a redline
23 in -- well, did you use Microsoft Word to type
24 your report, sir?
25  **A  Yes.**

**14**

1  Q  Okay.  Did you receive redline comments
2  from anyone in Microsoft Word to your report, sir?
3  **A  As I have --**
4      MR. JOHNSON:  Objection, form.
5  **A  As I have previously stated, counsel and**
6  **the clients I did confer with on this report.**
7  **They absolutely did have comments on the report.**
8  **It was comments that I needed clarification from**
9  **for certain points.**
10  Q  Okay.  Did the client -- when you say you
11 conferred with the client, who at the client did
12 you confer with, sir?
13  **A  At SBI Crypto I have spoken with Nick**
14 **Vitalis, Jonathan Tanemori, and Carson Smith.**
15  Q  Okay.  On how many occasions did you speak
16 with Carson Smith?
17  **A  Prior to the drafting of this report,**
18 **probably about a -- I would say 10 or 12 times**
19 **approximately.**
20  Q  Okay.  And were those conversations by
21 telephone, by video, or in-person?
22  **A  All the conversations I've had with Carson**
23 **Smith were on -- and with Nick Vitalis and with**
24 **Jonathan Tanemori were on Zoom with counsel**
25 **present.**

**15**

1  Q  Okay.  Did you take notes of those
2  conversations?
3  **A  Specifically item-by-item, no, I did not**
4  **take notes, but as we went along, I was making**
5  **edits, revisions, and, you know, obviously doing**
6  **stuff as we went along.**
7  Q  And I understand your testimony about
8  consulting with the clients about the content of
9  the report.  My question to you very literally is,
10 were any of the words in the report authored by
11 any representatives of the client themselves?
12     MR. JOHNSON:  Objection, form.
13  **A  I've already previously answered this.**
14 **All the work in the report is mine.**
15  Q  That's a different question.  You're
16 answering a different question than I asked, sir.
17     Did anyone provide to you specific
18 language, transmitting it by email or by word,
19 that you used as the specific language in any
20 portion of your report, sir?
21  **A  As properly cited in my report, there are**
22 **various things including the Hosting Agreement,**
23 **the sales contracts and the actual claim itself**
24 **that I've used excerpts of those things in my**
25 **report, but they're all properly cited.  That's**

**16**

1  **why I kind of reject a little bit of the premise**
2  **of your question, is every single word original**
3  **thought of mine, well, no, I obviously, like any**
4  **other case, have cited to relevant documents that**
5  **are within the case.**
6  Q  I understand and I'm not trying to be
7  obtuse, sir.  I'm just asking you, did somebody
8  write any portion of it for you?
9      MR. JOHNSON:  Objection.
10  Q  Did somebody send you a paragraph?  Did
11 they send you specific language that you
12 incorporated into any portion of your report?
13     MR. JOHNSON:  Objection, form.
14  **A  And I'm just trying to be helpful here and**
15 **try to clear this up.  Again, when I say that all**
16 **the work is mine, all the work is mine.  I did**
17 **cite to other things in here that are properly**
18 **cited within this document.  I did write all the**
19 **words in here that are not part of anything else**
20 **that's already in discovery and part of the**
21 **discoverable document.  If you're asking did**
22 **somebody ghostwrite this for me, the answer is no.**
23  Q  Okay.  And I didn't ask if somebody
24 ghostwrote the whole thing.  I'm just asking if
25 anybody ghostwrote any portion of it for you?

**17**

1      MR. JOHNSON: Objection, form, asked and
2 answered.
3      Q You can answer.
4      **A Yeah. And again, I would defer to my**
5 **previous answer. I feel like I've already**
6 **answered that question.**
7      Q Okay. So take a look at Appendix B, which
8 is on page 20 in Exhibit 51. You've identified a
9 list of documents considered. Did you intend this
10 list to be complete at the time that you've issued
11 your report in conjunction with Federal Rule of
12 Civil Procedure 26, sir?
13      MR. JOHNSON: Objection, form.
14      **A To the best of my recollection, this would**
15 **be the list of all the documents I used. As**
16 **you're familiar, there's over 2,000 documents, the**
17 **best of my count, that are in this case.**
18      Q Understand.
19      **A The best I can recall, this is what I**
20 **used. There may be other documents I looked at**
21 **and considered that aren't part of this list, but**
22 **because there are so many documents in this case.**
23      Q Okay. But you intended this Appendix B,
24 at the time that you disclosed your report on
25 March the 28th of 2025, to be consistent with your

**18**

1 obligations as an expert witness under Federal
2 Rule 26, right, sir?
3      MR. JOHNSON: Objection, form.
4      **A Yes, I do consider this to be a complete**
5 **list. I would refer back to my earlier answer, to**
6 **the best of my recollection, this was all the**
7 **documents considered subsequently since the**
8 **initial report. There have been a number of**
9 **documents that have been admitted into discovery**
10 **and as well as deposition testimony that also has**
11 **changed things.**
12      Q What depositions have you reviewed?
13      **A I have reviewed every single deposition in**
14 **this case.**
15      Q Okay. And by every single deposition in
16 this case, what specific individuals do you recall
17 reading?
18      **A Everybody from all the SBI people, Nick**
19 **Vitalis, Jonathan Tanemori, Carson Smith, Peters,**
20 **Byers, the one from last week and I can't recall**
21 **the name off the top of my head.**
22      Q Okay. And why didn't you identify in the
23 list of documents considered, the depositions that
24 you had read?
25      MR. JOHNSON: Objection, form.

**19**

1      **A I'm sorry, could you restate your**
2 **question?**
3      Q Sure. Appendix B, Exhibit 51, the list of
4 documents considered, it does not identify a
5 single deposition that you reviewed?
6      MR. JOHNSON: Objection, form.
7      Q Why not?
8      MR. JOHNSON: Objection, form.
9      Q Do you understand my question, sir?
10      **A I do understand.**
11      MR. JOHNSON: Objection, form.
12      Q Appendix B doesn't list any depositions,
13 right, sir?
14      **A Well, your initial question, sir, was "did**
15 **I read or review any of the deposition**
16 **transcripts?"**
17      Q I'm not asking that question. We're past
18 that. So my question to you is why does Appendix
19 B not identify any depositions, sir?
20      MR. JOHNSON: Objection, form.
21      **A The reason is is because I have read**
22 **through those documents. However, those are not**
23 **the documents I relied upon in order to do my**
24 **financial analysis in this case.**
25      Q That's fine.

**20**

1      **A So I wanted to narrow the field because,**
2 **again, there's over 2,000 discoverable documents**
3 **in this case. I wanted to narrow the field to**
4 **what I specifically relied on in the calculation**
5 **of my damages model.**
6      Q Okay. I will take that answer.
7      Looking back to the prior page in Exhibit
8 51, on page 27. The cases that are identified as
9 prior case testimony, are any of these cases ones
10 where you actually testified at a trial?
11      **A Yes.**
12      Q Which one?
13      **A Majd vs. Rekor, Chadhuri vs. Rekor, Squiri**
14 **vs. Shultz, Mitchell Kent Fox and Lynd vs. Lynd,**
15 **all depositions and court testimonies.**
16      Q So the Majd vs. Rekor, Lynd vs. Lynd,
17 Squiri v. Shultz and what was the other one, the
18 last one?
19      **A Chadhuri vs. Rekor.**
20      Q And the Majd vs. Rekor, was it a
21 Department of Labor case you said?
22      **A That's correct.**
23      Q Did you testify as a fact witness or an
24 expert witness?
25      **A An expert witness.**

21

1    Q  Okay.  And what was the subject matter of
2  your testimony?
3    A  It was --
4    Q  Generally, I don't need --
5    A  Yeah, yeah.
6    Q  -- great detail.
7    A  Absolutely.  It was a wrongful termination
8  case involving financial engineers that were
9  allegedly wrongfully terminated from Rekor, and I
10  was doing damage modeling calculation based on a
11  number of factors in that case.
12    Q  Were crypto assets involved in that case?
13    MR. JOHNSON:  Objection, form.
14    I'm sorry, can you tell me where you're
15  reading from again?  I just didn't catch it.
16    MR. SLOVAK:  I'm reading from his expert
17  report.
18    MR. JOHNSON:  No, I meant, what page?
19    MR. SLOVAK:  Page 27, his list of
20  testimony, page 27.
21    MR. JOHNSON:  Thank you.
22    Q  Were crypto assets involved in this case,
23  sir?
24    A  No.
25    Q  The trial of Lynd vs. Lynd, what was that

22

1  case about, sir?
2    A  It was a divorce case where crypto assets
3  were involved.
4    Q  Where crypto assets were involved?
5    A  That was the major point of contention in
6  the divorce case, yes.
7    Q  Okay.  And what work did you perform with
8  respect to crypto assets in that case, sir?
9    A  So in this particular case, the wife in
10  the case was who divorced the husband in the case
11  who I represented.  She had accused the husband of
12  basically laundering over $400,000 in crypto
13  assets.
14    So what I did in that case was I did a
15  full forensic analysis of exactly all the crypto
16  transactions.  I did KYC requests, Know Your
17  Customer requests on all the wallets to identify,
18  if possible, who are the owners of the wallets,
19  where all the money went, and basically doing an
20  analysis to show that no money laundering had
21  taken place and that all the assets had been fully
22  accounted for.
23    Q  How did you perform that full forensic
24  analysis?
25    A  So in the crypto world, what you're

23

1  dealing with is a set of, on one hand, very
2  complete information, on the other hand, it's
3  information that lacks identity.
4    So the way I would explain it to someone
5  who is a layperson that doesn't really understand
6  crypto, if you go on the blockchain I can see
7  every single transaction that has happened.  I can
8  see that it went from address A to address B.
9  However, the problem is, is that it would be like
10  if I opened up every Wells Fargo account and gave
11  it to you, but there was no identifying
12  information other than account numbers.  You don't
13  know who owns the account, you don't know where
14  the money went to as far as ownership, but you can
15  see the flow of funds in and out of an account.
16    So what you're able to do is to piece
17  together partial information based on
18  publicly-available information that is in the
19  blockchain.  And when you get into the blockchain,
20  what you can do is see okay, it went from account
21  A to account B to account C to account D.  Well,
22  the question is we don't know who owns account B,
23  C and D.
24    One of the things you can do is file
25  what's called a KYC or a Know Your Customer

24

1  request.  So any US-based institution, most
2  notably there would be Coinbase, Robin Hood,
3  somewhere like that, they are required by law to
4  comply with KYC requirements.  KYC requirements
5  are enacted at a federal level to ensure against
6  things like money laundering or to make sure that,
7  you know, we're not sending money to the cartel or
8  to ISIS or to some terrorist group.
9    So in this case what I did was I performed
10  a series of KYC requests to show that okay, what
11  the allegations in the case were, was the money
12  went from Mr. Lynd's crypto wallet to another
13  wallet that subsequently was owned by Mr. Lynd and
14  through a series of KYC requests we were able to
15  show, no, it did not go to any other individual
16  owned by Mr. Lynd.
17    And then in the full forensics, what I was
18  able to show was that the allegations in the case
19  were that Mr. Lynd, in 2022 if I recall correctly,
20  I may not be exactly right on the date but
21  somewhere around that time range, had invested
22  approximately $18,000 into cryptocurrency.  And
23  the allegations in this case is that it somehow
24  magically went to over 400,000 in crypto in the
25  midst of a down market.

---

25

1    And so what I was able to do forensically
2  is put it together and do a probabilistic analysis
3  to show that that didn't happen.
4    Q Did you trace any of the crypto back to
5  the reward at the coin-based level?
6    MR. JOHNSON: Objection, form.
7    A To answer your question, coin-based
8  rewards are something you see very frequently when
9  you're doing blockchain tracing. It's not
10  unusual --
11    Q That's not the question.
12    A -- at all.
13    MR. JOHNSON: Let him finish answering his
14 question.
15    MR. SLOVAK: I'm just going to object as
16 nonresponsive. Withdraw the question.
17    Q Did you trace any of the transactions in
18 the Lynd case back to the actual reward of the
19 bitcoin?
20    MR. JOHNSON: Objection, form.
21    A To answer your question, there was bitcoin
22 mining that was involved in the case that was part
23 of the bitcoin that was owned and the other
24 cryptocurrencies that were owned. So, yes,
25 coin-based rewards were part of this.

---

26

1    Q That's not what I asked. I asked, did
2  you --
3    MR. JOHNSON: Let him --
4    Q -- trace it back to the origination of the
5  reward to identify the -- where the reward --
6  reward originated from?
7    MR. JOHNSON: Let him finish his answers,
8  please.
9    A And, again, I'm just trying to be as
10 helpful and clear as possible, because I know
11 cryptocurrency is a very --
12    Q Being helpful is --
13    A -- complicated --
14    MR. JOHNSON: Do not cut off the witness.
15    Q Being --
16    MR. JOHNSON: Do not cut off the witness.
17    MR. SLOVAK: Don't yell at me.
18    MR. JOHNSON: I'm just saying --
19    MR. SLOVAK: I will get the -- I'll get
20 the judge on the phone.
21    MR. JOHNSON: I was very -- I'm always
22 respectful to y'all's witnesses, and I let them
23 talk, and I'm not going to let you harass this
24 witness.
25    MR. SLOVAK: I'm not harassing the

---

27

1  witness.
2    MR. JOHNSON: Let him finish -- I'm
3  putting it on the record you're not letting him
4  finish --
5    MR. SLOVAK: He's not -- okay. Go ahead.
6  He's not answering the question I'm asking, so
7  I'll withdraw that question and ask a new one.
8    Q My question to you very specifically, sir,
9  is, in that case, did you trace any of crypto back
10 to the reward to determine who generated the
11 reward?
12    MR. JOHNSON: Objection, form.
13    A And, again, what I was attempting to
14 explain, and I'm trying to be as clear as
15 possible, when you're doing a forensic analysis of
16 cryptocurrency tracing, in this case, this
17 particular Lynd versus Lynd case, I pulled
18 thousands of addresses, wallets, and transaction
19 history.
20    If you're asking a specific question of,
21 you know, a year or two ago, do I recall
22 specifically a coin-based transaction, it's very
23 probable that that happened. I can't recall
24 specifically that particular instance because,
25 again, that wasn't the exact focus of what I'm

---

28

1  doing. But it would not be unusual at all to see.
2    I cannot tell you with 100 percent
3  certainty it did or didn't, but based on
4  probabilities, it's pretty likely.
5    Q Okay. As you sit here today, do you
6  recall tracing in that case the origin of any
7  specific reward in order to identify who generated
8  the bitcoin reward? It sounds like it wouldn't
9  have been necessary in that case, but I'm just
10 asking the question, sir.
11    A I understand --
12    MR. JOHNSON: Objection, form.
13    A And I understand the question, and I'm
14 trying to be as clear and as helpful as possible
15 in the answer. What I'm trying to say is there
16 were thousands of transactions that I had analyzed
17 in that case. It is very probable that coin-based
18 rewards were involved.
19    Do I specifically recall, in all the
20 thousands of transactions, that I can tell you
21 with 100 percent certainty there were incidents of
22 coin based? I can't, but I can tell you based on
23 my professional experience and having analyzed and
24 done forensic analysis of a lot of different
25 blockchain transactions, it's highly probable.

---

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

29

1  Q Okay. The case of the Squiri or Squiri
2  versus Shultz, is that a federal case or a state
3  case?
4  A State case.
5  Q Okay. And there were crypto assets
6  involved in that case?
7  A Indirectly.
8  Q What do you mean?
9  A That case was a personal injury case where
10 a gentleman was injured in an automobile accident.
11 Mr. Squiri. Mr. Squiri is a fintech app developer
12 including apps that involve cryptocurrency. What
13 I was doing in there is Mr. Squiri unfortunately
14 suffered traumatic brain injury as a result of the
15 accident.
16     So what I had to go in there and do was
17 value what all of his assets were worth, which did
18 include cryptocurrency, cryptocurrency apps, and
19 other financial technology apps that were being
20 developed by Mr. Squiri at the time.
21 Q Crypto apps?
22 A Yes, that's correct.
23 Q Okay. But not valuing crypto itself?
24 A That's not exactly correct. So when
25 you're dealing with a crypto-based app, there a

30

1  lot of times are different rewards, incentives
2  that are all paid out in crypto. So there is a
3  crypto valuation element that is involved in
4  everything like that.
5  Q Okay. And so were you valuing
6  cryptocurrency itself in the Squiri case --
7     MR. JOHNSON: Objection --
8  Q -- sir?
9     MR. JOHNSON: Objection, form.
10 A It was part of the analysis that -- I had
11 to do a full business valuation of exactly what
12 Mr. Squiri's business was worth. Part of that did
13 include cryptocurrency and crypto rewards that did
14 need to be valued.
15 Q Understand. The case of Lynd versus Lynd
16 in Nebraska, is that a state court or a federal
17 court case?
18 A That was a state court case.
19 Q Okay. The Chadhuri versus Rekor case, is
20 that state or federal?
21 A That was the Department of Labor case.
22 Q Okay. And were you an expert in that
23 case?
24 A I was.
25 Q Okay. And by the way, were you an expert

31

1  in all of these cases listed?
2  A Yes.
3  Q Okay. And what was at issue in the
4  Chadhuri versus Rekor case?
5  A It was a wrongful termination suit that
6  involved a financial engineer that was, again,
7  developing fintech engineer of apps and doing other
8  things related to that.
9  Q Did you have to value any cryptocurrency
10 in that case?
11 A It did not specifically involve
12 cryptocurrency.
13 Q The Waller versus McNeil case in
14 California, is that state or federal?
15 A That is a state court case.
16 Q What was the nature of your work in that
17 case?
18 A That case is ongoing. That was a
19 deposition that I did. It is a mortgage fraud
20 case that does not have anything to do with
21 cryptocurrency.
22 Q What about the Estate of Mitchell Fox,
23 what is that case about?
24 A So Mitchell Kent Fox unfortunately passed
25 away in an automobile accident. He had no will.

32

1  Mr. Fox owned close to seven figures in various
2  cryptocurrency accounts that were across, to the
3  best of my recollection, probably over a dozen
4  platforms, including platforms that were located
5  both domestically and internationally.
6     And what I had to do, again, was a full
7  forensic analysis of what exactly Mr. Fox owned
8  and then try to retrieve the assets for the heirs
9  of his estate, which were his children.
10 Q Did you testify at a deposition in that
11 case?
12 A I testified both at a deposition and a
13 trial.
14 Q Okay. I'm sorry. I missed that one in
15 the earlier -- that I had asked about trial. When
16 did the trial take place, if you recall?
17 A To the best of my recollection, it was
18 2024. I would have to look up the exact date, but
19 it was in 2024.
20 Q Understood. Oliver versus Independent
21 Bank, that's a Texas case. Is that state court?
22 A That was state court.
23 Q Were you an expert in that case?
24 A Yes.
25 Q Did you testify at trial?

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

---

33

1    A  It was a deposition only.
2    Q  What was the nature of your work in that
3  case?
4    A  It was settled shortly after my
5  deposition.  I was an expert in that case.  That
6  case was a case that involved wire fraud.
7    Q  And what was your role?
8    A  I was an expert witness.  If you want
9  the -- just a short summary of the case --
10   Q  Yeah, I would like a short understanding
11 of what your expert work involved, if that's okay.
12   A  Of course, I'd be happy to clarify.  So in
13 the case, Mr. Oliver was a senior that was
14 undergoing chemotherapy at the time of this
15 incident and not -- according to other experts in
16 the case -- I'm obviously not a neurologist or
17 psychologist, but was impaired clearly.  You could
18 see someone going through chemotherapy and,
19 without being a physician, know they're impaired.
20      What happened was someone hacked into his
21 computer remotely, gained access to his bank
22 account, deposited over a $180,000 into his bank
23 account, what looked like a deposit, and said
24 that, oh, this was done by mistake.  Can you send
25 this back to me?

---

34

1      So he went to his bank and initiated a
2  wire transfer.  The bank in the case did not do
3  what is required by the Bank Secrecy Act, which
4  is -- included in the Bank Secrecy Act is a --
5  federal anti-money laundering statutes within that
6  act saying that anything over $10,000 has to go
7  through an anti-money laundering check to make
8  sure, again, like I had mentioned in previous
9  cases, that the money is not going to a terrorist
10 organization or some other organization that's on
11 some sort of federal or Interpol watch list.
12      So the bank arbitrarily simply sent the
13 wire without doing any AML checks.  And what I was
14 testifying in was that the proper protocol and the
15 AML checks were not strictly followed.
16   Q  And there were -- were there any crypto
17 assets involved in that case, sir?
18   A  That is unclear.  The money -- and let me
19 explain what the situation was.  The money was
20 wired to an account at a Wells Fargo Bank in San
21 Francisco, California that was registered to
22 someone that had apparently died in the Vietnam
23 War.  They did not exist.
24      Shortly after the money was wired into the
25 account, the moment the account was credited, it

---

35

1  subsequently turned into cryptocurrency and then,
2  you know, went on from there.
3    Q  Did you trace the cryptocurrency in that
4  case?
5    A  So I was asked to do an analysis and
6  unfortunately the cryptocurrency in a lot of these
7  cases will go to places like -- and I will use an
8  example because it's well documented in the press,
9  Binance International, not Binance US, which is a
10 different entity, but Binance International is
11 located in Malta and is a well-known hub for
12 international money laundering.  It's kind of
13 like, if you will, the Panama of crypto.
14      And so what you see is when money goes to
15 Binance International, in Malta, you can subpoena
16 them, you can do whatever you want to them,
17 they're pretty much going to tell you to jump in a
18 lake.  You will get a nonresponsive from them.
19      So in that case, unfortunately, the money
20 was just in the wind.
21   Q  Did you write a written report in the
22 Waller vs. McNeil case?
23   A  No.
24   Q  Did you write --
25   A  I have not been asked to yet.

---

36

1    Q  Did you write a written report in the Majd
2  vs. Rekor case?
3    A  Yes, I did.
4    Q  Did you write a written report in the Lynd
5  vs. Lynd case?
6    A  Three.
7    Q  Okay.  Did you write a written report in
8  the estate of Mitchell Fox case?
9    A  Yes.
10   Q  Did you write a written report in the
11 Squiri versus Shultz case?
12   A  Yes.
13   Q  Did you write a written report in the
14 Oliver vs. Independent Bank case?
15   A  Yes.
16   Q  Did you write a written report in the
17 Chadhuri vs. Rekor case?
18   A  Yes.
19   Q  And in Waller vs. McNeil case did you
20 represent the plaintiff or the defendant?
21   A  The plaintiff.
22   Q  In the Majd vs. Rekor case, the plaintiff
23 or the defendant?
24   A  The plaintiff.
25   Q  The Lynd case, plaintiff or defendant?

---

37

1    A  The defendant.
2    Q  The Estate of Mitchell, obviously there is
3  no defendant there?
4    A  Correct.
5    Q  The Squiri versus Shultz case, plaintiff
6  or the defendant?
7    A  The plaintiff.
8    Q  Oliver vs. Independent Bank case?
9    A  The plaintiff.
10    Q  Chadhuri case?
11    A  Plaintiff.
12    Q  Have you ever represented a entity that
13  mines its own cryptocurrency --
14    MR. JOHNSON:  Objection, form.
15    Q  -- before this case?
16    MR. JOHNSON:  Objection, form.
17    A  Yes, it's currently not on my deposition
18  testimony because I have done several reports and
19  it's ongoing cases but yes, there are two
20  different entities in crypto cases where I am
21  representing the defendant.
22    Q  Who are those entities?
23    A  One would be Citizens Bank of Louisiana,
24  which subsequent to this testimony I did do a
25  deposition in that case.

38

1    Q  Okay.  And what's at issue in that case?
2    A  An individual is suing Citizens Bank of
3  Louisiana claiming that cryptocurrency was stolen
4  from his house and he is trying to claim it under
5  his homeowners insurance policy.
6    Q  Have you written an expert report in that
7  case?
8    A  I have.
9    Q  You said there was a second case where you
10  represented a defendant?
11    A  Yes.
12    Q  That -- and maybe -- well, keep going,
13  tell me the second case.
14    A  It's Nexo is the company.  Nexo
15  Incorporated.
16    Q  Okay.  What is the nature of that case,
17  sir?
18    A  And there are many lawsuits involving
19  this, because it's not a class action, but there
20  are multiple lawsuits with the same underlying
21  thing.
22    Q  Okay.
23    A  Nexo is a crypto trading platform
24  analogous to Coinbase or Robin Hood or something
25  like that.  The allegations in the case that

39

1  what happened was similar to trading in accounts
2  just like you would any stock account like at
3  Fidelity or E-Trade or Vanguard or anything like
4  that.  They allow margin trading, which margin
5  trading means that you can essentially borrow
6  money against the value of your assets.  This is
7  commonly done in stock accounts.
8    So what happened is several years ago,
9  when crypto was in a down market, there were a
10  group of individuals that invested on margin.  The
11  market took a significant downturn, they ended up
12  losing essentially most or all of their money in
13  some cases.  And the lawsuit is basically alleging
14  that Nexo did a breach of contract because of
15  certain elements in the contractual element that
16  they feel violated and constituted a breach of
17  contract.
18    Q  Okay.  And maybe the premise of my
19  question was somewhat confusing and I appreciate
20  you told me about these other two cases.
21    In this case, you represent SBI Crypto,
22  right?
23    A  That's correct.
24    MR. JOHNSON:  Objection, form.
25    Q  And you understand that SBI Crypto mines

40

1  cryptocurrency, including bitcoin, right, sir?
2    MR. JOHNSON:  Objection, form.
3    A  Yes.
4    Q  Is that a yes?
5    And my question to you is, have you
6  represented any other company that actually mines
7  its own cryptocurrency, like, where your work
8  involved valuing any part of the cryptocurrency
9  that they mined?
10    A  Yes, sir, I understand your question.  If
11  you refer back to my testimony list, both Lynd vs.
12  Lynd, the Estate of Mitchell Kent Fox and Squiri
13  cases all did involve mining crypto.  In addition,
14  the Nexo case that I referred to, Nexo actually
15  not only mines their own crypto, they have their
16  own crypto token.
17    Q  And does your work involve valuing the
18  crypto that they have mined?
19    A  Yes, sir, it does.
20    Q  Okay.  But you didn't value the crypto
21  that Ms. Lynd -- or Mr. Lynd mined, right, sir?
22    MR. JOHNSON:  Objection, form.
23    A  Yes, part of my duties were to value the
24  crypto assets involved --
25    Q  I understand.

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

41

1   A -- for the purposes of the divorce
2   litigation.
3       Q So you and I, I think, are kind of
4   speaking past each other.  I'm not asking about
5   the value -- I've moved past the valuation of the
6   crypto assets generally, we've talked about that.
7       What I'm asking is in this case you're
8   purporting to provide some value of crypto assets
9   mined or that you say should have been mined by
10  SBI Crypto, right, sir?
11      MR. JOHNSON:  Objection, form.
12      A Would it be all right if I repeated your
13  question to you because I'm not sure I understand
14  the scope of your question?
15      Q Well, I --
16      A Is it okay if I repeat back --
17      Q I can just reask you the question.
18      A -- to clarify?
19      Q In this case, right, you were purporting
20  to provide an analysis of lost profits for what
21  you say was crypto that SBI would have mined but
22  for some conduct of Whinstone, right, sir?
23      MR. JOHNSON:  Objection, form.
24      A Yes, if not for the alleged conduct of
25  Whinstone, correct.

42

1       Q Have you performed an analysis of lost
2   profits for a cryptominer company similar to that
3   here, before this engagement, sir?
4       MR. JOHNSON:  Objection, form.
5       A So if I'm understanding your question
6   correctly, I've already identified the cases that
7   involved cryptomining.  I assume -- and I'm trying
8   to get this straight, is your question have I
9   valued the damage of crypto that was mined or
10  crypto that otherwise would have been mined but
11  for the actions?
12      I'm not sure I understand your question.
13      Q That's my question and have you done that
14  in any case other than this one, sir?
15      A Okay.  So valuing crypto that may be
16  mined, yes, I have done that --
17      Q Have you --
18      A -- on several different cases.  If you're
19  talking about valuing crypto in the but-for world,
20  to answer your question, the Nexo case does
21  involve a lot of elements of that, because Nexo
22  again has their own token.  And part of their
23  incentive and rewards program for having an
24  account there and having access to a margin
25  trading account was customers were paid with

43

1   crypto that was mined by Nexo's own token.
2       So the allegations in the suit was that
3   well, if it weren't for this breach of contract
4   and we hadn't been wiped out, we were entitled to
5   this bitcoin that otherwise would have been mined
6   if not for the allegations in this case.
7       So it's -- I understand your question, but
8   the cryptocurrency is a -- it's not a vanilla
9   world where everything is one size fits all,
10  there's a lot of different varieties of what you
11  are talking about.  So I hope that was helpful in
12  answering your question.
13      Q Well, it didn't actually answer my
14  question, but I'm going to try to be as specific
15  as possible.  Have you represented any other
16  entity that mines its own crypto and performed a
17  but-for lost profits analysis of the value of the
18  crypto that that company was mining?
19      MR. JOHNSON:  Objection, form.
20      A Yeah, and I'm trying to be as helpful as
21  possible, I'm trying to articulate and describe
22  the answer because I realize this is a very
23  complicated subject and most of the people in the
24  room are not crypto experts.
25      What I'm saying is that yes, elements of

44

1   that case are definitely involved in Nexo.  Where
2   crypto mining is involved and lost profit analysis
3   based on crypto that would have been mined and
4   would have been transferred to other entities is
5   involved, but referring back to my previous
6   answer, that's where it's just a little bit
7   different.
8       Q Is it a but-for analysis in the Nexo case?
9       MR. JOHNSON:  Objection, form.
10      A It is a but-for analysis.
11      Q Have you already issued a written report
12  in that case?
13      A I have issued multiple written reports
14  because there are multiple cases involved.  To
15  date -- to date, if I recall correctly, I think
16  I'm up to four.
17      Q Okay.
18      A And I believe I'm working on the fifth, if
19  I recall correctly, but again, I would want to go
20  back and double-check that number prior to.
21      Q Who is the law firm you worked for in the
22  Nexo cases?
23      A It's a -- the law firm I work for is an
24  attorney named Ian Shelton that's out of Houston,
25  Texas.

Transcript of Randall Valentine, Ph.D.    12 (45 to 48)
Conducted on October 24, 2025

45

1     Q  And have you previously worked with
2  representatives of Winstead as an expert witness?
3     A  I have not.
4     MR. JOHNSON:  Objection.
5     Q  Have you done any work in the past for
6  SBI, any of the SBI entities?
7     A  No.  This is the first time I've been
8  retained by SBI in any capacity.
9     Q  Do you represent the plaintiff or the
10  defendant in the Nexo case?
11     A  The defendant.
12     Q  What about the Citizens Bank case?
13     A  The defendant.
14     Q  When were you first engaged for this case?
15     A  If I recall correctly, it was sometime
16  late 2024.
17     Q  Do you have an engagement letter?
18     A  There is an engagement letter.  I don't
19  recall what the date is on the engagement letter.
20     Q  Was the engagement letter with Winstead or
21  with SBI directly?
22     A  Based on what I can recall, the standard
23  engagement letter will obviously name the
24  attorneys and who the client is.  So I believe
25  both would be named in the engagement letter.

46

1     Q  Okay.  Do you still have a copy of that
2  engagement letter, sir?
3     A  I do not have a copy with me here today.
4     Q  Okay.  But you still in -- somewhere your
5  possession, custody, or control, have a copy of
6  the engagement letter?
7     A  I would think so.
8     Q  And your -- who first contacted you about
9  being engaged in this case?
10     MR. JOHNSON:  Objection to form.
11     A  Are you talking about the attorneys or the
12  clients?
13     Q  I don't know, sir.  I'm asking you --
14     A  Yeah.
15     Q  -- who first contacted you about being
16  engaged in this case?
17     A  My first contact in this case was, I
18  believe, Mr. Johnson on behalf of Winstead.
19     Q  Okay.  What opinions were you asked to
20  provide?
21     MR. JOHNSON:  Objection, form.
22     A  So first of all, I would take a little bit
23  of an issue with the wording of your question.  I
24  was not asked to provide opinions.  I'm simply
25  paid for my time and my expertise.

47

1     And when I was retained, the allegations
2  in the lawsuit are that if not in a but-for world
3  of the allegations of fraudulent inducement,
4  fraud, and breach of contract, what would have
5  been the estimate of financial damages if not for
6  the alleged actions of Whinstone in this case?
7     Q  How much have you been paid for your time
8  in this case?
9     A  My hourly rate of $300 an hour is
10  disclosed in my report.  If I recall correctly, so
11  far I've been paid somewhere around probably close
12  to $30,000.
13     Q  Have you kept time records for the time
14  that you spent in this case, sir?
15     A  Yes, sir, I have.
16     Q  Do your invoice -- do you -- have you
17  provided invoices to -- for your time in this
18  case?
19     A  Yes, that's correct.
20     Q  And to whom did you provide those
21  invoices?
22     A  To SBI.
23     Q  And do you still have copies of those
24  invoices in your possession?
25     A  Again, I do not have those in front of me,

48

1  but, yes, I'm sure they exist.
2     Q  Okay.  Is there any time that you have
3  spent on this case for which you have not been
4  compensated?
5     A  Typically speaking, I will bill out at the
6  first of the month and then subsequently be paid.
7  So, I mean, obviously in prep for this deposition
8  and all of that, there's, you know, obviously
9  hours I haven't been paid for, but --
10     Q  Okay.  But prior --
11     A  -- I would -- I would expect to be.
12     Q  Prior to the preparation for this
13  deposition, you were current; is that correct?
14     A  Yes.  Within a reasonable degree of
15  economic certainty, yes.
16     Q  Okay.  And it's your testimony that the
17  cumulative amount you were paid prior to this --
18  preparation for this testimony was roughly
19  $30,000?
20     MR. JOHNSON:  Objection, form.
21     A  And that's to the best of my recollection.
22  Obviously I couldn't cite the exact amount, but
23  that would be the approximate amount, yes, sir.
24     Q  Did anyone else assist you with your
25  analysis of the data to prepare your report in

49

1  this case, sir?
2      A  Yes, sir.  In every single report, I
3  always go back -- I have to do my own
4  calculations, my own data.  And so all the data
5  sources -- I was provided the same thing that is
6  already in discovery that was produced by Carson
7  Smith.
8      However, what I have to do -- and I have
9  to do my due diligence.  I have to go back -- I
10 personally downloaded all the data from Luxor
11 Technologies.  I went back and looked at the
12 Hosting Agreement, the sales agreement, and
13 subsequently would use the numbers that only I was
14 able to download and verify myself.
15     MR. SLOVAK:  I'm going to object as
16 nonresponsive.
17     Q  My question was, did you work with anybody
18 else who assisted you in preparing your report?
19     MR. JOHNSON:  Objection, form.
20     A  So I would go back and reference my answer
21 to the previous question.  Just like with any
22 other case, I obviously had questions and did have
23 to confer with the clients and confer with counsel
24 to get clarification on specific issues.
25     All of the damage analysis was exclusively

50

1  mine.  And if you're asking, the end calculations,
2  did anybody do those end calculations other than
3  me, the answer is no.  But, however, just like I
4  referred to in my previous answer, just like in
5  any other case, I do have to ask questions to get
6  points of clarification and ask about certain
7  things and underlying issues.
8      This case in particular, you're dealing
9  with a publicly-traded company in Japan.  All the
10 financial statements are produced in Japanese.  So
11 as you can imagine, there are points of
12 clarification I have to get, which are a little
13 bit unique to this case that you wouldn't have
14 with US-based firms.
15     MR. SLOVAK:  I'm going to object as
16 nonresponsive.
17     Q  I'm not trying to be obtuse.
18 Mr. Matthews, who is one of our experts in the
19 case, works with Natalie.  She helps him.  Did you
20 have someone other than the client that helped you
21 with any of your work in this case, sir?
22     MR. JOHNSON:  Objection, form.
23     A  No.  The work in this case is exclusively
24 mine.
25     Q  Okay.

51

1      A  I don't have --
2      Q  Did you receive damage models created by
3  Carson Smith as part of your work in this case?
4      MR. JOHNSON:  Objection, form.
5      A  Yeah.  It's my understanding that prior to
6  me being retained, Carson Smith's damage model was
7  submitted in discovery and part of a demand letter
8  that was sent to Whinstone.
9      As I've previously stated in the case, all
10 the calculations are mine.  And, I mean, if you
11 just want a quick factual basis of how you can
12 check this, you can see that how my modeling was
13 setup and the end numbers of my model are
14 significantly different than Carson's.
15     MR. SLOVAK:  I'm going to object as
16 nonresponsive after "Yeah, it's my understanding
17 that prior to me being retained, that Carson
18 Smith's damage model was submitted in discovery
19 and as part of a demand letter that was sent to
20 Whinstone."
21     Q  We'll get out of here a lot more quickly
22 if you'll just answer the question I ask.  Can we
23 have that agreement, sir?
24     MR. JOHNSON:  Objection, form.
25     A  Yes, sir.  I feel I am trying to answer

52

1  your question.  I just --
2      Q  You mentioned that you had talked to
3  Carson Smith on roughly 10 occasions.  Did I get
4  that right?
5      MR. JOHNSON:  Objection, form.
6      A  That I can recall, yes, prior to this
7  report.
8      Q  Okay.  And it's your testimony that you
9  did not take any notes from those conversations?
10     A  Any time I'm using a work product, I am
11 constantly having, you know, something in front of
12 me, be it Word documents, spreadsheets, something
13 like that.  And so typically what I'm doing in a
14 situation like that, rather than making notes, I'm
15 simply making whatever, you know, refinements need
16 to be made in order to, you know, keep the ball
17 rolling and keep the report and the spreadsheets
18 moving in the right direction.
19     If you're asking specifically am I just,
20 on a notepad, taking notes, no, I don't have that,
21 but obviously I'm not just sitting there and, you
22 know, inactively listening while doing nothing.
23     Q  Do you have workpapers that you have kept
24 in connection with your work in this case?
25     MR. JOHNSON:  Objection, form.

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

---

53

1   A The end work product that I had prior to
2 this initial report has all been admitted in
3 discovery.
4   Q I don't really know what admitted in
5 discovery means, so let me dig into that.
6      Have you provided all of your workpapers
7 to counsel in this case?
8      MR. JOHNSON: Objection, form.
9   A Yeah. To answer your question, all of the
10 end work products have been provided to counsel.
11   Q I didn't ask about the end work product.
12 You -- every time I ask you a question, you change
13 the question. So let's try to just focus on my
14 question.
15      Did you provide your workpapers to counsel
16 in the case?
17      MR. JOHNSON: Objection, form.
18 Workpapers --
19   Q Not your end work product.
20      MR. JOHNSON: Workpapers can mean a lot of
21 things. I think this --
22      MR. SLOVAK: Stop talking. Okay? If --
23 your objection will be form.
24      MR. JOHNSON: Okay.
25      MR. SLOVAK: If I want the basis for your

---

54

1 objection, I'll ask for it. Okay? Thank you.
2   A Yeah. And I, again, just trying to be
3 helpful here. I don't understand the premise of
4 your question because what you're essentially
5 asking is, you know, every single modification
6 that I made along the way, every single refinement
7 of --
8   Q That's not what I'm asking.
9   A -- of this, do I have --
10      MR. SLOVAK: I'm going to object and
11 withdraw the question.
12   Q Did you have drafts of your report?
13   A Yes.
14   Q Did you -- did you keep the drafts of your
15 report?
16      MR. JOHNSON: Objection, form.
17   A The best I can recall, typically what I'm
18 doing in a situation like this is I'm constantly
19 refining one file and doing that. So, no, if you
20 go on my computer, I don't think there's a bunch
21 of different iterations of my report on there.
22   Q How many times have you served as an
23 expert witness, sir, like, how many cases?
24   A Over 100.
25   Q And you're telling the Court that you

---

55

1 don't understand what workpapers mean?
2      MR. JOHNSON: Objection, form.
3   Q Is that your answer?
4      MR. JOHNSON: Objection, form.
5   A Yeah, I'm trying to answer your question.
6   Q Okay.
7   A I'm trying to explain to you my process.
8 I think what you're essentially saying is that,
9 you know, my work process isn't the same as yours,
10 so therefore I don't understand the question.
11   Q No, I'm asking you, workpapers is a term
12 of art that's used in --
13   A I --
14   Q -- expert -- with experts consistently.
15 There is lots of case law about it. You claim to
16 have served as an expert on hundreds of occasions.
17 And do you understand what workpapers are in the
18 context of expert work in federal court, sir, yes
19 or no?
20      MR. JOHNSON: Objection, form.
21   A Yes, I understand what the concept of
22 workpapers are. What you're specifically asking
23 me is do I have workpapers that are discoverable
24 that I did that. And what I'm trying to explain
25 to you is my process of how I do things isn't the

---

56

1 same thing as a workpaper, and so there isn't,
2 like, a paper trail of every iteration of every
3 draft I've ever done.
4   Q Is it your testimony, sir, that other than
5 your actual final report and documents that you
6 have reviewed, there are no other documents that
7 evidence your work in this case?
8      MR. JOHNSON: Objection, form.
9   A And again, I would reject the premise of
10 the question. What you're essentially asking me
11 is do I recall every single thing on my hard drive
12 that I can say with 100 percent accuracy, and I
13 mean, on my hard drive I have thousands of files.
14 I would have to look through each and every one of
15 them in order to answer your question. And I
16 just -- you know, at the end of the case or --
17 sorry, you know, where we are right now with the
18 deposition, I fail to see what the relevance of
19 this question is.
20   Q Well, it's not your job to determine
21 relevance, sir, with all due respect, that's the
22 judge's. So let me just ask it differently.
23      Are you aware of any information that you
24 relied upon in formulating your opinion that you
25 have not provided to your counsel to produce in

---

57

1 response to discovery if it is, in fact,
2 responsive?
3     MR. JOHNSON: Objection, form.
4     **A Yeah. I feel I've already asked and**
5 **answered that previous question, so I don't know**
6 **what else I can do to illuminate on that question.**
7     Q Are you refusing to answer my question
8 sir?
9     MR. JOHNSON: Objection, form.
10    **A No, sir, I have previously answered the**
11 **question. If you would like me to re-summarize my**
12 **previous answer, I would be happy to do so.**
13    Q No, I'm not going to ask you to
14 re-summarize an answer that wasn't responsive to a
15 question that I asked.
16    So are you aware of any information that
17 you relied upon in formulating your opinion that
18 you have not provided to your counsel?
19    MR. JOHNSON: Objection, form.
20    **A Again, I have been in constant contact**
21 **with counsel. There have been different**
22 **iterations of progress along the way, just like**
23 **any other case. What your specific question was**
24 **is do I have a trail of work products I can**
25 **produce and cite to you today and the question**

58

1 **is -- or my answer to that question is, I would**
2 **have to look on my hard drive to see what work**
3 **products are there.**
4     **I can tell you that there's not a trail of**
5 **notes or anything I took, which is your original**
6 **question, from Zoom meetings or anything else,**
7 **that's not typically my work process of what I do**
8 **and I'm sorry that you find my work process**
9 **offensive.**
10    Q I'm not offended by your work process at
11 all.
12    **A Okay. Just making sure.**
13    Q I'm just trying to figure out whether
14 you're aware of anything that you relied upon in
15 formulating your opinion that you have not
16 provided to the lawyers in this case. Are you
17 aware of anything that you relied upon in
18 formulating your opinion that you have not
19 provided to the lawyers?
20    MR. JOHNSON: Objection, form. Asked and
21 answered.
22    **A And again, to the best of my recollection,**
23 **I have provided counsel with everything that is**
24 **relevant to this case.**
25    Q And you mentioned that you had spoken as

59

1 well to Nick Vitalis, did I get that correct?
2     **A Yes, sir, that is correct.**
3     Q On how many occasions?
4     **A Prior to this report, probably at least**
5 **four to five.**
6     Q Okay. And did you take notes of any of
7 those conversations?
8     **A As I have previously stated, I don't**
9 **typically take notes during calls, I have a work**
10 **product in front of me and I'm working on that**
11 **product.**
12    Q So is that a yes or no?
13    MR. JOHNSON: Objection, form.
14    **A Yeah. And again, the premise of your**
15 **question is phrased as a yes or no question, but I**
16 **am altering and making refinements and**
17 **improvements to the document as we are talking. I**
18 **don't have a notepad beside me where I'm taking**
19 **notes during the Zoom meeting.**
20    Q When you say you are making refinements
21 and improvements to the document, what document,
22 sir?
23    MR. JOHNSON: Objection, form.
24    **A I'm specifically referencing my report and**
25 **any spreadsheets, which you also have a copy of.**

60

1     Q With all due respect, you don't know what
2 I have a copy of, sir. I'm just asking, are you
3 aware of -- I think I understand your answer but
4 since you really don't ever answer a question that
5 I ask, let me ask it very specifically.
6     Did you take any notes on a notepad when
7 you had conversations with Nick Vitalis?
8     MR. JOHNSON: Objection, form.
9     **A I've previously said I don't specifically**
10 **have a notepad taking notes.**
11    Q Great.
12    **A But I am making refinements and**
13 **improvements to the documents as we are**
14 **discussing.**
15    Q And have you transmitted any of the prior
16 drafts of the documents that you are refining to
17 your counsel?
18    MR. JOHNSON: Objection, form.
19    **A Yes, counsel has received previous**
20 **iterations of documents.**
21    Q On how many occasions did you speak with
22 Jonathan Tanemori?
23    **A Similar to Nick Vitalis, probably -- maybe**
24 **a little bit more than Nick, maybe five or six**
25 **times approximately.**

Transcript of Randall Valentine, Ph.D.                16 (61 to 64)
Conducted on October 24, 2025

---

61

1    Q  Okay.  And did you take notes when you
2  spoke to Jonathan Tanemori?
3        MR. JOHNSON:  Objection, form.
4    **A  And again, I would refer back to my**
5  **previous answers with Carson Smith and with Nick**
6  **Vitalis.  I'm not specifically taking notes, I am**
7  **working on the work product during those meetings.**
8    Q  And when was -- did you speak to Carson
9  Smith, Nick Vitalis or Jonathan Tanemori before
10  you were engaged by Winstead?
11        MR. JOHNSON:  Objection, form.
12    **A  Not that I can recall, no.**
13    Q  So your conversations with them would have
14  been after you were engaged, right, sir?
15        MR. JOHNSON:  Objection, form.
16    **A  To the best of my recollection, that is**
17  **what I recall.**
18    Q  And did you talk to -- have you spoken
19  to -- well, let me ask.
20       Before March of 2025, how many times did
21  you speak to Carson Smith?
22    **A  As I previously stated, my answer was**
23  **approximately 10 to 12 times.**
24    Q  I understand, but I'm defining a
25  timeframe.  And so I understand you to be saying

---

62

1  to the best of your recollection you were engaged
2  sometime in the late part of 2024.  Between that
3  engagement and the time you issued Exhibit 51, how
4  many times did you speak to Carson Smith?
5    **A  Yes, sir, I thought that was the exact**
6  **question you had asked before and the answer is 10**
7  **to 12.**
8    Q  Okay.  And would that be the same with
9  respect to that timeframe for Jonathan Tanemori
10  and Nick Vitalis?
11    **A  Yes, I believe that's correct.**
12    Q  Okay.  And you understand that you issued
13  a supplemental report in this case in July, right,
14  sir?
15    **A  That --**
16        MR. JOHNSON:  Objection, form.
17    **A  Yes, I did issue a supplemental report in**
18  **this case.**
19    Q  And you understand that the Court struck
20  that supplemental report, right, sir?
21        MR. JOHNSON:  Objection, form.
22       You're asking him to form a legal
23  conclusion.  Are we going to talk about the
24  supplemental report because we can just put it on
25  the record now.

---

63

1        MR. SLOVAK:  I just asked him if he was
2  aware that it was stricken.
3        MR. JOHNSON:  You're asking him for a
4  legal conclusion.
5        MR. SLOVAK:  It's not a legal conclusion.
6        MR. JOHNSON:  If --
7        MR. SLOVAK:  Stop talking.  You can object
8  to form.
9        MR. JOHNSON:  No, I'm not --
10        MR. SLOVAK:  Stop.
11        MR. JOHNSON:  Putting this on the record.
12        MR. SLOVAK:  Stop talking.
13        MR. JOHNSON:  I don't have to -- stop
14  talking.  I'm going to put this on the record.
15       You are asking him about the supplemental
16  report that you guys moved to strike, you're going
17  to ask him questions about it then you're opening
18  the door.  And I'm putting this on the record that
19  you have opened the door about this supplement.
20  You asked about the supplement, I will go get a
21  copy of the supplement and he will testify to it
22  and I will say that you guys opened the door to
23  that.  Do you understand?
24        MR. SLOVAK:  I don't care what you say.
25        MR. JOHNSON:  It's on the record now.  Go

---

64

1  forward.  Go forward with your question.
2    Q  My question was, are you aware that the
3  judge introduced an order striking your
4  supplemental report?
5        MR. JOHNSON:  Objection, form.
6    **A  Yeah.  It is my understanding that a judge**
7  **did make a ruling striking the supplemental**
8  **report.  It's also my understanding that there has**
9  **been no formal written order regarding the details**
10  **of what exactly has been struck regarding updates**
11  **to calculations, any other refinements that I had**
12  **made to the previous iteration of the report, it's**
13  **not clear what exactly has been struck out of the**
14  **report other than the report itself.**
15    Q  Have you previously had any of your
16  opinions stricken in any case where you served as
17  an expert witness?
18        MR. JOHNSON:  Objection, form.
19    **A  No.**
20    Q  Have you faced challenges in any of the
21  cases where you have offered testimony as an
22  expert witness?
23    **A  Of the cases listed here, I think the only**
24  **case I did not receive a Daubert challenge was the**
25  **Kent Fox estate.  Every other case it's**

---

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

17 (65 to 68)

---

65

1  pretty much I'm getting a Daubert challenge.
2     Q  Okay.  And so let me see if I can unpack
3  that a little bit.  Have any Daubert challenges
4  against your opinions been granted to your
5  knowledge?
6     A  No.
7     Q  Did you speak with anyone at Canaan?
8     A  No.
9     Q  Did you inspect any of the miners at issue
10 in this case?
11    A  In this case, I have seen photographs and
12 videos of the inspections.  I did not personally
13 go to Whinstone and inspect the equipment.
14    Q  Okay.  And did you go to Russia?
15    A  No, I have not been to Russia.
16    Q  Did you see any photographs of the SBI
17 facility in Russia?
18       MR. JOHNSON:  Objection, form.
19    A  I have not.
20    Q  Did you see any design specifications for
21 the facility in Russia?
22       MR. JOHNSON:  Objection, form.
23    A  And I want to be very clear about this.
24 I'm not a technical expert or a datacenter design
25 expert in this case, and that is out of the scope

---

66

1  of what my expertise is in this case.
2       MR. SLOVAK:  Okay.  Well, I'm going to
3  object as nonresponsive.
4     Q  My question is, did you see any design
5  specifications for the facility in Russia?
6     A  And to answer your question, it was not
7  part of the scope of my assignment in this case,
8  and the answer would be no.
9     Q  Did you inspect any of the miners that
10 were operated in SBI's facility in Russia?
11    A  No.
12    Q  Did you inspect any of the PSUs that were
13 used to operate the miners in Rockdale?
14       MR. JOHNSON:  Objection, form.
15    A  Again, I would reference back to my
16 previous answer.  I have seen photographs and
17 videos of the PSUs.  I did not physically go to
18 Rockdale and inspect the PSUs.
19    Q  Okay.  Have you ever operated a Canaan A10
20 miner?
21    A  No.  I have not done an A10 miner, no.
22    Q  Did you see any photographs of the miner
23 operations of SBI in Russia, like, how they were
24 racked or how it was laid out?
25    A  I have not seen Russian photographs.

---

67

1     Q  Have you seen any videos of the facility
2  in Russia, how it was laid out, how it was
3  operated?
4       MR. JOHNSON:  Objection, form.
5     A  I have not seen photos or videos of
6  Russia.
7       MR. SLOVAK:  Why don't we take a short
8  break.  We've been going about an hour.
9       MR. JOHNSON:  Yeah.
10      VIDEOGRAPHER:  The time is 10:12 a.m.  We
11 are going off the record.
12      (Recess, 10:12 a.m. to 10:36 a.m.)
13      VIDEOGRAPHER:  The time is 10:36 a.m.  We
14 are back on the record.
15    Q  Mr. Valentine, in any of the circumstances
16 where you've done work related to crypto, do you
17 know whether it involved the use of Canaan A10
18 miners?
19    A  Not that I'm aware of.
20    Q  And I just want to make sure.  You are not
21 purporting to offer any opinions in this case
22 about the adequacy of the design of the Rockdale
23 facility, right, sir?
24       MR. JOHNSON:  Objection, form.
25    A  Yeah.  As I've previously stated, I am not

---

68

1  a technical expert in this case.  I am only here
2  to offer opinions on the financial damages arising
3  from the but-for actions and also on the
4  statistical underperformance of the Whinstone
5  facility relative to Russia.
6     Q  Understood.  I just want to make sure.
7  You are not going to offer any opinions about
8  whether the Rockdale facility was adequately
9  designed, right?
10    A  No, I'm not going to --
11       MR. JOHNSON:  Objection, form.
12    Q  Or whether the -- or whether the
13 operations at Rockdale were consistent with
14 industry standards, right?
15       MR. JOHNSON:  Objection, form.
16    A  I would defer all of those questions to
17 Charles Byers, who is our expert on that subject.
18    Q  Okay.  Well, whether the PSUs contributed
19 to any of the causes of miner issues at Rockdale
20 you're not going to offer any opinion on that,
21 right, sir?
22    A  Yeah.  Again, to reiterate my previous
23 answer, I would defer all those answers to Charles
24 Byers.
25    Q  You mentioned that you had -- you're not

---

69

1  going to offer any opinions about the
2  environmental conditions at the Rockdale facility,
3  right, sir?
4      MR. JOHNSON:  Objection, form.
5      **A  Yeah, that is correct.  I'm not going to**
6  **offer opinions on the environmental conditions.**
7  **However, you know, as a Ph.D. level statistician,**
8  **I am going to offer opinions on the actuarial**
9  **basis of the Rockdale facility underperforming the**
10 **Russian facility using the equivalent, same batch**
11 **A10 miners.**
12     Q  What miners -- what miner mix was being
13 operated at Rockdale?
14     MR. JOHNSON:  Objection, form.
15     **A  So if I'm restating your question**
16 **correctly, you're asking what miners other than**
17 **the A10s were mined?**
18     Q  Yes.  What miners other than A10s were
19 operated at the Rockdale facility?
20     MR. JOHNSON:  Objection, form.
21     **A  Based on what I've analyzed, it was a vast**
22 **minority of miners that were operating, including**
23 **the S9 miner, if I recall correctly.  The other**
24 **miners -- in that facility, the A10 machines were**
25 **20,000 miners.  And if I'm recalling correctly,**

70

1  **there were 20,000 miners split between Russia and**
2  **Whinstone, so the order was 40,000 miners.  Each**
3  **facility got 20,000 A10 miners.**
4      **The other miners that were at the Rockdale**
5  **facility, from what I understand, were less than**
6  **about 20 or 25 miners.**
7      MR. SLOVAK:  I'm going to object as
8  nonresponsive.
9      Q  My question was, do you know how many of
10 each type of miner was operated at the Rockdale
11 facility?
12     MR. JOHNSON:  Objection, form.
13     **A  Yes, sir.  And I believe that I did answer**
14 **your question.  I believe there were S9 machines,**
15 **but I believe there were only 20 to 25.  There may**
16 **have been a couple of other older machines, but,**
17 **again, a statistically insignificant number.**
18     Q  Okay.  Let me ask it more specifically.
19     How many S9 machines were operating at
20 Rockdale?
21     MR. JOHNSON:  Objection, form.
22     **A  Based on my understanding, 20 to 25.**
23     Q  How many 1041s were operating at Rockdale?
24     MR. JOHNSON:  Objection, form.
25     **A  Again, based on my understanding, it was a**

71

1  **very low number, somewhere lower than the S9**
2  **number.**
3      Q  How many 1046s were operating at Rockdale?
4      MR. JOHNSON:  Objection, form.
5      **A  Again, based on my recollection, it is a**
6  **vast minority of miners there, a very**
7  **statistically insignificant number.**
8      Q  How many?
9      MR. JOHNSON:  Objection, form.
10     **A  So, again, I feel that I've answered the**
11 **question.  It was a statistically insignificant**
12 **number.  If you're asking me the exact number, I**
13 **do not recall at this date what the exact number**
14 **was.**
15     Q  Let me ask you more specifically.
16     What's the basis for your understanding of
17 the miners that were operating at Rockdale?
18     MR. JOHNSON:  Objection, form.
19     **A  I'm sorry, I don't understand the**
20 **substance of your question.**
21     Q  Well, you never went to Rockdale, right?
22     **A  I've previously stated that.**
23     Q  Okay.  You didn't observe the -- what
24 miners were in operation at any point in time at
25 the Rockdale facility, right?

72

1      MR. JOHNSON:  Objection, form.
2      **A  Yes.  I never have been to the Rockdale**
3  **facility.**
4      Q  So what is the basis for your
5  understanding about the number and type of miners
6  that were operating at the Rockdale facility?
7  Where does that come from?
8      MR. JOHNSON:  Objection, form.
9      **A  It comes from either representatives of**
10 **SBI or the documents that have been in discovery**
11 **in this case.**
12     Q  Okay.  When you say the documents that are
13 in discovery in this case, if you look at your
14 Exhibit 51, Appendix B, tell me which document on
15 your Appendix B demonstrates the product mix.
16     MR. JOHNSON:  Objection, form.
17     **A  To the best of my recollection, the**
18 **documents that this could have been, and that I**
19 **believe probably were, were the documents ending**
20 **in 3085, the documents ending in 3076, and the**
21 **documents ending in 6044.**
22     Q  It's your testimony those demonstrate the
23 product mix of miners operating at the facilities?
24     **A  Again, to --**
25     MR. JOHNSON:  Objection, form.

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

73

1    A  Again, to the best of my recollection.
2    Q  Did you see the video that Kaboomracks
3  shot out at the facility?
4    A  Yes.
5    Q  Okay.  Were you aware that there were
6  multiple shelves of S9 miners operating in that
7  video?
8        MR. JOHNSON:  Objection, form.
9    A  Do you have some sort of documentation
10  indicating this?
11    Q  Yeah, the video itself.
12    A  Yeah.
13        MR. JOHNSON:  Objection, form.
14    A  You would have to show me the video.
15    Q  Okay.  Well, as you sit here testifying as
16  an expert witness in this case, are you aware that
17  there were multiple shelves of S10 miners depicted
18  in that video shown operating at the Rockdale
19  facility?
20        MR. JOHNSON:  Objection, form.  You said
21  S10 miners, just FYI.
22    Q  S9 miners.  Let me ask it again.
23        As you sit here testifying as an expert
24  witness in this case, are you aware that there
25  were multiple shelves of S9 miners depicted in

74

1  that video showing operations at the Rockdale
2  facility?
3        MR. JOHNSON:  Objection, form.
4    A  Yeah.  And to refer to my previous answer,
5  I am aware of S9 miners being mined at the
6  facility, and I would also refer to my previous
7  answer that it is a statistically vast majority --
8  sorry, vast minority of miners there.
9    Q  Well, what is a statistically -- is 1,600
10  miners a statistically -- well, if there were
11  1,600 S9 miners operating at the Rockdale facility
12  in SBI's space, does that change your opinion?
13        MR. JOHNSON:  Objection, form.
14    A  This is a hypothetical, and my
15  understanding is there were not 1,600 miners
16  mining in that facility.
17    Q  Okay.  And if factually that's inaccurate,
18  and there were, in fact, 1,600 S9 miners operating
19  in that facility, would it alter your opinion in
20  any way?
21        MR. JOHNSON:  Objection to form.
22    A  So if you're just using the law of large
23  numbers, what you're dealing with is you have --
24  assuming your hypothesis is correct, which I have
25  no reason to believe it is, if there are 1,600

75

1  miners there, you have 20,000 A10 miners.  1,600
2  miners would be approximately about 7 to 8 percent
3  of the total mining operation and would not
4  materially affect my output or my numbers.
5        And on that subject, I have so many
6  conservative estimates built in my model that
7  would account for any 7 to 8 percent variation in
8  the model, that the model still would be accurate
9  within a reasonable degree of economic certainty.
10    Q  Okay.  What conservative estimates are
11  built into your model, sir?
12        MR. JOHNSON:  Objection, form.
13    A  Sure, I would be happy to answer.
14        In the model, there is a 5 percent buffer
15  for uptime loss and hashrate loss.  So there is a
16  10 percent buffer that is already built in my
17  model.  So the reason I put that 10 percent buffer
18  in there was to be incredibly conservative, which
19  actually benefits your client.
20        The reason I did this was because any time
21  you're dealing with complex financial modeling,
22  especially in the fintech industry, you want to be
23  as conservative in your assumptions as possible,
24  because there are always changes that could
25  happen.

76

1        In no crypto or fintech or advanced
2  financial modeling do you see any model that's
3  static, the mode is always dynamic, it's always
4  going to change.  If nothing else you always have
5  the price of bitcoin that is changing by the
6  minute, and would change variables of the model
7  any time you adjust anything like that.
8        So in my case, I have 10 percent built in
9  there.  If you look at the operating agreement
10  between Whinstone and SBI Crypto, it calls for
11  only --                        .  That's
12  only 1.8 percent.  In my model, I allow for 5
13  percent.  So roughly almost triple that, because
14  again, I am trying to be incredibly conservative
15  within the model.
16    Q  You mentioned that there were so many
17  conservative estimates built into your model.  You
18  have now talked about one, which you characterize
19  as a 10 percent buffer, what else?
20    A  Well, those are actually two, because it's
21  two different 5 percent allowances.
22    Q  Okay, so what else?
23    A  Also within the model, what you have is
24  when you go back and look at the accounting for
25  the cost and the model, what I'm doing here is I'm

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

77

1  using a retention ratio.  The retention ratio
2  simply is an actualized number of all the bitcoin
3  over a four-year period that SBI Crypto sold to
4  cover expenses.
5      What that modeling does not include is the
6  following, is that if not for the alleged but-for
7  actions of Whinstone in this case, SBI Crypto
8  would have been able to mine a lot more crypto.
9  For every additional crypto that SBI Crypto is
10  able to mine, there are variable costs.  There are
11  also fixed costs that the percentage of bitcoin
12  that SBI Crypto is able to retain after a certain
13  point, would actually increase due to economies of
14  scale.
15      And by economies of scale, what I'm trying
16  to define as economies of scale, it's just simple,
17  it's a simple operational thing.  The more you
18  produce of something, the cheaper each cost per
19  unit to produce becomes because again, all those
20  fixed costs are spread out over more output.
21      So in a case like this, what you have is
22  that I did not consider any of that in the
23  modeling.  So -- and I easily could have.  But
24  again, I was trying to have as conservative of a
25  model, which benefits your client, as possible.

78

1      Q  What other conservative estimates do you
2  contend that you included in your model, sir?
3      MR. JOHNSON:  Objection, form.
4      A  So if you would -- if you would refer back
5  to my initial report, I outline in there exactly
6  what the model entailed.  Which if you deduct 10
7  percent off of that, if you eliminate all
8  economies of scale issue, and in particular, the
9  other thing too, is that you're looking at the
10  percentage of bitcoin that was mined that had to
11  be sold for expenses and to cover expenses.  You
12  had allegedly $40 million worth of equipment that
13  was, according to our expert, Charles Byers,
14  unusable.  And so that is also not factored into
15  my analysis.
16      So you have a 10 percent adjustment, you
17  have no benefit from economies of scale, and there
18  is nothing in the modeling indicating that, you
19  know, $40 million worth of equipment essentially
20  is gone.  And not even to mention that at the time
21  when this equipment was allegedly made unusable by
22  the alleged environmental conditions at Whinstone,
23  we're not even talking about other things in this
24  case that also contribute to it, such as during
25  that time that was in 2020 to 2021, there was a

79

1  worldwide ship shortage largely as a result of the
2  COVID-19 crisis.
3      So even if you wanted to repair those
4  machines, it's impossible at that point to even go
5  there because you can't even get chips.  So there
6  is a lot of elements that are going on with this
7  that make this model incredibly conservative.
8      Q  So you can certainly run this on the
9  screen, sir, but the word "economy of scale" is
10  not mentioned at all in your initial report,
11  Exhibit 51, are you aware of that?
12      MR. JOHNSON:  Objection, form.
13      A  I am aware.
14      Q  The $40 million in obsolete equipment, as
15  you testified, is not mentioned in your initial
16  report, right, sir?
17      A  It is part of my model, that is correct.
18      Q  The -- in fact, on Appendix B to Exhibit
19  51, you don't identify that you had reviewed or
20  considered the testimony of Charles Byers, right,
21  sir?
22      MR. JOHNSON:  Objection, form.
23      A  So if you go back and look at my list of
24  documents considered.
25      Q  I'm going --

80

1      MR. JOHNSON:  Let him.
2      MR. SLOVAK:  I'm going to object as
3  nonresponsive and withdraw the question.
4      MR. JOHNSON:  Finish your answer.  Let him
5  finish his answer.
6      MR. SLOVAK:  I withdrew the question, so
7  he can't answer a question that's not --
8      MR. JOHNSON:  You can finish your
9  question -- you can finish your answer.
10      Q  Does Exhibit B --
11      MR. JOHNSON:  You can finish your answer.
12      MR. SLOVAK:  Stop talking over me.
13      MR. JOHNSON:  You can finish your answer.
14      MR. SLOVAK:  No, he can't.  I withdrew the
15  question.  There's no question for him to answer.
16      Q  Does Exhibit B identify Charles Byers'
17  expert report?
18      A  It is the fourth item listed under there
19  right under Carson Smith's deposition transcript
20  and exhibits.
21      Q  Okay.  And it was a draft report?
22      A  It was his report dated 3/5/25.
23      Q  And -- fine.  And where does it identify
24  that you reviewed Chuck Byers' testimony, Exhibit
25  B?

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

---

81

1    **A  I can tell you that I have reviewed Chuck**
2    **Byers' testimony. I cannot recall the specific**
3    **date that that was reviewed.**
4       MR. JOHNSON: Objection, form.
5       Q  So the draft report dated 3/5/25 from
6    Chuck Byers, do you know if that's been produced
7    in this case?
8       MR. JOHNSON: Objection, form.
9    **A  My understanding is yes.**
10      Q  Okay.
11      MR. SLOVAK: Do you know has that been
12   produced, the 3/5 draft?
13      MR. JOHNSON: I'm not here to answer
14   questions.
15      MR. SLOVAK: Well, I'm allowed to ask it,
16   so...
17      MR. MARX: I will represent it hasn't. So
18   you're required to produce it.
19      MR. SLOVAK: I've never seen it.
20      MR. MARX: You're obligated to provide it,
21   please produce the draft.
22      MR. JOHNSON: You said it, what you have
23   on the record.
24      MR. MARX: I did.
25      MR. JOHNSON: His report.

---

82

1       MR. MARX: Will you agree to produce it?
2       MR. JOHNSON: I'm not answering your
3    questions on the record, because I'm not even sure
4    what you're referring to and frankly what I think
5    you got -- let me finish. You asked me a question
6    let me finish. I think you guys are misstating
7    what is actually being referred to here.
8       MR. MARX: Chuck Byers' draft report dated
9    3/5/25, please produce it, which it hasn't been.
10      MR. JOHNSON: I will look and see, but
11   what I'm thinking that is, is just his report. In
12   fact, I almost can guarantee you that what it is,
13   is that Chuck finished his report earlier.
14      MR. MARX: That's not the date of his
15   report.
16      MR. JOHNSON: Well, his report is the date
17   of his report when you file it, but I think he
18   finished it earlier.
19      MR. SLOVAK: Okay.
20      MR. JOHNSON: So, I mean, you can keep
21   going on your fishing expeditions that you want to
22   do --
23      MR. MARX: His report dated March 22nd,
24   '25. We would appreciate the draft, please, thank
25   you.

---

83

1       Q  Okay. So Mr. Valentine, have you ever
2    written any articles on tracing cryptocurrency?
3       MR. JOHNSON: Objection, form.
4    **A  So I would refer you to page 23.**
5       Q  Okay. I'm there.
6    **A  So the top two articles both having to do**
7    **with financial technology, also specifically do**
8    **talk about cryptocurrency and cryptocurrency,**
9    **various elements within the article.**
10   **Cryptocurrency tracing, I would have to go back**
11   **and look at the articles specifically to see if it**
12   **does mention crypto tracing within the articles, I**
13   **cannot recall off the top of my head.**
14      Q  Okay. Are you aware of writing any
15   articles about performing a but-for analysis for
16   lost profits related to cryptomining?
17      MR. JOHNSON: Objection, form.
18   **A  Yes. At a conference that was in August,**
19   **first week in August 2025 this year, I don't**
20   **recall the specific day, but I can tell you it was**
21   **the first week in August. I presented a paper at**
22   **an international conference detailing issues**
23   **involving cryptomining, fraud, details and the**
24   **forensic examination of cryptocurrency.**
25      Q  Where was that conference?

---

84

1    **A  That was in New York.**
2       Q  What was the name of the conference?
3    **A  It was the Academy of Business Research**
4    **International Conference.**
5       Q  Do you still have a copy of that
6    presentation?
7    **A  Yes, I have a copy of it. I don't have a**
8    **copy in front of me today.**
9       Q  Understood, okay. Any other articles that
10   you have written regarding the use of a but-for
11   analysis of loss profits related to cryptomining?
12      MR. JOHNSON: Objection, form.
13   **A  No, that is the one article that is**
14   **currently.**
15      Q  Okay. Have you -- let me ask, you are not
16   offering any opinions about whether dust had any
17   effect on the A10 miners in this case; is that
18   correct, sir?
19   **A  And I want to be very clear about this,**
20   **while I'm not an environmental expert in this case**
21   **at all, I'm not offering an opinion on dust**
22   **specifically, I am a Ph.D. level statistician and**
23   **I am offering an opinion on the performance of the**
24   **A10 miners at the Rockdale facility versus the**
25   **performance of the A10 miners in Russia by**

---

Transcript of Randall Valentine, Ph.D.

22 (85 to 88)

Conducted on October 24, 2025

85

1  ordering the exact same patch.
2      Q  I understand that, but you're not
3  factoring in that analysis whether dust did or did
4  not affect that performance, right, sir?
5      MR. JOHNSON:  Objection, form.
6      A  In my world of statistical analysis, what
7  I'm exclusively looking at is the data that was a
8  result of the alleged environmental conditions.
9  No, I'm not specifically factoring dust
10 specifically in any kind of financial modeling in
11 this case.
12     Q  Or heat, right, sir?
13     MR. JOHNSON:  Objection, form.
14     A  Any environmental factors.
15     Q  Or the design of the facility itself,
16 right, sir?
17     MR. JOHNSON:  Objection, form.
18     A  I would reference back to my previous
19 answers.  I am not an environmental expert, nor am
20 I considering environmental factors.  I am a data
21 and statistics expert, and I am just simply
22 looking at the performance of what happened at
23 Whinstone versus what happened in Russia.
24     Q  Do you know the mix of the miners that
25 were operating in Russia?

86

1      MR. JOHNSON:  Objection, form.
2      A  Yes.  My understanding is that the miners
3  operating in Russia, similar to Whinstone, were
4  predominantly the A10 machines that were ordered
5  in the exact same batch at the exact same time.
6      Q  How many A10 machines were operating?
7      A  20,000.
8      Q  And so it's your testimony that all 20,000
9  A10 machines were operating in Russia during the
10 time period that you considered?
11     MR. JOHNSON:  Objection, form.
12     A  Again, I did not specifically tour the
13 Russian mining facility, and I cannot guarantee
14 you that 24 hours a day all 20,000 miners were
15 operating.
16     Q  How many 1041 miners were operating at the
17 Russian facility, if you know?
18     MR. JOHNSON:  Objection, form, asked and
19 answered.
20     A  Yeah.  And I would refer back to my
21 previous answer.
22     Q  How many 1044s were operating at the
23 Russian facility, if you know?
24     MR. JOHNSON:  Objection, asked and
25 answered and lack of foundation, and provide

87

1  predicate for what you mean.  When you give these
2  1041s and 1044s, are you talking about the A10
3  models?  I mean --
4      MR. MARX:  Your objection is waived.
5      MR. JOHNSON:  -- you're -- you're --
6      MR. SLOVAK:  Object --
7      MR. JOHNSON:  You're --
8      MR. SLOVAK:  Object -- objection to
9  form --
10     MR. JOHNSON:  You misstated the record,
11 and you're misleading the witness by not --
12     MR. SLOVAK:  I'm not.
13     MR. JOHNSON:  -- identifying that when you
14 say 1044 or 1045 --
15     MR. SLOVAK:  Cory -- Cory, stop talking.
16     MR. JOHNSON:  -- you're talking about A10.
17     MR. SLOVAK:  I don't want to have to get
18 the judge on the phone.
19     MR. JOHNSON:  I would like to get the
20 judge on the phone at any time.  So go for -- go
21 ahead.  But you're clearly asking a misleading
22 question.
23     MR. SLOVAK:  There's nothing misleading
24 about it.
25     Q  Do you know -- it's a yes or no question,

88

1  and you may not know -- how many 1041 miners were
2  operating at the Russian facility?
3      MR. JOHNSON:  Objection, form, asked and
4  answered.
5      A  So may I ask you to please clarify your
6  question?  You're referring to the various
7  iterations of the Canaan A10 model; is that
8  correct?
9      Q  Yes, I am -- I'm referring to different
10 miner numbers.  There are different types of
11 Canaan miners.  One of them is a 1041.  Another
12 one is a 1044.  Another one is a 1045.  Another
13 one is a 1046.  Another one is a 1047.
14     My question to you is, do you know how
15 many 1041 miners were operating at the Russian
16 facility?
17     MR. JOHNSON:  Objection, form.
18     A  In my analysis of financial damages, what
19 I know is that there were 20,000 A10 miners sent
20 to Russia and 20,000 that were sent to Whinstone.
21 I am aware that there are various slight -- very,
22 very slight difference in those models.  However,
23 those models were all ordered at the exact same
24 time in the exact same batch.
25     So for the purposes of my statistical

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

89

1 analysis, we simply would look at, well, 20,000
2 went to Russia. 20,000 went to Whinstone. What
3 I'm looking at is a direct apples to apples
4 comparison.
5     And so unless there's a significant
6 difference in the performance of these various
7 iterations of the miners, which I have looked at
8 the technical specs. I have looked at the
9 manufacturer specs, and there is no difference in
10 performance with these different iterations of the
11 models. What I'm looking at on my end, is there a
12 significant difference in the performance? Yes or
13 no. And that was all I'm looking at.
14     I am aware there are various garden
15 varieties of the A10 models, yes. If you are
16 asking me a specific number of what machines were
17 in Russia versus what machines were in Whinstone,
18 I do not know the exact breakdown of the 20,000
19 machines. But I do know there were 20,000 A10
20 machines that all have the same manufacturer specs
21 and performances and did not affect my modeling in
22 any way.
23    Q Okay. And what statistical analysis of
24 the composition of the miners did you perform?
25     MR. JOHNSON: Objection, form.

90

1    A And, again, I would ask you to restate and
2 quantify your question. Are you talking about the
3 different iterations and varieties of the Canaan
4 A10 machines?
5    Q Yes.
6    A Again, let me go back to my original
7 answer. 20,000 machines went to Russia. 20,000
8 machines went to Whinstone. Based on everything
9 I've seen, we have no reason to believe that the
10 division of machines and the different iterations
11 in the models were any different in Russia versus
12 Whinstone.
13    Q Okay. Your --
14    A And so, therefore, what I'm looking, is
15 that -- is it an apples to apples comparison? And
16 the answer is yes.
17    Q Okay.
18    A Essentially what you're asking is --
19    Q And what's -- and what's the basis for
20 your opinion that it's an apples to apples
21 comparison, other than 20,000 machines went to
22 each of the two locations?
23     MR. JOHNSON: Objection, form.
24    A Yeah. It's analogous to -- you're asking
25 a question about, okay, you have a different model

91

1 of the same car. One is a luxury car that has
2 leather seats and heated steering wheel and
3 everything else. The other has a cloth interior
4 and doesn't have any of those things. However,
5 they have the exact same engine, drive train,
6 chassis, tires.
7     And you're asking, is there any difference
8 in the gas mileage? The answer is, no, there is
9 no difference in the gas mileage. It's analogous
10 to this.
11    Q Okay. Let me --
12    A What the supposition is --
13     MR. JOHNSON: Let him finish his answer.
14    A What the supposition you're asking is, is
15 there any significant difference in the
16 performance of the A10 machines? I have seen
17 nothing in my analysis of this that indicates that
18 there is any significant difference that would
19 move the needle at all in my analysis or make my
20 analysis not within the reasonable degree of
21 economic certainty.
22    Q Okay. Do you know if all of the various
23 iterations of the Canaan A10 miners have the same
24 terahash performance in turbo mode?
25     MR. JOHNSON: Objection, form.

92

1    A My understanding is the terahash per
2 second, under sound environmental conditions,
3 should be the same.
4    Q For all of the Canaan A10 miners in this
5 series?
6    A Yeah. There should --
7     MR. JOHNSON: Objection, form.
8    A -- be no significant difference between
9 them.
10    Q Okay. And what's the basis for your
11 understanding in that respect?
12    A I've looked at the manufacturer
13 specifications.
14    Q And --
15    A And there isn't different manufacturer
16 specifications that would indicate any significant
17 difference between these miners.
18    Q What else? What else supports your
19 understanding in that respect?
20     MR. JOHNSON: Objection, form.
21    A I would refer back to my previous answer.
22 I don't have an "else" to that answer.
23    Q Okay. Did you account for, in your
24 analysis, any particular periods of time that the
25 A10 miners were not operating in Russia?

93

1        MR. JOHNSON: Objection, form.
2    **A Could you please restate your question,**
3    **please? Are you referring to Time Period 2?**
4        Q I'm referring, in your model at all, did
5    you account for any periods of time that miners
6    were not operating in Russia?
7        MR. JOHNSON: Objection, form.
8    **A Okay. And I'm -- I apologize, I'm trying**
9    **to get clarification of your question, because I**
10   **am not understanding the form of your question.**
11   **So when Russia was considered was specifically**
12   **during Time Period 2.**
13       Q Okay.
14   **A And what my question is, is, are you**
15   **asking about the event study, and did I calculate**
16   **time during the estimation period of the event**
17   **study that Russian miners weren't mining? Is that**
18   **what you're asking?**
19       Q Well, let me ask it -- a very different
20   question.
21       Did you account for any uptime adjustments
22   for the Russian operations in your Time Period 2
23   analysis?
24       MR. JOHNSON: Objection, form.
25   **A Yes. In all three time periods -- and you**

94

1    **can see this on my spreadsheet -- there is a 5**
2    **percent buffer for uptime.**
3        Q Well, that 5 percent buffer pertains to
4    uptime for the Rockdale facility. My question to
5    you, sir, is, did you account for any uptime in --
6    as it affected the Russian facility?
7        MR. JOHNSON: Objection, form.
8    **A No. And I believe I understand your**
9    **question and am going to attempt to answer it.**
10   **The form of your question was a little bit unclear**
11   **to me, but I think I understand your question.**
12       **What you're asking is, when I did the**
13   **estimation period of Russia and then compared that**
14   **estimation period of Russia in the event study**
15   **versus Whinstone, did I take into effect -- or did**
16   **I take into account uptime loss in those models?**
17   **Is that what you're asking?**
18       Q Uptime loss specifically at Russia.
19   **A Okay.**
20       MR. JOHNSON: Objection, form.
21   **A And thank you. I understand your question**
22   **now.**
23       **In the event study, what I wanted to do,**
24   **rather than deal with anything that pertained to**
25   **uptime loss, hashrate loss, environmental**

95

1    **conditions, anything like that, was I wanted to do**
2    **a clean apples to apples comparison.**
3        **So what I looked at was the gross amount**
4    **of bitcoin that was mined in Russia versus the**
5    **gross amount of bitcoin that was mined at the**
6    **Whinstone facility.**
7        **Now, you previously asked a question about**
8    **where the -- where is the model conservative. One**
9    **of the things, again, that I did not put in the**
10   **model, and I'm trying to expound on your question,**
11   **the Russian facility had a significant percentage**
12   **of non bitcoin mined. I didn't even include that.**
13   **I only included the bitcoin that they mined. So,**
14   **again, it was as fair of an apples to apples to**
15   **apples comparison as you could come up with.**
16       MR. SLOVAK: Okay. So I'm going to object
17   as nonresponsive.
18       Q My real question is, I don't see in your
19   model where you made any adjustments to the
20   Russian facility numbers based on uptime; is that
21   correct?
22       MR. JOHNSON: Objection, form.
23   **A So I would refer you back to my previous**
24   **answer. What I did in the event study was I**
25   **compared a gross number to a gross number. If I**

96

1    **had done what you are suggesting and discounted**
2    **uptime hashrate, any other kinds of losses at the**
3    **Russian facility, I would have done the same thing**
4    **to the Whinstone facility. And again, in order to**
5    **do that comparison, I would have had to use the**
6    **same discounts and numbers and it would not have**
7    **affected the event study or the analysis at all.**
8        Q So you didn't adjust for uptime in the
9    Russian numbers, correct, sir?
10       MR. JOHNSON: Objection, form.
11   **A In the event study, I did not adjust**
12   **either, so it was a straight apples to apples**
13   **comparison.**
14       Q Understood.
15   **A And Time Period 1 and 3, those numbers**
16   **were adjusted.**
17       Q I understand that, sir.
18       Do you know whether other miners
19   participated in -- well, let me ask first. Do you
20   understand that SBI participates in a mining pool,
21   right, sir?
22   **A Yes, that is correct.**
23       Q Do you know whether other operators
24   participated in that mining pool?
25       MR. JOHNSON: Objection, form.

Transcript of Randall Valentine, Ph.D.

25 (97 to 100)

Conducted on October 24, 2025

97

1    A Yes.
2    Q Okay. Did you trace any of the -- at the
3    time of your report in March of 2025, did you
4    trace any of the transactions in bitcoin back to
5    the coin-based reward?
6        MR. JOHNSON: Objection, form.
7    A At the time of my report, I had not done
8    the tracing. Subsequent to Interrogatories that
9    you sent after the initial report, I did do all
10   the tracing at that point.
11   Q Okay. So let's talk about the assumptions
12   that you made in connection with your report.
13       Did you assume that the conditions in
14   Russia were similar to those in Rockdale?
15       MR. JOHNSON: Objection, form.
16   A Could you reference where in my report
17   you're getting this from?
18   Q I'm not asking you specifically about your
19   report. I'm asking you whether in performing your
20   analysis, that you assumed that the conditions in
21   Russia were similar to those in Rockdale?
22   A Okay, so in page 3 of my initial report, I
23   do list the assumptions and limiting conditions.
24   So what I'm trying to do in my analysis is again,
25   I am a Ph.D. level statistician that is trying

98

1    simply to analyze the data and look at what the
2    available data is.
3        I did not make any adjustments for any
4    environmental impact factors at Whinstone or
5    Russia. What I was simply doing was asking the
6    question, did Rockdale underperform Russia. And
7    what I find is that there was over a 50 percent
8    underperformance of the Rockdale facility versus
9    the Russian facility.
10   Q Okay.
11       MR. JOHNSON: Before you go on, just can
12   you keep your voice a little bit lower when he's
13   testifying, it is a little bit distracting, just a
14   little bit.
15   Q When you go -- go to your report, sir, on
16   page 10. And Section B, the second sentence you
17   say, in the context of SBI's comparable Russian
18   mining operations, applying an event study
19   methodology would allow for quantitative
20   comparison between the operational inefficiencies
21   at the Whinstone facility versus those in Russia.
22       What did you do to test the assumption
23   that the facilities were comparable?
24       MR. JOHNSON: Objection, form.
25   A Well, if you read the exact statement and

99

1    again, I want to reread exactly what I said
2    because I feel the question is a little bit vague.
3        What I said was by applying event study,
4    inefficiencies at the Whinstone facility versus
5    those in Russia. And so, what I'm simply testing
6    is I'm not doing a controlled environmental study,
7    because what I have to do as a Ph.D. level
8    statistician, is look at the data that is
9    available. So with the suggestion that I should
10   use some kind of control variable for
11   environmental factors, where is the data that
12   exactly would substantiate that that would allow
13   me to do an analysis of that.
14       What I'm doing in this case is rather than
15   trying to come up with a bunch of variables that
16   to be, you know, completely frank with you could
17   be shot. What I'm doing is looking at the
18   available and amenable data in this case and I'm
19   simply looking at did a facility with 20,000 A10
20   miners perform or underperform a facility that had
21   20,000 A10 miners that were ordered in the exact
22   same batch, which for all practical purposes
23   essentially are homogeneous machines.
24   Q Let me ask it this way. Did you make any
25   adjustments in the event study for the prices of

100

1    electricity and the differentiation between Russia
2    and Texas?
3        MR. JOHNSON: Objection, form.
4    A In my initial report, as you recall, I
5    cite to an article going over the expectations of
6    what the Russian power grid should be. And so
7    when you're dealing with the second world power
8    grid, the expectations is if you're comparing A10
9    miners in Whinstone versus A10 miners in Russia,
10   the expectation are that A10 miners in Whinstone
11   would actually outperform the A10 miners in
12   Russia, because again, Russia is a second world
13   power grid that, according to the literature
14   stream, is less reliable than westernized power
15   grids.
16   Q I'm going --
17   A So what I'm doing in my analysis is I'm
18   simply saying that Russia should be a floor for
19   what was mined at Whinstone, not even a ceiling.
20   You would expect Whinstone to outperform Russia,
21   but again, in this case, what we saw is that
22   Whinstone, over 50 percent, underperformed the
23   mining facilities in Russia.
24       MR. SLOVAK: I will object as
25   nonresponsive.

101

1     Q My question is very simple. Did you make
2  any adjustments in your model for the differences
3  between electricity prices in Texas and the
4  electricity prices in Russia?
5       MR. JOHNSON: Objection, form.
6     A So let me refer you back to my previous
7  answer. This has already been asked and answered,
8  but I would be happy to regurgitate the answer.
9       In the event study, what I wanted to do,
10 rather than control for environmental conditions,
11 electricity or anything like that, I just did a
12 apples to apples comparison, which performed
13 better. Miners in Russia using the 20,000 A10
14 machines in Russia versus the 20,000 A10 machines
15 that are at the Whinstone facility.
16    Q Okay. And did you --
17    A And it's a gross number to a gross number.
18    Q Understood.
19    A I did not net anything out of that.
20    Q Great. And do you understand consistent
21 with what you said under -- on page 10 of your
22 report under "I," the mining efficiency and cost
23 effectiveness of machines can be influenced by
24 multiple factors such as electricity prices,
25 climate conditions and hosting agreements.

102

1       Is that a true statement?
2     A Yes, that is a true statement.
3     Q Okay. Did you assume that all of the
4  miners at Rockdale had functioning PSUs?
5       MR. JOHNSON: Objection, form.
6     A To answer your question, in the modeling
7  there is a 5 percent adjustment for uptime loss
8  and a 5 percent adjustment for hashrate loss. So
9  no, at no point in time was there an assumption
10 that 100 percent of the miners are running at any
11 given time. And also if you refer back to the
12 Hosting Service Agreement, the ███████████
13 ██████████████████████ and my
14 model, again, discounts way more than that 1.8
15 percent.
16    Q What did you do to account for the cost of
17 replacement miners?
18    MR. JOHNSON: Objection, form.
19    A The useful life of the miners, according
20 to factory specs, should be four years. So within
21 my economic analysis, there was not an accounting
22 for that because the useful life of the miners
23 should be four years under normal environmental
24 conditions.
25    Q What do you do to account for the costs

103

1  related to replacement parts if miners go -- if
2  they break?
3       MR. JOHNSON: Objection, form.
4     A So in my study, what I'm simply doing is
5  this, if the argument is that I should have
6  included replacement costs for miners in
7  Whinstone, the same argument could be made that I
8  should have done a replacement cost for the 20,000
9  A10 miners in Russia. And theoretically at least,
10 under similar environmental conditions, there
11 would be these same number of repairs made, which
12 again, would make it an apples to apples
13 comparison.
14      What I did by taking the gross number, was
15 what I felt in my professional experience the
16 absolutely cleanest and most accurate way to
17 detail how to disseminate the difference in
18 mining. If I took that same deduction at
19 Whinstone, I would have to take it to Russia, and
20 it would not fundamentally change the event study
21 or the analysis.
22    Q So you didn't account for the cost of
23 replacement miners, correct, sir?
24    MR. JOHNSON: Objection, form.
25    A And again, I didn't account for the cost,

104

1  because it would go both ways and would not
2  materially affect the degree of economic certainty
3  to which my model is based on.
4     Q Okay. Let's go outside of Time Period 2.
5  You did not account for the cost of replacement
6  purchases of miners for time periods 1 or 3
7  either, right, sir?
8     A In my modeling, there are more than enough
9  allowances to account for that. And again, I
10 would refer you back to the 10 percent buffer. I
11 could also refer you back to a number of other
12 things that we've discussed previously in my
13 previous answers. If you would like me to
14 regurgitate them, I can.
15    Q I don't want you to regurgitate --
16    A However --
17    Q I want you to answer my question. I
18 assure you that if you keep doing what you're
19 doing, I am going to ask the judge for more time
20 to take your deposition because we're going to
21 extend past seven hours. So look, I'm just trying
22 to ask questions and get answers.
23      And my question to you is, in your
24 calculations for Time Period 1, Time Period 3, did
25 you account for the cost of replacement miners

**105**

1  specifically? Yes or no?
2      MR. JOHNSON: Objection, form.
3      Q If your counsel wants to ask you why not,
4  he can later. But did you account specifically
5  for the cost of replacement miners in your model
6  for Time Period 1 or Time Period 3, sir?
7      A Yeah.
8      MR. JOHNSON: Objection, form.
9      A And first of all, I want this on the
10  record. I would object to the premise of your
11  question, because you're simply restating the same
12  questions you've already asked me that have been
13  asked and answered.
14      I previously have answered that with the
15  whole model, the useful life of the miners is four
16  years under what would be considered average
17  environmental conditions. So in my analysis, the
18  useful life of the miners is four years.
19      If you're trying to say that I should
20  include the replacement of miners whose useful
21  life is four years under, you know, good
22  environmental conditions, no, I did not do that,
23  because under good environmental conditions, those
24  miners should have a life of four years.
25      Q Okay. And what is the basis for your

**106**

1  premise that the miners have a useful life of four
2  years?
3      MR. JOHNSON: Objection, form.
4      A This is all based on manufacturer specs.
5      Q Okay. And other than the manufacturer
6  specifications, what are you relying on for your
7  assumption that the miners have four years of
8  useful life?
9      MR. JOHNSON: Objection, form.
10      A The manufacturer specs are what I'm
11  relying on in this case. There isn't any other
12  thing I'm relying on as far as the useful life of
13  the miner.
14      Q Where are your manufacturer specs
15  identified in Appendix B to your initial report,
16  Exhibit 51?
17      MR. JOHNSON: Objection, form.
18      A So the manufacturer specs would be located
19  in the following. First of all, they are located
20  in Carson Smith's deposition transcripts and
21  exhibits, which is the third item on there.
22  Second, they would be in the Rockdale Hosting
23  Agreement, 3906.
24      Q Okay. Anything else, anywhere else
25  they're identified on Appendix B?

**107**

1      MR. JOHNSON: Objection, form.
2      A Not that I can currently recall.
3      Q Did you do any -- any analysis to
4  determine whether your assumption that these
5  miners would run for four years was consistent
6  with the practice of the operation of those miners
7  in Russia, meaning did you go test and see whether
8  any amount of the miners operating in Russia
9  actually performed for less than four years?
10      MR. JOHNSON: Objection, form.
11      A Yeah. And to answer your question, that
12  was impossible to do because of Russia's invasion
13  of Ukraine, SBI Crypto was forced to abandon the
14  Russian facility. My understanding is they sold
15  those miners to Muroo. Muroo has not provided
16  that data --
17      Q Okay. Did you --
18      A -- to the best of my knowledge --
19      Q Did you --
20      A -- that I'm aware of.
21      Q Did you do any investigation about any
22  other outside operations of A10 miners to
23  determine whether they had, in fact, lasted less
24  than four years?
25      MR. JOHNSON: Objection, form.

**108**

1      A Yeah. I did do a literature search of A10
2  miners in particular and was not able to find
3  anything that would be reliable or able to be used
4  in court.
5      Q Are you aware that the Rockdale facility
6  operates under demand reduction programs?
7      MR. JOHNSON: Objection, form.
8      A Could you please detail the demand
9  reduction programs you're referencing, and do you
10  have any documents I could look at?
11      Q There are a number -- well, my question to
12  you is not -- it's not my job to detail it for
13  you. I'm asking you, are you aware -- it's a yes
14  or no question -- whether the Rockdale facility
15  operates in the demand reduction programs in the
16  ERCOT power structure?
17      MR. JOHNSON: Objection, form.
18      A And I'm trying to answer your question,
19  but I'm trying to figure out what you're trying to
20  articulate.
21      Q Okay. It's a yes or no question. Do you
22  know, sir, whether the Rockdale facility is
23  subject to power curtailment restrictions of any
24  kind?
25      MR. JOHNSON: Objection, form.

109

1    A  I am aware of the language in the Hosting
2   Agreement regarding those power consumption and
3   curtailments that you're referring to. If that's
4   what you're referencing, my answer would be yes.
5   If that wasn't what you're answering -- asking and
6   you're referencing something else, the answer
7   would be, I really don't know, and that's why I
8   was asking for clarification.
9    Q  Did you do any modeling to account for
10  downtime associated with participation in power
11  curtailment at Rockdale?
12      MR. JOHNSON:  Objection, form.
13    A  And, again, this is one of those questions
14  that has been asked and answered. There is a --
15  two different 5 percent adjustments in the model
16  to account for all of that.
17    Q  Okay. Anything else to account for demand
18  reduction, sir?
19    A  No. That should be accounted for in the
20  10 percent. It's more than accounted for in the
21  10 percent.
22    Q  Did you assume in your modeling that the
23  hashrate would remain the same throughout the
24  entirety of the operational period?
25      MR. JOHNSON:  Objection, form.

110

1    A  To answer your question, no. This is very
2   much a dynamic model. When you're downloading
3   Luxor data, it's not like a projected model of
4   this is what we think is going to happen. It's
5   actually a lookback. This is actually what the
6   hashrates were.
7       So we had the benefit of looking at what
8   the actual hashrates were during that time. So
9   it's not a projection on my part of, like, oh, I
10  have to account for the variance in different
11  hashrates. It's all part of the pool. It's
12  defined.
13      MR. SLOVAK:  I'm going to object as
14  nonresponsive.
15    Q  In your modeling itself, you assumed that
16  the miners at Rockdale would continue to operate
17  in turbo mode at that hashrate throughout the
18  entire duration, right, sir?
19      MR. JOHNSON:  Objection, form.
20    A  Yes, my modeling did have the A10 miners
21  running in turbo mode.
22    Q  And running in that mode for the entire
23  duration of the operations at Rockdale, right,
24  sir?
25      MR. JOHNSON:  Objection, form.

111

1    A  Yes.
2    Q  Okay. And the only adjustment made to
3   that calculation is the 5 percent uptime that you
4   have described already, right, sir?
5    A  And the 5 percent hashrate loss.
6    Q  Understand. Okay. And what did you do to
7   test that -- the 10 percent, as you say,
8   adjustment, what did you do to test that it was
9   sufficient?
10      MR. JOHNSON:  Objection, form.
11    A  If you look at the contractual agreement
12  between SBI and Whinstone, it called for, again,
13  ▮▮▮▮▮▮▮▮▮. So I easily could have used a 1.8
14  percent number, rather than a 5 percent number. I
15  did what I did in order to be overly conservative
16  and, again, which is beneficial to your client.
17    Q  So my -- I don't really think that
18  answered my question, but let me make -- ask it
19  differently.
20      Other than looking at the uptime
21  percentage in the contract, what else did you do
22  to test the validity of the 10 percent uptime
23  adjustment that you spoke of in this deposition?
24      MR. JOHNSON:  Objection, form.
25    A  So in my world, it's not a test of

112

1   validity. We have a contractual obligation that
2   calls for ▮▮▮▮▮▮▮. I called for a 5 percent
3   in my model. There should not need to be
4   reliability testing when there's a contractual
5   obligation for▮▮▮▮▮▮. I simply did this to
6   give a buffer and a margin for error.
7    Q  Well, what's the basis for it?
8       MR. JOHNSON:  Objection, form.
9    Q  You chose 10 percent. Why did you choose
10  10 percent?
11      MR. JOHNSON:  Objection, form.
12    A  What I'm doing in financial modeling is
13  I'm trying to come up with an estimate that's,
14  number one, accurate, that's conservative, and
15  that allows for any other miscellaneous things
16  that may happen in the model.
17      So what I'm doing in this, again, it's to
18  be conservative. If you're asking why
19  specifically is -- did I choose two 5 percent
20  numbers, it's because I wanted to land on a
21  conservative number.
22      Typically what I do in a financial
23  analysis, and typically what you see in most high
24  level financial analysis, is you will see a number
25  that at least somewhat close to the factual

113

1  basis, which in this case would be ▮▮▮▮
2  percent number, talking 1.8 percent.
3      I decided to go ahead and make it 5,
4  because I was wanting to be conservative. I was
5  wanting to land on a nice round number that I
6  could say that if you asked any question of, well,
7  does this consider, this consider, this consider,
8  the answer is, there's an allowance for all of that
9  in the modeling.
10     Q Understand. And my question to you, more
11 specifically, is, is there a specific publication
12 or standard that you can cite to that you relied
13 upon in determining that 10 percent was the right
14 number? You've mentioned the contract. Anything
15 else?
16     MR. JOHNSON: Objection, form.
17     A Counsel, I'm sure you're aware, when we're
18 doing a damage modeling for cryptomining, there's
19 nothing out there. There's absolutely nothing out
20 there as far as case law or anything else.
21     As far as financial damage modeling, which
22 I do have an extensive background in, what we're
23 dealing with is, when you do a model, you have to
24 make assumptions that have a buffer in it. That
25 is a fairly and widely accepted principle.

114

1      Now, the arbitrary where that number
2  lands, is up to the researcher that is doing it,
3  but you just simply have to articulate the
4  standards of I landed on this number. It includes
5  an allowance, and this is where we're at.
6      Q Okay. And does your -- does that buffer
7  also account for weather events that might cause
8  disruption to the operations?
9      MR. JOHNSON: Objection, form.
10     A Yes.
11     Q Okay. Does that -- does that buffer
12 account for hashrate changes in the operations of
13 a miner? In other words, it doesn't always mine
14 in turbo mode. Does that buffer account for
15 hashrate fluctuations?
16     MR. JOHNSON: Objection, form.
17     A There is a 5 percent allowance in there
18 for hash time adjustment.
19     Q And what did you do to test that the 5
20 percent was a valid adjustment for hashrate
21 fluctuation?
22     A So in my modeling, what you're looking at
23 is regarding the hashrate fluctuation. We have
24 data from Luxor Technologies that's the pool data
25 of what hashrate was actually mined using similar

115

1  miners all across the world. So, again, it's a
2  lookback on what the hashrate actually was.
3      You don't need an allowance when you're
4  look at ex-post data. So in my view, we're
5  looking a lookback at the data. So you would need
6  an allowance for adjustments and all that when
7  you're doing projections or looking forward. What
8  I'm doing here is a lookback.
9      MR. SLOVAK: Okay. So I'm going to object
10 as nonresponsive.
11     Q My question was, did you do anything to
12 test that 5 percent was a valid adjustment for the
13 hashrate fluctuation --
14     MR. JOHNSON: Objection, form.
15     Q -- or was it just based on your judgment?
16     MR. JOHNSON: Objection, form.
17     A And, again, you're not -- as a
18 professional, Ph.D. level statistician, you are
19 not doing reliability tests with ex-post data.
20 The data is what it is.
21     Q Okay. We'll talk about that in a second
22 because you keep mentioning Luxor. Do you have a
23 subscription to Luxor?
24     A Yes.
25     Q When did you acquire the subscription to

116

1  Luxor?
2      A I have had -- used Luxor data on and off
3  for -- best I recall, it's years, but prior to
4  this case.
5      Q And my question wasn't whether you've used
6  Luxor data. My question was, when did you obtain
7  a subscription to pull Luxor data?
8      A I can't --
9      MR. JOHNSON: Objection.
10     A Sorry.
11     MR. JOHNSON: Objection, form.
12     A At this time I can't recall the exact
13 date, but it was prior to this case.
14     Q At the time that you performed or issued
15 your report, which is Exhibit 51, did you pull the
16 Luxor data yourself?
17     MR. JOHNSON: Objection, form.
18     A Yes.
19     Q Okay. And how did you pull the Luxor
20 data? Describe how you did it for the Court.
21     A So in documents that were submitted to
22 you, I did a line-by-line, with screenshots,
23 giving very granular detail of exactly how that
24 data was pulled. In addition to that, I also gave
25 the Python code, which you can enter into Luxor

117

1  and pull it that way.
2      So what I did was I provided a
3  step-by-step instructional basis with Python code
4  explaining exactly how you would download the data
5  to where any qualified statistician would be able
6  to go replicate exactly what I did.
7      Q  When did you pull the data?
8      MR. JOHNSON:  Objection, form, asked and
9  answered.
10     A  If you're asking the specific date I
11 pulled the data, I can't recall off the top of my
12 head, other than obviously it was prior to this
13 report.
14     Q  And the description that you described
15 about the step-by-step instructional basis, was
16 that provided before you issued your report?
17     MR. JOHNSON:  Objection, form.
18     A  I can't recall exactly when it was
19 provided to your side.  I remember you made an
20 interrogatory about it and it was provided after
21 that.  So I'm not sure what the exact date was, I
22 can't recall off the top of my head.
23     Q  Okay.  And when you -- when you pulled the
24 information from Luxor, what did you do to test
25 the validity of the Luxor information, if

118

1  anything?
2      A  First of all, Luxor is widely regarded as
3  the gold standard in the industry.  It's analogous
4  to crypto.  What something like Standard & Poor's
5  or Moody's might be in finance when you're trying
6  to pull stock market data or something analogous
7  to that.
8      So to give you an example of how reliable
9  Luxor data is, you have major institutions like
10 NASDAQ, any data that they have involving crypto
11 is all pulled directly from Luxor.  So what your
12 question is, is almost a little bit misleading and
13 that should I be able to test the accuracy of
14 something.  I have never been in a trial for
15 finance where I've been asked to test the
16 reliability of Standard & Poor's data or the
17 reliability of Moody's data.  It's the gold
18 standard in the industry and widely regarded as
19 the most reliable and best data in the industry.
20     MR. SLOVAK:  So I'm going to object as
21 nonresponsive.
22     Q  I assume that you didn't do anything to
23 test the reliability of the Luxor data, is that a
24 fair assumption, sir?
25     A  I have zero reason in my professional

119

1  expertise to have any belief that the Luxor data
2  is anything but reliable.
3      Q  Okay.
4      A  And so if you're asking did I do some
5  external validity test, which I'm not even aware
6  could exist because Luxor has proprietary data,
7  no, and I'm not even worried that that test could
8  even rapidly be -- or readily be conducted.
9      Q  Luxor data is industrywide information on
10 hash, correct?
11     A  You can't pull from other sources other
12 than Luxor.
13     Q  I understand, that wasn't my question.
14 The Luxor data is industrywide information on
15 hash, right, sir?
16     MR. JOHNSON:  Objection, form.
17     A  Yes.
18     Q  And it omits miner and specific cost per
19 string factors like power costs, right, sir?
20     A  Yes.
21     Q  Hardware efficiency?
22     A  Yes.
23     Q  Downtime?
24     MR. JOHNSON:  Objection, form.
25     A  Yes.

120

1      Q  Curtailment?
2      A  Yes.
3      MR. JOHNSON:  Objection, form.
4      Q  Geographical price variations, right?
5      MR. JOHNSON:  Objection, form.
6      A  Okay, I'm confused as to what you're
7  asking here.
8      Q  Luxor's hash price index omits specific
9  cost restraint factors like geographical price
10 fluctuations, right?
11     MR. JOHNSON:  Objection, form.
12     A  I can't recall the exact answer to that
13 question right now.
14     Q  It doesn't account for hardware
15 depreciation, right?
16     MR. JOHNSON:  Objection, form.
17     A  Not that I can recall.
18     Q  Mining difficulty jumps?
19     MR. JOHNSON:  Objection, form.
20     A  Not that I can recall.
21     Q  Policy regulation shifts?
22     MR. JOHNSON:  Objection, form.
23     A  No, it doesn't account for policy
24 regulation shift.
25     Q  Client or curtailment events?

121

1        MR. JOHNSON:  Objection, form.
2        A  No.
3        Q  And it doesn't account for fixed and
4    variable costs of a specific operator like SBI,
5    right, sir?
6        MR. JOHNSON:  Objection, form.
7        A  I'm actually going to revisit my previous
8    answer to your asking about the, like, climate or
9    environmental conditions.  You have got to keep in
10   mind, Luxor is macro data.  So anything that
11   happens like a major climate event somewhere in
12   the world where mining is going on, it is going to
13   be reflected in the data.
14        I think what you're asking specifically is
15   there's a particular control in the data for that,
16   and the answer is no, not necessarily, but a lot
17   of things you're asking are macro data that is
18   reflected Luxor data.
19        Q  That's fine, but that is not the question
20   I just asked you.
21        The Luxor data doesn't account for fixed
22   and variable costs of a specific operator like
23   SBI, right, sir?
24        MR. JOHNSON:  Objection, form.
25        A  Yeah.  I'm a little hesitant to answer

122

1    your question, because how it's worded is just not
2    really, I don't think we are reflecting an
3    understanding of how Luxor data works.
4        What I'm trying to relay to you, SBI is a
5    certain percentage of mining that's going on in
6    the world, whatever that percentage may be.  So
7    the thing is, if anything happens to SBI and I
8    will just for sake of nice round numbers say it's
9    1 percent.  If SBI accounts for 1 percent of the
10   mining in the world, and something happens like
11   the allegations that are in this case that they
12   were forced to abandon the facility due to alleged
13   environmental conditions, that's absolutely going
14   to be reflected in the macro data.
15        Now, the thing is what you're asking, I
16   guess, is there a specific control for an
17   individual company.  And the answer is no, but
18   that company's data absolutely is reflected in the
19   macro data --
20        Q  Understood.
21        A  -- that Luxor technology is providing.
22        Q  Did you do anything to calculate what
23   percentage of the overall Luxor data is
24   attributable to SBI?
25        MR. JOHNSON:  Objection, form.

123

1        A  Not that I can recall right now, but I'm
2    not totally sure that I didn't do that at some
3    point.
4        Q  And did you model, in any way, the
5    specific electricity costs at the Rockdale
6    facility?
7        MR. JOHNSON:  Objection, form.
8        A  To answer your question, if you go to my
9    loss of profit calculations 2 tab, you see under
10   there the -- there's a column for hosting expense.
11   Most of the hosting expense does include
12   electricity.
13        Q  Okay.  What else is included in that
14   hosting expense?
15        A  It's everything that you see in this
16   Hosting Services Agreement.  Basically it's the
17   cost of all of the operations that are going on at
18   the Rockdale facility or in Russia at the Muroo
19   facility there.
20        Q  So the numbers pulled from the contract,
21   right?
22        A  That is correct.
23        Q  Not from the financial statements to
24   account for the variable operating costs, right,
25   sir?

124

1        MR. JOHNSON:  Objection, form.
2        A  And so let me -- I can just briefly answer
3    that.  There are certain periods where we do have
4    actualized electricity agreements for Rockdale,
5    where we do have the actual electricity costs and
6    the things you are referring to.
7        In Time Period 1, the allegations there is
8    that was after the effective contract date but
9    before allegedly at Rockdale they had even put a
10   shovel in the ground before the facility was even
11   ready.
12        So Time Period 1, we do not have those
13   electricity costs because, again, that is in a
14   but-for world.  And then in Time Period 3 we do
15   not have electricity costs for that period
16   because, again, that was after the termination of
17   the contract that the allegations in this case.
18   And, again, I'm not trying to give a legal opinion
19   or fraudulent inducement, which again would give
20   us a but-for world in Time Period 3 where that
21   would be the amount that were mined if not but for
22   the alleged actions of Whinstone.
23        MR. SLOVAK:  I'm going to object as
24   nonresponsive.
25        Q  I'm just asking you if the costs in your

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

125

1 model come from the contract and not specifically
2 from a line-by-line analysis of the variable costs
3 in the financial statements, right, sir?
4     MR. JOHNSON:  Objection, form.
5   A What I was trying to answer is there's
6 three different calculations going on.  In Time
7 Period 1 and 3, what you're saying is correct.
8   Q Thank you, sir.
9     You mentioned earlier that SBI had to
10 abandon the facility due to environmental
11 conditions.  Did I hear that correctly?
12   A What I said was SBI had to abandon the
13 facility due to the Hosting Service Agreement
14 being terminated and subsequently because what we
15 later found out are the alleged environmental
16 conditions that took place there.  And, again, I'm
17 not trying to give an opinion --
18   Q Okay.
19   A -- on the environmental conditions there.
20   Q That's what I was trying to make sure of,
21 is that you weren't saying that you were offering
22 some sort of opinion in that respect.
23     So just -- I think I understand what
24 you're saying, but between Russia and Rockdale in
25 Time Period 2, how did you control for differences

126

1 in electricity pricing itself?
2     MR. JOHNSON:  Objection, form.
3   A I would refer you back to my previous
4 answer.  In my previous answer, what I stated was
5 that I used a gross number of bitcoin mined for
6 both Russia and Whinstone.  If I had deducted
7 cost, repairs of machines, anything like that, it
8 would not materially have affected the event study
9 analysis.
10     What I was trying to figure out was, were
11 the machines in Russia mining more or less bitcoin
12 than the machines in Rockdale?
13   Q I understand.  But you didn't do anything
14 specifically to control for differences between
15 pricing -- electricity pricing in the two
16 facilities, right, sir?
17     MR. JOHNSON:  Objection, form.
18   A And, again, that's been asked and
19 answered, but my answer was, I used the gross
20 number.  I did not make any deductions.
21   Q Same thing, you didn't control for
22 differences in, like, grid reliability.  You used
23 the gross number, right, sir?
24     MR. JOHNSON:  Objection, form.
25   A That is correct.  And if I did do an

127

1 adjustment for grid reliability based on the
2 literature, there would have to have been a
3 downward adjustment for Russian mining.
4   Q And you didn't do anything to control for
5 differences in labor costs, right, sir?
6     MR. JOHNSON:  Objection, form.
7   A Again, I only used the gross number.  I
8 did not deduct any expenses during Time Period 2
9 during the event study.  It is a gross to gross
10 number.
11   Q Got it.
12     MR. SLOVAK:  Okay.  Why don't we take a
13 quick break, and then let's talk about whether you
14 want to go for another hour and then eat or if you
15 just want to eat now.
16     MR. JOHNSON:  Yeah.  Let's go off the
17 record.
18     VIDEOGRAPHER:  The time is 11:45 a.m.  We
19 are going off the record.
20     (Recess, 11:45 a.m. to 12:02 p.m.)
21     VIDEOGRAPHER:  The time is 12:02 p.m.  We
22 are back on the record.
23   Q So you have mentioned on a few occasions
24 throughout this deposition that some of the
25 factors would not be material to your analysis.

128

1 Do you recall saying that on a number of
2 occasions?
3   A I recall that when you were referencing
4 Time Period 2 where -- the events in the
5 calculations where I use the gross numbers between
6 Russia versus the gross numbers at Whinstone.
7   Q When you described materiality, what were
8 you -- when you use that term, what do you mean?
9   A I don't recall using the exact word
10 "materiality."  What I was trying to articulate
11 was, you either have two options when you do a
12 study like this.
13     You could do what I did and use the gross
14 versus gross numbers, which is the easiest and
15 cleanest way to do it.  That way, you're not
16 trying to account for material differences like
17 you had mentioned before in things like labor
18 costs or electricity or anything like that.  We're
19 just looking at the gross output of the machines,
20 apples to apples comparison.
21     When you start deducting for various costs
22 and doing all the other things, the thing is, you
23 have to deduct costs for Russia as well as
24 Whinstone.  So the argument that it would not make
25 my calculations within a reasonable degree of

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

129

1  economic certainty just would not really hold
2  water, because the deductions would be on both
3  sides.
4      Q Did you do anything to test whether those
5  fixed costs, variable costs, did affect or would
6  be material?
7      MR. JOHNSON: Objection, form.
8      A So, yeah. In my analysis of everything I
9  looked over, obviously I did go over the power
10 consumption, because there is a direct correlation
11 between hashrate and power consumption at the
12 facilities.
13     And I also did look at any other things
14 that could be there. You had mentioned labor
15 cost. Labor cost was one of those things, it's
16 such a small part of the costs. The majority of
17 the costs that we're dealing with with
18 cryptomining in this world are energy costs.
19 Because crypto is so energy inefficient to mine,
20 that that's the main cost that you are dealing
21 with in a situation where you're dealing with
22 outputs of cryptomining.
23     MR. SLOVAK: So I'm going to object as
24 nonresponsive.
25     Q What I asked is just, you have said that

130

1  you chose gross because, in your opinion, the
2  other expenses would not materially change the
3  modeling. And my question to you is, did you do
4  anything to test that assumption that it wasn't
5  material?
6      MR. JOHNSON: Objection, form.
7      A So when -- again, what I was trying to say
8  was I did compare the energy usage there. What
9  the thing is, is what you're asking about is a
10 test. And the reason I brought up the
11 relationship between power consumption and
12 hashrate is they are highly correlated. In other
13 words, the more you're mining, the higher your
14 electricity output is going to be also.
15     Q All right.
16     A So it's a -- it's a hand in hand. So what
17 I'm basically saying is, what you're asking is,
18 did I do a pilot test to ensure that this wouldn't
19 have materially affected it? And my answer is, is
20 that you would have to adjust the electricity
21 cost, which is the primary cost, by hashrate also,
22 and those two are heavily correlated.
23     In statistical terms, that would be
24 referenced to something called multicollinearity,
25 which is basically two variables explaining the

131

1  exact same thing. And, therefore, when you
2  control for all of that, no, it would not affect
3  the --
4      Q I understand. But you --
5      A -- conclusion of the analysis.
6      Q -- didn't actually perform that analysis.
7  You used your judgment to say it wasn't necessary,
8  right, sir?
9      MR. JOHNSON: Objection, form.
10     A So in my professional opinion, I did not
11 specifically perform, like, just a scenario
12 analysis on that. However, I did look at the
13 power consumptions and hashrates, and it was very
14 obvious, based on that, that really no validity
15 test needed to be done because they're so heavily
16 correlated.
17     Q What correlation analysis did you perform?
18     MR. JOHNSON: Objection, form.
19     A So it is an industry standard and widely
20 accepted within the cryptomining world that
21 hashrate and electricity output are hand in hand.
22 They are highly correlated.
23     Q Okay. So --
24     A Electricity output is the top cost by far
25 in a cryptomining operation. So what the -- you

132

1  know, basically what you're asking me is, did I do
2  modeling to control for things like electricity
3  costs? Well, the reality is the electricity costs
4  in Russia are going to be higher because the
5  output was higher in Russia.
6      Q What industry standard are you referring
7  to?
8      A In the cryptomining industry it is widely
9  known -- you could look at literally any article
10 that's out there that shows you there is a direct
11 correlation between hashrate, the amount of crypto
12 mined a/k/a, and --
13     Q What --
14     A -- and electricity usage.
15     Q What specific article did you look at?
16     MR. JOHNSON: Let him finish answering.
17     A So what I was saying is that obviously --
18 and it's just common sense -- the more crypto you
19 are mining, the more electricity you are using.
20 The less crypto you're mining, the less
21 electricity you're using.
22     Q You said that you looked at the -- well,
23 did you perform any actual regression analysis of
24 SBI's internal data and compare it to Luxor?
25     MR. JOHNSON: Objection, form.

---

133

1    A  So I would like for you to clarify your
2 question. In regression analysis -- first of all,
3 there are a lot of different forms of regression
4 analysis. What you're dealing with with a
5 traditional regression analysis is you're dealing
6 with the classic, like, slope intercept formula
7 that we all learned from middle school math.
8    Q  So --
9    A  Y equals MX plus B. And I'm getting
10 there, I promise. I'm --
11    Q  I mean, you --
12    A  I'm trying to be as clear as possible and
13 as helpful as possible, but I'm trying to explain
14 to you my question.
15    Q  Okay. What you're refusing to do is
16 answer a question. So let me try to ask it again.
17    MR. JOHNSON:  Objection, form.
18    Q  Okay. My question is, did you in your
19 work perform any regression analysis between the
20 Luxor data and any SBI internal data?
21    MR. JOHNSON:  Objection, form.
22    A  I was in the middle of trying to answer
23 that question, if you would allow me to continue
24 without interruption.
25    What I was saying is that in the Y equals

134

1 MX plus B model, you have X, which is trying to
2 predict an outcome for Y. So the question in the
3 modeling, is you're sitting here going, did I run
4 a regression? Well, then there is an issue of
5 which form of regression are you running?
6    Are you talking about linear, curvilinear,
7 log-linear? Are you talking about more advanced
8 econometric models like fixed effects, random
9 effects, structural equation modeling, partial E
10 squares? And then where are you identifying what
11 variables is -- what is your X that is predicting
12 Y in this case?
13    So you're asking, like, did I run a
14 regression? What would the point of the
15 regression be, and what is the X predicting Y? If
16 you could maybe specify what your question is I
17 could maybe better answer, but --
18    Q  My --
19    A  -- essentially you're asking me, did I run
20 a model where none of the variables are specified
21 that you're asking.
22    Q  I'm just asking you, did you -- did you
23 run any regression model?
24    A  On Luxor data?
25    Q  On any SBI data as compared to Luxor data.

135

1    MR. JOHNSON:  Objection, form.
2    Q  Did you do it at all?
3    MR. JOHNSON:  Objection, form.
4    A  Yeah, and again, that is my underlying
5 question that I'm trying to figure out what you're
6 asking because event studies do use a form of
7 regression and a step in there, however, you're
8 asking about did I regress Luxor data and Luxor
9 data is, again, ex-post data that we are looking
10 back that we know the actual data of what
11 hashrates and everything else that Luxor data
12 tells us.
13    So there's not a need to regress or test
14 it, because regression again, is a tool of
15 prediction. It is not a tool that we use to try
16 to look back at something or anything else. So I
17 just --
18    Q  So the answer is no --
19    A  I'm not understanding the premise of your
20 question.
21    Q  The answer is no, you didn't perform a
22 regression analysis of any SBI data against Luxor
23 data?
24    MR. JOHNSON:  Objection.
25    Q  Right, sir?

136

1    MR. JOHNSON:  Objection, form.
2    A  I'm not sure what the point of doing that
3 was unless you can specify variables that need to
4 be regressed or predicted.
5    Q  And you --
6    A  That's what I'm saying, I don't understand
7 the premise of the question.
8    Q  But you have used the Luxor data to try to
9 predict the amount of bitcoin in the future,
10 right, sir?
11    MR. JOHNSON:  Objection, form.
12    A  That is not correct at all. Luxor data,
13 again, is a lookback.
14    Q  I understand.
15    A  It is not a predictive model. We know
16 what actually happened.
17    Q  But in your model, you use the historical
18 Luxor data as a proxy to calculate future
19 anticipated production by Whinstone -- I'm sorry
20 by SBI, but for whatever you're assuming were bad
21 acts of Whinstone right, sir?
22    MR. JOHNSON:  Objection, form.
23    A  That's not correct in the least.
24    Q  What's incorrect about that?
25    A  Well, if you're trying to predict future

137

1 performance, we would be saying I'm using Luxor
2 data to try to extrapolate damages for 2026.
3 That's not what I'm doing at all. This is a
4 lookback, we already know the data that actually
5 happened. I'm not trying to use the data to
6 predict. This is actualized data.
7    Q  You're using numbers from Luxor and
8 applying those numbers against a calculation,
9 we're going to get into later, right, for SBI
10 operations in order to predict what you say they
11 would have achieved had they continued to operate
12 beyond 2021, through the time of trial, right?
13    MR. JOHNSON:  Objection, form.
14    A  In the modeling, I am -- it's very vague
15 and unclear what your question is. Are you
16 specifically referring to Time Period 1, 2 or 3 in
17 this question?
18    Q  So I'm talking about Time Period 3.
19    A  Okay.
20    Q  Where you don't have actual production
21 numbers at all for SBI, correct?
22    A  Not exactly.
23    Q  Well, they weren't operating, right,
24 in period 3?
25    A  We have pool data that's coming out of

138

1 Luxor that we know exactly what, in the absence of
2 again, the but-for world and the but-for
3 allegations, we know exactly what SBI would have
4 been able to mine during that period. Because
5 again, the 2023 data, we're now in 2025, that's a
6 lookback, that's not a prediction, that's an
7 actualized number that we know ex-post actually
8 did happen.
9    Q  It's industrywide hash data, right, that's
10 what the Luxor data is, it's for the entire
11 industry, right?
12    A  Yes.
13    Q  And you're using that to apply an
14 estimation, we'll get into in a minute, of what
15 you say the rate of production would have been for
16 SBI specifically, right?
17    MR. JOHNSON:  Objection, form.
18    Q  And you're doing that using Luxor data as
19 the starting point, right, sir?
20    MR. JOHNSON:  Objection, form.
21    A  I'm not sure I understand your question,
22 but, yes, Luxor data is used as a proxy for what
23 would have been mined and that is one of the
24 factual bases of the calculation along with the
25 Hosting Agreement and manufacturer specs.

139

1    Q  And so did you perform any regression
2 analysis of actual performance of SBI against that
3 Luxor data as it pertains to Time Period 3?
4    MR. JOHNSON:  Objection, form.
5    A  Again, I would take issue to how your
6 question is worded and structured and I'm trying
7 to be totally clear on this. Regression is a tool
8 of prediction. X is trying to predict Y. We
9 don't have to do a prediction when we are looking
10 back at actualized data.
11    Q  Okay. So you didn't do that regression
12 analysis?
13    MR. JOHNSON:  Objection, form, asked and
14 answered.
15    Q  And in the pooled was -- is data that
16 Rockdale was part of that pooled data, right?
17    MR. JOHNSON:  Objection, form.
18    A  Yes, SBI was part of the pool data if
19 that's what you're asking.
20    Q  But Rockdale specifically is not part of
21 that pool data, right, sir?
22    MR. JOHNSON:  Objection, form.
23    A  I am unclear as to what you're asking
24 specifically. I specifically already answered SBI
25 and SBI's mining operations are part of pool data,

140

1 that would include all of their operations, so I'm
2 not sure specifically what is not answered about
3 your question.
4    Q  Is Rockdale operations itself specifically
5 included as part of that pool data?
6    MR. JOHNSON:  Objection, form.
7    A  Again, all of SBI Crypto's operations are
8 included in pool data.
9    Q  So let me ask you a question about the
10 uptime because you mentioned that there's an
11 uptime percentage in the contract and that
12 impacted your judgment about the 5 percent
13 adjustment. Do you recall that testimony?
14    A  Yes.
15    Q  Okay. And the uptime in the contract is a
16 guarantee by Whinstone of the supply, right?
17    A  Yes.
18    Q  It's not a measure of the actual
19 performance of the equipment itself, right, sir?
20    MR. JOHNSON:  Objection, form.
21    A  Again, I am not a technical expert on the
22 equipment itself or I'm not trying to make the
23 comment on the efficiency of miners. I am a
24 statistical expert and what I'm doing is looking
25 at the performance of 20,000 A10 miners that were

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

141

1  sent to Russia and 20,000 A10 miners that were
2  sent to Rockdale at the same time.
3      Q  Yeah, and maybe my question is confusing,
4  but Whinstone's obligation is to provide ▮▮▮
5  ▮▮▮▮▮ uptime for whatever miners are operating
6  out there, right, sir?
7      MR. JOHNSON:  Objection, form.
8      Q  Correct.
9      A  Yes, we've previously --
10     Q  Okay.  So whether it's 10,000 miners or
11 whether it's 20,000 miners, if it's 10,000 miners
12 they provide ▮▮▮▮▮ for the 10,000 miners.
13 If it's 20,000 miners, they provide ▮▮▮▮▮▮
14 for 20,000 miners, right?
15     MR. JOHNSON:  Objection, form.
16     A  Yes.
17     Q  But it's possible that some of the miners
18 that are operating at the facility are themselves
19 not performing, right?
20     MR. JOHNSON:  Objection, form.
21     A  Again, that would be out of my area of
22 expertise, I would refer that to Charles Byers.  I
23 am not an environmental expert nor am I an
24 equipment expert.
25     Q  But you didn't account for, in your

142

1  modeling, a percentage of miners that didn't
2  operate or weren't out there operating because of
3  choices of SBI, right?
4      MR. JOHNSON:  Objection, form.
5      A  What do you mean by choices of SBI?  I'm
6  not clear exactly what that entails.
7      Q  Okay.  I'm not asking you about choices.
8  Let me just ask the question differently.
9      Your model doesn't account for the chance
10 that miners failed to operate, for some reason,
11 independent of Whinstone, right?
12     MR. JOHNSON:  Objection, form.
13     A  And again, I am not a technical expert nor
14 am I trying to give a technical opinion in this
15 case.  If there's an argument that, I guess, what
16 you're suggesting by the question that there could
17 be some inherent problem with the equipment that
18 had nothing to do with the Whinstone facility, if
19 that is true, there would also be inherently some
20 problem with the equipment in Russia because they
21 are ordered at the exact same time.  It's an
22 apples to apples comparison.
23     I'm not an expert on the equipment and I'm
24 not trying to make a commentary on the equipment,
25 but I am a data and statistics expert and I can

143

1  tell you that Whinstone greatly underperformed
2  Russia and that's what I'm looking at in my world
3  data statistics.  If you're arguing that, a repair
4  to equipment, you can make the same argument with
5  a Russia.
6      Q  What I'm asking about more specifically is
7  in Time Period 1 and 3, there's no adjustment in
8  your model for problems in the equipment that
9  might exist independent of Whinstone, right?
10     MR. JOHNSON:  Objection, form.
11     A  So again, to reiterate my earlier
12 testimony and try to be helpful in the
13 clarification process, there is a 5 percent to 5
14 percent adjustments for hashrate uptime loss that
15 would more than cover anything like you're
16 suggesting.
17     Also what I would also want to point out
18 is that in Time Period 2, again, any inherent
19 problems with the machine would have been seen in
20 the data in Russia also.
21     Q  So other than the 5 percent -- the two 5
22 percent adjustments, did you do anything else to
23 adjust for the failure of the equipment to operate
24 that is independent of Whinstone?
25     MR. JOHNSON:  Objection, form.

144

1      A  Again, I'm not an environmental expert and
2  I'm not trying to make a commentary on whether or
3  not equipment failed because of environmental
4  conditions at Whinstone and I'm not trying to go
5  down that route.  What I'm simply saying is if we
6  assume the environmental conditions in Russia and
7  Whinstone were the same, then the output
8  theoretically should have been that Whinstone
9  slightly outperforms Russia based on the
10 efficiency of the US power grid.  I am able to see
11 the data and statistics that come out of that.
12 What the rationale behind why the machines were
13 underperforming, I'm not a technical expert, but I
14 can tell you unequivocally they underperformed.
15     Q  Okay.  And that is Period 2.  So other
16 than the 5 percent adjustment as it pertains to
17 periods 1 and 3, did you, in any way in your model
18 account for the failure of equipment to operate
19 for some reason independent of Whinstone?
20     MR. JOHNSON:  Objection, form.
21     A  Again, there are two 5 percent allowances
22 that would more than cover any of that
23 variability.
24     Q  At the time of your report in March, had
25 you reviewed any independent audits of the

145

1  performance of SBI?
2      MR. JOHNSON: Objection, form.
3      A I have reviewed the audits from Deloitte,
4  Deloitte Japan. I cannot tell you specifically
5  the date I did review them on. I don't recall the
6  specific date or if it was before or after the
7  report.
8      However, what I can tell you is a result
9  of my viewing of the audience -- my view of the
10 audits, excuse me, when I viewed the audits, they
11 did nothing to change my opinion. In fact, they
12 further substantiated my opinion. There was
13 nothing in there that would make me materially
14 change my analysis in this case.
15     MR. SLOVAK: I'm going to object as
16 nonresponsive to everything beginning "however."
17     Q Did you make any adjustments for the
18 difficulty rating for bitcoin mining in the
19 formulation of your opinions for any of the three
20 periods?
21     MR. JOHNSON: Objection, form.
22     A Could you be more specific with difficulty
23 in mining? What specific events are you referring
24 to that would be the difficult events?
25     Q Talking about the generally accepted

146

1  principle of difficulty ratings in the crypto
2  industry.
3      A I would love to answer your question, but
4  I am confused by the nature of your question, and
5  it's very vague.
6      Q Do you know what a difficulty rating is in
7  the --
8      A I understand what difficulty is, and I
9  understand what rating is. I don't know
10 specifically what you're referring to in this
11 case.
12     Q Okay. Do you know what the -- do you
13 understand that the difficulty rating of bitcoin
14 mining or cryptomining varies over time?
15     A If you're referencing that bitcoin on an
16 energy basis or a hashrate basis is less efficient
17 to mine than other cryptocurrencies, yes. I'm not
18 sure that's what you're asking, though.
19     Q What I am saying is that depending on the
20 number of participants in the market and available
21 power, the ability to mine and generate rewards in
22 bitcoin or other crypto varies over time. Are you
23 aware of that, sir?
24     MR. JOHNSON: Objection, form.
25     A There is variability of the data. I'm

147

1  confused as to the nature of your question. But,
2  yes, there is variability in the data. I'm not --
3      Q What did you do to account for that in
4  your analysis?
5      MR. JOHNSON: Objection.
6      A The variability of the data is all
7  reflected in the Luxor data, because, again, we're
8  looking at ex-post data. So we're looking at what
9  actually happened, but all the variability in the
10 data fully accounted for.
11     Q Well, did you assume that the difficulty
12 rating remained constant over time in your model?
13     MR. JOHNSON: Objection, form.
14     A No. The items you're referring to about
15 the changes in variability over time, again, we're
16 not trying to project moving forward. We're doing
17 a lookback on what the actualized data really was
18 during that time, during those time -- three time
19 periods.
20     Q Okay. But you didn't perform any analysis
21 of how, if at all, the difficulty rating affected
22 the production or hypothetical production of
23 bitcoin at the SBI facility, right, sir?
24     A Again, what I would do is refer you back
25 to my answer previous to the last break. Luxor

148

1  data is macrodata. Every material change that
2  happens at any facility, whether it's SBI's or
3  anybody else, would be reflected in the Luxor
4  data.
5      Q And part of which were SBI's Rockdale
6  operations, right, in the time periods?
7      A I'm sorry, I didn't understand your
8  question.
9      Q Yeah. I mean, part of that data is SBI's
10 Rockdale operations, right?
11     A Yes, SBI's Rockdale data would be included
12 in macrodata.
13     Q But not in Time Period 3, right, sir?
14     A That is correct.
15     Q Did you look at any business plans of SBI?
16     A Yes.
17     MR. JOHNSON: Objection, form.
18     A Yeah. To answer your question, I did see
19 that Mr. Matthews' report -- business plans are
20 typically used for new or start-up businesses, not
21 generally publicly-traded companies that are
22 already operating and in existence.
23     So a business plan typically you'd see at
24 the very formation or outset of a business, not
25 someone that's already operating. Like, with a

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

149

1 publicly-traded company in the US, you would be
2 looking at things like 10-K statements and things
3 like that, not business plan.
4     MR. SLOVAK: I'm going to object as
5 responsive.
6     Q I didn't ask for your explanation for what
7 business plans are or are not used for. My
8 question is, did you look at any business plans of
9 SBI? Yes or no.
10     A And this is where I would object to the
11 premise of your question. With publicly-traded
12 companies that are already operating, business
13 plans typically are not in even -- even in
14 existence. And if they are, they're only
15 internal.
16     Q Okay. So, again, you haven't answered my
17 question. Did you look at a business plan or not?
18     A Yeah. I feel that I just did answer your
19 question. There are no business plans that are
20 publicly-available, generally speaking, for
21 publicly-traded companies that are already
22 existing in a business.
23     Q So you didn't look at any business plans
24 for SBI, right, sir?
25     A To the best of my knowledge, there's none

150

1 available --
2     Q Okay.
3     A -- that are current.
4     Q You didn't -- you didn't look at any
5 financial projections of SBI, right, sir?
6     MR. JOHNSON: Objection, form.
7     A I only looked at data that was relevant to
8 this case. I don't know what SBI's financial
9 projections for '26 or '27 or '28 are, and I don't
10 really feel that they materially affect my
11 analysis in this case.
12     Q And when you say it wouldn't materially
13 affect your analysis in this case, what did you do
14 to test the materiality of that effect?
15     MR. JOHNSON: Objection, form.
16     A So you're asking me -- and, again, I would
17 object to the premise of your question, because it
18 has nothing to do with the damage model in this
19 case.
20     What you're essentially asking me is,
21 would SBI's projections for what they might make
22 in 2028 make any material difference as to what
23 happened in the Rockdale facility? No.
24     Q Okay.
25     A Not at all.

151

1     Q Did you do anything to examine the
2 availability of required capital for the business
3 at Rockdale?
4     MR. JOHNSON: Objection, form.
5     A I have done a detailed deep dive into
6 SBI's financial statements, their statement of
7 cash flows, exactly how much cash they have on
8 hand, and am aware of their overall cash position,
9 yes.
10     Q Where is that analysis explained in your
11 report?
12     MR. JOHNSON: Objection, form.
13     A If I felt that analysis were pertinent to
14 my modeling, I would have included it in the
15 report. You're simply asking me a question of,
16 have I reviewed SBI's financial statements? The
17 answer is yes.
18     Q When did SBI Crypto begin its operations?
19     A I would have to go back and look at the
20 exact dates. I don't recall off the top of my
21 head, but I know SBI Crypto prior to Rockdale was
22 already mining in -- my understanding is Virginia
23 and Iceland.
24     Q Do you know when those operations began?
25     A I just previously answered. I can't

152

1 recall off the top of my head.
2     Q And you stated in your report -- we can
3 look at it -- on page 18 that all the transactions
4 were consistent with prevailing market rates.
5 What sources did you use to verify that?
6     A Where on page 18 are you referencing? I'm
7 doing a quick glance. I don't see anything about
8 prevailing market rates on page 18.
9     Q It's under paragraph number 2, the first
10 sentence: A thorough review of all transactions
11 since December 2019 confirm that each transaction
12 was consistent with prevailing market rates for
13 hashrates and comparable transactions.
14     What sources did you use to verify that it
15 was consistent with prevailing market rates?
16     A That's the Luxor data we've already been
17 referencing.
18     Q Anything else?
19     A No.
20     Q Why did you use current bitcoin market
21 prices at the time of your report, rather than
22 prices at the time it was mined?
23     MR. JOHNSON: Objection, form.
24     A And I'm going to be reading -- and I want
25 this on the record. This is a notice from the US

153

1  Internal Revenue Service, Notice 2014-21. And
2  what this is is a statement of fact that this is
3  how the IRS views cryptocurrency.
4      For lack of a better regulatory ruling,
5  the only publication we have as far as the nature
6  of cryptocurrency and what it is comes from the
7  IRS. So previously in this thing, they do
8  correctly define cryptocurrency is a virtual
9  currency that can be used for a medium of
10 exchange. However, what they do in Section 4 of
11 this is they read the following.
12     For federal tax purposes, virtual currency
13 is treated as property. General tax rules
14 applicable to property transactions apply to
15 transactions using virtual currency.
16     So what we see here is that the IRS
17 definition is that cryptocurrency is property, and
18 so in my damage analysis in a but-for world, you
19 could use it analogous to your client's damaged
20 property that was SBI Crypto.
21     And what I'm looking at in the financial
22 analysis isn't what was the property worth at the
23 time it was damaged or burned down or whatever
24 else. What I'm looking at, in a but-for world, is
25 how much would it cost to replace that property

154

1  today in today's dollars.
2      Analogous to construction, the price of
3  concrete, copper, steel, drywall, wood, they all
4  go up over time. And similar to that, the
5  replacement cost of bitcoin in this case have also
6  appreciated with time.
7      And so in a but-for world, that is what
8  I'm doing in my but-for analysis, is what would it
9  cost in today's dollars to replace that amount of
10 cryptocurrency.
11 Q Did Whinstone ever have possession,
12 custody, or control of any of the bitcoin that was
13 mined by SBI?
14     MR. JOHNSON: Objection, form.
15 A I'm sorry, are you asking did SBI control
16 the bitcoin that was mined?
17 Q No. What I asked specifically was, did
18 Whinstone ever have possession, custody, or
19 control of any of bitcoin that was mined by SBI?
20     MR. JOHNSON: Objection, form.
21 A Not that I'm aware.
22 Q You cite to the Ahlgren case on page 8 of
23 your -- I'm sorry, on page 5, paragraph G of your
24 report, Exhibit 51. Did you read that case?
25 A I have read the case.

155

1  Q Okay. And you understand that that case
2  involved a breach of fiduciary duty?
3      MR. JOHNSON: Objection, form.
4  A That is my understanding.
5  Q And there is no breach of fiduciary duty
6  claim here, right, sir?
7      MR. JOHNSON: Objection, form.
8      Do you have a copy of the case, I mean,
9  you guys objected precipitously when you started
10 asking questions of another expert without putting
11 the document in front of him. I'm just putting
12 that on the record. If you've got a copy of the
13 case you want to ask him a bunch of copies --
14 questions about the case, I think it's fair to
15 give him a copy of the case.
16     MR. SLOVAK: I didn't ask him whether the
17 claim -- the question I asked --
18     MR. JOHNSON: You asked him if there was a
19 breach of fiduciary claim.
20     MR. SLOVAK: I asked him if there was a
21 breach of fiduciary claim in this -- in this case
22 that he's testifying about. Stop interrupting my
23 deposition and coaching your witness.
24     MR. JOHNSON: I'm not interrupting, I'm
25 just --

156

1      MR. SLOVAK: You're coaching the witness,
2  you need to stop. It's improper and you know it,
3  Cory, stop.
4      MR. JOHNSON: I wasn't coaching.
5  Q Are you aware that there is no claim for
6  breach of fiduciary duty in this case?
7      MR. JOHNSON: Objection, form.
8  A It is my understanding in this case that
9  the claims involve fraudulent inducement, fraud,
10 breach of contract.
11 Q And you're not offering any opinion about
12 which claim your damage model supports, right,
13 sir?
14     MR. JOHNSON: Objection, form.
15 A Again, I am not trying to offer a legal
16 opinion and I'm not trying to stay out of -- I'm
17 not trying to get out of my lane in any way, shape
18 or form here.
19 Q Okay I understand, but --
20 A What --
21 Q -- you are different -- not in your damage
22 modeling, your calculation of damages in your
23 perspective, you're not saying that it applies
24 specifically to breach of contract or specifically
25 to fraudulent inducement, right, sir?

157

1    MR. JOHNSON: Objection, form.
2    A Again, I would refer back to my previous
3 answer. I'm not trying to give a legal opinion.
4 My understanding, is based on the claims of
5 fraudulent inducement and fraud, if not but for
6 the alleged fraudulent inducement of your client
7 and SBI Crypto, this is the damage model that
8 would have been mined in a but-for world.
9    Q I understand and let me ask it more
10 specifically. Are you saying that your damage
11 model applies to either of the breach of
12 fiduciary -- I'm sorry, the fraudulent inducement
13 claims -- ask it better.
14    If the finding is for breach of contract,
15 is it your possession -- position that your damage
16 model applies to that finding?
17    MR. JOHNSON: Objection, form.
18    A So I cannot recall the specifics of the --
19 Ahlgren case, I have read through the case and I
20 did cite the case in my report. I don't recall
21 what the specific claims were or were not, but
22 whatever the claims were, I am not trying to give
23 a legal opinion in this case. That is something I
24 would refer to counsel.
25    Q I understand, but you're not calculating a

158

1 different measure of damages for breach of
2 contract versus fraud in the inducement, right,
3 Sir?
4    MR. JOHNSON: Objection, form.
5    A The damage model is what the damage model
6 is in a but-for world.
7    Q Okay. But it's not specifically
8 differentiating between the various causes of
9 action, right, sir?
10    MR. JOHNSON: Objection, form.
11    A Yeah, nor am I trying to make any kind of
12 legal claims in the report or in this testimony.
13    Q And you are assuming in your analysis that
14 there is a liability finding, right?
15    MR. JOHNSON: Objection, form.
16    A Again, this is all a but-for analysis and
17 in a but-for world, yes, you would have to
18 calculate for damages.
19    Q Okay. And the assumption that Whinstone
20 is liable is not one that you're intending to
21 attribute to any specific cause of action. You're
22 saying, if the jury finds Whinstone is liable for
23 whatever it is, I am saying that this damage model
24 applies; is that correct?
25    MR. JOHNSON: Objection, form.

159

1    A Yes, the damage model would apply to any
2 finding against Whinstone in this case.
3    Q Did you do -- undertake any effort to
4 value the bitcoin of SBI at the time of any
5 specific alleged breach of contract?
6    MR. JOHNSON: Objection, form.
7    A Both in the report and in my calculations,
8 I did calculate the unappreciated price and also
9 the appreciated price at the dollars, which was, I
10 believe, a little over $87,000 at the time of the
11 report.
12    MR. SLOVAK: Okay. So I'm going to object
13 as nonresponsive.
14    Q My question to you is, is you understand
15 that there are a number of allegations of breach
16 in this case, are you aware of that?
17    A Yes, that is my understanding.
18    Q Okay. Did you calculate damages to
19 correlate to a specific breach at a specific point
20 in time?
21    MR. JOHNSON: Objection, form.
22    A Yeah, that's what the time periods were
23 trying to most closely mirror was exactly when the
24 instance occurred. So Time Period 1 was the time
25 period after the contract was enacted but

160

1 allegedly before Whinstone had ever put a shovel
2 in the ground or the day the facility was even
3 ready.
4    So that is a period, that again, would be
5 the but-for alleged actions of Whinstone, had the
6 date of the facility actually been ready at the
7 contractual date, SBI Crypto would have been able
8 to mine that amount of crypto.
9    And then you have in Time Period 3, which
10 is again a but-for allegation, that had SBI Crypto
11 not been fraudulently induced in a contract, they
12 could have been mining this crypto somewhere else
13 in a facility where their miners would still be
14 actively working.
15    Time Period 2, was a breach of contract
16 where -- and again, I'm not trying to offer a
17 legal opinion at all, but Time Period 2 was when
18 Whinstone was actually in operation. In my
19 statistical analysis that I did during that time
20 period, shows that Whinstone greatly
21 underperformed the exact same miners, the A10
22 miners that were operating in Russia that were
23 ordered in the exact same batch at the exact same
24 time.
25    MR. SLOVAK: Okay. I'm going to object as

161

1  nonresponsive.
2      Q  What I'm trying to figure out is you are
3  not attempting to calculate a measure of damages
4  tied to any specific claim of breach, right, sir?
5      MR. JOHNSON:  Objection, form.
6      A  I would refer you back to my previous
7  answer.  Those are all very specific things that
8  happened because one, you had in Time Period 1 the
9  allegations were this contract was supposed to be
10 in effect, however, Whinstone at that point hadn't
11 even put a shovel in the ground allegedly.
12         Then you have Time Period 2, where the
13 allegations are the data center was operational
14 but the environmental conditions were untenable.
15         And then you have Time Period 3, which is
16 after the termination of the Hosting Agreement,
17 and that in a but-for world had Whinstone not
18 allegedly fraudulently induced SBI Crypto, SBI
19 Crypto never would have faced damages for that
20 time period.
21         So those are specific instances and those
22 are what the time periods are formatted and based
23 upon.
24      MR. SLOVAK:  Okay.  I'm going to object as
25 nonresponsive, because I don't think you

162

1  understand my question.
2      Q  But let me try it this way.
3         What was the value of the bitcoin during
4  Time Period 1?
5      MR. JOHNSON:  Objection, form.
6      A  Okay.  Are you asking about the
7  appreciated or the unappreciated value?
8      Q  What was the value of the bitcoin during
9  Time Period 1?
10     A  You're asking at the time it was mined?
11 Do I understand your question correctly?
12     Q  Yes.  What are you looking for, sir?
13     A  This is just a summary of the calculations
14 so I can easily refer to them rather than going
15 back to the spreadsheet.
16     Q  Do you have a copy of that?
17     A  I do not.
18     MR. JOHNSON:  I will get you a copy.
19     MR. SLOVAK:  Yeah, can we get a copy
20 before he starts testifying about it?
21     MR. JOHNSON:  Yeah, that's fair.
22     MR. SLOVAK:  Let's take a break.
23     MR. JOHNSON:  Take a five minute break.
24     VIDEOGRAPHER:  The time is 12:42 p.m.  We
25 are going off the record.

163

1      (Recess, 12:42 p.m. to 12:45 p.m.)
2      VIDEOGRAPHER:  The time is 12:45 p.m.  We
3  are back on the record.
4      Q  Okay.  So before the break I had asked you
5  what's the value of bitcoin for Time Period 1 and
6  you wanted to refer to something we're going to
7  mark as Exhibit 52, the Summary of Calculations.
8      (Exhibit 52 marked.)
9      A  So in Time Period 1, and I just wanted to
10 reference this just to make sure I was on the
11 record giving the exact accurate number rather
12 than a ballpark, it's 682.386852 bitcoin, which in
13 the dollars at the time it was mined, is
14 10,727,405.
15     Q  And so what is the -- what is the price of
16 bitcoin being applied to the lost net bitcoin?
17     A  It's --
18     MR. JOHNSON:  Objection, form.
19     A  It's the price of bitcoin as of my March
20 25th report, which was $87,498.91.
21     Q  But that calculation wasn't disclosed in
22 your report, correct, sir?
23     MR. JOHNSON:  Objection, form.
24     A  That's not correct, it's in the
25 spreadsheets.

164

1      Q  Well, in your report, what you say that
2  the damages for Period 1, right, I'm on page 16,
3  right.  You say, based on this framework and using
4  publicly verifiable spot prices for bitcoin, as of
5  March 24th the projected economic losses are as
6  follows, $59,708,82, right, sir?
7      MR. JOHNSON:  Where are you reading from?
8  I'm sorry.
9      MR. SLOVAK:  Page 16.
10     A  That reflects the price with appreciation
11 as of that date.
12     Q  I understand.
13     A  That is with the value of bitcoin at the
14 time of the report.
15     Q  I understand.  And nowhere in your report
16 does the number for Period 1, 10,727,405 appear,
17 right, sir?
18     MR. JOHNSON:  Objection, form.
19     A  I would have to go back and reread the
20 details of the report to accurately answer that
21 question.  I can tell you unequivocally, for sure,
22 that it does appear in my spreadsheets, which you
23 have copies of.
24     MR. SLOVAK:  Okay.  I'm going to object as
25 nonresponsive.

165

1    Q  Are you aware of any place in your report
2  where you disclose a pre-appreciation number of
3  10,727,405, sir?
4    MR. JOHNSON:  Objection, form.
5    A  Yeah.  As I previously stated, I would
6  have to look back at the report to answer that
7  question accurately.
8    Q  Okay.  The report will speak for itself in
9  that respect, right, sir?
10    MR. JOHNSON:  Objection, form.
11    Q  On page 1 of your report you are saying
12  that your valuation -- I'm in paragraph 2, page 1:
13  Valuation includes scenarios of lost profit, lost
14  net profits resulting from the additional bitcoin
15  that would have been mined during the period from
16  December 15, 2019 to March 24th, 2025 but for the
17  conduct of Whinstone.
18    You're not opining as to any specific
19  conduct of Whinstone that was allegedly the cause
20  of lost profits, right, sir?
21    MR. JOHNSON:  Objection, form.
22    A  The conduct I'm referring to is the
23  allegations in the complaint of fraudulent
24  inducement, fraud, and breach of contract.  That's
25  in particular what this is referencing there.

166

1    Q  But you're not offering any view of any
2  specific act that constituted fraud, right?
3    MR. JOHNSON:  Objection, form.
4    A  I am not trying to give a legal opinion in
5  this case, no.
6    Q  And you're not offering any opinion about
7  what specific act might have constituted a breach
8  of contract, right, sir?
9    MR. JOHNSON:  Objection, form.
10    A  Again, I'm not trying to offer any legal
11  opinions in this case.
12    Q  Do you know when the A10 miners were
13  received in Rockdale?
14    MR. JOHNSON:  Objection, form.
15    A  I don't know the specific date, but I
16  could go back and look at the purchase agreement
17  and get it from that information.
18    Q  Do you --
19    A  I don't recall off the top of my head.
20    Q  Do you know what condition they were in
21  when they arrived?
22    MR. JOHNSON:  Objection, form.
23    A  Is the question did I personally inspect
24  the equipment as it was offloaded of a truck?
25    Q  No.  My question is, do you know anything

167

1  about the condition of the equipment when it --
2  when it arrived?
3    A  I have no reason to believe that the
4  equipment wasn't operational when it arrived.
5    Q  Do you have any reason to believe that it
6  was operational when it arrived?
7    MR. JOHNSON:  Objection, form.
8    A  To answer your question, yes.  While I'm
9  not an equipment expert, and I'm not trying to say
10  I'm an equipment expert, I can look at the data
11  and statistics and tell you that when the miners
12  were arriving in Russia and Whinstone, they were
13  operational.
14    Q  Do you know anything about the design of
15  the Russian facility?
16    MR. JOHNSON:  Objection, form, asked and
17  answered.
18    A  Yeah.  And I would go back to my previous
19  answer.  I am not a data center design expert, nor
20  am I trying to say I am in this case.
21    Q  And I didn't ask you whether you were an
22  expert, sir.  I just asked you, do you know
23  anything about the design of the Russian facility?
24    MR. JOHNSON:  Objection, form.
25    A  I have not been to the Russian facility,

168

1  and I've not seen the blueprints of the Russian
2  facility.
3    Q  Do you know anything about the design of
4  any other facility that -- where SBI housed its
5  miners?
6    A  Again, I am not looking at all the
7  environmental conditions at various mining
8  facilities, and all I'm looking at is the data and
9  statistics, which is what I'm qualified to analyze
10  in this case.
11    Q  Did you analyze any of the operations of
12  SBI at facilities other than Rockdale and Russia?
13    A  As far as --
14    MR. JOHNSON:  Objection, form.
15    A  Yeah.  As far as hashrate mining, yes.  As
16  far as the environmental conditions or how the
17  facilities were set up or anything else like
18  you've been detailing in your questions, the
19  answer is no.
20    Q  What analysis of hashrate at mining at any
21  other SBI facility did you perform?
22    A  And I want to be clear.  I did not do a
23  formal analysis of anything else.  What I did look
24  at was specifically -- I wanted to know the
25  hashrate of other -- of other mining facilities,

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

43 (169 to 172)

169

1  specifically Virginia and Iceland, to see, you
2  know, how was the hashrate, the mining, the
3  electricity usage compared to others, just simply
4  to get a ballpark idea of what I was dealing with
5  the scale of SBI's operations.
6      Q  None of that's disclosed in your report,
7  right, sir?
8      MR. JOHNSON:  Objection, form.
9      A  None of it was used in my financial
10 analysis, and it wasn't something I relied upon.
11 And also to also clarify your question, a lot of
12 the items you're referencing were part of the
13 deposition and exhibits of Carson Smith, which are
14 referenced in the report in Item Number 3.
15     MR. SLOVAK:  Okay.  I'm going to object as
16 nonresponsive ending at the period, "to clarify
17 your question," period.
18     Q  I will hand you real quickly what we're
19 going to mark --
20     MR. SLOVAK:  Can you give me what's behind
21 tab 8?  Can you give me tab 8?
22     Q  You keep talking about a Carson Smith --
23     MR. JOHNSON:  You two should have, like,
24 an odd duo sitcom.
25     Q  You keep -- you keep talking about a

170

1  Carson Smith depo.  On Appendix B you say:  Carson
2  Smith's deposition transcript and exhibits.
3      At the time of March the 28th of 2025, I
4  assume that means -- well, which deposition
5  transcript are you referring to on Appendix B of
6  Exhibit 51?
7      MR. JOHNSON:  Objection, form.
8      A  Carson Smith's first deposition.  That was
9  prior to the date of this report.
10     Q  I'm going to hand you what's been
11 marked -- previously marked as Exhibit 43.
12     (Exhibit 43 discussed.)
13     Q  Have you seen this before?
14     A  I can't recall at this particular time
15 whether or not I've seen this, but it is possible
16 I have.
17     Q  Did you review Ashton Harris' deposition?
18     MR. JOHNSON:  Objection, form.
19     A  I have read through Ashton Harris'
20 deposition, yes.
21     Q  Any reason to disagree that Carson Smith
22 conducted an investigation of the A10s in
23 Kyrgyzstan prior to them being shipped to Russia?
24     MR. JOHNSON:  Objection, form.
25     A  I would defer that question to Carson

171

1  Smith.
2      Q  Okay.  Did you consider Exhibit 43 in your
3  analysis?
4      A  And what was the Bates number on this?
5      Q  SBIC 5909.
6      A  5909?
7      Q  Yes, sir.
8      A  It's not under my list of documents
9  considered.
10     Q  Okay.  And if you'll look in this Exhibit
11 43:  Miner PSU issues.  Had A10 miners in
12 Kyrgyzstan investigated.  These miners never
13 turned on before.
14     Do you have any reason to disagree with
15 the truth or falsity of that statement?
16     MR. JOHNSON:  Objection, form.
17     A  I have not investigated Kyrgyzstan miners.
18 Again, I would refer that question to Carson
19 Smith.
20     Q  Okay.  And he said that he had
21 investigated five PSUs; is that right?
22     MR. JOHNSON:  Objection, form.
23     Q  If you turn to the second page, which is
24 Whinstone_SBI_8559:  Power supply inspection
25 report for five unused Avalon power supplies.

172

1      Any reason to disagree that that occurred?
2      MR. JOHNSON:  Objection, form.
3      A  Again, that's a question you would have to
4  ask Carson Smith.  I was not privy to the
5  inspection of this.
6      Q  Okay.  And in it, he said one has an
7  obvious sign of scorching, right?  Any reason to
8  disagree with that?
9      A  I didn't personally inspect the power
10 supply.  I would refer that to Carson Smith, who
11 did.
12     Q  Well, in Period 1 did you consider the
13 condition of the mining equipment at all?
14     MR. JOHNSON:  Objection, form.
15     A  When you're asking about the condition of
16 the mining equipment, specifically what you're
17 asking is, coming out of the box, were the mining
18 equipment operational?  Yes or no.  Is that what
19 you're asking?
20     Q  Well, that's not what I asked you.  What I
21 asked is, did you consider the mining -- the
22 condition of the mining equipment in Period 1 at
23 all?
24     MR. JOHNSON:  Objection, form.
25     A  Yeah.  I disagree with the premise of your

Transcript of Randall Valentine, Ph.D.

44 (173 to 176)

Conducted on October 24, 2025

173

1  question just a little bit. I'm not sure
2  specifically what you're asking or how this
3  applies to damage modeling. I'm --
4      Q I don't care whether you --
5      A -- a little confused about your --
6      Q -- think it compares to damage modeling or
7  not. My question is just, did you consider the
8  condition of the equipment in performing your
9  analysis with respect to Time Period 1?
10     MR. JOHNSON: Objection, form.
11     A Yeah. And, again, I'll refer back to my
12 previous testimony. My understanding was this
13 equipment has a four-year useful life, and this
14 was new equipment that otherwise should have been
15 operational.
16     Q Okay. If you --
17     A If there were issues -- if there were
18 issues with individual miners, again, I would say
19 that would be accounted for in my 10 percent as
20 allowance that we previously discussed.
21     Q Well, Period 1 doesn't include a 10
22 percent allowance, right, sir?
23     A That's not correct, it does.
24     Q Okay. And so what would the 10 percent
25 allowance -- how would that impact your analysis

174

1  in Time Period 1?
2      MR. JOHNSON: Objection, form.
3      A Well, it's very simple. Hashrate would go
4  down, and there would be less mined if there's
5  machines that are not operational. So that's
6  included in that 5 percent allowance.
7      Q Do you know --
8      A So if there's -- if there's individual
9  spot checks of certain machines that wouldn't
10 work, that would be included in that data.
11     Q Okay. What if the spot -- the machines
12 themselves exceeded -- ones that weren't
13 operational exceeded that 5 percent, right?
14     MR. JOHNSON: Objection, form.
15     A Are you asking a hypothetical question?
16     Q Yeah. I said what if the -- what if the
17 analysis of the machines showed that more than 5
18 percent of them were operational? Would that
19 change or -- sorry.
20         If the analysis demonstrated that more
21 than 5 percent of the machines were not
22 operational during Period 1, would that affect
23 your analysis?
24     MR. JOHNSON: Objection, form.
25     A To answer your question, I have seen no

175

1  evidence that above 5 percent of the miners were
2  affected in this regard that you're saying. And
3  it's purely hypothetical. I mean, the obvious
4  answer would be it could, but I've seen no
5  evidence to substantiate that at all.
6      Q Well, here Mr. Harris -- I'm sorry,
7  Mr. Smith is saying that one of five miners tested
8  had scorching issues and had never been turned on
9  before, that would be 20 percent. Do you have any
10 reason to disagree with that?
11     MR. JOHNSON: Objection, form.
12     A I have a lot of reasons to disagree with
13 it. You're dealing with a sample set of five out
14 of 40,000, that's not a valid sample set. I mean
15 statistically speaking that would get thrown out
16 of anywhere.
17         What you would have to do is you would
18 have to do a validity test. You would probably be
19 testing at least 10 percent of the miners,
20 probably 4,000 miners and then if you say, oh,
21 well, 10,000 out of 40,000 all were scorched,
22     Q You didn't do a validity test though,
23 right?
24     MR. JOHNSON: Objection, form.
25     A Again --

176

1      MR. JOHNSON: Can we take a break?
2      MR. SLOVAK: Let me -- let him answer this
3  question.
4      Q You didn't do a validity test, right?
5      A I'm not a technical expert in this case,
6  nor do I claim to be a technical expert nor am I
7  qualified to do a validity test on equipment.
8      MR. SLOVAK: We can take a break.
9      VIDEOGRAPHER: The time is 1:00 p.m. We
10 are going off the record.
11     (Recess, 1:00 p.m. to 1:37 p.m.)
12     VIDEOGRAPHER: The time is 1:37 p.m. We
13 are back on the record.
14     Q So would you agree that your analysis in
15 this circumstance reflects the make whole amount
16 in the term of bitcoin units and not market value
17 at any specific point in time?
18     MR. JOHNSON: Objection, form.
19     A If I'm understanding your question
20 correctly, you're asking about the appreciated
21 amount or the unappreciated amount?
22     Q The appreciated amount.
23     A Yes, that would be the amount that would
24 be required in order to replace the bitcoin.
25     Q It's not the market value of the bitcoin

177

1  at any specific time, right?
2      A In my --
3      MR. JOHNSON: Objection, form.
4      A In my report it's as of the date of the
5  report, the March 25th date.
6      Q Understood. So I want you to take a look,
7  can you pull tab 9? Do you speak Japanese?
8      A No, I do not.
9      Q Do you read Japanese?
10     A I do not.
11     Q Do you speak Russian?
12     A I do not.
13     Q Do you read Russian?
14     A I do not.
15     Q I'm going to hand you what's been marked
16 as Exhibit 53.
17     (Exhibit 53 marked.)
18     Q And in your list of documents considered,
19 Appendix B to your original report, was one of
20 them that's identified. How do you know what this
21 document says?
22     A I ran the document through Google
23 Translate and also when you're looking at other
24 documents like, for example, in Excel, you can
25 actually right-click on that and there's a

178

1  translate option, so I was doing a lot of that
2  relying on third-party translations. I, again
3  don't speak Japanese or Russian.
4      Q Did you provide to your counsel any of the
5  actual translations that you were relying on when
6  you reviewed these documents?
7      MR. JOHNSON: Objection, form.
8      A I can't specifically recall at this period
9  of time.
10     Q Well, how about at any period of time, did
11 you provide the actual translations that you
12 relied on?
13     A I can't recall if I did or did not provide
14 counsel translations.
15     Q Did Carson Smith translate any of the
16 documents for you?
17     MR. JOHNSON: Objection, form.
18     A Again, I ran everything through Google
19 Translate or used the translator apps within
20 Excel. I did, in the areas -- there were certain
21 areas that the translator just wasn't clear
22 exactly to what some wording is and items were and
23 I did have to ask Carson for some clarification
24 points regarding some of this.
25     Q That's helpful. I mean, did he provide

179

1  any -- did he take any of the documents and
2  translate them for you or you relied on the Google
3  and stuff and then asked questions?
4      A I relied on the Google stuff and asked
5  questions.
6      Q Did you use anything other than Google
7  translation?
8      A As I was saying, in Microsoft they have
9  the right-click feature where you can click
10 translate, and I did use that feature also.
11     Q If we could go back to your report on page
12 15. You say -- I'm at the top, in determining the
13 fair market value of SBI's economic losses as of
14 March 24th, 2025, it's my opinion that the primary
15 method to use as an analysis discounted net cash
16 flows deriving from the percentage gain in bitcoin
17 since time periods 1 and 2.
18     And you say Time Period 3 was calculated
19 using an event study. That's not right, is it? I
20 thought Time Period 2 was calculated using --
21     A You are correct. It is Time Period 2, not
22 Time Period 3.
23     Q Okay. I wanted to make sure that I was --
24     A You are understanding correctly, yes.
25     Q And then when you come down to under

180

1  Section G, you see where you have the last
2  paragraph under number 1 of Section G you say, It
3  is my understanding that the life of the machines
4  housed at Whinstone encompasses a four-year
5  lifespan. And I know we talked about this
6  earlier, but other than the operation manuals, is
7  there any other basis for your understanding that
8  the life of the machines encompass a four-year
9  lifespan?
10     MR. JOHNSON: Objection, form.
11     A And just so we're clear, what I'm looking
12 at right now is the international sales contract,
13 which was part of Carson Smith's deposition
14 testimony.
15     Q What is the exhibit number?
16     A It is exhibit number -- actually I
17 apologize, it's Jonathan Tanemori, it's Exhibit
18 Number 4. And it was also part of Carson Smith.
19 I'm not sure what the exhibit number it was in
20 Carson Smith's.
21     So you're -- going back to your question,
22 what you're asking is the four-year lifespan I got
23 from the manufacturer's specs. You're asking if I
24 got it from anyplace other than manufacturer
25 specs?

181

1  Q Yes, sir.
2  A Not that I can recall.
3  Q Okay. I'm going to hand you what we
4  marked as Exhibit 54, which is Mr. Matthews'
5  rebuttal report.
6     (Exhibit 54 marked.)
7  Q Have you read his report?
8  A I have.
9     MR. JOHNSON: Objection -- I'm sorry.
10    MR. SLOVAK: What's the objection?
11    MR. JOHNSON: I thought you were about to
12 -- withdraw the objection.
13    MR. SLOVAK: Okay.
14    Q And so if you go to Mr. Matthews' report,
15 at page 29, you will see that he cites to -- so
16 I'm under a paragraph on page 29 that starts with
17 "Dr. Valentine's suggestion." Do you see that?
18    A I see it.
19    Q And he cites to an article in Exhibit 55
20 for some proposition cited. Did you go look at
21 that article by chance?
22    A Okay. Hold on, which article are you
23 referencing? What --
24    Q The one in exhibit --
25    A What footnote are you talking about?

182

1  Q Footnote 65.
2  A Footnote 65. Okay. I thought I heard you
3  say 55. I apologize.
4  Q I think I said Exhibit 55, so it was a
5  misstatement.
6  A Sure.
7  Q Did you look at the citation that he
8  provides in footnote 65?
9  A Yes, I did look at this article.
10 Q Okay. And are you -- do you have any
11 independent expertise in the area regarding the
12 lifespan of miners?
13 A Again, I am not a technical expert nor am
14 I claiming to be a technical expert in this case.
15 Q Mr. Matthews also cites to some articles
16 in footnote 66 about the economic lifespan of ASIC
17 miners to be approximately a year and a half to
18 three years saying that the industry norm at the
19 time was to assume that the ASIC miners would need
20 a major refurbishment or complete replacement by
21 two years.
22    Did you review the citations that he
23 provides in footnote 66?
24    MR. JOHNSON: Objection, form.
25    A To answer your question, yes, I did review

183

1  those articles. One of the things that I had
2  considered pertinent for this case is they're
3  different models of miners. We're dealing with
4  the Canaan A10 miner, this is the S9 miner. They
5  are two entirely different things.
6     It would be like comparing the lifespan of
7  a Chevrolet versus a lifespan of a Toyota.
8  They're totally different products by different
9  manufacturers.
10 Q How do you know that? What experience do
11 you have doing any comparison between the lifespan
12 of S9 miners and A10 miners?
13    MR. JOHNSON: Objection, form.
14    A Again, I'm not claiming to be a technical
15 expert in this case nor am I trying to get out of
16 my lane in what I'm doing. What I am simply doing
17 in my area is I'm using the external sources,
18 including the literature specifically on the A10
19 product, and that's what I was focused on in this
20 case.
21 Q But you didn't go do any other independent
22 research. You looked at the specs, it says they
23 have a four-year life, you relied on that and you
24 did nothing else to verify it, right, sir?
25    MR. JOHNSON: Objection, form.

184

1  A No, that's not correct.
2  Q Well, what else did you do to verify the
3  lifespan of the A10 miners?
4     MR. JOHNSON: Let him finish his answer.
5  Were you finished answering?
6  A Yes, I did do a search and try to find out
7  if there was any information that I could find
8  from a credible peer-reviewed type source that
9  would discount the efficacy of the A10 miners and
10 I wasn't able to find anything that disproved the
11 four-year life.
12 Q Mr. Matthews was, did you just not look
13 very hard?
14    MR. JOHNSON: Objection, form.
15 A That's not correct. Mr. Matthews' report
16 clearly cites it was the S9 miners, not the A10
17 miners that were made by a different manufacturer.
18 Q How many S9 miners were they operating out
19 of Rockdale?
20    MR. JOHNSON: Objection, form.
21 A My understanding, again, going back to the
22 deposition earlier today, this question has
23 already been asked and answered, but I'll be happy
24 to regurgitate the answer.
25    I'm not sure what the exact number of S9

185

1 miners were. I am absolutely certain that it was
2 a vast minority of miners.
3    Q What statistical analysis of any kind did
4 you do in this case?
5       MR. JOHNSON: Objection, form.
6    A I'm sorry, I don't understand the scope of
7 your question, because there's a lot of
8 statistical analysis that is contained in my
9 report and the spreadsheets, so --
10    Q Okay. Well, then tell --
11    A -- that's -- that seems like a very --
12    Q You keep --
13    A -- vague question.
14    Q Well, you keep touting yourself as a Ph.D.
15 in statistics. I've heard it, I don't know, 20,
16 30 times today. And I'm asking you to explain to
17 the Court what specific statistical analysis that
18 you performed in this case.
19       MR. JOHNSON: Objection, form.
20    A Are you prepared to let me answer the
21 question? Because this is going to be a long
22 answer because that it is a very, very broad
23 question.
24    Q I mean, every answer you've given has been
25 a very long answer, sir. Why would that be any

186

1 different? I told you it's going to take -- we're
2 going to ask --
3    A This is going --
4    Q -- for more time.
5    A This is going to be -- this is going to be
6 especially long.
7       MR. JOHNSON: Objection.
8    Q What specific statistical analysis did you
9 perform?
10       MR. JOHNSON: Objection, form.
11    A So let's take it time period by time
12 period. In Time Period 1, the statistical
13 analysis I performed was, number one, accessing
14 the Luxor data and using the Luxor data, which,
15 again, is ex-post data. It is a lookback.
16       And what I did in that data was I made a
17 financial analysis of, if not for the but-for
18 actions of Whinstone, what would SBI have been
19 able to mine if the facility had opened as agreed,
20 if not for the alleged fraudulent inducement.
21       So part of that statistical analysis was I
22 pulled the Luxor data. I eliminated the expenses
23 from -- the projected expenses from the Luxor
24 data. I also applied a retention ratio, which was
25 the percentage of actual bitcoin mined that SBI

187

1 did retain over a four-year period.
2       Then what I did was use that number, and
3 the appreciation numbers, which you refer to in my
4 initial report, were multiplied by the bitcoin
5 price at the time of the report, which, again, was
6 $87,498.91, which, again, is reflected in my
7 spreadsheets.
8       For time --
9    Q So how is that statistical analysis?
10 Isn't that just math?
11    A Well, I mean, statistical analysis and
12 math go hand in hand.
13    Q Okay. But you didn't do, like, some
14 regression analysis, right?
15       MR. JOHNSON: Objection, form.
16    Q In Time Period 1 there's no regression
17 analysis performed, right?
18       MR. JOHNSON: Objection, form.
19    A Again, I previously stated this. The
20 assertion that regression analysis would be used
21 when you have indeed ex-post data is just simply
22 not relevant or accurate at all in this measure.
23    Q Well, how do you define statistical
24 analysis, sir?
25    A Statistical analysis --

188

1    Q You're saying math is statistical
2 analysis?
3       MR. JOHNSON: Objection, form.
4    A Statistics and math are both analysis of
5 numbers using computations, so, yeah, they do have
6 a lot of similarities.
7    Q Okay. What statistical analysis did you
8 perform in Period 2?
9    A So in Period 2 what I wanted to do was --
10 we had a unique opportunity, because there was a
11 batch of 40,000 miners, 20,000 of which were sent
12 to Russia, 20,000 of which were sent to Whinstone.
13 So that allowed us to do a very unique analysis.
14 That is why I chose to do an event study.
15       As you suggested, and Mr. Matthews also
16 suggested in his report, using regression in this
17 case would just be statistically inappropriate
18 because, again, regression is a tool of
19 prediction.
20       To give you an example of how regression
21 would be used, everybody in this room, I would
22 assume, is familiar with your credit score. A
23 credit score is a regression-based model where
24 you're taking a number of variables and using it
25 to predict the probability that you're going to

189

1 pay back a debt as agreed. That is a tool of
2 prediction.
3     What we're doing with event study is we're
4 comparing actuals of what actually happened. So
5 the event that we're studying is we are comparing
6 the mining efficacy of the A10 miners that were
7 ordered in the exact same batch in Russia to
8 Whinstone. And what I find in that analysis is
9 that the Whinstone miners, over 50 percent,
10 underperformed Russian miners.
11   Q Okay. Any other statistical analysis that
12 you did in Period 2?
13     MR. JOHNSON: Objection, form.
14   A In regards to Luxor data, I did not do an
15 analysis in the report of the Luxor data during
16 that time period. However, in my spreadsheet, the
17 analysis of the Luxor data during Time Period 2 is
18 completed in my report.
19     And I want this to be noted and on the
20 record. Had I chosen to use the Luxor data for
21 Time Period 2, the damage model would have been --
22 would have been increased significantly. And what
23 I did by using the event study, like most of the
24 other things I did in the modeling, was the most
25 conservative approach to use.

190

1   Q Any other statistical analysis that you
2 did with respect to Time Period 2, sir?
3     MR. JOHNSON: Objection, form?
4   A With Time Period 2, that would cover the
5 major parts of the analysis. You want to move to
6 Time Period 3?
7   Q Yes, sir. What statistical analysis did
8 you perform in Time Period 3, sir?
9   A Time Period 3 --
10     MR. JOHNSON: Objection, form.
11   A Time Period 3 followed the exact same
12 methodology as I previously described in Time
13 Period 1 where I used Luxor data and, again, took
14 a lookback on the actuals of what was mined via
15 hashrates in the pool during that period.
16   Q Okay. And you keep saying that the
17 Russian miners were from the same batch. How do
18 you know that, sir? Were they delivered at the
19 same time?
20   A Yes, sir. What --
21     MR. JOHNSON: Objection, form.
22   A What I'm looking at is -- and let me
23 reference this to you.
24   Q You're talking about the fact that they
25 were ordered at the same time, right, sir?

191

1     MR. JOHNSON: Objection, form.
2   A Okay. This is where I'm looking at, is
3 the international sales agreement, which, again,
4 is Exhibit 4 in the Tanemori deposition.
5     (Exhibit 4 discussed.)
6   Q Okay.
7   A So if you read from the product
8 specifications and price list, you see very
9 clearly, Avalon A10 miners, 40,000 units were
10 ordered of those. Of those, we know that 10,000
11 were sent to Russia, and 10,000 were sent to
12 Whinstone. I am unclear as to the dates of
13 delivery.
14     One point of clarification I wanted to
15 make regarding your question earlier about how I
16 do know the miners were not defective when they
17 were purchased. One thing I would like to refer
18 you to is Section 7 that's on the bottom of page 2
19 of the international sales agreement.
20     What it reads in Section 7.1: Seller
21 provides a 180-day warranty starting from the date
22 goods are received by the buyer. The seller
23 promises to replace defective or faulty parts with
24 new parts, but mining earnings will not be
25 compensated.

192

1     So it clearly does state that. So there
2 was a 100-day -- 180-day warranty in place that --
3 in the event anything was defective.
4   Q Let me see that exhibit. It doesn't talk
5 about Canaan A10 miners, right? It's 1041 miners,
6 right, Avalon miner 1041, right, sir?
7     MR. JOHNSON: Objection, form.
8   A Sir, if you look at the very top of the
9 contract, you'll see that the company is Canaan.
10 That's why I'm referring to them as Canaan.
11   Q I understand.
12   A Very top left-hand corner.
13   Q But the description of the miner is not an
14 A10. It's the Avalon 1041, right, sir?
15     MR. JOHNSON: Objection, form.
16   A Yes.
17   Q Okay. And how many Avalon 1041 miners
18 were delivered to Russia?
19     MR. JOHNSON: Objection, form.
20   A If you're asking about specifically the
21 1041 miners and not the other various varieties of
22 the 1040, which you previously mentioned, I cannot
23 give you an exact number. I can give you an exact
24 number of the 1040 miners and the different
25 garden varieties of them, 20,000 were

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

193

1  delivered to Russia, 20,000 were delivered to
2  Texas.
3      MR. SLOVAK: Okay. I'm going to object as
4  nonresponsive.
5      Q  My question to you was, how many Avalon
6  1041 miners were delivered to Russia, if you know?
7      MR. JOHNSON: Objection, form, asked and
8  answered.
9      A  Yeah. I would refer my previous answer.
10 I know that 20,000 1040s were delivered. The 1041
11 specifically, I cannot recall at this time.
12     Q  Do you know when -- well, you understand
13 that miners delivered pursuant to the exhibit that
14 you're referencing were actually not delivered to
15 Russia. They were delivered to Kyrgyzstan. Do
16 you understand that?
17     MR. JOHNSON: Objection, form.
18     A  Yeah. It is my understanding that
19 Kyrgyzstan was involved in this, yes.
20     Q  And what do you to investigate whether
21 those miners were combined with any other miners
22 that might have been at Kyrgyzstan before they
23 went to Russia?
24     MR. JOHNSON: Objection, form.
25     A  Again, I'm not a technical expert, nor did

194

1  I personally inspect anything in Russia or
2  Kyrgyzstan.
3      Q  Okay.
4      A  And anything I offer here would be, again,
5  out of my lane as an expert here.
6      Q  Do you know if the Avalon miners delivered
7  to Rockdale were manufactured at the same time as
8  the Avalon miners that were delivered to Russia?
9      MR. JOHNSON: Objection, form.
10     A  Again, what I know in the international
11 sales contract is that they were ordered at the
12 exact same time, and that is why, when I mentioned
13 that they're in the same batch, that is what is
14 happening. They come from the same miner at the
15 exact same -- the same, sorry, the mining
16 equipment company, Canaan, at the exact same time.
17     As to when they were manufactured, again,
18 I have not done any inspection of Canaan's
19 facilities, nor do I know the product date of when
20 each machine was manufactured in finality.
21     Q  Well, I feel like you're being obtuse,
22 and, you know, I'm just asking you -- I understand
23 that you are saying that they were ordered at the
24 same time. Do you know if they were delivered to
25 the end user at the same time? It's a simple

195

1  question. Yes or no, you either do or you don't.
2      MR. JOHNSON: Objection, form.
3      A  I do not recall the specific date that
4  either one was delivered.
5      Q  Do you know or have any information
6  regarding whether they were manufactured at the
7  same time?
8      MR. JOHNSON: Objection, form.
9      A  Again, I have not been in Canaan's
10 facilities. I have not -- you've already
11 previously asked if I have talked to anybody from
12 Canaan, I have not talked to anybody from Canaan.
13     Q  Did you speak to anyone from Muroo?
14     A  I have not spoken to anyone from Muroo.
15     Q  Did you recount for any depreciation of
16 the miners in any of your financial modeling?
17     MR. JOHNSON: Objection, form.
18     A  Again, and I would refer you to my
19 previous answers, the miners are assumed to have a
20 four-year useful life, at which time they are
21 going to be fully and completely depreciated.
22     Q  I'm going to hand you what we're going to
23 mark as Exhibit 55.
24     (Exhibit 55 marked.)
25     Q  So you know who Jonathan Tanemori is?

196

1      A  Yes, I do.
2      Q  Mr. Tanemori, on June the 22nd of 2021,
3  emails Chad Harris at Whinstone. Do you know who
4  Chad Harris is?
5      A  I have not met Chad Harris or spoken with
6  Chad Harris.
7      Q  Did you read his deposition?
8      A  I did read his deposition.
9      Q  And Mr. Tanemori says that our miners are
10 depreciated over 24 months. Since SBI miners will
11 have been running less than the depreciated period
12 at the end of June of 2021, the depreciation of
13 book value should be trued up.
14     Did I read that correctly?
15     A  You read that correctly.
16     Q  Did you consider this at all in your
17 analysis?
18     MR. JOHNSON: Objection, form.
19     A  So when we're talking about depreciation,
20 what you're talking about here is an accounting
21 expense. So what Mr. Tanemori is referring to
22 here is on the books for tax purposes, how long
23 does this take to be depreciated. That does not
24 mean that the asset is not usable after that full
25 depreciation date.

197

1    So to give you an example, if a company
2 builds a new building, it might be depreciated
3 over 30 years, however, that doesn't mean that the
4 building doesn't have a useful life in year 31.
5    Q How do you know that the depreciation from
6 SBI's perspective is for tax and not simply for
7 financial purposes?
8    MR. JOHNSON: Objection, form.
9    A Tax and financial purposes should be one
10 and the same. If they're running the books, there
11 shouldn't be two different sets of books for this.
12    Q Did you investigate whether there were?
13    A Given that SBI is a publicly traded
14 company and subject to regulation by the SESA, who
15 is the Japanese equivalent of the SEC and
16 regularly audited by Deloitte Japan, I have no
17 reason to believe that it would have two separate
18 sets of books.
19    Q Does your accounting model factor in any
20 depreciation at all, right?
21    MR. JOHNSON: Objection, form, asked and
22 answered.
23    A I would defer back to my previous answer.
24 In my modeling, it assumes that the machines have
25 a useful life of four years.

198

1    Q So it doesn't account for the fact that
2 they were depreciated on the financial statements
3 of SBI for over a two-year period, right, sir?
4    MR. JOHNSON: Objection, form.
5    A And again, I did not consider that
6 relevant because, again, we're talking about an
7 accounting depreciation, not a useful life, which
8 are two different things.
9    MR. SLOVAK: All right. So will you pull
10 tab 10, please, Brandon, the Hosting Agreement?
11    Q By the way, your model only accounts for
12 the replacement costs and not depreciation
13 expense, right?
14    MR. JOHNSON: Objection, form.
15    A I'm sorry, was there a question in there?
16    Q There was.
17    A Okay. What was your question?
18    Q Your model only accounts for replacement
19 costs, not depreciation expense, right?
20    MR. JOHNSON: Objection, form.
21    A That's actually not correct at all. My
22 model is a but-for world of what would the
23 financial damages have been. I did not account
24 for the damage specifically in the models due to
25 the environmental conditions at Whinstone. My

199

1 understanding is that was other experts in this
2 case that did that.
3    Q Your model doesn't account for any
4 depreciation expense, right?
5    MR. JOHNSON: Objection, form.
6    A If you're talking about the accounting
7 depreciation that Mr. Tanemori just referenced,
8 no, I'm more concerned about useful life than an
9 accounting number of depreciation.
10    Q And it doesn't account for GAAP expenses,
11 right?
12    MR. JOHNSON: Objection, form.
13    Q Your model?
14    A Okay, so when you're talking about GAAP
15 expenses, Generally Accepted Accounting
16 Principles, you have to keep in mind that this is
17 a Japanese company and what you're referencing
18 here would be -- with US GAAP, would not even
19 apply to a Japanese company necessarily.
20    Q Okay. Are you an expert in application of
21 GAAP?
22    A I am not an accountant.
23    Q So what is the basis for your testimony
24 that GAAP doesn't apply to SBI?
25    MR. JOHNSON: Objection, form.

200

1    A I am very familiar with international
2 finance laws in Japan, as well as a lot of other
3 countries they are different from the US. So
4 Generally Accepted Accounting Principles would not
5 apply country to country necessarily.
6    Q Do you know whether Texas law requires the
7 application of GAAP in calculating damages?
8    MR. JOHNSON: Objection, form.
9    A Can you please restate your question?
10    Q Sure. Do you know whether Texas law
11 requires the application of GAAP in calculating
12 damages?
13    MR. JOHNSON: Objection, form.
14    A Best of my recollection, I would say yes,
15 but I'm not completely -- I would go -- have to go
16 back and look it up, but best of my recollection,
17 yes.
18    Q So I've handed you what was previously
19 marked as Tanemori 6. If you will turn to what's
20 page 16, Bates labeled SBIC 3898. You reviewed
21 the Hosting Services Agreement in connection with
22 your work, right?
23    (Exhibit 6 discussed.)
24    A Yes.
25    Q Did you mention the uptime that you relied



201

1  on? Did you read Section 8.6 and 8.7?
2    A  Yes.
3      MR. JOHNSON:  Objection, form.
4    Q  Were you asked to ignore Section 8.6 and
5  8.7 in calculating damages in this case?
6    A  Was I asked to exclude this?
7    Q  Yes.  Were you asked to ignore those
8  provisions in calculating damages?
9    A  No.
10   Q  But you didn't calculate any limitation of
11 damages as specified in Section 8.6 or 8.7, right?
12     MR. JOHNSON:  Objection, form.
13   A  In my damage model, again, I'm not trying
14 to make a legal opinion here.  The allegations in
15 this case are fraudulent inducement and fraud.
16 What I did was a calculation if not but for the
17 alleged fraudulent inducement and fraud committed
18 by your client, then what would have been the
19 economic damages if that.
20     So as you're well aware, I'm sure, and
21 again, I'm not trying to make a legal opinion, in
22 a but-for world, if there is fraudulent inducement
23 that is proved, these clauses in this contract
24 essentially are null and void.
25   Q  Okay.  But if fraudulent inducement isn't

202

1  approved, is it your position that your damages
2  model applies in breach of contract claims?
3      MR. JOHNSON:  Objection, form.
4    A  Again, I'm not trying to make a legal
5  opinion, that's out of my lane.
6    Q  Okay.  So I just want to be clear, are you
7  taking the position that your damages model does
8  not apply if fraudulent inducement is not found by
9  the jury?
10     MR. JOHNSON:  Objection, form.
11   A  That is not a statement I am making at
12 all.  The statement I am making is that is a legal
13 argument that I would defer to counsel.
14   Q  Okay.  But in any event, you didn't
15 calculate any measure of damages under Section 8.6
16 or 8.7 of Tanemori Exhibit 6, the Hosting
17 Agreement, right, sir?
18   A  Again, in the but-for world of, if not for
19 the alleged fraud and fraudulent inducement of
20 Whinstone, what I did was calculate the damage of
21 the clients.  I, therefore, did not consider this
22 to be relevant in a but-for world where fraudulent
23 inducement and fraud are concerned.
24   Q  Are you aware of the economic loss rule in
25 Texas?

203

1      MR. JOHNSON:  Objection, form.
2    A  Yes.
3    Q  Did you consider that in your analysis in
4  this case?
5    A  And again, I would defer back to my
6  previous answer.  This is a but-for analysis that
7  involved fraud and fraudulent inducement which --
8  and again, I'm not trying to give legal opinion,
9  would nullify all of these clauses that you are
10 talking about and referencing.
11   Q  Okay.  And so if the jury finds that our
12 clients are not liable for fraud or fraudulent
13 inducement, you would agree that your model is
14 incomplete?
15     MR. JOHNSON:  Objection, form.
16   A  Again, that would -- I consider that to be
17 a legal argument, I would refer to counsel.
18   Q  Okay.  Your lost profits calculation in
19 this case does not calculate net profits, right,
20 sir?
21     MR. JOHNSON:  Objection, form.
22   A  That is incorrect.
23   Q  How does it calculate net profits?
24   A  Well, there's two things.  You can go to
25 the lost profit 2 tab, and clearly there is

204

1  expenses deducted before a net bitcoin mined or
2  net that was in US dollars, so that's number one.
3      Number two, the retention ratio takes into
4  account all expenses, because ███████████████████
5  ████████████████████████████████████████████████
6  ██████████████████████████████████████████████
7  ██████████████████████████████████
8      So it's covered in two different places
9  there.
10   Q  I'm going to -- how do you know that ██████
11 ███████████████████████████
12     MR. JOHNSON:  Objection, form.
13   A  So again, in my report, I am basing this
14 off of conversations I have had with
15 representatives of SBI, including Nick Vitalis,
16 Jonathan Tanemori and Carson Smith, that that
17 typically was what ████████████████████████████████
18 ███████████████████████████████████████████████
19 ██████████████████████████████████████████████
20 ███████
21   Q  Okay.  Did you read Mr. Vitalis'
22 deposition in this case?
23   A  Yes, I did.
24   Q  Are you aware that he testified that there
25 was ██████████████████████████ --

205

1      MR. JOHNSON: Objection, form.
2      Q -- or selling bitcoin. Do you recall
3  that?
4      MR. JOHNSON: Objection, form.
5      A  If my recollection serves me correctly,
6  you're not quoting that exactly right. He said
7  that there was no written policy. Mr. Matthews,
8  in his report, referred back to the written policy
9  in Riot's recent 10-K stating that they intended
10 to hold more bitcoin than they mined. And my
11 response to that, as a supposition, would be
12 simply this: What I did in the data analysis was
13 I looked at, over a four-year period, what SBI has
14 actually done and how much they have actually held
15 onto.
16     You are correct in your assertion that
17 they don't have a written policy, at least that I
18 am aware of. However, what I'm looking at is
19 their actions over the last four years of what
20 they've actually done.
21     This is analogous to what you're saying,
22 and Mr. Matthews is saying in his report, is
23 someone on New Year's Eve that makes a New Year's
24 resolution that, I'm going to eat better and go to
25 the gym and lose 20 pounds, that that New Year's

206

1  resolution somehow means more than someone who
2  already is eating well and already is going to the
3  gym and already lost weight.
4      Q  Let me ask you a question. Where's the
5  data that shows what they actually sold?
6      MR. JOHNSON: Objection, form.
7      A  If you go to my retention ratio, it's
8  where it's calculated on my sheets, that is where
9  the data is.
10     Q  Okay. So it's your calculation. We're
11 going to talk about that in a minute.
12     Did you look at financial statements that
13 show bitcoin actually exchanged for value at any
14 point in time?
15     A  Yes.
16     Q  Okay. What financial statements were
17 those?
18     A  So I looked at SBI Crypto's financial
19 statements showing that -- the amount of bitcoin
20 they sold, the amount of bitcoin that was
21 retained. I even went and pulled over 690
22 blockchain records of different things showing
23 that -- trying to match up and corroborate what
24 was the financial statements.
25     MR. SLOVAK: So I'm going to object as

207

1  nonresponsive.
2      Q  And ask -- my question, prior to issuing
3  your report in March of 2025 -- well, let me make
4  it more specific.
5      The only financial statements that see
6  identified on Appendix B -- okay. So if we look
7  at --
8      MR. JOHNSON: Don't knock over your glass.
9  You've got a wire right there.
10     Q  If we look at --
11     THE WITNESS: Can you see okay?
12     MR. JOHNSON: Yeah. Thank you.
13     Q  In your appendix, your list of documents
14 considered in Appendix B, these are the only
15 financial statements referenced.
16     MR. JOHNSON: Objection, form.
17     A  No, I don't believe that's a correct
18 statement. If you look at Carson Smith's
19 deposition transcript and exhibits and Jonathan
20 Tanemori's, who you've already referenced several
21 times, there other financial statements in there.
22     Q  Okay. Well, I mean, I took Carson Smith's
23 deposition. I didn't introduce any -- any
24 financial statements, so that will speak for
25 itself.

208

1      These particular financial statements that
2  you cite to, sir, this balance sheet and the
3  income statement, okay, what is -- what is in the
4  line -- so I'm on the second -- SBIC 5820, and
5  we'll mark this -- I'll have to send it to you.
6      MR. SLOVAK: Do we have a physical copy?
7  We actually might. I think it was tab 4. Yeah.
8  Okay. We'll mark this as 56.
9      Q  Sorry. Will you put that on there for me,
10 sir?
11     A  Yes.
12     Q  I apologize.
13     (Exhibit 56 marked.)
14     MR. JOHNSON: So Exhibit 56? I'm sorry.
15     MR. SLOVAK: Yes.
16     Q  So there's a -- on the second page of
17 Exhibit 56, at 5820, there's an income statement.
18 And this is for fiscal year ended March 31st,
19 2021. Do I see that correctly?
20     A  Yes, sir, that's correct.
21     Q  And there's a figure for sales. Do you
22 know what that represents?
23     A  Yes.
24     Q  Sales of what?
25     A  If it's SBI Crypto, I would assume it's

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

209

1  bitcoin, but I would have to look at the further
2  financial statements, but I would assume it's
3  bitcoin.
4      Q  Well, I don't want you to assume.  I want
5  you to tell the jury, do you know whether it's
6  sales of bitcoin or something else?
7      MR. JOHNSON:  Objection, form.
8      A  Again, to the best of my recollection, it
9  would be bitcoin, but I'm not 100 percent sure.
10     Q  What did you determine that that was,
11 in fact, the case --
12     MR. JOHNSON:  Objection, form.
13     Q  -- as of March the -- as of March 28,
14 2025?
15     MR. JOHNSON:  Objection, form.
16     A  This is a question that I would probably
17 defer to either Nick Vitalis, Jonathan Tanemori,
18 or Carson Smith.  They could tell you exactly what
19 the sales were in this case.
20     Q  So you don't know?
21     MR. JOHNSON:  Objection, form.
22     A  I just previously stated, to the best of
23 my recollection, I think it's bitcoin, but I'm not
24 100 percent sure.
25     Q  How many bitcoins?

210

1      A  Again, that's incredibly difficult for me
2  to say, and I question the premise of the
3  question.  As you can see on the very top
4  right-hand corner of this, this financial
5  statement is all in terms of yen.  So I'm having
6  to convert that back to US dollars and then
7  convert that back to bitcoin.  I mean, you're
8  asking me to do a calculation on the spot.  That's
9  impossible.
10     Q  Well, did you do that as part of your
11 analysis?
12     MR. JOHNSON:  Objection, form.
13     Q  Because I didn't see it.
14     A  Yes.
15     MR. JOHNSON:  Objection, form.
16     A  If you go on my spreadsheets, there is
17 very clear amounts marked, the amount of bitcoin
18 that was mined and the amount of bitcoin that was
19 sold.  It's very clearly identified on my
20 spreadsheets.
21     Q  We'll look that, but I'm asking, this
22 calculation itself, sales of ▓▓▓▓▓▓ yen, did
23 you perform a calculation to verify how many
24 bitcoin that constituted?
25     MR. JOHNSON:  Objection, form.

211

1      A  Yeah.  As I previously stated, what I did
2  in my but-for analysis, I converted everything to
3  bitcoin specifically.  And I converted the damages
4  in bitcoin for the purposes of litigation only --
5  because we're litigating in America, not Japan, I
6  converted those to US dollars for the purposes of
7  economic damages.  At no point in time did I try
8  to do conversions of yen to bitcoin or anything
9  else.  I looked at raw bitcoin numbers.
10     Q  What's the figure on Exhibit 56, cost of
11 sales?  What's that composed of?
12     MR. JOHNSON:  Objection, form.
13     A  Again, that would be a question I would
14 refer to Carson Smith or Jonathan Tanemori or Nick
15 Vitalis.
16     Q  You don't know, right?
17     MR. JOHNSON:  Objection, form.
18     A  Again, this is a financial statement that
19 was translated from Japanese.  It's converted into
20 yen.  It would be improper for me to speculate.
21     Q  How does SBI derive it costs of sales in
22 its financial statements, sir?  Do you know?
23     A  Again, that would be a question I would
24 refer to the SBI executives.
25     Q  What did you do to determine if it was

212

1  accurate?
2      MR. JOHNSON:  Objection, form.
3      A  Yeah.  So to be totally clear, I did look
4  at the income statements, and I did look on --
5  look at all the financial statements.  And what I
6  was especially looking for weren't sales or net
7  sales or anything like that that were in yen.  I
8  looked for anything that was specific to bitcoin
9  itself.
10     Q  And to be clear, there's nothing in your
11 spreadsheet that actually reflects the sale of
12 bitcoin, right, sir?
13     MR. JOHNSON:  Objection, form.
14     A  No, that's not correct.
15     Q  Well, you didn't look at the exchange rate
16 on any particular day and calculate a sale of
17 bitcoin, did you, sir?
18     A  That is not correct.
19     Q  Okay.  Well, how did you calculate a sale
20 of bitcoin on a particular day, sir?
21     A  If you go in my spreadsheet, you'll see
22 very -- very clearly there is a price of bitcoin
23 at the time of mining in US dollars, not in yen,
24 in US dollars.  And so that was converted in the
25 damage model.

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

54 (213 to 216)

---

**213**

1    So the earlier model, you asked me about
2  the damage without appreciation.  That was done by
3  the net bitcoin that were retained times the price
4  at the time of mining.
5    Q I understand.  And the net bitcoin
6  retained is based on your retention ratio, right,
7  sir?
8    A That is correct.
9    Q You didn't go analyze any specific sale of
10  bitcoin, for example, to go back and say, as of
11  March the 31st of 2021, SBI sold 100 bitcoin on
12  that date for a specific amount, right?  You
13  didn't do any of that analysis in your
14  spreadsheets, right, sir?
15    MR. JOHNSON: Objection, form.
16    A No, that's not correct.  You can go back
17  and look at the year, month, and date of what
18  bitcoin was sold at what time.  So no, that's not
19  correct.
20    Q So you are saying that you have actual
21  data of sales of bitcoin from SBI?
22    MR. JOHNSON: Objection, form.
23    A And let me be very clear when we're
24  talking about this.  We do have sales of bitcoin
25  from SBI over a four-year period.  What I guess

---

**214**

1  you're getting at specifically, are you talking
2  about Time Period 2 when Rockdale was mining, or
3  are you talking about 1 and 3?
4    Q I'm talking about any time period.  I'm
5  asking you, where is the actual data regarding --
6    A It's all in my spreadsheet.
7    Q -- the sale of bitcoin -- okay.  Which
8  spreadsheet?
9    A It's in a number of them.  So you can look
10  at the Valentine scenario alpha or the SBI Crypto
11  damage sheet.  It will be in either one.
12    Q Okay.  So we'll take a look at that when
13  I'm finished with this financial statement.
14    What is the figure selling, general and
15  administrative expenses in Exhibit 56?  What is
16  that?
17    A Again, I would refer these questions to
18  the executives of SBI.
19    Q And you didn't account for those in your
20  model?
21    MR. JOHNSON: Objection, form.
22    A All expenses were accounted for in my
23  model.  If you look at the scenario Valentine
24  alpha and you look at the losses in time period --
25  sorry, the losses, sheet 2, what you'll see very

---

**215**

1  clearly is expenses are deducted, number one, and
2  then we also apply a retention ratio on top of
3  that.  And the retention ratio is simply stating
4  that this is the amount of bitcoin that was sold
5  to cover expenses.  So absolutely all expenses are
6  covered in the model.
7    Q We'll look at that in a minute.  But the
8  only line item of expenses that's specifically
9  included in your model was the power cost from the
10  contract, right, sir?
11    MR. JOHNSON: Objection, form.
12    A No, that's not correct.  It was all the
13  hosting expenses, which includes power.
14    Q What other hosting expenses are included
15  in that line item?
16    A If you go back to the operating agreement
17  between Whinstone and SBI Crypto, that includes
18  everything from just them being housed at the
19  facility and some other miscellaneous expenses
20  that are included in there.
21    Q So you took the numbers from the contract,
22  not from the financial statements, right?
23    MR. JOHNSON: Objection, form.
24    A So how the contract specifically worked,
25  was there were prepayments for electricity.  And

---

**216**

1  so what I was doing was looking at all the
2  contractual prepayments for electricity and for
3  other expenses, but that's how it was all
4  determined.  But yes, it was based on the
5  contract.
6    Q Right.  And you didn't go make
7  adjustments -- well, are you aware that the
8  parties reduced the costs associated with hosting
9  during Period 1 from the contract rate, are you
10  aware of that?
11    MR. JOHNSON: Objection, form.
12    A Yes.
13    Q Okay.  And you didn't account for those
14  reductions in your model, right, sir?
15    A Again, I would go back to my previous
16  answer.  This was a but-for analysis if not for
17  the alleged fraudulent inducement of Whinstone.
18  What I was looking at is if there had not been
19  fraud or fraudulent inducement taking place, what
20  would have been the damages during that model.  So
21  subsequent modifications to the model after the
22  alleged act had already occurred, did not factor
23  into my model for that reason.
24    Q Okay.  So any credits or money that went
25  back to SBI from Whinstone are not accounted for

---

217

1  in your model, the expenses are taken from the
2  contract, right?
3      MR. JOHNSON: Objection, form.
4      A Again, my model is in a but-for world.
5      Q All right. And so your answer is credits
6  are money that went back to SBI from Whinstone are
7  not specifically accounted for in your model,
8  right, sir?
9      MR. JOHNSON: Objection, form.
10     A Yes. What I'm answering is that all of
11 the expenses have been accounted for and my
12 analysis is in a but-for world, if not for the
13 allegations of fraud and fraudulent inducement.
14     Q As far as the line items on the income
15 statement Exhibit 56 are concerned, do you know
16 what percentages are derived from what specific
17 facilities SBI Crypto was operating?
18     A That would be a question I would defer to
19 the execs of SBI.
20     Q Did you ask for any of that information?
21     A I did not, because I didn't believe it to
22 be pertinent in my analysis.
23     Q Do you know what any of the line items on
24 this income statement actually consist of
25 specifically, sir?

218

1      MR. JOHNSON: Objection, form.
2      A I would defer back to my previous answer.
3  You would have to ask the representatives of SBI
4  this question.
5      Q Okay. I want to finish with the line of
6  questions on the contract. If you will go back to
7  the Hosting Agreement. And you'll see that there
8  is Section 3.10.3?
9      A I'm sorry, what page are you on?
10     Q Tanemori 6, it will be on SBIC 3891.
11     A What page.
12     Q SBIC 3891. It's page 9 of the contract
13 itself?
14     A Okay. I'm on there.
15     Q Section 3.10.3. Were you instructed to
16 ignore this section in your analysis?
17     MR. JOHNSON: Objection, form.
18     A No, I was under no instructions to ignore
19 this.
20     Q You didn't perform a calculation
21 consistent with Section 3.10.3, right, sir?
22     MR. JOHNSON: Objection to form.
23     A Again, I would refer back to my previous
24 answer. In a but-for world with fraud and
25 fraudulent inducement, this clause, my

219

1  understanding, would not even be enforceable.
2      Q I understand. But if the Court -- if the
3  jury finds that there is no fraud or fraudulent
4  inducement, your model does not account for the
5  application of Section 3.10.3, correct, sir?
6      MR. JOHNSON: Objection, form.
7      A Again, that would be a legal argument and
8  I would defer that to counsel.
9      Q Did you look at -- if you turn to -- in
10 Exhibit Tanemori 6 to page -- let's start with
11 13.3.
12     A What page?
13     Q Yes, sir. That will be on page 21 SBIC
14 3903 of Tanemori 36.
15     A Okay. I'm on page 21.
16     Q Okay. And it says,
17
18
19
20     Are you aware that the SBI contract was
21 terminated pursuant to a change of control of it?
22     MR. JOHNSON: Objection, form.
23     A Yes, that is my understand.
24     Q And you understand that there is not an
25 allegation in this case that contract was

220

1  wrongfully terminated. Do you understand that?
2      MR. JOHNSON: Objection, form.
3      A Again, I'm not trying to make a legal
4  opinion. My understanding in this case is that
5  the allegations are fraud and fraudulent
6  inducement. And in the case of fraud or
7  fraudulent inducement in a but-for world, this
8  contract -- or sorry, this section you're
9  referring to would not be enforceable.
10     Q If you will turn to Section 3.14.2, which
11 is going to be on page 11, SBIC 3893.
12     MR. JOHNSON: You said 3.14.2? I'm sorry,
13 I'm trying to follow this.
14     A Page 11.
15     MR. SLOVAK: I know. I wish they hadn't
16 numbered the contract this way, but it's the top
17 of page 11, which is SBIC 3893, Tanemori 6.
18     A I'm on page 11.
19     Q And you'll see the section number is
20 3.14.2 and
21
22
23     Do you see that, sir?
24     A Yes, I do.
25     Q Were you instructed to ignore this clause?

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

221

1    A  I was not instructed to ignore this.
2    Q  But you didn't perform a calculation
3  consistent with the formula in Section 3.14.2,
4  right, sir?
5        MR. JOHNSON:  Objection, form.
6    A  I would refer you back to my previous
7  answer.  In a but-for world where the allegations
8  are fraud and fraudulent inducement, it is my
9  understanding that this clause would not be
10  enforceable.
11    Q  I understand, but if the jury finds that
12  fraud or fraudulent inducement are not -- they
13  don't find that Whinstone engaged in fraud or
14  fraudulent inducement, your model doesn't account
15  for the application of this section of the Hosting
16  Agreement, right, sir?
17        MR. JOHNSON:  Objection, form.
18    A  Again, that would be a legal argument, I
19  would refer back to counsel.
20    Q  Was your Luxor account active before March
21  28th of 2025?
22    A  Yes.
23    Q  So you have in front of you Mr. Matthews'
24  report.  I can't recall exactly what exhibit
25  number we marked it as.  I'm sorry, I should have

222

1  written on mine.
2    A  Exhibit 54.
3    Q  So if you go to Mr. Matthews' report on
4  page 21 -- I'm sorry, page 12.  Mr. Matthews --
5  and this is in the sentence at the first full
6  paragraph on the -- near at the top of the page
7  that starts with "Dr. Valentine." Do you see
8  that?
9    A  I do.
10        MR. JOHNSON:  Sorry, page 12?
11        MR. SLOVAK:  Page 12, top paragraph
12  starting with "Dr. Valentine."
13        MR. JOHNSON:  Okay, thank you.
14    Q  And Mr. Matthews performed a calculation
15  from SBI's financial statements that showed a
16  variable incremental expense margin of ▓ percent
17  for March of 2021 to March of 2024.  Do you agree,
18  disagree or have no opinion about his calculation
19  itself?
20        MR. JOHNSON:  Objection, form.
21    A  I'm sorry, could you restate your
22  question, please?
23    Q  Sure.
24    A  I was looking at the Dr. Valentine part of
25  it, I didn't realize you were looking down here.

223

1    Q  No problem.
2    A  Yeah.
3    Q  Mr. Matthews performed a calculation based
4  on SBI's financial statements that reflect an
5  average variable incremental expense margin of ▓
6  percent from March 31st, 2021 through March 31st,
7  of 2024.  Did you check his math?
8        MR. JOHNSON:  Objection, form.
9    A  Again, what I looked at in this case and
10  what you're referring to, these are financial
11  statements which SBI Crypto is part of SBI, the
12  parent company, which is a publicly-traded
13  company.  So financial statements for a
14  publicly-traded company aren't necessarily going
15  to reflect the actual bitcoin that was retained.
16        Just like with US tax law, they have
17  incentivized to try to take as many deductions as
18  possible.  That does not mean that they didn't
19  retain some bitcoin and these are two mutually
20  exclusive things in my estimation.
21        MR. SLOVAK:  I'm going to object as
22  nonresponsive.
23    Q  My question was did you check his math,
24  yes or no?
25    A  I did not go back personally and check

224

1  Mr. Matthews' math, no.
2    Q  So you have no reason to disagree with his
3  actual calculation, you just disagree with whether
4  it applies to your analysis, right, sir?
5        MR. JOHNSON:  Objection, form.
6    A  Again, I haven't verified this or checked
7  it.
8    Q  If you forward to page 16 of Mr. Matthews'
9  report.
10        MR. JOHNSON:  I'm going to -- I know you
11  have seen this before.
12    A  Yes.
13        MR. JOHNSON:  But if you want to review
14  the whole report and just take a moment to read
15  it, I mean, we had the same argument --
16        MR. SLOVAK:  We can take a break and he
17  can read it if he wants to.
18        MR. JOHNSON:  No, he's not taking a break.
19  I mean, we had the same argument just a couple --
20  last week.
21        MR. SLOVAK:  I don't care if it's the same
22  argument --
23        MR. JOHNSON:  Let me --
24        MR. SLOVAK:  I understand for the record
25  he's going to read.

**225**

1     MR. JOHNSON:  Let me put it -- I just want
2  to put it on the record.  I'll be brief.
3     MR. SLOVAK:  Okay.
4     MR. JOHNSON:  We had the same argument
5  about -- in a previous deposition that if you're
6  going to ask somebody about documents, you've got
7  to give him a chance to review the document.
8     And I'm just saying if you want to take
9  some -- a moment to review this document, which is
10  a whole report, as opposed to whatever you're
11  going to cherry-pick out of this report, then give
12  him a chance to review the entire document to put
13  everything in context.
14     MR. SLOVAK:  He's already told you he
15  reviewed the document, Cory.
16     Q  So I'm going to take you to page 16, and
17  there is a -- an analysis that Mr. Matthews
18  describes where he looked at wallet data and came
19  to the conclusion on page 17 that the incoming and
20  outgoing volume of bitcoin reflected a bitcoin
21  balance of zero.  Did you check his math, check
22  his analysis in any way?
23  **A  Yeah.  I personally pulled --**
24     MR. JOHNSON:  Objection, form.  Sorry.
25     THE WITNESS:  Sorry.

**226**

1     Q  Well, let me -- let me -- let me go back.
2     Prior to March the 28th of 2025, did you
3  go look at the incoming and outgoing bitcoin from
4  either the Rockdale account or the BRAT's account?
5     MR. JOHNSON:  Objection, form.
6  **A  Yes.  I did a full forensic analysis of**
7  **all these wallets that Mr. Matthews cited in the**
8  **report.  What Mr. Matthews fails to account for is**
9  **one very, very simple thing.  It is a routine**
10  **practice within this industry, for no other**
11  **reason, for safety concerns of wallets and**
12  **addresses being hacked and stolen, which happens**
13  **very frequently --**
14     Q  Okay.  I --
15  **A  -- that they -- I'm answering the**
16  **question.**
17     Q  Well, you didn't answer it.
18     MR. JOHNSON:  No.  Let him finish
19  answering.
20  **A  I would appreciate the opportunity to**
21  **answer this.**
22     MR. SLOVAK:  Okay.  Well, I'm just going
23  to object to it and move to strike it.
24     Q  But go ahead.
25  **A  Mr. Matthews fails to consider in any way**

**227**

1  **that -- the money moved out of this wallet into**
2  **another wallet controlled by SBI Crypto.  So there**
3  **was -- there was no -- there was no due diligence**
4  **on his part about where this money went to.  It**
5  **was just, oh, this wallet is zero, so therefore it**
6  **must be zero, and they must not have made any**
7  **money.  It's not that simple.**
8     MR. SLOVAK:  I'll object as nonresponsive.
9     Q  My question to you is, prior to March the
10  28th of 2025, when you issued your first report,
11  you had not performed an analysis of the inputs
12  and outputs from the specific wallets, right, sir?
13     MR. JOHNSON:  Objection, form.
14  **A  No, that's not exactly true.  I did have**
15  **all of the information based on the financial**
16  **statements that were provided to me by SBI Crypto.**
17  **So I did have a transaction history of these**
18  **wallets.  What I simply did on the back end, after**
19  **this report, was go on the blockchain personally**
20  **and start to verify and do a forensic tracing of**
21  **these transactions.**
22     Q  What exchange data did you look at prior
23  to March the 28th of 2025?
24     MR. JOHNSON:  Objection, form.
25  **A  Again, I've already asked and answered**

**228**

1  **this question, but my previous answer was, I**
2  **looked at SBI's financial statements and crypto**
3  **transactions.**
4     Q  Okay.  Well, I'm asking about exchange
5  data.  Did you look at coin-based data?
6  **A  So you're asking --**
7     Q  Prior to March 28th of 2025, did you look
8  at --
9  **A  So I pulled -- I pulled -- all the data I**
10  **pulled from Blockchair.  I did not pull it from**
11  **Coinbase.**
12     Q  And the data you pulled from Blockchair
13  was after March 28th of 2025, right, sir?
14  **A  Again, to answer your question that I**
15  **previously answered, I don't recall the specific**
16  **date.  But I do believe it was in response to one**
17  **of your interrogatories, if I'm remembering**
18  **correctly.**
19     Q  The information that you pulled from
20  Blockchair is dated on the date that you pulled
21  it, right, sir?
22     MR. JOHNSON:  Objection, form.
23  **A  I believe so.**
24     Q  Okay.
25     THE WITNESS:  Also, if we don't mind, can

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

229

1　we take a small bathroom break?  It can even be a
2　few minutes.
3　　　MR. SLOVAK:  Of course, whatever you want.
4　　　VIDEOGRAPHER:  The time is 2:36 p.m.
5　We're going off the record.
6　　　(Recess, 2:36 p.m. to 2:51 p.m.)
7　　　VIDEOGRAPHER:  The time is 2:51 p.m.  We
8　are back on the record.
9　　Q Mr. Valentine, have you offered opinions
10　on lost profits in a but-for scenario in support
11　of breach of contract claims in your work as an
12　expert?
13　　A Yes.
14　　Q Are you going to testify at trial in this
15　case that your damage model applies to breach of
16　contract claims?
17　　　MR. JOHNSON:  Objection, form.
18　　A Again, I previously have been asked and
19　answered that question.  I would classify that as
20　a legal argument that would defer to counsel.
21　　Q Okay.  Well, if --
22　　A My damage model, if your question is --
23　it's still static, and it would still be there.
24　The legal argument I would defer to counsel.
25　　Q I understand, but I'm just trying to be

230

1　clear.  Is it your -- you offered the opinion.  Is
2　the opinion based on the assumption that the
3　finding of liability is under fraud and fraudulent
4　inducement or breach of contract or either?
5　　　MR. JOHNSON:  Objection, form.
6　　A My -- again, I'm not trying to give a
7　legal opinion.  My understanding of the
8　allegations in this case, as I previously stated,
9　involve fraudulent inducement, fraud, and breach
10　of contract.
11　　Q And so are you going to -- if asked at
12　trial whether your damage model applies to breach
13　of contract, are you going to say yes, or are you
14　going to say no?
15　　　MR. JOHNSON:  Objection, asked and
16　answered.
17　　A Again, I've asked and answered that.  But
18　I would refer to counsel --
19　　Q Well, having --
20　　A -- as a legal argument.  I'm not going to
21　make a legal argument.
22　　Q Having performed lost profits analysis in
23　but-for scenarios for breach of contract claims in
24　the past, you would agree that the provisions of
25　the contract matter for that analysis, right, sir?

231

1　　　MR. JOHNSON:  Objection, form.
2　　A Again, that would be a legal argument that
3　I would refer to counsel.
4　　Q That's not a legal argument.  That is --
5　you're an expert.  You've offered opinions on lost
6　profits in but-for scenarios for breach of
7　contract claims.  Do you agree that -- as an
8　expert, that the contract provisions matter for
9　those measures?
10　　A And, again, I would give you the exact
11　same answer.  I know you disagree with my answer,
12　but I view that as a legal opinion I would refer
13　to counsel.
14　　Q Well, as a -- as an expert witness, do you
15　have standards that you have to apply when you are
16　performing an analysis of lost profits in a
17　but-for scenario?
18　　A Yes.
19　　Q And do those standards require you to
20　consider alternative methodologies?
21　　　MR. JOHNSON:  Objection, form.
22　　A Yes.  And that's why I have alternative
23　methodologies clearly listed in my report.  I can
24　reference the section if you'd like.
25　　Q Do those standards require you to consider

232

1　the provisions of the contract that you are
2　offering an opinion about?
3　　　MR. JOHNSON:  Objection, form.
4　　A And as I've previously stated, in a
5　but-for world, that is where my analysis starts
6　and comes from.
7　　Q Okay.  But that's not my question, sir.
8　My question is, in your field as an expert, do the
9　standards require you to actually consider and
10　apply the provisions of the contract?  Yes or no.
11　　A The answer is, if not in a but-for world,
12　yes.
13　　Q In a scenario where the but-for world
14　concerns claims of a breach of contract, you still
15　have to consider and apply the provisions of the
16　contract, right, sir?
17　　　MR. JOHNSON:  Objection, form.
18　　A Yeah.  That's previously been asked and
19　answered.  I would just keep referring you back to
20　the same answer I've now given you about five
21　times.
22　　Q Right, which is a non-answer, and the
23　judge will get to read this, because you refuse to
24　answer questions.  But if you're going to stand by
25　it, stand by it.

233

1      A  No.  I feel it is an --
2          MR. JOHNSON:  Objection, form.
3      A  -- answer.  It just doesn't fit your
4   narrative.
5      Q  I don't have a narrative, sir.  I'm just
6   trying to figure out whether your damages model is
7   intended to apply to the breach of contract claims
8   or the fraudulent inducement claims.
9      A  Yeah.  I've --
10     Q  You put it out.
11     A  I've asked --
12     Q  Which one does it apply to?
13     A  And I've asked and --
14         MR. JOHNSON:  Objection form.
15     A  -- answered the question.
16     Q  No, you actually haven't.  Which cause of
17  action does it apply to?
18         MR. JOHNSON:  Objection, asked and
19  answered, form.
20     A  I've already answered this repeatedly.
21     Q  Which cause of action does your damage
22  model apply to, sir?
23         MR. JOHNSON:  Objection, form, asked and
24  answered.
25     Q  Let's take a look at the Amended

234

1   Complaint.
2          MR. SLOVAK:  Will you pull it out for me,
3   Brandon?
4       (Exhibit 1 discussed.)
5      Q  This was previously marked as Exhibit 1 to
6   Mr. Tanemori's.  Have you reviewed this document?
7   And it says so on a Appendix B of your report, if
8   you want to go back and look at it.
9      A  Yes, I reviewed this document.
10     Q  Okay.  And so if you turn to page 16 of
11  21, there's a cause of action for breach of
12  contract.  Let me know when you're there.
13     A  I'm there.
14     Q  Okay.  And on paragraph 66 it says:  As a
15  proximate result of Whinstone's breaches, SBI
16  suffered benefit of the bargain damages as a
17  result of Whinstone's breach, including lost
18  profits, damages related to the cost of the
19  equipment, and/or as out-of-pocket costs in
20  reliance on the parties in agreement in an amount
21  to be determined by the trier of fact.
22      Is your opinion being offered in support
23  of paragraph 66, sir?
24         MR. JOHNSON:  Objection, form.
25     A  Yes.  My damage model is based on the

235

1   predication of, again -- and I've said this
2   repeatedly -- fraudulent inducement, fraud, and
3   breach of contract.
4      Q  Okay.  So it's being offered for all of
5   those causes of action, fraud, fraudulent
6   inducement, and breach of contract?
7      A  Yes.
8      Q  Thank you.  And you don't differentiate
9   between the numbers to say Period 1 only applies
10  to breach of contract or Period 2 only applies to
11  breach of contract; is that fair?
12         MR. JOHNSON:  Objection, form.
13     A  Kind of revisiting your question from
14  earlier where you had asked that and I previously
15  answered, each of the time periods is clearly
16  based on an event happening Time Period 1, the
17  allegations are the Whinstone facility should have
18  been open and operational and allegedly they
19  hadn't even had a shovel on the ground at that
20  point.
21      Time Period 2 is again, another
22  contractual breach where you're dealing with the
23  situation where Whinstone was operating but
24  underperforming due to the alleged environmental
25  conditions there.

236

1      Time Period 3 is again, after the
2   termination of the agreement, in the but-for world
3   of that.
4      The other thing I want to point out is if
5   you refer back to my spreadsheets, there is a
6   month-by-month analysis where you had asked a
7   question earlier.  Is each particular breach
8   addressed.
9      Every particular alleged breach of
10  contract you can trace back to a date in my
11  spreadsheet and find out what the exact damages
12  were on the day of that breach.  It's something
13  that can be easily replicated and done.
14     Q  You haven't disclosed that in your report,
15  right, sir?
16         MR. JOHNSON:  Objection, form.
17     A  It is in my accompanying spreadsheets that
18  accompany the report.
19     Q  Okay.  There is no narrative in your
20  report that identifies a breach of the specific
21  date, right, sir?
22         MR. JOHNSON:  Objection, form.
23     A  Again, it is in my spreadsheets.
24     Q  So what were the damages as of December
25  the 21st of 2020?

**237**

1       MR. JOHNSON: Objection, form.
2       A First of all, I would ask for a point of
3   clarification. Are you asking for damages with or
4   without depreciation?
5       Q I'm asking a specific date. December the
6   25th --
7       A I understand the specific date but with or
8   without depreciation.
9       Q The only measure you have given me is with
10  depreciation, so with depreciation. What would be
11  the damages on December the 25th of 2020?
12      A I don't recall this particular time. I
13  would have to go back and reference my
14  spreadsheet.
15      Q Okay. When did the fraudulent inducement
16  occur?
17      MR. JOHNSON: Objection, form.
18      A Again, I'm not trying to make a legal
19  argument. My understanding is that the
20  allegations in this case are the fraudulent
21  inducement occurred when SBI Crypto was told that
22  the Whinstone facility was going to be open,
23  operational and up to par on the December 15th,
24  2019 date.
25      Q And those representations, you understand,

**238**

1   were allegedly made before the contract was
2   signed, right, sir?
3       A That is my understanding.
4       Q Okay. So the first period in your damage
5   model is from the ready for use date in the
6   contract through June the 30th of 2020, right,
7   sir?
8       MR. JOHNSON: Objection, form.
9       A That is correct.
10      Q What's the basis for choosing that
11  timeframe?
12      A That is the timeframe after SBI Crypto had
13  moved into the Whinstone facility and the ramp-up
14  period had already taken place.
15      Q Is June 30th, 2020 when you claim
16  operations began?
17      MR. JOHNSON: Objection, form.
18      A Again, to be totally clear, and I'm trying
19  to be as clear and helpful as I can in the answer,
20  operations began before that. I discounted a
21  ramp-up period and did not include that in Time
22  Period 2, because Whinstone operations had not
23  gone through an appropriate ramp-up period yet.
24      Q How did you discount the ramp-up period in
25  Time Period 2?

**239**

1       MR. JOHNSON: Objection, form.
2       A To explain to you, if I had included the
3   ramp-up period in Time Period 2 for the Whinstone
4   facility and included the event study, the results
5   would have been far greater than the little bit
6   over 50 percent that was calculated.
7       What would have happened is it would show
8   Russia had grossly outperformed Whinstone and
9   Whinstone was mining very little, to any, bitcoin
10  during those few months during the ramp-up period.
11      So, in looking at the data, what I would
12  consider that to be is essentially, you know,
13  maybe not in legal terms, or as far as the claims
14  in this case, but in data terms, they would be
15  outliers.
16      Q Well, time period --
17      A And so if I had included those, the damage
18  modeling would have been significantly higher.
19      Q Time Period 1 in your analysis is the
20  ramp-up period, right, sir?
21      MR. JOHNSON: Objection, form.
22      Q It's the time between --
23      A It includes the part of the ramp-up
24  period, but I did not use the numbers from the
25  ramp-up period to what was being mined out of

**240**

1   Whinstone at that particular time. And the reason
2   I did not do that was, again, the damage modeling
3   would have adjusted upward significantly had I
4   done that throughout the entire model. I was
5   trying to go with the most conservative damage
6   model that I possibly could.
7       MR. SLOVAK: Okay. I'm going to object as
8   nonresponsive.
9       Q Is the first period the ramp-up period,
10  sir?
11      MR. JOHNSON: Objection, form.
12      A The first period includes a ramp-up
13  period, but is not only and exclusively the
14  ramp-up period.
15      Q Okay. And -- so then why did the first
16  period end on June 30th of 2020?
17      A That was according to the data when mining
18  really started to begin at the Whinstone facility
19  after the ramp-up period.
20      Q When you say mining really started to
21  begin, how many miners were operating as of June
22  the 30th of 2020?
23      MR. JOHNSON: Objection, form.
24      A Again, I have not done a tour of the data
25  facility. I would defer that question to other

241

1  people in this case who would know the answer to
2  it.
3      What I did look at in this case were the
4  data, statistics, the outputs, the hashrates that
5  were coming out of the facility. So that's what
6  I'm basing my answer on is that data not how many
7  miners were in operation, the amount of bitcoin
8  that was being mined specifically.
9      Q  When you say you looked at data
10 statistics, the outputs, the hashes that were
11 coming out of the facility, where is that data
12 identified in Appendix B?
13     MR. JOHNSON: Objection, form.
14     A  That would be in SBIC0005997.
15     Q  Okay. And what was the source of 0005997?
16     MR. JOHNSON: Objection, form.
17     A  My understanding is that was a sheet that
18 was compiled by Jonathan Tanemori.
19     Q  You understand that this spreadsheet was
20 created in the summer of 2024, are you aware of
21 that?
22     A  I can't recall the specific date at this
23 time when the sheet was created.
24     Q  But you have no reason to disagree with
25 the metadata in that document, right, sir?

242

1      MR. JOHNSON: Objection, form.
2      A  Yeah, again, I simply can't recall the
3  exact date.
4      Q  Okay. And I'm going to pull that up for
5  you. So I'm going to look at the tab Texas Data,
6  what's the source of that data?
7      A  Okay. So that is the -- if you look at --
8  starting with column F that would be the
9  relevant -- we'll start with column E, column E is
10 the cryptocurrency being mined. One of the things
11 at the Rockdale facility is that -- you can go
12 down to the very bottom of the page. So -- back
13 up. Okay, that's good.
14     So you can see that there is other
15 cryptocurrency being mined like BSV. And what
16 I've done in my analysis is I simply just
17 discounted that as not even counting essentially.
18 I only looked at the bitcoin that was mined, so
19 that's from column E.
20     MR. SLOVAK: I'm going to object as
21 nonresponsive, because you're just answering
22 questions I didn't ask.
23     A  Well, I'm about to go column by column.
24     Q  I didn't ask you that question, sir.
25     A  I'm sorry, what was your question?

243

1      Q  We're going to be here until 7:00 or 8:00
2  o'clock if you don't answer the questions that I
3  ask and then I'm going to ask for more time, so my
4  question to you is what is the source of this
5  data? Where did it come from?
6      MR. JOHNSON: Objection, form.
7      Q  That's the only question I asked.
8      A  I previously have answered, my
9  understanding is this sheet came from Jonathan
10 Tanemori. This is all based on data production
11 that was being done at the Texas facility and on
12 the Russian facility.
13     Q  I understand that it's a spreadsheet that
14 came from Jonathan Tanemori. Do you know the
15 source of it?
16     A  This is actual data compiled by SBI.
17     Q  Okay. How was it compiled?
18     MR. JOHNSON: Objection, form.
19     A  So it's my understanding that as the
20 mining was happening, SBI was recording the
21 results of the mining, the hashrate, everything
22 that you see on the sheet, in realtime.
23     Q  And what did you do to verify that?
24     A  So I'm going to take this one by one.
25     Q  Only one question, what did you do to

244

1  verify that?
2      A  I understand, but you're dealing with two
3  different data sets, Texas and Russia. So if you
4  would allow me, I'll answer the Russia question
5  and then I'll go back to Texas.
6      Q  Let's just talk about the Texas data, what
7  did you do to verify the source of the data? Let
8  me start -- who gave it to you?
9      MR. JOHNSON: Objection, form.
10     A  All the documents that I have received in
11 this case have come directly from counsel.
12     Q  Okay. So do you know where counsel got
13 it?
14     A  My understanding is Jonathan Tanemori
15 provided counsel initially with this sheet.
16 You're asking about the source data and I'm trying
17 to answer that question if you would allow me.
18     Q  I understand and I'm being very specific.
19 And do you know from what specific source that
20 Mr. Tanemori pulled the data? Is it a database,
21 is it individual sheets that he was looking at, if
22 you know?
23     MR. JOHNSON: Objection, form.
24     A  Again, my understanding is that SBI
25 recorded the data as it was being mined. I want

Transcript of Randall Valentine, Ph.D.

Conducted on October 24, 2025

62 (245 to 248)

---

**245**

1  to address your question about the accuracy of the
2  data and how do I know this data is verifiable and
3  reliable and accurate.
4      Q  Okay.  I'm not -- that question's not
5  pending right now, sir.
6         So I just -- my question very specifically
7  is, do you know the source from which the data was
8  pulled?  Yes or no?
9      A  I've previously answered that question.
10     Q  Well, no, with all due respect,
11  sir, you haven't.
12     A  SBI inputted the data --
13     Q  You haven't answered a question I've asked
14  all day, sir.  So let's try to do this like
15  respectful people.  Okay.
16        You didn't ask Mr. Tanemori the specific
17  place from which the data was pulled, right, sir?
18     MR. JOHNSON:  Objection, form.
19     A  I have had conversations with Jonathan
20  Tanemori about where the data came from, how
21  reliable the data is, and what the checks of the
22  reliability of the data are.
23     Q  Okay.  And where did he tell you that the
24  data came from?
25     A  I previously have answered that question.

**246**

1  SBI Crypto manually inputted the data as it was
2  being mined.
3      Q  Okay.  But this spreadsheet is created in
4  2024.  So it can't be that it was manually
5  inputted on the spreadsheet.  So my question is,
6  how was this spreadsheet created, if you know?
7      MR. JOHNSON:  Objection, form.
8      A  Okay.  Again, that's a little bit red
9  herring of a comment.  What we're seeing here
10  is -- the data that you see on this sheet was
11  recorded likely into another spreadsheet.  It was
12  incorporated in this spreadsheet for the purposes
13  of litigation and trying to get everything in one
14  sheet and one format.
15     Q  And that's my question.  You're
16  speculating.  Do you know that that's the case?
17     MR. JOHNSON:  Objection, form.
18     A  At this particular time, I can't recall
19  exactly what conversations we've had about merging
20  sheets.
21     Q  Okay.  That wasn't hard, was it, to answer
22  my question?  It wasn't difficult?
23     A  It wouldn't be difficult to interrupt me,
24  either.
25     Q  Okay.  So I'm going to hand you what we've

**247**

1  previously marked as Exhibit 33.
2         (Exhibit 33 discussed.)
3      Q  If you look at it, this is an email
4  correspondence between Mr. Tanemori, Carson Smith,
5  and some other individuals.  And I want to turn
6  your attention to SBIC 3054.  There's an email
7  partially in Japanese, but it's Carson Smith
8  saying:  Thank you for the talk.
9         Do you see that?
10     A  Yes, I see it.
11     Q  And he says:  We can explain the
12  convertible bond was offered as compensation for
13  the losses from delayed start-up, which moved our
14  expected payback from less than two years to three
15  years.
16        Did you consider this in your analysis?
17     MR. JOHNSON:  Objection, form.
18     A  Yeah.  In my analysis, I've seen no
19  financial or actuarial data of any sort of
20  convertible bond.  I have seen it referenced in an
21  email, but I've seen absolutely nothing that
22  indicates a convertible bond was ever issued or
23  that SBI Crypto received any compensation in that
24  form.
25     Q  So did you account for it in your

**248**

1  analysis?
2      MR. JOHNSON:  Objection, form.
3      A  Again, I couldn't verify the existence of
4  this convertible bond.
5      Q  That's not my question.  So did you
6  account --
7      A  I'm not accounting -- I'm not
8  accounting --
9      Q  Did you account for it in your analysis?
10  Yes or no, sir.
11     MR. JOHNSON:  Objection, form.
12     A  I reject the premise of your question.
13  What I'm saying is anything that I cannot verify
14  that has actually happened, that they actually
15  received a convertible bond, I cannot account for
16  in a financial damages model, because I'm simply
17  unsure that it even exists.
18     Q  Okay.  So you didn't account for it in
19  your damage model, because you weren't sure if it
20  exists, right, sir?
21     MR. JOHNSON:  Objection, form.
22     Q  Right, sir?
23     A  I'm sorry, did you --
24     MR. JOHNSON:  Objection, form.
25     A  Was there a question --

---

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

249

1  Q So you didn't --
2  A -- on the back end of that.
3  Q -- account for it in your damages model
4  because you weren't sure it was right, that it
5  exists, right sir?
6  A I wasn't sure that it exists.
7     MR. JOHNSON: Objection, form.
8  A That's correct.
9  Q Okay. Did you ask?
10  A Yes.
11  Q Okay. What were you told?
12  A I was told it didn't exist.
13  Q And who told you that?
14  A I can't recall at this time.
15  Q And did you perform any research of any
16  kind to verify whether that statement was true or
17  false?
18     MR. JOHNSON: Objection, form.
19  A I've examined every single document in
20  this case. I've seen no evidence of it.
21     MR. SLOVAK: Will you hand me what was
22  marked as 23? This was previously marked as
23  Exhibit 116, and that's probably a carryover.
24  Let's mark this as 57.
25     (Exhibit 57 marked.)

250

1  Q If you'll put a stick on it, please. I'm
2  sorry, I keep handing it to you without a sticker.
3  A Yes, sure. No problem.
4  Q Okay. And so this is an email
5  correspondence from Mr. Harris to Carson Smith
6  dated May the 28th of 2021 talking about
7  termination of the contract. Have you reviewed
8  this correspondence, sir?
9     MR. JOHNSON: Objection, form.
10  A Yes.
11  Q Any reason to disagree that the date of
12  termination was June the 28th of 2020?
13  A That is my understanding.
14  Q Okay. And if you look at the second page
15  of Exhibit 57, you'll see there's a letter that
16  was attached to it referencing a security deposit
17  and a prepayment. Do you know if that money was
18  paid back to SBI Crypto?
19     MR. JOHNSON: Objection, form.
20  A My understanding was that a portion of the
21  prepayment was paid back.
22  Q And none of that was deducted from your
23  damages calculations, right, sir?
24     MR. JOHNSON: Objection, form.
25  A In my -- again, in my damage modeling, it

251

1  was in a but-for world if not for the alleged
2  fraud, fraudulent inducement, and breach of
3  contract of SBI.
4  Q Okay. So you didn't account for the money
5  that SBI received back from Whinstone in your
6  damage model, right, sir?
7     MR. JOHNSON: Objection, form.
8  A In my model, again, it was in a but-for
9  world.
10  Q Did you read Mr. Smith's deposition from
11  April of 2025?
12  A Yes, I have.
13  Q Where he was testifying as SBI's corporate
14  representative?
15  A Yes, I've read the deposition.
16  Q And do you recall that he testified that
17  there was, in fact, a convertible bond received?
18  A No, I do not recall that.
19  Q Okay. If he so testified, would it change
20  your view at all?
21     MR. JOHNSON: Objection, form.
22  A I would still want to see actuarial --
23  actuarial evidence of it.
24  Q Okay. You would agree with me that the --
25  we talked about earlier that the expenses that you

252

1  use in your model are the number that was taken
2  out of the Hosting Agreement, right, sir?
3  A Yes, that is correct.
4  Q And those contract expenses are only
5  between SBI and Whinstone, right, sir?
6     MR. JOHNSON: Objection, form.
7  A Yes, that is correct.
8  Q And those contract expenses don't account
9  for SBI Crypto expenses for operations outside of
10  Whinstone, right, sir?
11     MR. JOHNSON: Objection, form.
12  A That is correct.
13  Q Okay. So if we go back to your report, on
14  page 3, at the bottom, you say -- specifically
15  under D1, you say: I have reviewed certain SBI's
16  data including records on mining, hosting, and
17  hashrate operations.
18     Did I read that correctly?
19  A Yes.
20  Q Okay. And then you indicate this allowed
21  you to conduct a comprehensive review of all
22  mining transactions starting from December 15th of
23  2019. Did you review data for all mining
24  transactions at all facilities?
25  A Specifically the documents I reviewed

253

1  centered around Rockdale and Russia. However, I
2  also, as I previously stated in the deposition,
3  have viewed documents from Iceland and Virginia
4  also.
5      Q  But none of those are listed in your
6  Appendix B, right, sir?
7      A  I did not consider them relevant to my
8  calculations, but as just a statement of fact, I
9  have reviewed them.
10     Q  Okay.  Do you know what the mining
11 difficulty level was as of December the 15th of
12 2019?
13     A  You had asked this previously.  For what
14 facility are you referencing?
15     Q  I'm just talking about the marketwide
16 mining difficulty.
17     A  And, again, like I answered before, that's
18 not something I recall at this time.
19     Q  Okay.  What about mining difficulty level
20 on July of 2020, do you know what that was?
21     MR. JOHNSON:  Objection, form.
22     A  Again, that's not something I recall at
23 this time.
24     Q  What about the mining difficulty level as
25 of June 28th of 2021?

254

1      MR. JOHNSON:  Objection, form.
2      A  That is not something I recall at this
3  time.
4      Q  Do you know what the current number of
5  bitcoins that get awarded per block is?
6      A  I'm sorry, could you be more specific in
7  your question?  Which entity are you referring to?
8      Q  I'm just talking about the rewards
9  available for mining bitcoin.  Do you know what
10 the current number of bitcoins that get awarded
11 per block are?
12     A  It depends on the alpha and what the
13 agreements are.  It's totally varying depending on
14 what -- the mining machine, what your agreement
15 is, what your pool fees look like.  There's a lot
16 of variables there.
17     Q  Okay.  I'm talking about just generally,
18 for each block mined, there's a value assigned to
19 it.  That's how blockchain works, right?  So do
20 you know what that value is as of today?
21     A  That value is variable.
22     Q  Okay.  Do you have any reason to disagree
23 that the number of bitcoins they award per block
24 right now is 3.125?
25     MR. JOHNSON:  Objection, form.

255

1      A  That's something I would have to see in
2  writing.
3      Q  Okay.  Do you know what the number of
4  bitcoins that got awarded per block during the
5  time that SBI operated at Rockdale between 2020
6  and 2021 was, do you know?
7      MR. JOHNSON:  Objection, form.
8      A  That's not something I can recall at this
9  time.
10     Q  Any reason to disagree that it was 6.25?
11     A  Again, it's something I would want to see
12 in writing.
13     Q  You agree that when the specific miner
14 solves a bitcoin block, it gets that bitcoin award
15 from the Coinbase?
16     MR. JOHNSON:  Objection, form.
17     A  Yes, that is correct.
18     Q  That miner doesn't share the award with
19 the other miners unless it's in a pool, right?
20     MR. JOHNSON:  Objection, form.
21     A  That usually is correct.
22     Q  Do you know what the halving is?
23     A  Yes.
24     Q  Do you know when the last halving
25 occurred?

256

1      A  I don't recall the specific date at this
2  time.
3      Q  You don't recall in 2020 that it was 6.25
4  bitcoins per reward?
5      A  I don't recall at this time.
6      Q  Okay.  So I want you to take a look at --
7  let me ask it more generally and then we can go to
8  it if we need to at the break because I don't have
9  it sitting here.
10     Are you aware that some of the data that
11 you looked at on the spreadsheets were projections
12 and not actual data?
13     MR. JOHNSON:  Objection, form.
14     A  No, I don't believe that's correct.
15     Q  Let's take a look at -- so you have -- if
16 you look at your Appendix B on your report you
17 have identified by way of example, SBIC 3076 as a
18 Texas projection 6/24/20 spreadsheet.  Do you see
19 that?
20     MR. JOHNSON:  Sorry, can you repeat?
21     A  Please.
22     Q  I just turned to that page.  Yeah.
23 Appendix B, page 28, your notation says, SBIC
24 3076, Texas projection 6/24/20 spreadsheet.
25 Did I read that correctly?

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

257

1    A Yes, you read that correctly.
2    Q Okay. And so that document is a
3 projection, correct?
4    A I'm not aware that that document is a
5 projection, I think it's just titled Projection
6 for whatever reason.
7    Q Okay. So it's your testimony that the tab
8 that says Mining Projection isn't a projection?
9    A Sorry, what tab are you referencing
10 because it's not at the top of it?
11   Q The one that says Mining Projection?
12   A We can't read that. You're talking about
13 on the bottom. Okay.
14   Q I'm talking about the tab, it's a
15 spreadsheet, it's labeled Mining Projection. Do
16 you see that?
17   A I do see this.
18   Q So is it your testimony that that is not a
19 projection?
20      MR. JOHNSON: Objection, form.
21   A Can I get a minute to review the sheet?
22 Can you scroll up?
23   Q Sure.
24   A Would you mind scrolling down just a
25 little bit?

258

1    Q Sure.
2    A Thank you.
3      (Reviewing document.)
4      Would you mind clicking on the P&L
5 analysis tab, I just want to be totally clear
6 before I answer your question? Thank you. Could
7 you go back to the Mining Projection tab?
8      Please restate your question.
9    Q I asked you whether you were aware that
10 some of the data you relied upon were projections?
11      MR. JOHNSON: Objection, form.
12   Q Are you aware that that's the case, sir?
13      MR. JOHNSON: Objection, form.
14   A Yeah. In the data that I relied upon to
15 do my analysis, it did not rely on projections.
16 What this sheet is, if you look at it, and I can
17 point you to the cells, if you look at cells
18 number 53 and 55, these are again, accounting
19 statements that SBI had where they're trying to
20 figure out what their projections are as far as
21 liabilities.
22      And in corporate tax, profit after
23 corporate tax, a cumulative operating profit loss
24 statements, these are, again, all just accounting
25 statements that SBI is trying to do internally.

259

1 And the projection is what they're trying to do,
2 is if you can see the very bottom line there,
3 they're trying to project, if you go to line
4 number 55, the profit after tax. That's what all
5 these cells are leading to and that's what they're
6 trying to project.
7    Q I understand.
8    A It's not a projection of mining revenue
9 nor do I, in particular, use any projections in
10 any of my modeling.
11   Q So the answer is yes, it's a projection,
12 right, sir?
13   A My answer is it's a projection, but it's a
14 projection for internal accounting statement
15 having to do with taxes. It has nothing to do
16 with the bitcoin or bitcoin mine retained or
17 anything like that.
18   Q Well, it's an analysis of global hashrate
19 and the number of miners installed and SBI sees
20 hashrate. It's all a projection, right, sir?
21      MR. JOHNSON: Objection, form.
22   A No, because the sheet is labeled a
23 projection, does not mean every single individual
24 variable in there is a projection.
25   Q Okay. Let me ask you, sir, do you know

260

1 which line in there are projections and which ones
2 are actual, sir?
3      MR. JOHNSON: Objection.
4    A Can you tell me the metadata on what date
5 this sheet was created? The global hashrate were
6 not projections, that was all ex-post data. The
7 date on here is 2025, that is all ex-post data.
8    Q That's when we modified it. I will
9 represent to you that the version -- this is
10 pulling modification. In our database the
11 metadata shows it was created on June the 30th of
12 2020. It's the date that last -- date last saved
13 6/23/2020. Do you see that?
14      MR. JOHNSON: Objection.
15   A I do see this.
16      MR. JOHNSON: Objection, nonresponsive.
17   Q Does that change your testimony that this
18 was a projection versus actual?
19   A I'm a little confused because we got two
20 different dates on the meta-analysis, one saying
21 2025 and one saying 2020.
22   Q What did you do to verify whether it was
23 projection or actual?
24      MR. JOHNSON: Objection, form.
25   A What I would have to do is go back and

261

1  look at what the global hashrate was during those
2  particular time periods and then I would have to
3  go back and see is this ex-post data or is this,
4  as you assert, a projection.
5      Q  Do you understand -- if this has to do
6  with the projection regarding taxes, then why is
7  it listed on Appendix B?
8      MR. JOHNSON:  Objection, form.
9      A  It was one of the documents I viewed when
10  constructing my analysis.
11      Q  And what did you rely on in this document
12  in connection with your opinions in this case?
13      MR. JOHNSON:  Objection, form.
14      A  Yeah, this particular document, I can't
15  recall at this time exactly what I relied upon.  I
16  can tell you this is a document I have reviewed
17  before.
18      Q  Do you understand that SBI's miners in
19  Rockdale operated in a mining pool?
20      A  Yes.
21      Q  Same for Russia?
22      A  Yes, that's my understanding.
23      Q  Same for Iceland?
24      A  Yes, that is my understanding.
25      Q  Do you know whether SBI's pool had

262

1  external clients?
2      MR. JOHNSON:  Objection, form.
3      A  Yes, I'm aware they had external clients.
4      Q  Do you know how many miners were part of
5  the pool for Russia?
6      MR. JOHNSON:  Objection, form.
7      A  I do not recall the exact number at this
8  time.
9      Q  Do you remember how many miners were part
10  of the pool for Rockdale?
11      MR. JOHNSON:  Objection, form.
12      A  I do not recall at this time.
13      Q  So as soon as this pulls up, sir, I'll ask
14  you some questions.  This is SBIC 5937.  It's
15  still trying to pull up, I'm sorry.  Here we go.
16      So SBIC 5937, this is listed on your doc,
17  your spreadsheet of documents, Appendix B.  Do you
18  know what this is?
19      A  Yes.
20      Q  What is it?
21      A  This is a P&L statement.  And I think this
22  was the origin of the profit and loss model.  What
23  they're doing here is they're looking at what they
24  should have mined at Whinstone versus what was
25  actually mined due to the alleged environmental

263

1  conditions there.
2      Q  And when was this created, do you know?
3      A  I would have to look at the metadata.
4      Q  Do you know what mining activity
5  increments are used here?
6      A  Which tab are you referring to?
7      Q  This one.
8      A  Yeah, if you look at column C, that is the
9  amount of bitcoin mined.
10      Q  Okay.  And so that's not increments of
11  6.25, right?
12      MR. JOHNSON:  Objection, form.
13      Q  Just fractions of the bitcoin rewards at
14  that the point in time?
15      A  They are fractions of a bitcoin, that's
16  correct.
17      Q  Do you know how those allocations were
18  made?
19      A  My understanding is those were fractions
20  of bitcoin that were mined that they actually
21  received as part of a reward.
22      Q  I understand, but do you know how those
23  allocations were made?
24      MR. JOHNSON:  Objection, form.
25      A  I'm sorry, I don't understand the nature

264

1  of your question.
2      Q  Well, that's a fraction, right, line 25 is
3  a fraction.
4      A  That's a date, yeah.
5      Q  That's a fraction.
6      A  It's a fraction --
7      Q  It's 6.25 and my question to you is do you
8  know how --
9      A  Where is the 6.25 number generated?
10      Q  It is not generated from anywhere, sir,
11  that's the -- that's what the bitcoin rewards were
12  as of 11/24/2019 and this bitcoin amount is not
13  6.25, it's some lesser amount.  And my question to
14  you is do you know how these bitcoin amounts were
15  allocated in this particular allocation?
16      MR. JOHNSON:  Objection, form.
17      A  Yes, it's something I don't recall at this
18  time.
19      Q  Do you know what the formulas were for
20  determining the allocation?
21      MR. JOHNSON:  Objection, form.
22      A  You're asking me if I know the formula for
23  coin-based rewards?
24      Q  No, I'm not asking you if you know the
25  formula for coin-based rewards.  I'm asking you if

265

1  you know the manner by which coin-based rewards
2  that come out of a pool and go to SBI are
3  allocated to various facilities within SBI's
4  wallets?
5      MR. JOHNSON: Objection, form.
6  A Yeah. It depends on --
7      THE WITNESS: Sorry, Cory.
8      MR. JOHNSON: Go ahead.
9  A My understanding is it depends on the
10 share of the pool that any particular miner had
11 and they're allocated based on shares of the pool.
12 Q Okay. And did you do anything to verify
13 that the allocations were correct?
14     MR. JOHNSON: Objection, form.
15 A I'm sorry, your question is did I verify
16 that SBI actually was allocated those coins? I'm
17 sorry, what is your supposition?
18 Q Yes. Did you verify that the allocations
19 were correct?
20     MR. JOHNSON: Objection, form.
21 A Internally I don't have access to
22 coin-based calculations nor have I been provided
23 with any data indicating these, however, I have
24 gone -- personally gone on the blockchain. I have
25 seen these deposited into SBI's wallets that refer

266

1  back to the sheet and so I have verified in that
2  manner.
3      MR. SLOVAK: I'm going to object as
4  nonresponsive.
5  Q Did you do anything -- well, did you
6  perform any tests on a sample of the data
7  contained in SBIC 5937?
8      MR. JOHNSON: Objection, form.
9  A Again, I would reference you back to my
10 previous answer that was my validity check and
11 inspection.
12 Q Did you perform any tests on a sample of
13 the data?
14     MR. JOHNSON: Objection, form.
15 A Yes. What I specifically did when I
16 pulled all the blockchain data, I wanted to make
17 sure that the amounts you see that are here on
18 column C matched up with deposits that were in
19 known SBIC accounts at the time.
20 Q Do you know how allocations between
21 various SBI accounts are made?
22 A That would be an internal SBI -- SBI
23 Crypto matter. I can tell you just as a matter of
24 practice, as I previously explained in an answer
25 before, it is not an uncommon practice for a

267

1  company like SBI Crypto to have multiple wallets,
2  multiple addresses and when I say multiple, I mean
3  even in the hundreds or thousands of different
4  addresses. And so the allocation procedure
5  between those addresses, I'm not aware of any
6  written or stated procedure that they follow other
7  than they just do it on an as-needed basis.
8  Q Do you understand that SBIC 5937 is not
9  actual mining results, it's a post pool
10 allocation, right?
11     MR. JOHNSON: Objection, form.
12 A My understanding is it is a pool
13 allocation.
14 Q So take a look at page 11 of your report.
15 You were talking about the mining and Time Period
16 2, you have this market model equation. Do you
17 see that?
18 A I'm sorry, what section are you
19 referencing?
20 Q Page 11.
21 A Page 11, what section?
22 Q Subsection D.
23 A Okay.
24 Q It says, estimating expected returns.
25 A Yes.

268

1  Q And you say, expected returns are
2  calculated using the market model, which assumes a
3  linear relationship between the stock return and
4  the market return.
5      Did I read that correctly?
6  A Yes.
7  Q Okay. Walk us through this equation and
8  how you used it to estimate expected returns.
9      MR. JOHNSON: Objection, form.
10 A Okay. In -- what I'm doing in this is
11 it's step number 4 of an event study methodology.
12 So what you're doing in event study methodology is
13 obviously the first thing is identify the events,
14 which we have done with -- we've got Texas versus
15 Russia.
16     The second thing you have to do is define
17 what your estimation period is. And then you have
18 to calculate what the expected return is going to
19 be. So what I did with the expected return -- and
20 I think one of the questions you had earlier and
21 maybe this will clarify it, is did I ever regress
22 against the Luxor data? I could have used the
23 Luxor data as a benchmark in the event study. I
24 didn't. I went with the more conservative
25 approach was I used the Russian data as my

269

1 benchmark in this particular model where I
2 estimated what the expected return should be on
3 the event study.
4     Q  Well, that still hasn't answered my
5 question.  I want you to explain this equation and
6 how you used it to calculate the expected return
7 in Time Period 2.
8     MR. JOHNSON:  Objection, form.
9     THE WITNESS:  Cory?
10     MR. JOHNSON:  I just said objection, form.
11     THE WITNESS:  Okay.  I didn't hear, I
12 thought I heard you say something, but I didn't
13 hear it.
14     A  Yes, and what I previously explained what
15 I'm doing in this case is the regression line that
16 you're running is what I'm using is I'm using the
17 Russian data to calculate the estimated return.
18 And then what I'm doing from that is then it's a
19 direct comparison of the Texas data versus the
20 Russian data from that point.
21     Q  I understand.  That's what you do on page
22 12 is you compare Texas versus the Russian data.
23 And my question is this -- you have this formula
24 that has lots of components to it on page 11.  I
25 want you to explain to the jury where you did that

270

1 calculation.
2     MR. JOHNSON:  Objection, form.
3     A  That calculation was done in Stata, if you
4 want to know the program I did it in, but I used
5 all the Russian data, then manually inputted the
6 inputs and that's how it was calculated.
7     Q  You didn't disclose it in this case?
8     MR. JOHNSON:  Objection, form.
9     A  What software I used?
10     Q  No, the actual calculation itself.
11     A  All the formulas are calculated, I mean,
12 you can replicate this event study.
13     Q  I didn't ask that question.
14     MR. JOHNSON:  Objection, form.
15     Q  You didn't disclose what you just
16 described as having performed yourself in Strata,
17 right?
18     MR. JOHNSON:  Objection, form.
19     A  No, I didn't disclose the software I used
20 in the report.
21     Q  Nor did you disclose the actual report
22 that you generated using the software, right, sir?
23     MR. JOHNSON:  Objection, form.
24     A  No, that's not correct.
25     Q  Where did you disclose the output that you

271

1 generated using the software, sir?
2     A  If you go to my SBI Crypto tab -- I don't
3 know if you want to do this on here.
4     Q  I will in a minute.  Where did you
5 disclose --
6     A  Yeah, it's there is what I'm saying.
7     Q  Okay.
8     A  The output of that particular model that
9 you are referring to is on there.
10     Q  When you say your SBI --
11     A  SBI Crypto calculations.
12     Q  Okay.  We have too many spreadsheets on
13 here.
14     Okay, so is this what you're talking
15 about, SBI Crypto calculations?
16     A  Yeah.
17     Q  Okay.  Where is the output from where you
18 performed this formulaic equation on page 11?
19     A  It's on your screen right in front of you.
20     Q  Okay.  And --
21     MR. JOHNSON:  Hold on.
22     Q  What's the formula?
23     A  You asked where the output from the
24 formula was, that's the output from the formula.
25     Q  Okay.  What's the formula?

272

1     A  The formula is right here on the page, I'm
2 not sure what your question is.
3     Q  So you ran the -- some kind of data
4 through a software formula, generated outputs and
5 then manually inputted them into the spreadsheet?
6     A  That's correct.
7     Q  So why didn't you produce the outputs that
8 came from the system when you ran the calculation?
9     A  Because what I'm doing here is I'm doing
10 this to, in other words, calculate the damages
11 from the abnormal returns and I just put the --
12 because this is only step 4 of it, the rest of the
13 event study in the calculations are in the
14 following tab.  I wanted to put them all in one
15 spreadsheet for the convenience of reference.
16     Q  Okay.  So looking at this formula, okay,
17 it has a number of different variables, so where
18 are the variables that are utilized in this
19 formula?  Which one -- which line corresponds to
20 which variable?
21     A  This is an output, this is not an input.
22     Q  I understand, I don't have your input, or
23 what it generated, I have what you have typed into
24 the spreadsheet.  So why did you not provide the
25 actual application of the formula in the inputs?

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

273

1    MR. JOHNSON: Objection, form.
2    **A Again, that's previously been asked and**
3    **answered. I put this all in the one sheet for the**
4    **conveniences of referencing it.**
5    Q Okay. So no one can actually check your
6    work, we just have to look at the outputs, right?
7    MR. JOHNSON: Objection, form.
8    **A It is easily replicable.**
9    Q Okay. Not without the data, right, sir?
10   **A You have access to the data.**
11   Q I don't have access to the data, sir.
12   You're telling me what you did is manually
13   inputted?
14   **A It's on the Texas versus Russia**
15   **spreadsheet, you have access to the data.**
16   Q Okay. When you say it's on the Texas
17   versus what spreadsheet?
18   **A Texas versus Russia spreadsheet. All data**
19   **I used is on the Texas versus Russia spreadsheet.**
20   Q Okay. Let's pull that one up.
21   MR. SLOVAK: Why don't we take five
22   minutes so I can pull this stuff up and we don't
23   waste time sitting here.
24   MR. JOHNSON: Fair.
25   VIDEOGRAPHER: The time is 3:48 p.m. We

274

1    are going off the record.
2    (Recess, 3:48 p.m. to 4:03 p.m.)
3    VIDEOGRAPHER: The time is 4:03 p.m. We
4    are back on the record.
5    Q And so before the break, we were talking
6    about a Russian versus Texas spreadsheet.
7    Appendix B of your report identifies that as SBIC
8    5997. Is that what you were talking about, sir?
9    **A Yes.**
10   Q Okay. And so --
11   **A If you -- I'm sorry. Go ahead.**
12   Q It's your testimony that the data to
13   support the SBI Crypto regression analysis is
14   contained on this Texas versus Russia spreadsheet;
15   is that right?
16   **A That --**
17   MR. JOHNSON: Objection, form.
18   **A Yes, that is correct.**
19   Q Okay. And so is that the data that you
20   are referring to here on the summary tab?
21   MR. JOHNSON: Objection, form.
22   **A What is the -- oh, you're talking about**
23   **the summary tab, yes.**
24   Q And if I understand correctly, that data
25   feeds into SBI Crypto calculations under the event

275

1    study section; is that right?
2    **A Yes, that's correct.**
3    Q Okay. And it also feeds in this
4    estimation period tab on the SBI Crypto
5    calculation spreadsheet as well, right?
6    **A Yes, that's correct.**
7    Q And what you did is you took 12 -- a -- 12
8    months of data, right, from Russia, and you did a
9    mean calculation of that 12 months of data, right?
10   **A I'm sorry?**
11   Q I'm sorry, it's 10 months. You took 10
12   months of Russian data, and you created a mean
13   return on that 10 months of Russian data, right?
14   MR. JOHNSON: Objection, form.
15   **A Yes, that is a mean return.**
16   Q And then you compared it to the entire
17   time that there were operations ongoing at Texas,
18   right, and then you did the math between the two?
19   **A Yes. If you go to -- okay. In**
20   **particular --**
21   MR. JOHNSON: Objection, form.
22   **A -- if I refer you to page 12 of my report.**
23   Q Uh-huh.
24   **A So what I did was took the expected value**
25   **of Russia and then took what was actually mined at**

276

1    Texas, and that's how I measured the abnormal
2    **return, then cumulative abnormal return.**
3    Q So the Texas actual, where does that data
4    come from?
5    MR. JOHNSON: Objection, form.
6    **A Go back to the previous one, please.**
7    Q 5997?
8    **A Yes, sir.**
9    Q Okay.
10   **A That is where -- it comes from line 19.**
11   **That is the Texas actual bitcoin amount.**
12   Q So who generated 5997?
13   MR. JOHNSON: Objection, form.
14   **A My understanding is with Jonathan**
15   **Tanemori.**
16   Q So it's not actual mining data. It's
17   whatever someone inputted into the spreadsheet,
18   right, sir?
19   MR. JOHNSON: Objection, form.
20   **A My understanding is it actually is mining**
21   **data that he input into a spreadsheet, yes.**
22   Q And it's a pool allocation, right, sir?
23   MR. JOHNSON: Objection, form.
24   **A That is incorrect. Both of these numbers**
25   **are -- as I previously alluded to in my previous**

277

1  testimony, those are gross numbers that were in
2  that modeling.
3      Q  And gross numbers are the numbers that
4  were allocated from a pool to SBI, correct?
5      A  Yes, that's correct.
6      Q  And so when you mentioned that the -- that
7  you performed a regression analysis in Strata --
8      A  Stata.
9      Q  Stata.  Did you take a screenshot of the
10  inputs for that regression analysis?
11      A  I don't recall at this time.
12      Q  Is there anything that would have
13  prevented you from doing that so that we could
14  replicate those inputs?
15      MR. JOHNSON:  Objection, form.
16      A  Just like your previous interrogatories
17  where I did screenshots of how to download Luxor
18  data, I can do screenshots of that and replicate
19  that if you'd like me to on a step-by-step basis.
20  It's fairly easy to do.
21      Q  How did you choose -- so looking at page
22  11 of your report where you have an alpha
23  intercept term, what was that alpha intercept
24  term?
25      A  That's what was being calculated.

278

1      Q  Well, how were -- the parameters of that
2  alpha and beta intercept term, how were they
3  estimated?
4      A  It's, again, using the Russian data, which
5  is the proxy I used for return on market in this
6  equation.
7      Q  Okay.  It's just that mean average of 10
8  months?
9      MR. JOHNSON:  Objection, form.
10      A  Yes, it was the 10 months of Russian data
11  that was used in there.
12      Q  Okay.  And what regression technique was
13  used?
14      MR. JOHNSON:  Objection, form.
15      A  OLS.
16      Q  What's that?
17      A  OLS.
18      Q  What does OLS stand for?
19      A  Ordinary least squares.  It was part of an
20  event study, so it was a form of OLS, but it was
21  specific for event studies.
22      Q  And that's within the Stata program?
23      A  That is correct.
24      Q  Why would you run a -- any kind of
25  regression analysis if this was not a projection?

279

1      MR. JOHNSON:  Objection, form.
2      A  Yeah.  To answer your question, event
3  studies are not used with projections.  They're
4  used with ex-post data.  What you're doing is
5  there's -- again, there's eight steps to running
6  an event study.  Step 4 is -- what you're doing is
7  estimating your expected return.  That's the only
8  part that you run a regression because you're
9  trying to get a predicted value for expected
10  return.  Everything else is actuals in there.
11      Q  I understand.  But in this case, you're
12  just looking at actuals.  You're comparing what
13  you say were Russia actuals and Texas actuals.  So
14  then why do you run a regression analysis at all?
15      MR. JOHNSON:  Objection, form.
16      A  Because that is how you do an event study.
17  That's the proper way to do an event study.
18      Q  But you didn't run a regression analysis
19  in Time Period 1 and Time Period 3 because you
20  said you don't need it for ex-post -- ex-post
21  data, right?
22      MR. JOHNSON:  Objection, form.
23      A  That's correct.
24      Q  Okay.  So why did you select -- well,
25  before I get there, how did you define -- or why

280

1  did you pick 10 months in Russia?
2      A  So looking back at the data, I picked the
3  10 months in Russia from July '20 to July '21.
4  Keep in mind August of '21 in Russia, that cutoff
5  date, coincided, to the best of my recollection,
6  with all the political events that happened in
7  Russia that forced mining operations there to be
8  apparently sold off to Muroo.  So that was why
9  that ended.
10      July of '20 is because that was the post
11  ramp-up period in Russia that mining operations
12  were at a full go.
13      Q  When you say post ramp-up period in
14  Russia, I thought you said you didn't know when
15  the Russian miners were deployed.
16      MR. JOHNSON:  Objection, form.
17      A  I'm not sure I understand the nature of
18  your question.
19      Q  Well, you just said that you chose July of
20  2020 because that was the post ramp-up period in
21  Russia, that mining operations were at a full --
22  something.  I thought you didn't know when the
23  miners were deployed in Russia.
24      MR. JOHNSON:  Objection, form.
25      A  Your previous question, if I recall

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

281

1  correctly, was, do I know the specific date that
2  miners were delivered to Russia and the specific
3  date that miners were delivered to Whinstone? And
4  my answer was, I do not know the specific date.
5      Q Okay. Well, tell me the month, because
6  I'm trying to understand, when you say that you
7  picked this post ramp-up period in Russia, what is
8  that based on?
9          MR. JOHNSON: Objection, form.
10     A Okay. So if you could please take a look
11  at the data with me. If you look at the bitcoin
12  mined amounts in the data, so if we want to take
13  Texas first, that would be an example of a
14  ramp-up. So if you look at December of 2019 for
15  Texas, you see that exactly 0. -- sorry, 0.04
16  bitcoins were mined in Texas during that month.
17         So clearly there's not an argument there
18  that you had 20,000 miners running at capacity, or
19  they would be mining obviously more than 0.04
20  bitcoins.
21         Same thing when you go on to December.
22  You have 0.18 bitcoins, which, again, is not
23  indicative of 20,000 miners running at full
24  capacity.
25         Then you go to January of 2020. You have

282

1  0.09 miners that are also clearly not running at
2  full capacity.
3          So the ramp-up period discounts all of
4  that data where it's very clear that miners are
5  not operating anywhere near capacity. So if you
6  can scroll to the right, please, so go back to the
7  left, please.
8          So you see right there where -- and you
9  have June of 2020 is 0.5, but then the very next
10  month, it's up to 23.8, which is indicating, okay,
11  a ramp-up is probably either occurring or had
12  occurred at that point.
13         So I'm simply looking at data. If you
14  look at the difference between .05 and 23.8,
15  basically what you're saying is that you're
16  looking at something that's, you know, what, 48X
17  of the previous month. That's an indication of a
18  ramp-up. That's a very clear statistical
19  deviance.
20     Q You're aware that the Russian operations
21  began in December of 2020, right?
22         MR. JOHNSON: Objection, form.
23     A Yes, that is correct.
24     Q So it's your testimony that you didn't use
25  it because the comparison in Texas would be

283

1  overstated? Is that what I understand you to be
2  saying in that long speech you gave?
3          MR. JOHNSON: Objection, form.
4      A I would refer you back to page 11.
5      Q Okay. Refer me back to page 11. What
6  specifically would you refer me to, sir?
7      A Bottom paragraph. In this case, I used
8  the monthly data from the SBI Russian miners
9  starting in November of 2019.
10     Q But that's not what you chose for the
11  actual event study.
12     A That's not correct. What I chose for the
13  actual event study was -- that was part of what I
14  used to compute the expected Russian return. The
15  Texas actual that was in there didn't start until
16  July of 2020. The estimation period in Russia was
17  longer than that.
18     Q The estimation period in Russia -- I'm
19  looking at your SBI Crypto calculations
20  spreadsheet for the estimation period. It is the
21  mean return of the sum of the 10 months you
22  selected, right, so --
23     A So 115.81 --
24     Q -- you took these -- you took these 10
25  inputs --

284

1      A If you could go --
2      Q -- and ran a formula to calculate the mean
3  of those 10 months, right, sir?
4      A If you could go back to the previous
5  sheet, please, no, the previous spreadsheet.
6  Okay. Please go to the left, please. So the
7  115.81 you see right there in cell C20?
8      Q Uh-huh.
9      A Are you seeing that?
10     Q I do.
11     A That is the beginning of the Russian event
12  study because clearly Russia is operating at full
13  capacity or near full capacity on that month.
14     Q I think that's 2021, right?
15     A If you look at cell C5, it says in there
16  2019.
17     Q That's in Texas.
18     A Russia, that would be 2021. Yes, that's
19  correct.
20     Q Okay. So you didn't actually use data in
21  November of 2019 for Russia. You used data
22  starting in -- sometime in 2021 for Russia, right?
23     A That is correct.
24     Q And, again, just looking at your
25  calculation, you picked 10 months of Russian data

285

1  and calculated the average of that 10 months of
2  Russian data. That's how you got to the event
3  study CAR tab on SBI Crypto calculations, right?
4      MR. JOHNSON: Objection, form.
5      A No, that is not correct. If you look on
6  page 12 of my report --
7      Q I'm looking at it.
8      A If you see all the columns there, what
9  you'll see it goes from July of '20 to June of
10  '21, so it is a full year.
11      Q Those are actual dates for Texas, not for
12  Russia, right?
13      MR. JOHNSON: Objection, form.
14      A Yes, that is correct.
15      Q Okay. The Russia -- the Russia estimation
16  period starts in 2021 and you get 10 months
17  from --
18      A If you go to the estimation period tab.
19      Q I understand. Russia estimation, that
20  data on line 15, is taken from 5997, the tab that
21  we were looking at in the summary tab, right?
22  Starting on line 20, you took 10 of those months?
23      A Yes, that's correct.
24      Q Okay. And then you ran that 10-month
25  calculation in your SBI Crypto calculation to get

286

1  a mean return, right?
2      A Correct.
3      Q And you took that mean return and you --
4  on page 12 you just used that expected mean
5  return, compared it to what you pulled as what you
6  call Texas actual to get a mathematical
7  difference, right?
8      A That is correct.
9      Q Okay. Why didn't you identify the
10  R-squared statistic?
11      A R-squared --
12      MR. JOHNSON: Objection, form.
13      A Yeah. R-squared in event studies
14  typically are not reported. R-squared is a
15  percentage of variance explained. So as I was
16  explaining earlier, I didn't feel it would be
17  relevant in this case, because basically what
18  you're looking at is, if you're using, again, the
19  basic regression equation of Y equals MX plus B,
20  what you're saying X is predicting Y, and then
21  what percentage of the variance is explained by X
22  predicting Y.
23      Q So you didn't --
24      A So therefore, you get a validity to the X
25  predicting Y.

287

1      In this case, we're dealing with a
2  different situation because we're simply looking
3  at what was the mining production of Whinstone
4  versus what was the mining production of Russia.
5      Q So you didn't use an R-squared statistic
6  analysis here, right?
7      MR. JOHNSON: Objection.
8      A R-squared is not reported typically in
9  event studies.
10      MR. JOHNSON: Objection, form.
11      Q I understand. You keep answering a
12  different question than I ask. You didn't do it
13  here, right?
14      MR. JOHNSON: Objection, form.
15      A I did not report an R-squared. It doesn't
16  mean there wasn't one computed.
17      Q Okay. Then where was the R-squared --
18  what was the R-squared statistic?
19      A I don't recall right now.
20      MR. JOHNSON: Objection.
21      Q Okay. Why wouldn't -- why didn't you
22  provide it?
23      A I've already answered that question. In
24  event studies nobody reports it.
25      Q Okay.

288

1      A It's completely irrelevant.
2      Q Okay. So we can't check it, whether it
3  was accurate or inaccurate, because you didn't
4  provide it to us, right?
5      MR. JOHNSON: Objection, form.
6      A No. The validity of the model in an event
7  study is done by the p-value and the t-statistic,
8  not by R-squared.
9      Q What's the event that you're treating as
10  the event in this study?
11      A The event is, was the expected return or,
12  in this case, the expected mining of the Whinstone
13  facility comparable to the expected value of what
14  came out of Russia. That's the event you are
15  studying.
16      So what you're doing, if you could go back
17  to the t-stat calculations on the event study.
18      Q There isn't a calculation there.
19      A There's a tab at the very bottom.
20      Q Those are just outputs from what you did
21  in Stata. It's not a calculation.
22      MR. JOHNSON: Objection, form.
23      Q Right, sir?
24      A It's based on a calculation.
25      Q I understand, but you keep calling it a

Transcript of Randall Valentine, Ph.D.

73 (289 to 292)

Conducted on October 24, 2025

289

1  calculation, and it's not.  It's an output from a
2  program that you ran that we don't have and can't
3  check, right, sir?
4      MR. JOHNSON:  Objection, form.
5      A As I've said, that's not correct at all.
6  You could easily replicate this.
7      Q Okay.  I can -- I can't replicate it, sir,
8  because you didn't give me what inputs went into
9  the model, right?
10     A I simply have just explained that, yes,
11 you could replicate it.
12     Q Okay.  Where do you explain --
13     A I profoundly disagree with your summation.
14     Q Where do you explain in your report the
15 inputs to your model, sir?
16     MR. JOHNSON:  Objection, form.
17     Q Point it to the Court.
18     A I'm explaining it to you right now as --
19     Q I'm asking you --
20     A -- I'm explaining my spreadsheet.
21     Q -- explain to the jury, where did you
22 identify the inputs into your model --
23     MR. JOHNSON:  Objection, form.
24     Q -- sir.  In your report where is it?
25     A Sir, I've just spent the last 20 minutes

290

1  explaining this.
2      Q No, you haven't.  Your report is sitting
3  in front of you.
4      A Your failure to grasp what I'm saying does
5  not mean I haven't explained it.
6      Q Your report is sitting in front of you.
7  Okay.  Identify where in your report you describe
8  the inputs into your T calculations event study.
9      MR. JOHNSON:  Objection, form.
10     A The methodology in my report is clearly
11 defined.  In any report like you're doing like
12 this, you are not necessarily going to detail
13 every single variable and every single input that
14 you put into a calculation.  That's why the
15 accompanying spreadsheet is given along with the
16 report.
17     Q Okay.  Where do you --
18     A That is not an abnormal thing, and --
19     Q Where do you identify --
20     A -- it's clearly in the spreadsheets.
21     Q -- the specific input, sir?
22     MR. JOHNSON:  Objection, form.
23     Q Tell the jury where you identify the
24 specific input.
25     A I have --

291

1      MR. JOHNSON:  Objection, asked and
2  answered.
3      A Counsel, I've been very kind in answering
4  multiple of your questions multiple times.  I have
5  previously answered this.  My answer is not
6  changing.
7      Q Okay.  That's fine.  I just want you to
8  tell the jury where in your --
9      MR. JOHNSON:  Objection, asked and
10 answered.
11     Q -- report you --
12     MR. JOHNSON:  Asked and answered.  Move
13 on.
14     A I have already answered that.
15     MR. JOHNSON:  Yeah.  You already asked it,
16 like, five times.
17     MR. SLOVAK:  Are you going to instruct
18 your witness not answer?
19     MR. JOHNSON:  Ask him one more time if you
20 just want to.  Just go ahead, but you have asked
21 him five times, and he's explained.
22     MR. SLOVAK:  I don't care.  He hasn't
23 answered the question.  He hasn't answered a
24 single question I've asked all day, and you know
25 that's true, Cory.

292

1      MR. JOHNSON:  No.
2      MR. SLOVAK:  We'll be back here.
3      MR. JOHNSON:  You're completely
4  mischaracterizing the record --
5      MR. SLOVAK:  Okay.
6      MR. JOHNSON:  -- if you're --
7      MR. SLOVAK:  We'll let the judge figure it
8  out, sir.
9      Q So I'm just saying, I obviously am stupid
10 to understand what you're saying.  So I want you
11 to explain it to me like I'm a five-year old.
12     Where in your report do you identify the
13 specific inputs that went into your t-stat
14 calculations event study?  Where are the words on
15 the paper?
16     MR. JOHNSON:  Objection, form, asked and
17 answered.
18     A Counsel, that has already been explained
19 in granular form.  You've already asked me
20 multiple times, and I've already responded
21 multiple times.  My answer is not changing.
22     Q Just point to the page in your report
23 where it's described.
24     A Counsel, my answer is not changing.  I've
25 already told you that it was referred to in my

Transcript of Randall Valentine, Ph.D.

74 (293 to 296)

Conducted on October 24, 2025

293

1  accompanying spreadsheet that accompanied my
2  report, and it's fully detailed in there.
3      Q  What you testified --
4      A  No data --
5      Q  -- to is that the input --
6      A  No data has been used that hasn't been
7  fully disclosed.  My answer is not changing.  You
8  can keep asking the question as much as you would
9  like.
10     Q  Okay.  You testified that you didn't
11 identify the inputs.  I'm just trying to figure
12 out, where are they identified?
13     MR. JOHNSON:  Objection --
14     A  That was not my testimony.
15     MR. JOHNSON:  -- form.
16     Q  Okay.  Your inputs went into Stata, right,
17 sir?
18     MR. JOHNSON:  Objection, form.
19     A  I have already answered these questions.
20 If you have a new question, I'd be happy to answer
21 it.
22     Q  Did your inputs go into Stata?
23     MR. JOHNSON:  Objection, form.
24     A  I have already previously answered that
25 question, sir.

294

1      Q  What were those specific inputs?
2      A  Counsel --
3      MR. JOHNSON:  Objection, form.
4      A  -- I have already answered that question.
5      Q  So you're refusing to answer my question?
6      A  I'm not refusing to answer.  I've already
7  answered, and you're simply badgering me at this
8  point.
9      Q  Okay.  That's fine.  We'll come back and
10 take your deposition again.  It will be fine.  I
11 like you.  You seem like a nice enough guy, even
12 though you're a little patronizing, but we'll come
13 back.  I'm okay with that.
14         So when you talk about the Russian
15 estimation -- let's look at that.  Okay.  So I'm
16 on your SBI Crypto calculations.  On line 14 you
17 have this described as a Russian estimation
18 period.  So do you call -- why do you call it
19 Russian estimation period?
20     A  Those were the variables that were taken
21 from the Russian -- excuse me, from the Russian
22 data that reflect the mining of the Russian
23 operation using the A10 machines during that time
24 period.
25     Q  Okay.  And it came from the line items on

295

1  5997 that somebody input into 5997, specifically
2  beginning at line 20 on the summary tab, right,
3  sir?
4      MR. JOHNSON:  Objection, form.
5      A  That's been asked and answered.
6      Q  Do you know how the data on 5997 was
7  compiled?
8      MR. JOHNSON:  Objection, form.
9      A  I have done validity checks of the data,
10 and my understanding of the data is -- regarding
11 Russia is this.  Muroo was contractually entitled
12 to get a certain percentage of bitcoin mined out
13 of the Muroo facility in Russia.  So Muroo was
14 independently checking to make sure that the
15 number of bitcoin mined in Russia were not
16 underreported.
17         Also, SBI Crypto in Russia had an
18 incentive not to overreport the amount of crypto
19 that was being mined in Russia, because then they
20 were contractually obligated to pay Muroo for
21 bitcoin that was not mined.
22         In addition to this, as I previously had
23 mentioned, this is subject to audits by Deloitte
24 Japan and also under the jurisdiction of the SESA,
25 which is the Japanese equivalent of the SEC.  So,

296

1  therefore, I feel that these numbers are reliable
2  and verifiable.
3      MR. SLOVAK:  I'm going to object as
4  nonresponsive.
5      Q  Where in your report do you describe the
6  verification of the data on SBIC 5997?
7      MR. JOHNSON:  Objection, form.
8      Q  Your Exhibit 51, I'd like for you to
9  show --
10     A  Sure.
11     Q  -- me where in Exhibit 51 you describe
12 what you did to verify the data on 5997.
13     A  Based on your interrogatories that you had
14 sent after this initial report, we did respond in
15 a supplemental report, which you had mentioned
16 earlier, which firmly addressed all these concerns
17 and had calculations with the source codes in
18 them.  And I just wanted to put them in the record
19 that those do exist, and you have received them.
20     MR. SLOVAK:  Okay.  I'm going to object as
21 nonresponsive.
22     Q  I've just asked you a very specific
23 question.  Where in Exhibit 51 do you describe
24 what you did to verify the accuracy of SBIC 5997,
25 sir?

297

1     MR. JOHNSON: Objection, form, asked and
2 answered.
3     A Yeah. I previously already said how I
4 verified this. So it's on the record, and I've
5 already stated that. If you would like me to
6 repeat my answer, I'd be happy to do so.
7     Q It's not contained in Exhibit 51, right,
8 sir?
9     MR. JOHNSON: Objection, form.
10     A Yeah. This has been asked and answered.
11     Q Is it contained in Exhibit 51 or not, sir?
12     A Is your question specific to the Russian
13 data and the validity of the Russian data?
14     Q The description of --
15     A If you're asking about the --
16     Q Are you going to let me finish my
17 question, or are you just going to keep talking?
18     A I don't think you're one to criticize for
19 interrupting. Go right ahead. I have better
20 manners.
21     Q Keep going.
22     MR. JOHNSON: All right. Let's take --
23 let's take a break.
24     MR. SLOVAK: Keep talking.
25     MR. JOHNSON: Let's go off the record.

298

1     VIDEOGRAPHER: The time is 4:28 p.m. We
2 are off the record.
3     (Recess, 4:28 p.m. to 4:39 p.m.)
4     VIDEOGRAPHER: The time is 4:39 p.m. We
5 are back on the record.
6     Q So when we were looking still at SBIC 5997
7 looking in column C19, where there's a November
8 2019 Texas bitcoin .04, right, do you recall that
9 we talked about this earlier?
10     MR. JOHNSON: Objection, form.
11     A Yes, I see the .04 you're referencing.
12     Q Is it your testimony that that's exactly
13 what was mined?
14     MR. JOHNSON: Objection, form.
15     A Yes, that is my understanding.
16     Q It's an allocation from a mining pool,
17 right, sir?
18     MR. JOHNSON: Objection, form.
19     A That is my understanding.
20     Q And you mentioned earlier that you had
21 reviewed some data about the Virginia and Iceland;
22 is that right?
23     A Yes, that is correct.
24     Q But you didn't disclose it on your report
25 because you didn't think it was relevant?

299

1     MR. JOHNSON: Objection, form.
2     A Yes, that's correct.
3     Q Where did you get that data?
4     A From counsel.
5     Q Okay. Does it surprise you that counsel
6 has taken the position that they're not going to
7 produce that data to us because it's not relevant?
8     MR. JOHNSON: Objection, form.
9     A Counsel has not made me aware of that one
10 way or the other.
11     Q And you are not opining on any specific
12 cause of loss here, right, sir?
13     MR. JOHNSON: Objection, form.
14     A Again, I'm not trying to make a legal
15 conclusion or go into causation. I'm simply a
16 data analyst that's stating that the performance
17 of the Whinstone facility underperformed the
18 Russian facility by a little over 50 percent.
19     Q In performing your analysis, did you
20 consider any other potential acts by SBI that may
21 have contributed to the underperformance?
22     MR. JOHNSON: Objection, form.
23     A What I did in my analysis was I did an
24 apples to apples comparison of the A10 miners, the
25 20,000 A10 miners that were in Russia versus the

300

1 20,000 A10 miners that were in Texas.
2     The thing is, is that your supposition
3 here is that SBI did something to cause the
4 underperformance? If that's true, and SBI's
5 management did something to cause the
6 underperformance, then there would have been
7 underperformance in Russia also since that's also
8 operated by SBI.
9     Q Are you finished with your answer?
10     A Yes, sir.
11     Q Okay. What in Time Period 1 and Time
12 Period 3 did you consider any acts of SBI that may
13 have contributed to the losses?
14     MR. JOHNSON: Objection, form.
15     A Again, I am not an environmental or
16 technical expert in this case, nor am I offering
17 an opinion on actions either by Whinstone or SBI
18 that may have contributed to anything. What I
19 simply am is analyzing the data, and the data
20 indicates that the Russian facility greatly
21 underperformed the Whinstone facility.
22     Q The Russian facility, as it performed
23 relative to the Whinstone facility, only goes to
24 your Period 2 calculation, right, sir?
25     MR. JOHNSON: Objection, form.

**301**

1  A I'm sorry, could you specify what your
2  question is? I'm not sure I understand.
3  Q You keep going back to the event study.
4  The event study is only part of your analysis as
5  to Time Period 2, not Time Periods 1 and 3, right,
6  sir?
7  A That's correct.
8  Q Okay. And so as to Time Periods 1 and 3,
9  did you consider any acts of SBI that may have
10  contributed to what you have calculated as lost
11  profits for those periods?
12      MR. JOHNSON: Objection, form.
13  A Again, I have previously answered this
14  question, but I'll be happy to reiterate what I
15  said. This is in a but-for world alleging fraud,
16  fraudulent inducement, and breach of contract that
17  if not for the alleged actions of SBI -- or,
18  sorry, if not for the alleged actions of
19  Whinstone, SBI would have been able to mine in the
20  Rockdale facility starting December 15th, 2019,
21  which would encompass Time Period 1 as you
22  previously referenced.
23      And also the allegations in the suit are,
24  if not for the alleged fraudulent inducement,
25  fraud, and breach of contract, that in Time Period

**302**

1  3, the contract otherwise would not have been
2  terminated or SBI Crypto would have been able to
3  find alternative mining facilities, data
4  facilities in order to mine their crypto.
5  Q I understand, sir. You just keep
6  repeating what your analysis was. I'm just
7  asking, did you account for any potential
8  contribution by SBI to its losses?
9      MR. JOHNSON: Objection, form.
10  A In Time Periods 1 and 3, it is, again, a
11  but for. So it's a very hard argument to say, at
12  least from a financial analyst standpoint -- and
13  I'm not, again, trying to make a legal conclusion.
14  But if the allegations are true that as of
15  December 15th, 2019, that Whinstone hadn't even
16  put a shovel in the ground, that SBI could have
17  done anything to expedite the construction of the
18  data facility.
19  Q Did you consider any acts of SBI -- any
20  specific acts of SBI at all in performing your
21  analysis?
22      MR. JOHNSON: Objection, form, asked and
23  answered.
24  A Yes. And I previously answered this, is
25  that my understanding, based on the other expert

**303**

1  reports -- and, again, I am not -- I am not an
2  expert on equipment or data facilities or anything
3  like that, and I'm not claiming to be. However,
4  my understanding is that the question goes down to
5  what could SBI have done that contributed to this
6  damage.
7      Well, SBI wasn't in charge of
8  construction. So I'm not sure from my aspect --
9  and, again, I'm not trying to make a legal
10  argument, but they weren't in charge of
11  construction. I'm not sure what they could have
12  done differently in order to facilitate a data
13  facility being built by December 15th, 2019 when a
14  shovel hadn't even been put in the ground.
15  Q Finished with your answer?
16  A Yes, sir.
17  Q Are there any specific acts of SBI that
18  you believe could impact any of your calculations
19  in this case?
20      MR. JOHNSON: Objection, asked and
21  answered, calls for speculation.
22  A My understanding -- and this is based on
23  your other expert's report in this case -- is that
24  one of the allegations is that SBI could have sold
25  the mining equipment in Time Period 3, and that

**304**

1  could have been counted against some of the
2  damages.
3      However -- and, again, I'm not a technical
4  expert, and I'm trying to stay in my lane. It is
5  my understanding that the equipment was damaged so
6  bad, that the cost to repair it would have
7  exceeded anything that it would have been worth,
8  and the equipment was essentially worthless.
9      But, again, I would refer that to the
10  other expert.
11  Q Do you know if there were any delays in
12  delivering the equipment to Rockdale that were
13  attributable to SBI?
14      MR. JOHNSON: Objection, form.
15  A Not that I can recall.
16  Q Do you understand that SBI intended to use
17  the equipment from the Rockdale facility in Russia
18  after the contract was terminated in Rockdale?
19      MR. JOHNSON: Objection, form.
20  A That is not something I recall.
21  Q Okay. So there was a total of 17 months
22  of data available for Russia. Did you perform any
23  calculation using all 17 months of data for
24  Russia?
25  A I did not.

305

1    Q Have you reviewed Mr. Matthews'
2  calculation in that respect?
3    A I have read Mr. Matthews' report. What
4  calculation specifically in his report are you
5  referencing?
6    Q If you go to page 24 of Mr. Matthews'
7  report, he says that had you incorporated the full
8  17-month dataset, the average bitcoin mined from
9  January 2021 through March 2021 would be much
10 lower, ███████████████████
11 ███████████████████
12     Did you check his math in that respect?
13    A I have not checked his math.
14    Q And just as a mechanical standpoint, how
15 did you apply the 50.74 inefficiency adjustment to
16 the mining output?
17    MR. JOHNSON: Objection, form.
18    A What I did was I took the -- and I believe
19 it's ███ bitcoin that were mined, and I will
20 double-check that if you give me a minute.
21    Q Okay.
22    A I don't want to get a numerator wrong or
23 anything.
24     So in Time Period 2, what I did -- if you
25 want to refer to my summary calculations tab,

306

1  Exhibit 52 --
2     THE WITNESS: Is that a 5? I'm sorry,
3  I --
4     COURT REPORTER: Yes, that's a 5.
5     THE WITNESS: Okay. It's okay. Your
6  writing is as good as mine.
7    A So if you refer to this, what happened was
8  in this particular calculation, ███ bitcoin were
9  mined in Time Period 2 at the Whinstone facility.
10 And what I did was take that under percentage, the
11 54.7 percent that you had previously said, and
12 that is where the number came from of the
13 ███████ bitcoin from Time Period 2.
14    Q The ███████ bitcoin, where does that
15 number come from?
16    A That's the ████████████████████████
17 ████████████████████
18    Q Understand. Okay. And that ███ bitcoin
19 is an allocation from the mining pool, right, sir?
20    MR. JOHNSON: Objection, form. You said
21 that really low, I'm sorry.
22    Q That number, ███ bitcoin, that is an
23 allocation from a mining pool, right?
24    A Yes, that is my understanding.
25    Q Prior to March the 28th of 2025, did you

307

1  request any Know Your Customer information related
2  to the bitcoin mined by SBI?
3     MR. JOHNSON: Objection, form.
4    A No. I did not request anything prior to
5  March the 28th.
6    Q So on page 4 of your report under Section
7  B, you talk about: Calculations were based on the
8  lost mining revenue and the foregone appreciation
9  SBI would have generated had mining activities
10 proceeded in accordance with the terms of the
11 agreement in a manner otherwise experienced at SBI
12 in a very comparable facility in a similar
13 timeframe to Russia; is that right?
14    A Yes, that is correct.
15    Q Okay. So under your model, if the
16 retention percentage was zero, would your damages
17 also be zero?
18    MR. JOHNSON: Objection, form.
19    A Yeah. In this model the retention ratio
20 was not zero.
21    Q And if it were zero --
22    A In a hypothetical world whatever that
23 adjustment would be, would be obviously in a
24 multiplication, so it would affect it.
25    Q Right. And so if the retention rate was

308

1  zero, your damages would also be zero, right, sir?
2     MR. JOHNSON: Objection, form.
3    A Yeah. The retention ratio would be
4  multiplied times whatever the amount of bitcoin
5  mined were, so whatever that retention ratio would
6  be.
7    Q Can you explain to the jury the
8  methodology that you used to calculate the bitcoin
9  retention percentage?
10    A Sure. Would you mind going to that tab,
11 retention ratio by month?
12    Q Sure.
13    A So what this is, is you can see column B
14 is the bitcoin price, and then that's the expenses
15 in bitcoin. The revenue is in US dollars. If you
16 click under column E, any cell in column E would
17 be fine. So that retention ratio -- okay, I'm
18 sorry. So what it is, is that retention ratio is
19 a product of simply the number of bitcoin mined,
20 then divided by the number of -- sorry, the number
21 of bitcoin retained divided by the number of
22 bitcoin mined.
23    Q How did you calculate the number of
24 bitcoin retained?
25    A So that would be the revenue in dollars,

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

---

309

1 and that's one of the things that I had added and
2 hardcoded within the supplemental report. The
3 revenue in dollars, what I did was convert it
4 by -- I multiply column D -- if you're following
5 me, column D where it says revenue in dollars,
6 what I did was simply take that, divide that by
7 the bitcoin price, and that was the number of
8 bitcoin produced.
9      MR. SLOVAK: So I'm going to object to the
10 part where you testify about your supplemental
11 report.
12     Q But you -- what you're saying, if I
13 understand it, is you took column D and divided it
14 by column B?
15     A That's correct.
16     Q And column B comes from Luxor data?
17        MR. JOHNSON: Objection, form.
18     A Yes, that is correct.
19     Q Column C comes from Luxor data?
20     A That is correct.
21     Q If you'd take a look at Mr. Matthews'
22 report, specifically at page 13.
23     A I'm sorry. I've got Matthews' report.
24 What page?
25     Q Yes, sir, page 13. He identifies a

---

310

1 formula in a box. The retention ratio is the
2 expected revenue minus the bitcoin or bitcoin
3 price times expected expenses and bitcoin divided
4 by the expected revenue; is that correct?
5      MR. JOHNSON: Objection, form.
6      A Again, what I would do is -- if I could go
7 back to the hardcoded copy of where I had this
8 done, I could give you the exact formula because
9 it's inputted in the Excel sheet.
10     Q I didn't ask you that question, sir. What
11 I just asked you --
12     A I understand that.
13     Q -- is, is that correct?
14     A But I'm saying in order to verify that,
15 that would be what I would need to verify that.
16     Q Well, as you sit here today, sir, do
17 you -- do you disagree with his formula?
18        MR. JOHNSON: Objection, form.
19     Q With Mr. Matthews' formula?
20     A It was something I need to verify.
21     Q So you can't say --
22        MR. JOHNSON: Objection, form.
23     Q -- as you sit here today under oath,
24 whether it's accurate or inaccurate?
25     A I would need to --

---

311

1      MR. JOHNSON: Objection, form.
2      A Again, it's something I would need to
3 verify.
4      Q You would need to verify from where, sir?
5      A My spreadsheet that was hardcoded.
6      Q Okay. Well, was the spreadsheet that was
7 hardcoded something that was provided to us, sir?
8      A Yes, sir, it was.
9        MR. JOHNSON: Objection, form.
10     Q Is the scenario alpha Valentine?
11     A It was the one from the supplemental
12 report.
13     Q Okay. So it's not one that was provided
14 to us before you issued your March 28, 2025
15 report?
16        MR. JOHNSON: Objection, form.
17     A That is correct.
18     Q So looking at 5997 -- and by the way,
19 what -- is there a -- this -- what do we call
20 this, the bitcoin retention ratio? Is that what
21 you call it, definition of bitcoin retention?
22     A Yes.
23     Q Okay. Is there any publication that you
24 can point us to that supports the methodology that
25 you used to perform this calculation?

---

312

1      MR. JOHNSON: Objection, form.
2      A Yeah. The methodology employed, simply in
3 order to employ a valid methodology in this case,
4 it's basically simple. You have to take care of
5 revenues and expenses. And in this case, all
6 expenses by SBI Crypto were paid for with the sale
7 of bitcoin that they mined.
8        And so on an as-needed basis, as SBI
9 Crypto would sell bitcoin, they would sell some,
10 and then they would retain some. So that
11 retention ratio just simply, again, the number of
12 bitcoin that were retained, divided by the total
13 bitcoin mined, and that's where that percentage
14 comes from.
15        So in this case, what we're talking about
16 in particular, is we know that SBI Crypto did sell
17 some crypto to pay for expenses, but that is how
18 all the expenses were accounted for in this model.
19        MR. SLOVAK: Okay. So I'm going to object
20 as nonresponsive.
21     Q I didn't ask again about your methodology.
22 What I asked about is, can you point to any
23 publication that supports the methodology that you
24 used to perform this bitcoin retention
25 calculation?

---

313

1       MR. JOHNSON: Objection, form.
2       **A  Not that I can recall today.**
3       Q  Okay.  And what was your basis for using
4  the expected hosting expense to expected revenue
5  as a proxy for bitcoin retention?
6       MR. JOHNSON: Objection, form.
7       **A  Can you restate your question?  I'm not**
8  **sure I understand what your question was.**
9       Q  I'm just trying to -- how did you come up
10  with this -- if you can't point to a publication,
11  how did you come up with this methodology?
12      MR. JOHNSON: Objection, form.
13      **A  So, yeah.  This i sa methodology that I**
14  **came up with because of the nature of this case.**
15  **The thing is, cryptocurrency is an entirely**
16  **different animal than traditional financial**
17  **damages, because you're dealing with an underlying**
18  **asset that, on one hand, is a virtual currency**
19  **that can be used as medium of exchange similar to**
20  **money.**
21      **However, unlike money, the value of that**
22  **currency or, as the IRS defines it, that property**
23  **wildly fluctuates, both up and down.**
24      **And so what I'm trying to do in a but-for**
25  **world is see how much crypto was mined, which is**

314

1  the gross number, and then how much crypto was
2  **sold, which, again, that accounts for all the**
3  **expenses since SBI's procedure of how they**
4  **operated** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  **And then the net of**
6  **that was what SBI actually retained.**
7       **So the net of what they retained -- I**
8  **wanted to point to this in my summary**
9  **calculations.  The net of what was retained I have**
10  **broken down by periods, and I also have this based**
11  **on both appreciation, which is in the top part,**
12  **and then in the bottom part, I also have what the**
13  **dollar amount is pre-appreciation.**
14      **And so I want to point out that I**
15  **have that broken out for each of the three time**
16  **periods, the pre-appreciation rate and then the**
17  **post-appreciation rate based on the price of**
18  **bitcoin.**
19      **So the thing is, is that what was going on**
20  **simply here is that lost net BTC number is the**
21  **number of bitcoin mined minus the bitcoin that**
22  **were sold that were used to pay for expenses.  And**
23  **that is how that number netted out exactly.**
24      MR. SLOVAK: So I'm going to object to all
25  of that as nonresponsive.

315

1       Q  Let me ask a different question, then.
2       Where on your scenario alpha Valentine
3  spreadsheet does it show actual sales of bitcoin?
4       **A  If you --**
5       MR. JOHNSON: Objection, form.
6       **A  If you go to the retention ratio by month,**
7  **what this is showing is, those expenses in BTC,**
8  **those actually represent sales of bitcoin that**
9  **were used to pay expenses.**
10      Q  But those aren't sales by -- column B is
11  from Luxor -- I'm sorry.  The column C is from
12  Luxor data, correct?
13      MR. JOHNSON: Objection, form.
14      **A  No, that's not correct.**
15      Q  Where does it come from?
16      **A  That was from SBI data.  That's the amount**
17  **of bitcoin that they actually sold.**
18      Q  Where does it come from?  What specific
19  data does it tie to?
20      MR. JOHNSON: Objection, form.
21      **A  Again, this was part of the analysis of**
22  **what I have done subsequent to this report.  SBI**
23  **frequently sold bitcoin to** ▮▮▮▮▮▮▮.  **What**
24  **I did to verify this -- and you're asking where**
25  **this came from.  This was verified -- when I**

316

1  pulled over 690 blockchain records, you could see
2  **that SBI was selling off crypto that corresponded**
3  **to column C in this report.**
4       MR. SLOVAK: Okay.  I'm going to object as
5  nonresponsive and move to strike that testimony.
6       Q  As of March the 28th of 2025, what data is
7  identified in your report from which I can tell
8  the source of column C in the scenario alpha
9  Valentine?
10      MR. JOHNSON: Objection, form.
11      **A  Yeah.  As I previously answered, the**
12  **expenses in bitcoin were all inputted by SBI and**
13  **part of their internal records.  Also, I wanted to**
14  **point out those internal records also are subject**
15  **to oversight by the SESA and audited by Deloitte**
16  **Japan.**
17      Q  And maybe I'm being obtuse, but they were
18  inputted by SBI in their internal records.  Show
19  me on Appendix B what records you're talking
20  about.
21      MR. JOHNSON: Objection, form.
22      **A  Again, I don't recall the specific**
23  **document, but these records all came directly from**
24  **SBI's internal records.**
25      Q  Okay.  Appendix B is what you relied upon

317

1 in issuing your report. Can you tell the jury
2 where the data from column C in scenario alpha
3 Valentine is found among those specific documents
4 listed in Appendix B?
5     MR. JOHNSON: Objection, form, asked and
6 answered.
7     A They would be coming from the following,
8 which is 5825, 5937, 6044, and also I do believe
9 Carson Smith's -- some of the exhibits from Carson
10 Smith's deposition.
11     Q 5927 did you say? Where is that? I'm
12 sorry, you said 5937?
13     A Yes, sir, 5937.
14     Q Okay. So this is document 5825. Where
15 does it show the sales of bitcoin?
16     MR. JOHNSON: Objection, form.
17     A I'm sorry, you're going to have to go
18 very, very slow here. And it's -- could you
19 enlarge the screen any?
20     Q I think you have a paper copy of that.
21     A Let me look for it.
22     MR. JOHNSON: Is it here?
23     MR. SLOVAK: We marked it as -- see if
24 it's here.
25     A No. That's as of 2021. This is as of

318

1 2024.
2     Q Okay.
3     A This is a different one.
4     Q All right.
5     A Do you have another paper copy, or would
6 you be able to enlarge that screen any?
7     Q Sure, I can enlarge the screen.
8     A Thank you. Please go up.
9     Q This is a balance sheet.
10     A Please go down to the next page.
11     Q Do you see that?
12     A Yes, sir. The -- and keep in mind this is
13 an annualized statement, but those -- my
14 understanding is the sales line would be the sales
15 of bitcoin --
16     Q For --
17     A -- in order to pay for expenses.
18     Q For all of SBI for the fiscal year ended
19 2024, right?
20     A That is my understanding --
21     MR. JOHNSON: Objection, form.
22     A -- yes.
23     Q Rockdale was no longer operating, right,
24 sir?
25     A That is my understanding, yes.

319

1     Q And you can't say what that sales line is
2 actually comprised of, right, sir?
3     MR. JOHNSON: Objection, form.
4     A Again, that would be something you would
5 need to clarify with the executives at SBI, but my
6 understanding, it was sales from crypto operations
7 since this is a cryptomining company.
8     Q Is it your testimony that they sold 95
9 percent of its -- of their bitcoin in 2024?
10     MR. JOHNSON: Objection, form.
11     A No, that is not my testimony.
12     Q What percentage of bitcoin did they sell?
13     MR. JOHNSON: Objection, form.
14     A I did not do any calculations for 2024. I
15 did not do any calculations post 2023 for the
16 purposes of damage modeling.
17     Q Okay. And you mentioned 5937. This is
18 5937. Where does it show actual sales of bitcoin?
19     A Okay. You're on the daily amount mined
20 tab. What you would have to do is go, I believe,
21 to the actual P&L tab. If you look on line 17,
22 the operating expenses, that was where bitcoin was
23 sold in order to pay for the operating expenses on
24 an as-needed basis.
25     Q So it's your testimony that this, for

320

1 example, in month 7 of 2020, that ███ worth
2 of bitcoin were sold?
3     A I believe this sheet in yen, sir.
4     Q Okay. Is it your testimony that ███
5 of bitcoin were sold?
6     MR. JOHNSON: Objection, form.
7     A I'm sorry, please restate the question.
8 Your voice distracted me.
9     Q Is it your testimony that in month 7 of
10 2020, that ███ of bitcoin from Rockdale were
11 sold to cover operating expenses?
12     MR. JOHNSON: Objection, form.
13     A So while I can't specifically attest to
14 the specific time or date, I can tell you that the
15 history of SBI Crypto was to ███
16 ███ If this
17 indeed was a month where they had expenses and did
18 not already have available cash to pay it, then,
19 yes, bitcoin would have been sold to pay these.
20     Q Okay. How do you know that?
21     MR. JOHNSON: Objection, form.
22     A I have been over all of the data with SBI,
23 and in my conversations with the executives at
24 SBI, that is what SBI does, ███
25

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

321

1 [redacted]
2 [redacted]
3     Q Did you look at any documents that
4 actually evidence the sale of bitcoin?
5         MR. JOHNSON: Objection, form.
6     A Yeah. I disagree with the premise of your
7 question, because you're talking about documents
8 from the sale of bitcoin. Bitcoin is a
9 decentralized asset that is not controlled on any
10 exchange. So a sale of bitcoin isn't like a
11 transfer of cash where you're going to have a
12 receipt for it. You may or may not actually have
13 a receipt or a cash receipt that you can reconcile
14 that with.
15        So the premise of your question is, have I
16 seen anything where they -- I actually saw a
17 receipt where they sold it. That is not something
18 that is typically generated with a cryptocurrency
19 transaction.
20     Q So your answer is, no, you haven't looked
21 at any actual records that demonstrate a
22 particular sale or conversion of bitcoin into some
23 kind of currency, right?
24         MR. JOHNSON: Objection, form.
25     A My answer is, what you're asking me and

322

1 why I disagree with the premise of your question,
2 is those records simply don't exist in the form
3 that you're requesting them.
4     Q Well, bitcoin is sold on an exchange,
5 right?
6         MR. JOHNSON: Objection.
7     A No, that's not always correct.
8     Q Okay.
9     A Bitcoin can be sold on a hot wallet, which
10 you're referring to as an exchange, which would
11 be, like, Coinbase, Robin Hood, something like
12 that.
13        It could also be sold off of an exchange,
14 what's called a cold wallet, which looks like a
15 USB thumb drive that you would basically have to
16 insert into your computer and give a 20 to 40-word
17 encryption that are words that make no sense,
18 like, yellow, Post-it Note, computer, sky, rain,
19 flower. It would be words that you have to put in
20 order. And then through that encryption, then you
21 can transfer the assets, and essentially they are
22 completely off the grid and out of the reach of
23 any governmental entity or body.
24     Q Well, let's talk -- keep going.
25     A So to answer your question, no, not

323

1 necessarily, it would not be sold on an exchange.
2     Q In order to convert bitcoin into -- well,
3 let me ask this. Is it your testimony that SBI
4 [redacted]
5         MR. JOHNSON: Objection, form.
6     A [redacted]
7 [redacted]
8 [redacted]
9 [redacted]
10     Q Understand. That's a different question.
11        So in order to sell the bitcoin and
12 convert it to some currency, right, they would
13 either have to sell it on a hot exchange, right,
14 or transfer it through a cold wallet, and someone
15 would have to pay them, right?
16         MR. JOHNSON: Objection, form.
17     A Yes, that is correct.
18     Q Did you look at any transactions on a hot
19 exchange?
20     A Yes, I have seen some transactions on a
21 hot exchange.
22     Q By SBI?
23     A It's hot wallet. It's not hot exchange,
24 but, yes.
25     Q Okay. And where is that information

324

1 identified on Appendix B of Exhibit 51?
2         MR. JOHNSON: Objection, form.
3     A So that would -- the ones I'm referencing
4 would have been some of the Muroo transactions,
5 which would be under SBIC 6044.
6     Q Okay. And let's take it -- let's take a
7 look at SBI6044.
8         MR. JOHNSON: Can we take a break?
9         MR. SLOVAK: Sure.
10        VIDEOGRAPHER: The time is 5:16 p.m. We
11 are going off the record.
12        (Recess, 5:16 p.m. to 5:25 p.m.)
13        VIDEOGRAPHER: The time is 5:25 p.m. We
14 are back on the record.
15     Q So one of the other documents that you
16 mentioned would support the sales of bitcoin was
17 6044. Do you recall that?
18     A Yeah. Would you mind scrolling through
19 the document, please? Yeah. And my recollection
20 from these Muroo documents -- and to my
21 recollection, there was more than this. Maybe it
22 was part of Carson Smith's deposition exhibits.
23     Q There's a -- there's a contract. Is that
24 what you're talking about? This one goes from 5/9
25 to --

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

325

1    A  No, that's not what I was referencing.
2    The contract was not what I was referencing.
3    Q  Some of these in Japanese, is that what
4    you're talking about?
5    A  It's possible. That is possible, the
6    translation of those. But, yeah, it might be a
7    document in Japanese or Russian that we don't have
8    translated at this moment. Therefore, I can't
9    recall what the translation is.
10    Q  And you were saying that some of those
11   showed actual sales of bitcoin?
12       MR. JOHNSON:  Objection, form.
13    A  No. I didn't mean to mischaracterize my
14   answer. What I was saying is that, again, bitcoin
15   is ██████████████████████████
16   ███████  One other thing I did when I pulled
17   blockchain transactions, I would see stuff like
18   invoices from Muroo come up, and then I would go
19   correspond to the blockchain and see that, oh,
20   indeed bitcoin was sold during that time.
21    Q  That effort all took place after your
22   initial report, right, sir?
23       MR. JOHNSON:  Objection, form.
24    A  Yes, that is correct.
25    Q  So on 5997 there's a tab here for Russia

326

1    data. Do you know what time period this covers?
2    A  Could you please scroll up to the top of
3    the document?
4    Q  Yes, sir. It just doesn't have -- there's
5    no dates that I see.
6    A  Payment date is on there.
7    Q  Okay. So these are dates from December of
8    2020 through, looks like, 2021. Were you aware
9    that there were miners operating in Russia prior
10   to March the 18th of 2021?
11       MR. JOHNSON:  Objection, form.
12    A  Yes, as part of the dataset.
13    Q  And so if you look at this tab for
14   Russian, Russia miners, do you know what this is
15   supposed to represent?
16       MR. JOHNSON:  Objection, form.
17    A  Could you go up to the top of the page,
18   please?
19    Q  Yes, sir.
20    A  What this is, is out of the 20,000 miners,
21   the number that were working, the total number of
22   miners, and how many miners were offline in any
23   given day.
24    Q  But do you understand that this starts
25   with March the 21st of 2021. Do you know where

327

1    the data is for miners prior to March?  I mean,
2    the first data is in line 20, March 18th of 2021.
3    Do you know where the data is prior to that date?
4        MR. JOHNSON:  Objection, form.
5     A  Not that I can recall. Again, that would
6    be a question I would defer to SBI's management.
7     Q  Well, I mean, even assuming that this data
8    is correct, do you have any understanding of why
9    there are roughly 10 percent of the miners in
10   Russia that aren't operating?
11       MR. JOHNSON:  Objection, form.
12    A  Again, that would only be speculation on
13   my part. I'm sure SBI's management could give you
14   an explanation as to why --
15    Q  Did you account --
16    A  -- that was.
17    Q  Did you account for that in your event
18   study?
19       MR. JOHNSON:  Objection, form.
20    A  Can you go up to the dates, please?
21    Q  Sure.
22    A  Would you mind going back to the Texas
23   versus Russia spreadsheet, please?
24    Q  I thought that's what this is.
25    A  No. I'm sorry, the summary, yeah. And if

328

1    you don't mind, scroll over. So if you go to
2    March of 2021, which is one you were asking about,
3    go to the left, March 2021.
4     Q  For Russia or for --
5     A  For Russia.
6     Q  Okay.
7     A  March of 2021.
8     Q  Okay.
9     A  Okay. So what you're seeing there is that
10   approximately ██████  bitcoin were mined. You're
11   asking what happened during those 20 days, and is
12   this reflecting the dataset -- can you please
13   click on that cell number E20 for me, please?
14       Okay. So what you can see in that cell is
15   that cell is all hardcoded to the pivot data. So
16   I believe if you go to pivot Russia and go to A3,
17   that is where that data is coming from.
18    Q  A3.
19    A  Yes, sir. You've got to go to the left.
20   It may not be A3. I might have been mistaken in
21   that. It might be something else.
22    Q  My question before this is there appear to
23   be a number of Russia miners throughout the
24   duration of this Russia miner spreadsheet that are
25   not operating. What I asked was, do you account

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

329

1  for that in any way in your event study that
2  concerns Time Period 2?
3      MR. JOHNSON: Objection, form.
4   A Yes, sir. That data is accounted for
5  fully. If you look at what's going on, it's an
6  apples to apples comparison of the total output in
7  Russia versus the total amount that was mined at
8  the Whinstone facility.
9      So if Russian miners were down for -- and
10 I'm not sure if this is the case or not but I'm
11 just saying hypothetically, if they were down for
12 it looks like 17 days, where there's no inputs and
13 I'm not sure what the case is, they may or may not
14 have been down, I don't really know. But if they
15 were down for 17 days, that absolutely would be
16 reflected in the data.
17   Q How would that be reflected in the
18 Rockdale calculation?
19     MR. JOHNSON: Objection, form.
20   A Well, the Rockdale data would not be
21 affected by Russian mining being down for 17 days.
22 That would not affect the output at all in
23 Rockdale.
24   Q What did you do to account for miners
25 being down in Rockdale?

330

1      MR. JOHNSON: Objection, form.
2   A So revisiting my earlier answer, it was a
3  straight apples to apples comparison of mining in
4  Russia versus mining at Rockdale. There is
5  nothing in the model to account specifically for
6  miners being down on any particular day. But that
7  is again why it is a direct apples to apples
8  comparison, because you had brought up earlier
9  what if there was a problem with the machines.
10 Well, if there was a problem with the machines,
11 there would be a problem, assuming the
12 environmental conditions in Russia are the same or
13 similar, their would be the same problems and same
14 downtime for machines in Russia that there would
15 be at Whinstone.
16   Q Are you --
17   A That's why I used Russia as a floor
18 comparison.
19   Q Are you assuming the environmental
20 conditions in Russia are the same as the
21 environmental conditions in Rockdale?
22     MR. JOHNSON: Objection, form.
23   A Again, I'm not an environmental expert nor
24 do I claim to be an environmental expert in this
25 case. All I'm simply looking at is the data and

331

1  statistics. And the data and statistics clearly
2  say that Rockdale underperformed Russia by over 50
3  percent.
4   Q I understand, but your testimony was that
5  if there was a problem with the machines, there
6  would be a problem, assuming environmental
7  conditions in Russia are the same or similar to
8  those in Rockdale. Are you making that assumption
9  in performing your analysis in Time Period 2 that
10 the environmental conditions are the same between
11 Russia and Rockdale?
12     MR. JOHNSON: Objection, form.
13   A That is not exactly what I said and I will
14 restate what I had said earlier. Based on the
15 literature stream, what we know is that the power
16 grid in Russia would underperform the western
17 power grids, including the United States. If
18 environmental conditions were the same at Rockdale
19 as they were in Russia, what we would expect to
20 see is that Rockdale would outperform Russia on
21 basis if environmental conditions were the same.
22     But, however, what we end up seeing is
23 that that obviously isn't the case. So the
24 allegations in this case obviously are that the
25 environmental conditions of Whinstone are what

332

1  caused this.
2      I'm not testifying as to the environmental
3  conditions and I'm not qualified to answer that.
4  What I am qualified to answer is the data and
5  statistics clearly point to Rockdale
6  underperforming the Russian facility.
7   Q Okay. And you chose a different time
8  period of operations in Russia than the actual
9  time period of operations in Rockdale, right, sir?
10     MR. JOHNSON: Objection, form.
11   A Some months overlap, some months do not.
12   Q Okay. So why don't you give us just a
13 couple of minutes to make sure that they don't
14 tell me I'm missing anything material and we'll
15 break for today.
16     MR. JOHNSON: Go off the record.
17     VIDEOGRAPHER: The time is 5:36 p.m. We
18 are going off the record.
19     (Recess, 5:36 p.m. to 5:41 p.m.)
20     VIDEOGRAPHER: The time is 5:41 p.m. We
21 are back on the record.
22   Q So I'm looking at 5997 again and there is
23 a tab that's called Texas data. And the data in
24 here starts on December the 20th -- I'm sorry,
25 December the 22nd of 2020 and goes through roughly

333

1  July 1st of 2021. Do you have the data -- Texas
2  data prior to December the 22nd, of 2020?
3      MR. JOHNSON: Objection, form.
4      A It is my understanding that they only
5  moved in the Rockdale facility after that date, so
6  I'm not really sure where any of this is coming
7  from.
8      Q Okay. So I'm just asking, do you have any
9  data that you're aware of prior to December 22nd
10 of 2020?
11     A Not as far as Texas data, because to the
12 best of my knowledge the Rockdale facility was not
13 operational then.
14     Q Do you understand --
15     A Oh, wait, this is 2020, not 2019, I
16 apologize.
17     Q Yes, sir. I mean the operations began in
18 June of 2020 according to your own model.
19     A Yes, sir, that's correct.
20     Q Do you know where the data is from June to
21 December of 2020?
22     A Would you mind going to the left, please?
23     Q Sure.
24     A Yeah, because this -- it looks like Carson
25 Smith's account, that would be a question you

334

1  would have to defer to Carson.
2      Q You don't have, to your knowledge, the
3  Texas data in your possession prior to December
4  the 22nd of 2020?
5      A I do have --
6      MR. JOHNSON: Objection, form.
7      A For clarity, yes, there is Texas data that
8  is available prior to that date. That's the date
9  that's used in the scenario of Valentine alpha.
10 Why it's not in the Texas data sheet in particular
11 is, again, a question that I would defer to Carson
12 Smith.
13     Q Isn't the 5997 spreadsheet where you drew
14 the data for your scenario alpha?
15     MR. JOHNSON: Objection, form.
16     A I'm sorry, can you -- you're jumping
17 around with the Excel sheets. If you could ask me
18 the question on the sheet you're asking about that
19 would be helpful.
20     Q Sure. Your scenario alpha Valentine, the
21 data in that spreadsheet came from 5997, right,
22 sir?
23     MR. JOHNSON: Objection, form.
24     A Can you please click on the scenario alpha
25 Valentine sheet.

335

1      Q I am on it. It's up.
2      A Okay. Which tab are you referring to,
3  sir?
4      Q The hash price tab, did you pull that data
5  yourself?
6      A Yes, sir.
7      Q And import it into this tab?
8      A Yes, sir.
9      Q Okay. The expected daily output, columns
10 B and C, come from the hash price tab?
11     A Yes, sir.
12     Q The retention ratios by year information,
13 where does that come from?
14     A Again, I've previously testified to this,
15 this is from SBI's internal records.
16     Q Okay. Is it from 5997?
17     MR. JOHNSON: Objection, form.
18     A I can't recall at this moment.
19     Q Okay. Miner data by month, where does
20 that come from?
21     A Okay. The miner data 2, if you look at
22 the monthly hosting deduction, the monthly smart
23 hands deduction, the hosting cost, the miner power
24 consumption, the miner hashrate, that all came
25 from the contractual data and the sales agreements

336

1  between SBI and Whinstone.
2      The number of miners was the number of ATM
3  machines that were delivered to that facility and
4  presumably mining. All the other numbers, the max
5  hashrate and all of this, this all came from,
6  again, the operating agreement.
7      The 5 percent losses we've previously
8  covered in other questions.
9      So do you have any other questions about
10 this sheet in particular.
11     Q No, sir.
12     Okay. The expected cost -- I'm on the
13 lost profit calculation numbers, the expected
14 revenue in column D, where does that come from?
15     A That is a product for Time Period 1 and
16 Time Period 3 that came from Luxor data. From
17 Time Period 2, that was actual revenue.
18     Q And where is that actual revenue? Where
19 does the actual data come from?
20     MR. JOHNSON: Objection, form.
21     A Would you click on -- please click on cell
22 D15, D14, any one of those.
23     So you can see where it's referencing is
24 the expected daily output tab, that came from the
25 expected daily output tab, if you go on there,

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

337

1 that is where that information came from.
2    Q  Okay.  So it came from Luxor data?
3    A  Correct.
4    Q  What about the actual income, column G, on
5 tab lost profit calculation D?
6        MR. JOHNSON:  Objection, form.
7    A  Yes, sir.  If you want to click on one of
8 the cells, do the same thing, maybe just click
9 on -- yeah, that's perfectly fine.
10       So what you're doing here is a summation
11 of the actual mining tab, if you go to the actual
12 mining.  And what you can see here is this is the
13 actualization of all the bitcoin and non-bitcoin
14 that were mined at the Rockdale facility.
15   Q  And where did those numbers in equivalent
16 BTC column E come from?
17   A  If you would click on, like, cell E25, for
18 instance, or the next one down, those numbers were
19 manually inputted.
20   Q  By who?
21   A  My understanding it was Jonathan Tanemori.
22   Q  He manually inputted them to your model?
23   A  No, these actual mining statistics I was
24 provided by counsel, via my understanding,
25 Jonathan Tanemori.  My understanding as --

338

1    Q  What document were they in, sir?
2    A  Yes, sir, I'm trying to explain.
3       As the -- my understanding is as the
4 mining occurred, this data was being updated and I
5 used the internal data from SBI that was provided
6 to me in the calculation of this.
7    Q  I understand but I'm -- in a quite literal
8 sense the numbers that are in column E, which
9 document in your Appendix B are they pulled from?
10   A  They are pulled from SBI internal
11 documents.  And I have, I think in the assumptions
12 of my report, that I rely on statements and
13 documents from the executives of SBI including
14 Carson Smith, Jonathan Tanemori and Nick Vitalis
15 and that's one of those.
16   Q  So did you input while you were on the
17 phone with them, these numbers in column E of
18 actual mining tab on the scenario alpha Valentine?
19       MR. JOHNSON:  Objection, form.
20   A  I'm sorry, your question is?
21   Q  So I'm not trying to be obtuse.  There is
22 a number in column E25 of the actual mining tab
23 scenario about alpha Valentine and you say that it
24 comes from internal numbers from SBI.  I'm asking
25 you, how did it get into your spreadsheet?

339

1    A  I was provided the internal numbers via
2 counsel, just like I was provided all the data,
3 then I inputted them into the sheet.
4    Q  And then what form did you get the data
5 from counsel?
6        MR. JOHNSON:  Objection, form.
7    A  My recollection it was an Excel sheet.
8    Q  Which Excel sheet is it listed on Appendix
9 B?
10   A  Yeah, I can't recall at this time.
11   Q  Okay.  And this column G on the actual
12 mining tab of scenario alpha Valentine, where does
13 that data come from?
14   A  So if you go to the cell that is B25,
15 which is the number of bitcoin mined, times L25,
16 which is the price of bitcoin US dollars.
17   Q  Where does the price of bitcoin per US
18 dollars come from?
19       MR. JOHNSON:  Objection, form.
20   A  Again, that's all Luxor data.  That's all
21 external data.
22   Q  Well, this is hardcoded in, so where did
23 it come from?
24   A  It's all from Luxor data.
25   Q  So you hardcoded it in here based on

340

1 something --
2    A  I copy and pasted it into a cell, because
3 it was easier to work within that format in Excel
4 rather than use the format it comes in Luxor which
5 is a CSV and then I would have to go back and
6 manually recreate a whole bunch of stuff.
7    Q  So you exported from Luxor a CSV, which
8 document is it on Appendix B?
9    A  You're talking about which is Luxor data
10 on Appendix B?  I said that in the list of
11 assumptions that I relied on external data,
12 including Luxor.
13   Q  I understand, but the Luxor numbers that
14 are represented in your spreadsheet are hardcoded.
15 What you just testified to is that you took them
16 from a document that you exported from Luxor and
17 copied them over.  And I'm asking you, that export
18 from Luxor, which document is that on Appendix B?
19       MR. JOHNSON:  Objection, form.
20   A  I previously answered your question.  I
21 have in my report that I relied on data that was
22 exported from Luxor, I did not list it in Appendix
23 B, but it is listed in my report.
24   Q  The actual export itself, has it been
25 provided to counsel to be produced in this case?

341

1    MR. JOHNSON: Objection, form.
2    **A I manually did provide all of the**
3    **step-by-step instructions of how to download the**
4    **Luxor data with examples and screenshots showing**
5    **step-by-step of how it was downloaded. I also**
6    **provided all of the Python code that you can go**
7    **into Luxor and easily replicate anything that's in**
8    **here.**
9    MR. SLOVAK: Okay. I'm going --
10    MR. JOHNSON: Objection.
11    MR. SLOVAK: I'm going to object as
12 nonresponsive.
13    Q All of the -- what you just testified to
14 was done after -- before March of 2025, you
15 exported some data from Luxor. My question to you
16 is did you provide that export to counsel?
17    MR. JOHNSON: Objection, form, asked and
18 answered.
19    **A And what I'm previously answering is I**
20    **did, for a fact, download all the steps and the**
21    **Python code itself. If you understand Python**
22    **code, that is providing the numbers because all**
23    **you have to do is copy and paste the Python code**
24    **into Luxor and the numbers come right up.**
25    MR. SLOVAK: I'm going to object as

342

1 nonresponsive.
2    Q The actual export itself, sir, did you
3 give it to counsel, yes or no?
4    MR. JOHNSON: Objection, form.
5    **A And again, I gave it to counsel, I just**
6    **did not give it in the form that you're asking**
7    **for. I gave it the form of Python code and**
8    **step-by-step instructions of how this is**
9    **downloaded.**
10    Q And you did that after March the 28th of
11 2025, right, sir?
12    MR. JOHNSON: Objection, form.
13    **A I don't recall the exact date that I gave**
14    **the Luxor Python code to data. It could very well**
15    **have been before the report, it may have been**
16    **after. I don't recall the exact date.**
17    Q So someone would have to go into Luxor,
18 they would have to have a subscription, they would
19 have to run the code in order to figure out
20 whether your data was accurate or inaccurate that
21 you hardcoded into your scenario alpha Valentine,
22 right, sir?
23    MR. JOHNSON: Objection, form.
24    **A That's not entirely true. Luxor, I**
25 **believe, you can get certain data, not like four**

343

1 years worth of data like I have here, but like
2 small segments of data, you can go in and get from
3 what I understand on free account.
4    Q And I'm not trying to be obtuse here. I'm
5 just asking you if you didn't give the actual
6 export, but you gave instructions on how to get to
7 the data. In order to test your data, someone
8 would have to actually log into Luxor and run that
9 set of Python code to pull that data up, right,
10 sir?
11    MR. JOHNSON: Objection, form, asked and
12 answered.
13    **A Yes, and I've -- I'll respond to the**
14    **question the same way I did before, again, I**
15    **provided the Python code, which is the exact**
16    **script of how it's downloaded and I also provided**
17    **very granular step-by-step instructions of how**
18    **this works exactly.**
19    MR. SLOVAK: Okay. I'm going to object
20 after the answer to my question "yes."
21    I'm going to pass the witness. I don't
22 have any further questions at this time. I will
23 reserve the right to reopen based on some of the
24 answers that we received.
25    MR. JOHNSON: We will reserve at trial or,

344

1 if necessary -- I'm sorry we'll reserve at trial.
2    MR. SLOVAK: No problem.
3    Thank you for your time, sir.
4    THE WITNESS: Thank you.
5    VIDEOGRAPHER: This concludes the
6 deposition. The time is 5:55 p.m.
7    (Deposition adjourned at 5:55 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Transcript of Randall Valentine, Ph.D.
Conducted on October 24, 2025

345

1    CERTIFICATE OF SHORTHAND REPORTER
2
3        I, Susan S. Klinger, the officer before
4    whom the foregoing deposition was taken, do hereby
5    certify that the foregoing transcript is a true
6    and correct record of the testimony given; that
7    said testimony was taken by me stenographically
8    and thereafter reduced to typewriting under my
9    direction; that reading and signing was not
10   discussed; and that I am neither counsel for,
11   related to, nor employed by any of the parties to
12   this case and have no interest, financial or
13   otherwise in its outcome.
14       IN WITNESS WHEREOF, I have herunto set my
15   hand on the 25th of October, 2025.
16
17
18   _____
19       Susan S. Klinger, RMR-CRR, CSR
20       Texas CSR 6531, Exp: 10/31/27
21       California CSR 14487, Exp: 11/30/26
22
23
24
25