# EXHIBIT 24

| Alleged Misrepresentation, Omission, and/or Breach | Date Known | Evidence |
|---|---|---|
| Whinstone "misrepresent[ed] that the datacenter was well designed, and conformed to industry standards after operations began (while actively concealing the truth of the same)" and "misrepresent[ed] that the datacenter and racks were built and configured to contractual requirements (actively concealing the truth of the same)." Am. Compl. (Jul. 7, 2023) ¶¶ 14, , 48(1-2), 52, 70, 78; Ex. 3 at Am. Interrog. Resp. No. 20. | Beginning in September 2020 and no later than May 30, 2021 | • SBI alleges that between *September and December 2020*, Canaan complained to SBI about Whinstone's alleged non-responsiveness and put SBI on notice of apparent mining equipment "overheating" and "poor datacenter conditions", *e.g.*, Am. Compl. (Jul. 7, 2023) ¶¶ 33-35; and, <br> • On *May 30, 2021*, Carson Smith identifies Whinstone's alleged breach of Hosting Agreement Sections 2.1.1, 2.2.11, 2.2.13, 4.6, 3.11.1, and 8.2—which concern "industry standards," evaporative cooling, miner performance, filters, dust, and racks. *E.g.,* Ex. 10. |
| Whinstone "misrepresent[ed] in the Hosting Service Agreement that building or other permits, city inspections, or certifications were not required with regard to providing services pursuant to the parties' contract." Am. Compl. (Jul. 7, 2023) ¶¶ 12-14, 28-29, 38, 48(3); Ex. 3 at Am. Interrog. Resp. No. 20. | By the RFU Date and no later than June 2020 | • SBI alleges that it "learned that certain certifications and inspections were . . . necessary to operate at full capacity" "*in the months before June 2020*" (when delayed operations finally began)."  *E.g.*, Am. Compl. (Jul. 7, 2023) ¶¶ 28-29 (emphasis added). |
| Whinstone "misrepresent[ed] that the facility was not experiencing problems related to overheating or excessive dust (deliberately concealing harmful environmental conditions at the facility which inevitably caused suboptimal performance SBIC equipment and physical damage to the same)." Am. Compl. (Jul. 7, 2023) ¶¶ 7, 33-35, 48(4), 70, 78; Ex. 3 at Am. Interrog. Resp. No. 20. | By August 2020 and no later than May 30, 2021 | • SBI alleges that it complained about underperforming equipment in *August 2020*, and that between *September and December 2020*, Canaan complained to SBI about Whinstone's alleged non-responsiveness and put SBI on notice of apparent mining equipment "overheating" and "poor datacenter conditions", e.g., Am. Compl. (Jul. 7, 2023) ¶¶ 32-35, and <br> • On *May 30, 2021*, Carson Smith identifies Whinstone's alleged breach of Hosting Agreement Sections 2.1.1, 2.2.13, 4.6, and 8.2—which concern "industry standards," evaporative cooling, miner performance, filters, and dust. *E.g.,* Ex. 10. |

| Alleged Misrepresentation, Omission, and/or Breach | Date Known | Evidence |
|---|---|---|
| Whinstone "misrepresent[ed] in the Hosting Service Agreement that one (1) gigawatt of power was available at its Rockdale site and that 50 megawatts of power had been secured on October 24, 2019" and "misrepresent[ed] in 2019 and 2020 the availability of power after delays despite not securing power until May 2020." Am. Compl. (Jul. 7, 2023) ¶¶ 10-14, 19-29, 48(5-6), 70, 78; Ex. 3 at Am. Interrog. Resp. Nos. 12, 20. | Summer of 2020 and no later than May 30, 2021 | • SBI pleads that Whinstone did not secure power contracts "until just before operations began in the *summer of 2020*," which "delayed . . . SBI[]'s mining operations", *e.g.*, Am. Compl. (Jul. 7, 2023) ¶¶ 23, 27, and <br><br> • On *May 30, 2021*, Carson Smith identifies Whinstone's alleged breach of Hosting Agreement Sections 3.13.1 and 8.13—which concern the amount of power Whinstone was to provide and had "commercial access" for up to one gigawatt of aggregated electricity. *E.g.,* Ex. 10. |
| "Whinstone relocated SBIC Equipment and placed another customer's equipment in the space used by SBIC while failing to provide sufficient advanced smart hands services" and "did not adhere to requirements of § 3.12.2 of the Hosting Service Agreement Am. Compl. (Jul. 7, 2023) ¶ 49(1, 8). | No later than May 30, 2021 | • On *May 30, 2021*, Smith identifies Whinstone's alleged breach of Hosting Agreement Sections 2.1.1, 2.2.13, 2.4, and 3.12.1—which concern SBI's "Licensed Areas", Whinstone's "Advanced Remote Hands Service" and associated fees, and Whinstone's compliance with the "Service Level Agreement in Clause 4.". *E.g.*, Ex. 10. |
| "Whinstone failed to install all SBIC Equipment within 30 days of the October 3, 2019, Ready for Use ('RFU') date and did not intend to do so during the said 30-day period while continuing to make misrepresentations that it would. Am. Compl. (Jul. 7, 2023) ¶¶ 14, 27-28, 49(2). | Beginning November 3, 2019 and no later than December 15, 2019 | • SBI admits it "became aware of Whinstone's failure to meet the December 15, 2019 RFU date on the pass of December 15, 2019." *E.g.,* Ex. 3 at Am. Interrog. Resp. No. 2; Ex. 10. |
| "Whinstone failed to maintain an intake temperature of less than 29 degrees Celsius due to its failure to operate evaporative cooling walls, and willfully concealed this fact; and failed to turn off machines with an intake temperature of greater than 29.5 degrees Celsius, and failed to provide reports to SBIC that there were problems with heat." Am. Compl. (Jul. 7, 2023) ¶¶ 38, 49(3). | No later than May 30, 2021 | • On *May 30, 2021*, Smith identifies Whinstone's alleged breach of Hosting Agreement Sections 2.1, 2.2.13, and 4.6.7—which concern evaporative cooling and intake temperature. *E.g.*, Ex. 10. |

| Alleged Misrepresentation, Omission, and/or Breach | Date Known | Evidence |
|---|---|---|
| "Whinstone failed to prevent the mixing of hot exhaust air with cool air due to poor design of sizing of hot and cold aisles and insufficient air pressurization and did not use exhaust or intake fans at all despite industry knowledge that fans create a positive pressure system for efficient airflow and reduce hot-cold air mixing." Am. Compl. (Jul. 7, 2023) ¶¶ 14, 27-28, 49(4); Ex. 3 at Am. Interrog. Resp. No. 20. | No later than May 30, 2021 | • On *May 30, 2021*, Smith identifies Whinstone's alleged breach of Hosting Agreement Section 2.2.13—which concerns "maintaining sufficient airflow, preventing mixing of cool and hot exhaust air from the equipment in the Data Center." *E.g.*, Ex. 10. |
| "Whinstone failed to use filters in the air intake system designed to prevent dust and dirt, while only using louvers and screens to prevent large objects and precipitation from entering the datacenter", "failed to maintain hashrate to performance guarantees or specifications due to poor heat and dust control inside the datacenter," and "failed to provide services or a datacenter in accordance with industry standards. Whinstone's poor design, poor control of dust and heat, and its efforts to hide those issues are contrary to any professional standard. Additionally, several industry experts who observed Whinstone's datacenter attest that Whinstone has a poor datacenter design and poor management of dirt and airflow inside the datacenter." Am. Compl. (Jul. 7, 2023) ¶¶ 14, 27-28, 49(5, 9-10); Ex. 3 at Am. Interrog. Resp. No. 20. | Beginning in September 2020 and no later than May 30, 2021 | • SBI alleges that between *September and December 2020*, Canaan complained to SBI about Whinstone's alleged non-responsiveness and put SBI on notice of apparent mining equipment "overheating" and "poor datacenter conditions", *e.g.*, Am. Compl. (Jul. 7, 2023) ¶¶ 33-35, and<br>• On *May 30, 2021*, Smith identifies Whinstone's alleged breach of Hosting Agreement Sections 2.1.1, 2.2.11, 2.2.13, 3.11.1, 4.6, and 8.2—which concern "industry standards," average intake temperature, evaporative cooling, performance guarantees, miner performance, sufficient airflow, filters, dust, and corrosion. *E.g.*, Ex. 10. |
| "Whitestone failed to ensure the datacenter and air inside was free of dust, dirt, insect particles, and corrosion which were found on the insides SBIC's equipment." Am. Compl. (Jul. 7, 2023) ¶¶ 7, 41-42, 49(6); Ex. 3 at Am. Interrog. Resp. No. 20. | No later than May 30, 2021 | • On *May 30, 2021*, Smith identifies Whinstone's alleged breach of Hosting Agreement Section 2.2.13—which concerns average intake temperature, evaporative cooling, sufficient airflow, filters, insects, dust, and corrosion. *E.g.*, Ex. 10. |

| Alleged Misrepresentation, Omission, and/or Breach | Date Known | Evidence |
|---|---|---|
| "Whinstone did not measure actual power consumption for billing purposes for several months as power meters were not installed." Am. Compl. (Jul. 7, 2023) ¶¶ 31, 32 n.1, 49(7); Ex. 3 at Am. Interrog. Resp. No. 20. | Summer of 2020 and no later than May 30, 2021 | • SBI claims that Whinstone "regularly failed to provide SBI[]" with notice of the "occurrence of multiple power outages and curtailments" beginning in *June 2020*, *e.g.,* Am. Compl. (Jul. 7, 2023) ¶ 31, <br>• SBI discusses how to bill for power given lack of power meters in *October 2020*, Ex. 14, and <br>• On *May 30, 2021* Smith identifies Whinstone's alleged breach of Hosting Agreement Sections 2.2.15 and 3.11.1-.2—which concern Whinstone installing power meters and billing SBI for the same. *E.g.,* Ex. 10. |
| "Whinstone failed to provide maintenance or regular reports when hashrate fell below threshold levels" and "failed on several occasions to give 24-hours' notice of downtime when it was known in advance or, when it was not known in advance, provide notice as soon as possible afterwards. SBIC gave several warnings to Whinstone regarding notifications." Am. Compl. (Jul. 7, 2023) ¶¶ 31, 49(11-12). | Beginning in June 2020 and no later than May 30, 2021 | • SBI states that Whinstone was required to, but allegedly failed to, provide invoices and power meter data at regularly contracted intervals after operations beginning in *June* 2020, *e.g.*, Am. Compl. (Jul. 7, 2023) ¶ 31, and <br>• On *May 30, 2021*, Smith identifies Whinstone's alleged breach of Hosting Agreement Sections 2.2.15, 4.5, and 4.6—which concern monthly reports and miner performance monitoring and guarantees. *E.g.*, Ex. 10. |
| "Whinstone failed to issue reports when 10 percent of machines were offline, and in almost all instances, did not respond within the required time." Am. Compl. (Jul. 7, 2023) ¶¶ 31, 49(13). | Beginning in June 2020 and no later than May 30, 2021 | • SBI claims that Whinstone "regularly failed to provide SBI[]" with notice of the "occurrence of multiple power outages and curtailments" beginning in *June 2020*, *e.g.,* Am. Compl. (Jul. 7, 2023) ¶ 31, and <br>• On *May 30, 2021*, Smith identifies Whinstone's alleged breach of Hosting Agreement Section 4.5—which concerns uptime guarantees and advance notice requirements for downtime. *E.g.*, Ex. 10. |

| Alleged Misrepresentation, Omission, and/or Breach | Date Known | Evidence |
|---|---|---|
| "Whinstone did not secure up to one (1) gigawatt of electricity and had not signed power contracts until just before operations began in summer 2020, despite its explicit representation that it had done so." Am. Compl. (Jul. 7, 2023) ¶¶ 22-27, 48(5), 70, 78; Ex. 3 at Am. Interrog. Resp. Nos. 12, 20. | Summer of 2020 and no later than May 30, 2021 | <ul><li>SBI pleads that Whinstone did not secure power contracts "until just before operations began in the *summer of 2020*," which "delayed . . . SBI[]'s mining operations", *e.g.*, Am. Compl. (Jul. 7, 2023) ¶¶ 23, 27 (emphasis added), and</li><li>On *May 30, 2021*, Carson Smith identifies Whinstone's alleged breach of Hosting Agreement Sections 3.13.1 and 8.13—which concern the amount of power Whinstone was to provide and had "commercial access" for up to one gigawatt of aggregated electricity. *E.g.*, Ex. 10.</li></ul> |