# EXHIBIT 25

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-00252-ADA-DTG |

**DECLARATION OF DAVID SCHATZ IN SUPPORT OF
DEFENDANT WHINSTONE US, INC.'S MOTION FOR PARTIAL SUMMARY
JUDGMENT AND BRIEF IN SUPPORT**

Pursuant to 28 U.S.C. § 1746, I, David Schatz, declare and state the following under penalty of perjury:

1. I was the Senior Vice President of Operations for Defendant Whinstone US, Inc. ("Whinstone"). I was employed by Whinstone since January of 2018 until 2024. As part of my roles and responsibilities at Whinstone, I oversaw Whinstone's cryptocurrency mining datacenter operations at Whinstone's facility (the "Facility") in Rockdale, Texas.

2. I submit this declaration in support of Whinstone's Motion for Partial Summary Judgment and Brief in Support ("MSJ").

3. I reviewed Exhibits 10 (SBIC000006891), 11 (SBIC0003254-3255), and 16 (SBIC0003777-3779) to the MSJ. I did not receive them while working at Whinstone prior to this lawsuit being filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2025, in Austin, Texas.

DocuSigned by:

*David Schatz*

951624C89F1B4FF...

David Schatz