# EXHIBIT 26

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SBI CRYPTO CO., LTD.,

   Plaintiff,

  v.

WHINSTONE US, INC.,

   Defendant.

Civil Action No. 6:23-cv-00252-ADA-DTG

**DECLARATION OF BRANDON MARX IN SUPPORT OF
DEFENDANT WHINSTONE US, INC.'S MOTION FOR PARTIAL SUMMARY
JUDGMENT AND BRIEF IN SUPPORT**

Pursuant to 28 U.S.C. § 1746, I, Brandon Marx, declare and state the following under penalty of perjury:

1. I an associate at the law firm of Foley & Lardner LLP and represent Defendant Whinstone US, Inc. ("Whinstone") in the above-captioned case.

2. I submit this declaration in support of Whinstone's Motion for Partial Summary Judgment and Brief in Support ("MSJ").

3. Attached as Exhibit 1 to the MSJ is a true and correct copy of the Hosting Service Agreement produced by Plaintiff SBI Crypto Co., Ltd. ("SBI") and Bates labeled SBIC0003883-3906.

4. Attached as Exhibit 2 to the MSJ is a true and correct copy of Plaintiff's Amended Objections and Responses to Defendant's Second Amended Notice of Corporate Representative Deposition of Plaintiff SBI Crypto Co., Ltd. that SBI served in this case.

5. Attached as Exhibit 3 to the MSJ is a true and correct copy of Plaintiff SBI Crypto Co., Ltd.'s First Amended Objections and Answers to Defendant's First Set of Interrogatories that

SBI served in this case.

6.    Attached as Exhibit 4 to the MSJ is a true and correct copy of the Initial Expert Report of Dr. Randall Valentine dated March 28, 2025 that SBI served in this case.

7.    Attached as Exhibit 5 to the MSJ is a true and correct copy of the Tech Remarketers Product Valuation Analysis Supplemental & Rebuttal Report that SBI served in this case on August 8, 2025.

8.    Attached as Exhibit 6 to the MSJ are true and correct excerpts from the October 24, 2025 deposition transcript of Randall Valentine.

9.    Attached as Exhibit 7 to the MSJ are true and correct excerpts from the August 15, 2024 deposition transcript of Jonathan Tanemori.

10.    Attached as Exhibit 8 to the MSJ is a true and correct copy of an email dated May 27, 2022 that SBI produced in this case and Bates labeled SBIC0000156. This is the same document that Whinstone produced in this case and Bates labeled WHIN_SBI_0006303, which was specifically identified by Bates label by SBI in response to Whinstone's Interrogatory No. 2. *See* MSJ Ex. 3.

11.    Attached as Exhibit 9 to the MSJ is a true and correct copy of an email chain dated June 3, 2022 that SBI produced in this case and Bates labeled SBIC0000393-416.

12.    Attached as Exhibit 10 to the MSJ is a true and correct copy of an email dated May 30, 2021 that SBI produced in this case and Bates labeled SBIC0000068-92.

13.    Attached as Exhibit 11 to the MSJ is a true and correct copy of an email dated June 3, 2021 that SBI produced in this case and Bates labeled SBIC0003254-3255.

14.    Attached as Exhibit 12 to the MSJ is a true and correct copy of an email chain dated August 10, 2020 that SBI produced in this case and Bates labeled SBIC0001897.

**BRANDON MARX DECLARATION**                                                          2

15.     Attached as Exhibit 13 to the MSJ is a true and correct copy an email chain dated August 11, 2020 that Whinstone produced in this case and Bates labeled WHIN_SBI_0005097. This email was specifically identified by Bates label by SBI in response to Whinstone's Interrogatory No. 2. *See* MSJ Ex. 3.

16.     Attached as Exhibit 14 to the MSJ is a true and correct copy of an email chain dated October 29, 2020 that SBI produced in this case and Bates labeled SBIC0000258-268.

17.     Attached as Exhibit 15 to the MSJ is a true and correct copy an email chain dated October 21, 2020 that Whinstone produced in this case and Bates labeled WHIN_SBI_0004979-4971. This email was specifically identified by Bates label by SBI in response to Whinstone's Interrogatory No. 2. *See* MSJ Ex. 3.

18.     Attached as Exhibit 16 to the MSJ is a true and correct copy of an a KaboomRacks summary that SBI produced in this case and Bates labeled SBIC0003777-3779.

19.     Attached as Exhibit 17 to the MSJ is a true and correct copy an email dated May 27, 2022 that Whinstone produced in this case and Bates labeled WHIN_SBI_0006999. This email was specifically identified by Bates label by SBI in response to Whinstone's Interrogatory No. 2. *See* MSJ Ex. 3.

20.     Attached as Exhibit 18 to the MSJ are true and correct excerpts from the August 21, 2024 deposition transcript of Carson Smith.

21.     Attached as Exhibit 19 to the MSJ are true and correct excerpts from the October 14, 2025 deposition transcript of Richard Peters.

22.     Attached as Exhibit 20 to the MSJ is a true and correct copy of the Whinstone Trip Report produced by SBI in this case and Bates labeled SBIC0005782-5788.

**BRANDON MARX DECLARATION**                                    3

23.     Attached as Exhibit 21 to the MSJ is a true and correct of the International Sales Contract that SBI produced in this case and Bates labeled SBIC0003268-3272.

24.     Attached as Exhibit 22 to the MSJ is a true and correct copy of the email chain dated December 16, 2020 that SBI produced in this case and Bates labeled SBIC0000857.

25.     Attached as Exhibit 23 to the MSJ is a true and correct copy of text messages from August 2020 that SBI produced in this case and Bates labeled SBIC0005892-5898.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2025, in Dallas, Texas.

_____
Brandon Marx