IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-252 |

### ORDER GRANTING DEFENDANT WHINSTONE US, INC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Before the Court is Defendant Whinstone US, Inc.'s ("Whinstone") Motion for Partial Summary Judgment and Brief in Support (the "Motion"). The Court has considered the Motion and finds that it should be GRANTED.

It is therefore ORDERED that Plaintiff SBI Crypto Co., Ltd.'s claims, Counts I-III, including any associated claims for damages and attorneys' fees, that are contained in the Amended Complaint (ECF No. 11) are dismissed with prejudice.

SIGNED ON THIS _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS