| | |
|---|---|
| **From:** | Marx, Brandon C |
| **To:** | Johnson, Cory; Patterson, Andrew; Sandler, Joshua; Robertson, Julie; Acevedo, Hugo |
| **Cc:** | Lockhart, Steven C.; Slovak, Rob; Durham, Tanya C. |
| **Subject:** | SBI/Whinstone: Outstanding Issues |
| **Date:** | Monday, September 1, 2025 9:57:29 AM |

Cory,

Thank you for taking the time to meet with us last Friday and provide clarification on SBI's document productions. We are withdrawing the issues of Dr. Valentine's citation of 690 unique wallet addresses and the Luxor data. However, the following information still needs to be produced:

- Valentine:
    - His "forensic examination . . . of all blockchain addresses associated with SBI Crypto's mining operations"
    - "internal audit records from SBI"
    - "third-party audit attestations conducted by Deloitte Touche Tohmatsu LLC"
    - "detailed statements and contractual documentation from Muroo Inc."
    - "[data that] was gathered and verified from Russian Mining and confirmed by Muroo"
    - "output data [that was] provided by Muroo [and] was subject to internal verification by SBI"
    - "mining output figures . . . generated in real time by Muroo Inc."
    - Underlying source data for SBI's financial operations
    - His engagement letter and invoices
- Schuler:
    - Work files (*i.e.*, spreadsheets) and information used to create computer equipment and crypto mining equipment historical pricing data and depreciation and Bitcoin pricing data
    - Calculations and data used for crypto miner power and profitability determinations
    - His engagement letter and invoices
- Byers:
    - The information provided by Carson Smith to Byers, including any translations
    - Source data from spreadsheet created by Carson Smith
    - His engagement letter and invoices
- Vitalis:
    - Financial subaccount mapping and data provided to SBI
    - Emails with Muroo about availability of data
    - Retention data information
- Smith:
    - His engagement letter and invoices
- Tanemori:
    - His engagement letter and invoices

**Brandon C Marx**
*Associate*

**Foley & Lardner LLP**
2021 McKinney Ave, Suite 1600, Dallas, TX 75201
Phone 214.999.4754 | Cell 254.498.0907
View My Bio | Visit Foley.com | bmarx@foley.com



The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.