IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., | |
| Plaintiff, | Civil Action No. 6:23-cv-252 |
| v. | |
| WHINSTONE US, INC., | |
| Defendant. | |

## JOINT MOTION TO EXTEND CERTAIN FILING DEADLINES

Plaintiff SBI Crypto Co., LTD. ("SBI") and Defendant Whinstone US, Inc. ("Whinstone") (together, the "Parties") file this joint motion requesting an extension of three filing deadlines that arise from the Sixth Amended Scheduling Order (ECF No. 118).

1.      SBI's deadline to file its response to Whinstone's Motion to Strike the Expert Opinions of Charles Byers and Randy Boltin (ECF No. 148), Whinstone's deadline to file its reply in support of its Motion to Strike the Expert Opinions of Randall Valentine (ECF No. 136), and any motion to strike the expert opinions of Philip Isaak (*see* ECF No. 118 at 2) are due this Friday, November 28, 2025.

2.      Given the Thanksgiving Holiday, family commitments, and travel associated with the foregoing, the Parties respectfully request that the Court extend the deadline until Monday, December 1, 2025 to make these filings.

3.      Good cause exists for this motion and it is not made for the purpose of delay, but rather in the interest of justice. The Parties' therefore request the Court to enter in the order filed contemporaneously with this motion.

Respectfully submitted,

Foley & Lardner LLP

By:   _/s/ Robert T. Slovak_
       Robert T. Slovak
       Texas Bar No. 24013523
       rslovak@foley.com
       Steven C. Lockhart
       Texas Bar No. 24036981
       slockhart@foley.com
       J. Michael Thomas
       Texas Bar. No. 24066812
       jmthomas@foley.com
       Brandon C. Marx
       Texas Bar No. 24098046
       bmarx@foley.com
       2021 McKinney Avenue, Suite 1600
       Dallas, Texas 75201
       Telephone: (214) 999-3000
       Facsimile: (214) 999-4667

       **ATTORNEYS FOR DEFENDANT**
       **WHINSTONE US., INC.**

By: _/s/Cory Johnson (with permission)_
       Joshua M. Sandler
       Texas Bar No. 24053680
       jsandler@winstead.com
       Cory Johnson
       Texas Bar No. 24046162
       cjohnson@winstead.com
       Andrew Patterson
       Texas Bar No. 24131573
       apatterson@winstead.com
       2728 N. Harwood Street, Suite 500
       Dallas, Texas 75201
       Telephone: (214) 745-5103
       Facsimile:   (214) 745-5390

       **ATTORNEYS FOR PLAINTIFF**
       **SBI CRYPTO CO., LTD.**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, a copy of the foregoing document was filed electronically and a notice will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Brandon C. Marx
Brandon C. Marx