UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SECURE MATRIX LLC,**

    Plaintiff,

v.                                                  **No. 4:25-CV-1193**

**MOUSER ELECTRONICS, INC.,**

    Defendant.

## ORDER

    Before the Court is Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (ECF No. 10). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion. Defendant's new deadline to file its responsive pleading to Plaintiff's Complaint is January 8, 2026.

    **SO ORDERED** on this __ **day of ___, 2025.**

4919-5367-0780.1