IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-252 |

### ORDER GRANTING DEFENDANT WHINSTONE US, INC'S MOTION TO STRIKE PLAINTIFF SBI CRYPTO CO., LTD.'S DECLARATION OF DR. RANDALL VALENTINE IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE DR. VALENTINE

Before the Court is Defendant Whinstone US, Inc.'s ("Whinstone") Motion to Strike Plaintiff SBI Crypto Co., Ltd.'s Declaration of Dr. Randall Valentine in Support of Plaintiff's Response to Defendant's Motion to Strike Dr. Valentine and Randall Valentine Deposition Exhibit No. 52 (the "Motion"). The Court has considered the Motion and finds that it should be GRANTED.

It is therefore ORDERED that Randall Valentine Deposition Exhibit No. 52 and the Declaration of Dr. Randall Valentine in Support of Plaintiff's Response to Defendant's Motion to Strike Dr. Randall Valentine (attached as Exhibit A to Plaintiff's Response to Whinstone's Motion to Strike the Expert Opinions of Randall Valentine), including Randall Valentine's opinions contained in those documents, are STRICKEN, and any analyses, assumptions, or opinions contained in that declaration may not be offered into evidence or at trial.

SIGNED ON THIS _____ day of _____, 2025.

_____
DEREK T. GILLILAND

                                        UNITED STATES MAGISTRATE JUDGE
                                        WESTERN DISTRICT OF TEXAS