# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
 2                       WACO DIVISION

 3  SBI CRYPTO, LTD.            ) Docket No. WA 23-CA-252 ADA
                                )
 4  vs.                         ) Waco, Texas
                                )
 5  WHINSTONE US, INC.          ) September 11, 2025

 6
            TRANSCRIPT OF DISCOVERY AND MOTION HEARING
 7            BEFORE THE HONORABLE DEREK T. GILLILAND

 8

 9  APPEARANCES:

10  For the Plaintiff:        Mr. Cory C. Johnson
                              Mr. Andrew J. Patterson
11                            Winstead, PC
                              500 Winstead Building
12                            2728 North Harwood Street
                              Dallas, Texas 75201
13

14  For the Defendant:        Mr. Brandon C. Marx
                              Mr. J. Michael Thomas
15                            Foley & Lardner, LLP
                              2021 McKinney Avenue, Suite 1600
16                            Dallas, Texas 75201

17

18  Transcriber:              Ms. Lily Iva Reznik, CRR, RMR
                              501 West 5th Street, Suite 4153
19                            Austin, Texas 78701
                              (512)391-8792
20

21

22

23

24

25  Proceedings reported by digital sound recording,
    transcript produced by computer aided-transcription.
```

1  be false.
2          This resulted in the destruction because they had
3  no fans, no filters, and no temperature control, this is
4  what happened to our -- these are -- on the right side are
5  essentially pictures of the internal parts of some of our
6  mining machines.  The allegations of this case are that
7  due to their performance and fraudulent conduct, they
8  destroyed and damaged our equipment.  It also led to
9  millions of dollars in lost Bitcoin earnings that they
10 have otherwise received.
11         If you notice on this chart, your Honor, there's
12 a section about the construction delay.  That's where we
13 allege that they falsely promised to have our miners up
14 and running by December 2019 when they finally did get it
15 running some nine months later, these machines grossly
16 underperformed due to the conditions at their facility,
17 which included overheating, excessive dust and a
18 completely -- knowingly mis-designed facility.  So this is
19 the sort of comparison of what the expected performance of
20 Bitcoin that should have been generated versus what the
21 actual was.  This appears in both the initial report of
22 our damages expert and his supplement thereto.
23         These are the four experts that SBI intends to
24 present.  Phil Isaak, a licensed engineer, his expertise
25 is in the construction and operation of data centers.  He

1  has extensive experience related to the completion of more
2  than 190 data centers.  These three experts are the three
3  experts to the right who've actually supplemented their
4  reports.  Charles Byers is a computer engineer, holds 134
5  patents, many patents related to the cooling of and proper
6  operation of CPUs in computer systems.  Dr. Valentine is
7  an associate professor of finance with significant
8  academic and litigation experience analyzing
9  cryptocurrency-related matters.  And finally, Michael
10 Schuler is an expert in the resale of these computers and
11 resale in the secondary market of these computers.
12         And essentially going to the next slide, Phil
13 Isaak didn't supplement, your Honor, but they cancelled
14 the deposition anyway with no basis.  None of these
15 experts have been deposed.  Charles Byers is essentially
16 -- let me go back to Phil Isaak.  ==Phil Isaak essentially==
17 ==will be testifying as to the industry standards for these==
18 ==data centers and whether they were met and whether this==
19 ==facility met the contractual terms as expected.==
20         Charles Byers is essentially the causation expert
21 who will describe in more detail how the facility and the
22 environmental conditions therein resulted in the
23 under-performance damage and failure of SBI's machines.
24 Randall Valentine is essentially the lost profits and lost
25 Bitcoin damage expert who will testify as to the net

REPORTER'S CERTIFICATE

I, LILY I. REZNIK, DO HEREBY CERTIFY THAT THE FOREGOING WAS TRANSCRIBED FROM AN ELECTRONIC RECORDING MADE AT THE TIME OF THE AFORESAID PROCEEDINGS AND IS A CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY, MADE FROM THE PROCEEDINGS IN THE ABOVE-ENTITLED MATTER, AND THAT THE TRANSCRIPT FEES AND FORMAT COMPLY WITH THOSE PRESCRIBED BY THE COURT AND JUDICIAL CONFERENCE OF THE UNITED STATES, ON THIS 13th DAY OF OCTOBER, 2025.

*Lily Iva Reznik*

~~~~~~~~~~~~~~~~~~~~~~~~
LILY I. REZNIK, CRR, RMR
Official Court Reporter
United States District Court
Austin Division
501 West 5th Street, Suite 4153
Austin, Texas 78701
(512)391-8792
SOT Certification No. 4481
Expires: 1-31-27