IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-252 |

## ORDER GRANTING DEFENDANT WHINSTONE US, INC'S MOTION TO STRIKE THE EXPERT OPINIONS OF PHILIP ISAAK

Before the Court is Defendant Whinstone US, Inc.'s ("Whinstone") Motion to Strike the Expert Opinions of Philip Isaak (the "Motion"). The Court has considered the Motion and finds that it should be GRANTED.

It is therefore ORDERED that the Expert Report of Philip Isaak, including his opinions contained therein, is STRICKEN, and any analyses, assumptions, or opinions contained in that report may not be offered into evidence or at trial.

SIGNED ON THIS _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS