IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SBI CRYPTO CO., LTD.,** *Plaintiff,* v. **WHINSTONE US, INC.,** *Defendant.* | Civil Action No.: 6:23-cv-252 <br><br> Jury Trial Demanded |

## ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN FILING DEADLINES

Before the Court is the parties' Joint Motion to Extend Certain Filing Deadlines. The Court has considered this motion and finds that it should be, and is hereby GRANTED.

It is therefore ORDERED that SBI's deadline to file its response to Whinstone's Motion to Strike the Expert Opinions of Charles Byers and Randy Boltin (ECF No. 148), Whinstone's deadline to file its reply in support of its Motion to Strike the Expert Opinions of Randall Valentine (ECF No. 136), and any motion to strike the expert opinions of Philip Isaak (see ECF No. 118 at 2) are extended to Monday, December 1, 2025.

SIGNED _____, 2025.

_____
JUDGE PRESIDING

**AGREED**:

By: */s/ Cory Johnson*
Joshua M. Sandler
Texas Bar No. 24053680
jsandler@winstead.com
Cory Johnson
Texas Bar No. 24046162
cjohnson@winstead.com
**WINSTEAD PC**
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
Telephone: (214) 745-5103
Facsimile: (214) 745-5390

**ATTORNEYS FOR PLAINTIFF
SBI CRYPTO CO. LTD**

By: */s/ Brandon C. Marx*
Robert T. Slovak (TX 24013523)
rslovak@foley.com
Steven C. Lockhart
Texas Bar No. 24036981
slockhart@foley.com
J. Michael Thomas
Texas Bar. No. 24066812
jmthomas@foley.com
Brandon C. Marx (TX 24098046)
bmarx@foley.com
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**ATTORNEYS FOR DEFENDANT
WHINSTONE US, INC**