# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
 2                       WACO DIVISION

 3  SBI CRYPTO, LTD.           ) Docket No. WA 23-CA-252 ADA
                               )
 4  vs.                        ) Waco, Texas
                               )
 5  WHINSTONE US, INC.         ) September 11, 2025

 6

          TRANSCRIPT OF DISCOVERY AND MOTION HEARING
 7          BEFORE THE HONORABLE DEREK T. GILLILAND

 8

 9  APPEARANCES:

10  For the Plaintiff:         Mr. Cory C. Johnson
                               Mr. Andrew J. Patterson
11                             Winstead, PC
                               500 Winstead Building
12                             2728 North Harwood Street
                               Dallas, Texas 75201
13

14  For the Defendant:         Mr. Brandon C. Marx
                               Mr. J. Michael Thomas
15                             Foley & Lardner, LLP
                               2021 McKinney Avenue, Suite 1600
16                             Dallas, Texas 75201

17

18  Transcriber:               Ms. Lily Iva Reznik, CRR, RMR
                               501 West 5th Street, Suite 4153
19                             Austin, Texas 78701
                               (512)391-8792
20

21

22

23

24

25  Proceedings reported by digital sound recording,
    transcript produced by computer aided-transcription.
```

*LILY I. REZNIK, CERTIFIED REALTIME/REGISTERED MERIT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)*

1  court to perform that analysis of, well, is this a -- just
2  a mere logical extension or is this a new report.  The
3  courts inevitably and the courts -- you'll look in the
4  case law, it's kind of unclear.  I'll admit it, it's kind
5  of unclear what's new, what's a supplement, what's just
6  logical extension so they inevitably fall back on the
7  Sierra factors and typically, in fact, universally allow
8  supplements under these -- the facts in this case.
9               THE COURT:  Okay.  All right.  Thank you, Mr.
10 Johnson.  Let's do this.  I'm going to take a brief recess
11 so we'll be in recess for about 10 minutes.
12              (Proceedings recess at 10:22 a.m.
13               and resume at 10:39 a.m.)
14              THE COURT:  All right.  So after review of both
15 the supplemental reports and the case law cited by the
16 parties as well as arguments of counsel at the hearing
17 today and the brief, I am with regard to the Schuler
18 report, I'm going to deny the request to strike Mr.
19 Schuler as it appears the only thing he did was go out and
20 inspect a Bitcoin miner, which is something likely would
21 have been done at some point anyhow.
22              With regard to the Valentine's second report and
23 Byers' second report, I'm going to sustain the motion to
24 -- or grant the motion to strike those reports.  Both of
25 those reports as described in the hearing and as

1  discussed, primarily in the hearing if they -- they don't
2  appear to be all that important if they truly are just
3  elaborating on additional or prior stated opinions.
4  Additionally, the information that was added that resulted
5  in those was information that appears to have been in the
6  plaintiff's possession, custody or control, and I don't
7  find a sufficient justification for the late production of
8  that evidence.
9       And also, given the number of extensions that
10 have happened in the case, I did not believe that -- and
11 in light of defendant's evidence regarding the cost and
12 burden imposed granting an extension, I don't find that a
13 continuance could sufficiently address the prejudice
14 caused by allowing the late supplementations.
15      And then, with regard to Mr. Smith, I'm going to
16 deny the requested relief on him as he's not been
17 attempted to be presented as an expert or identified late
18 as an expert, and the information he provided that was
19 relied on by Valentine is in Valentine's second
20 supplemental report which is being struck.  So what Mr.
21 Smith can do at a future point is going to be decided at
22 that point and not ruling on him today since I didn't see
23 any indication that he was trying to be designated as a
24 late expert, I'm going to just deny any requested relief
25 as to Mr. Smith without prejudice to re-raising it at a

1
2
3                    REPORTER'S CERTIFICATE
4
5    I, LILY I. REZNIK, DO HEREBY CERTIFY THAT THE FOREGOING
6  WAS TRANSCRIBED FROM AN ELECTRONIC RECORDING MADE AT THE
7  TIME OF THE AFORESAID PROCEEDINGS AND IS A CORRECT
8  TRANSCRIPT, TO THE BEST OF MY ABILITY, MADE FROM THE
9  PROCEEDINGS IN THE ABOVE-ENTITLED MATTER, AND THAT THE
10 TRANSCRIPT FEES AND FORMAT COMPLY WITH THOSE PRESCRIBED BY
11 THE COURT AND JUDICIAL CONFERENCE OF THE UNITED STATES,
12 ON THIS 13th DAY OF OCTOBER, 2025.
13
14
15                        *Lily Iva Reznik*
16                        ~~~~~~~~~~~~~~~~~~~~~~~~
                          LILY I. REZNIK, CRR, RMR
17                        Official Court Reporter
                          United States District Court
18                        Austin Division
                          501 West 5th Street, Suite 4153
19                        Austin, Texas 78701
                          (512)391-8792
20                        SOT Certification No. 4481
                          Expires: 1-31-27
21
22
23
24
25