# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-00252-ADA-DTG |

**DECLARATION OF BRANDON MARX IN SUPPORT OF
DEFENDANT WHINSTONE US, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Brandon Marx, declare and state the following under penalty of perjury:

1. I an associate at the law firm of Foley & Lardner LLP ("Foley") and represent Defendant Whinstone US, Inc. ("Whinstone") in the above-captioned case.

2. I submit this declaration in support of Whinstone's Response to Plaintiff's Motion for Summary Judgment ("Response").

3. Attached as Exhibit 1 to the Response is a true and correct copy of the Hosting Service Agreement produced by Plaintiff SBI Crypto Co., Ltd. ("SBI") and Bates labeled SBIC0003883-3906. *See* W.D. Tex. Cir. R. CV-26.

4. Attached as Exhibit 2 to the Response are true and correct copies of an email dated May 28, 2021 and attachment produced by SBI and Bates labeled SBIC0002050-2052. *See* W.D. Tex. Cir. R. CV-26.

5. Attached as Exhibit 3 to the Response is a true and correct copy of an email chain dated July 29, 2021 produced by SBI and Bates labeled SBIC0001857-1861. *See* W.D. Tex. Cir.

R. CV-26.

6. Attached as Exhibit 4 to the Response are true and correct excerpts from the March 7, 2025 deposition transcript of Chad Harris.

7. Attached as Exhibit 5 to the Response are true and correct excerpts from the April 10, 2025 deposition transcript of Jeff McGonegal.

8. Attached as Exhibit 6 to the Response are true and correct copies of an email chain dated December 16, 2021 and attachment produced by SBI and Bates labeled SBIC0002113-2116. *See* W.D. Tex. Cir. R. CV-26.

9. Attached as Exhibit 7 to the Response is a true and correct copy of an email chain dated May 2, 202 produced by SBI and Bates labeled SBIC0002717-2718. *See* W.D. Tex. Cir. R. CV-26.

10. Attached as Exhibit 8 to the Response are true and correct excerpts from the August 15, 2024 deposition transcript of Jonathan Tanemori.

11. Attached as Exhibit 9 to the Response are true and correct excerpts from the August 21, 2024 deposition transcript of Carson Smith.

12. Attached as Exhibit 10 to the Response are true and correct excerpts from the April 15, 2025 deposition transcript of Carson Smith, SBI's corporate representative.

13. Attached as Exhibit 11 to the Response are true and correct copies of an email dated May 30, 2021 and attachment produced by SBI and Bates labeled SBIC0000068-92. *See* W.D. Tex. Cir. R. CV-26.

14. Attached as Exhibit 12 to the Response are true and correct copies of an email dated June 3, 2022 and attachment produced by SBI and Bates labeled SBIC0000393-416. *See* W.D. Tex. Cir. R. CV-26.

**BRANDON MARX DECLARATION**  2

15. Attached as Exhibit 13 to the Response is a true and correct copy a letter dated July 11, 2022 that Foley sent and delivered to SBI, which SBI produced and Bates-labeled SBIC0003805-3808. *See* W.D. Tex. Cir. R. CV-26.

16. Attached as Exhibit 14 to the Response is a true and correct copy of an email chain dated June 25, 2020 that SBI produced in this case and Bates labeled SBIC0003051-3057. *See* W.D. Tex. Cir. R. CV-26.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 5, 2025, in Dallas, Texas.

_____
Brandon Marx