IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-252 |

### ORDER DENYING SBI CRYPTO CO., LTD'S MOTION FOR SUMMARY JUDGMENT ON WHINSTONE'S COUNTERCLAIMS AND AFFIRMATIVE DEFENSES BASED ON AN ALLEGED SETTLEMENT AGREEMENT

Before the Court is Plaintiff SBI Crypto Co., Ltd's Motion for Summary Judgment on Whinstone's Counterclaims and Affirmative Defenses Based on an Alleged Settlement Agreement (the "Motion"). The Court has considered the Motion and finds that it should be DENIED in its entirety.

SIGNED ON THIS _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS