IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-252 |

**ORDER ON DEFENDANT'S OBJECTIONS TO AND MOTION TO STRIKE PLAINTIFF SBI CRYPTO CO., LTD.'S MOTION FOR SUMMARY JUDGMENT ON WHINSTONE'S COUNTERCLAIMS AND AFFIRMATIVE DEFENSES BASED ON AN ALLEGED SETTLEMENT AGREEMENT EVIDENCE**

The Court, having considered Defendant Whinstone US, Inc.'s ("Whinstone") Objections to and Motion to Strike Plaintiff SBI Crypto Co., Ltd.'s Motion for Summary Judgment on Whinstone's Counterclaims and Affirmative Defenses Based on an Alleged Settlement Agreement Evidence, finds that Whinstone' objections to Plaintiff SBI Crypto Co., Ltd.'s ("SBI") evidence should be SUSTAINED and the motion to strike should be GRANTED as follows:

**Objection No. 1:** _____ Sustained _____ Overruled

**Objection No. 2:** _____ Sustained _____ Overruled

**Objection No. 3:** _____ Sustained _____ Overruled

**Objection No. 4:** _____ Sustained _____ Overruled

**Objection No. 5:** _____ Sustained _____ Overruled

**Objection No. 6:** _____ Sustained _____ Overruled

**Objection No. 7:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 8:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 9:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 10:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 11:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 12:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 13:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 14:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 15:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 16:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 17:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 18:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 19:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 20:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 21:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 22:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 23:**        \_\_\_\_\_ Sustained        \_\_\_\_\_ Overruled

**Objection No. 24:** _____ Sustained _____ Overruled

**Objection No. 25:** _____ Sustained _____ Overruled

**Objection No. 26:** _____ Sustained _____ Overruled

**Objection No. 27:** _____ Sustained _____ Overruled

**Objection No. 28:** _____ Sustained _____ Overruled

**Objection No. 29:** _____ Sustained _____ Overruled

**Objection No. 30:** _____ Sustained _____ Overruled

For Objection Nos. 1-30 that are sustained, it is therefore **ORDERED** the evidence subject of the same are **STRICKEN**.

SIGNED ON THIS _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS