# EXHIBIT 1

Case 6:23-cv-00252-ADA-DTG    Document 208-1    Filed 12/08/25    Page 1 of 4

```
                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
                          WACO DIVISION

SBI CRYPTO, LTD.              ) Docket No. WA 23-CA-252 ADA
                              )
vs.                           ) Waco, Texas
                              )
WHINSTONE US, INC.            ) September 11, 2025


         TRANSCRIPT OF DISCOVERY AND MOTION HEARING
           BEFORE THE HONORABLE DEREK T. GILLILAND


APPEARANCES:

For the Plaintiff:         Mr. Cory C. Johnson
                           Mr. Andrew J. Patterson
                           Winstead, PC
                           500 Winstead Building
                           2728 North Harwood Street
                           Dallas, Texas 75201


For the Defendant:         Mr. Brandon C. Marx
                           Mr. J. Michael Thomas
                           Foley & Lardner, LLP
                           2021 McKinney Avenue, Suite 1600
                           Dallas, Texas 75201


Transcriber:               Ms. Lily Iva Reznik, CRR, RMR
                           501 West 5th Street, Suite 4153
                           Austin, Texas 78701
                           (512)391-8792






Proceedings reported by digital sound recording,
transcript produced by computer aided-transcription.
```

1  court to perform that analysis of, well, is this a -- just
2  a mere logical extension or is this a new report.  The
3  courts inevitably and the courts -- you'll look in the
4  case law, it's kind of unclear.  I'll admit it, it's kind
5  of unclear what's new, what's a supplement, what's just
6  logical extension so they inevitably fall back on the
7  Sierra factors and typically, in fact, universally allow
8  supplements under these -- the facts in this case.
9            THE COURT:  Okay.  All right.  Thank you, Mr.
10 Johnson.  Let's do this.  I'm going to take a brief recess
11 so we'll be in recess for about 10 minutes.
12           (Proceedings recess at 10:22 a.m.
13            and resume at 10:39 a.m.)
14           THE COURT:  All right.  So after review of both
15 the supplemental reports and the case law cited by the
16 parties as well as arguments of counsel at the hearing
17 today and the brief, I am with regard to the Schuler
18 report, I'm going to deny the request to strike Mr.
19 Schuler as it appears the only thing he did was go out and
20 inspect a Bitcoin miner, which is something likely would
21 have been done at some point anyhow.
22           With regard to the Valentine's second report and
23 Byers' second report, I'm going to sustain the motion to
24 -- or grant the motion to strike those reports.  Both of
25 those reports as described in the hearing and as

```
 1
 2
 3                    REPORTER'S CERTIFICATE
 4
 5    I, LILY I. REZNIK, DO HEREBY CERTIFY THAT THE FOREGOING
 6  WAS TRANSCRIBED FROM AN ELECTRONIC RECORDING MADE AT THE
 7  TIME OF THE AFORESAID PROCEEDINGS AND IS A CORRECT
 8  TRANSCRIPT, TO THE BEST OF MY ABILITY, MADE FROM THE
 9  PROCEEDINGS IN THE ABOVE-ENTITLED MATTER, AND THAT THE
10  TRANSCRIPT FEES AND FORMAT COMPLY WITH THOSE PRESCRIBED BY
11  THE COURT AND JUDICIAL CONFERENCE OF THE UNITED STATES,
12  ON THIS 13th DAY OF OCTOBER, 2025.
13
14
15                          *Lily Iva Reznik*
16                          ~~~~~~~~~~~~~~~~~~~~~~~~
                            LILY I. REZNIK, CRR, RMR
17                          Official Court Reporter
                            United States District Court
18                          Austin Division
                            501 West 5th Street, Suite 4153
19                          Austin, Texas 78701
                            (512) 391-8792
20                          SOT Certification No. 4481
                            Expires:  1-31-27
21
22
23
24
25
```

*LILY I. REZNIK, CERTIFIED REALTIME/REGISTERED MERIT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)*