IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-252 |

**ORDER GRANTING DEFENDANT WHINSTONE US, INC'S MOTION TO STRIKE PLAINTIFF SBI CRYPTO CO., LTD.'S DECLARATION OF CHARLES BYERS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE CHARLES BYERS**

Before the Court is Defendant Whinstone US, Inc.'s ("Whinstone") Motion to Strike Plaintiff SBI Crypto Co., Ltd.'s Declaration of Charles Byers in Support of Plaintiff's Response to Defendant's Motion to Strike Charles Byers (the "Motion"). The Court has considered the Motion and finds that it should be GRANTED.

It is therefore ORDERED that the Declaration of Charles Byers in Support of Plaintiff's Response to Defendant's Motion to Strike the Expert Opinions and Charles Byers and Randy Boltin (attached as Exhibit L to Plaintiff's Response to Whinstone's Motion to Strike the Expert Opinions of Charles Byers), including Charles Byers' opinions contained in that declaration, are STRICKEN, and any analyses, assumptions, or opinions contained in that declaration may not be offered into evidence or at trial.

SIGNED ON THIS _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS