# EXHIBIT "A"

Case 6:23-cv-00252-ADA-DTG    Document 231-1    Filed 12/15/25    Page 1 of 4

Transcript of Philip Isaak  
Conducted on November 14, 2025

1 (1 to 4)

```
                                                             1
 1           UNITED STATES DISTRICT COURT
 2            WESTERN DISTRICT OF TEXAS
 3                  WACO DIVISION
 4                    --o0o--
 5  SBI CRYPTO CO., LTD.,         )
                                  )
 6           Plaintiff,           )
                                  )
 7      vs.                       ) 6:23-cv-252-ADA-JCM
                                  )
 8  WHINSTONE US, INC.,           )
                                  )
 9           Defendant.           )
10  _____
11
12            VIDEO DEPOSITION OF
13               PHILIP ISAAK
14             November 14, 2025
15  _____
16
17       DEPOSITION OF PHILIP ISAAK, produced as a
18  witness, duly sworn by me at the instance of the
19  DEFENDANT, was taken in the above-styled and numbered
20  cause on November 14, 2025, from 9:00 A.M. to
21  5:26 P.M., before BRANDON D. COMBS, CSR, RPR, in and
22  for the State of Texas, reported by computerized
23  machine shorthand at:
24       2728 North Harwood Street, Fifth Floor,
25                Dallas, Texas
```

```
                                                             2
 1                   APPEARANCES
 2
 3       FOLEY & LARDNER LLP, 2021 McKinney Avenue,
 4  Suite 1600, Dallas, TX 75201, represented by
 5  STEVEN C. LOCKHART and BRANDON C. MARX, Attorneys at
 6  Law, appeared as counsel on behalf of the Defendant.
 7       Email: slockhart@foley.com
 8
 9
10       WINSTEAD PC, 2728 North Harwood Street,
11  Suite 500, Dallas, TX 75201, represented by
12  CORY JOHNSON, Attorney at Law, appeared as counsel on
13  behalf of the Plaintiff.
14       Email: cjohnson@winstead.com
15
16
17
18       ALSO PRESENT:
19       Sedrick Lampkins, Videographer
20
21
22
23
24
25
```

```
                                                             3
 1                    INDEX
 2                                        PAGE
 3    Examination by MR. LOCKHART           5
 4
 5
 6  EXHIBITS                                PAGE
 7
 8  Exhibit 59   Isaak Technologies         47
 9
10  Exhibit 60   Diagram                    141
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                             4
 1       THE VIDEOGRAPHER:  Here begins Media 1 in
 2  the videotaped deposition of Philip Isaak, in the
 3  matter of SBI Crypto Co., Ltd., v. Whinstone US,
 4  Inc.
 5       In the United States District Court for
 6  the Western District of Texas, Waco Division,
 7  Case Number 6:23-cv-252-ADA-JCM.
 8       Today's date is November 14, 2025.  The
 9  time on the video monitor is 9:01 A.M.
10       Videographer today is Sedrick Lampkins,
11  representing Planet Depos.
12       This videotaped deposition is taking place
13  at 2728 North Harwood Street, Suite 500, Dallas,
14  Texas 75201.
15       Will counsel please voice-identify
16  themselves and state whom they represent.
17       MR. JOHNSON:  Cory Johnson, here on behalf
18  of the plaintiff, SBI Crypto Limited, presenting the
19  expert witness, Philip Isaak.
20       MR. LOCKHART:  Steven Lockhart and Brandon
21  Marx from Foley & Lardner on behalf of Whinstone US,
22  Inc.
23       THE VIDEOGRAPHER:  The court reporter
24  today is Brandon Combs, representing Planet Depos.
25       The witness will now be sworn.
```

225

1  And you didn't do any testing of humidity
2  or -- you took a couple of temperature readings in
3  November of '24.
4      But there was no testing of the equipment
5  to see, by you, about the amount of dust that was
6  present in any of the machines or corrosion or any
7  of the deficiency items that you identified; right?
8      A.  Well, SBI's miners weren't there when I
9  did the site tour in November, so there was -- I
10 had -- there was no observation of SBI miners as far
11 as corrosion is concerned on site.
12     And I didn't take any humidity
13 measurements, I just took the dry bulb temperature
14 measurements that I identified in my report.
15     Q.  So the next opinion you offer is,
16 Whinstone did not meet the contractual requirement
17 with SBI in maintaining data center intake
18 temperatures below 29.5C, 85.1F.  The elevated air
19 intake temperatures exceeding the specified upper
20 limit was one of the contributors to failure of
21 SBI's miners.
22     Again, this is a deficiency issue that
23 we've talked about, no specific number that you're
24 attributing -- specific number of miners that you're
25 attributing to failure because of air intake

226

1  temperature exceeding 29.5; correct?
2      A.  There's no -- I don't provide any quantity
3  of miners that failed as a result of this, but I do
4  provide data of the maximum and minimum temperatures
5  within that region over the time period that SBI had
6  miners within the data center.
7      Q.  Was there a closer temperature reading
8  that you could have obtained?
9      A.  I have used -- the source that I used is
10 the source that I -- let me just take a look what
11 that is.  That is...
12     Q.  You're talking about the website that you
13 used for Austin Airport?
14     A.  Yeah.  I used two different ones, one for
15 the temperature and one for the humidity.  Oh, yeah,
16 the cli-MATE, Midwestern Regional Climate Center.
17     That is my preferred source of information
18 no matter -- wherever I go across the country, I
19 find that they have better -- I find them to have a
20 better source of data, where I can search the data
21 more efficiently within specific parameters.
22     But they don't have the humidity for --
23 they didn't include the humidity for that region.
24     Q.  Why didn't you use the Rockdale Airport
25 weather data?

227

1      A.  The Rockdale Airport didn't show up in
2  that, in cli-MATE.  When I looked at it, I didn't
3  see it in there.  Because I looked for locations
4  that were closer.  This was the closest I could find
5  at the time.
6      Q.  Had you found Rockdale, would you have
7  relied on Rockdale?
8      A.  I would have to look at the source of the
9  information.
10     Q.  And on the contractual requirements that
11 you reference in that opinion about the 29.5C, I
12 assume that what you're referencing is Section
13 4.6.7?
14     A.  Yes, I know that's in Section 4.
15        Yes, 4.6.7.
16     Q.  And you said that you've taken a
17 conservative approach a couple of times today, about
18 what you considered and didn't consider.
19        Is there a reason that you did not
20 consider Section 2.2.13, little I, on page 5?
21     A.  Where it says 29?
22     Q.  Where it says average air intake?
23     A.  Yeah, average air intake of not greater
24 than 29 degrees.
25        MR. JOHNSON:  Objection.  Form.

228

1      THE WITNESS:  So the -- the data that I
2  have available, it gives me the mins and the maxes.
3  It doesn't give me -- let me go check something.
4  Oh, what page was that on.  55.
5      Yeah, doesn't give me the average
6  temperature in that data, in that database.  So
7  that's one of the reasons why I took the maximum
8  temperature.
9      And if the average is 29 and the maximum
10 is 29 and a half, that's a pretty small range,
11 likely going to be a small range in which they
12 want -- that data is available.
13     So what I did is I plotted out, showing
14 both the maximums and the minimums and where the
15 29.9 degrees Celsius is on that graph.
16     Q.  (BY MR. LOCKHART)  You saw that Mr. Byers
17 also plotted out temperatures; right?
18     A.  I remember seeing that he used data as
19 well.  I think he used a different source of data
20 for his temperature.  I don't know if he used a
21 different source for humidity.
22     Q.  And he had maximum, minimum, and average
23 temperatures in his?
24     A.  He used a different data source than I
25 did.

281

1  impact on miner and PSU failures than others?
2      A.  In my analysis, I identified that the
3  miner fan -- the capability of the miner fans
4  couldn't support the 20,000.  So that was a -- the
5  most major contributing factor to the failure of
6  miners within the Whinstone data center.
7          The remaining factors, I didn't quantify
8  or weigh the impact of any of those deficiencies
9  against each other.
10         MR. LOCKHART:  Okay.  I'll pass.
11         MR. JOHNSON:  We'll reserve all questions
12 to trial.
13         THE VIDEOGRAPHER:  That marks the end of
14 the deposition.  The time is 5:26 P.M.
15         (Whereupon, the deposition adjourned at
16 5:26 P.M.)
17              --oOo--
18         I declare under penalty of perjury that the
19 foregoing is true and correct.  Subscribed at
20 _____, this ____ day of
21 _____, 2025.
22
23
24 _____
25 PHILIP ISAAK

282

1          CERTIFICATE OF REPORTER
2      I, BRANDON D. COMBS, a Certified Shorthand
3  Reporter, hereby certify that the witness in the
4  foregoing deposition was by me duly sworn to tell
5  the truth, the whole truth, and nothing but the
6  truth in the within-entitled cause;
7          That said deposition was taken in
8  shorthand by me, a disinterested person, at the time
9  and place therein stated, and that the testimony of
10 the said witness was thereafter reduced to
11 typewriting, by computer, under my direction and
12 supervision;
13         That before completion of the deposition,
14 review of the transcript was not requested.  If
15 requested, any changes made by the deponent (and
16 provided to the reporter) during the period allowed
17 are appended hereto.
18         I further certify that I am not of counsel
19 or attorney for either or any of the parties to the
20 said deposition, nor in any way interested in the
21 event of this cause, and that I am not related to
22 any of the parties thereto.
23         DATED: November 15, 2025
24 _____
   BRANDON D. COMBS
25 RPR, Texas CSR 10927, California CSR 12978