IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SBI CRYPTO CO., LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 6:23-CV-00252-ADA |
| | § | |
| WHINSTONE US, INC., | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Mark D. Siegmund of the law firm of CHERRY JOHNSON SIEGMUND JAMES, PC hereby enters an appearance as counsel for Defendant Whinstone US, Inc. in the above captioned case.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Mark D. Siegmund at the law firm of CHERRY JOHNSON SIEGMUND JAMES, PC. Mr. Siegmund's contact information is provided below:

CHERRY JOHNSON SIEGMUND JAMES, PC
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: msiegmund@cjsjlaw.com

Respectfully submitted,

**CHERRY JOHNSON SIEGMUND JAMES, PC**
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

BY:   /s/ *Mark D. Siegmund*
**MARK D. SIEGMUND**
State Bar No. 24117055
Email: msiegmund@cjsjlaw.com

**ATTORNEY FOR WHINSTONE US, INC.**

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the parties, or the attorney(s) of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on this 12th day of January 2026.

/s/ Mark D. Siegmund
MARK D. SIEGMUND