# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD. | § |
| | §    CIVIL NO: |
| vs. | §    WA:23-CV-00252-ADA |
| | § |
| WHINSTONE US, INC., WHINSTONE US, INC., SBI CRYPTO CO., LTD. | § |

## ORDER RESETTING PRETRIAL CONFERENCE VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRETRIAL CONFERENCE VIA ZOOM**, on **Thursday, January 29, 2026 at 09:30 AM**.

IT IS SO ORDERED this 12th day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE