IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> WHINSTONE US, INC., <br><br> Defendant. | Civil Action No. 6:23-cv-252 |

# JOINT PRETRIAL ORDER

Plaintiff SBI Crypto Co., Ltd. and Defendant Whinstone US, Inc. submit this Joint Pretrial Order in compliance with the Court's Sixth Amended Scheduling Order (Dkt. No 118). The following documents are attached hereto:

| EXHIBIT | DOCUMENT |
|:---:|---|
| A | Appearance of Counsel |
| B | Joint Statement of the Case |
| C | Contentions of the Parties |
| D | Exhibits/Exhibit List |
| E | Witness/Witness List |
| F | Agreed Jury Charge |
| G | Proposed Voir Dire Questions |

Respectfully submitted,

By: */s/ Joshua M. Sandler*
Joshua M. Sandler
Texas Bar No. 24053680
jsandler@winstead.com
Cory Johnson
Texas Bar No. 24046162
cjohnson@winstead.com
Andrew Patterson
Texas Bar No. 24131573
apatterson@winstead.com

John D. Janicek
State Bar No. 24125636
jjanicek@winstead.com
**WINSTEAD PC**
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
Telephone: (214) 745-5103
Facsimile: (214) 745-5390

**ATTORNEYS FOR PLAINTIFF
SBI CRYPTO CO. LTD**

By: __/s/ Brandon C. Marx_____
Robert T. Slovak
Texas Bar No. 24013523
rslovak@foley.com
Steven C. Lockhart
Texas Bar No. 24036981
slockhart@foley.com
Brandon C. Marx
Texas Bar No. 24098046
bmarx@foley.com
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**ATTORNEYS FOR DEFENDANT
WHINSTONE US., INC.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically on Defendant's counsel on January 12, 2026.

*/s/ Andrew Patterson*_____
Andrew Patterson