# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WHINSTONE US, INC.,<br><br>　　　　Defendant. | Civil Action No. 6:23-cv-252 |

**APPEARANCE OF COUNSEL**

**1. Counsel for Plaintiff SBI Crypto Co., Ltd.**

　　Joshua M. Sandler
　　Cory Johnson
　　Andrew Patterson
　　John D. Janicek
　　Frank O. Carroll
　　David Garza
　　Max Ward
　　Winstead PC
　　2728 N. Harwood Street, Suite 500
　　Dallas, Texas 75201
　　Telephone: (214) 745-5400
　　jsandler@winstead.com
　　cjohnson@winstead.com
　　apatterson@winstead.com
　　jjanicek@winstead.com
　　focarroll@winstead.com
　　dgarza@winstead.com
　　mward@winstead.com

**2. Counsel for Defendant Whinstone US, Inc.**

　　Robert T. Slovak
　　Steven C. Lockhart
　　Brandon C. Marx
　　J. Michael Thomas
　　Foley & Lardner LLP
　　2021 McKinney Avenue, Suite 1600
　　Dallas, Texas 75201

Telephone: (214) 999-3000
rslovak@foley.com
slockhart@foley.com
bmarx@foley.com
jmthomas@foley.com

and-

Mark D. Siegmund
Craig D. Cherry
Cherry Johnson Siegmund James, PLLC
7901 Fish Pond Road, Suite 200
Waco, Texas 76710
Telephone: (254) 732-2242
msiegmund@cjsjlaw.com
ccherry@cjsjlaw.com