# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., | Civil Action No. 6:23-cv-252 |
| Plaintiff, | |
| v. | |
| WHINSTONE US, INC., | |
| Defendant. | |

**JOINT STATEMENT OF THE CASE**

This case arising out of the negotiation, execution, and performance of a hosting service agreement between SBI Crypto Co., Ltd. ("SBI") and Whinstone US, Inc. ("Whinstone") dated October 26, 2019 (the "Agreement"). SBI agreed to pay Whinstone certain sums of money for Whinstone to host SBI's cryptocurrency mining equipment ("miners") at its facility in Rockdale, Texas. SBI alleges that Whinstone fraudulently induced it to enter into the Agreement and breached the Agreement by failing to provide the hosting services required under the Agreement. SBI also alleges that Whinstone committed fraud by nondisclosure and concealment.

Whinstone denies SBI's allegations and asserts affirmative defenses of failure to comply with the Agreement's notice provision, waiver, equitable estoppel, fraud by SBI, limitation of liability, and failure to mitigate.

Whinstone also counterclaims that the parties entered into a settlement agreement following the termination of the Agreement. Whinstone alleges that SBI fraudulently induced Whinstone to enter into the alleged settlement agreement and/or breached the settlement agreement by filing this lawsuit. SBI denies Whinstone's allegations and

asserts that no agreement was formed whereby SBI released any claims or promised not to sue Whinstone.

The parties agree that all issues of attorneys' fees, expenses, and costs, regardless of whether they are an element of damages, shall be determined by the Court post-trial pursuant to Federal Rule of Civil Procedure 54 and Local Rule CV-54.