# EXHIBIT "D"

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **SBI CRYPTO CO., LTD.,** | |
| *Plaintiff,* | |
| v. | Civil Action No.: 6:23-cv-252-ADA-DTG |
| **WHINSTONE US, INC.,** | |
| *Defendant.* | |

## PLAINTIFF'S TRIAL EXHIBIT LIST

Plaintiff SBI Crypto Co., Ltd. ("Plaintiff" or "SBI") hereby submits its Trial Exhibit

List as follows:

| No. | Description | Stipulated | Offered | Admitted |
|---|---|---|---|---|
| 1. | **A. Romero's introduction email btwn SBIC & WUS**, 2019.04.16 (SBIC0000900; Depo Ex. D20 - C. Smith) | | | |
| 2. | **Canaan Invoice to SBIC for 40k miner** 2019.04.14 (SBIC0003266 – 3267; Depo Ex. D21- C. Smith) | | | |
| 3. | **Canaan-SBIC Sales Contract for 40k miners – signed**, 2019.04.23 (SBIC0003153 – 3156; Depo Ex. D4- J. Tanemori; C. Smith; R. Peters; R. Valentine; J. Matthews) | | | |
| 4. | **Letter agreement between WUS & Hodl Ranch setting terms for purchase agreement**, 2019.05.01 (WHIN_SBI_0004238 – 4242; Depo Ex. P80- C. Harris) | | | |
| 5. | **Theriot email to CIS encl. Updated Airflow Assumptions**, 2019.05.29 (WHIN_SBI_0016148 – 16155; Depo Ex. P75- Corporate Rep. WUS (D. Schatz)) | | | |
| 6. | **Whinstone Pitch Dec**, 2019.06.12 (SBIC0001024- 1076; Depo Ex. P81- C. Harris; Corporate Rep. WUS (D. Schatz)) | | | |
| 7. | **SBI WUS email string re Financial Review Request**, 2019.06.14 | | | |

| No. | Description | Stipulated | Offered | Admitted |
|-----|-------------|------------|---------|----------|
|  | (SBIC0001019 – 1023; Depo Ex. D3 – J. Tanemori) |  |  |  |
| 8. | **EGS email to Theriot & C. Harris encl. Ventilation Options**, 2019.06.20, (WHIN_SBI_0001453 – 1463; Depo Ex. P26 - L. Theriot; Corporate Rep. WUS (D. Schatz)) |  |  |  |
| 9. | **Harris email to Aroosh re failed Hydro66 merge**, 2019.07.03 (WHIN_SBI_0005094; Depo Ex. P12 - L. Theriot, C. Harris; Corporate Rep. WUS (D. Schatz)) |  |  |  |
| 10. | **SBI-WUS email re Pyote Visit**, 2019.08.30 (SBIC0001689- Depo Ex. P84 - C. Harris; Corporate Rep. WUS (D. Schatz)) |  |  |  |
| 11. | **Email from C. Harris to T. Hodges re worse case water usage**, 2019.08.30 (WHIN_SBI_0018674- 18675; Depo Ex. P131 - Corporate Rep. WUS (D. Schatz)) |  |  |  |
| 12. | **L. Theriot & MSI email string re Alcoa Greenfield Plan**, 2019.09.06 (WHIN_SBI_0008031 – 8037; Depo Ex. P85 – C. Harris) |  |  |  |
| 13. | **SBIC's "Whinstone Trip Report"**, 2019.09.10 (SBIC0005782 – 5788; Depo Ex. P13 – L. Theriot) |  |  |  |
| 14. | **Tanemori email to Aroosh encl. draft Terms**, 2019.09.11 (no Bates on p. 1, SBIC00002066 – 2068; Depo Ex. P14 – L. Theriot) |  |  |  |
| 15. | **A. Thillai email to J. Tanemori re Construction Cost Details and Rockdale Schedule**, 2019.09.11 (SBIC0000479 – 481; Depo Ex. P121 - Corporate Rep. WUS (D. Schatz)) |  |  |  |
| 16. | **Canaan Sales Contract with SBIC** 2019.09.24 (SBIC00003268 – 3272; Depo Ex. D11 – J. Tanemori) |  |  |  |
| 17. | **Aroosh & C. Harris email string enclos. Redline hosting agreement**, 2019.10.02 (WHIN_SBI_0002152 – 2179; Depo Ex. P57 – A. Harris Vol. 2) |  |  |  |
| 18. | **Aroosh email to C. Harris encl. redline Hosting Agreement**, 2019.10.02 (WHIN_SBI_0002152 – 2179; Depo Ex. P15 – L. Theriot) |  |  |  |

| No. | Description | Stipulated | Offered | Admitted |
|---|---|---|---|---|
| 19. | **Theriot 'ice age' email to Aroosh**, 2019.10.03 (WHIN_SBI_0001706 – 1707; Depo Ex. P16 – L. Theriot; C. Harris) | | | |
| 20. | **C. Harris email Theriot to secure storm water permit**, 2019.10.05 (WHIN_SBI_0011816 – 11819; Depo Ex. P19 – L. Theriot) | | | |
| 21. | **Whinstone Data Center Ground Lease between Alcoa USA and Whinstone**, 2019.10.26 (WHIN_SBI_0015224- 15361; Depo Ex. P132 - Corporate Rep. WUS (D. Schatz)) | | | |
| 22. | **Rockdale Hosting Agreement- signed**, 2019.10.24 (SBIC0003883 – 3906; Depo Ex. P17 – L. Theriot) | | | |
| 23. | **WUS invoices to SBI** 2019.10.29 (Various Whistone Bates-nos.; Depo Ex. D37 - SBIC Corporate Rep (C. Smith)) | | | |
| 24. | **Theriot-Priority Power email re Bldg. Schedule**, 2019.11.18 (WHIN_SBI_0012115; Depo Ex. P66 – D. Schatz) | | | |
| 25. | **Perry&Perry email to Theriot re Building Arrival and Concrete**, 2019.12.17 (WHIN_SBI_0009227; Depo Ex. P23 – L. Theriot) | | | |
| 26. | **Blodgett/Alcoa email to Theriot & Schatz re TCEQ stormwater permit**, 2019.12.30 (WHIN_SBI_0009305 – 9306; Depo Ex. P20 – L. Theriot; D. Schatz) | | | |
| 27. | **Alcoa email to C. Harris, Theriot & Schatz enclos. Lease Amendment**, 2020.02.11 (WHIN_SBI_0010740 – 10751; Depo Ex. P34 – L. Theriot) | | | |
| 28. | **Water Supply Drawings** 2020.03.24 (WHIN_SBI_0007889 – 7891; Depo Ex. P32 – L. Theriot) | | | |
| 29. | **Alcoa Invoices**, 2020.04.03 (Various Bates-nos.; Depo Ex. P133 - Corporate Rep. WUS (D. Schatz) ) | | | |
| 30. | **A. Harris & P. Bemis/CoolsSim email string re CFD Modeling Info**, 2020.04.28 (WHIN_SBI_0016091 – 16093; Depo Ex. P63 – A. Harris Vol. 2) | | | |
| 31. | **Base Contract for Supply of Electricity Between TXU and Whinstone**, | | | |

| No. | Description | Stipulated | Offered | Admitted |
|---|---|---|---|---|
| | 2020.05.13 (WHIN_SBI_0007563 – 7581; Depo Ex. P120 - Corporate Rep. WUS (D. Schatz)) | | | |
| 32. | **Lancium Slack showing I. Rock photos of S9s**, 2020.05.21 (LAN-SBI_00000012 – 13; Depo Ex. D106 – I. Rock) | | | |
| 33. | **Lancium Slack showing I. Rock photos of Rockdale & hot aisle**, 2020.06.03 (LAN-SBI_00000021 – 30; Depo Ex. D105 – I. Rock) | | | |
| 34. | **Lancium Slack re SBI miners in Bldg. A** 2020.06.24 (LAN-SBI_00000082; Depo Ex. P94 – I. Rock) | | | |
| 35. | **WUS invoices to SBI**, 2020.07.01 (Various Whinstone Bates-nos.; Depo Ex. P93 – C. Harris) | | | |
| 36. | **Lancium Slack communications re hearing issue**, 2020.07.02 (LAN-SBI_00000102; Depo Ex. P59 - A. Harris, vol. 2; D. Schatz; C. Harris; I. Rock; R. Peters) | | | |
| 37. | **Slack re overhearing**, 2020.07.08 (LAN-SBI_00000126 – 136; Depo Ex. P2 – A. Harris; C. Harris; I. Rock) | | | |
| 38. | **Lancium Slack re plan to bring on A10s**, 2020.07.09 (LAN-SBI_00000137 – 140; Depo Ex. P95 – I. Rock) | | | |
| 39. | **Ian Rock Slack re A10 guidance**, 2020.07.09 (LAN-SBI_00000137 – 140; Depo Ex. P4 – A. Harris) | | | |
| 40. | **Lancium Slack communications**, 2020.07.11 (LAN-SBI_00000150 – 151; Depo Ex. P60 – A. Harris, vol 2) | | | |
| 41. | **Ian Rock slack re subnet**, 2020.07.13 (LAN-SBI_00000159; Depo Ex. P. 3 – A. Harris) | | | |
| 42. | **Lancium Slack re heat not moving out of bldgs.**, 2020.07.15 (LAN-SBI_00000163 – 169; Depo Ex. P96 – I. Rock; R. Peters) | | | |
| 43. | **Lancium email to C. Harris encl. Recommendations**, 2020.07.16 (WHIN_SBI_0016613 – 16614; Depo Ex. P78 - D. Schatz; C. Harris; I. Rock) | | | |

| No. | Description | Stipulated | Offered | Admitted |
|-----|-------------|------------|---------|----------|
| 44. | **Lancium Slack re PSU not providing enough power to come online**, 2020.07.27 (LAN-SBI_00000197 – 198; Depo Ex. D104 – I. Rock) | | | |
| 45. | **Lancium Slack re issue detecting miners online**, 2020.08.06 (LAN-SBI_00000232 – 241; Depo Ex. D99 – I. Rock) | | | |
| 46. | **Theriot email to A. Harris re heat issues** 2020.08.10 (WHIN_SBI_0009826 – 9827; Depo Ex. P24 - L. Theriot; A. Harris vol. 2; C. Harris; D. Schatz; Corporate Rep. WUS (D. Schatz); R. Peters) | | | |
| 47. | **SBIC email to WUS re hosting contract amendment**, 2020.08.10 (SBIC0002053; Depo Ex. D17 – J. Tanemori) | | | |
| 48. | **Monday.com re Heat Wall Installation** 2020.08.11 (WHIN_SBI_0016111; Depo Ex. P39 - H. Davidson; Corporate Rep. WUS (D. Schatz)) | | | |
| 49. | **SBIC email to ND re Whinstone issues**, 2020.08.12 (SBIC0000149 – 150; Depo Ex. D9 – J. Tanemori; C. Smith) | | | |
| 50. | **Lancium Slack to C. Harris with pics of blown power supplies** 2020.08.13 (LAN-SBI_00000283 – 288; Depo Ex. P88 – C. Harris; I. Rock; R. Peters) | | | |
| 51. | **C. Harris & C. Smith texts re bad power supplies**, 2020.08.13 (SBIC0005892 – 5898; Depo Ex. D25 - C. Smith; SBIC Corporate Rep (C. Smith); C. Harris; I. Rock) | | | |
| 52. | **Lancium Slack re pictures of catastrophic damage to damage to power tracks**, 2020.08.23 (LAN-SBI_00000276 – 282; Depo Ex. D102 – I. Rock) | | | |
| 53. | **Lancium Slack re 15100 A10s on line in bldg. B**, 2020.08.24 (LAN-SBI_00000323 – 324; Depo Ex. D103 – I. Rock) | | | |
| 54. | **A. Harris-C. Smith-Canaan WhatsApp** 2020.08.25 (SBIC0005743 – 5773; Depo Ex. P8 - A. Harris; K. Rayment) | | | |

| No. | Description | Stipulated | Offered | Admitted |
|-----|-------------|------------|---------|----------|
| 55. | **C. Harris email encl. Air Flow Analysis (Analysis created 11.28.19 per metadata)**, 2020.09.02 (WHIN_SBI_0012507 – 12514; Depo Ex. P27 - L. Theriot; C. Harris; Corporate Rep. WUS (D. Schatz), P. Isaak) | | | |
| 56. | **Monday.com re Evaporative Coolers**, 2020.10.15 (WHIN_SBI_0016124; Depo Ex. P41 - H. Davidson; Corporate Rep. WUS (D. Schatz)) | | | |
| 57. | **A. Lange email to C. Harris re SBI power guessing September 2020**, 2020.10.17 (WHIN_SBI_0006198 – 6201; Depo Ex. P123 - Corporate Rep. WUS (D. Schatz)) | | | |
| 58. | **C. Harris email to M. Daehn re SBI billing and other terms**, P125 (WHIN_SBI_0006967; Depo Ex. P125 - Corporate Rep. WUS (D. Schatz)) | | | |
| 59. | **SBIC & ND email string re open items with prepay invoice adjustment calculation**, 2020.10.21 (SBIC0002873 – 2875; Depo Ex. D10 – J. Tanemori; C. Smith) | | | |
| 60. | **WUS invoices to SBI**, 2020.10.23 2021.05.14 (Various Bates-nos.; Depo Ex. P129 - Corporate Rep. WUS (D. Schatz)) | | | |
| 61. | **Monday.com chart re miner installation**, 2020.11.08 (WHIN_SBI_0016112; Depo Ex. P87 – C. Harris) | | | |
| 62. | **Bitriver RUS Limited Liability Company**, 2020.11.11 (SBIC0006451 – 6469; Depo Ex. P147 – K. Rayment) | | | |
| 63. | **XMS email to Riot encl. 'Project Wardbird Discussion Materials'**, 2020.11.19 (RIOT_SBI_0000031 – 59; Depo Ex. P109 - Riot Platforms Corporate Rep (J. McGonegal)) | | | |
| 64. | **Theriot-Alcoa email re Rhodium water**, 2020.11.30 (WHIN_SBI_0016222 – 16227; Depo Ex. P73 – D. Schatz) | | | |
| 65. | **2021 Equipment Thermal Guidelines for Data Processing Environments-ASHRAE TC 9.9 Reference Card** | | | |

| No. | Description | Stipulated | Offered | Admitted |
|---|---|---|---|---|
| | **(2021, 2024)** (Not stamped; Depo Exhibit P145 – K. Rayment) | | | |
| 66. | **C. Harris email to C. Smith re Meter Installation on Building B**, 2021 (WHIN_SBI_0007901 – 7902; Depo Ex. P53 – H. Davidson) | | | |
| 67. | **RIOT Letter of Intent to ND**, 2021.01.08 (Not stamped; Depo Ex. P113 - Riot Platforms Corporate Rep (J. McGonegal)) | | | |
| 68. | **C. Harris email to J. Tanemori re-invoicing**, 2021.01.11 (WHIN_SBI_0004408 – 4411; Depo Ex. P126 - Corporate Rep. WUS (D. Schatz)) | | | |
| 69. | **The First Amendment to the Outsourced Operations Service Agreement**, 2021.01.29 (SBIC0003699 – 3710; Depo Ex. D31 - SBIC Corporate Rep (C. Smith); N. Vitalis) | | | |
| 70. | **Project Warbird Management Presentation**, 2021.02.16 (RIOT_SBI_0000563 – 589; Depo Ex. P111 - Riot Platforms Corporate Rep (J. McGonegal)) | | | |
| 71. | **ND's due diligence requests to Riot**, 2021.03.01 (RIOT_SBI_0000953 – 959; Depo Ex. P112 - Riot Platforms Corporate Rep (J. McGonegal)) | | | |
| 72. | **Target Company's Disclosure Letter to Stock Purchase Agreement**, 2021.04.08 (RIOT_SBI_0000274 – 315; Depo Ex. P118 - Riot Platforms Corporate Rep (J. McGonegal)) | | | |
| 73. | **C. Harris email to J. Tanemori - 'we will always remain loyal'**, 2021.04.11- (WHIN_SBI_0005071 – 5072; Depo Ex. P90 – C. Harris) | | | |
| 74. | **Munters email to C. Harris encl. cooling system manual-drawings**, 2021.04.13 (WHIN_SBI_0009948 – 10011; Depo Ex. P35 - L. Theriot; Corporate Rep. WUS (D. Schatz)) | | | |
| 75. | **C. Harris email to C. Smith encl. consent for Riot acquisition**, 2021.04.22 (WHIN_SBI_0006861 – 6863; Depo Ex. P91 – C. Harris) | | | |

| No. | Description | Stipulated | Offered | Admitted |
|-----|-------------|-----------|---------|----------|
| 76. | **GMO & Theriot email string re dust filter, fan & water curtain**, 2021.04.28 (GMO00073590 – 73593; Depo Ex. P30 – L. Theriot) | | | |
| 77. | **GMO & Theriot email string re water from lake**, 2021.05.11 (GMO00073614 – 73619; Depo Ex. P31 - L. Theriot; D. Schatz) | | | |
| 78. | **J. Les & C. Harris email string - 'if we kick out SBI'**, 2021.05.17 (WHIN_SBI_0006958 – 6959; Depo Ex. P92 - C. Harris; Riot Platforms Corporate Rep (J. McGonegal)) | | | |
| 79. | **Schatz email to A. Hammett re Water Tanks**, 2021.05.17 (WHIN_SBI_0009140; Depo Ex. P71 - D. Schatz; Corporate Rep. WUS (D. Schatz)) | | | |
| 80. | **J. Les email to J. McGonegal encl. chart of Whinstone capacity in relation to RIOT needs**, 2021.05.17 (RIOT _SBI_0000446 – 447; Depo Ex. P115 - Riot Platforms Corporate Rep (J. McGonegal)) | | | |
| 81. | **J. Les email to B. YI encl. chart of Whinstone capacity**, 2021.05.17 (Riot_SBI_0000439; Depo Ex. P114 - Riot Platforms Corporate Rep (J. McGonegal)) | | | |
| 82. | **C. Harris email to SBI encl. Contract Termination Notice**, 2021.05.28 (WHIN_SBI_0004642 – 4644; Depo Ex. P116 - Riot Platforms Corporate Rep (J. McGonegal); Corporate Rep. WUS (D. Schatz)) | | | |
| 83. | **C. Smith texts with N. Foster/Kabmoomracks**, 2021.06.19 (SBIC0005573 – 5630 – Depo Ex. D23 - C. Smith;  R. Peters) | | | |
| 84. | **Schatz email to L. Diaz regarding installing RIOT miners**, 2021.06.22 (WHIN_SBI_0010013 – 10014; Depo Ex. P77 – D. Schatz) | | | |
| 85. | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000302; Depo Ex. P52 – H. Davidson) | | | |
| 86. | **Photo of Rhodium miner cage from Kaboomracks video stamped** | | | |

| No. | Description | Stipulated | Offered | Admitted |
|---|---|---|---|---|
|  | **KABOOM_0000296**, 2021.06.23 (KABOOM_0000296; Depo Ex. P50 - H. Davidson; Corporate Rep. WUS (D. Schatz)) |  |  |  |
| 87. | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000294, Depo Ex. P49 – H. Davidson) |  |  |  |
| 88. | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000288; Depo Ex. P48 - H. Davidson) |  |  |  |
| 89. | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000278; Depo Ex. P45 – H. Davison) |  |  |  |
| 90. | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000276; Depo Ex. P44 – H. Davidson) |  |  |  |
| 91. | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000290; Depo Ex. P43 – H. Davidson) |  |  |  |
| 92. | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000286; Depo Ex. P42 – H.Davidson) |  |  |  |
| 93. | **Whinstone Work Orders** 2021.06.28-2021.07.15 (Various Whinstone Bates-nos.; Depo Ex. P47 – H. Davidson) |  |  |  |
| 94. | **Monday.com re Blowout Machines**, 2021.06.29 (WHIN_SBI_0007299; Depo Ex. P46 – H. Davidson) |  |  |  |
| 95. | **J. McGonegal email to M. Brooks re payment**, 2021.07.28 (WHIN_SBI_0000026 -33; Depo Ex. P134 - Corporate Rep. WUS (D. Schatz)) |  |  |  |
| 96. | **SBIC-WUS email string re SBI Contract**, 2021.07.29 (WHIN_SBI_0000499 – 504; Depo Ex. P117 - Riot Platforms Corporate Rep (J. McGonegal); Corporate Rep. WUS (D. Schatz)) |  |  |  |
| 97. | **YouTube Screenshot, Inside the Largest Bitcoin Mine in the US**, |  |  |  |

| No. | Description | Stipulated | Offered | Admitted |
|-----|-------------|------------|---------|----------|
| | 2021.08.16 (Not stamped; Depo Ex. P122 - Corporate Rep. WUS (D. Schatz) | | | |
| 98. | **Cargo Ex & Davidson email string re A10 - 98 Crates**, 2021.09.13 (WHIN_SBI_0007264; Depo Ex. P55 – H. Davidson) | | | |
| 99. | **Transcript of 11.11.21 YouTube Video of Chad Harris *with certificate of transcription***, 2021.11.10 (Not stamped; Depo Ex. P82 – C. Harris) | | | |
| 100. | **SBIC emails to Riot & Whinstone re prepayment adjustment for June 2021**, 2021.12.16 (SBIC0002113 – 2116; Depo Ex. D15 – J. Tanemori) | | | |
| 101. | **SBIC & WIS email string re details for shipping**, 2022.03.02 (SBIC0002717 – 2718; Depo Ex. D16 - J. Tanemori; SBIC Corporate Rep (C. Smith)) | | | |
| 102. | **Fortune Magazine Article re King of Bitcoin Mining- Exhibit 346**, 2022.03.09 (Not stamped; Depo Ex. P10 - L. Theriot, C. Harris) | | | |
| 103. | **SBIC email to WUS re Notice of Claim with Claim for Damages Letter**, 2022.06.03 (SBIC0000393 – 416; Depo Ex. D13 - J. Tanemori;  C. Smith; N. Vitalis) | | | |
| 104. | **N. Foster/Kaboomrack's Site Visit Summary**, 2022.06.22 (SBIC0003777 – 3779; Depo Ex. D26 - C. Smith; SBIC Corporate Rep (C. Smith); R. Peters) | | | |
| 105. | **Altair Bitcoin Mining Facility Design- Airflow Management**, 2022.12.04 (Not stamped; Depo Ex. P146 – K. Rayment | | | |
| 106. | **TCEQ - WQ General Permits Search**, 2024.08.26 (WHIN_SBI_0007620 – 7621; Depo Ex. P21 – L. Theriot) | | | |
| 107. | **Pricing Table from the D-Central Website** (Not stamped; Depo Ex. P142 – R. Peters) | | | |
| 108. | **SBIC chart of $22,416,312.74 lost profits** (Not stamped; Depo Ex. D28 – C. Smith) | | | |
| 109. | **Email from Chad Harris re: Shipment SBI**, 2019.11.08 (WHIN_SBI_0004956-4961) | | | |

| No. | Description | Stipulated | Offered | Admitted |
|---|---|---|---|---|
| 110. | **Email from Chad Harris re: Rockdale Update Whinstone SBI**, 2019.11.19 (WHIN_SBI_0005000 – 5001) | | | |
| 111. | **Email from Chad Harris re: Shipment SBI**. 2019.11.23 (WHIN_SBI_0004175 – 4182) | | | |
| 112. | **Email from Jonathan Tanemori re: New Model Build**, 2019.12.05 (SBIC0002322- 2323) | | | |
| 113. | **Email from Rick Easley re: Building C**, 2020.03.09 (WHIN_SBI_0009437) | | | |
| 114. | **Email from C. Harris re: Whinstone powerup**, 2020.06.10 (WHIN_SBI_0009775 – 9776) | | | |
| 115. | **Email from Jonathan Tanemori re: Whinstone Contract Update Items**, 2020.08.10 (SBIC0003135) | | | |
| 116. | **Email from Lyle Theriot re: Crypto hosting contract amendment**, 2020.08.11 (SBIC000189-1892) | | | |
| 117. | **Email from Jonathan Tanemori re: Whinstone invoices 1299/1300 to SBI**, 2020.08.24 (SBIC0002089-2095) | | | |
| 118. | **Email from Jonathan Tanemor re: Sep. 17 call notes**, 2020.09.17 (SBIC0002125-2127) | | | |
| 119. | **Email from Carson Smith re: Closing open items**, 2020.10.29 (SBIC0000258-273) | | | |
| 120. | **Lancium slack message**, 2020.11.12 (LAN-SBI_00000835) | | | |
| 121. | **Lancium slack message**, Rockdale status update- 2021.07.15 (LAN-SBI_00001017) | | | |
| 122. | **Lancium slack message**, Water Walls running in B- 2021.07.16 (LAN-SBI_00001018) | | | |
| 123. | **Email from David Schatz re: Rhodium Project Request Clarification EX 297**, 2022.06.08 (RHOD-BK-00067803 – 67808) | | | |
| 124. | **Email from Xiao Su re: Shipment SBI**, 2018.11.23 (WHIN_SBI_0000683 – 689) | | | |
| 125. | **Email from Chad Harris re: SBI intro to RIOT**, 2021.05.11 (WHIN_SBI_0006980) | | | |

| No. | Description | Stipulated | Offered | Admitted |
|---|---|---|---|---|
| 126. | **Email from Chad Harris re: Notice of Claim**, 2022.05.27 (WHIN_SBI_0007198) | | | |
| 127. | **SBI Crypto – Agreement Regarding Security Deposit under Hosting Service Agreement**, 2020.10.28 (WHIN_SBI_0008338 – 8341) | | | |
| 128. | **Email from Chad Harris**, 2020.07.09 (WHIN_SBI_0008448 – 8452) | | | |
| 129. | **Email from Chad Harris re: PPM-Whinstone Call Follow-up**, 2020.08.24 (WHIN_SBI_0008501 – 8503) | | | |
| 130. | **Messages between Carson Smith and Ashton Harris,** 2020.08.25 WHIN_SBI_0008552 – 8558 | | | |
| 131. | **Declaration of David Schatz in Support of Defendant Whinstone US, Inc.'s Motion for Partial Summary Judgment [Dkt. 164-25]** | | | |
| 132. | **Declaration of David Schatz [Dkt. 47-6]** | | | |
| 133. | **Declaration of Ashton Harris [Dkt. 47-7]** | | | |
| 134. | **Email from Aroosh Thillai re: SBI understanding and terms**, 2019.09.11 (SBIC0000482 – 483) | | | |
| 135. | **Email from Aroosh Thillai re: SBI new contract Draft**, 2019.10.02 (Ex. 6- filed under seal, (WHIN_SBI_0002152) | | | |
| 136. | **Email from Jonahtan Tanemori re: SBI Hosting Contract Draft**, 2019.10.16 (SBIC0001181) | | | |
| 137. | **Email from Jonathan Tanemori re: Hosting fee adjustment/miner count through the end of July**, 2020.08.04 (SBIC0002327- 2331) | | | |
| 138. | **Email from Jonathan Tanemori re: SBI Crypto hosting contract amendment**, 2020.08.10 (SBIC0001897) | | | |
| 139. | **SBI Crypto – Agreement Regarding Security Deposit under Hosting Service Agreement**, 2020.10.28 (WHIN_SBI_0007132 – 7135) | | | |

| No. | Description | Stipulated | Offered | Admitted |
|-----|-------------|------------|---------|----------|
| 140. | **Email from Jonathan Tanemori re: Closing open items**, 2020.11.10 (WHIN_SBI_0002017 – 2034) | | | |
| 141. | **Whinstone US Inc invoices** (SBIC000420-421) | | | |
| 142. | **Email from Chad Harris re: Balance due to SBI after billing work**, 2022.02.14 (Ex. 27 – filed under seal, WHIN_SBI_0007097 – 7101) | | | |
| 143. | **Email from Jonathan Tanemori re: Details for Shipping**, 2022.03.02 (SBIC0002717 – 2718) | | | |
| 144. | **Email from Jason Les re: SBI Termination Repayment**, 2021.06.30 (WHIN_SBI_0005169 – 5200) | | | |
| 145. | **Email from Jonathan Tanemori re: Adjustment for June 2021 Prepayment**, 2021.12.16 (SBIC0002113-2116) | | | |
| 146. | **Email from Chad Harris re: SBIC remaining Avalons turn on schedule**, 2020.08.11 (SBIC0001941) | | | |
| 147. | **Email from Lyle Theriot re: Crypto hosing contract amendment**, 2020.08.12 (SBIC0000459 - 460) | | | |
| 148. | **Email from Carson Smith re: Closing open items**, 2020.10.29 (WHIN_SBI_0000539 – 556) | | | |
| 149. | **Email from Chad Harris re: Rockdale Update Whinstone SBI**, 2019.11.19 (WHIN_SBI_0005039- 5040) | | | |
| 150. | **Email from Jonathan Tanemori re: SBIC Crpto hosting contract amendment**, 2020.08.10 (SBIC0002053-2056) | | | |
| 151. | **Russian Federation "BITRIVER RUS Limited Liability Company" Proposal for utilizing housing services**, dated 2020.11.11- English version (SBIC0006451 – 6469) | | | |
| 152. | **LinkedIn Profile of L. Theriot** (Depo Ex. P9) | | | |
| 153. | **C. Harris email to Turbine Power Inc. re permit for water runoff**, 2019.09.03 (WHIN_SBI_0008423 – 8427; Depo Ex. 18, L. Theriot) | | | |

| No. | Description | Stipulated | Offered | Admitted |
|-----|-------------|------------|---------|----------|
| 154. | **C. Harris email re: Sell Power**, 2020.07.16 (WHIN_SBI_0005100) | | | |
| 155. | **03 Russia Mining 2021-20220601.xlsx,"** (SBIC0002121) | | | |
| 156. | **02 Whinstone-Mining-PNL-v2,"** (SBIC0002120) | | | |
| 157. | **Texas vs. Russia-2020109.xlsx,"** (SBIC0005997) | | | |
| 158. | **Picture** (KABOOM_0000135) | | | |
| 159. | **Picture** (KABOOM_0000123) | | | ` |
| 160. | **Perry & Perry Purchase Order** (Perry 0001-0073) | | | |
| 161. | **Transmission/Substation Facility Extension Agreement**, 2019.11.25 WHIN_SBI_0007582 | | | |
| 162. | **Preliminary Investigation Report of Russua Federation "Bitriver Rus LLC"**, 2020-11.20 (SBIC0006476 – 6478) | | | |
| 163. | **Python Script** (SBIC0010241) | | | |
| 164. | **Wallet Addresses** (SBIC0010476) | | | |
| 165. | **Public Keys** (SBIC0010464-0010475) | | | |
| 166. | **Muroo Contract and invoices** (SBIC005938-6044) | | | |
| 167. | **Muroo Administrative Fees and Related Documents** (SBIC0011398- 0011459) | | | |
| 168. | **Deloitte Audit Documents** (SBIC0010414-0010455) | | | |
| 169. | **Internal Audit Documents and Meeting Notes** (SBIC0010456-0010463) | | | |
| 170. | **March 28, 2025, Expert Report of Phil Isaak and any documents referenced therein.** | | | |
| 171. | **March 27, 2025, Expert Report of Charles Byers and any documents referenced therein.** | | | |
| 172. | **Declaration of Charles Byers**, 12.1.25 | | | |

| No. | Description | Stipulated | Offered | Admitted |
|-----|-------------|------------|---------|----------|
| 173. | **March 28, 2025, Expert Report of Dr. Randall Valentine and any documents and spreadsheets referenced therein.** | | | |
| 174. | **Declaration of Dr. Randall Valentine**, 11.21.25 | | | |
| 175. | **August 28, 2025, Expert Report of Michael Schuler, CV and any documents referenced therein.** | | | |
| 176. | **Photos from Site Visit-** 2021.06.10 (SBIC0003526-3566; SBIC0003528-3649; SBIC0003802-3804) | | | |
| 177. | **Photos from Kaboomracks-** 2021.06.22 (SBIC0003809-3858) | | | |
| 178. | **Business Records Affidavit for Custodian of Records of Lancium LLC**, 12.23.25 | | | |
| | **Supplemental Exhibits** | | | |
| 179. | **Charles Byers' photographs of miner tear down**, 2.27.25 (SBIC0006192-6205) | | | |
| 180. | **Charles Byers photographs**, 12.16.24 (SBIC0014430-14483) | | | |
| 181. | **C. Harris-C. Smith-Canaan WhatsApp Texts** (7.7.20 - 12-04.23) (SBIC0005827 – 5881) | | | |
| 182. | **Pyote Hosting Agreement**, 7.10.19 (SBIC0003447-60; Depo Ex. 2 – Tanemori) | | | |
| 183. | **Whinstone's Objections and Answers to Plaintiff's 2nd Set of Rogs**, 12,27.24 | | | |
| 184. | **Whinstone's Supplemental Answers to Plaintiff's 2nd Set of Rogs**, 1.17.25 | | | |
| 185. | **Phillip Issak's Site Photos**, 11.7.24 (SBIC0006045-6191) | | | |

SBI submits this list subject to and without prejudice to any motions to exclude evidence that may be filed prior to trial.  SBI may mark and introduce exhibits to rebut or impeach witnesses, the necessity of whose testimony cannot reasonably be anticipated before trial. SBI reserves the right to amend this Trial Exhibit List as necessary.  SBI also reserves the right to use any exhibit offered by any other party during the course of this

trial. SBI reserves the right to supplement this list after reviewing Defendant's exhibit and witness lists.

Respectfully submitted,

By: */s/ Joshua M. Sandler*
Joshua M. Sandler
  Texas Bar No. 24053680
  jsandler@winstead.com
Cory Johnson
  Texas Bar No. 24046162
  cjohnson@winstead.com
Andrew Patterson
  Texas Bar No. 24131573
  apatterson@winstead.com
John D. Janicek
  State Bar No. 24125636
  jjanicek@winstead.com
**WINSTEAD PC**
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
Telephone: (214) 745-5103
Facsimile: (214) 745-5390

**ATTORNEYS FOR PLAINTIFF**
**SBI CRYPTO CO. LTD**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document has been served on all counsel of record on January 12, 2026, in accordance with the Federal Rules of Civil Procedure.

*/s/ Cory Johnson*
Cory Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SBI CRYPTO CO., LTD.,

       Plaintiff,

    v.

WHINSTONE US, INC.,

       Defendant.

Civil Action No. 6:23-cv-252

## DEFENDANT WHINSTONE US, INC.'S TRIAL EXHIBIT LIST

Defendant Whinstone US, Inc. ("Whinstone") serves the trial exhibit list attached hereto as Exhibit A.

Whinstone reserves the right to amend, supplement, withdraw, and otherwise contest the admissibility of the items on this exhibit list. Whinstone also reserves the right to use any deposition testimony, whether identified or not, in rebuttal and/or cross examination. Whinstone further reserves the right to use exhibits not contained on this exhibit list for rebuttal, cross-examination, and impeachment purposes, as well as to rely upon any exhibits identified in Plaintiff SBI Crypto Co., Ltd.'s exhibit list and to use demonstrative aids during trial.

Respectfully submitted,

FOLEY & LARDNER LLP

By:    /s/ Brandon C. Marx
       Robert T. Slovak
       Texas Bar No. 24013523
       rslovak@foley.com
       Steven C. Lockhart
       Texas Bar No. 24036981
       slockhart@foley.com
       J. Michael Thomas
       Texas Bar. No. 24066812
       jmthomas@foley.com
       Brandon C. Marx
       Texas Bar No. 24098046
       bmarx@foley.com
       2021 McKinney Avenue, Suite 1600
       Dallas, Texas 75201
       Telephone: (214) 999-3000
       Facsimile: (214) 999-4667

       **ATTORNEYS FOR DEFENDANT**
       **WHINSTONE US., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, a copy of the foregoing document was emailed to all counsel of record.

                    /s/ Brandon C. Marx
                    Brandon C. Marx

EXHIBIT A
Case No. 6:23-cv-252
SBI Crypto Co., Ltd. v. Whinstone US, Inc.
TRIAL EXHIBIT LIST

| Trial Exh. No. | Date | Description | AEO Designation | Bates No. | Depo Exh. No. | Witness(es) | Offered | Objected | Admit | Not Admit |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7/6/2023 | Plaintiff's Amended Complaint | | N/A | 1 | Tanemori, Smith | | | | |
| 2 | 4/23/2019 | International Sales Contract Between Canaan Convey Co., Ltd. and SBI Crypto Co., Ltd. | Confidential | SBIC0003153-3156 | 4 | Tanemori, Smith | | | | |
| 3 | 6/20/2021 | Email from Jonathan Tanemori to Carson Smith, Carson Blake re Whinstone 80% counter calculation | AEO | SBIC0003245-3246 | 5 | Tanemori, Smith | | | | |
| 4 | 10/24/2019 | Hosting Service Agreement Between Whinstone US, Inc. and SBI Crypto Co., Ltd. | Confidential | SBIC0003883-3906 | 6 | Tanemori, Smith | | | | |
| 5 | 8/11/2020 | Email from Carson Smith to Lyle Theriot, Chad Harris re SBIC remaining Avalons turn on schedule | Confidential | SBIC0002069 | 8 | Tanemori, Smith | | | | |
| 6 | 9/24/42019 | International Sales Contract Between Canaan Convey Co., Ltd. and SBI Crypto Co., Ltd. | AEO | SBIC0003268-3272 | 11 | Tanemori | | | | |
| 7 | 7/28/2021 | Email from Carson Smith to Ray Redding re Avalon A10 miners | Confidential | SBIC0001267-1275 | 12 | Tanemori, Smith | | | | |
| 8 | 7/29/2021 | Email from Chad Harris to Jonathan Tanemori re SBI Contract | Confidential | SBIC0001857-1861 | 14 | Tanemori | | | | |
| 9 | 12/16/2021 | Email from Jonathan Tanemori to Les, Harris re [SBI Crypto] Adjustment for June 2021 Prepayment | Confidential | SBIC0002113-2115 | 15 | Tanemori | | | | |
| 10 | 3/2/2022 | Email from Jonathan Tanemori to Chad Harris re Details for Shipping | Confidential | SBIC0002717-2718 | 16 | Tanemori | | | | |
| 11 | 8/10/2020 | Email from Jonathan Tanemori to Lyle Theriot, Mathis Schultz re SBI Crypto hosting contract amendment | Confidential | SBIC0002053 | 17 | Tanemori | | | | |
| 12 | 5/30/2021 | Email from Carson Smith to Jonathan Tanemori re Emailing New Whinstone Hosting Agent - 20190223-final.pdf | Confidential | SBIC0000068-92 | 18 | Tanemori, Smith | | | | |
| 13 | 6/3/2021 | Email from Jonathan Tanemori to Carson Smith, Carson Blake re Whinstone options | Confidential | SBIC0003254-3255 | 19 | Tanemori | | | | |
| 14 | 4/16/2019 | Email from Andres Portillo to Carson Smith, Aroosh Thillai re Intro between SBI and Whinstone | Confidential | SBIC0000900 | 20 | Smith | | | | |
| 15 | 4/17/2019 | Invoice from Canaan Convey Co., Ltd. to SBI Crypto Co., Ltd. | AEO | SBIC0003267 | 21 | Smith | | | | |
| 16 | 2/4/2021 | Text Chain Between Chad Harris and Carson Smith | Confidential | SBIC0005860 | 22 | Smith | | | | |
| 17 | 8/6/2020 | Email from Chad Harris to Carson Smith re 4CP / Curtailment / August 6 / Rockdale Facility | Confidential | SBIC0000026 | 24 | Smith | | | | |
| 18 | 8/13/2020 | Text Chain Between Chad Harris and Carson Smith | Confidential | SBIC0005892-5898 | 25 | Smith | | | | |
| 19 | 3/31/2021 | SBI Crypto Co., Ltd Balance Sheet and Statement of Income | AEO | SBIC0005820-5821 | 27 | Smith | | | | |
| 20 | 4/11/2025 | Plaintiff SBI Crypto Co., Ltd.'s First Amended Objections and Answers to Defendant's First Set of Interrogatories | | No Bates | 30 | Carson Smith (SBI) | | | | |
| 21 | 6/25/2020 | Email from Jonathan Tanemori to Carson Smith, fkatsuch@sbigroup.co.jp, and yniiskaw@sbigroup.co.jp re SBI Crypto: 2-yr avg. Matrix simulation | AEO | SBIC0003051-3057 | 33 | Carson Smith (SBI) | | | | |
| 22 | 10/21/2020 | Email from Carson Smith to Jonathan Tanemori re Also this: shares ... Re: [ND] Invoicing / Open items | Confidential | SBIC0000008-10 | 34 | Carson Smith (SBI) | | | | |
| 23 | 1/14/2020 | Email from Jonathan Tanemori to Aroosh Thillaianathan re [Northern] SBI / Convertible Note | Confidential | SBIC0000586 | 35 | Carson Smith (SBI) | | | | |
| 24 | Various | Whinstone Invoices to SBI Crypto Co., Ltd. | Confidential | Various | 37 | Carson Smith (SBI) | | | | |
| 25 | 8/10/2020 | Email from Jonathan Tanemori to Lyle Theriot, Mathis Schultz re Crypto hosting contract amendment | Confidential | SBIC0001897 | 38 | Carson Smith (SBI) | | | | |
| 26 | 8/11/2020 | Email from Chad Harris to Carson Smith re SBIC remaining Avalons turn on schedule | Confidential | WHIN_SBI_0005097 | 39 | Carson Smith (SBI) | | | | |
| 27 | 6/11/2021 | Email from yniiskaw@sbigroup.co.jp to Carson Smith re book value | Confidential | SBIC0000511-512; FU-ESI-SBIC0000511 | 41 | Carson Smith (SBI) | | | | |
| 28 | 12/30/2022 | Sales & Purchase Agreement between SBI Crypto Co., Ltd. and The Computing Limited | Confidential | SBIC0006421-6424 | 42 | Carson Smith (SBI) | | | | |
| 29 | 9/1/2020 | Text chain involving Ashton Harris and a Power supply inspection report | Confidential | SBIC0005909; WHIN_SBI_0008559-8564 | 43 | Carson Smith (SBI) | | | | |
| 30 | 7/21/2021 | Message from Jonathan Tanemori re Back Office Open items | Confidential | SBIC0006566 | 47 | Michael Schuler (Expert) | | | | |
| 31 | 4/6/2022 | Messages between Carson Smith and Jonathan Tanemori | Confidential | SBIC0006828 | 49 | Michael Schuler (Expert) | | | | |

1

**EXHIBIT A**
Case No. 6:23-cv-252
*SBI Crypto Co., Ltd. v. Whinstone US, Inc.*
**TRIAL EXHIBIT LIST**

| # | Date | Description | Confidentiality | Bates | Ex. No. | Witness |
|---|---|---|---|---|---|---|
| 32 | 9/1/2020 | Text chain involving Ashton Harris and a Power supply inspection report | Confidential | SBIC0005909; WHIN_SBI_0008559-8564 | 50 (Duplicate of 43) | Michael Schuler (Expert) |
| 33 | 7/18/2025 | Rebuttal Expert Report of Jeffrey G. Matthews | | No Bates | 54 | Randall Valentine (Expert) |
| 34 | 6/22/2021 | Email from Jonathan Tanemori to Chad Harris re avg. number of miners | Confidential | SBIC0000697-699 | 55 | Randall Valentine (Expert) |
| 35 | 3/31/2021 | SBI Crypto Co., Ltd Balance Sheet and Statement of Income | AEO | SBIC0005819-5820 | 56 | Randall Valentine (Expert) |
| 36 | 5/28/2021 | Email from Chad Harris to Carson Smith re SBI Contract | Confidential | WHIN_SBI_0004642 | 57 | Randall Valentine (Expert) |
| 37 | No Date | TCEQ - Water Quality General Permits Search | | WHIN_SBI_0007620-7621 | 58 | Charles Byers (Expert) |
| 38 | No Date | Isaak Technologies: Data Center Consulting, Training & Expert Witnesses | | No Bates | 59 | Philip Isaak (Expert) |
| 39 | No Date | Image showing 452 FT(SBI=130 FT) 15 FT 517 FT (SBI=517 FT) | | No Bates | 60 | Philip Isaak (Expert) |
| 40 | 6/12/2019 | Email from A. Thillainathan to Jonathan Tanemori re Whinstone Financial Review Request | | No Bates | 11 | Lyle Theriot |
| 41 | 7/3/2019 | Email from Chad Harris to A. Thillainathan re Letter | Confidential | WHIN_SBI_0005094 | 12 | Lyle Theriot |
| 42 | 9/11/2019 | Email from Jonathan Tanemori to A. Thillainathan, Carson Smith re SBI Whinstone understanding and terms | Confidential | No Bates on p. 1; SBIC0002067-2068 | 14 | Lyle Theriot |
| 43 | 10/2/2019 | Email from A. Thillainathan to Chad Harris re SBI new contract Draft | Confidential | WHIN_SBI_0002152-2178 | 15 | Lyle Theriot |
| 44 | 9/2/2020 | Email from Chad Harris to Paul Beckmann re Assured Partners <>Rhodium<>Whinstone - cooling info for insurance | Confidential | WHIN_SBI_0012507-12514 | 27 | Lyle Theriot |
| 45 | 10/16/2019 | Whinstone Data Center Ground Lease Agreement between Alcoa USA Corp. and Whinstone US, Inc. | Confidential | WHIN_SBI_0007660-7744 | 33 | Lyle Theriot |
| 46 | 2/11/2020 | Email from Sedge Downing to Chad Harris, Lyle Theriot, David Schatz | | WHIN_SBI_0010740-10751 | 34 | Lyle Theriot |
| 47 | 6/17/2021 | Email from Heath Davidson to David Schatz, Chad Harris re 4CP | Confidential | SBIC0000949 | 37 | Davidson |
| 48 | No Date | Screenshot from Monday.com | | WHIN_SBI_0016111 | 39 | Davidson |
| 49 | 6/28/2021 | Whinstone US Work Order | Confidential | WHIN_SBI_0007462-7492 | 47 | Davidson |
| 50 | 1/25/2021 | Email from Heath Davidson to David Schatz re Weekly Meeting Summary (w/attachment) | Confidential | WHIN_SBI_0005663-5667 | 54 | Davidson |
| 51 | 9/13/2021 | Email from Roman Kelly to Heath Davidson re A10-98 Crates | Confidential | WHIN_SBI_0007264 | 55 | Davidson |
| 52 | 11/30/2020 | Email from Lyle Theriot to Terry Blodgett re Water for Rhodium | Confidential | WHIN_SBI_0016222-16227 | 73 | David Schatz |
| 53 | 4/1/2021 | Water Reservation Agreement between Alcoa USA corp. and Whinstone US, Inc. | Confidential | WHIN_SBI_0015362-15386 | 74 | David Schatz |
| 54 | 8/13/2020 | Slack conversations between U016U2NMASF, Chris Colbert, Vitor de Miranda Henrique, Raymond E. Cline, Jr., Ian Rock, UKK4T3i6S, Andy, Slacbot re #whinstone | AEO | LAN-SBI_00000283-288 | 88 | Chad Harris |
| 55 | 8/6/2020 | Slack conversations between Vitor de Miranda Henrique, Raymond E. Cline, Jr., Ian Rock, Thomas Salvatore, Callum Rock re #rockdale | AEO | LAN-SBI_00000232-241 | 99 | Ian Rock (Lancium) |
| 56 | 8/13/2020 | Slack conversations between Chris Colbert, Michael McNamara, Vitor de Miranda Henrique, Raymond E. Cline, Jr., Ian Rock, Thomas Salvatore | AEO | LAN-SBI_00000276-282 | 102 | Ian Rock (Lancium) |
| 57 | 8/24/2020 | Slack conversations between Vitor de Miranda Henrique, Ian Rock, Danilo Martins da Silva Junior re #rockdale | AEO | LAN-SBI_00000323-324 | 103 | Ian Rock (Lancium) |
| 58 | 7/27/2020 | Slack conversations between Michael McNamara, Vitor de Miranda Henrique, Raymond E. Cline, Jr., Ian Rock, Thomas Salvatore, Danilo Martins da Silva Junior re #rockdale | AEO | LAN-SBI_00000197-198 | 104 | Ian Rock (Lancium) |
| 59 | 5/28/2021 | Email from Chad Harris to Carson Smith re SBI Contract w/termination notice) | Confidential | WHIN_SBI_0004642-4644 | 116 | Jeff McGonegal (Riot) |
| 60 | 7/29/2021 | Email from Jonathan Tanemori to Chad Harris re SBI Contract | Confidential | WHIN_SBI_0000499-504 | 117 | Jeff McGonegal (Riot) |
| 61 | Various | Alcoa Corporation Invoices to Whinstone US Inc. | | Multiple | 133 | David Schatz (Whinstone) |
| 62 | 7/28/2021 | Email from Jeff McGonegal to Megan Brooks re SBI Contract | Confidential | WHIN_SBI_00000026-33 | 134 | David Schatz (Whinstone) |
| 63 | No Date | Richard Peters C.V. | | No Bates | 137 | Richard Peters |
| 64 | 3/28/2025 | Expert Report of Richard Peters | | No Bates | 138 | Richard Peters |
| 65 | 7/27/2021 | Email from Carson Smith to David Schatz | Confidential | SBIC0001702-1705 | 139 | Richard Peters |
| 66 | 7/18/2025 | Rebuttal Report of Richard Peters | | No Bates | 141 | Richard Peters |
| 67 | No Date | Bitmain Canaan Service List | | No Bates | 142 | Richard Peters |

**EXHIBIT A**
Case No. 6:23-cv-252
SBI Crypto Co., Ltd. v. Whinstone US, Inc.
TRIAL EXHIBIT LIST

| No. | Date | Description | Confidentiality | Bates | Ref | Witness |
|---|---|---|---|---|---|---|
| 68 | 7/13/1905 | 2021 Equipment Thermal Guidelines for Data Processing Environments: ASHRAE TC 9.9 Reference Card | | No Bates | 145 | Karen Rayment |
| 69 | No Date | Altair Bitcoin Mining Facility Design-Airflow Management | | No Bates | 146 | Karen Rayment |
| 70 | 7/18/2025 | Rebuttal Expert Report of Jeffrey G. Matthews | | No Bates | 149 | Jeffrey Matthews |
| 71 | 8/11/2025 | Declaration of Jeffrey G. Matthews in Support of Defendant's Reply in Support of Motion to Strike | | No Bates | 150 | Jeffrey Matthews |
| 72 | 1/31/2024 | A Cradle-to-Gate Life Cycle Analysis of Bitcoin Mining Equipment Using Sphera LCA and ecoinvent Databases | | No Bates | 153 | Jeffrey Matthews |
| 73 | 7/18/2025 | Expert Report of Karen Rayment | | No Bates | | |
| 74 | 4/30/2021 | Email from Jonathan Tanemori to Chad Harris re Third Party Consent / Whinstone US | Confidential | SBIC0001982-1984 | | |
| 75 | 8/23/2021 | Email from Roman Kelly to Heath Davidson re A10-98 Crates | Confidential | WHIN_SBI_0007277-278 | | |
| 76 | 5/3/2021 | Email from David Schatz to Terry Blodgett | Confidential | WHIN_SBI_0016785-786 | | |
| 77 | 7/8/2021 | Email from David Schatz to Carson Smith | Confidential | WHIN_SBI_0000155-160 | | |
| 78 | 8/1/2021 | Eamil from David Schatz to Carson Smith | Confidential | WHIN_SBI_0005650-651 | | |
| 79 | 1/2/2020 | Email from Lyle Theriot to Terry Blodgett | | WHIN_SBI_0016821-824 | | |
| 80 | 5/6/2021 | Email from Terry Blodgett to Arlyn Hammett | | WHIN_SBI_0016969 | | |
| 81 | 6/24/2021 | Email from Terry Blodgett to David Schatz | | WHIN_SBI_0016994 | | |
| 82 | 6/30/2021 | Email from Wayne Fisher to David Schatz | | WHIN_SBI_0016996 | | |
| 83 | 8/12/2020 | Email from Lyle Theriot to Chad Harris | Confidential | WHIN_SBI_0001920-922 | | |
| 84 | 8/24/2020 | Email from Steiger to Chad Harris | Confidential | WHIN_SBI_0002666 | | |
| 85 | 8/26/2020 | Email from Chad Harris to Mathis Schultz | Confidential | WHIN_SBI_0004038 | | |
| 86 | 2/19/2020 | Martin Legal Group Memo | Confidential | WHIN_SBI_0004254-256 | | |
| 87 | 11/10/2020 | Email from Chad Harris to Jonathan Tanemori | Confidential | WHIN_SBI_0004298-316 | | |
| 88 | 11/19/2020 | Email from Chad Harris to Carson Smith | Confidential | WHIN_SBI_0005109 | | |
| 89 | 7/6/2020 | Email from Chad Harris to Carson Smith | Confidential | WHIN_SBI_0005111 | | |
| 90 | 11/11/2020 | Email from Carson Smith to Jonathan Tanemori | Confidential | SBIC0000130-131 | | |
| 91 | 4/8/2021 | Email from Carson Smith to Shunpei Morita | Confidential | SBIC0000153; FLI-ESI-SBIC0000153 | | |
| 92 | 6/19/2021 | Email from Chad Harris to Carson Smith | Confidential | SBIC0000463 | | |
| 93 | 6/19/2021 | Email from Carson Smith to Chad Harris | Confidential | SBIC0000470 | | |
| 94 | 10/21/2020 | Email from Carson Smith to Chad Harris | Confidential | SBIC0000496 | | |
| 95 | 3/2/2021 | Email from Carson Smith to Hidetaka Suzuki | AEO | SBIC0000506; FLI-ESI-SBIC0000506 | | |
| 96 | 10/16/2019 | Email from Jonathan Tanemori to Aroosh Thillai | Confidential | SBIC0001181-206 | | |
| 97 | 7/27/2021 | Email from Carson Smith to Ray Redding | Confidential | SBIC0001258-259 | | |
| 98 | 7/29/2021 | Email from Ray Redding to Carson Smith | Confidential | SBIC0001260-263 | | |
| 99 | 6/25/2020 | Email from Jonathan Tanemori to Hideyuki Katsuchi | AEO | SBIC0003038-049; FLI-ESI-SBIC0003038-049 | | |
| 100 | 6/24/2020 | Email from Jonathan Tanemori to Hideyuki Katsuchi | AEO | SBIC0003062-065; SBIC0003067-070; FLI-ESI-SBIC0003062-065; FLI-ESI-SBIC0003067-070 | | |
| 101 | 1/27/2021 | Slack Message between Carson Smith and Airi Okuda | Confidential | SBIC0006483-6484 | | |
| 102 | 4/6/2022 | Slack Message between Carson Smith and Jonathan Tanemori | Confidential | SBIC0006828-6835, 6875; FLI-ESI-SBIC0006829-6835 | | |
| 103 | 12/8/2022 | Slack Message between Carson Smith and Jonathan Tanemori | AEO | SBIC0006899, 6902; FLI-ESI-SBIC0006902 | | |
| 104 | 6/9/2021 | Email from Jonathan Tanemori to Carson Smith | AEO | SBIC0010092-095; FLI-ESI-SBIC0010093, 10095 | | |
| 105 | 1/4/2022 | Slack Message between Carson Smith and Jonathan Tanemori | Confidential | SBIC0006778; FLI-ESI-SBIC0006778 | | |
| 106 | 3/31/2022 | Slack Message between Carson Smith and Jonathan Tanemori | Confidential | SBIC0006969-6970; FLI-ESI-SBIC0006970 | | |
| 107 | 4/10/2022 | Slack Message between Carson Smith and Jonathan Tanemori | Confidential | SBIC0006971 | | |

**EXHIBIT A**
Case No. 6:23-cv-252
*SBI Crypto Co., Ltd. v. Whinstone US, Inc.*
**TRIAL EXHIBIT LIST**

| No. | Date | Description | Designation | Bates |
|---|---|---|---|---|
| 108 | 12/17/2020 | Email from Hidetaka Suzuki to Jonathan Tanemori | AEO | SBIC0001784-1785; FU-ESI-SBIC0001784 |
| 109 | 7/11/2022 | Letter from Robert Slowak to Carson Smith | | SBIC0003805-3808 |
| 110 | 3/13/2020 | Northern Data Subscription Agreement | Confidential | SBIC0007340-7341 |
| 111 | | https://www.asicminervalue.com/miners/bitmain/antminer-s19-xp-140th | | |
| 112 | | https://www.asicminervalue.com/miners/microbt/whatsminer-m50 | | |
| 113 | | https://www.asicminervalue.com/miners/canaan/avalon-made-a1366 | | |
| 114 | | https://www.zeusbtc.com/manuals/user-manuals/Avalonminer-1041-Manual.pdf | | |
| 115 | | Chad Harris and Carson Smith Chat Messages | Confidential | SBIC0005864 |
| 116 | 2/5/2020 | Email from Jonathan Tanemori to Mathis Schulz | Confidential | SBIC0002699-2703 |
| 117 | 8/4/2020 | Email From Jonathan Tanemori to Carson Smith | Confidential | SBIC0002327-2331 |
| 118 | 8/27/2020 | Email from Jonathan Tanemori to Mathis Schulz | Confidential | SBIC0002128-2129 |
| 119 | 6/22/2021 | Email from Chad Harris to Jonathan Tanemori | Confidential | SBIC0001297-1299 |
| 120 | 7/14/2021 | Email from Carson Smith to Jonathan Tanemori | Confidential | SBIC0000868-871 |
| 121 | 7/14/2021 | Email From Jonathan Tanemori to Carson Smith | Confidential | SBIC0001255 |
| 122 | | https://compulove.ca/canaan-avalon-miners-the-good-the-bad-and-the-ugly/ | | |
| 123 | | https://www.researchgate.net/publication/354454919_Bitcoin's_growing_e-waste_problem#pf10 | | |
| 124 | | Privileged API User Manual V0.5 | Confidential | SBIC0001282-1295 |
| 125 | 7/14/2021 | Email from Carson Smith to David Schatz | Confidential | WHIN_SBI_0000387-410 |
| 126 | 10/21/2020 | Email from Mathias Deahn to Jonathan Tanemori | Confidential | SBIC0000035-37 |
| 127 | | https://www.coindesk.com/tech/2021/06/01/bitcoin-price-foreign-asic-demand-drive-profitable-q1-for-miner-producer-canaan. | | |
| 128 | | https://bitcoinmagazine.com/business/creator-of-the-bitcoin-asic-says-next-wave-of-mining-efficiency-is-coming. | | |
| 129 | | Jeffrey Matthews Damages Model (Excel) | Confidential | SBIC0000159 |
| 130 | 1/5/2021 | Email from Chad Harris to Carson Smith | Confidential | SBIC0000159 |
| 131 | 7/16/2021 | Email from David Schatz to Carson Smith | Confidential | SBIC0000336-339 |
| 132 | 6/4/2020 | Email from Chad Harris to Carson Smith | Confidential | SBIC0001911 |
| 133 | 11/11/2020 | Chad Harris and Carson Smith Chat Messages | Confidential | SBIC0005854 |
| 134 | 11/11/2020 | Chad Harris and Carson Smith Chat Messages | Confidential | SBIC0005855 |
| 135 | 11/11/2020 | Chad Harris and Carson Smith Chat Messages | Confidential | SBIC0005856 |
| 136 | 6/9/2021 | Chad Harris and Carson Smith Chat Messages | Confidential | SBIC0005869 |
| 137 | 9/14/2020 | Chad Harris and Carson Smith Chat Messages | Confidential | SBIC0005899 |
| 138 | 9/15/2020 | Chad Harris and Carson Smith Chat Messages | Confidential | SBIC0005900 |
| 139 | 3/13/2020 | Email from Chad Harris to John Bick | Confidential | WHIN_SBI_0008530-8531 |
| 140 | 4/13/2021 | Email from Lyle Theriot to David Schatz | | WHIN_SBI_0009948-9954 |
| 141 | 5/19/2020 | Midwest Invoice # INV-083482 | | WHIN_SBI_0012404 |
| 142 | 9/24/2020 | Email from Jake Mininti to David Schatz | | WHIN_SBI_0011842 |
| 143 | 5/14/2020 | Email from Jake Mininti to David Harris | | WHIN_SBI_0011839 |
| 144 | 1/22/2021 | Email from Jake Mininti to Chad Harris | | WHIN_SBI_0011838 |
| 145 | 5/12/2020 | Email from Jake Mininti to Chad Harris | | WHIN_SBI_00111741-11186 |
| 146 | 5/20/2020 | Email from Jake Mininti to Chad Harris | | WHIN_SBI_0010205-10209 |
| 147 | 10/1/2020 | Email from Jake Mininti to David Schatz | | WHIN_SBI_0009839-9840 |
| 148 | 5/14/2020 | Email from Chad Harris to Jake Mininti | | WHIN_SBI_0009628 |
| 149 | 3/19/2020 | Rockdale Reporter | | WHIN_SBI_0014069 |
| 150 | 3/19/2020 | Rockdale Reporter | | WHIN_SBI_0014068 |
| 151 | 6/10/2021 | Photo | | SBIC0003535 |
| 152 | 6/10/2021 | Photo | | SBIC0003539 |
| 153 | 6/10/2021 | Photo | | SBIC0003540 |

4

**EXHIBIT A**
Case No. 6:23-cv-252
*SBI Crypto Co., Ltd. v. Whinstone US, Inc.*
**TRIAL EXHIBIT LIST**

| 154 | 6/10/2021 | Photo | SBIC0003551 |
| 155 | 6/10/2021 | Photo | SBIC0003561 |
| 156 | 6/10/2021 | Photo | SBIC0003562 |
| 157 | 6/10/2021 | Photo | SBIC0003583 |
| 158 | 6/10/2021 | Photo | SBIC0003584 |
| 159 | 6/10/2021 | Photo | SBIC0003586 |
| 160 | 6/10/2021 | Photo | SBIC0003593 |
| 161 | 6/10/2021 | Photo | SBIC0003594 |
| 162 | 6/10/2021 | Photo | SBIC0003637 |
| 163 | 6/10/2021 | Photo | SBIC0003640 |

5