# EXHIBIT "E"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

|  |  |
|---|---|
| **SBI CRYPTO CO., LTD.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**WHINSTONE US, INC.,**<br><br>*Defendant.* | Civil Action No.: 6:23-cv-252-ADA-DTG |

## PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff SBI Crypto Co., Ltd. ("Plaintiff" and/or "SBI") files this Trial Witness List, identifying the witnesses Plaintiff intends to call live or by deposition, except rebuttal witnesses whose testimony cannot reasonably be anticipated at this time.

|  | **Witness** | **Will Call** | **May Call** | **Live** | **Deposition** | **Estimated Time** |
|---|---|---|---|---|---|---|
| 1. | Carson Smith - Plaintiff's Corp. Rep. | X |  | X |  | 4 hrs |
| 2. | Jonathan Tanemori | X |  | X |  | 1 hr |
| 3. | Ashton Harris | X |  | X |  | 45 min |
| 4. | Lyle Theriot | X |  | X |  | 30 min |
| 5. | Chad Harris | X |  | X |  | 3 hour |
| 6. | Jeff McGonegal - Riot's Corp. Rep. | X |  | X |  | 20 min |
| 7. | David Schatz - Defendant's Corp. Rep. | X |  | X |  | 1 hr |
| 8. | Heath Davidson | X |  | X |  | 30 mins |
| 9. | Ian Rock | X |  |  | X | 20 mins |
| 10. | Phil Isaak - Expert | X |  | X |  | 1.5 hrs |
| 11. | Chuck Byers – Expert | X |  | X |  | 1.5 hours |
| 12. | Michael Schuler - Expert | X |  | X |  | 1 hour |
| 13. | Nick Vitalis | X |  | X |  | 20 mins |
| 14. | Randall Valentine - Expert | X |  | X |  | 1.5 hours |

Respectfully Submitted,

By: */s/ Joshua M. Sandler*
Joshua M. Sandler
  Texas Bar No. 24053680
  jsandler@winstead.com
Cory Johnson
  Texas Bar No. 24046162
  cjohnson@winstead.com
Andrew Patterson
  Texas Bar No. 24131573
  apatterson@winstead.com
John D. Janicek
  State Bar No. 24125636
  jjanicek@winstead.com
**WINSTEAD PC**
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
Telephone: (214) 745-5103
Facsimile: (214) 745-5390

**ATTORNEYS FOR PLAINTIFF
SBI CRYPTO CO. LTD**

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served in accordance with the Texas Rules of Civil Procedure via the court's e-filing system on January 12, 2026.

*/s/ Joshua M. Sandler*
Joshua M. Sandler

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SBI CRYPTO CO., LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>WHINSTONE US, INC.,<br><br>*Defendant*. | Civil Action No.: 6:23-cv-252-ADA-DTG |

## **DEFENDANT'S TRIAL WITNESS LIST**

Defendant Whinstone US, Inc. ("Defendant" or "Whinstone") files this Trial Witness List, identifying the witnesses Defendant intends to call live or by deposition, except rebuttal witnesses whose testimony cannot reasonably be anticipated at this time.

| | Witness | Will Call | May Call | Live | Deposition | Estimated Time |
|---|---|---|---|---|---|---|
| 1. | Lyle Theriot | X | | X | | 30 mins |
| 2. | Chad Harris | X | | X | | 1 hour |
| 3. | Ashton Harris | X | | X | | 20 mins |
| 4. | Heath Davidson | X | | X | | 20 mins |
| 5. | David Schatz | X | | X | | 1 hour |
| 6. | Jeff McGonegal | X | | X | | 20 mins |
| 7. | Ian Rock | X | | | X | 20 mins |
| 8. | Richard Peters | X | | X | | 45 mins |
| 9. | Karen Rayment | X | | X | | 1 hour |
| 10. | Jeff Matthews | X | | X | | 1 hour |
| | **Cross** | | | | | |
| 11. | Carson Smith | X | | | | 2 hours |
| 12. | Jonathan Tanemori | X | | | | 1 hour |
| 13. | Phil Isaak - Expert | X | | X | | 1.5 hours |
| 14. | Chuck Byers – Expert | X | | X | | 1.5 hours |
| 15. | Michael Schuler - Expert | X | | X | | 45 mins |
| 16. | Nick Vitalis | X | | X | | 30 mins |
| 17. | Randall Valentine - Expert | X | | X | | 1 hour |

Respectfully submitted,

FOLEY & LARDNER LLP

By:  */s/ Robert T. Slovak*
     Robert T. Slovak
     Texas Bar No. 24013523
     rslovak@foley.com
     Steven C. Lockhart
     Texas Bar No. 24036981
     slockhart@foley.com
     J. Michael Thomas
     Texas Bar. No. 24066812
     jmthomas@foley.com
     Brandon C. Marx
     Texas Bar No. 24098046
     bmarx@foley.com
     2021 McKinney Avenue, Suite 1600
     Dallas, Texas 75201
     Telephone: (214) 999-3000
     Facsimile: (214) 999-4667

     and

     Craig D. Cherry
     State Bar No. 24012419
     Mark D. Siegmund
     State Bar No. 24117055
     **CHERRY JOHNSON SIEGMUND**
     **JAMES PLLC**
     Bridgeview Center
     7901 Fish Pond Road, 2nd Floor
     Waco, Texas   76710
     Telephone:  (254) 732-2242
     Facsimile:   (866) 627-3509
     ccherry@cjsjlaw.com
     msiegmund@cjsjlaw.com

     **ATTORNEYS FOR DEFENDANT**
     **WHINSTONE US., INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served in accordance with the Texas Rules of Civil Procedure via the court's e-filing system on January 12, 2026.

*/s/ Robert T. Slovak*
Robert T. Slovak