# EXHIBIT "G"

## **PROPOSED JUDICIAL VOIR DIRE**

SECTION 1: INTRODUCTION AND INITIAL ACQUAINTANCE QUESTIONS

1. Do any of you recognize or are any of you or any member of your family familiar with, personally acquainted with, related to, had any business dealings with, or ever been employed by either the Plaintiff SBI Crypto Company or Mr. Josh Sandler or his co-counsel or any of the other people Mr. Sandler just listed for you?
2. Do any of you recognize or are any of you or any member of your family familiar with, personally acquainted with, related to, had any business dealings with, or ever been employed by either the Defendant Whinstone US or Mr. Slovak or his co-counsel or any of the other people Mr. Slovak just listed for you?
3. Do any of you recognize any other member of the panel as a friend, acquaintance, neighbor, or business associate?
4. Do any of you recognize me or any of the court staff as being a friend, acquaintance, neighbor, or business associate?

SECTION 2: HARDSHIP AND ABILITY TO SERVE QUESTIONS

5. Is there anyone here who would suffer any undue hardship or have any special problems serving on a jury for that length of time or schedule?
6. Do any of you have any illness in your family, or any business problem, or similar problem, or personal concern that would make it difficult for you to be attentive during the evidence?
7. Do any of you have any problem with your eyesight, hearing, or any other physical disability that would in any manner prevent you from either hearing or seeing the evidence presented at trial?

SECTION 3: PRE-TRIAL PUBLICITY

8. Have any of you ever read anything about this case in the newspapers or on the Internet, or have you heard anything about it on the radio, or in conversations with others, or seen anything on television about it?
9. Have you learned, heard, read, or seen anything about it from any source whatsoever other than in this courtroom or in connection with your initial qualification, your orientation with your initial qualification, or your orientation for jury service?

SECTION 4: PRIOR JURY SERVICE

10. Is there anyone on the panel who has ever served on a grand jury?
11. Is there anyone on the panel who has ever served on a regular jury, a petit jury?
12. Was your prior jury service in federal or state court?

13. How many times have you served on a jury?
14. When was that?
15. Was it a civil or criminal case?
16. Were you the foreperson?
17. Did the jury deliberate and arrive at a verdict?
18. Was there anything about that prior jury experience that would prevent you from being a fair and impartial juror in this case?

## SECTION 5: PRIOR LAWSUIT EXPERIENCE

19. Have you or a member of your immediate family ever participated in a lawsuit as a party, witness, or in any other capacity?
20. And in what capacity were you involved in a lawsuit?
21. Was there anything about that experience that would prevent you from being a fair and impartial juror in this case?

## SECTION 6: LEGAL EDUCATION AND TRAINING

22. Have any of you attended law school, taken any law or business law courses, received any legal education or training, or worked in a law office or for a court?
23. And will you describe the nature and time of your law-related experience?
24. Would that experience prevent you from following the court's instructions in this case, even if you disagree with the court's instructions?
25. Would that experience prevent you from being a fair and impartial juror in this case?
26. Would that experience prevent you from rendering a verdict based solely on the evidence presented in the courtroom and the instructions the court gives the jury?

## SECTION 7: ABILITY TO RENDER VERDICT BASED ON EVIDENCE AND LAW

27. If you are selected to sit as a juror in this case, will you be able and willing to render a verdict based solely on the evidence presented at the trial and the law as Judge Albright gives it to you in his instructions, disregarding any other ideas, notions, or beliefs about the law you may have encountered in reaching your verdict?
28. If you would be unable or unwilling to render a verdict based solely on the evidence presented at the trial and the law as Judge Albright gives it to you in his instructions, please raise your hand.

## SECTION 8: KNOWLEDGE OF PARTIES AND COMPANIES

29. Has anyone heard or read anything about these companies?
30. Does anyone have any strong feelings, positive or negative, towards SBI Crypto

      Company, Riot Blockchain, Inc., Riot Platforms, or Whinstone US, based on your experience or the experience of someone close to you?
31. Have you or someone close to you ever been employed by SBI Crypto Company, Riot Blockchain, Inc., Riot Platforms, or Whinstone US?
32. Does anyone own stock in any of the following companies: SBI Crypto Company, Riot Blockchain, Inc., Riot Platforms, or Whinstone US?
33. Does anyone have any other interests, financial or otherwise, in any of the parties or the outcome of this case?
34. Have you or someone close to you ever been employed by Alcoa Corporation?
35. Have you resided in Rockdale, Texas since 2019?

SECTION 9: CRYPTO, BITCOIN MINING, LANDLORD/TENANT, BUSINESS

36. Does anyone have any strong opinions, positive or negative, about cryptocurrency, Bitcoin, or Bitcoin mining?
37. Does anyone have any strong opinions, positive or negative, about the value of cryptocurrency?
38. Do you or any immediate family members own, trade, or have invested in cryptocurrency like Bitcoin?
39. Which cryptocurrency?
40. Do you or anyone in your immediate family have or have used Bitcoin?
41. Has anyone <u>not</u> held any form of cryptocurrency?
42. Have you or anyone in your family been a landlord?
43. Have you or anyone in your family been a tenant?
44. Does anyone have any strong opinions, positive or negative, about landlords or tenants?
45. Have you or anyone in your family been involved in a landlord/tenant dispute?
46. Have you or anyone in your family been involved in a contract dispute?
47. Have you or someone close to you been a victim of fraud?
48. Have you or anyone in your family ever started a business?
49. Have you or anyone in your family worked for a new business?
50. Have you or anyone in your family ever started a business that failed?
51. Have you or anyone in your family ever investing in a new business?

SECTION 10: TECHNICAL BACKGROUND AND EXPERTISE

52. Has anyone ever been educated, employed, or trained in any of following subject areas: cryptocurrency, Bitcoin mining, data centers, electrical engineering, mechanical engineering, computer engineering, software engineering, utility management, blockchain infrastructure, thermal management, computer science, information systems, technology infrastructure, business contracts, accounting, finance, economics, law firms, or the court system?
53. Have you previously worked in commercial construction?
54. Do you or anyone in your immediate family have a degree in science or

engineering?

SECTION 11: OPINIONS OF LAWSUITS

55. Have you or someone close to you ever worked for a company that has been involved in a contract dispute?
56. Have you or someone close to you ever worked for a company that has been involved in a fraud dispute?
57. Does anyone believe there are too many lawsuits?
58. Does anyone have a strong opinion, positive or negative, about lawsuits or the legal system in general?

SECTION 12: FINAL QUALIFICATION QUESTIONS

59. Do you know of any reason why you may be prejudiced for or against the plaintiff or for or against the defendant because of the nature of this lawsuit or any other reason that you haven't already communicated?
60. If you were one of the parties in this case, do you know of any reason why you would not be content to have the case tried by someone in your frame of mind?
61. Can you think of any other matter not yet touched upon which you should call to the court's attention, which may have some bearing on your qualifications as a juror, or which may prevent you from rendering a fair and impartial verdict in this case?