IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>WHINSTONE US, INC.,<br><br>    Defendant. | Civil Action No. 6:23-cv-252 |

## DEFENDANT WHINSTONE US, INC.'S SUPPLEMENT TO THE JOINT PRETRIAL ORDER

Defendant Whinstone US, Inc. ("Whinstone") submits this Supplement to the Joint Pretrial Order (ECF No. 258) in compliance with the Court's Sixth Amended Scheduling Order (ECF No. 118) and Amended Standing Order on Pretrial Procedures and Requirements in Civil Cases. Attached hereto is Exhibit H, Whinstone's Memorandum on Disputed Issues of Law, which Plaintiff SBI Crypto Co., Ltd. refused to include in the Joint Pretrial Order.

Respectfully submitted,

FOLEY & LARDNER LLP

By: /s/ *Robert T. Slovak*
    Robert T. Slovak
    Texas Bar No. 24013523
    rslovak@foley.com
    Steven C. Lockhart
    Texas Bar No. 24036981
    slockhart@foley.com
    J. Michael Thomas
    Texas Bar. No. 24066812
    jmthomas@foley.com
    Brandon C. Marx
    Texas Bar No. 24098046
    bmarx@foley.com
    2021 McKinney Avenue, Suite 1600
    Dallas, Texas 75201
    Telephone: (214) 999-3000
    Facsimile: (214) 999-4667

and

Craig D. Cherry
State Bar No. 24012419
Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
ccherry@cjsjlaw.com
msiegmund@cjsjlaw.com

**ATTORNEYS FOR DEFENDANT WHINSTONE US., INC.**

**WHINSTONE'S SUPPLEMENT TO JOINT PRETRIAL ORDER**                                     **Page 2**

## CERTIFICATE OF SERVICE

  I hereby certify that on January 13, 2026, a copy of the foregoing document was served via the Court's e-filing system.

                 */s/ Brandon C. Marx*
                 Brandon C. Marx