# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

**SBI CRYPTO CO., LTD.** § § §
**vs.** § NO: WA:23-CV-00252-ADA-DTG
§ §
**WHINSTONE US, INC.** §
   *Defendant*

## ORDER SETTING JURY SELECTION

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for JURY SELECTION, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Thursday, February 05, 2026 at 09:00 AM.

**IT IS SO ORDERED** this **15th day of January, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE