IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., | |
| Plaintiff, | Civil Action No. 6:23-cv-252 |
| v. | |
| WHINSTONE US, INC., | |
| Defendant. | |

## DEFENDANT WHINSTONE US, INC.'S OBJECTIONS TO PLAINTIFF SBI CRYPTO CO., LTD.'S EXHIBIT LIST AND DEPOSITION DESIGNATIONS

Defendant Whinstone US, Inc. ("Whinstone") objects to the following exhibits and deposition designations identified by Plaintiff SBI Crypto Co., Ltd. ("SBI") for potential use at trial.

Objection key. The following abbreviations are used to designate the below-listed objections:

AUTH = Lack of Authentication (*See* Fed. R. Evid. 901-02).

H = Hearsay/Hearsay-within-Hearsay (*See* Fed. R. Evid. 801-05).

IR = Irrelevant (*See* Fed. R. Evid. 401-02).

403 = Danger of Unfair Prejudice/Confusing the Issues/Misleading the Jury/Undue Delay/Wasting Time/Needlessly Presenting Cumulative Evidence (*See* Fed. R. Evid. 403).

BE = Violates Best Evidence Rule (*See* Fed. R. Evid. 1002).

PE = Violates Parol Evidence Rule.

LPK = Lack of Personal Knowledge or Foundation/Speculation (*See* Fed. R. Evid. 602).

EXP = Impermissible Expert Opinion Testimony (*See* Fed. R. Evid. 701-02).

CH = Impermissible Character Evidence (*See* Fed. R. Evid. 404).

HA = Impermissible Evidence of Habit, Routine, or Practice (*See* Fed. R. Evid. 406).

OC = Rule of Optional Completeness (*See* Fed. R. Evid. 106).

26 = Failure to Disclose (*See* Fed. R. Civ. Proc. 26(a)).

1006 = Violates Rule 1006 Summary Requirements (*See* Fed. R. Evid. 1006).

LC = Legal Conclusion.

TR = Violates the Parties' Agreed Translation Protocol (*See* ECF # 84-2 ¶ 3.B).

**I.    Objections to SBI's Exhibits:**

| No. | Description | Offered | Objected | Admit | Not Admit |
|---|---|---|---|---|---|
| 1 | **A. Romero's introduction email btwn SBIC & WUS**, 2019.04.16 (SBIC0000900; Depo Ex. D20 - C. Smith) | | | X | |
| 2 | **Canaan Invoice to SBIC for 40k miner** 2019.04.14 (SBIC0003266 – 3267; Depo Ex. D21- C. Smith) | | | X | |
| 3 | **Canaan-SBIC Sales Contract for 40k miners – signed**, 2019.04.23 (SBIC0003153 – 3156; Depo Ex. D4- J. Tanemori; C. Smith; R. Peters; R. Valentine; J. Matthews) | | | X | |
| 4 | **Letter agreement between WUS & Hodl Ranch setting terms for purchase agreement**, 2019.05.01 (WHIN_SBI_0004238 – 4242; Depo Ex. P80- C. Harris) | | IR, 403, PE | | |
| 5 | **Theriot email to CIS encl. Updated Airflow Assumptions**, 2019.05.29 (WHIN_SBI_0016148 – 16155; Depo Ex. P75- Corporate Rep. WUS (D. Schatz)) | | H,[1] IR, 403, EXP, 26, PE | | |
| 6 | **Whinstone Pitch Dec**, 2019.06.12 (SBIC0001024- 1076; Depo Ex. P81- C. Harris; Corporate Rep. WUS (D. Schatz)) | | AUTH, H,[2] IR, 403 | | |
| 7 | **SBI WUS email string re Financial Review Request**, 2019.06.14 (SBIC0001019 – 1023; Depo Ex. D3 – J. Tanemori) | | AUTH, H,[3] IR, 403 | | |
| 8 | **EGS email to Theriot & C. Harris encl. Ventilation Options**, 2019.06.20, (WHIN_SBI_0001453 – 1463; Depo Ex. P26 - L. Theriot; Corporate Rep. WUS (D. Schatz)) | | H,[4] IR, 403, EXP, 26, PE | | |

---

[1] Third-party statements and documents.
[2] SBI statements.
[3] SBI statements.
[4] Third-party statements and documents.

| No. | Description | Offered | Objected | Admit | Not Admit |
|---|---|---|---|---|---|
| 9 | **Harris email to Aroosh re failed Hydro66 merge**, 2019.07.03 (WHIN_SBI_0005094; Depo Ex. P12 - L. Theriot, C. Harris; Corporate Rep. (D. Schatz)) | | IR, 403, PE | | |
| 10 | **SBI-WUS email re Pyote Visit**, 2019.08.30 (SBIC0001689- Depo Ex. P84 - C. Harris; Corporate Rep. WUS (D. Schatz)) | | AUTH, H,[5] IR, 403, PE | | |
| 11 | **Email from C. Harris to T. Hodges re worse case water usage**, 2019.08.30 (WHIN_SBI_0018674- 18675; Depo Ex. P131 - Corporate Rep. WUS (D. Schatz)) | | H,[6] IR, 403, PE | | |
| 12 | **L. Theriot & MSI email string re Alcoa Greenfield Plan**, 2019.09.06 (WHIN_SBI_0008031 – 8037; Depo Ex. P85 – C. Harris) | | H,[7] PE | | |
| 13 | **SBIC's "Whinstone Trip Report"**, 2019.09.10 (SBIC0005782 – 5788; Depo Ex. P13 – L. Theriot) | | AUTH, H,[8] IR, 403, PE | | |
| 14 | **Tanemori email to Aroosh encl. draft Terms**, 2019.09.11 (SBIC00002066 – 2068; Depo Ex. P14 – L. Theriot) | | AUTH, H,[9] IR, 403, PE | | |
| 15 | **A. Thillai email to J. Tanemori re Construction Cost Details and Rockdale Schedule**, 2019.09.11 (SBIC0000479 – 481; Depo Ex. P121 - Corporate Rep. WUS (D. Schatz)) | | AUTH, H,[10] IR, 403, PE | | |
| 16 | **Canaan Sales Contract with SBIC** 2019.09.24 (SBIC0003268 – 3272; Depo Ex. D11 – J. Tanemori) | | | X | |
| 17 | **Aroosh & C. Harris email string enclos. Redline hosting agreement**, 2019.10.02 (WHIN_SBI_0002152 – 2179; Depo Ex. P57 – A. Harris Vol. 2) | | H,[11] IR, 403, PE | | |
| 18 | **Aroosh email to C. Harris encl. redline Hosting Agreement**, 2019.10.02 | | H,[12] IR, 403, PE | | |

---

[5] SBI statements.
[6] Third-party statements.
[7] Third-party statements and documents.
[8] SBI statements and documents.
[9] SBI statements and documents.
[10] SBI statements.
[11] SBI statements.
[12] SBI statements.

| No. | Description | Offered | Objected | Admit | Not Admit |
|-----|-------------|---------|----------|-------|-----------|
| | (WHIN_SBI_0002152 – 2179; Depo Ex. P15 – L. Theriot) | | | | |
| 19 | **Theriot 'ice age' email to Aroosh**, 2019.10.03 (WHIN_SBI_0001706 – 1707; Depo Ex. P16 – L. Theriot; C. Harris) | | H,[13] IR, 403, PE | | |
| 20 | **C. Harris email Theriot to secure storm water permit**, 2019.10.05 (WHIN_SBI_0011816 – 11819; Depo Ex. P19 – L. Theriot) | | IR, 403, PE | | |
| 21 | **Whinstone Data Center Ground Lease between Alcoa USA and Whinstone**, 2019.10.26 (WHIN_SBI_0015224- 15361; Depo Ex. P132 - Corporate Rep. WUS (D. Schatz)) | | IR, 403 | | |
| 22 | **Rockdale Hosting Agreement- signed**, 2019.10.24 (SBIC0003883 – 3906; Depo Ex. P17 – L. Theriot) | | | X | |
| 23 | **WUS invoices to SBI** 2019.10.29 (Various Whistone Bates-nos.; Depo Ex. D37 - SBIC Corporate Rep (C. Smith)) | | AUTH, H,[14] EXP, 26, 1006 | | |
| 24 | **Theriot-Priority Power email re Bldg. Schedule**, 2019.11.18 (WHIN_SBI_0012115; Depo Ex. P66 – D. Schatz) | | | X | |
| 25 | **Perry&Perry email to Theriot re Building Arrival and Concrete**, 2019.12.17 (WHIN_SBI_0009227; Depo Ex. P23 – L. Theriot) | | H,[15] PE | | |
| 26 | **Blodgett/Alcoa email to Theriot & Schatz re TCEQ stormwater permit**, 2019.12.30 (WHIN_SBI_0009305 – 9306; Depo Ex. P20 – L. Theriot; D. Schatz) | | H,[16] PE | | |
| 27 | **Alcoa email to C. Harris, Theriot & Schatz enclos. Lease Amendment**, 2020.02.11 (WHIN_SBI_0010740 – 10751; Depo Ex. P34 – L. Theriot) | | IR, 403, PE | | |

---

[13] SBI statements.
[14] SBI statements and document.
[15] Third-party statements.
[16] Third-party statements.

| No. | Description | Offered | Objected | Admit | Not Admit |
|-----|-------------|---------|----------|-------|-----------|
| 28 | **Water Supply Drawings** 2020.03.24 (WHIN_SBI_0007889 – 7891; Depo Ex. P32 – L. Theriot) | | H,[17] LPK, IR, 403, EXP, 26, PE | | |
| 29 | **Alcoa Invoices**, 2020.04.03 (Various Bates-nos.; Depo Ex. P133 - Corporate Rep. WUS (D. Schatz) ) | | | X | |
| 30 | **A. Harris & P. Bemis/CoolsSim email string re CFD Modeling Info**, 2020.04.28 (WHIN_SBI_0016091 – 16093; Depo Ex. P63 – A. Harris Vol. 2) | | H,[18] IR, 403, EXP, 26, PE | | |
| 31 | **Base Contract for Supply of Electricity Between TXU and Whinstone**, 2020.05.13 (WHIN_SBI_0007563 – 7581; Depo Ex. P120 - Corporate Rep. WUS (D. Schatz)) | | | X | |
| 32 | **Lancium Slack showing I. Rock photos of S9s**, 2020.05.21 (LAN-SBI_00000012 – 13; Depo Ex. D106 – I. Rock) | | AUTH, H,[19] IR, 403 | | |
| 33 | **Lancium Slack showing I. Rock photos of Rockdale & hot aisle**, 2020.06.03 (LAN-SBI_00000021 – 30; Depo Ex. D105 – I. Rock) | | AUTH, H[20] | | |
| 34 | **Lancium Slack re SBI miners in Bldg. A** 2020.06.24 (LAN-SBI_00000082; Depo Ex. P94 – I. Rock) | | AUTH, H[21] | | |
| 35 | **WUS invoices to SBI**, 2020.07.01 (Various Whinstone Bates-nos.; Depo Ex. P93 – C. Harris) | | | X | |
| 36 | **Lancium Slack communications re hearing issue**, 2020.07.02 (LAN-SBI_00000102; Depo Ex. P59 - A. Harris, vol. 2; D. Schatz; C. Harris; I. Rock) | | AUTH, H,[22] IR, 403 | | |
| 37 | **Slack re overhearing**, 2020.07.08 (LAN-SBI_00000126 – 136; Depo Ex. P2 – A. Harris; C. Harris; I. Rock) | | AUTH, H,[23] IR, 403 | | |

---

[17] Third-party documents.
[18] Third-party statements.
[19] Third-party statements and documents.
[20] Third-party statements and documents.
[21] Third-party statements and documents.
[22] Third-party statements and documents.
[23] Third-party statements and documents.

**WHINSTONE'S EXHIBIT AND DEPOSITION DESIGNATION OBJECTIONS     Page 5**

| No. | Description | Offered | Objected | Admit | Not Admit |
|---|---|---|---|---|---|
| 38 | **Lancium Slack re plan to bring on A10s**, 2020.07.09 (LAN-SBI_00000137 – 140; Depo Ex. P95 – I. Rock) | | AUTH, H,[24] IR, 403 | | |
| 39 | **Ian Rock Slack re A10 guidance**, 2020.07.09 (LAN-SBI_00000137 – 140; Depo Ex. P4 – A. Harris) | | AUTH, H,[25] IR, 403 | | |
| 40 | **Lancium Slack communications**, 2020.07.11 (LAN-SBI_00000150 – 151; Depo Ex. P60 – A. Harris, vol 2) | | AUTH, H,[26] IR, 403 | | |
| 41 | **Ian Rock slack re subnet**, 2020.07.13 (LAN-SBI_00000159; Depo Ex. P. 3 – A. Harris) | | AUTH, H,[27] IR, 403 | | |
| 42 | **Lancium Slack re heat not moving out of bldgs.**, 2020.07.15 (LAN-SBI_00000163 – 169; Depo Ex. P96 – I. Rock; R. Peters) | | AUTH, H,[28] IR, 403 | | |
| 43 | **Lancium email to C. Harris encl. Recommendations**, 2020.07.16 (WHIN_SBI_0016613 – 16614; Depo Ex. P78 - D. Schatz; C. Harris; I. Rock) | | H,[29] IR, 403 | | |
| 44 | **Lancium Slack re PSU not providing enough power to come online**, 2020.07.27 (LAN-SBI_00000197 – 198; Depo Ex. D104 – I. Rock) | | | X | |
| 45 | **Lancium Slack re issue detecting miners online**, 2020.08.06 (LAN-SBI_00000232 – 241; Depo Ex. D99 – I. Rock) | | | X | |
| 46 | **Theriot email to A. Harris re heat issues** 2020.08.10 (WHIN_SBI_0009826 – 9827; Depo Ex. P24 - L. Theriot; A. Harris vol 2; C. Harris; D. Schatz; Corporate Rep. WUS (D. Schatz); R. Peters) | | | X | |
| 47 | **SBIC email to WUS re hosting contract amendment**, 2020.08.10 (SBIC0002053; Depo Ex. D17 – J. Tanemori) | | AUTH, H,[30] IR, 403, OC, PE | | |

---

[24] Third-party statements and documents.
[25] Third-party statements and documents.
[26] Third-party statements and documents.
[27] Third-party statements and documents.
[28] Third-party statements and documents.
[29] Third-party statements and documents.
[30] Third-party statements and documents.

| No. | Description | Offered | Objected | Admit | Not Admit |
|---|---|---|---|---|---|
| 48 | **Monday.com re Heat Wall Installation** 2020.08.11 (WHIN_SBI_0016111; Depo Ex. P39 - H. Davidson; Corporate Rep. WUS (D. Schatz)) | | | X | |
| 49 | **SBIC email to ND re Whinstone issues**, 2020.08.12 (SBIC0000149 – 150; Depo Ex. D9 – J. Tanemori; C. Smith) | | AUTH, H,[31] LC, PE | | |
| 50 | **Lancium Slack to C. Harris with pics of blown power supplies** 2020.08.13 (LAN-SBI_00000283 – 288; Depo Ex. P88 – C. Harris; I. Rock; R. Peters) | | | X | |
| 51 | **C. Harris & C. Smith texts re bad power supplies**, 2020.08.13 (SBIC0005892 – 5898; Depo Ex. D25 - C. Smith; SBIC Corporate Rep (C. Smith); C. Harris; I. Rock) | | AUTH, H[32] | | |
| 52 | **Lancium Slack re pictures of catastrophic damage to power tracks**, 2020.08.23 (LAN-SBI_00000276 – 282; Depo Ex. D102 – I. Rock) | | | X | |
| 53 | **Lancium Slack re 15100 A10s on line in bldg. B**, 2020.08.24 (LAN-SBI_00000323 – 324; Depo Ex. D103 – I. Rock) | | | X | |
| 54 | **A. Harris-C. Smith-Canaan WhatsApp** 2020.08.25 (SBIC0005743 – 5773; Depo Ex. P8 - A. Harris; K. Rayment) | | AUTH, H[33] | | |
| 55 | **C. Harris email encl. Air Flow Analysis (Analysis created 11.28.19 per metadata)**, 2020.09.02 (WHIN_SBI_0012507 – 12514; Depo Ex. P27 - L. Theriot; C. Harris; Corporate Rep. WUS (D. Schatz), P. Isaak) | | | X | |
| 56 | **Monday.com re Evaporative Coolers**, 2020.10.15 (WHIN_SBI_0016124; Depo Ex. P41 - H. Davidson; Corporate Rep. WUS (D. Schatz)) | | | X | |
| 57 | **A. Lange email to C. Harris re SBI power guessing September 2020**, 2020.10.17 (WHIN_SBI_0006198 – 6201; Depo Ex. P123 - Corporate Rep. WUS (D. Schatz)) | | H,[34] IRR, 403, OC, LC, PE | | |

[31] SBI statements.
[32] SBI statements.
[33] SBI and third-party statements.
[34] Third-party statements and documents.

**WHINSTONE'S EXHIBIT AND DEPOSITION DESIGNATION OBJECTIONS     Page 7**

| No. | Description | Offered | Objected | Admit | Not Admit |
|---|---|---|---|---|---|
| 58 | **C. Harris email to M. Daehn re SBI billing and other terms**, P125 (WHIN_SBI_0006967; Depo Ex. P125 - Corporate Rep. WUS (D. Schatz)) | | H,[35] IRR, 403, OC, LC, PE | | |
| 59 | **SBIC & ND email string re open items with prepay invoice adjustment calculation**, 2020.10.21 (SBIC0002873 – 2875; Depo Ex. D10 – J. Tanemori; C. Smith) | | AUTH, H,[36] IRR, 403, OC, LC, PE | | |
| 60 | **WUS invoices to SBI**, 2020.10.23 2021.05.14 (Various Bates-nos.; Depo Ex. P129 - Corporate Rep. WUS (D. Schatz)) | | AUTH, H,[37] IRR, 403, OC | | |
| 61 | **Monday.com chart re miner installation**, 2020.11.08 (WHIN_SBI_0016112; Depo Ex. P87 – C. Harris) | | | X | |
| 62 | **Bitriver RUS Limited Liability Company**, 2020.11.11 (SBIC0006451 – 6469; Depo Ex. P147 – K. Rayment) | | AUTH, H,[38] IRR, 403, TR | | |
| 63 | **XMS email to Riot encl. 'Project Wardbird Discussion Materials'**, 2020.11.19 (RIOT_SBI_0000031 – 59; Depo Ex. P109 - Riot Platforms Corporate Rep (J. McGonegal)) | | AUTH, H,[39] IRR, 403 | | |
| 64 | **Theriot-Alcoa email re Rhodium water**, 2020.11.30 (WHIN_SBI_0016222 – 16227; Depo Ex. P73 – D. Schatz) | | | X | |
| 65 | **2021 Equipment Thermal Guidelines for Data Processing Environments- ASHRAE TC 9.9 Reference Card (2021, 2024)** (Not stamped; Depo Exhibit P145 – K. Rayment) | | | X | |
| 66 | **C. Harris email to C. Smith re Meter Installation on Building B**, 2021 (WHIN_SBI_0007901 – 7902; Depo Ex. P53 – H. Davidson) | | | X | |
| 67 | **RIOT Letter of Intent to ND**, 2021.01.08 (Not stamped; Depo Ex. P113 - Riot Platforms Corporate Rep (J. McGonegal)) | | AUTH, H,[40] IRR, 403 | | |
| 68 | **C. Harris email to J. Tanemori re- invoicing**, 2021.01.11 (WHIN_SBI_0004408 – 4411; | | | X | |

[35] Third-party statements and documents.
[36] Third-party statements and documents.
[37] SBI statements and documents.
[38] Third-party statements and documents.
[39] Third-party statements and documents.
[40] Third-party document.

| No. | Description | Offered | Objected | Admit | Not Admit |
|-----|-------------|---------|----------|-------|-----------|
|  | Depo Ex. P126 - Corporate Rep. WUS (D. Schatz)) | | | | |
| 69 | **The First Amendment to the Outsourced Operations Service Agreement**, 2021.01.29 (SBIC0003699 – 3710; Depo Ex. D31 - SBIC Corporate Rep (C. Smith); N. Vitalis) | | IRR, 403, PE | | |
| 70 | **Project Warbird Management Presentation**, 2021.02.16 (RIOT_SBI_0000563 – 589; Depo Ex. P111 - Riot Platforms Corporate Rep (J. McGonegal)) | | AUTH, IRR, 403 | | |
| 71 | **ND's due diligence requests to Riot**, 2021.03.01 (RIOT_SBI_0000953 – 959; Depo Ex. P112 - Riot Platforms Corporate Rep (J. McGonegal)) | | AUTH, H,[41] IRR, 403 | | |
| 72 | **Target Company's Disclosure Letter to Stock Purchase Agreement**, 2021.04.08 (RIOT_SBI_0000274 – 315; Depo Ex. P118 - Riot Platforms Corporate Rep (J. McGonegal)) | | IRR, 403 | | |
| 73 | **C. Harris email to J. Tanemori - 'we will always remain loyal'**, 2021.04.11- (WHIN_SBI_0005071 – 5072; Depo Ex. P90 – C. Harris) | | H,[42] IRR, 403, PE | | |
| 74 | **Munters email to C. Harris encl. cooling system manual-drawings**, 2021.04.13 (WHIN_SBI_0009948 – 10011; Depo Ex. P35 - L. Theriot; Corporate Rep. WUS (D. Schatz)) | | H,[43] PE | | |
| 75 | **C. Harris email to C. Smith encl. consent for Riot acquisition**, 2021.04.22 (WHIN_SBI_0006861 – 6863; Depo Ex. P91 – C. Harris) | | IRR, 403 | | |
| 76 | **GMO & Theriot email string re dust filter, fan & water curtain**, 2021.04.28 (GMO00073590 – 73593; Depo Ex. P30 - L. Theriot) | | AUTH, H,[44] IRR, 403, HA, CH, PE | | |
| 77 | **GMO & Theriot email string re water from lake**, 2021.05.11 (GMO00073614 – 73619; Depo Ex. P31 - L. Theriot; D. Schatz) | | AUTH, H,[45] IRR, 403, HA, CH, PE | | |

---

[41] Third-party document and statements.
[42] SBI statements.
[43] Third-party statements and document.
[44] Third-party statements and document.
[45] Third-party statements and document.

| No. | Description | Offered | Objected | Admit | Not Admit |
|---|---|---|---|---|---|
| 78 | **J. Les & C. Harris email string - 'if we kick out SBI'**, 2021.05.17 (WHIN_SBI_0006958 – 6959; Depo Ex. P92 - C. Harris; Riot Platforms Corporate Rep (J. McGonegal)) | | H,[46] IRR, 403 | | |
| 79 | **Schatz email to A. Hammett re Water Tanks**, 2021.05.17 (WHIN_SBI_0009140; Depo Ex. P71 - D. Schatz; Corporate Rep. WUS (D. Schatz)) | | | X | |
| 80 | **J. Les email to J. McGonegal encl. chart of Whinstone capacity in relation to RIOT needs**, 2021.05.17 (RIOT _SBI_0000446 – 447; Depo Ex. P115 - Riot Platforms Corporate Rep (J. McGonegal)) | | AUTH, H,[47] IRR, 403 | | |
| 81 | **J. Les email to B. YI encl. chart of Whinstone capacity**, 2021.05.17 (Not stamped; Depo Ex. P114 - Riot Platforms Corporate Rep (J. McGonegal)) | | AUTH, H[48], IRR, 403 | | |
| 82 | **C. Harris email to SBI encl. Contract Termination Notice**, 2021.05.28 (WHIN_SBI_0004642 – 4644; Depo Ex. P116 - Riot Platforms Corporate Rep (J. McGonegal); Corporate Rep. WUS (D. Schatz)) | | | X | |
| 83 | **C. Smith texts with N. Foster/Kabmoomracks**, 2021.06.19 (SBIC0005573 – 5630 – Depo Ex. D23 - C. Smith;  R. Peters) | | AUTH, H,[49] IRR, 403, OC, EXP, 26 | | |
| 84 | **Schatz email to L. Diaz regarding installing RIOT miners**, 2021.06.22 (WHIN_SBI_0010013 – 10014; Depo Ex. P77 – D. Schatz) | | H,[50] IRR, 403 | | |
| 85 | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000302; Depo Ex. P52 – H. Davidson) | | AUTH,[51] H,[52] IRR, 403, OC, EXP, 26 | | |

---

[46] Third-party statements.
[47] Third-party statements and document.
[48] Third-party statements and document.
[49] Third-party and SBI statements.
[50] Third-party statements.
[51] Created by or on behalf of counsel.
[52] Third-party statements, document, and video.

| No. | Description | Offered | Objected | Admit | Not Admit |
|---|---|---|---|---|---|
| 86 | **Photo of Rhodium miner cage from Kaboomracks video stamped KABOOM_0000296**, 2021.06.23 (KABOOM_0000296; Depo Ex. P50 - H. Davidson; Corporate Rep. WUS (D. Schatz)) | | AUTH,[53] H,[54] IRR, 403, OC, EXP, 26 | | |
| 87 | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000294, Depo Ex. P49 – H. Davidson) | | AUTH,[55] H,[56] IRR, 403, OC, EXP, 26 | | |
| 88 | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000288; Depo Ex. P48 - H. Davidson) | | AUTH,[57] H,[58] IRR, 403, OC, EXP, 26 | | |
| 89 | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000278; Depo Ex. P45 – H. Davison) | | AUTH,[59] H,[60] IRR, 403, OC, EXP, 26 | | |
| 90 | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000276; Depo Ex. P44 – H. Davidson) | | AUTH,[61] H,[62] IRR, 403, OC, EXP, 26 | | |
| 91 | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000290; Depo Ex. P43 – H. Davidson) | | AUTH,[63] H,[64] IRR, 403, OC, EXP, 26 | | |
| 92 | **Kaboomracks video and audio transcript**, 2021.06.23 (KABOOM_0000286; Depo Ex. P42 – H.Davidson) | | AUTH,[65] H,[66] IRR, 403, OC, EXP, 26 | | |

---

[53] Created by or on behalf of counsel.
[54] Third-party statements, photo, and video.
[55] Created by or on behalf of counsel.
[56] Third-party statements, document, and video.
[57] Created by or on behalf of counsel.
[58] Third-party statements, document, and video.
[59] Created by or on behalf of counsel.
[60] Third-party statements, document, and video.
[61] Created by or on behalf of counsel.
[62] Third-party statements, document, and video.
[63] Created by or on behalf of counsel.
[64] Third-party statements, document, and video.
[65] Created by or on behalf of counsel.
[66] Third-party statements, document, and video.

**WHINSTONE'S EXHIBIT AND DEPOSITION DESIGNATION OBJECTIONS   Page 11**

| No. | Description | Offered | Objected | Admit | Not Admit |
|-----|-------------|---------|----------|-------|-----------|
| 93 | **Whinstone Work Orders** 2021.06.28-2021.07.15 (Various Whitone Bates-nos.; Depo Ex. P47 – H. Davidson) | | | X | |
| 94 | **Monday.com re Blowout Machines** , 2021.06.29 (WHIN_SBI_0007299; Depo Ex. P46 - H. Davidson) | | | X | |
| 95 | **J. McGonegal email to M. Brooks re payment**, 2021.07.28 (WHIN_SBI_0000026 - 33; Depo Ex. P134 - Corporate Rep. WUS (D. Schatz)) | | | X | |
| 96 | **SBIC-WUS email string re SBI Contract**, 2021.07.29 (WHIN_SBI_0000499 – 504; Depo Ex. P117 - Riot Platforms Corporate Rep (J. McGonegal); Corporate Rep. WUS (D. Schatz)) | | | X | |
| 97 | **YouTube Screenshot, Inside the Largest Bitcoin Mine in the US**, 2021.08.16 (Not stamped; Depo Ex. P122 - Corporate Rep. WUS (D. Schatz) | | AUTH,[67] H[68], IRR, 403, OC | | |
| 98 | **Cargo Ex & Davidson email string re A10 - 98 Crates**, 2021.09.13 (WHIN_SBI_0007264; Depo Ex. P55 – H. Davidson) | | | X | |
| 99 | **Transcript of 11.11.21 YouTube Video of Chad Harris *with certificate of transcription***, 2021.11.11 (Not stamped; Depo Ex. P82 – C. Harris) | | AUTH,[69] H[70], IRR, 403, OC | | |
| 100 | **SBIC emails to Riot & Whinstone re prepayment adjustment for June 2021**, 2021.12.16 (SBIC0002113 – 2116; Depo Ex. D15 – J. Tanemori) | | | X | |
| 101 | **SBIC & WIS email string re details for shipping**, 2022.03.02 (SBIC0002717 – 2718; Depo Ex. D16 - J. Tanemori; SBIC Corporate Rep (C. Smith)) | | | X | |
| 102 | **Fortune Magazine Article re King of Bitcoin Mining- Exhibit 346**, 2022.03.09 (Not stamped; Depo Ex. P10 - L. Theriot, C. Harris) | | AUTH, H[71], IRR, 403, CH, HA | | |

---

[67] Created by or on behalf of counsel.
[68] Third-party statements and video.
[69] Created by or on behalf of counsel.
[70] Third-party statements and video.
[71] Third-party document.

**WHINSTONE'S EXHIBIT AND DEPOSITION DESIGNATION OBJECTIONS    Page 12**

| No. | Description | Offered | Objected | Admit | Not Admit |
|---|---|---|---|---|---|
| 103 | **SBIC email to WUS re Notice of Claim with Claim for Damages Letter**, 2022.06.03 (SBIC0000393 – 416; Depo Ex. D13 - J. Tanemori;  C. Smith; N. Vitalis) | | AUTH, H,[72] EXP, LC, 26 | | |
| 104 | **N. Foster/Kaboomrack's Site Visit Summary**, 2022.06.22 (SBIC0003777 – 3779; Depo Ex. D26 - C. Smith; SBIC Corporate Rep (C. Smith); R. Peters) | | AUTH, H[73], IRR, 403, OC, LC, EXP, 26 | | |
| 105 | **Bitcoin Mining Facility Design-Airflow Management**, 2022.12.04 (Not stamped; Depo Ex. P146 – K. Rayment | | AUTH, H,[74] IRR, 403, EXP, 26 | | |
| 106 | **TCEQ - WQ General Permits Search**, 2024.08.26 (WHIN_SBI_0007620 – 7621; Depo Ex. P21 – L. Theriot) | | | X | |
| 107 | **Pricing Table from the D-Central Website** (Not stamped; Depo Ex. P142 – R. Peters) | | | X | |
| 108 | **SBIC chart of $22,416,312.74 lost profits** (Not stamped; Depo Ex. D28 – C. Smith) | | AUTH, H,[75] IRR, 403, OC, EXP, 26, 1006 | | |
| 109 | **Email from Chad Harris re: Shipment SBI**, 2019.11.08 (WHIN_SBI_0004956-4961) | | H[76] | | |
| 110 | **Email from Chad Harris re: Rockdale Update Whinstone SBI**, 2019.11.19 (WHIN_SBI_0005000 – 5001) | | | X | |
| 111 | **Email from Chad Harris re: Shipment SBI**. 2019.11.23 (WHIN_SBI_0004175 – 4182) | | H[77] | | |
| 112 | **Email from Jonathan Tanemori re: New Model Build**, 2019.12.05 (SBIC0002322-2323) | | AUTH, H,[78] IRR, 403, TR, EXP, 26, 1006 | | |

---

[72] SBI statements and document.

[73] Third-party document and statements.

[74] Third-party document and statements.

[75] SBI document.

[76] SBI and third-party statements.

[77] SBI and third-party statements.

[78] SBI statements and document.

**WHINSTONE'S EXHIBIT AND DEPOSITION DESIGNATION OBJECTIONS   Page 13**

| No. | Description | Offered | Objected | Admit | Not Admit |
|---|---|---|---|---|---|
| 113 | **Email from Rick Easley re: Building C**, 2020.03.09 (WHIN_SBI_0009437) | | H[79] | | |
| 114 | **Email from C. Harris re: Whinstone powerup**, 2020.06.10 (WHIN_SBI_0009775 – 9776) | | H[80] | | |
| 115 | **Email from Jonathan Tanemori re: Whinstone Contract Update Items**, 2020.08.10 (SBIC0003135) | | AUTH, H,[81] PE | | |
| 116 | **Email from Lyle Theriot re: Crypto hosting contract amendment**, 2020.08.11 (SBIC000189-1892) | | AUTH, H,[82] PE | | |
| 117 | **Email from Jonathan Tanemori re: Whinstone invoices 1299/1300 to SBI**, 2020.08.24 (SBIC0002089-2095) | | AUTH, H,[83] IRR, 403, OC | | |
| 118 | **Email from Jonathan Tanemor re: Sep. 17 call notes**, 2020.09.17 (SBIC0002125-2127) | | AUTH, H,[84] IRR, 403, PE | | |
| 119 | **Email from Carson Smith re: Closing open items**, 2020.10.29 (SBIC0000258- 273) | | AUTH, H,[85] IRR, 403, OC, PE | | |
| 120 | **Lancium slack message**, 2020.11.12 (LAN-SBI_00000835) | | AUTH, H,[86] IRR, 403 | | |
| 121 | **Lancium slack message**, 2021.07.15 (LAN-SBI_00001017) | | AUTH, H,[87] LPK, IRR, 403 | | |
| 122 | **Lancium slack message**, 2021.07.16 (LAN-SBI_00001018) | | AUTH, H,[88] LPK, IRR, 403 | | |

[79] Third-party statements.
[80] Third-party statements.
[81] SBI statements and document.
[82] SBI statements and document.
[83] SBI statements and document.
[84] SBI statements and document.
[85] SBI statements and document.
[86] Third-party statements and document.
[87] Third-party statements and document.
[88] Third-party statements and document.

**WHINSTONE'S EXHIBIT AND DEPOSITION DESIGNATION OBJECTIONS   Page 14**

| No. | Description | Offered | Objected | Admit | Not Admit |
|-----|-------------|---------|----------|-------|-----------|
| 123 | **Email from David Schatz re: Rhodium Project Request Clarification EX 297**, 2022.06.08 (RHOD-BK-00067803 – 67808) | | AUTH, H,[89] IRR, 403, EXP, 26 | | |
| 124 | **Email from Xiao Su re: Shipment SBI**, 2018.11.23 (WHIN_SBI_0000683 – 689) | | H[90] | | |
| 125 | **Email from Chad Harris re: SBI intro to RIOT**, 2021.05.11 (WHIN_SBI_0006980) | | IRR, 403 | | |
| 126 | **Email from Chad Harris re: Notice of Claim**, 2022.05.27 (WHIN_SBI_0007198) | | H,[91] LC | | |
| 127 | **SBI Crypto – Agreement Regarding Security Deposit under Hosting Service Agreement**, 2020.10.28 (WHIN_SBI_0008338 – 8341) | | IRR, 403 | | |
| 128 | **Email from Chad Harris**, 2020.07.09 ((WHIN_SBI_0008448 – 8452) | | H[92] | | |
| 129 | **Email from Chad Harris re: PPM-Whinstone Call Follow-up**, 2020.08.24 (WHIN_SBI_0008501 – 8503) | | H,[93] IRR, 403 | | |
| 130 | **Messages between Carson Smith and Ashton Harris**, 2020.08.25 WHIN_SBI_0008552 – 8558 | | H,[94] IRR, 403, OC | | |
| 131 | **Declaration of David Schatz in Support of Defendant Whinstone US, Inc.'s Motion for Partial Summary Judgment [Dkt. 164-25]** | | H[95] | | |
| 132 | **Declaration of David Schatz [Dkt. 47-6]** | | H[96] | | |
| 133 | **Declaration of Ashton Harris [Dkt. 47-7]** | | H[97] | | |
| 134 | **Email from Aroosh Thillai re: SBI understanding and terms**, 2019.09.11 (Ex. 4-filed under seal, SBIC0000482 – 483) | | AUTH, H,[98] IRR, 403, PE | | |

[89] Third-party statements and document.
[90] SBI and third-party statements.
[91] SBI statements.
[92] Third-party statements.
[93] Third-party statements.
[94] SBI statements.
[95] Witness is available. *See* Fed. R. Civ. Proc. 32.
[96] Witness is available. *See* Fed. R. Civ. Proc. 32.
[97] Witness is available. *See* Fed. R. Civ. Proc. 32.
[98] SBI statements.

**WHINSTONE'S EXHIBIT AND DEPOSITION DESIGNATION OBJECTIONS   Page 15**

| No. | Description | Offered | Objected | Admit | Not Admit |
|-----|-------------|---------|----------|-------|-----------|
| 135 | **Email from Aroosh Thillai re: SBI new contract Draft**, 2019.10.02 (Ex. 6- filed under seal, WHIN_SBI_0002152) | | H,[99] IRR, 403, PE | | |
| 136 | **Email from Jonahtan Tanemori re: SBI Hosting Contract Draft**, 2019.10.16 (Ex. 7 – filed under seal, SBIC0001181) | | AUTHa,S H,[100] IRR, 403, PE | | |
| 137 | **Email from Jonathan Tanemori re: Hosting fee adjustment/miner count through the end of July**, 2020.08.04 (Ex. 12 – filed under seal, SBIC0002327- 2331) | | AUTH, H,[101] IRR, 403, PE | | |
| 138 | **Email from Jonathan Tanemori re: SBI Crypto hosting contract amendment**, 2020.08.10 (Ex. 13 – filed under seal, SBIC0001897) | | AUTH, H,[102] IRR, 403, PE | | |
| 139 | **SBI Crypto – Agreement Regarding Security Deposit under Hosting Service Agreement**, 2020.10.28 (Ex. 14 – filed under seal, WHIN_SBI_0007132 – 7135) | | IRR, 403 | | |
| 140 | **Email from Jonathan Tanemori re: Closing open items**, 2020.11.10 (Ex. 15 – filed under seal, WHIN_SBI_0002017 – 2034) | | H,[103] IRR, 403, OC, PE | | |
| 141 | **Whinstone US Inc invoices** (Ex. 16 – filed under seal, SBIC000420-421) | | | X | |
| 142 | **Email from Chad Harris re: Balance due to SBI after billing work**, 2022.02.14 (Ex. 27 – filed under seal, WHIN_SBI_0007097 – 7101) | | | X | |
| 143 | **Email from Johathan Tanemori re: Details for Shipping**, 2022.03.02 (Ex. 29 – filed under seal, SBIC0002717 – 2718) | | | X | |
| 144 | **Email from Jason Les re: SBI Termination Repayment**, 2021.06.30 (Ex. 30 – filed under seal, WHIN_SBI_0005169 – 5200) | | H[104] | | |
| 145 | **Email from Jonathan Tanemori re: Adjustment for June 2021 Prepayment**, | | AUTH, H[105] | | |

---

[99] SBI statements.
[100] SBI statements.
[101] SBI statements and documents.
[102] SBI statements.
[103] SBI and third-party statements.
[104] Third-party and SBI statements and SBI documents.
[105] SBI statements and documents.

**WHINSTONE'S EXHIBIT AND DEPOSITION DESIGNATION OBJECTIONS   Page 16**

| No. | Description | Offered | Objected | Admit | Not Admit |
|---|---|---|---|---|---|
| | 2021.12.16 (Ex. 31 – filed under seal, SBIC0002113- 2116) | | | | |
| 146 | **Email from Chad Harris re: SBIC remaining Avalons turn on schedule**, 2020.08.11 (Ex. 42, – filed under seal, SBIC0001941) | | AUTH, H,[106] PE | | |
| 147 | **Email from Lyle Theriot re: Crypto hosing contract amendment**, 2020.08.12 (Ex. 43, – filed under seal, SBIC0000459 - 460) | | AUTH, H,[107] IRR, 403, PE | | |
| 148 | **Email from Carson Smith re: Closing open items**, 2020.10.29 (Ex. 44 – filed under seal, WHIN_SBI_0000539 – 556) | | H,[108] IRR, 403, OC, PE | | |
| 149 | **Email from Chad Harris re: Rockdale Update Whinstone SBI**, 2019.11.19 (Ex. 27 – filed under seal, WHIN_SBI_0005039- 5040) | | | X | |
| 150 | **Email from Jonathan Tanemori re: SBIC Crpto hosting contract amendment**, 2020.08.10 (Ex. 41 – filed under seal, SBIC0002053- 2056) | | AUTH, H,[109] IRR, 403, LE | | |
| 151 | **Russian Federation "BITRIVER RUS Limited Liability Company" Proposal for utilizing housing services**, dated 2020.11.11- English version (SBIC0006451 – 6469) | | AUTH, H,[110] LPK, IRR, 403, EXP, 26 | | |
| 152 | **LinkedIn Profile of L. Theriot** (Depo Ex. P9) | | | X | |
| 153 | **C. Harris email to Turbine Power Inc. re permit for water runoff**, 2019.09.03 (WHIN_SBI_0008423 – 8427; Depo Ex. 18, L. Theriot) | | H,[111] IRR, 403, CH, HA, PE | | |
| 154 | **C. Harris email re: Sell Power**, 2020.07.16 (WHIN_SBI_0005100) | | H,[112] IRR, 403, CH, HA, PE | | |
| 155 | **03 Russia Mining 2021-20220601.xlsx,"** (SBIC0002121) | | AUTH, H,[113] IRR, 403, LPK, BE, EXP, | | |

---

[106] SBI statements.
[107] SBI statements.
[108] SBI statements.
[109] SBI statements and documents.
[110] Third-party statements and document.
[111] Third-party statements.
[112] Third-party statements.
[113] SBI statements and documents.

| No. | Description | Offered | Objected | Admit | Not Admit |
|-----|-------------|---------|----------|-------|-----------|
|  |  |  | 26, OC, 1006 |  |  |
| 156 | **02 Whinstone-Mining-PNL-v2,"** (SBIC0002120) |  | AUTH, H,[114] IRR, 403, LPK, BE, EXP, 26, OC, 1006 |  |  |
| 157 | **Texas vs. Russia-2020109.xlsx,"** (SBIC0005997) |  | AUTH, H,[115] IRR, 403, LPK, BE, EXP, 26, OC, 1006 |  |  |
| 158 | **Picture** (KABOOM_0000135) |  | AUTH, H,[116] IRR, 403, LPK, EXP, 26 |  |  |
| 159 | **Picture** (KABOOM_0000123) |  | AUTH, H,[117] IRR, 403, LPK |  | ` |
| 160 | **Perry & Perry Purchase Order** (Perry 0001-0073) |  | AUTH, H,[118] IRR, 403 |  |  |
| 161 | **Transmission/Substation Facility Extension Agreement**, 2019.11.25 WHIN SBI 0007582 |  |  | X |  |
| 162 | **Preliminary Investigation Report of Russua Federation "Bitriver Rus LLC"**, 2020-11.20 (SBIC0006476 – 6478) |  | AUTH, H,[119] LPK, IRR, 403, EXP, TR, 26 |  |  |
| 163 | **Python Script** (SBIC0010241) |  | AUTH, H,[120] IRR, EXP, 403, 26, 1006 |  |  |

---

[114] SBI statements and documents.
[115] SBI statements and documents.
[116] Third-party document.
[117] Third-party document.
[118] Third-party statements and documents.
[119] Third-party statements and document.
[120] SBI statements.

| No. | Description | Offered | Objected | Admit | Not Admit |
|-----|-------------|---------|----------|-------|-----------|
| 164 | **Wallet Addresses** (SBIC0010476) | | AUTH, H,[121] IRR, 403, 26, 1006 | | |
| 165 | **Public Keys** (SBIC0010464-0010475) | | AUTH, H,[122] IRR, 403, 26, 1006 | | |
| 166 | **Muroo Contract and invoices** (SBIC005938-6044) | | AUTH, H,[123] LPK, IRR, 403 | | |
| 167 | **Muroo Administrative Fees and Related Documents** (SBIC0011398- 0011459) | | AUTH, H,[124] IRR, 403, 26, OC, CH, HA | | |
| 168 | **Deloitte Audit Documents** (SBIC0010414-0010455) | | AUTH, H,[125] LPK, IRR, 403, EXP, OC, 26, 1006, TR | | |
| 169 | **Internal Audit Documents and Meeting Notes** (SBIC0010456-0010463) | | AUTH, H,[126] LPK, IRR, 403, EXP, OC, 26, 1006, TR | | |
| 170 | **March 28, 2025, Expert Report of Phil Isaak and any documents referenced therein.** | | AUTH, H,[127] LPK, BE, IRR, 403, EXP, OC, 26, LC, TR, 1006 | | |

---

[121] SBI statements.
[122] SBI statements.
[123] Third-party document.
[124] SBI statements.
[125] SBI and third-party statements and documents.
[126] SBI and third-party statements and documents.
[127] SBI and third-party statements and documents.

| No. | Description | Offered | Objected | Admit | Not Admit |
|---|---|---|---|---|---|
| 171 | March 27, 2025, Expert Report of Charles Byers and any documents referenced therein. | | AUTH, H,[128] LPK, BE, IRR, 403, EXP, OC, 26, LC, TR, 1006 | | |
| 172 | Declaration of Charles Byers | | H,[129] LPK, BE, IRR, 403, EXP, OC, 26, 1006 | | |
| 173 | March 28, 2025, Expert Report of Dr. Randall Valentine and any documents and spreadsheets referenced therein. | | AUTH, H,[130] LPK, BE, IRR, 403, EXP, OC, 26, LC, TR, 1006 | | |
| 174 | Declaration of Dr. Randall Valentine | | H,[131] LPK, BE, IRR, 403, EXP, OC, 26, 1006 | | |
| 175 | August 8, 2025, Expert Report of Michael Schuler and any documents referenced therein. | | AUTH, H,[132] LPK, BE, IRR, 403, EXP, OC, 26, LC, TR, 1006 | | |
| 176 | Photos from Site Visit- 2021.06.10 (SBIC0003526-3566; SBIC0003528-3649; SBIC0003802-3804) | | AUTH, IRR, 403, OC | | |
| 177 | Photos from Kaboomracks- 2021.06.22 (SBIC0003809-3858) | | AUTH, IRR, 403 | | |

[128] SBI and third-party statements and documents.
[129] SBI and third-party statements and documents, as well as the witness is not unavailable. *See* Fed. R. Civ. Proc. 32.
[130] SBI and third-party statements and documents.
[131] SBI and third-party statements and documents, as well as the witness is not unavailable. *See* Fed. R. Civ. Proc. 32.
[132] SBI and third-party statements and documents.

| No. | Description | Offered | Objected | Admit | Not Admit |
|---|---|---|---|---|---|
| | | | OC, EXP, 26 | | |
| 178 | **Business Records Affidavit for the Custodian of Records of Lancium LLC dated December 23, 2025** | | H,[133] 26 | | |
| 179 | **Charles Byers' photographs of miner tear down**, 2.27.25 (SBIC0006192-6205) | | AUTH, H, IRR, 403, BE, EXP, CH, HA | | |
| 180 | **Charles Byers photographs**, 12.16.24 (SBIC0014430-14483) | | AUTH, H, IRR, 403, BE, EXP, CH, HA | | |
| 181 | **C. Harris-C. Smith-Canaan WhatsApp Texts** (7.7.20 - 12-04.23) (SBIC0005827 – 5881) | | AUTH, H, IRR, EXP, 26 | | |
| 182 | **Pyote Hosting Agreement**, 7.10.19 (SBIC0003447-60; Depo Ex. 2 – Tanemori) | | IRR, 403 | | |
| 183 | **Whinstone's Objections and Answers to Plaintiff's 2nd Set of Rogs**, 12,27.24 | | IRR, 403 | | |
| 184 | **Whinstone's Supplemental Answers to Plaintiff's 2nd Set of Rogs**, 1.17.25 | | IRR, 403 | | |
| 185 | **Phillip Issak's Site Photos**, 11.7.24 (SBIC0006045-6191) | | AUTH, H, IRR, 403, EXP, CH, HA | | |

**II.    Objections to SBI's Deposition Designations:**

| | Page and Line Number | Counter-Designations | Objections to Designations |
|---|---|---|---|
| 1. | 19:2-3 | | |
| 2. | 20:7-14 | 20:15-21:1 | OC |
| 3. | 33:6-9 | 30:14-23[134] | OC, IR, 403 |

---

[133] Third-party statements.
[134] Subject to objections.

**WHINSTONE'S EXHIBIT AND DEPOSITION DESIGNATION OBJECTIONS    Page 21**

| | | | |
|---|---|---|---|
| 4. | 35:5-10 | 35:11-13, 35:15, 36:11-15, 36:23-25[135] | H, OC, 403 |
| 5. | 44:5-17 | | |
| 6. | 49:3-11 | | |
| 7. | 60:7-61:7 | 56:16-57:10, 57:13-14[136] | H, OC, IRR, 403, LPK, EXP, 26, HA, CH |
| 8. | 63:14-64:4 | 67:7-9, 67:11-19[137] | H, OC, 403, LPK, EXP, 26, HA, CH |
| 9. | 66:24-67:3 | 67:7-9, 67:11-19[138] | H, OC, 403, LPK, EXP, 26, HA, CH |
| 10. | 71:9-24 | 70:16-71:5, 238:3-139:13 | OC |
| 11. | 74:24-75:11 | 74:8-13, 75:13-17, 75:20-76:5, 77:1-9, 79:16-80:19[139] | H, OC, 403, LPK, EXP, 26, HA, CH |
| 12. | 85:18-86:9 | 86:13-17, 86:20-87:3[140] | H, OC, 403, LPK, EXP, 26, HA, CH |
| 13. | 96:3-11 | 95:11-18, 97:14-25, 101:4-7, 101:9-16[141] | H, OC, 403, LPK, EXP, 26, HA, CH |
| 14. | 97:4-25 | 95:11-18, 101:4-7, 101:9-16[142] | OC, EXP, 26, 403, LPK, HA, CH |
| 15. | 98:1-7 | 95:11-18, 97:14-25, 101:4-7, 101:9-16[143] | OC, EXP, 26, 403, LPK, HA, CH |
| 16. | 98:8-24 | 95:11-18, 97:14-25, 101:4-7, 101:9-16[144] | OC, EXP, 26, 403, LPK, HA, CH |
| 17. | 102:2-24 | 95:11-18, 97:14-25, 101:4-7, 101:9-16[145] | OC, EXP, 26, 403, LPK, HA, CH |
| 18. | 111:11-16 | 110:5-20, 110:23-111:4[146] | OC, EXP, 26, 403, LPK, HA, CH |
| 19. | 121:3-24 | 122:7-10, 122:14-15, 123:4-9, 123:11[147] | OC, EXP, 26, IRR, 403, LPK, HA, CH |

---

[135] Subject to objections.
[136] Subject to objections.
[137] Subject to objections.
[138] Subject to objections.
[139] Subject to objections.
[140] Subject to objections.
[141] Subject to objections.
[142] Subject to objections.
[143] Subject to objections.
[144] Subject to objections.
[145] Subject to objections.
[146] Subject to objections.
[147] Subject to objections.

| 20. | 123:20-124:3 | 124:23-25, 125:2-3[148] | OC, EXP, 26, IRR, 403, LPK, HA, CH |
| 21. | 124:9-22 | 124:23-25, 125:2-3[149] | OC, EXP, 26, IRR, 403, LPK, HA, CH |
| 22. | 125:15-17 | 124:23-25, 125:2-3, 125:18-24, 126:1-2, 126:4-11, 126:14-15[150] | OC, EXP, 26, IRR, 403, LPK, HA, CH |
| 23. | 128:9-25 | 124:23-25, 125:2-3, 125:18-24, 126:1-2, 126:4-11, 126:14-15[151] | OC, EXP, 26, IRR, 403, LPK, HA, CH |
| 24. | 133:5-15 | 134:14-18, 134:21-135:1, 136:13-18, 136:21-25[152] | OC, EXP, 26, IRR, 403, LPK, HA, CH |
| 25. | 135:4-11 | 134:14-18, 134:21-135:1, 136:13-18, 136:21-25[153] | OC, EXP, 26, IRR, 403, LPK, HA, CH |
| 26. | 144:3-12 | 145:9-15, 145:18-146:4, 146:7-14[154] | OC, EXP, 26, IRR, 403, LPK, HA, CH |
| 27. | 160:5-21 | 160:25-161:4, 161:8[155] | OC |
| 28. | 174:12-20 | 174:22-175:2, 175:5-16, 175:19-176:5[156] | H, OC, 403, LPK, EXP, 26, HA, CH |
| 29. | 208:8-17 | 221:14-16, 221:19-25, 222:2-9 | OC |

---

[148] Subject to objections.
[149] Subject to objections.
[150] Subject to objections.
[151] Subject to objections.
[152] Subject to objections.
[153] Subject to objections.
[154] Subject to objections.
[155] Subject to objections.
[156] Subject to objections.

**WHINSTONE'S EXHIBIT AND DEPOSITION DESIGNATION OBJECTIONS   Page 23**

Respectfully submitted,

FOLEY & LARDNER LLP

By:  */s/ Brandon C. Marx*  _____
       Robert T. Slovak
       Texas Bar No. 24013523
       rslovak@foley.com
       Steven C. Lockhart
       Texas Bar No. 24036981
       slockhart@foley.com
       J. Michael Thomas
       Texas Bar. No. 24066812
       jmthomas@foley.com
       Brandon C. Marx
       Texas Bar No. 24098046
       bmarx@foley.com
       2021 McKinney Avenue, Suite 1600
       Dallas, Texas 75201
       Telephone: (214) 999-3000
       Facsimile: (214) 999-4667

       and

       Craig D. Cherry
       State Bar No. 24012419
       Mark D. Siegmund
       State Bar No. 24117055
       **CHERRY JOHNSON SIEGMUND**
       **JAMES PLLC**
       Bridgeview Center
       7901 Fish Pond Road, 2nd Floor
       Waco, Texas   76710
       Telephone:  (254) 732-2242
       Facsimile:   (866) 627-3509
       ccherry@cjsjlaw.com
       msiegmund@cjsjlaw.com

       **ATTORNEYS FOR DEFENDANT**
       **WHINSTONE US., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, a copy of the foregoing document was emailed to all counsel of record.

*/s/ Brandon C. Marx*
Brandon C. Marx