# EXHIBIT 5

CONFIDENTIAL- ATTORNEY'S EYES ONLY
Transcript of Nick Vitalis
Conducted on July 7, 2025

1 (1 to 4)

## Page 1

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
                       WACO DIVISION

SBI CRYPTO CO., LTD.,      )
                           )
        PLAINTIFFS,        )
                           ) CIVIL ACTION
VS.                        )
                           ) No. 6:23-cv-252-ADA-JCM
WHINSTONE US, INC.,        )
                           )
                           )
        DEFENDANTS.        )

-------------------------------------------------
              ATTORNEY'S EYES ONLY
             ORAL AND VIDEOTAPED
          DEPOSITION OF NICK VITALIS
                  JULY 7, 2025
-------------------------------------------------

    ORAL AND VIDEOTAPED DEPOSITION OF NICK VITALIS,
produced as a witness at the instance of the DEFENDANT,
and duly sworn, was taken in the above-styled and
numbered cause on the JULY 7, 2025, from 9:32 a.m. to
1:39 p.m., before Kelly Bryant, CSR in and for the State
of Texas, reported by machine shorthand, Winstead, 2728
N. Harwood Street, Suite 500, Dallas, Texas 75201,
pursuant to the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.
```

## Page 2

```
                    A P P E A R A N C E S

FOR THE PLAINTIFF:

    CORY JOHNSON
    Winstead PC
    2728 N. Harwood Street, Suite 500
    Dallas, Texas 75201
    Telephone: 214.745.5209
    Cjohnson@winstead.com

FOR THE DEFENDANT:

    ROBERT T. SLOVAK
    BRANDON C. MARX
    Foley & Lardner LLP
    2021 McKinney Avenue, Suite 1600
    Dallas, TX 75201
    Telephone: (214) 999-3000
    Rslovak@foley.com
    Bmarx@foley.com

ALSO PRESENT:

    Jesse Castro, videographer
```

## Page 3

```
                         INDEX
                                                   PAGE
NICHOLAS EDWARD VITALIS

    DIRECT EXAMINATION BY MR. SLOVAK............... 4

                        EXHIBITS
NO.         DESCRIPTION                            PAGE
Previously  E-mail June of 2021 from Jonathan
marked      Tanemori to Carson Smith -- Carson
Exhibit 5   Blake, and then Iokuda..............   120
Previously  E-mail from Carson Smith to Chad
marked      Harris and others dated June the
Exhibit 13  3rd of 2022.........................   117
Previously  E-mail communication between
marked      Carson Smith, Jonathan Tanemori
Exhibit 18  back in May of 2021.................   105
Previously  Communication from Jonathan
marked      Tanemori to Carson Smith and
Exhibit 19  Carson Blake dated June the 3rd of
            2021................................   121
Previously
marked      Hosting agreement for the Russia
Exhibit 31  facility............................   137
Previously
marked      Communication between Ashton
Exhibit 43  Harris and Carson Smith.............   131
```

## Page 4

```
                    P R O C E E D I N G S
        VIDEOGRAPHER:  Here begins Media Number 1
in videotaped deposition of Nick Vitalis, In the Matter
of SBI Crypto Co., Ltd., v. Whinstone U.S., Inc., in the
United States District Court for the Western District of
Texas Waco Division, Case No. 6:23-C.V-252-ADA-JCM.
        Today's date is July 7th, 2025.  The time
on the video monitor is 9:32 a.m.  The videographer
today is Jesse Castro representing Planet Depos.  This
video deposition taking place at 2728 North Harwood
Street, Suite 500, Dallas, Texas 75201.
        Would counsel please voice-identify
themselves and state whom they represent?
        MR. JOHNSON:  Cory Johnson of Winstead PC
here on behalf of Plaintiff SBI Crypto Limited.
        MR. SLOVAK:  Rob Slovak and Brandon Marx
with Foley & Lardner on behalf of Whinstone, the
Defendant.
        VIDEOGRAPHER:  The court reporter today
is Kelly Bryant, also representing Planet Depo.  The
witness may be sworn.
        NICHOLAS EDWARD VITALIS,
having been first duly sworn, testified as follows:
              DIRECT EXAMINATION
BY MR. SLOVAK:
```

CONFIDENTIAL- ATTORNEY'S EYES ONLY

Transcript of Nick Vitalis
Conducted on July 7, 2025

3 (9 to 12)

---

**9**

1   Q.  Okay.  Well, let me ask it this way:
2       As -- as -- as -- what's your role at --
3  when you say you're seconded to SBI Crypto, what does
4  that mean?
5   A.  That means my overall employer is SBI
6  Holdings; however, my responsibility is 100 percent
7  dedicated towards SBI Crypto and its business.
8   Q.  Okay.  And so -- so what is your -- your title
9  with SBI Crypto?
10  A.  With SBI Crypto, it's CEO and representative
11 director.
12  Q.  Okay.  Where is SBI Crypto incorporated?
13  A.  It's incorporated in Japan.
14  Q.  To your knowledge, is SBI Crypto registered to
15 do business in Texas?
16  A.  Registered to do business in Texas?  Sorry,
17 what does that -- what does that mean?
18  Q.  Do you know whether SBI Crypto is registered
19 with the Texas Secretary of State to do business in the
20 State of Texas?
21  A.  That I do not recall.
22  Q.  And as CEO and Representative Director of SBI
23 Crypto, what are your duties and responsibilities?
24  A.  Primarily, to have oversight of the business
25 strategy and direction.  Obviously, responsibility as

**10**

1  well for the staff who are assigned to us.
2   Q.  Does SBI Crypto have employees?
3   A.  SBI Crypto has individuals who are also
4  seconded from SBI Holdings.
5   Q.  And so that's a term that -- that -- I mean, I
6  know generally what the term seconded means, but -- but
7  can you explain to the judge and jury in your view what
8  that means, he seconded by SBI Crypto?
9   A.  Essentially, employees are contractually --
10 have an employment contract with SBI Holdings and
11 they're assigned to perform duties and obligations to
12 service the needs of SBI Crypto.
13  Q.  And so you have an employment contract with
14 SBI Holdings?
15  A.  Yes, that's correct.
16  Q.  And are you paid a salary?
17  A.  I am paid a salary, yes, that's correct.
18  Q.  And is that salary paid by SBI Holdings?
19  A.  The salary is paid by SBI Holdings directly,
20 yes.
21  Q.  Is any part of your compensation directly tied
22 to the performance of SBI Crypto?
23  A.  Sorry, can you repeat the question?
24  Q.  Sure.  Is any portion of your compensation as
25 CEO and Representative Director seconded to SBI Crypto

**11**

1  -- is any part of that compensation tied to SBI Crypto
2  performance?
3   A.  Honestly, I'm not sure how the evaluation and
4  performance of my salary and compensation is calculated,
5  as it's done by management.  So I wouldn't be able to
6  comment on the specifics.
7   Q.  Okay.  Well, do you receive a bonus as part
8  of your compensation?
9   A.  Typically, there is sometimes a bonus, yes.
10  Q.  Do you know how that bonus is determined?
11  A.  I do not.
12  Q.  Okay.  So it's your testimony that you don't
13 understand whether any portion of your compensation is
14 tied to the SBI Crypto performance?
15      Is that -- do I have that right?
16  A.  It's my testimony that I'm -- I'm not fully
17 aware as to -- exactly how the compensation is -- is
18 calculated.
19  Q.  Okay.  Well, that's a little bit different
20 than asking whether it's tied to it at all.
21      So without detailing exactly how it's
22 determined, is -- to your knowledge is any portion of
23 your compensation tied to the performance of SBI Crypto?
24  A.  Again, I'm -- I'm not clear as to exactly how
25 the calculations are done from my compensation.  So I'd

**12**

1  have to leave my answer as such.
2   Q.  Okay.  When did you become the CEO and
3  Representative Director of SBI Crypto?
4   A.  I don't recall the exact dates; however, I
5  believe it was some time around the summer of 2023,
6  approximately around September.
7   Q.  The summer of 2023?
8   A.  Correct.
9   Q.  And were you working for any other entity in
10 the SBI Holdings family before the summer of 2023?
11  A.  Before the summer of 2023, yes.
12  Q.  Okay.  Who did you work for?
13  A.  For --
14  Q.  Why don't we go backwards.
15  A.  Okay.
16  Q.  So at the time that you became the CEO and
17 Representative Director of SBI Crypto in the summer of
18 2023, what were you doing, and then kind of take us back
19 to your history with the SBI entities.
20  A.  Okay.  Before September of 2023, there were
21 other entities that I did work with within the group.
22      One of them would have been SBI Securities
23 Solutions and another entity would have been SBI Bits,
24 B-I-T-S.
25  Q.  I'm sorry.  SBI what?

```
                                              89
 1  our policy was on -- on Bitcoin.
 2          That being that our long-term position is
 3  to
 4
 5
 6     Q.  Okay.  So let me break that down a little bit.
 7          You said that -- that you've had a
 8  conversation with Mr. Valentine to make sure that his
 9  views are supported by facts and empirical data?
10          What specific facts have you provided to
11  Mr. Valentine?
12     A.  I don't recall the specifics of the data
13  provided.  For the most part, I was trying to remain
14  independent of their process, them being experts, in
15  terms of evaluating their models.
16          The inputs that I do recall, as I -- as I
17  remember and I mentioned before was around
18                                    .
19     Q.  Okay.  What -- other than -- than talking to
20  Mr. Valentine about a policy to hold Bitcoin, what else
21  do you recall speaking with Mr. Valentine about
22  specifically?
23     A.  Specifically, I recall seeing and -- and --
24  and -- he was going through a few different models and
25  modelling and calculations, but, obviously, again I
```

```
                                              90
 1  don't recall the specificness without it in front of --
 2  of me --
 3          (Crosstalk)
 4     Q.  When -- when you say going through models, did
 5  Mr. Valentine provide you copies of the models that he
 6  prepared?
 7     A.  I recall seeing a version, I believe.  I don't
 8  remember the timeframe.
 9     Q.  In what manner was it presented to you?
10     A.  I can't recall the actual medium; however --
11  yeah, whether it was --
12     Q.  Have you communicated with Mr. Valentine --
13     A.  -- e-mail --
14     Q.  -- in e-mail?
15     A.  I believe there were some communications
16  around invoicing.
17     Q.  Have you provided any specific comments
18  regarding any of the models that he's provided?
19     A.  Again, I've tried to remain independent of the
20  process to let the experts review the facts and data and
21  come up with their own analysis and conclusions.
22          MR. SLOVAK:  Okay.  I -- I'm going to
23  object as nonresponsive.  My question wasn't what you
24  tried to do.
25     Q.  (BY MR. SLOVAK) My question is:  Did you
```

```
                                              91
 1  provide any specific comments to Mr. Valentine about any
 2  of the models that he's presented to you?
 3     A.  I don't recall any specific --
 4     Q.  Okay.
 5     A.  -- elements.
 6     Q.  Do you recall providing any specific
 7  information to Mr. Valentine other than the policy on
 8  Bitcoin?
 9     A.  The policy on Bitcoin, as well as the other
10  factors that I mentioned around making sure it was data
11  and factual driven and can withstand scrutiny.
12     Q.  Okay.  What specific data, if any, have you
13  provided to Mr. Valentine?
14     A.  I don't recall specifically around data, yeah.
15     Q.  Okay.  And you mentioned that you talked about
16  the policy on Bitcoin.
17          Is that a written policy?
18
19
20
21
22
23
24
25
```

```
                                              92
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20     Q.  So there are board-related minutes that you
21
22
23
24
25
```

CONFIDENTIAL- ATTORNEY'S EYES ONLY

Transcript of Nick Vitalis
Conducted on July 7, 2025

24 (93 to 96)

93
1  continue to hold onto our positions.
2    Q.  During what year?
3    A.  I don't recall the specific years and -- and
4  dates.
5    Q.  Did you participate in any board meetings
6  prior to becoming the CEO and responsible director in
7  September of 2023?
8  [REDACTED]
9  [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18   Q.  Have you ever attempted to perform any
19 calculation of SBI's lost profits in connection with
20 this case?
21   A.  I have left the calculation of that to
22 experts.
23   Q.  And you didn't refine those calculations in
24 anyway?
25   A.  Again, I wanted to remain impartial, so I left

94
1  the --
2    Q.  Is that a, no, you didn't refine those
3  calculations in any way?
4    A.  Refine the calculations?
5        So, what's the definition -- can you
6  restate --
7    Q.  Look, I'm not trying to be obtuse here.
8        Let me just ask it this way:  You didn't
9  yourself perform any calculations of lost profits
10 related to this litigation; is that fair?
11   A.  I left that -- yes, I left that to the
12 experts.
13   Q.  And did you make any specific suggestions to
14 the experts about how to go about performing their
15 calculations?
16   A.  Specific suggestions?
17       I don't recall any specific suggestions.
18   Q.  Did you make any comments about how to change
19 any of their calculations?
20   A.  I don't recall any comments as such to change
21 their calculations.
22   Q.  How about any of the methodologies they use to
23 perform their calculations?
24   A.  Methodologies used to perform their
25 calculations?

95
1    I don't recall.
2    Q.  And you -- you were here when Mr. Smith
3  testified in this case and saw that he had created some
4  spreadsheet models.
5        Do you recall that?
6    A.  Yes, I was here during his test -- testimony,
7  his deposition.  As to how the spreadsheets and models
8  were created who had an input into which component, I
9  don't recall exactly the nuance --
10   Q.  Well, were you --
11   A.  -- of his testimony.
12   Q.  -- involved in the preparation of those
13 spreadsheets?
14   A.  Was I involved in the preparation of the
15 spreadsheets?
16       Again, I left that to the experts that we
17 designated.
18   Q.  And -- and we're speaking past one another.
19 I'm speaking about Mr. Smith's spreadsheets --
20   A.  Uh-huh.
21   Q.  -- the ones he testified about.
22       My question to you is:  Were you involved
23 in the preparation of those spreadsheets?
24   A.  I was not involved in the preparation of those
25 spreadsheets.

96
1    Q.  Were you involved in providing any comments
2  about how to change those spreadsheets in any way?
3    A.  Again, no, I did not contribute to.
4    Q.  Have you ever spoken with anyone at
5  Kaboomracks?
6    A.  Kaboomracks?
7        I believe they're -- they're typically
8  around at some of the mining convention events.  So I
9  believe over the years, I have spoken and met with a few
10 individuals.
11   Q.  Have you spoken to anyone at Kaboomracks about
12 the Rockdale facility?
13   A.  About the Rockdale facility?
14   Q.  Yes, sir.
15   A.  About the Rockdale facility, I don't recall.
16   Q.  Have you reviewed any communications from
17 anyone at Kaboomracks about the Rockdale facility?
18   A.  Communication about the conditions at the
19 Rockdale facility?
20   Q.  I -- I didn't --
21   A.  I --
22   Q.  -- limit it to conditions.
23       Have you had any communications with
24 anyone at Kaboomracks about the Rockdale facility,
25 period?

157

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF TEXAS
            WACO DIVISION
                       )
SBI CRYPTO CO., LTD.,  )
                       )
                       )
       PLAINTIFFS,     )
                       ) CIVIL ACTION
VS.                    )
                       ) No. 6:23-cv-252-ADA-JCM
                       )
WHINSTONE US, INC.,    )
                       )
                       )
                       )
       DEFENDANTS.     )
```

_____

REPORTER'S CERTIFICATION
DEPOSITION OF NICK VITALIS
JULY 7, 2025
_____

I, Kelly Bryant, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the foregoing deposition of NICK VITALIS, the witness, hereinbefore named was, at the time named, taken by me in stenograph on JULY 7, 2025 having been first duly cautioned and sworn to tell the truth, the whole truth, and nothing but the truth, and the same were thereafter reduced to typewriting by me or under my direction.

158

I further certify that pursuant to FRCP Rule 30(f)(1) that the signature of the deponent:

_____ was requested by the deponent or a party before the completion of the deposition and is to be returned within 30 days from date of receipt of the transcript. If returned, the attached Changes and Signature Page contains any changes and the reasons Therefor;

\_\_XXX\_\_ was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

GIVEN UNDER my hand of office on July 14th, 2025.

*Kelly Bryant*
KELLY BRYANT
Texas CSR No. 5772
Expiration Date: 07/31/25