# EXHIBIT 6

From: Jonathan Tanemori (SBI Holdings)
Sent: Thursday, June 25, 2020 7:06 PM CDT
To: Hideyuki Katsuchi (SBI Holdings) <hkatsuch@sbigroup.co.jp>; Yasuo Nishikawa (SBI Holdings) <ynisikaw@sbigroup.co.jp>;
Carson Blake Smith (SBI Crypto)   cbsmith@sbigroup.co.jp
Subject: RE: SBI Crypto: 2-yr avg. Matrix simulation
Attachment(s): "SBI Crypto explanatory material 20200626.pptx", "Estimated valuation gains-0625-1.xlsx"

Dear Katsuchi-san, all,

**I. Please find answers to Katsuchi-san's questions below**

To: Jonathan Tanemori (SBI Holdings) <jotanemori@sbigroup.co.jp>; Yasuo Nishikawa (SBI Holdings) <ynisikaw@sbigroup.co.jp>; Carson Blake Smith (SBI Crypto) <cbsmith@sbigroup.co.jp>
Subject: Re: SBI Crypto: 2-yr avg. Matrix simulation

From: Jonathan Tanemori (SBI Holdings) <jotanemori@sbigroup.co.jp>
Posted: June 25, 2020 17:28
To: Hideyuki Katsuchi (SBI Holdings) <hkatsuch@sbigroup.co.jp>; Yasuo Nishikawa (SBI Holdings) <ynisikaw@sbigroup.co.jp>; Carson Blake Smith (SBI Crypto) <cbsmith@sbigroup.co.jp>
Subject: RE: SBI Crypto: 2-yr avg. Matrix simulation

Dear all,

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Sent Thursday, June 25, 2020 12 29 PM
To: Carson Blake Smith (SBI Crypto) <cbsmith@sbigroup.co.jp>; Jonathan Tanemori (SBI Holdings) <jotanemori@sbigroup.co.jp>
Cc: Yasuo Nishikawa (SBI Holdings) <ynisikaw@sbigroup.co.jp>
Subject: Re: SBI Crypto: 2-yr avg. Matrix simulation

Hi Carson and Jpnathan,



From: Carson Blake Smith (SBI Crypto) <cbsmith@sbigroup.co.jp>
Posted: June 25, 2020 11:50
To: Jonathan Tanemori (SBI Holdings) <jotanemori@sbigroup.co.jp>
CC: Hideyuki Katsuchi (SBI Holdings) <hkatsuch@sbigroup.co.jp>; Yasuo Nishikawa (SBI Holdings) <ynisikaw@sbigroup.co.jp>
Subject: Re: SBI Crypto: 2-yr avg. Matrix simulation


I added my comments below in orange.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

From: Hideyuki Katsuchi (SBI Holdings) <hkatsuch@sbigroup.co.jp>
Sent: Thursday, June 25, 2020 9:15 AM
To: Carson Blake Smith (SBI Crypto) <cbsmith@sbigroup.co.jp>; Jonathan Tanemori (SBI Holdings) <jotanemori@sbigroup.co.jp>
Cc: Yasuo Nishikawa (SBI Holdings) <ynisikaw@sbigroup.co.jp>
Subject: Re: SBI Crypto: 2-yr avg. Matrix simulation

Hi Carson,

Good morning.

I found that I put wrong formula in my spread sheet.

Please ignore the previous one and wait for my fixing it in the morning.

Best,

Katsuchi

From: Hideyuki Katsuchi (SBI Holdings) <hkatsuch@sbigroup.co.jp>
Posted: June 24, 2020 20:23
To: Carson Blake Smith (SBI Crypto) <cbsmith@sbigroup.co.jp>; Jonathan Tanemori (SBI Holdings) <jotanemori@sbigroup.co.jp>
CC: Yasuo Nishikawa (SBI Holdings) <ynisikaw@sbigroup.co.jp>
Subject: Re: SBI Crypto: 2-yr avg. Matrix simulation

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Hi Carson,

1. I added payback period by inserting another macro function.

Again, I am not engneer so don't laugh the quality.

My simulation tells that Texas site may pay back initial expenditure while Kyrgyz may not.

I request you to double check by yourself (not using my spread sheet).

2. Do we need to pay 5% of fee to Muroo?

Situation totally changed and project is very likely to have negative presenta value.

3. And I put a few request and question highlighted in red in power point file.

Could you or Jonathan please reply back to me.

4. Lastly, could you please tell me contract period of Texas and Kyrgys, respectively?

Best,

Katsuchi

---

From: Carson Blake Smith (SBI Crypto) <cbsmith@sbigroup.co.jp>
Posted: June 24, 2020 17:54
To: Jonathan Tanemori (SBl Holdings) <jotanemori@sbigroup.co.jp>
CC: Hideyuki Katsuchi (SBI Holdings) <hkatsuch@sbigroup.co.jp>; Yasuo Nishikawa (SBI Holdings) <ynisikaw@sbigroup.co.jp>
Subject: Re: SBI Crypto: 2-yr avg. Matrix simulation

Katsuchi-san

CONFIDENTIAL - ATTORNEYS' EYES ONLY

On Wed, Jun 24, 2020 at 15:10 Jonathan Tanemori (SBI Holdings) <jotanemori@sbigroup.co.jp> wrote:

Dear all,



From: Hideyuki Katsuchi (SBI Holdings) <hkatsuch@sbigroup.co.jp>
Sent: Wednesday, June 24, 2020 2:08 PM
To: Jonathan Tanemori (SBI Holdings) <jotanemori@sbigroup.co.jp>; Carson Blake Smith (SBI Crypto) <cbsmith@sbigroup.co.jp>
Cc: Yasuo Nishikawa (SBI Holdings) <ynisikaw@sbigroup.co.jp>
Subject: Re: SBI Crypto: 2-yr avg. Matrix simulation

Thanks.

Could you or Carson finalize your presentation paterial for Kitao-san?

If you present before after profitability on monthly basis, you can devide my number by 12.

Of course, you can use your own number by using my number as a reference.

Best,

Katsuchi

From: Jonathan Tanemori (SBI Holdings) <jotanemori@sbigroup.co.jp>
Posted: June 24, 2020 12:21
To: Hideyuki Katsuchi (SBI Holdings) <hkatsuch@sbigroup.co.jp>; Carson Blake Smith (SBI Crypto) <cbsmith@sbigroup.co.jp>
CC: Yasuo Nishikawa (SBI Holdings) <ynisikaw@sbigroup.co.jp>
Subject: RE: SBI Crypto: 2-yr avg. Matrix simulation

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Dear Katsuchi-san,



From: Hideyuki Katsuchi (SBI Holdings) <hkatsuch@sbigroup.co.jp>
Sent: Wednesday, June 24, 2020 11:36 AM
To: Jonathan Tanemori (SBI Holdings) <jotanemori@sbigroup.co.jp>; Carson Blake Smith (SBI Crypto) <cbsmith@sbigroup.co.jp>
Cc: Yasuo Nishikawa (SBI Holdings) <ynisikaw@sbigroup.co.jp>
Subject: Re: SBI Crypto: 2-yr avg. Matrix simulation

Hi Carson and Jonathan,

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SBIC0003044



--
Carson Blake Smith
SBI Crypto

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SBIC0003045