# EXHIBIT 7

Confidential - Attorneys' Eyes Only
Transcript of Carson Smith
Conducted on August 21, 2024

1 (1 to 4)

```
                  UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
                         WACO DIVISION

SBI CRYPTO CO., LTD.,  )
                       )
        Plaintiff,     )
                       )
VS                     )   CIVIL ACTION NO.
                       )   6:23-cv-252-ADA-JCM
WHINSTONE US, INC.,    )
                       )
        Defendant.     )
*********************************************
              VIDEOTAPED DEPOSITION OF
                     CARSON SMITH
                    August 21, 2024
            CONFIDENTIAL - ATTORNEYS' EYES ONLY
*********************************************




Job No. 546220
Pages 1 - 371
Stenographically Reported by:
Susan S. Klinger, RMR-CRR, CSR
```

```
                      August 21, 2024


      VIDEOTAPED DEPOSITION OF CARSON SMITH, produced
as a witness at the instance of the Defendant, and
duly sworn, was taken in the above-styled and
numbered cause on the 21st of August, 2024, from
9:08 a.m. to 7:05 p.m., before Susan S. Klinger,
RMR-CRR, CSR in and for the States of Texas and
California, reported by stenographic method, at Winstead,
2728 North Harwood Street, Suite 500, Dallas, Texas, pursuant
to the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.
```

```
                       A P P E A R A N C E S
ON BEHALF OF THE PLAINTIFF:
    Cory Johnson, Esquire
    Joshua Sandler, Esquire (Via Zoom)
    WINSTEAD PC
    2728 North Harwood Street, Suite 500
    Dallas, Texas  75201
    214.745.5400
ON BEHALF OF THE DEFENDANT:
    Robert T. Slovak, Esquire
    Brandon C. Marx, Esquire
    FOLEY & LARDNER LLP
    2021 McKinney Avenue, Suite 1600
    Dallas, Texas  75201
    214.999.3000
ON BEHALF OF THE WITNESS:
    K. Reed Mayo, Esquire
    REED MAYO LAW FIRM, P.C.
    4604 Berrywood Road
    Virginia Beach, Virginia  23464
    757.621.2216
Also Present:
    Patrick Wooding, Esquire - Whinstone
    Nicholas Vitalis - SBI Crypto
    Jesse Castro, videographer
```

```
                         I N D E X

WITNESS                                         PAGE
CARSON SMITH
EXAMINATION BY MR. SLOVAK                          7

                       E X H I B I T S
No.       Description
Exhibit 20  Email, SBIC0000900                   105
Exhibit 21  Canaan invoice, SBIC0003267          110
Exhibit 22  Messages, SBIC0005860                117
Exhibit 23  Messages, SBIC0005573                216
Exhibit 24  Email, SBIC0000026                   239
Exhibit 25  Messages, SBIC0005892                247
Exhibit 26  Visit notes, SBIC0003777             289
Exhibit 27  Balance Sheet, SBIC0005819           319
Exhibit 28  Excel columns                        323

        Previously marked
Exhibit 1   Plaintiff's Amended Complaint        126
Exhibit 2   Hosting Service Agreement,           136
            SBIC0003447
Exhibit 4   International Sales Contract,        134
            SBIC0003153
Exhibit 5   Email, SBIC0003245
```

**Page 77**

1  damages analysis that we talked about earlier that
2  you recently revised, did you review that Steiger
3  information?
4  **A   No, I did not.**
5  Q   And the hashrate temperature data and
6  number of miners running that was contained in the
7  Steiger data, that is the kind of information that
8  you wanted to determine the operational capacity
9  of the miners, right?
10     MR. JOHNSON:  Objection, form.
11 **A   No.**
12 Q   What else -- what else did you need?
13 **A   For the operational capacity, I ran -- I**
14 **calculated based on the expectation to run 20,000**
15 **miners.  I did not need that actual data from**
16 **Steiger that they were running.  I had the actual**
17 **Bitcoin that was produced and mined, and I could**
18 **calculate based on what should have been mined,**
19 **and I compared those two numbers.**
20 Q   And what does that tell you about the
21 condition of the miners themselves?
22 **A   It says that the miners were either**
23 **severely underperforming or not running or turned**
24 **off from that data alone.**
25 Q   And you can't tell from that data alone

**Page 78**

1  what the cause of that is, correct?
2     MR. JOHNSON:  Objection, form.
3  **A   From the profit and loss analysis, the**
4  **profit and loss analysis does not include that**
5  **data.  It is simply a profit and loss.**
6  Q   Well, let me ask it differently.
7     You visited the Rockdale site in early
8  2000 -- or late 2019, right, so September 10th to
9  11th of 2019?
10 **A   Can I see it?**
11 Q   Sure.  We can take a look at what was
12 previously marked as Exhibit 7.  Do you want to
13 pull it out?
14     MR. MARX:  You said 17?
15     MR. JOHNSON:  He said 7.
16     MR. SLOVAK:  Yeah, 7.
17     (Exhibit 7 discussed.)
18 Q   So what we previously marked as Exhibit 7
19 is a trip report that, according to Mr. Tanemori,
20 he prepared following the trip to the Rockdale
21 site in 2019.
22    First of all, do you recall visiting the
23 Rockdale site in September of 2019?
24 **A   Yes, I do.**
25 Q   The site was not built out at that point,

**Page 79**

1  right?
2  **A   That is correct.**
3  Q   There were no SBI miners operating at all,
4  right?
5  **A   There were SBI miners operating.**
6  Q   What is that?
7  **A   There were SBI miners operating.**
8  Q   In September of 2019?
9  **A   Not at Whinstone, but there were SBI**
10 **miners operating.**
11 Q   I understand.  My question was, when you
12 visited the site in September of 2019, there were
13 no SBI miners operating at the Rockdale site,
14 right?
15 **A   The Rockdale site, no, there were not.**
16 Q   And you did not visit the Rockdale site
17 again until June of 2021, almost two years later,
18 right?
19 **A   That is correct.**
20 Q   And to your knowledge, no one acting on
21 behalf of SBI physically visited the Rockdale site
22 between September of 2019 and June of 2021, right?
23 **A   That is correct.**
24 Q   And so when you were there in September of
25 2019, there were no miners for you to inspect to

**Page 80**

1  determine how they were operating, correct?
2  **A   Repeat that question again.**
3  Q   Sure.
4  **A   It was quite long.**
5  Q   Because there were no miners operating at
6  the Rockdale site in September of 2019, you were
7  not able to physically inspect or observe how
8  those miners were operating in September of 2019,
9  correct?
10 **A   But they weren't operating in September**
11 **2019, so you can't observe what is not operating.**
12 Q   Now we're on the same page.
13    When you went back in June of 2021, you
14 were also not able to observe how those miners
15 were operating, correct, sir?
16 **A   However, so before September 2019, I did**
17 **observe how the miners operated, and this was at**
18 **Canaan's facility.  And so knowing the operating**
19 **conditions and how the Avalon A10 miner operates**
20 **that, yes, when I went in 2021 reviewing the data,**
21 **when I was there, they had monitoring systems to**
22 **review the data.  We knew the hashrates of the**
23 **machines, the Bitcoin production, and that severe**
24 **number of machines were not running and/or the**
25 **hashrate was severely reduced.**

369

1  answer the next time you ask this question.  Go
2  ahead and answer this question for the fifth time.
3  You can answer.
4      A  Please ask the question again.
5      Q  I mean --
6      MR. SLOVAK:  Read it back.
7         (Record read.)
8      MR. JOHNSON:  Objection, asked and
9  answered.
10     A  I did ultimately disclose to them at a
11 later date that we intended to open legal action
12 to them.
13     Q  Before they paid you, did you disclose it
14 to them?
15     A  Before they paid what?
16     Q  Before they paid you the amount that
17 you-all squared up in March of 2022 for
18 outstanding invoices and issues between the
19 parties, did you disclose to them before that
20 happened that you intended to sue them?
21     A  I don't remember disclosing to them
22 consideration to do so.
23     MR. SLOVAK:  Nothing further.
24     MR. JOHNSON:  All right.  The plaintiff
25 reserves all questions for this witness at trial.

370

1  We want to read and sign.
2      I will also be designating certain
3  portions -- reserve the right to designate certain
4  portions of this deposition as confidential,
5  confidential, attorneys' eyes only, pursuant to
6  the provisions provided in the protective order.
7      VIDEOGRAPHER:  This concludes the
8  deposition of Carson Smith.  The time on the
9  monitor is 7:05 p.m.
10     (Deposition adjourned at 7:05 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

371

1       CERTIFICATE OF SHORTHAND REPORTER
2
3       I, Susan S. Klinger, the officer before
4  whom the foregoing deposition was taken, do hereby
5  certify that the foregoing transcript is a true
6  and correct record of the testimony given; that
7  said testimony was taken by me stenographically
8  and thereafter reduced to typewriting under my
9  direction; that reading and signing was
10 requested; and that I am neither counsel for,
11 related to, nor employed by any of the parties to
12 this case and have no interest, financial or
13 otherwise in its outcome.
14     Time on the record:
15     Mr. Slovak:  7:30
16     IN WITNESS WHEREOF, I have herunto set my
17 hand on the 2nd of September, 2024.
18
19
20 _____
21     Susan S. Klinger, RMR-CRR, CSR
22     Texas CSR 6531, Exp:  10/23/25
23     California CSR 14487, Exp: 11/30/24
24
25