**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SBI CRYPTO CO. LTD.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 6:23-CV-00252-DTG** |
| | § | |
| **WHINSTONE US, INC.,** | § | |
| *Defendant,* | § | |

<u>**ORDER REGARDING OBJECTIONS TO DEPOSITION DESIGNATIONS**</u>

On February 10, 2026, the parties submitted objections to the Court regarding the deposition designations for the plaintiff, SBI Crypto Co. Ltd.'s witness, Ian Rock. *See* Attachment A. In the case that one of the defendant, Whinstone US, Inc.'s objections to the plaintiff's designations are sustained below, the related counter-designation is excluded. Additionally, to the extent practical, the parties must remove any stated objections from the admitted deposition selections before they are played for the jury.

| Designations | Whinstone Objects? | SBI Objects? | Court's Ruling |
|---|---|---|---|
| 12:24-13:11 | | X | Overruled. |
| 19:2-3 | | | No objections. |
| 20:7-14 | | | No objections. |
| 33:6-9 | X | | Sustained. |
| 35:5-10 | X | | Overruled. |
| 37:5-37:8 | | X | Overruled. |
| 37:11-13 | | X | Overruled. |
| 37:16-19 | | X | Overruled. |

| 37:22-23 | | X | Overruled. |
|---|---|---|---|
| 38:1 | | X | Overruled. |
| 38:7-11 | | X | Overruled. |
| 39:15-41:15 | | X | Overruled. |
| 44:5-17 | | | No objections. |
| 49:3-11 | | | No objections. |
| 60:7-61:7 | X | | Sustained. |
| 63:14-64:4 | X | | Sustained. |
| 66:24-67:3 | X | | Sustained. |
| 71:9-24 | X | | Sustained. |
| 74:24-75:11 | X | | Sustained. |
| 79:16-80:19 | | X | As Whinstone's objection to SBI's related designation was sustained, this counter-designation is excluded. |
| 85:18-86:9 | X | | Overruled. |
| 86:13-17, 86:20-87:3 | | X | Overruled. |
| 96:3-11 | X | | Overruled. |
| 97:4-25 | X | | Overruled. |
| 98:1-7 | X | | Overruled. |
| 98:8-24 | X | | Overruled. |
| 102:2-24 | X | | Overruled. |
| 110:5-20 | | X | Overruled. |
| 110:23-111:7 | | X | Overruled. |

| | | | |
|---|---|---|---|
| 111:9 | | X | Overruled. |
| 111:11-16 | X | | Overruled. |
| 112:15-113:13 | | X | Overruled. |
| 121:3-24 | X | | Sustained. |
| 122:14-15 | | X | As Whinstone's objection to SBI's related designation was sustained, this counter-designation is excluded. |
| 123:20-124:3 | X | | Overruled. |
| 124:9-22 | X | | Overruled. |
| 125:2-3 | | X | Overruled. |
| 125:15-17 | X | | Overruled. |
| 126:1-2, 126:14-15 | | X | Overruled. |
| 128:9-25 | X | | Overruled. |
| 133:5-15 | X | | Sustained. |
| 134:21-135:1 | | X | As Whinstone's objection to SBI's related designation was sustained, this counter-designation is excluded. |
| 135:4-11 | X | | Overruled. |
| 144:3-12 | X | | Overruled. |
| 145:18-146:4 | | X | Overruled. |
| 160:5-21 | | | No objections. |
| 174:12-20 | X | | Sustained. |
| 191:15-192:18 | | X | Sustained. |

| | | | |
|---|---|---|---|
| 193:5-193:6 | | X | Sustained. |
| 193:8-10 | | X | Sustained. |
| 199:11-14 | | X | Overruled. |
| 208:8-17 | | | No objections. |
| 200:20-21 | | X | Overruled. |
| 200:21-201:3 | | X | Overruled. |
| 200:23-201:3 | | X | Overruled. |
| 202:23-24 | | X | Overruled. |
| 203:1-4 | | X | Overruled |
| 203:6-13 | | X | Overruled. |
| 203:15 | | X | Overruled. |
| 221:4-7 | | X | Overruled. |
| 221:10-16 | | X | Overruled. |
| 221:19-25 | | X | Overruled. |
| 222:2-14 | | X | Overruled. |
| 222:17-19 | | X | Overruled. |
| 226:11-16 | | X | Overruled. |
| 226:18-227:11 | | X | Overruled. |
| 227:14-228:4 | | X | Overruled. |
| 228:7-9 | | X | Overruled. |
| 229:14-15, 229:21 | | X | Overruled. |
| 230:5-6 | | X | Overruled. |
| 230:9-13 | | X | Overruled. |

| | | | |
|---|---|---|---|
| 230:16-20 | | X | Overruled. |
| 235:13-16 | | X | Overruled. |
| 235:19-236:3 | | X | Overruled as to 235:19-23. Sustained as to lines 235:24-236:3. |
| 236:6-236:12 | | X | Sustained. |
| 236:16-17 | | X | Sustained. |
| 236:19-237:5 | | X | Sustained. |
| 237:13-15 | | X | Sustained. |
| 237:17 | | X | Sustained. |
| 238:3-239:13 | | X | As Whinstone's objection to SBI's related designation was sustained, this counter-designation is excluded. |
| 246:11-18 | | X | Overruled. |
| 246:20-21 | | X | Overruled. |
| 257:17-18 | | X | Overruled. |
| 263:15-19 | | X | Overruled. |
| 265:4-5 | | X | Overruled. |
| 265:7-12 | | X | Overruled. |
| 272:15-20 | | X | Overruled. *See* Def. Ex. 57. |
| 273:22-274:14 | | X | Overruled. |
| 274:16-17 | | X | Overruled. |
| 274:18-275:16 | | X | Overruled. *See* Def. Ex. 58. |
| 275:18 | | X | Overruled. |

**SIGNED** this 10th day of February, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SBI CRYPTO CO., LTD.,

      Plaintiff,

   v.

WHINSTONE US, INC.,

      Defendant.

Civil Action No. 6:23-cv-252

## DEFENDANT WHINSTONE US, INC.'S OBJECTIONS TO PLAINTIFF SBI CRYPTO CO., LTD.'S DEPOSITION DESIGNATIONS

Defendant Whinstone US, Inc. ("Whinstone") objects to the following deposition designations identified by Plaintiff SBI Crypto Co., Ltd. ("SBI") for potential use at trial.

Objection key. The following abbreviations are used to designate the below-listed objections:

AUTH = Lack of Authentication (*See* Fed. R. Evid. 901-02).

H = Hearsay/Hearsay-within-Hearsay (*See* Fed. R. Evid. 801-05).

IR = Irrelevant (*See* Fed. R. Evid. 401-02).

403 = Danger of Unfair Prejudice/Confusing the Issues/Misleading the Jury/Undue Delay/Wasting Time/Needlessly Presenting Cumulative Evidence (*See* Fed. R. Evid. 403).

BE = Violates Best Evidence Rule (*See* Fed. R. Evid. 1002).

PE = Violates Parol Evidence Rule.

LPK = Lack of Personal Knowledge or Foundation/Speculation (*See* Fed. R. Evid. 602).

EXP = Impermissible Expert Opinion Testimony (*See* Fed. R. Evid. 701-02).

CH = Impermissible Character Evidence (*See* Fed. R. Evid. 404).

HA = Impermissible Evidence of Habit, Routine, or Practice (*See* Fed. R. Evid. 406).

OC = Rule of Optional Completeness (*See* Fed. R. Evid. 106).

26 = Failure to Disclose (*See* Fed. R. Civ. Proc. 26(a)).

1006 = Violates Rule 1006 Summary Requirements (*See* Fed. R. Evid. 1006).

LC = Legal Conclusion.

TR = Violates the Parties' Agreed Translation Protocol (*See* ECF # 84-2 ¶ 3.B).

EX = Underlying Exhibits Excluded

**I.    SBI's Ian Rock Deposition Designations:**

|     | Page and Line Number | Counter-Designations | Objections to Designations |
|-----|----------------------|----------------------|-----------------------------|
| 1.  | 19:2-3               |                      |                             |
| 2.  | 20:7-14              | 20:15-21:1           |                             |
| 3.  | 33:6-9               | 30:14-23[1]          | IR, 403, EX                 |
| 4.  | 35:5-10              | 35:11-13, 35:15, 36:11-15, 36:23-25[2] | H,  403, BE, EX |
| 5.  | 44:5-17              |                      |                             |
| 6.  | 49:3-11              |                      |                             |
| 7.  | 60:7-61:7            | 56:16-57:10, 57:13-14[3] | H,  IRR, 403, LPK, EXP, 26, HA, CH, BE, EX |
| 8.  | 63:14-64:4           | 67:7-9, 67:11-19[4]  | H,  403, LPK, EXP, 26, HA, CH, BE, EX |
| 9.  | 66:24-67:3           | 67:7-9, 67:11-19[5]  | H,  403, LPK, EXP, 26, HA, CH, BE, EX |
| 10. | 71:9-24              | 70:16-71:5, 238:3-239:13 |                         |
| 11. | 74:24-75:11          | 74:8-13, 75:13-17, 75:20-76:5, 77:1-9, 79:16-80:19[6] | H,  403, LPK, EXP, 26, HA, CH, BE, EX |
| 12. | 85:18-86:9           | 86:13-17, 86:20-87:3[7] | H,  403, LPK, EXP, 26, HA, CH |

---

[1] Subject to objections.
[2] Subject to objections.
[3] Subject to objections.
[4] Subject to objections.
[5] Subject to objections.
[6] Subject to objections.
[7] Subject to objections.

| 13. | 96:3-11 | 95:11-18, 97:14-25, 101:4-7, 101:9-16[8] | H, 403, LPK, EXP, 26, HA, CH |
| 14. | 97:4-25 | 95:11-18, 101:4-7, 101:9-16[9] | EXP, 26, 403, LPK, HA, CH |
| 15. | 98:1-7 | 95:11-18, 97:14-25, 101:4-7, 101:9-16[10] | EXP, 26, 403, LPK, HA, CH |
| 16. | 98:8-24 | 95:11-18, 97:14-25, 101:4-7, 101:9-16[11] | EXP, 26, 403, LPK, HA, CH |
| 17. | 102:2-24 | 95:11-18, 97:14-25, 101:4-7, 101:9-16[12] | EXP, 26, 403, LPK, HA, CH, BE, EX |
| 18. | 111:11-16 | 110:5-20, 110:23-111:4[13] | EXP, 26, 403, LPK, HA, CH, |
| 19. | 121:3-24 | 122:7-10, 122:14-15, 123:4-9, 123:11[14] | EXP, 26, IRR, 403, LPK, HA, CH, BE, EX |
| 20. | 123:20-124:3 | 124:23-25, 125:2-3[15] | EXP, 26, IRR, 403, LPK, HA, CH, BE, EX |
| 21. | 124:9-22 | 124:23-25, 125:2-3[16] | EXP, 26, IRR, 403, LPK, HA, CH |
| 22. | 125:15-17 | 124:23-25, 125:2-3, 125:18-24, 126:1-2, 126:4-11, 126:14-15[17] | EXP, 26, IRR, 403, LPK, HA, CH, BE, EX |
| 23. | 128:9-25 | 124:23-25, 125:2-3, 125:18-24, 126:1-2, 126:4-11, 126:14-15[18] | EXP, 26, IRR, 403, LPK, HA, CH, BE, EX |
| 24. | 133:5-15 | 134:14-18, 134:21-135:1, 136:13-18, 136:21-25[19] | EXP, 26, IRR, 403, LPK, HA, CH |
| 25. | 135:4-11 | 134:14-18, 134:21-135:1, 136:13-18, 136:21-25[20] | EXP, 26, IRR, 403, LPK, HA, CH |
| 26. | 144:3-12 | 145:9-15, 145:18-146:4, | EXP, 26, IRR, 403, LPK, HA, CH |

---

[8] Subject to objections.
[9] Subject to objections.
[10] Subject to objections.
[11] Subject to objections.
[12] Subject to objections.
[13] Subject to objections.
[14] Subject to objections.
[15] Subject to objections.
[16] Subject to objections.
[17] Subject to objections.
[18] Subject to objections.
[19] Subject to objections.
[20] Subject to objections.

**WHINSTONE'S DEPOSITION DESIGNATION OBJECTIONS**                    **Page 3**

| | | 146:7-14[21] | |
|---|---|---|---|
| 27. | 160:5-21 | 160:25-161:4, 161:8[22] | |
| 28. | 174:12-20 | 174:22-175:2, 175:5-16, 175:19-176:5[23] | H,  403, LPK, EXP, 26, HA, CH, BE, EX |
| 29. | 208:8-17 | 221:14-16, 221:19-25, 222:2-9 | |

---

[21] Subject to objections.
[22] Subject to objections.
[23] Subject to objections.

**WHINSTONE'S DEPOSITION DESIGNATION OBJECTIONS**                    **Page 4**

Respectfully submitted,

FOLEY & LARDNER LLP

By:  /s/ Brandon C. Marx
      Robert T. Slovak
      Texas Bar No. 24013523
      rslovak@foley.com
      Steven C. Lockhart
      Texas Bar No. 24036981
      slockhart@foley.com
      J. Michael Thomas
      Texas Bar. No. 24066812
      jmthomas@foley.com
      Brandon C. Marx
      Texas Bar No. 24098046
      bmarx@foley.com
      2021 McKinney Avenue, Suite 1600
      Dallas, Texas 75201
      Telephone: (214) 999-3000
      Facsimile: (214) 999-4667

      and

      Craig D. Cherry
      State Bar No. 24012419
      Mark D. Siegmund
      State Bar No. 24117055
      **CHERRY JOHNSON SIEGMUND**
      **JAMES PLLC**
      Bridgeview Center
      7901 Fish Pond Road, 2nd Floor
      Waco, Texas   76710
      Telephone:  (254) 732-2242
      Facsimile:   (866) 627-3509
      ccherry@cjsjlaw.com
      msiegmund@cjsjlaw.com

      **ATTORNEYS FOR DEFENDANT**
      **WHINSTONE US., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, a copy of the foregoing document was emailed to all counsel of record.

*/s/ Brandon C. Marx*
Brandon C. Marx

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., | Civil Action No. 6:23-cv-252 |
| Plaintiff, | |
| v. | |
| WHINSTONE US, INC., | |
| Defendant. | |

## PLAINTIFF'S OBJECTIONS TO
## DEFENDANT'S DEPOSITION COUNTER-DESIGNATIONS OF IAN ROCK

| Designation | Def's Counter-Designation | SBI's Objection |
|---|---|---|
| 10. 71:9-24 | 238:3-239:13 | SBI objects to Whinstone's designated testimony on the grounds that Ian Rock lacks personal knowledge on this issue. |
| 11.74:24-75:11 | 79:16-80:19 | SBI objects to Whinstone's designated testimony on the grounds that Ian Rock lacks personal knowledge on this issue, lack of foundation, and constitutes improper lay testimony. |
| 12.85:18-86:9 | 86:13-17, 86:20-87:3 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, because it constitutes improper lay opinion testimony, is not relevant, and is unfairly prejudicial. |
| 18. 111:11-16 | 110:5-20, 110:23-111:4 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation and because it constitutes improper lay opinion testimony. |

| Designation | Def's Counter-Designation | SBI's Objection |
|---|---|---|
| 19. 121:3-24 | 122:14-15 | SBI objects to Whinstone's designated testimony on the grounds that Mr. Rock lacks personal knowledge on this issue. |
| 20. 123:20-124:3 | 125:2-3 | SBI objects to Whinstone's designated testimony on the grounds that Mr. Rock lacks personal knowledge on this issue and because it constitutes improper lay testimony. |
| 21. 124:9-22 | 125:2-3 | SBI objects to Whinstone's designated testimony on the grounds that Mr. Rock lacks personal knowledge on this issue and because it constitutes improper lay testimony. |
| 22. 125:15-17 | 125:2-3, 126:1-2, 126:14-15 | SBI objects to Whinstone's designated testimony (125:2-3, 126:1-2) on the grounds that Mr. Rock lacks personal knowledge on this issue and because it constitutes improper lay testimony. SBI objects to (126:14-15) for lack of personal knowledge. |
| 23. 128:9-25 | 125:2-3, 126:1-2, 126:14-15 | SBI objects to Whinstone's designated testimony (125:2-3, 126:1-2) on the grounds that Mr. Rock lacks personal knowledge on this issue and because it constitutes improper lay testimony. SBI objects to (126:14-15) for lack of personal knowledge. |
| 24. 133:5-15 | 134:21-135:1 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, Mr. Rock lacks personal knowledge on this issue, because it constitutes improper lay opinion testimony, is not relevant, and is unfairly prejudicial. |
| 25. 135:4-11 | 134:21-135:1 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, Mr. Rock lacks personal knowledge on this issue, because it constitutes improper lay opinion testimony, is not relevant, and is unfairly prejudicial. |

| Designation | Def's Counter-Designation | SBI's Objection |
|---|---|---|
| 26. 144:3-12 | 145:18-145:4 | SBI objects to Whinstone's designated testimony on the grounds that Mr. Rock lacks personal knowledge on this issue. |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SBI CRYPTO CO., LTD., | Civil Action No. 6:23-cv-252 |
| Plaintiff, | |
| v. | |
| WHINSTONE US, INC., | |
| Defendant. | |

**PLAINTIFF'S OBJECTIONS TO**
**DEFENDANT'S DEPOSITION DESIGNATIONS OF IAN ROCK**

| Defendant's Designations | | Plaintiff's Objections |
|---|---|---|
| **Begin** | **End** | |
| 12:24 | 13:11 | SBI objects to Whinstone's designated testimony on the grounds that it is not relevant and is unfairly prejudicial. |
| 37:5 | 37:8 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, because Mr. Rock lacks personal knowledge on the issue, and because it constitutes improper lay opinion testimony. |
| 37:11 | 37:13 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, because Mr. Rock lacks personal knowledge on the issue, and because it constitutes improper lay opinion testimony. |
| 37:16 | 37:19 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation and because it is hearsay. |
| 37:22 | 37:23 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation and because it is hearsay. |
| 38:1 | 38:1 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation and because it is hearsay. |
| 38:7 | 38:11 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation and because it is hearsay. |
| 39:15 | 41:15 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, because it is |

| Defendant's Designations | | Plaintiff's Objections |
|---|---|---|
| | | hearsay, and because Mr. Rock lacks personal knowledge of the issue. |
| 86:20 | 86:23 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation. |
| 110:16 | 110:20 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation and constitutes improper lay opinion testimony. |
| 110:23 | 111:7 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation and constitutes improper lay opinion testimony. |
| 111:9 | 111:9 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation and constitutes improper lay opinion testimony. |
| 112:15 | 113:13 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, because Mr. Rock lacks personal knowledge on the issue, and because it constitutes improper lay opinion testimony. |
| 191:15 | 192:18 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, because Mr. Rock lacks personal knowledge on the issue, because it constitutes improper lay opinion testimony, is not relevant, and is unfairly prejudicial. |
| 193:5 | 193:6 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, because Mr. Rock lacks personal knowledge, it is not relevant, and it is unduly prejudicial. |
| 193:8 | 193:10 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, because Mr. Rock lacks personal knowledge, it is not relevant, and it is unduly prejudicial. |
| 199:11 | 199:14 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, because Mr. Rock lacks personal knowledge, it is not relevant, and it is unduly prejudicial. |
| 200:20 | 200:21 | SBI objects to Whinstone's designated testimony on the grounds that it is leading and constitutes improper lay opinion testimony. |
| 200:23 | 201:3 | SBI objects to Whinstone's designated testimony on the grounds that it is leading and constitutes improper lay opinion testimony. |
| 202:23 | 202:24 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, because Mr. Rock lacks personal knowledge on the issue, and because it constitutes improper lay opinion testimony. |

| Defendant's Designations | | Plaintiff's Objections |
|---|---|---|
| 203:1 | 203:4 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, because Mr. Rock lacks personal knowledge on the issue, and because it constitutes improper lay opinion testimony. |
| 203:6 | 203:13 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, because Mr. Rock lacks personal knowledge on the issue, and because it constitutes improper lay opinion testimony. |
| 203:15 | 203:15 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, because Mr. Rock lacks personal knowledge on the issue, and because it constitutes improper lay opinion testimony. |
| 221:4 | 221:7 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, because Mr. Rock lacks personal knowledge on the issue, and it is leading. |
| 221:10 | 221:16 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, because Mr. Rock lacks personal knowledge on the issue, it is leading, and because it constitutes improper lay opinion testimony. |
| 221:19 | 221:25 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, because Mr. Rock lacks personal knowledge on the issue, it is leading, and because it constitutes improper lay opinion testimony. |
| 222:2 | 222:14 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, constitutes improper lay opinion testimony, is not relevant, and is unduly prejudicial. |
| 222:17 | 222:19 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, constitutes improper lay opinion testimony, is not relevant, and is unduly prejudicial. |
| 226:11 | 226:16 | SBI objects to Whinstone's designated testimony on the grounds that it is leading and is unduly prejudicial. |
| 226:18 | 227:11 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, is leading and constitutes improper lay opinion testimony. |
| 227:14 | 228:4 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, is leading, constitutes improper lay opinion testimony, is not relevant, and is unduly prejudicial. |

| Defendant's Designations | | Plaintiff's Objections |
|---|---|---|
| 228:7 | 228:9 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, is leading, constitutes improper lay opinion testimony, is not relevant, and is unduly prejudicial. |
| 229:14 | 229:15 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, it is leading, and because it constitutes improper lay opinion testimony. |
| 229:21 | 229:21 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, it is leading, and because it constitutes improper lay opinion testimony. |
| 230:5 | 230:6 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, it is leading, and because it constitutes improper lay opinion testimony. |
| 230:9 | 230:13 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, it is leading, and because it constitutes improper lay opinion testimony. |
| 230:16 | 230:20 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, it is leading, and because it constitutes improper lay opinion testimony. |
| 235:13 | 235:16 | SBI objects to Whinstone's designated testimony on the grounds that there is a lack of foundation, it is leading, and because it constitutes improper lay opinion testimony. |
| 235:19 | 236:3 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, is leading, constitutes improper lay opinion testimony, is not relevant, and is unduly prejudicial. |
| 236:6 | 236:12 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, is leading, constitutes improper lay opinion testimony, is not relevant, and is unduly prejudicial. |
| 236:16 | 236:17 | SBI objects to Whinstone's designated testimony on the grounds that it is leading, not relevant, and unduly prejudicial. |
| 236:19 | 237:5 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, is leading, constitutes improper lay opinion testimony, is not relevant, and is unduly prejudicial. |

| Defendant's Designations | | Plaintiff's Objections |
|---|---|---|
| 237:13 | 237:15 | SBI objects to Whinstone's designated testimony on the ground that it is leading. |
| 237:17 | 237:17 | SBI objects to Whinstone's designated testimony on the ground that it is leading. |
| 238:3 | 239:13 | SBI objects to Whinstone's designated testimony because it constitutes hearsay and double hearsay. |
| 246:11 | 246:18 | SBI objects to Whinstone's designated testimony on the ground that it is leading. |
| 246:20 | 246:21 | SBI objects to Whinstone's designated testimony on the ground that it is leading. |
| 257:17 | 257:18 | SBI objects to Whinstone's designated testimony on the grounds that it is leading and constitutes improper lay opinion testimony. |
| 263:15 | 264:19 | SBI objects to Whinstone's designated testimony on the ground that it is leading. |
| 265:4 | 265:5 | SBI objects to Whinstone's designated testimony on the ground that it is leading. |
| 265:7 | 265:12 | SBI objects to Whinstone's designated testimony on the ground that it is leading. |
| 272:15 | 273:20 | SBI objects to Whinstone's designated testimony because it constitutes hearsay, double hearsay, Mr. Rock lacks personal knowledge on the issue, there is a lack of foundation, and the testimony constitutes improper lay opinion testimony. |
| 273:22 | 274:14 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, because Mr. Rock lacks personal knowledge, and because it constitutes improper lay opinion testimony. |
| 274:16 | 274:17 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, because Mr. Rock lacks personal knowledge, and because it constitutes improper lay opinion testimony. |
| 274:18 | 275:16 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, because Mr. Rock lacks personal knowledge, and because it constitutes improper lay opinion testimony. |
| 275:18 | 275:18 | SBI objects to Whinstone's designated testimony on the grounds that it lacks foundation, because Mr. Rock lacks personal knowledge, and because it constitutes improper lay opinion testimony. |