UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**SBI CRYPTO CO., LTD.** §
§
**vs.** §   Case Number:  WA:23-CV-00252-DTG
§
§
**WHINSTONE US, INC.** §
  *Defendant*

PROCEEDINGS: JURY TRIAL               DATE: 02/09/2026-2/11/2026

## TRIAL WITNESSES

PLAINTIFF(S):                          DEFENDANT(S):

1. Carson Smith                        1.
2. Nick Vitalis                        2.
3. Jonathan Tanemori                   3.
4. Ashton Harris                       4.
5. Heath Davidson                      5.
6.                                     6.
7.                                     7.
8.                                     8.
9.                                     9.
10.                                    10.
11.                                    11.
12.                                    12.