## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

SBI CRYPTO CO., LTD.,                    §
                                         §
    *Plaintiff,*                         §
                                         §
v.                                       §        **CASE NO. 6:23-CV-00252-DTG**
                                         §
WHINSTONE US, INC.,                      §
                                         §
    *Defendant,*                         §

## FINAL JUDGMENT

Having granted the parties' joint motion to dismiss with prejudice (Dkt. No. 308), and under Rule 54(b) of the Federal Rules of Civil Procedure, the Court enters this Final Judgment.

It is **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

It is finally **ORDERED** that the Clerk of the Court is instructed to **CLOSE** this case and any relief not specifically granted in this judgment is **DENIED**.

**SIGNED** this 17th day of April, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE